IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br>        Plaintiff,<br><br>    vs.<br><br>TECK COMINCO ALASKA, INC.,<br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____ |

## DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, Gregg Conitz, by and through counsel, THE LAW OFFICES OF KENNETH L. COVELL, and hereby demands a trial on all issues so triable in the above captioned matter.

DATED this 20th day of June, 2006 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

I hereby certify that on June 20, 2006, a copy of
the foregoing Complaint was served by regular
U.S. mail on:

Hartig, Rhodes, Hoge, and Lekisch
as Registered Agent for:
Teck Cominco Alaska, Inc.
717 K Street
Anchorage, AK 99501

By:  s/Kenneth L. Covell