SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax:   907-277-4352
mail@hartig.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 4:06-CV-00015 RRB |

### FED. R. CIV. P. 7.1.(a) DISCLOSURE STATEMENT

Teck Cominco Alaska Incorporated is a wholly-owned subsidiary of Teck Cominco American Incorporated, which is wholly owned by Cominco Mining Worldwide Holdings, Ltd., which is wholly owned by Cominco Mining Partnership, a partnership of Teck Cominco Metals, Ltd. and Teck Cominco Nova Scotia, Ltd. Teck Cominco Nova Scotia, Ltd. is wholly owned by Teck

//

//

Cominco Metals, Ltd., which is wholly owned by Teck Cominco Limited, a publicly held company.

Dated this 24th day of July, 2006.

        HARTIG RHODES HOGE & LEKISCH, P.C.
        Attorney for Teck Cominco Alaska Incorporated

        By: *[signature]*
            Sean Halloran