KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax:    907.451.7802

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,            ) <br> ) <br> Plaintiff     ) <br> ) <br> vs.                           ) <br> ) <br> TECK COMINCO ALASKA, INC.,  ) <br> ) <br> Defendant   ) <br> _____) | <br><br><br><br><br><br><br><br>Case No. 4:06-CV-00015 RRB |

## NOTICE OF FILING 1st AMENDED COMPLAINT

> **VRA CERTIFICATION**
>
> I hereby certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

Comes now, GREGG CONITZ, by and through counsel, THE LAW OFFICE OF KENNETH L. COVELL, and hereby notifies the court of filing the 1st Amended Complaint. The only change to this complaint is paragraph 29, which adds the words, "Larry Hanna to Gregg Conitz for Mine Operations Supervisor."

Respectfully submitted this 10th day of August, 2006 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103