Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GEORGE CROMER III, )<br><br>               Plaintiff      )<br><br>     vs.                          )<br><br>UNITED STATES OF AMERICA,  )<br>ESSA ROBBINS,              )<br>LISA LAKE,                 )<br>JANE DOE 1,                )<br>JOHN DOE 1, 2, 3, and 4    )<br>in their official individual )<br>capacities                 )<br><br>               Defendants    )<br>_____)  | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 4:06-cv-00022-RRB |

**STATUS REPORT**

     Plaintiff and defendant have begun settlement discussion. Defendant indicates they will be back with a reply to plaintiff in approximately two weeks.  Plaintiff's counsel will be out of the state the week of June 25th and therefore requests the court put this over to a status report date on July 13, 2007.

     Counsel was in trial for part of the day on June 11, 2007.

     RESPECTFULLY SUBMITTED this 12th day of June, 2007.

                         LAW OFFICES OF KENNETH L. COVELL

Attorney for the Plaintiff, George Cromer III

/s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
SENT VIA ECF to the following
attorney(s) and/or parties of record:  **Susan Lindquist**

Dated: 6/12/07

By:  __/s/ Emily S. Ervin_____
     Emily S. Ervin for Kenneth L. Covell