Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 4:06-CV-00015 RRB |

## STATUS REPORT

Preliminary discovery has been exchanged in this matter. Further paper discovery needs to be conducted. The parties have discussed some potential deposition dates however, no dates have been selected yet.

Counsel was in trial for part of the day on June 11, 2007.

DATED this 12th day of June 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff

/s/ Kenneth L Covell
KENNETH L. COVELL
Attorney No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
sent electronically to the following attorney(s)
and/or parties of record:  **Sean Halloran**

Dated: 6/12/07

By:   _/s/ Emily S. Ervin_____
      Emily S. Ervin for Kenneth L. Covell