Thomas M. Daniel
Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>    Plaintiff,<br><br>v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>    Defendant. | Case No. 4:06-cv-00015-RRB |

**PROPOSED ORDER**

Having considered Intervenor NANA Regional Corporation's Motion to Intervene, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED: _____.

_____
Honorable Ralph R. Beistline

ORDER
Conitz v. Teck Cominco                    -1-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13192563.1
13348631_1.DOC

The undersigned hereby certifies that a true and correct copy of the foregoing document is being electronically served on Sean Halloran and Kenneth Covell this 22nd day of June, 2007.
s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

ORDER
Conitz v. Teck Cominco                                         -2-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13192563.1
13348631_1.DOC