Thomas M. Daniel
Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>  Plaintiff,<br><br>v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>  Defendant. | Case No. 4:06-cv-00015-RRB |

**ANSWER OF INTERVENOR/DEFENDANT
NANA REGIONAL CORPORATION**

For its Answer to plaintiff's Complaint, Intervenor/Defendant NANA Regional

Corporation alleges as follows:

2.  In response to the allegations in paragraph 2, NANA admits that its

Agreement with Cominco American Incorporated requires Cominco and its

successors in interest to provide a preference in employment to qualified NANA

stockholders whose stock carries voting rights, and the descendants and spouses of

ANSWER
Conitz v. Teck Cominco                    -1-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13192563.1
13192563_1.DOC

such shareholders, on the terms stated in the Agreement. NANA denies the allegation that the employment preference for NANA stockholders is a preference based on race or national origin.

27. In response to the allegations in paragraph 27, NANA states that insofar as any hiring or advancement decision with respect to employment of Gregg Conitz was based in whole or in part upon a preference for qualified NANA stockholders and their descendants and spouses, this aspect of the hiring or advancement decision did not constitute discrimination on the basis of race or national origin and therefore did not violate 42 U.S.C. § 2000e-2.

29. In response to the allegations in paragraph 29, NANA states that insofar as any hiring or advancement decision with respect to employment of Gregg Conitz was based in whole or in part upon a preference for qualified NANA stockholders and their descendants and spouses, this aspect of the hiring or advancement decision did not constitute discrimination on the basis of race or national origin and therefore did not violate AS 18.80.220.

Except as stated in this Answer, NANA lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in the Complaint, and therefore denies those allegations.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

ANSWER
Conitz v. Teck Cominco                    -2-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13192563.1
13192563_1.DOC

DATED: June 22, 2007.

        s/ Thomas M. Daniel, Alaska Bar No. 8601003
        TDaniel@perkinscoie.com
        **PERKINS COIE LLP**
        1029 West Third Avenue, Suite 300
        Anchorage, AK 99501-1981
        Telephone: 907.279.8561
        Facsimile: 907.276.3108

        Attorneys for Intervenor/Defendant
        NANA Regional Corporation

The undersigned hereby certifies that a true and correct copy of the foregoing document is being electronically served on Sean Halloran and Kenneth Covell this 22nd day of June, 2007.
s/Thomas M. Daniel

ANSWER
Conitz v. Teck Cominco
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13192563.1
13192563_1.DOC

-3-

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108