IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)  ORDER TO COMPEL<br>)  PRODUCTION OF DOCUMENT<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:06-CV-00015 RRB |

ORDER TO COMPEL PRODUCTION OF DOCUMENT

Upon motion and good cause shown, it is hereby ordered that Teck Cominco Alaska, Inc., shall produce the 1982 agreement with NANA Regional Corporation with all exhibits, schedules, and attachments.

DATED this _____ day of July, 2007 at Fairbanks, Alaska.

_____
HON. DISTRICT JUDGE RALPH R. BEISTLINE