Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| TECK COMINCO ALASKA, INC., | ) |
| Defendant. | ) Case: 4:06-CV-00015 RRB |

**TECK COMINCO ALASKA'S RESPONSE TO
"PLAINTIFF'S REQUEST FOR DISCOVERY OF 3/14/07"**

In defendant's Initial Disclosures, DEF 0001-0007, a letter from Sean Halloran to F. Frances Palmer of the EEOC, paragraph one reads, "...has so far been unable to locate the file that Mr. Zigarlick prepared in conjunction with his review of the various applicant's qualifications,...", PRODUCE this file.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

**Response to Request for Production 1:** Mr. Zigarlick's file was lost sometime in 2005, and has never since been found.

Defendant, Teck Cominco, claims that it exercises a preference in employment in favor of Alaska Natives. STATE by what authority, statutory, regulatory, or otherwise, such hiring preferences are exercised.

**Response to Interrogatory 1:** Teck Cominco Alaska denies that it claimed to exercise a preference in favor of Alaska Natives, and denies that it exercises a preference in favor of Alaska Natives.

STATE how employees and applicants are determined to be eligible for such priority.

**Response to Interrogatory 2:** Teck Cominco Alaska denies that it claimed to exercise a preference in favor of Alaska Natives, and denies that it exercises a preference in favor of Alaska Natives. Teck Cominco Alaska employees, and applicants for employment, are not eligible for any Alaska Native preference by or from Teck Cominco Alaska.

PRODUCE any and all documentation in this regard, including but not limited to forms, rules, certifications, etc, specifically included in this request is any and all determinations concerning each and every one of the employees listed

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

in defendant's disclosures, showing their particular status as employees eligible for employment preference.

**Response to Request for Production 2:** Teck Cominco Alaska does not give a preference to Alaska Natives or any other racial or ethnic group. No employees of Teck Cominco Alaska, including all employees who may be referenced by this request, are eligible for any employment preference on the basis of their status as being an Alaska Native or as being other than an Alaska Native. Consequently, there are no documents responsive to this request.

DATED at Anchorage, Alaska, this 20th day of April, 2007.

    HARTIG RHODES HOGE & LEKISCH
    Attorneys for Defendant
    Teck Cominco Alaska Incorporated

    By: _____
        Sean Halloran

F:\Docs\62880\198 - Conitz\PLEADINGS\TCAK Response to discovery of 3-14-07.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com
Attorneys for Teck Cominco Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGG CONITZ,<br><br>   Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 4:06-CV-00015 RRB |

## TECK COMINCO ALASKA'S RESPONSE TO "PLAINTIFF'S REQUEST FOR DISCOVERY OF 3/19/07"

State Teck Cominco's formal policies and practices in place at the Red Dog Mine that concern Native Alaskan and diversity hire in the workplace.

**Response to Interrogatory 3:** Teck Cominco Alaska does not discriminate on the basis of race.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiffs, | ) ) ) ) |
| vs. | ) ) ) |
| TECK COMINCO ALASKA, INC., | ) ) ) |
| Defendant. | ) ) Case: 4:06-CV-00015 RRB |

### TECK COMINCO ALASKA'S RESPONSE TO "PLAINTIFF'S INTERROGATORY OF 3/19/07"

Teck Cominco has stated in its answer and/or Discovery responses that it has Native hire preferences. Teck Cominco states that its Native hire preference is only used when candidates are of equal qualification for a job, and then a Native is hired over a non-Native.

1. Does Teck Cominco mean in its answer that if applicants for a job all are minimally qualified that then they are equally qualified?

**Response to Interrogatory 4:** Teck Cominco Alaska denies that it stated in its Answer or in discovery that it has Native hire preferences. Teck Cominco Alaska denies that it has or applies Native hire preferences. Teck Cominco Alaska denies that it stated that it uses a Native hire preference when candidates are of equal qualification for a job, and denies that it stated that in such situations a Native is hired over a non-Native. Teck Cominco Alaska denies that it has or applies a Native hire preference when candidates are of equal qualification for a job, and denies that it prefers Natives over non-Natives in its hiring practices. Teck Cominco Alaska's Answer did not suggest that if applicants for a job are all minimally qualified that they are all equally qualified, and Teck Cominco Alaska disputes the suggestion that all job applicants who are minimally qualified for a position are therefore equally qualified.

2. If so, then would it be correct that Teck Cominco, in fact, does or may exercise a preference in favor of Native Alaskans over more qualified non-Natives?

**Response to Interrogatory 5:** Teck Cominco Alaska denies that it stated in its Answer or in discovery that it has Native hire preferences. Teck Cominco Alaska denies that it has or applies Native hire preferences. Teck Cominco Alaska denies that it stated that it uses a Native hire preference when candidates are of

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

equal qualification for a job, and denies that it stated that in such situations a Native is hired over a non-Native. Teck Cominco Alaska denies that it has or applies a Native hire preference when candidates are of equal qualification for a job, and denies that it prefers Natives over non-Natives in its hiring practices. Teck Cominco Alaska's Answer did not suggest that if applicants for a job are all minimally qualified that they are all equally qualified, and Teck Cominco Alaska disputes the suggestion that all job applicants who are minimally qualified for a position are therefore equally qualified. The plaintiff's suggestion that Teck Cominco Alaska "does or may exercise a preference in favor of Native Alaskans over more qualified non-Natives" is false.

F:\Docs\62880\198 - Conitz\PLEADINGS\TCAK Response to interrogatory of 3-19-07.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

APR 2 5 2007
HARTIG RHODES HOGE & LEKISCH

Attorneys for Teck Cominco Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiff, | ) |
| vs. | ) |
| TECK COMINCO ALASKA, INC., | ) |
| Defendant. | ) Case: 4:06-CV-00015 RRB |

**VERIFICATION**

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

I, JIM SOMERS, say under oath and affirm on behalf of Teck Cominco Alaska Incorporated that that I have read Teck Cominco Alaska Incorporated's interrogatory responses to the following discovery requests of March 19, 2007

1. "Plaintiff's Request for Discovery of 3/14/07";

VERIFICATION OF JIM SOMERS
*Conitz, v. Teck Cominco*

Page 1 of 2
Case No: 4:06-00015 CV (RRB)

**Exhibit 1**
**8 of 9**

2    "Plaintiff's Interrogatory of 3/19/07"; and

3.    "Plaintiff's Request for Discovery of 3/19/07"

and those responses are true and accurate to the best of my knowledge and belief.

_____
JIM SOMERS

Subscribed and sworn to or affirmed before me at Red Dog Mine, on this 20th day of April, 2007.

_____
Notary Public in and for Alaska
My commission expires: July 4th, 2009



HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

VERIFICATION OF JIM SOMERS
*Conitz. v. Teck Cominco*

Page 2 of 2
Case No: 4:06-00015 CV (RRB)

**Exhibit 1**
**9 of 9**