Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
e-mail:  kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) MOTION TO CONTINUE |
| vs. | ) |
| | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No.  4:06-CV-00015 RRB |

**MOTION TO CONTINUE OPPOSITION DATE TO INTERVENTION MOTION**

COMES NOW Plaintiff, Gregg Conitz, by and through counsel, THE LAW OFFICE OF KENNETH L. COVELL, and moves the court for an order to extend the due date for his opposition to putative intervener NANA's motion to intervene.

By counsel's calculation the due date for such opposition is today, July 9, 2007.  Counsel had expected to have the opposition prepared by this date but has not been able to do so.

Counsel is in trial this week and perhaps the following week but expects it should be able to have

the opposition filed on or before July 20, 2007.  Plaintiff therefore respectfully requests the Court continue the date until that time.

 Counsel called Thomas Daniel, attorney for NANA, to ascertain his position on the motion to extend the deadline but he was not available.  A message was left for Mr. Daniel.  It is not expected that Mr. Daniel will oppose the motion for additional time.

DATED this 9th day of July, 2007 at Fairbanks, Alaska

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 07/09/2007
By: /s/ Emily S. Ervin
  Emily S. Ervin for Kenneth L. Covell