IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) <br> ) <br> Plaintiff, ) <br> ) ORDER TO CONTINUE <br> vs. ) <br> ) <br> TECK COMINCO ALASKA, INC., ) <br> ) <br> Defendant. ) <br> _____) Case No. 4:06-CV-00015 RRB | |

ORDER TO CONTINUE OPPOSITION DATE TO INTERVENTION
MOTION

Upon motion and good cause shown, it is hereby ordered that plaintiff's motion to continue is granted. Plaintiff is hereby ordered to file its motion in opposition to NANA's motion to intervene on or before July 20, 2007.

DATED this _____ day of July, 2007 at Fairbanks, Alaska.

_____

HON. DISTRICT JUDGE RALPH R. BEISTLINE