SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax: 907-277-4352
mail@hartig.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| TECK COMINCO ALASKA INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 4:06-CV-00015 RRB |
| STATE OF ALASKA ) | |
| )ss. | |
| SECOND JUDICIAL DISTRICT ) | |

AFFIDAVIT OF JIM SOMERS

I, Jim Somers, being first duly sworn, depose and aver as follows:

1. I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2. I am employed by Teck Cominco Alaska Incorporated as Superintendent of Human Resources.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

AFFIDAVIT OF JIM SOMERS
4:06-cv-00015 RRB
Page 1 of 4

3. I am familiar with the October 11, 1982 Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated. A true and correct copy of that Agreement, with or without Exhibits to the Agreement, is available to be filed ex parte under seal for in camera inspection if the court deems it appropriate. Teck Cominco Alaska has been in possession of the Agreement since shortly after that Agreement was executed, as provided for within the Agreement itself. That Agreement settled certain claims that were then in dispute between Cominco American and NANA, and set forth a comprehensive and detailed scheme by which those companies would cooperate with respect to the development and operation of Red Dog Mine. I am aware that much of that Agreement is enforceable against Teck Cominco Alaska in addition to being enforceable against Teck Cominco America. That Agreement contains trade secrets and other highly confidential, commercial development information of a proprietary nature belonging to Teck Cominco Alaska, Teck Cominco American, and NANA. Teck Cominco Alaska works hard to maintain secrecy with respect to the specific contents of most parts of that Agreement, and is obligated by agreements with NANA and Teck Cominco American to maintain the utmost confidentiality.

4. I am aware that counsel for Teck Cominco Alaska disclosed a portion of the Agreement to counsel for Mr. Conitz in the above captioned case. A true and correct copy of the disclosed portions is attached as Exhibit 1. No portion of the

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Agreement that was redacted when preparing the disclosure constituting Exhibit 1 is in any way relevant to the claims asserted by Mr. Conitz in this litigation.

5. Exhibit 2 consists of true and correct copies of Teck Cominco Alaska's responses to discovery requests propounded by Mr. Conitz. Teck Cominco Alaska has repeatedly informed the plaintiff that it has a policy of preferring NANA shareholders when hiring personnel to work at the NANA owned Red Dog Mine. Teck Cominco has also informed the plaintiff that it has never adopted any policies providing for other hiring preferences, including any policy for Native preference. Teck Cominco Alaska does not discriminate on the basis of race, and no employees of Teck Cominco Alaska are eligible for any employment preference on the basis of their status as being an Alaska Native or as being other than an Alaska Native.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JIM SOMERS

SUBSCRIBED AND SWORN TO before me this 16th day of July, 2007, at ~~Fairbanks, Alaska~~. Red Dog Mine,

_____
Notary Public in and for Alaska
My Commission Expires: _____

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE
(907) 276-1592
FAX
(907) 277-4352

CERTIFICATE OF SERVICE

I certify that on the 16th day of July, 2007, a true and correct copy of the foregoing was served on those parties of record by First Class Mail or by electronic means through the ECF system as indicated on the

AFFIDAVIT OF JIM SOMERS
4:06-cv-00015 RRB
Page 3 of 4

Notice of Electronic Filing.

*[signature]*

Sean Halloran

f:\docs\62880\198 - conitz - federal case\pleadings\motion_compel_op.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

AFFIDAVIT OF JIM SOMERS
4:06-cv-00015 RRB
Page 4 of 4