IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,              ) | |
|                             ) | |
|     Plaintiff,       ) | |
|                             ) | |
| Vs.                         ) | |
|                             ) | |
| TECK COMINCO ALASKA INC.,   ) | |
|                             ) | |
|     Defendant.      ) | |
|                             ) | Case No. 4:06-CV-00015 RRB |

### ORDER

    Mr. Conitz has sought an order compelling Teck Cominco Alaska to produce an unredacted version of the October 11, 1982 Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated.  Teck Cominco Alaska has cross moved for a protective order barring disclosure on the basis that the Agreement contains trade secrets and confidential proprietary information not relevant to the claims in this case.  Relevant portions of the Agreement were voluntarily produced to Mr. Conitz by Teck Cominco Alaska.  Mr. Conitz has offered no basis for suggesting that the remainder of the Agreement is relevant or likely to lead to the discovery of relevant evidence, and an in-camera review by the court reveals that the portions produced by Teck Cominco include all parts that might be relevant to the plaintiff's claims.

    Mr. Conitz's motion to compel is DENIED.

Teck Cominco's motion for a protective order is GRANTED. No portion of the October 11, 1982 Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated that has not already been produced need be produced in this litigation, and Teck Cominco may continue to maintain the remainder of that Agreement as secret and confidential.

DATED at Fairbanks, Alaska, this ___ day of _____, 2007.

                                                                 _____
                                                                  RALPH R. BEISTLINE
                                                                  U.S. DISTRICT COURT JUDGE