KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, )<br>  )<br>             Plaintiff   )<br>  )<br>    vs.        )<br>  )<br>TECK COMINCO ALASKA, INC.,  )<br>  )<br>             Defendant   )<br>_____) | Case No. 4:06-CV-00015 RRB |

### MOTION TO FILE SECOND AMENDED COMPLAINT

COMES NOW, Gregg Conitz, by and through undersigned counsel, The Law Office of Kenneth L Covell, and hereby moves the court for an Order to amend the Complaint in the above captioned matter to include a count pursuant to 42 USC § 1981.  Plaintiff is not adding any new factual allegations, but merely adding a new theory of law to the Complaint.

It had been plaintiff's counsel's intention to include such a count in the Complaint and it was inadvertently omitted.  (See Affidavit of Counsel.)  Plaintiff knows no substantial prejudice to defendant in adding this count at this time.

Plaintiff's counsel attempted to contact defense counsel Halloran for his opposition hereto, and Mr. Halloran was unavailable at that time.

Respectfully submitted this 20th day of July, 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL<br>
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell<br>
712 8th Ave.<br>
Fairbanks, AK 99701<br>
Phone: 907.452.4377<br>
Fax: 907.451.7802<br>
E-mail: kcovell@gci.net<br>
Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 07/20/2007
By:      /s/ Emily S. Ervin
         Emily S. Ervin for Kenneth L. Covell