Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC. ) | |
| ) | |
| Defendant. ) | |
| ) Case No. 4:06-CV-00015 RRB | |

**PROPOSED ORDER**

**IT IS HEREBY ORDERED** that the Second Amended Complaint in the above captioned matter is filed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to File Second Amended Complaint is **GRANTED**.

_____
Robert R. Beistline
United States District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel**

Dated: 7/20/07
By: _____/s/ Emily S. Ervin_____
    Emily S. Ervin for Kenneth L. Covell