KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,                     )<br>                                   )<br>           Plaintiff,             )<br>                                   )<br>     vs.                           )<br>                                   )<br>TECK COMINCO ALASKA, INC.,         )<br>                                   )<br>           Defendant               )<br>_____ ) | Case No. 4:06-CV-00015 RRB |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA           )
                          : ss.
FOURTH JUDICIAL DISTRICT  )

Kenneth L Covell, being first duly sworn, upon oath deposes and states as follows:

1. I am the Plaintiff's counsel in the above captioned matter.

2. In contemplating the law suit in this matter, it was my intention to file a count pursuant to 42 USC § 1981, and until this date, it was my belief that I had filed such count in the complaint.

3. In review of the complaint subsequent to the current Motion to Intervene, I became aware that no such count was included in the complaint.

Conitz v. Teck Cominco, Case No. 4:06-CV-00015 RRB
Affidavit of Counsel re Amended Complaint          Page 1 of 2

4. The omission of this count in the complaint by myself was inadvertent.

5. There are no new facts alleged in the complaint and the 1981 count is merely an alternate legal theory of liability.

I am unaware of any unfair prejudice that would arise by allowing this amendment at this time.

FURTHER AFFIANT SAYETH NOT.

DATED this 20th day of July, 2007, at Fairbanks, Alaska.

　　　　　　　　　　　　/s/ Kenneth L Covell
　　　　　　　　　　　　　　Kenneth L Covell

SUBSCRIBED AND SWORN to, before me, this 20th day of July, 2007.



Emily S. Ervin
Notary Public in and for the State
Of Alaska
My Commission Expires: 6/22/10

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel    TDaniel@perkinscoie.com

Dated: 07/20/2007
By: 　　/s/ Emily S. Ervin
　　　　　Emily S. Ervin for Kenneth L. Covell