KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:   907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                )
                             )
            Plaintiff,       )
                             )
    vs.                      )
                             )
TECK COMINCO ALASKA, INC.,   )
                             )
            Defendant        )
_____) Case No. 4:06-CV-00015 RRB

### AFFIDAVIT OF COUNSEL IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO COMPEL AND OPPOSITION TO MOTION FOR IN-CAMERA INSPECTION

STATE OF ALASKA           )
                          : ss.
FOURTH JUDICIAL DISTRICT  )

I, Kenneth L Covell, being first duly sworn, upon oath deposes and states as follows:

   1. I am the Plaintiff's counsel in the above captioned matter.

   2. I am aware that the 1982 Agreement is relevant to this case for various reasons including that it has provisions for racial discrimination.

   3. I spoke with Mr. Halloran in this regard on one or more occasions. Mr. Halloran indicated to me that he would send me the

relevant portions of the Agreement, but wished to keep the balance confidential.

4. I indicated to Mr. Halloran if he sent me what he thought was relevant, I would consider it and go forward.

5. In discussing the case with my client, I told him the provisions that were provided to me. He indicated to me that on one or more occasions he was shown portions of the contract by mid-level managers at the Teck Cominco mine. He indicated to me that he was shown portions of the Agreement that were not in the portions that I was supplied.

6. I attempted to work this matter out with Mr. Halloran and such attempts did not reach fruition. (See attached letters of June 20th and 21st.)

7. I did legal research and found portions of *Reich v. Cominco Alaska*, 56 P.3d 18, 20 (Alaska 2002) and that information is relevant to the Motion to Intervene (whether or not such information may or may not be used).

8. It is obvious to me that this Agreement is highly relevant and useful to plaintiff in this case and I am aware of no reason why it should not be disclosed.

9. Furthermore, I have offered to review the Agreement, keeping confidential some portions of the Agreement with Mr. Halloran.

10. I have represented clients in CINA cases where records are revealed pursuant to a protective order and I find this procedure to work well while protecting all the parties' interests. In this instance since keeping discovery confidential is an exception rather than a rule, the burden should be on the defendant to point out which sections he thinks ought to be kept confidential and explain this logic, reasoning and facts to plaintiff.

FURTHER AFFIANT SAYETH NOT.

DATED this 20th day of July, 2007, at Fairbanks, Alaska.

/s/Kenneth L Covell
Kenneth L Covell

SUBSCRIBED AND SWORN to, before me, this 20th day of July, 2007.



Emily S. Ervin
Notary Public in and for the State
Of Alaska
My Commission Expires: 6/22/10

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel - TDaniel@perkinscoie.com

Dated: 07/20/2007
By:       /s/ Emily S. Ervin
       Emily S. Ervin for Kenneth L. Covell