Sean Halloran, Esq.
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:    (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 4:06-CV-00015 RRB |

### TECK COMINCO'S REPLY TO CONITZ' OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND MOTION FOR IN-CAMERA INSPECTION AND OBJECTION TO COVELL AFFIDAVIT

Mr. Conitz argues that Teck Cominco Alaska should not be allowed to maintain secrecy with respect to the confidential October 11, 1982 Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated unless it first destroys that secrecy by producing a copy of the Agreement to him. In this regard, and without any citation to any authority whatsoever, Mr. Conitz impermissibly attempts to shift the burden to Teck Cominco. However, as Teck Cominco pointed out in its Motion for Protective Order, the burden is on Mr. Conitz to establish that any portion of the Agreement that he desires to

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

have disclosed is in some manner relevant or likely to lead to admissible evidence. Hartley Pen Co. v. United States Dist. Court, 287 F.2d 324, 331 (9th Cir. 1961); DirecTV Inc. v. Trone, 209 F.R.D. 455, 460 (CD Cal. 2002). In the absence of such a showing on his part, Teck Cominco is entitled to maintain its trade secrets and not reveal the confidential proprietary commercial development information contained in that Agreement. Id. Mr. Conitz has made no showing of relevancy. Consequently, his motion to compel should be denied, and Teck Cominco's motion for a protective order should be granted.

Mr. Conitz asserts that Teck Cominco has failed to maintain secrecy with respect to the Agreement, arguing that "in the Reich case it appears that the Agreement has already been revealed and parts of it are published in the publilc record." This assertion is false. [Halloran Affidavit.] The Agreement was never disclosed to the Court, the parties, or the public in Reich or any other litigation. [Id.]

To the extent that Mr. Conitz asserts that "adversity" between Teck Cominco Alaska and NANA, as may have been established in the Reich case, will affect NANA's pending motion to intervene [see Docket 20 at 4], Mr. Conitz was free to rely upon the facts established in that case. He does not need access to the Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated to do that.

Counsel for Mr. Conitz also relies upon his own affidavit to assert that it has been "indicated" to him that Teck Cominco has already shown the Agreement at issue to Mr. Conitz, and that it should therefore produce it to counsel in this litigation.[1] [Docket 20]. The Affidavit

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

---

[1]    If in fact Mr. Conitz had ever been shown a copy of the Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated, and if, as represented, his assertion that additional parts of the Agreement are relevant was based upon his direct knowledge of the contents, then he would have been able to

Reply Re Protective Order, In-Camera Inspection, and
Objection to Affidavit
4:06-cv-00015 RRB
Page 2

is inadmissible hearsay in this regard, and should be disregarded and/or stricken from the record.

Based upon the foregoing, Teck Cominco Alaska respectfully requests that this Court grant its motion for a protective order, either with or without in-camera review as the Court deems appropriate, and strike the inadmissible hearsay in the affidavit of Mr. Covell.

Dated this 25th day of July, 2007.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorney for Teck Cominco Alaska Incorporated


By: _____
        Sean Halloran
        717 K Street
        Anchorage, AK 99501
        Tel: 907/276-1592
        Fax: 907/277-4352
        Email: mail@hartig.com


CERTIFICATE OF SERVICE

I certify that on the 25th day of
July, 2007, a true and correct
copy of the foregoing was served on
those parties of record by First Class Mail
or by electronic means through the
ECF system as indicated on the
Notice of Electronic Filing.


Erin J. Onyon

f:\docs62880\198\pleadings\ReplyReProtectiveOrder

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

respond to Teck Cominco's invitation to identify any relevant topics that he believes might be addressed by the Agreement so as to have them produced. [See Docket 20 at 8 (Unnumbered Exhibit).]


Reply Re Protective Order, In-Camera Inspection, and
Objection to Affidavit
4:06-cv-00015 RRB
Page 3