Sean Halloran, Esq.
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| TECK COMINCO ALASKA INC., | ) ) |
| Defendant. | ) ) ) |

Case No. 4:06-CV-00015 RRB

STATE OF ALASKA           )
                          ) ss
THIRD JUDICIAL DISTRICT   )

### AFFIDAVIT OF SEAN HALLORAN

I, Sean Halloran, being first duly sworn, depose and aver as follows:

1. I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2. I am an attorney at Hartig Rhodes Hoge & Lekisch, which serves as counsel to Teck Cominco Alaska Incorporated in the above captioned matter. As an attorney at Hartig Rhodes, I have provided legal representation to various of the Teck Cominco companies in litigation and other matters since 1992. I was the attorney that had the primary responsibility for representing Cominco Alaska Incorporated in the case of Reich v. Cominco Alaska, Inc.,

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Affidavit of Sean Halloran
4:06-cv-00015 RRB
Page 1

2KB-97-53 CV and in the subsequent appeal that resulted in the 2002 Alaska Supreme Court decision reported at 56 P.3d 18, and I am familiar with the pleadings and proceedings in that case.

3. At no time was any portion of the confidential October 11, 1982 Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated made available to the Court or any party in the Reich litigation. Prior to disclosing a redacted copy of the Agreement to Mr. Covell in the above captioned matter, I have never allowed any portion of that Agreement to be disclosed to an opposing party or placed in the public record in any litigation or other matter that I have handled for Cominco American Incorporated, its successor Teck Cominco American Incorporated; for Teck Cominco Alaska Incorporated, formerly Cominco Alaska Incorporated; or for any other member of the Teck Cominco family of companies.

4. In the Reich case, Mr. Shelby Stastney, who was a NANA officer, provided both testimony and an affidavit in which he explained certain contractual relationships existing between NANA Regional Corporation and Teck Cominco Alaska Incorporated (then Cominco Alaska Incorporated). One reason that Mr. Stastney was called as a witness was to avoid having to disclose the confidential October 11, 1982 Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated and maintain the secrecy of those trade secrets contained within that document. Mr. Stastney's testimony explained that both NANA and Teck Cominco participate in the Red Dog "Project." He addressed the composition of the Project's management committee, articulated the types of royalties that were then formerly or currently paid to NANA, acknowledged that NANA is entitled to receive a portion of the net profits from the Red Dog Project, and discussed the

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

degree to which net profits are impacted by litigation such as the case then at bar. Without going into detail, Mr. Stastney's testimony revealed that the fact of paying profits to NANA, and the methodology for calculating them, arises from a Development and Operating Agreement. Mr. Stastney's testimony relative to the structure of profit payments to NANA, is summarized in the <u>Reich</u> opinion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SEAN HALLORAN

SUBSCRIBED AND SWORN TO before me this 25 day of July, 2007, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 3-24-2010

CERTIFICATE OF SERVICE

I certify that on the 25th day of
July, 2007, a true and correct
copy of the foregoing was served on
those parties of record by First Class Mail
or by electronic means through the
ECF system as indicated on the
Notice of Electronic Filing.

_____
Erin J. Onyon

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

f:\docs62880\198\pleadings\AffidavitofHalloran07252007

Affidavit of Sean Halloran
4:06-cv-00015 RRB
Page 3