Thomas M. Daniel
Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:   907.279.8561
Facsimile:    907.276.3108

Attorneys for Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>            Plaintiff,<br><br>     v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>            Defendant. | Case No. 4:06-cv-00015-RRB |

**NANA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO CONITZ'S OPPOSITION TO MOTION TO INTERVENE**

Comes now defendant/intervenor, NANA Regional Corporation, and moves for an extension of time to file its reply to plaintiff's opposition to NANA's motion to intervene.  The reason for this request is that plaintiff's opposition was not served on NANA.  As a result, counsel for NANA only received a copy of the opposition on July 31, 2007.  Therefore, NANA requests until August 8 to file its reply to the opposition.

MOTION FOR EXTENSION OF TIME
*Conitz v. Teck Cominco*                                         -1-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13440391.1

The undersigned counsel is advised that neither counsel for plaintiff nor counsel for defendant oppose this motion.

DATED: August 1, 2007.

          s/ Thomas M. Daniel, Alaska Bar No. 8601003
          TDaniel@perkinscoie.com
          **PERKINS COIE LLP**
          1029 West Third Avenue, Suite 300
          Anchorage, AK  99501-1981
          Telephone:  907.279.8561
          Facsimile:  907.276.3108

          Attorneys for Intervenor
          NANA Regional Corporation

The undersigned hereby certifies that a true and correct
copy of the foregoing document is being electronically
served on Sean Halloran and Kenneth Covell August 1, 2007.

s/Thomas M. Daniel

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

MOTION TO INTERVENE
Conitz v. Teck Cominco    -2-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13440391.1