Thomas M. Daniel
Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:   907.279.8561
Facsimile:    907.276.3108

Attorneys for Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>        Plaintiff,<br><br>   v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>        Defendant. | Case No. 4:06-cv-00015-RRB |

## PROPOSED ORDER

Having considered Intervenor NANA Regional Corporation's Motion for Extension of Time to Reply to Conitz's Opposition to Motion to Intervene, and there being no opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

ORDER
*Conitz v. Teck Cominco*    -1-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13440446.1

DATED: _____.

_____
Honorable Ralph R. Beistline

The undersigned hereby certifies that a true and correct copy of the foregoing document is being electronically served on Sean Halloran and Kenneth Covell August 1, 2007.

s/Thomas M. Daniel

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

ORDER
Conitz v. Teck Cominco            -2-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13440446.1
13440446_1.DOC