KENNETH L. COVELL
Alaska Bar No. 8611103
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907)452-4377 tel.
(907)451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
|     Defendants. | ) |
| | ) Case No. 4:06-CV-00015 RRB |

**ATTORNEY'S REQUEST FOR HEARING**

COMES NOW, plaintiff Gregg Conitz, by and through undersigned counsel, the Law Office of Kenneth L Covell, and hereby requests the court to put on an oral argument in this matter in an attempt to resolve the Intervention issue.  Plaintiff's counsel is unavailable until after August 20th.

RESPECTFULLY SUBMITTED this 1st day of August, 2007.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff

/s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent via ECF to the following attorney(s):

**Sean Halloran**

Dated: 8/1/07
By:      /s/ Emily S. Ervin
         Emily S. Ervin for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015RRB
Attorney's Request for Hearing