IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC.,<br><br>　　　　Defendant. | Case No. 4:06-cv-0015-RRB<br><br>**ORDER DENYING MOTION TO COMPEL PRODUCTION OF EVIDENCE** |

**I.　INTRODUCTION**

　　　　Before the Court is Plaintiff Gregg Conitz with a Motion to Compel Production of Evidence at Docket 13. Plaintiff seeks to compel Defendant Teck Cominco Alaska, Inc. to produce the October 11, 1982, <u>confidential</u> Development and Operating Agreement Between NANA Regional Corporation, Inc., and Cominco American, Inc.,[1] Defendant's predecessor-in-interest. At Docket 16, Defendant opposes the request and asks, pursuant to Fed. R. Civ. P. 26(c)(7), that the Court conduct an in-camera review of the aforementioned agreement to verify that Plaintiff is <u>not</u> entitled

---

[1]　　Docket 16 at 1 (emphasis added).

to obtain any more of the confidential agreement than has already been disclosed.[2]  Defendant's request is well received.

## II. CONCLUSION

As a result, Defendant's Motion for Protective Order at **Docket 16** is **GRANTED** with in-camera review and inspection. Plaintiff's Motion to Compel Production of Evidence at **Docket 13**, therefore, is **DENIED** as moot.  Defendant shall produce the agreement at issue before **4:30 p.m., Wednesday, August 15, 2007**. The Court will then conduct an in-camera review for information contained therein, which has not already been produced, that <u>may</u> be relevant to the case at bar.

Regarding Defendant's objections to Mr. Covell's affidavit, any and all inadmissible hearsay contained within the same[3] will be treated as such.  Additional evidentiary objections, similar to those made at Docket 22, if any, will more appropriately be taken up at the time of trial.

ENTERED this 2nd day of August, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2]   <u>Id.</u> at 2 (emphasis added).

[3]   <u>See</u> Docket 20-2.