SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax: 907-277-4352
mail@hartig.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 4:06-CV-00015 RRB |

## NOTICE OF LODGING

Teck Cominco Alaska Incorporated gives notice of Lodging the Development and Operating Agreement Between Nana Regional Corporation, Inc. and Cominco American Incorporated, dated October 11, 1982, without exhibits, ex parte, under seal, for In Camera Review, in compliance with the order of August 2, 2007.

DATED at Anchorage, Alaska, this 6th day of August, 2007.

HARTIG RHODES HOGE & LEKISCH
Attorneys for Defendant
Teck Cominco Alaska Incorporated.

By: /s/ Sean Halloran
Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2007
a true and correct copy of the foregoing was served,
via First Class Mail
on the below identified parties of record:

Kenneth L. Covell (907) 451-7802 (fax)
712 8th Avenue
Fairbanks, AK 99701

*Becky Nelson*
Becky Nelson