IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC.,<br><br>    Defendant. | APR 1 1 2007<br>HARTIG RHODES HOGE & LEKISCH<br><br>Case No. 4:06-CV-00015 RRB |

### PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff Gregg Conitz hereby enters his Initial Disclosures pursuant to FRCP 26(a)(1):

#### A. WITNESSES

Gregg Conitz
c/o Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701
(907) 452-4377

Mr. Conitz will testify about his job duties and hours worked and his employment contact with defendant Teck Cominco Alaska, Inc.

Michael Baker, Co-worker and successful applicant for Mine Operations Trainer
c/o Teck Cominco and/or Kotzebue, Alaska

Mr. Baker will testify about his history with Teck Cominco, and the position of Mine Operations Trainer.

Defendant EXHIBIT 1 p 1 of 3

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

*Conitz v. Teck Cominco*, Case No. 4:06-00015 CV RRB
Plaintiff's Initial Disclosures
Page 1 of 3

> Mr. Sheldon, Co-worker and applicant for Mine Operations Trainer
> c/o Teck Cominco

Mr. Sheldon will testify about his history with Teck Cominco, and his application for the position of Mine Operations Trainer.

> Mr. Parillion, Co-worker and applicant for Mine Operations Trainer
> c/o Teck Cominco

Mr. Parillion will testify about his history with Teck Cominco, and his application for the position of Mine Operations Trainer.

> Ted Zigarlick, Mine Superintendent
> c/o Teck Cominco

Mr. Zigarlick will testify about his position and involvement in the wrongful discrimination.

> Rob Scott, former General Manager
> c/o Teck Cominco

Mr. Scott is was the General Manager at the time of plaintiff's situation and will testify about job duties, job descriptions and classification of employees as being exempt or nonexempt. Though Mr. Scott is now employed in Vancouver, BC, Canada he still oversees all Alaska operations including but not limited to Red Dog.

> John Kells, former Mine Foreman
> c/o Usibelli Corp.

Mr. Kells was a Mine Foreman at Teck Cominco, and can testify as to his decision in recommending Mr. Conitz for the position.

> Warren "Butch" Draper, General Mine Foreman
> c/o Teck Cominco

Mr. Draper is a General Mine Foreman at Teck Cominco, who took over Mr. Kells position when he left, and can testify as to his position with the company.

Defendant EXHIBIT 1 p 2 of 3

LAW OFFICES OF
NNETH L. COVELL
712 8TH AVENUE
BANKS, ALASKA 99701
ONE (907) 452-4377
AX (907) 451-7802

*Conitz v. Teck Cominco*, Case No. 4:06-00015 CV RRB
Plaintiff's Initial Disclosures

Page 2 of 3

Jim Sommers, Human Resources Superintendent
c/o Teck Cominco
Mr. Sommers can testify about hiring procedures and decisions.

### B. DOCUMENTS

Documents bates numbered 1 through 216 attached hereto. There should be other documents in the possession of defendant Teck Cominco concerning defendant's employment duties with Teck Cominco, including but not limited to daily logs and pay stubs and other payroll information.

### C. DAMAGE COMPUTATION

None at this time.

### D. INSURANCE

Plaintiff has no insurance that would cover any judgment in this action.

DATED this 5th day of April 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff

_____
KENNETH L. COVELL
Attorney No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been sent electronically via U.S.P.S. mail to the following attorney(s) and/or parties of record: **Sean Halloran**

Dated: 4\5\07
By: _____
Emily S. Ervin for Kenneth L. Covell

Defendant EXHIBIT 1 p 3 of 3

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802

Conitz v. Teck Cominco, Case No. 4:06-00015 CV RRB
Plaintiff's Initial Disclosures

Page 3 of 3