SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax:   907-277-4352
mail@hartig.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 4:06-CV-00015 RRB |

ORDER

Teck Cominco seeks to compel Mr. Conitz to answer questions put to him in a deposition regarding conversations that he had with Mr. Kells, a witness in this case who is alleged to have been involved in the events upon which this litigation is based. Counsel for Mr. Conitz has asserted that the work product doctrine shields Mr. Conitz's conversations from discovery because some or all of those conversations took place in the presence of his attorney. The work product doctrine does not extend to preclude Teck Cominco from asking Mr. Conitz about conversations that he has had with percipient witnesses, regardless of whether Mr. Conitz's attorney was present

during the conversation or participated in the conversation. Accordingly, Teck Cominco's motion is GRANTED. Mr. Conitz shall answer in full the questions put to him regarding conversations that he had with Mr. Kells when his deposition reconvenes. Costs in the amount of $_____ are taxed in favor of Teck Cominco jointly and severally against Mr. Conitz and Mr. Covell. Payment of this amount is to be made within ten days of this order.

DATED at Fairbanks, Alaska, this \_\_\_ day of _____, 2007.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE