IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| TECK COMINCO ALASKA INC., ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 4:06-CV-00015 RRB |

**CERTIFICATE OF SERVICE**

I hereby certify that I am employed by Hartig Rhodes Hoge & Lekisch, and that on August 6, 2007, a true and correct copy of the MOTION TO COMPEL, EXHIBIT 1, AFFIDAVIT OF SEAN HALLORAN, PROPOSED ORDER and NOTICE OF LODGING was served on the following by electronic means through the ECF system as indicated on the notice of Electronic Filing.:

Kenneth L. Covell

Thomas Daniel

DATED at Anchorage, Alaska, this 7th day of August 2007.

/ss/Becky Nelson
Becky Nelson

CERTIFICATE OF SERVICE
4:06-cv-00015 RRB
Page 1 of 1