KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant ) | |
| _____) | Case No. 4:06-CV-00015 RRB |

## MOTION TO RECONSIDER PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff filed a Motion to Compel Discovery.

Defendant moved to strike Counsel's affidavit as hearsay.  Mr. Conitz was out of town at the Teck Cominco Mine and communications with Mr. Conitz have been compromised in the past by Teck Cominco. Upon Mr. Conitz's return, counsel and defendant were involved in depositions and took longer to assemble and obtain the signed affidavit than expected.

The affidavit had to be mailed from Anchorage to Fairbanks in order to be filed electronically.  The affidavit arrived in Fairbanks today, August 7th, and was filed.

It would appear from the Court's decision denying the order that it did not consider the hearsay information in Covell's Affidavit.

Conitz clearly indicates that he saw portions of the contract other than the portions discovered, and that defendant relied upon them as reasons for giving a preference to "shareholders" over Mr. Conitz.  The materials are clearly relevant and should be discovered.

Based upon the foregoing, and good cause shown, plaintiff Conitz asks the court to reconsider its ruling on plaintiff's Motion to Compel.

Respectfully submitted this 7th day of August, 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**
Dated: 08/7/2007
By:      /s/ Emily S. Ervin
        Emily S. Ervin for Kenneth L. Covell