KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>        Plaintiff   )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA, INC., )<br>)<br>        Defendant   )<br>_____) | Case No. 4:06-CV-00015 RRB |

### MOTION TO STRIKE AFFIDAVIT OF HALLORAN

COMES NOW, plaintiff, Gregg Conitz, by and through undersigned counsel, The Law Office of Kenneth L Covell, and hereby moves the court for an order hereby striking those portions of Halloran's affidavit that repeat the statements of others. Specifically, paragraph four, and without such information there is no basis for the court to grant an in-camera review. Furthermore, taking into consideration the fact that Conitz was shown other portions of the contract, the court should order the contract discovered.

Respectfully submitted this 7th day of August, 2007 at Fairbanks, Alaska.

>LAW OFFICES OF KENNETH L. COVELL
>Attorney for Plaintiff, Gregg Conitz
>
>s/Kenneth L. Covell
>712 8th Ave.
>Fairbanks, AK 99701
>Phone: 907.452.4377
>Fax: 907.451.7802
>E-mail: kcovell@gci.net
>Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**
Dated: 08/7/2007
By:      /s/ Emily S. Ervin
         Emily S. Ervin for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Strike Affidavit of Halloran