KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant | ) |
| _____ | ) Case No. 4:06-CV-00015 RRB |

**MOTION TO RECONSIDER DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND IN-CAMERA HEARING**

Plaintiff pointed out to the Court the hearsay contents of plaintiff's counsel's affidavit.  It would appear the court chose to take into account defendant's hearsay affidavit (but strike plaintiff's hearsay), perhaps the court wishes a formal Motion to Strike the affidavit of Halloran.

Filed herewith is such Motion to Strike.

The plaintiff asks the court in a formal Motion to Strike Affidavit to grant it, and further reconsider its Motion on that basis and include consideration of the Conitz affidavit.

Respectfully submitted this 7th day of August, 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:   907.452.4377
Fax:   907.451.7802
E-mail:   kcovell@gci.net
Attorney Bar #:   8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**
Dated: 08/7/2007
By:      /s/ Emily S. Ervin
         Emily S. Ervin for Kenneth L. Covell