```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

                   CONITZ    v.    TECK COMINCO

DATE:    August 8, 2007         CASE NO.   4:06-CV-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                 **RE RECONSIDERATION**

---

      The Court is in receipt of Plaintiff's Motion to Reconsider at Docket 33 and Motion to Reconsider at Docket 35. Pursuant to D. Ak. LR 59.1(d), Defendant has until the close of business on **August 20, 2007,** in which to file a response to Plaintiff's motions, after which the Court will take the matter under advisement.

      _____

      RALPH R. BEISTLINE

      UNITED STATES DISTRICT JUDGE

ORDER GRANTING SUMMARY JUDGMENT - 1
K02-0004 CV (RRB)