SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax:   907-277-4352
mail@hartig.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GREGG CONITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| TECK COMINCO ALASKA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Case No. 4:06-CV-00015 RRB |

## MOTION TO STRIKE
## AFFIDAVIT OF GREGG CONITZ

The plaintiff has filed a Notice of filing an Affidavit of Gregg

Conitz "in support of his Reply to Opposition to Motion to Compel". [Docket

32.] That motion to compel was previously denied as moot. [Docket 26]

Moreover, the reply that the most recent filing supposedly supports did not

anywhere reference any affidavit from the plaintiff. [See Docket 20.] Local

Rule 7.1(h)(2) specifically prohibits the filing of supplemental affidavits

without leave of court, and leave has neither been sought nor obtained.

[D.AK.L.R. 7.1(h)(2); See Docket.] As well, Teck Cominco notes that it is

unable to access the affidavit through the court's electronic filing system,[1]

and the affidavit was not otherwise served on the undersigned.  For all these

reasons, the affidavit should be stricken from the record.

Dated this 8th day of August, 2007.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorney for Teck Cominco Alaska Incorporated


By: _____
Sean Halloran
717 K Street
Anchorage, AK 99501
Tel: 907/276-1592
Fax: 907/277-4352
Email: mail@hartig.com

---

[1]    When attempting to access the affidavit, Teck Cominco was able
to view only a blank screen, but not any affidavit.  Teck Cominco was
especially interested in viewing the affidavit to verify that Mr. Conitz did not
breach his written confidentiality agreement by disclosing the contents of the
1982 Cominco American / NANA Agreement.

CERTIFICATE OF SERVICE

I certify that on the 8th day of
August, 2007, a true and correct
copy of the foregoing was served on
those parties of record by electronic
means through theECF system as
indicated on the Notice of Electronic Filing.

Becky Nelson