KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:   907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant ) | |
| _____ ) | Case No. 4:06-CV-00015 RRB |

**MOTION FOR LEAVE OF COURT TO FILE AFFIDAVIT AND RESPONSE TO MOTION TO STRIKE AFFIDAVIT**

COMES NOW, Gregg Conitz, by and through undersigned counsel, The Law Office of Kenneth L Covell, and hereby moves the court for an Order permitting Plaintiff to file the affidavit of Gregg Conitz.

Conitz filed a Motion to Compel Discovery.  Conitz did not file an affidavit as he was at the mine and communications between Conitz and counsel at the mine have been invaded in the past by the Defendant.

Conitz explained this both in his initial motion and in his supplemental pleadings in this regard after filing his affidavit.

For the reasons stated therein Conitz asks this Court to allow the filing of his affidavit.

Whether or not Tech can access the affidavit through the electronic filing system would seem to be a matter between Tech and the Court. If Tech cannot get one from the Court other arrangements can be made.

Respectfully submitted this 9th day of August, 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 08/9/2007
By:      /s/ Emily S. Ervin
         Emily S. Ervin for Kenneth L. Covell