IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 4:06-CV-00015 RRB |

ORDER TO PERMIT FILING OF AFFIDAVIT OF GREGG CONITZ

Upon motion and good cause shown, it is hereby ordered that plaintiff's motion to permit the filing of Gregg Conitz is granted. The Affidavit may be filed.

DATED this _____ day of August, 2007 at Fairbanks, Alaska.

_____
HON. DISTRICT JUDGE RALPH R. BEISTLINE