KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:   907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant ) | |
| _____) | Case No. 4:06-CV-00015 RRB |

**REPLY TO OPPOSITION TO MOTION TO STRIKE**

Mr. Halloran seems to assert that Mr. Stastney's testimony is admissible to say that the agreement is secret and/or contains trade secrets. This is an out-of-court statement used to prove the matter asserted.[1]

It seems that defendant proffers the Stastney testimony to say that the Nana agreement is some kind of secret agreement. And that was not disclosed. This is clearly an out-of-court statement to prove the matter asserted.[2]

---

[1] Whether or not Stastney testified in other cases does not mean that he is testifying in court in this case. As to this case his testimony is out-of-court.
[2] Tech's footnote concerning the purported confidentiality agreement is rather amazing. First it accuses Conitz of failing to provide detail of reasons why the agreement ought to be disclosed and then if indeed there were such effort on behalf of Conitz they attempt to try to intimidate him by inferring that Conitz

If Tech wished or wishes to offer the Stastney Affidavit then it should have or should do so.  It has not, nor has it explained why it has not.  That testimony should be stricken.

Respectfully submitted this 8th day of August, 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 08/9/2007
By: _____/s/ Emily S. Ervin_____
        Emily S. Ervin for Kenneth L. Covell

---

has done something wrong in violating some purported confidentiality agreement.  If Conitz indeed has a confidentiality agreement concerning the contract Conitz would already be in a position to say what the contents of the agreement were.