COMINCO AMERICAN INCORPORATED

EMPLOYEES AGREEMENT
RESPECTING INVENTIONS AND CONFIDENTIAL INFORMATION

IN CONSIDERATION of Cominco American Incorporated, a Washington corporation with offices in Spokane, Washington, (hereinafter called "the Company") employing me as a salaried employee on its staff, I THE UNDERSIGNED EMPLOYEE AGREE that I will fully and freely and immediately communicate to the officers or designated party of the Company all discoveries, inventions, and improvements (hereinafter called "the said inventions") which at any time during the period of my employment and before the expiration of twelve (12) months following the last day of my employment, I may conceive or make relating to any art, process, machine, manufacture or composition of matter, or to any improvement therein, pertaining to the Company's business, or relating to any investigation or experiment of a technical nature which I conduct or assist in conducting in the course of and during the period of my employment. Provided, however, this Agreement does not apply to an invention for which no equipment, supplies, facility, or trade secret information of the Company was used and which was developed entirely on my own time, unless (a) the invention relates (i) directly to the business of the Company or (ii) to the Company's actual or demonstrably anticipated research or development, or (b) the invention results from any work performed by me for the Company.

I agree that all the said inventions covered by this Agreement and all letters patent thereon obtained by or for me shall be the property of the Company; and I agree to execute upon request all such patent applications for such patents and other documents and do all such acts and things considered necessary by the Company in any proceedings to apply for and obtain letters patent or other adequate protection for the said inventions, whether in the United States or in any other country, and to hold the said letters patent in trust for the Company and to assign the same to the Company whenever requested by the Company, whether during or after the period of my employment; provided, however, that the Company shall pay all my expenses in that behalf, and if services in connection therewith are performed by me at the request of the Company after termination of my employment, the Company shall pay me reasonable compensation for such postemployment services.

I agree that the Company may apply for letters patent for the said inventions covered by this Agreement in my name or in its own name in countries where such procedure is proper, and I hereby specifically empower the Company so to do.

I agree that if the Company permits me to obtain letters patent for any of the said inventions covered by this Agreement for my own use and benefit, the Company may, in its own operations and in those of its parent company and subsidiaries and without being obliged to pay any royalty to me, use the said inventions described and claimed thereby throughout the term or terms of years thereof.

Continued on reverse side......

Defendant EXHIBIT 1 p 1 of 2

-2-

I agree to disclose at the time of my employment and thereafter all inventions being developed by me so that a determination can be made of my rights and/or the Company's rights to such inventions.

I agree not to use on my own behalf or on behalf of others, nor to publish or divulge to others, during the period of my employment or at any time thereafter, any trade secrets or confidential information, processes, plans, inventions, knowledge or data of the Company or of any of its subsidiaries, obtained by me as a result of or during my employment, unless authorized in writing to do so by the Company. I understand that in general any unpublished information pertaining to the Company's business is secret and confidential.

I agree that all memoranda, note books, notes, correspondence, dictating tapes, records, reports, lists, all other media-stored data (including, but not limited to, computer and calculator programs), photographs, drawings or other documents or copies thereof made, compiled or received by me or made available to me during the period of my employment, concerning any operation or product pertaining to the Company's business or concerning any art, process, machine, manufacture or composition of matter manufactured, used, sold, developed, investigated or considered by the Company or by any of its subsidiaries, shall be at all times the Company's sole property and shall be delivered to the Company upon request, but in any event, not later than the termination date of my employment.

This Agreement shall bind me, my heirs, assigns, executors, administrators, or other legal representatives, and shall enure to the benefit of the Company, its successors, and assigns.

I have read the foregoing agreement and understand the terms and provisions herein.

IN WITNESS whereof I have executed this Agreement at Red Dog Mine this 9th day of April, 1990

IN THE PRESENCE OF:

_____    By: _____
         (Witness)                              (Employee)

Defendant EXHIBIT 1 p 2 of 2