UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GREGG CONITZ   v.   TECK COMINCO ALASKA, INC.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                              CASE NO.   4:06-CV-0015-RRB

John W. Erickson, Jr.                         DATE: August 15, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
               RE PENDING MOTIONS**

---

1. Plaintiff's unopposed Motion to File Second Amended Complaint at **Docket 18** is **GRANTED**.

2. Plaintiff's Motions for Reconsideration at **Dockets 33 and 35** are **DENIED**.

3. The Motions to Strike at **Dockets 34 and 38** are **GRANTED**.[1] As a result, Plaintiff's Motion for Leave of Court to File Affidavit at **Docket 40** is **DENIED** as moot.[2]

4. The Court has before it the October 11, 1982, confidential Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American, Inc. Without the aid of affidavits and/or arguments for and/or to the contrary, the Court will conduct an in-camera review of the aforementioned agreement to ascertain whether Plaintiff is entitled to obtain any more of the confidential agreement than has already been disclosed.[3]

---

[1] Even if the affidavits at issue were to remain in the record and even if the Court were to consider them, both parties aver therein that the agreement at issue is "confidential" and/or "secret." See e.g., Docket 42 at 4.

[2] Further motion practice is neither warranted nor necessary with respect to this matter.

[3] Docket 26 at 1-2. See note 2.