KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant ) | |
| _____) | Case No. 4:06-CV-00015 RRB |

**MOTION TO FILE THIRD AMENDED COMPLAINT**

COMES NOW, Gregg Conitz, by and through undersigned counsel, The Law Office of Kenneth L Covell, and hereby moves the court for an Order to amend the Complaint in the above captioned matter to include a demand for punitive damages pursuant to 42 USC § 1981, Title VII of the Federal Civil Rights Act, AS 18.80.220, and Alaska Tort law.

Conitz has also conformed the Complaint according to facts that have been revealed during the discovery process.

Respectfully submitted this 17th day of August, 2007 at Fairbanks, Alaska.

```
                                    LAW OFFICES OF KENNETH L. COVELL
                                  Attorney for Plaintiff, Gregg Conitz

                                                  s/Kenneth L. Covell
                                                       712 8th Ave.
                                                  Fairbanks, AK 99701
                                                  Phone: 907.452.4377
                                                    Fax: 907.451.7802
                                                E-mail: kcovell@gci.net
                                                Attorney Bar #: 8611103
```

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 08/17/2007
By:       /s/ Emily S. Ervin
       Emily S. Ervin for Kenneth L. Covell