Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


GREGG CONITZ,                          )
                                       )
          Plaintiff,                   )
                                       )
vs.                                    )
                                       )
TECK COMINCO ALASKA, INC.              )
                                       )
          Defendant.                   )
_____) Case No. 4:06-CV-00015 RRB

## PROPOSED ORDER

**IT IS HEREBY ORDERED** that the Third Amended Complaint in the above captioned matter is filed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to File Third Amended Complaint is **GRANTED**.


_____
              Robert R. Beistline
       United States District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel**

Dated: 8/17/07
By: _____/s/ Emily S. Ervin_____
     Emily S. Ervin for Kenneth L. Covell