**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  GREGG CONITZ  </u>  v.  <u>  TECK COMINCO ALASKA, INC.  </u>

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                              CASE NO. <u> 4:06-CV-0015-RRB </u>

<u> John W. Erickson, Jr. </u>                    DATE: August 21, 2007

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **RE IN-CAMERA REVIEW**

---

       Having now thoroughly conducted an in-camera review of the Development and Operating Agreement Between NANA Regional Corporation, Inc. and Cominco American Incorporated, dated October 11, 1982, the Court concludes Plaintiff is entitled to obtain the following articles, sections and/or paragraphs, which <u>may</u> be relevant to the case at bar: 1.16; 1.17; 6.1; 6.2 (introductory paragraph beginning with "The Operator" and ending with "to do the following:"); 6.2(f); 6.2(u); 7.3 (introductory paragraph beginning with "The Management Committee" and ending with "the authority and responsibility to:"); 7.3(j); 7.3(k); 9.1; 9.2; Article X (in its entirety); 17.2.3; and 22.8.

       The Court recognizes that some of the articles, sections and/or paragraphs listed above were previously discovered. As a result, they needn't be reproduced. The matter will proceed forward in due course.