Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF ALASKA
3
4   GREGG CONITZ,                    )
                                     )
5              Plaintiff,            )
                                     )
6   vs.                              )
                                     )
7   TECK COMINCO ALASKA, INC.,       )
                                     )
8              Defendant.            )
                                     )
9   Case No. 4:06-CV-00015 RRB
10
11
                    _____
12
13              DEPOSITION OF GREGG CONITZ
14  _____
15
16                    Pages 1 - 102
                  Thursday, August 2, 2007
17                     8:30 A.M.
18
19
20           Taken by Counsel for Defendant
                          at
21           HARTIG RHODES HOGE & LEKISCH
                     717 K Street
22                Anchorage, Alaska
23
24
25
```

```
 1        Q.   Did you ever hear him make remarks that
 2   would be considered derogatory toward Alaska Natives?
 3        A.   No.
 4        Q.   Did you ever hear him discuss the
 5   shareholder hire preference that Teck Cominco has in
 6   place?
 7             MR. COVELL:  I'm going to make an objection
 8   here as to potential privilege and work product
 9   issue.
10             MR. HALLORAN:  What privilege could there
11   possibly be with respect to what he's heard Mr. Kells
12   say?
13             MR. COVELL:  Attorney/client.
14             MR. HALLORAN:  Mr. Kells isn't an
15   attorney.
16             MR. COVELL:  I'd' like to -- just want to
17   think about this.  Okay?  Okay?
18             MR. HALLORAN:  I would like to have him
19   answer the question that I just put to him.
20             MR. COVELL:  And the question is has
21   Mr. Kells what?
22             MR. HALLORAN:  Has he ever heard Mr. Kells
23   say anything about the shareholder hire preference in
24   effect at Red Dog mine.
25             MR. COVELL:  I think I've got a work
```

1   product issue there that I'm going to, at this point,
2   direct him not to answer on.  I'll think about it,
3   and we'll come back.  Okay?
4           MR. HALLORAN:  We can get the judge if you
5   want.
6           MR. COVELL:  I'd like to take a recess and
7   think about it.
8           MR. HALLORAN:  I would not like to take a
9   recess right now.
10          MR. COVELL:  Okay.  Let's get the judge.
11  I'm going to the rest room.
12          MR. HALLORAN:  Excuse me, sir.  Don't leave
13  the room.
14          THE WITNESS:  Okay.  I was just going to
15  get a glass of water.
16          (Off record.)
17          MR. COVELL:  If you want to ask the
18  question of other than when his attorney was present,
19  if he heard Mr. Kells say whatever, I won't object to
20  that, and he'll answer the question.  And then we can
21  reserve that, and if we get the judge, then we can go
22  from there with it.
23          MR. HALLORAN:  I'd rather just get a ruling
24  from the Court at this point.
25          MR. COVELL:  All right.  Well, it might

1  take some time.
2          Do you need to go to the bathroom?
3          MR. HALLORAN: I do not want him to leave
4  this room.
5          MR. COVELL: All right. Well, if he's got
6  to go to the bathroom, he's got to go to the
7  bathroom.
8          (Off record.)
9          THE CLERK: I have gotten ahold of the
10 judge. The judge will not be calling you back. He
11 told me to instruct you if you have reached an
12 impasse to file a motion on shortened time, and he
13 will be in chambers this afternoon and would be able
14 to consider it.
15         He did also ask me to inform you that if
16 there is discovery that is being withheld and a
17 deposition -- the deposition needs to be reset, that
18 whoever is withholding the discovery will have to
19 bear the cost of the deposition being reset.
20         So at this time he's not going to call you
21 back. You will need to put something in writing or
22 file it electronically with the court.
23         MR. HALLORAN: All right. Thank you.
24         THE CLERK: Thank you. Bye.
25         (Off record.)

1   MR. HALLORAN: The judge is not going to be
2   calling us back. Says we have to file a motion, and
3   if the deposition has to be reconvened, then whoever
4   is the wrongful party will bear the cost of it.
5   MR. COVELL: Okay. We're still on record?
6   MR. HALLORAN: We're still on record.
7   MR. COVELL: All right. And are you going
8   to incur costs if we continue this for some period of
9   time?
10   MR. HALLORAN: I'm sure we will.
11   MR. COVELL: What might they be? I mean,
12   we're here now at your office. So I don't know what
13   additional costs you're going to have continuing this
14   from today until another day. You don't have travel
15   costs or hotel costs or anything of that nature.
16   MR. HALLORAN: We're certainly going to
17   continue to get an answer to this question.
18   MR. COVELL: That's fine.
19   MR. HALLORAN: And I can't see how it is
20   that a witness in this case, any conversations that
21   that witness may have ever had, whether it's with you
22   or with the plaintiff or with anyone else,
23   constitutes work product.
24   MR. COVELL: I've reviewed this area a
25   number of different times and spent a lot of time on