1  it.  I don't have the briefing here with me, and I
2  don't know if I can dredge it up easily.  But I think
3  it is, because I've explored this in the past.  So
4  I'm going to say the following thing and try to work
5  this out, because I'm trying to work this out.  Okay?
6         Number 1, I've offered for you to continue
7  the deposition, ask him the question about any
8  statements he made when his attorney, meaning me,
9  wasn't present.  So we can work around a lot of it.
10 Number 2 -- and if you want to do that, we'll just
11 keep going.
12        Number 2, I'm going to go make a couple
13 more phone calls and see if I change my mind or I
14 have another thought about it, because I told you,
15 I'm trying to think about it.  Okay?  And I don't
16 like to have these things coming up like this
17 broadsiding us, but sometimes they do, and I
18 apologize for that, because I prefer to have it
19 thought through earlier.
20        So those are my proposals for trying to
21 navigate around this somehow.  And then I guess
22 thirdly, he's here at least till -- I forget what he
23 said.  Another week, and then he's back another
24 rotation.  And we'll come back and continue the
25 deposition right here.  So I'm willing to do all

```
 1   those things to try to make it work.
 2           MS. OLANNA:  Should I get a copy of the
 3   rules?
 4           MR. COVELL:  Yeah, you're more than welcome
 5   to.  I have no objection to that.  I think you'll
 6   find when you start thinking it through and trying to
 7   do it, it gets to be punching a tar baby, but
 8   you're -- I don't have any objection to that.
 9           MR. HALLORAN:  We have lots of copies of
10   rules if you want one.
11           MS. OLANNA:  I'm just thinking it might be
12   helpful.
13           MR. COVELL:  And if you want to think about
14   all that, I'll go outside and make another phone call
15   while you think about that, come back, and I may have
16   something new, and maybe you'll have thought about
17   those issues.
18           MR. HALLORAN:  Well, I'll go ahead and ask
19   him the question with respect to conversations
20   outside your presence, but we're going to go to the
21   judge.
22           MR. COVELL:  That's fine.
23           MR. HALLORAN:  We're going to get a ruling
24   unless you tell him he can answer with regard to any
25   conversations that he may have had with Mr. Kells.
```

```
 1          MR. COVELL:  That's fine.  And I'm -- you
 2  know, I'm not trying to embroil this any more than
 3  litigation gets to be.
 4  BY MR. HALLORAN:
 5      Q.   Do you remember the question, Mr. Conitz?
 6      A.   Vaguely, but I would appreciate it if you
 7  restated it.
 8      Q.   I want to know if you've ever heard
 9  Mr. Kells make any comments about the shareholder
10  hire preference at Red Dog mine.
11          MR. COVELL:  And that will be outside of
12  the presence of counsel, right, Mr. Halloran?
13          MR. HALLORAN:  Well, you're instructing him
14  to answer it with that limitation.  I understand
15  that.
16          MR. COVELL:  Okay.  All right.  Then I'm
17  instructing you to answer it with that limitation.
18          THE WITNESS:  Okay.  I can't say that I
19  have a specific recollection that would directly
20  answer your question of him making any comments to me
21  about that.
22  BY MR. HALLORAN:
23      Q.   Do you have a nonspecific recollection?
24      A.   I don't know exactly how far nonspecific
25  would go and still be relevant.  There would have
```