1  Q. How is it that you came to possess this
2  PowerPoint presentation?
3  A. This was somewhere on the database of the
4  company computer system at Red Dog.
5  Q. So you just went rifling through the
6  database, looking for this and found it. Is that --
7  A. Actually my wife gave this to me. She
8  does, in her prior position, very -- did a lot of
9  computer work, and it was her business to be on the
10 computer. And she was looking for something and
11 happened to run into this and thought it was
12 interesting and printed it.
13 Q. Approximately when was it that she printed
14 this out? Do you know?
15 A. I don't remember exactly, but I would guess
16 it may have been somewhere in 2004, possibly 2005.
17         MR. HALLORAN: All right. Why don't we go
18 off record for just a minute.
19         (Recess held.)
20 BY MR. HALLORAN:
21 Q. Sir, you live in Anchorage; is that
22 correct?
23 A. Yes, that's correct.
24 Q. And you're in town for another week before
25 returning to Red Dog; is that right?

```
 1     A.   That's correct.
 2     Q.   And you'll serve a regular rotation then
 3  when you --
 4     A.   Yes.  I should be back up for four weeks at
 5  work when I go back.
 6          MR. HALLORAN:  Okay.  I'm going to continue
 7  this deposition at this time until we get a ruling
 8  from the Court on the question that came up earlier,
 9  and I'll be asking the Court for expedited
10  consideration so that we can reconvene this
11  deposition within the next week.  That's it.  We're
12  off record.
13          MR. COVELL:  Well, I'd like to stay on
14  record for a minute, please.  This is Thursday today,
15  right?
16          MR. HALLORAN:  That's correct.
17          MR. COVELL:  Okay.  I'm available the rest
18  of today.  I'm not going to be able to do any written
19  response to anything.  I'm down here.  I'm on leave.
20  You're here till next Wednesday; is that right?
21          THE WITNESS:  Yeah, Wednesday midday.
22          MR. COVELL:  You know, I'll do whatever I
23  can to accommodate this.  I'm leaving town tonight or
24  tomorrow, and I don't have any objection to you
25  continuing this deposition for the purposes of
```

```
 1   answering questions about the subject that was
 2   raised, but if you've got any other subject matter,
 3   I'd like you to take care of that today, and that the
 4   continuation will be limited to questions concerning
 5   the subject matter the Court's going to rule on.
 6           MR. HALLORAN:  Well, I'm not going to enter
 7   into a stipulation to that effect.
 8           MR. COVELL:  Well, if there are other
 9   questions, then I'm going to object to them.  So I
10   guess we can get the Court to rule on that, as well.
11           You know, I'll do everything I can to
12   accommodate you, but I think it's impractical that
13   we're going to receive a decision on that in that
14   amount of time.
15           I'll be back in Fairbanks between Monday
16   and Thursday of next week.  I'll be in the office
17   probably Thursday, Friday, Monday, Tuesday, and then
18   I'm going to be out again till the 20th.  If it's
19   necessary, we could possibly do it by telephone,
20   whatever.  But that's my statement for the record,
21   and if you want to talk about it on or off the
22   record, I'm happy to do so.
23           MR. HALLORAN:  We're done.
24           (Deposition concluded at 11:50 a.m.)
25           (Signature reserved.)
```