Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 4:06-CV-00015 RRB |

**PROPOSED ORDER**

**IT IS HEREBY ORDERED** that defendant's Motion to Compel, filed at Docket No. 29 is **DENIED.**

_____
Robert R. Beistline
United States District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel**

Dated: 8/24/07
By:    /s/ Emily S. Ervin
       Emily S. Ervin for Kenneth L. Covell

Conitz v. Teck Cominco, Case No. 4:06-CV-00015 RRB
Order Denying Defendant's Motion to Compel                Page 2 of 2