Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGG CONITZ,<br><br>      Plaintiffs,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC., and<br>NANA REGIONAL CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case: 4:06-CV-00015 RRB<br>) |

## OPPOSITION TO MOTION TO AMEND COMPLAINT

Two days after the court granted permission to file a Second (sic) Amended Complaint, Mr. Conitz asked the court to approve the filing of a Third (sic) Amended Complaint.[1] According to Mr. Conitz, some undisclosed new evidence establishes that punitive damages are now warranted, although a demand for

---

[1] No "first" Amended Complaint was ever served on Teck Cominco; no motion to allow a First Amended Complaint was ever filed, and no order allowing a First Amended Complaint was ever entered. [See Record.]

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

punitive damages was previously precluded by Rule 11. [See docket 47.] As well, he asserts that his newest iteration of the Complaint "will also conform the Complaint to the facts". [Id.] Neither is true. There is no new evidence that justifies a claim for punitive damages. Moreover, as Mr. Conitz has pointed out, where the additional allegations in a proposed complaint are asserted in bad faith, it is appropriate to deny amendment. Because Mr. Conitz's newest factual allegations are known by him to be false and because there are no new fact justifying a claim for punitive Damages, this court should deny his proposed amendment.

In his proposed additions to the Complaint, Mr. Conitz asserts that Teck Cominco Alaska is a successor in interest to Cominco American. Mr. Conitz is well aware, however, that Cominco American, now known as Teck Cominco American, is the parent of the defendant Teck Cominco Alaska, and not its predecessor. [Docket 5; Zigarlick depo. at 259-260.] He asserts anew that Teck Cominco and its parent have a goal of employing only Natives, although it has been time and time again explained to him that there is no factual basis for such an assertion. [See e.g. Zigarlick depo. at 258, 190-191, 167-169; Docket 16-2.] Where Mr. Conitz asserts further that Teck Cominco Alaska adheres to the 1982 Agreement between Cominco American and NANA by having a hiring preference that extends beyond NANA shareholders, moreover, even Mr. Conitz has conceded that there is no truth to his assertion. [Conitz depo. at 39-40; see also Zigarlick depo. at 52, and Docket 16-2.] As well, where Mr. Conitz now asserts in paragraph 16 of his

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

proposed complaint that he is "not a non- Native Alaskan NANA Shareholder", either his amended claim is futile or his assertion is made in bad faith, for the facts are clear that Mr. Conitz is neither a Native nor a NANA shareholder. Moreover, where Mr. Conitz continues to assert in his 3rd Amended Complaint that his national origin is "European", his claim not only fails to conform to the facts, but is futile. Ignoring momentarily that Europe is a continent and not a country, Mr. Conitz has admitted that his national origin is the United States and not any place in Europe, and his claim for national origin discrimination must fail accordingly. [See Conitz depo at 11-13.]

Mr. Conitz claims that Rule 11 previously barred him from asserting a demand for punitive damages, but that new evidence has made it possible for punitive damages to "be pled without running afoul of FRCP 11". [Docket 47 at 3.] There is no such new evidence. If Rule 11 precluded a claim for punitive damages previously, it still does, for no new facts have come to light that could possibly justify such a claim. For all these reasons, Mr. Conitz's request to file a Third (sic) Amended Complaint should be denied.

DATED at Anchorage, Alaska, this 27 day of August, 2007.

HARTIG RHODES HOGE & LEKISCH
Attorneys for Defendant
Teck Cominco Alaska Incorporated.

By: _____
Sean Halloran

HARTIG RHODES HOGE & LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA 99501-3397
TELEPHONE: (907) 276-1592
FAX: (907) 277-4352

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2007
a true and correct copy of the foregoing was served
on Kenneth Covell & Thomas Daniel by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

_____
Becky Nelson
Hartig Rhodes Hoge & Lekisch PC


F:\Docs\62880\198\PLEADINGS\CAPTION.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352