1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ALASKA
 3
 4   GREGG CONITZ,                  )
                                    )
 5           Plaintiff,             )
                                    )
 6   vs.                            )
                                    )
 7   TECK COMINCO ALASKA, INC.,     )
                                    )
 8           Defendant.             )
     _____)
 9   Case No. 4:06-CV-00015 RRB
10
11
   _____
12
13            DEPOSITION OF GREGG CONITZ
14 _____
15
16              Pages 1 - 102
                Thursday, August 2, 2007
17                   8:30 A.M.
18
19
20        Taken by Counsel for Defendant
                       at
21       HARTIG RHODES HOGE & LEKISCH
                 717 K Street
22             Anchorage, Alaska
23
24
25
```

1  told me that there was a vacancy there, obviously due
2  to the fact that Leo died, and asked me if I was
3  interested in the position. I told him yes, I was.
4     Q.   Mr. Thomas hadn't had that job very long
5  before he died, had he?
6     A.   No. It had been in the neighborhood of a
7  year and a half, to my recollection.
8     Q.   And did you apply for the job at the time
9  that he was hired into that job?
10    A.   I was interested in it, but, to my
11 knowledge, it was never posted, and it was -- there
12 was no expression that there was an opening there,
13 that I was aware of. And I think that the management
14 of the department knew that I was interested in
15 supervision, but I was not aware that there was any
16 effort to encourage applicants for the position.
17    Q.   Where were you born?
18    A.   Moscow, Idaho.
19    Q.   Have you always lived in the United States?
20    A.   No. My parents spent some time overseas,
21 and I spent some time there with them.
22    Q.   Were your parents military or --
23    A.   No.
24    Q.   Why is it that you lived overseas?
25    A.   My father, the first time that they moved

1  overseas, was a college professor at the University
2  of Idaho, and he did I believe what was called a
3  sabbatical.  It was an exchange program where he
4  exchanged with a professor at the University of
5  Nairobi in Kenya, and he went there to do that job
6  kind of on a temporary basis for about a year and a
7  half, and we moved there.
8      Q.  How old were you at that time?
9      A.  I had just started first grade.  I believe
10 I turned six after we moved there.
11     Q.  And was there any subsequent time you lived
12 overseas?
13     A.  Yes.  I spent roughly five or six months
14 with my parents there shortly after I graduated from
15 high school, in the winter of '77-78.  After I
16 graduated from high school, my dad got another job
17 overseas, and again in Nairobi, Kenya, and he went
18 there for that, and that was with the government.
19 USAID.  And the government has a dependent -- since I
20 was a dependent of my parents, at that point in time
21 they paid for me to go over, and I spent four, five
22 months there with them at that time and then came
23 back.
24     Q.  Any other times you've ever lived overseas?
25     A.  No.

```
 1      Q.    Are you a U.S. citizen?
 2      A.    Yes, I am.
 3      Q.    So you've never lived in northern Europe?
 4      A.    No.
 5      Q.    All right.  What is your race?
 6      A.    Caucasian.
 7      Q.    When you transferred to the department that
 8   you're in now, was that the first time that you had
 9   ever sought to get a transfer to that department?
10      A.    No, it was not.
11      Q.    How many times had you sought a transfer
12   unsuccessfully?
13      A.    A number of times.  I had -- I had wanted
14   to work in the mine department before I came to Red
15   Dog.  I had applied for a position in the mine
16   department before I received the position in the
17   mill.  So when I got to Red Dog, there is -- the
18   company policy states that you have to, as a new
19   employee, work for the company for one year before
20   you're eligible for transfer.  If you've been an
21   existing employee and, say, you've transferred to a
22   department, then it's six months.  If you've been in
23   one department six months but your total service is
24   more than a year, then you're eligible for transfer.
25   So as of the point that I'd been there for one year,
```

```
 1   the mine?
 2        A.   Well, they may own the ground, but they
 3   don't own the infrastructure of the mine.  Teck
 4   Cominco owns the infrastructure of the mine, and I
 5   work for Teck Cominco, and I don't believe that it's
 6   fair for Teck Cominco to make that discrimination on
 7   their behalf just because they're operating on land
 8   that NANA owns.
 9             NANA doesn't own the mill or any of the
10   equipment that I operate or the building that I sleep
11   in when I'm there or anything -- any of that
12   infrastructure.
13        Q.   Is it your claim in this litigation that
14   Teck Cominco has any hiring preferences other than a
15   shareholder hiring preference?
16        A.   I have seen in their contract with NANA
17   where it stipulates that preference.  I do not
18   believe that I've seen any preference other than the
19   NANA shareholder preference exercised in the time
20   that I've been there.
21        Q.   When you said you have seen their contract
22   with NANA, you're referring to the -- I believe it's
23   Exhibit 4, the Development and Operating Agreement
24   Between NANA Regional Corporation and Cominco
25   American, Inc.?
```

1       A.   Yes.

2       Q.   And then when you say -- and I'm trying to
3   remember the exact words here, but you said something
4   to the effect of you haven't seen anything other than
5   the shareholder preference actually employed.  Am I
6   understanding you correctly?

7       A.   Yes, I believe so.  I can't -- for example,
8   the next -- if you look at the writing in that
9   contract, the next preference is supposed to be
10  residents of the NANA region, I think it says, for at
11  least two years that are not NANA shareholders.  I
12  don't know of anybody -- there may be, there may have
13  been, but I don't personally know of anybody that's
14  ever been hired at Red Dog that is a resident of the
15  NANA region that is not a NANA shareholder.

16      Q.   Okay.

17      A.   And then the next one down the list is
18  residents of northwest Alaska.  I know of very few
19  people that have been hired out of northwest Alaska.

20      Q.   You're not aware of anyone being preferred
21  because they were in northwest Alaska?

22      A.   Not to my knowledge.

23      Q.   You're not aware of anyone being preferred
24  because they were from Alaska as a whole?

25      A.   Not to my knowledge.