KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ,           )<br>                        )<br>          Plaintiff  )<br>                        )<br>  vs.                   )<br>                        )<br>TECK COMINCO ALASKA, INC., )<br>                        )<br>          Defendant  )<br>_____) | Case No. 4:06-CV-00015 RRB |

**ERRATA**
**3RD AMENDED COMPLAINT**

COMES NOW Plaintiff, Gregg Conitz, by and through counsel, THE LAW OFFICE OF KENNETH L. COVELL, files this "Errata" to correct a typographical error pointed out by the Defense.

DATED this 29th day of August, 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL<br>
Attorney for the Plaintiff, Gregg Conitz

s/Kenneth L. Covell<br>
712 8th Ave.<br>
Fairbanks, AK 99701<br>
Phone:  907.452.4377<br>
Fax:  907.451.7802<br>
E-mail:  kcovell@gci.net<br>
Attorney Bar #:   8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 08/29/2007
By:      /s/ Emily S. Ervin
         Emily S. Ervin for Kenneth L. Covell

13. The week of December 9, 1999 was the first week Gregg Conitz acted as the Relief Supervisor, and on December 20, 2000 he was assigned to the Level VI Operator position.

14. Teck Cominco Alaska, Inc. is the successor to Cominco Alaska, Inc.

15. From July to November 2004 Teck Cominco Alaska, Inc., formerly Cominco Alaska, Inc., sought applicants for the Mine Operations Supervisor position.

16. Mr. Larry Hanna who is a Native Alaskan NANA Shareholder and Mr. Martin Parillon who is not a Native Alaskan NANA Shareholder, and Gregg Conitz who is not a Native Alaskan NANA Shareholder, applied for the Mine Operations Supervisor position.

17. On November 20, 2004 Mr. Larry Hanna, a Native Alaska NANA shareholder, was appointed as Mine Operations Supervisor for Teck Cominco Alaska, Inc., even though Gregg Conitz was more qualified for the position.

18. The evening before the announcement of Hanna's selection, Mr. John Kells, the Mine Operations Foreman, told Gregg Conitz that Conitz had been selected as the best candidate for the Mine Operations Supervisor. However, Mr.