Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA, INC., and )<br>NANA REGIONAL CORPORATION, )<br>)<br>Defendant. ) | Case: 4:06-CV-00015 RRB |

STATE OF ALASKA       )
                      ) ss
THIRD JUDICIAL DISTRICT )

**SUPPLEMENTAL AFFIDAVIT OF SEAN HALLORAN**

I, Sean Halloran, being first duly sworn, depose and aver as follows:

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

1.  I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2.  The preparation of Teck Cominco's reply to Conitz's opposition to Teck Cominco's motion to compel, including the preparation of this affidavit, required .8 hours of my time, for a total cost of $200. Including the amounts previously reported to the court, therefore, total costs and fees incurred by Teck Cominco relative to this motion total $986.07.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SEAN HALLORAN

SUBSCRIBED AND SWORN TO before me this 4 day of September, 2007, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 7/7/2010

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2007
a true and correct copy of the foregoing was served
on Kenneth Covell & Thomas Daniel by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

_____
Hartig Rhodes Hoge & Lekisch PC

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352