IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC., and NANA REGIONAL CORPORATION,<br><br>    Defendants. | Case No. 4:06-cv-0015-RRB<br><br>**ORDER GRANTING MOTION TO FILE THIRD AMENDED COMPLAINT** |

I.   **INTRODUCTION**

      Before the Court is Plaintiff Gregg Conitz ("Plaintiff") with a Motion to File Third Amended Complaint (Docket 46). The motion is opposed at Docket 51.

//

//

ORDER GRANTING MOTION TO FILE
   THIRD AMENDED COMPLAINT - 1
4:06-CV-0015-RRB

**II. FACTS**

Because the facts are more than substantially briefed within the applicable and/or relevant pleadings, they are not repeated herein except as necessary.

**III. STANDARD OF REVIEW**

After a responsive pleading is served, a party may file an amended complaint ". . . only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."[1] Ordinarily, leave should be granted unless the amendment: (1) follows undue delay; (2) seeks to inject an improper claim; (3) unfairly prejudices the opposing party; or (4) threatens to unduly increase discovery or delay trial.[2]

**IV. DISCUSSION/CONCLUSION**

Inasmuch as the Court concludes: (1) Defendant failed to adequately address the aforementioned factors within the four corners of its response in opposition; (2) Plaintiff's newest allegations contain factual controversies, which may or may not be false; and (3) the facts thus presented may justify a claim for

---

[1] Fed. R. Civ. P. 15(a).

[2] The Ninth Circuit assesses five factors in determining whether amendment should be granted or denied; "(1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment; and (5) whether plaintiff has previously amended his complaint." Allen v. City of Beverly Hills, 911 F.2d 367, 373 (9th Cir. 1990)(citation omitted).

punitive damages, Plaintiff's Motion to File Third Amended Complaint at **Docket 46** is hereby **GRANTED**[3] and Plaintiff shall now file and serve the Third Amended Complaint.

ENTERED this 4th day of September, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[3] Moreover, for reasons more carefully articulated by Plaintiff, see Docket 53 at 5 n.2, the Court notes a Motion to File Fourth Amended Complaint may be forthcoming.

ORDER GRANTING MOTION TO FILE
   THIRD AMENDED COMPLAINT - 3
4:06-CV-0015-RRB