```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ALASKA
```

Gregg Conitz                    )
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
TECK COMINCO ALASKA, INC.,      )
          Defendant.            )
_____ )  Case No.  4:06-CV-00015 RRB

> **VRA CERTIFICATION**
> I hereby certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

## ADVICE OF COUNSEL

Filed today is the 3rd Amended Complaint. The 3rd Amended Complaint contains the Errata change filed at docket 52.

DATED this 13th day of September, 2007 at Fairbanks, Alaska.

```
                         LAW OFFICES OF KENNETH L. COVELL
                        Attorney for the Plaintiff, Gregg Conitz
                                       s/Kenneth L. Covell
                                              712 8th Ave.
                                         Fairbanks, AK 99701
                                        Phone: 907.452.4377
                                          Fax: 907.451.7802
                                      E-mail: kcovell@gci.net
                                      Attorney Bar #: 8611103
```

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Advice of Counsel

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com
Dated: 09/13/2007
By: /s/ Melissa A. Dick
Melissa A. Dick for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Advice of Counsel