UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 GREGG CONITZ   v.   TECK COMINCO ALASKA, INC. 

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                           CASE NO.  4:06-CV-0015-RRB 

 John W. Erickson, Jr.                     DATE: September 21, 2007

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS GRANTING MOTION TO COMPEL**

---

At Docket 29 is Defendant Teck Cominco Alaska, Inc. with a Motion to Compel. The motion is opposed at Docket 50.

Inasmuch as the Court concludes that neither the attorney client privilege nor the work product doctrine preclude Defendant from asking Plaintiff Gregg Conitz about statements that he alleges Mr. Kells made in his presence, Docket 54 at 4, Defendant's motion at **Docket 29** is hereby **GRANTED**. As a result, Plaintiff is directed to answer any and all questions regarding statements "that his Complaint asserts were made by Mr. Wells in his presence." Id. at 2. Moreover, all questions at a continued deposition shall be limited to the same. See Docket 50 at 14.

Finally, inasmuch as the Court concludes Plaintiff's counsel raised both the attorney client privilege and the work product doctrine in good faith, the parties are hereby directed to bear their own costs and fees with respect to this issue, and are further encouraged to work out similar problems -- on their own -- in the future.