Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:    (907) 277-4352
mail@hartig.com


Attorneys for Teck Cominco Alaska Incorporated


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE


| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA INC., and | ) |
| NANA REGIONAL CORPORATION, | ) |
| | ) |
|        Defendant. | )   Case: 4:06-CV-00015 RRB |
| | ) |

### MOTION TO RECONSIDER

In its order granting Teck Cominco's motion to compel the plaintiff to answer questions put to him in his deposition, the court directed that "all questions at a continued deposition shall be limited to" statements that the complaint asserts were made by "Mr. Wells". [Docket 59.] There is no basis for denying Teck Cominco its right to question the plaintiff. Accordingly, Teck Cominco moves the court to reconsider, and upon reconsideration, to allow this defendant to examine the plaintiff.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

First of all, there is no "Mr. Wells" identified anywhere in the complaint. [See Docket 57.] Accordingly, under the court's order, Teck Cominco is precluded from even asking the questions that it sought to compel the plaintiff to answer regarding Mr. Kells. More importantly, however, Teck Cominco was only partially through the deposition when it was forced to take a recess in order to bring its motion to compel. There are numerous areas of questioning that remain in the deposition. [Halloran Affidavit.] Where there was no motion brought for any protective order, and no motion brought to otherwise limit the questioning in the deposition, it is a manifest abuse of discretion for the court to summarily order that the deposition may not be continued as to the many subjects that have yet to be addressed. Civil Rule 30 expressly provides that Teck Cominco is entitled to take the deposition of the plaintiff without leave of court, and that it is entitled to question him for up to seven hours on any topics that are relevant to the defense of this case. [Fed.R.Civ.P. 30; see Fed.R.Civ.P. 26.] Only "upon a showing that the examination is being conducted in bad faith or in such a manner as unreasonably to annoy, embarrass, or oppress the deponent" should the court limit the scope of the deposition. [Fed.R.Civ.P. 30.] There are absolutely no facts before this court to suggest that Teck Cominco is conducting its deposition in bad faith or that it is seeking to annoy, embarrass, or oppress the deponent. [See Record.] The court should reconsider its order, and upon reconsideration, permit Teck Cominco to continue the examination that was recessed for

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

the purpose of bringing the motion to compel before the court.

DATED at Anchorage, Alaska, this 24th day of September, 2007.

HARTIG RHODES HOGE & LEKISCH
Attorneys for Defendant
Teck Cominco Alaska Incorporated.

By: _____
    Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of  September, 2007
a true and correct copy of the foregoing was served
on Kenneth Covell & Thomas Daniel by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\198\PLEADINGS\Mtn2Reconsider.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

MOTION TO RECONSIDER
*Adams et. al. v. Teck Cominco Alaska,* A04-00049 CV (JWS)