Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:     (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| TECK COMINCO ALASKA INC., and NANA REGIONAL CORPORATION, | ) ) ) ) |
| Defendant. | ) Case: 4:06-CV-00015 RRB ) |

| | |
|---|---|
| STATE OF ALASKA | ) |
|  | ) ss |
| THIRD JUDICIAL DISTRICT | ) |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

### AFFIDAVIT OF SEAN HALLORAN

I, Sean Halloran, being first duly sworn, depose and aver as follows:

1. I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2. I am an attorney at Hartig Rhodes Hoge & Lekisch, which serves as counsel to Teck Cominco Alaska Incorporated in the above captioned matter. I sought to take the deposition of plaintiff Gregg Conitz on Thursday, August 2, 2007. It was necessary to continue that deposition to a future time so that Teck Cominco could bring a motion to compel before the court. I had tried to bring the motion to compel via a phone call to the court, which would have allowed the deposition to be concluded in one day, but we were instructed by the court to bring a written motion. I would have sought expedited consideration of the motion we did bring, so that the deposition could reconvene before Mr. Conitz left town to go to work and while Mr. Covell was still visiting Anchorage, but Mr. Covell insisted that he would not be able to respond to any such motion while he was in Anchorage.

3. There were several areas of questioning that I intended to address with the plaintiff when the deposition continues, including questions about each of the individuals that are alleged in the complaint to have made specific representations to the plaintiff. I did not ask the plaintiff about such representations other than those alleged with respect to Mr. Kells, because counsel for the plaintiff would not allow full answers to be given to the questions I did ask, and I wanted the issue of whether such questions were precluded by attorney client privilege and/or the work product doctrine to be resolved before I asked additional questions of this type. There are several other areas of examination that I also did not reach, because it is important that before I ask such questions, I hear the plaintiff's response to questions about conversations he allegedly had with other individuals.

4. Because I was still in the middle of my direct examination when the deposition was continued, NANA had no opportunity to question the plaintiff on any subject.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

AFFIDAVIT OF SEAN HALLORAN                                    Page 2 of 3
*Adams et. al. v. Teck Cominco Alaska*, A04-00049 CV (JWS)

5. Prior to continuing the deposition, we were on record for a little less than three hours. I anticipate that I have approximately two hours of additional questioning remaining.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SEAN HALLORAN

SUBSCRIBED AND SWORN TO before me this 24th day of September, 2007, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: May 20, 2008

STATE OF ALASKA
NOTARY PUBLIC
Katherine D. Daniel
My Commission Expires May 20, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2007
a true and correct copy of the foregoing was served
on Kenneth Covell & Thomas Daniel by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\198\PLEADINGS\Sean Halloran AFF 9.24.07.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352