Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>　　　　Defendant,<br><br>　and<br><br>NANA REGIONAL CORPORATION,<br><br>　　　　Defendant/Intervenor. | Case No. 4:06-cv-00015-RRB |

### NANA'S JOINDER IN MOTION TO RECONSIDER
### ORDER REGARDING TECK COMINCO'S MOTION TO COMPEL

Defendant/Intervenor NANA Regional Corporation respectfully joins in the Motion to Reconsider filed by Teck Cominco Alaska, Inc. Teck Cominco has moved to reconsider the Court's order at Docket 59 limiting the continued deposition of Mr. Conitz to statements made by Mr. Kells. Defendant/Intervenor agrees that the

continued deposition should not be limited to questions concerning Mr. Kells, because the deposition had not been completed on other topics. Moreover, because the deposition was adjourned when the dispute developed over Mr. Kells' comments, defendant/intervenor did not have the opportunity to question Mr. Conitz at all. Accordingly, defendant/intervenor requests that when the deposition of Mr. Conitz is reconvened, that it not be limited to questions concerning Mr. Kells.

DATED: September 26, 2007.

> s/ Thomas M. Daniel, Alaska Bar No. 8601003
> TDaniel@perkinscoie.com
> **Perkins Coie LLP**
> 1029 West Third Avenue, Suite 300
> Anchorage, AK 99501-1981
> Telephone: 907.279.8561
> Facsimile: 907.276.3108
>
> Attorneys for Defendant/Intervenor
> NANA Regional Corporation

The undersigned hereby certifies that a true and correct copy of the foregoing document is being electronically served on Sean Halloran and Kenneth Covell this 26th day of September, 2007.

s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NANA'S JOINDER IN MOTION TO RECONSIDER
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 2 of 2
18531-0014/LEGAL13595489.1