UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GREGG CONITZ   v.   TECK COMINCO ALASKA, INC.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                        CASE NO. 4:06-CV-0015-RRB

John W. Erickson, Jr.                                   DATE: September 27, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                RE MOTION TO RECONSIDER**

___

      At Docket 60 is Defendant Teck Cominco Alaska, Inc. (Defendant) with a Motion to Reconsider. Pursuant to D. Ak. LR 59.1, Plaintiff Gregg Conitz ("Plaintiff") has until the close of business on **October 5, 2007,** in which to file a response to the same, after which the Court will take the matter under advisement. The Court advises the parties, however, that this dispute is highly unusual.

      The rules permit discovery of <u>all</u> relevant evidence, and/or <u>all</u> evidence that may lead to relevant evidence. Generally, in civil litigation, there should be <u>no</u> secrets other than legitimate work product and/or privileged information. This principle will continue to guide the Court in resolving the matter presently before it.[1] If the Court must preside over the deposition, it will, of course, assess appropriate costs.

---

[1] The Court is particularly perplexed as to why the parties were unable to work though the typographical error ("Mr. Wells" should have been "Mr. Kells") in the Court's previous order at Docket 59; and, is hopeful that this is not an example of the pettiness that will prevail in this matter.

ORDER RE DEFENDANT'S MOTION TO RECONSIDER