SEAN HALLORAN
Hartig Rhodes Hoge & Lekisch P.C.
717 K Street
Anchorage, AK 99501
Phone: 907-276-1592
Fax:   907-277-4352
mail@hartig.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                          )
                                       )
            Plaintiff,                 )
                                       )
Vs.                                    )
                                       )
TECK COMINCO ALASKA INC.,              )
                                       )
            Defendant.                 )
_____)    Case No. 4:06-CV-00015 RRB

## QUALIFIED NON-OPPOSITION TO NANA MOTION TO INTERVENE

NANA Regional Corporation, the owner of Red Dog Mine, has moved to
intervene and thereby become a defendant alongside Teck Cominco Alaska
Incorporated, the operator of Red Dog Mine. Teck Cominco Alaska herein states its
qualified non-opposition.

A.      Although NANA's Interest Is Illusory, This Court Must Acknowledge It.

NANA looks to the Complaint, which asserts that Teck Cominco Alaska
discriminated against Mr. Conitz under federal and state law when it re-hired Mr.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Exhibit 2 Page 1 of 2

Baker into his former position instead of promoting Mr. Conitz.[1] [See Docket 1 at 1st and 2nd causes of action] Mr. Conitz has made clear that he is attempting to invalidate any hiring preference that Teck Cominco Alaska may have for the owners of Red Dog Mine. In this regard, Mr. Conitz repeatedly ignores the voluminous evidence establishing that Teck Cominco Alaska gives a hiring preference to NANA shareholders (since they are the owners of Red Dog Mine), and asserts instead that Teck Cominco Alaska gives a preference to Native Americans. [E.g. see Id. at ¶¶ 11, 16; Docket 4 at ¶¶ 11, 16; Exhibit 1.] Although the as-yet undisputed facts in this case establish that Teck Cominco Alaska has no hiring preference beyond its policy of preferring NANA shareholders, and although the as-yet undisputed facts show that Mr. Baker was re-hired because he was eminently well qualified for his former position while Mr. Conitz was entirely unqualified, and although the hiring decision was undisputedly made without regard for anyone's status as a NANA shareholder and without regard for anyone's race or national origin, this court must look to the actual claim asserted by the plaintiff in his Complaint. In doing so, the court must recognize that NANA has an interest in the asserted claim without looking to the facts that show the plaintiff's claims are specious and that NANA's interest is therefore illusory. Accordingly, Teck Cominco must agree with NANA that its

HARTIG RHODES HOGE & LEKISCH, P.C. ATTORNEYS AT LAW 717 K STREET ANCHORAGE, ALASKA 99501-3397 TELEPHONE: (907) 276-1592 FAX: (907) 277-4352

---

[1] The remaining causes of action involve claims that Teck Cominco Alaska opened Mr. Conitz's private mail, and failed to allow him to serve as an acting supervisor once he was no longer being considered for any supervisory positions. Those claims are irrelevant here.