Case 4:06-cv-00015-RRB   Document 64-5   Filed 10/02/2007   Page 1 of 2

Case 4:06-cv-00015-RRB   Document 11   Filed 06/22/2007   Page 1 of 12

Thomas M. Daniel
Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>　　　　　Defendant. | Case No. 4:06-cv-00015-RRB |

### NANA REGIONAL CORPORATION'S MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24(a)(2) and 24(b), NANA Regional Corporation, Inc. ("NANA") moves to intervene in this case as a defendant.

Plaintiff Gregg Conitz alleges that the operator of the Red Dog Mine, Teck Cominco Alaska, Inc. ("Teck Cominco"), violated his legal rights by discriminating against him on the basis of race and/or national origin, based on Teck Cominco's policy of granting an employment preference to Native Americans from the

MOTION TO INTERVENE
Conitz v. Teck Cominco                                   -1-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13190748.1
13190748_1.DOC

Exhibit 3 Page 1 of 2

Northwest region of Alaska. Complaint ¶¶ 27, 29 (Docket No. 6). He seeks to enjoin Teck Cominco from giving preference to Native Americans in regard to hiring and advancement. Prayer for Relief ¶ 1.

Neither NANA nor Teck Cominco grants a race-based employment preference to Native Americans. Rather, as the owner of the Red Dog Mine, NANA has a contractual relationship with Teck Cominco, providing for Teck Cominco to operate the Mine. Under its contract with NANA, Teck Cominco is obligated to offer employment to qualified NANA stockholders whose stock carries voting rights, and the descendants and spouses of such stockholders, and secondarily, to residents of the NANA region, residents of Northwest Alaska and residents of Alaska.

The determination of plaintiff's claims in this action may directly affect NANA, by prohibiting or restricting Teck Cominco's performance of its contractual obligations to NANA related to stockholder hiring. Moreover, determination of plaintiff's claims could affect NANA's ability to require other contractors to give employment preferences to NANA stockholders. For these reasons, NANA moves to intervene.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

MOTION TO INTERVENE
Conitz v. Teck Cominco                    -2-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13190748.1

Exhibit 3 Page 2 of 2