# The Hunter

SPECIAL EDITION

Published by NANA Regional Corporation, Inc.     Volume 18  Number 3  Special Edition 2007

# ANNUAL MEETING SPECIAL REPORT

**NANA Vision**

**NANA Mission**

**NANA Core Principles**



ABOVE: Elder of the Year, Lev Claveand, meets with the Regional Elders Council. BELOW: Winona Hawley rocks her granddaughter.

## NRC PRESIDENT'S MESSAGE
## Cooperation and Success in Noorvik

Marie Kasannaaluk Greene

At this year's Annual Meeting in Noorvik, we proved that power and strength is gained by working together. Shareholders and NANA employees met to celebrate the successes we achieved by working with one another, and to discuss how we made the changes to that end.

The Annual Meeting calls for hard work, cooperation, and respect – three important Iñupiaq values. Thank you to everyone who worked together to make every event a success.

Hospitable village residents welcomed visitors with open arms. NRC and NDC employees, in cooperation with subsidiary management and staff, travelled to Noorvik to support our shareholders and our companies. Countless volunteers made the event enjoyable for all who attended.

The Annual Meeting is an opportunity for shareholders to speak out about their concerns and is your chance to learn what is important to you. If you missed the meeting, this Special Edition will acquaint you with your NANA. Inside these pages is a yearbook of sorts, about our business information and celebrate the time we spend together in Noorvik.



ABOVE: Pauline Morris and Lulu Sampson stand by to watch the annual dog sled races.



ABOVE: Kaneyuq and Nasauyaq share a laugh at a Regional Elders Council meeting. BELOW: Some of Noorvik's youngest NANA shareholders pledge allegiance to the flag in Iñupiaq at the annual meeting.





Exhibit ___ Page __ of __

http://www.nana.com/pdfs/HunterSpecialEdition2007.pdf   253

## NRC Chairman's Report
## Don Sheldon



ABOVE: Anxious mushers prepare their sleds and dogs for the annual meeting dog races.

Welcome to Noorvik. Thank you for attending the 33rd NANA Annual Shareholder's Meeting. On behalf of the NANA Board of Directors, I welcome you, including those listening over KOTZ radio and NANA.com.

### Informal Shareholder Meetings
We began our informal shareholder meetings in October. We reported on NANA's activities, the Board of Director action items, and we received nominations for board seats from seven villages. In December, we mailed the at-large seat petition that is reflected in the proxy statement.

### Financial Performance
Overall, NANA had another productive year. Our current assets, which include cash, stock investments, and accounts receivables, increased to over $298 million in 2006, up from $251 million at the end of last year. Shareholder equity, all of our assets minus what we owe to others, grew to $155 million, up from $125 million.

### Red Dog Mine
Red Dog is making a greater contribution to NANA's financials because of the higher zinc and lead prices. The 7(i) section of the Alaska Native Claims Settlement Act requires that we share a portion of our royalty income with the other Native corporations. This year, we shared sixty-two percent.

The Red Dog operating agreement states that we receive the net smelter royalties until Teck Cominco recovers its capital investment. At this point, NANA's share of the royalties will increase. The mining industry forecasts high zinc prices through 2007.



Record business income, our investment portfolio income, and the increased royalty payments from Red Dog made it possible to declare a $7.00 per share dividend, the highest ever.

### Annual Meeting Theme
"NANA Shareholders: A Diversified Workforce" is the annual meeting theme. In 2006, we increased the number of shareholders working for our company.

### NANA Initiatives
The Inupiaq Coastal Language CD is complete. Thank you to those who made this CD a reality. Learning and speaking Inupiaq is vital to embracing our traditional values and our Inupiaq way of life.

A number of board members worked with Teck Cominco to develop the Red Dog Mine Reclamation and Closure Plan. It considers the environmental impact of the mine and will be reviewed every five years. Thank you to the Red Dog Subsistence Committee, Teck Cominco, and especially Jim Kulas, Roland Booth, the IRA Councils from Kivalina and Noatak, and the Kivalina City Council. A CD, available in English and Inupiaq, explains the process. It was sent to the head of households in Kivalina and Noatak, and is available to anyone interested.

We completed the 2006 NANA Shareholder Survey and reviewed the findings with the Shareholder Relations Committee. The results were published in an October Hunter Special Edition. This survey helps the board focus on shareholder needs. It will be conducted again in 2009.

An Elder settlement trust proposal was approved at the April board meeting and submitted to the Internal Revenue Service. The trust would provide additional support to Elders 65 and older. We hoped to bring this to you for a vote this year, but it is delayed. With the ruling, the Ethics & Rules Committee will prepare recommendations for the full board, including a plan for shareholder communication.

### Strategic Goals & Objectives
The board set the following long-term goals for 2007. Management will complete an action plan for each.

- Become a visible and helpful presence for all shareholders.
- Make short and long-term improvements to NANA village offices.
- Work to reduce in-region energy costs.
- Recognize the growing number and changing needs of NANA shareholders.
- Make beneficial use of the Red Dog royalty over the long-term.
- Enhance land and resource activity in the region.
- Improve issues relating to shareholder administrative services.

As your Board of Directors, we remain committed to working together and moving NANA forward. Thank you for your attention, your support, and your prayers. Taikuu.



ABOVE: Lloyd Davis, Jr. braves the cold for a chance to be the first to cross the finish line. BELOW: A NANA shareholder and Ruth Sampson gather in the Noorvik gym for the annual meeting.



ABOVE: The Noorvik singers welcome everyone to their village.



Exhibit 6 Page 2 of 8

## NRC President's Report
### Marie Greene

Taikuu, Noorvik, for hosting this year's annual meeting. We appreciate your warm welcome and hospitality.

NANA Board committees and staff prepare for the annual meeting throughout the year. I thank those who have worked very hard to bring us successfully to this important day.

Thank you to the following employees for their years of service to NANA.

Five years or more: Emma Snyder, Fannie Owen, Hannah Loon, Jeff Nelson, Julie Cleveland, Diane Ramoth, Lydia Scott, Gladys Pungowiyi, Johnetta Cleveland, Rose Barr, Raymond Stoney, Alice Adams, Sherry Swan, Claudia Sampson
Ten years or more: Langford Adams, Marie Greene
15 years or more: Karen Triplett, Sandy Snoyer Beaver
20 years or more: Robert Newlin, Jr., Rhoda Fox
30 years or more: Red Sasberger, Walter Sampson

It has been a privilege for me to work with this dedicated NRC team for fourteen years. Taikuu.

### Our Strategy & Direction
The NANA Board and Management Team work together every year to review and evaluate company-wide activities and identify critical issues for our shareholders and corporation. NANA Board committees, the management team, and staff work throughout the year to implement these strategic plans.

### Shareholder Records
With the assistance of the legal department, the NRC Management Team is working with the Shareholder Relations Committee to complete the Shareholder Records Policy and Procedures Manual. We are transitioning to a new computer system to allow us to keep better shareholder records. Additional staff have been hired to support shareholder records.

### Enrollment
We reviewed enrollment practices to make sure that we are following the rules of the Alaska Native Claims Settlement Act, articles of incorporation, bylaws, and policies of NRC, and are properly serving our shareholders.

### Direct Deposits
A direct deposit application form is being developed and we hope to offer direct deposit as an option in November. Once the form is finalized, we will let you know.



### Lands & Natural Resources
The Lands & Natural Resources department staff held meetings in the villages. They, along with the KIC Village Corporation, are working hard to identify and finalize the land selections prior to the 2008 deadline. Surveys should begin next summer.

The oil & gas and mining industries have shown renewed interest in our land. The management team and the Land & Natural Resources Board Committee evaluates these opportunities.





Above: Lester Hadley, Chuck Greene, and Walter Sampson help prepare food for the feast.

### Shareholder Hire
Our 1982 Teck Cominco operating agreement calls for the formation of the Red Dog Employment & Training Committee to work with Teck Cominco for 100% shareholder hire.

In summer, shareholder hire is as high as 57%. The most recent report shows 55%. We would like more shareholders working and advancing into higher positions at the mine. We continue to challenge Teck Cominco to improve their hiring procedures.

### Red Dog Royalties
Higher zinc prices and potential higher royalty payments will be a major focus this year. The NRC Budget, Audit, & Finance Committee will have intensive discussions regarding this option, review the current dividend policy, and make their recommendations to the full board.

### Partnerships For Sustainable Energy
The NANA Board of Directors will continue to work for sustainable energy alternatives. In January, NRC submitted a proposal to the U.S. Department of Energy for a region-wide strategic energy plan and options analysis grant in association with the Northwest Iñupiat Housing Authority, Northwest Arctic Borough, Alaska Village Electric Cooperative, Maniilaq Association, Kotzebue Electric Association, and the Northwest Arctic Borough School District. In February, we submitted a second proposal for a geothermal assessment. If awarded these grants, we will work in collaboration with the tribal governments to lower energy costs in the region.

### AFN & ICC
NANA continues to be involved with the Alaska Federation of Natives, who work here to address Alaska Native needs and concerns. I would like to thank Julie Kitka, AFN President. Taikuu, Julie, for your hard work and strong dedication to the Alaska Natives.

NRC, along with Maniilaq Association and the Northwest Arctic Borough, who are delegates to the Inuit Circumpolar Council, attended the general assembly last summer in Barrow. We will continue to advocate on your behalf for the issues and concerns of this region and the Inuit of the Circumpolar North.

The ICC youth, Elder, and general assembly delegates held a workshop to address healthy communities, the warming climate of the Arctic and the United Nations' "Draft Declaration Of Rights Of The World's Indigenous Peoples." This declaration will provide a global standard for how nations interact with indigenous peoples. It will give Inuit stronger political tools to deal with our home nations on issues including land and subsistence rights.

### The Aqqaluk Trust
NANA provides annual funding to the Robert Aqqaluk Newlin, Sr. Memorial Trust. The endowment has grown, enabling student scholarships to increase again this year. Over 300 students were awarded Aqqaluk trust scholarships in 2006. Many regional organizations also provide scholarships. NANA will continue to seek additional sources of funds to provide financial aid.

### Survey Response
In the survey, you responded that you would like assistance beyond financial aid. You would like more information about financial assistance and about educational opportunities, "on-the-job" training opportunities, and skills required for certain types of jobs or careers.

Throughout this year, we will improve the NANA website and increase communications over radio, in the Arctic Sounder, on the Internet, and in The Hunter.

### NANA Career Fair
The NANA Career Fair was held in partnership with the school district in Kotzebue earlier this month. Over 40 employers were represented. Thank you to the Northwest Arctic Borough School District for allowing NANA to hold the career fair during the regional basketball tournament. Taikuu.

### Our Commitment To You
I want you to know that the Board of Directors takes the comments made at each annual meeting and the informal shareholder meetings seriously. I believe that we have responded to most of the questions raised last year. Taikuu.



Above: Hannah Loon enjoys the wonderful food at the feast.

Exhibit 6 Page 7 of 8

## NDC Chairman's Report
### Luke Sampson

NDC is responsible for overseeing our businesses. We are dedicated to bringing financial success to our company. Our goal is to make our company stronger so we can provide for both current and future generations of NANA shareholders.

There are seven NANA Regional Corporation board members, who also serve on the NDC board. These are Don Sheldon, Dood Lincoln, Henry Horner, Robbie Kirk, Lester Hadley, Charlie Curtis, and myself. I am thankful for the dedication of these board members. It is a privilege to serve on the NDC board and I thank the board for the honor of serving as the chairman.

### NDC Board and Management

The NDC Board of Directors meets regularly with our management team to discuss investment options and business performance. We have a balanced team of companies working to give us the best chance of success, no matter what changes we face in the business environment.

The NDC Board Members serve on the boards of each of our individual companies. They are on the road a lot, away from their homes, their families, their jobs, and the communities they love. But they believe in our future and are willing to make personal sacrifices for the success of NANA.

I am thankful for the commitment of these board members and our management team. Their efforts and investments are paying off. We are employing more shareholders and making more money each year.

Business profits come back to the NANA Regional Corporation Board, who choose to use this money to provide dividends and benefits such as medical and burial assistance, to manage our lands, to keep our language and way of living alive, and to provide scholarships.

### Our Goal

A few years ago, we set a goal of becoming a billion dollar corporation. We are very close to reaching that goal. A lot of people thought we were just dreaming, that there was no way we could get there.

It makes me think of our ancestors and the goals they set for themselves. Think about the first time they set out in a small skin boat or kayak to hunt a whale. Perhaps there were some that said they were



ABOVE: Henry Horner and his daughter, Ela, gather in the Noorvik gymnasium.



ABOVE: Shauna Ramoth prepares muktuk to share at the annual meeting feast.

dreaming. Some people probably said it was too big of a goal.

Think about the distances our ancestors traveled for caribou when migration routes changed. They didn't have snowmachines. Our ancestors proved that if we work as a team and don't get distracted, we can accomplish any goal, no matter how big or how difficult. We get stronger when we set high goals. We prove to ourselves and others what we are capable of.

### Business Summary

In 2006, our revenues grew to $806 million, up from $527 million. Business operation profits grew to $44 million, up from $33 million last year. We've entered new industries such as energy trading, and changed management when necessary for improved performance.

After paying NRC and NDC operating costs and for social and cultural programs, our final profit for the year was $16 million – the highest level of profits we have ever earned! The NRC Board distributed $7.00 per share, or about $9.5 million in dividends to our shareholders. Since NANA was formed, over $60 million in total dividends have been paid!

### Managing Change

We now have a new challenge before us. We have to make wise, difficult decisions about the use of Red Dog royalties.

Someday the royalties will run out. We must develop a royalty strategy to help shareholders today and invest for the future. We must follow the thought process of our original leaders when they set aside $15 million in our investment portfolio to make sure we had a sustainable corporation. The $15 million has grown to $69 million and we have relied on its strength to help us build businesses that contribute profits year after year.

The cost of living in our villages is very high. Every year we enroll new children, and every year we have more shareholders counting on us. If we invest wisely, like those who came before us, we should be able to provide for today's generation and for future generations.

### Looking Ahead

We are pleased with how far we have come and as we move forward, we reach for even higher levels of success. We will continue to grow our company. We have set aggressive new goals. Our businesses are competing against some of the world's most successful companies. We have assembled a great team of talent in our company and we look forward to continued success.



ABOVE: A young shareholder gets into the spirit of the annual meeting. BELOW: Evie Dexter and another pause for a photograph in the Noorvik School hall.



