## NDC President's Report
## Helvi Sandvik

We reached a new level of profitability in 2006.

### Investment Portfolio

Our investment portfolio had a strong performance this year. We earned $5.7 million from the sale of marketable securities, almost twice what we earned last year. When we sell securities, we then re-invest these funds into other stocks or bonds that we believe will produce higher profits.

### Resource Royalties

Our income from the sale of NANA-owned resources, like Red Dog gravel and ore, increased. The average price of zinc was about $1.20 per pound, compared to 57 cents last year. Lead was 52 cents per pound in 2006, compared to 47 cents in 2005. After distributing about 62% of our royalties to other regional and village corporations, we earned about $17 million in resource royalties, compared to $9.4 million in 2006. We have little control over these earnings. The stock market and mineral prices can be unstable and we can't count on the high prices of zinc and lead forever.

### Our Businesses

The only area of income that we really can control is our businesses. We had a good increase in our business income this past year, but there are still some companies that need to improve.

We are developing a balanced, diversified team of businesses. We expect each business to contribute to our goals – growth, shareholder job opportunities, and providing profits. We spread our businesses across several industries and locations to be a stronger, balanced company that can survive in a changing economy.

### Contracting Companies

Our contracting companies contributed about 61% of our overall business profits. Akima, the oldest company in this segment, had a good year due to work performed after hurricane Katrina. NANA Services, and NANA Pacific did not do well. We are restructuring our oversight of these companies to make them profitable. Most of the contracting companies began under the Small Business Administration's 8(a) Program. There still is considerable political pressure to eliminate this program. Our goal is for each company to succeed without special contracting rules.

### Professional & Management Services

This segment contributed 27% of the profits from business operations. NANA Management Services (NMS) leads the group in profits and shareholder hire. ASRC completed its first full year under NANA's ownership. We are not yet seeing the financial return we expected, but are confident it will get there. For the second year in a row, WorkSafe had its best year ever. NANA/Colt doubled its profits from the previous year. Worley Parsons, a publicly traded Australian global engineering firm, purchased

ABOVE: Jessica Snyder and her daughter, Naomi, smile for the camera.

ABOVE: Isaac Thomas (at right) and friend take a break from the annual meeting for a cup of coffee and a chat.

Colt Engineering, our NANA/Colt partner. We look forward to participating in the future development of Alaska's oil & gas industry.

### Mining & Oilfield Support

Profits from this business segment nearly tripled to $3.6 million. In September we re-established our Arctic Caribou Inn operation. NMS now houses oilfield workers in our hotel on the North Slope.

NANA Oilfield Services (NOSI) had another good year as the oil and gas industry boomed. Our employees have done an outstanding job of responding to increased demand for their services.

I want to thank Ron Otte, head of Purcell Security. Under his leadership, and in partnership with our HR group, many shareholders patrolled the pipeline as BP corrected corrosion problems. Some workers have turned temporary work into long-term employment.

### Hospitality & Tourism

Our hotels generated about $3 million in net income. The Residence Inn provided almost half of this profit and the Fairbanks Springhill Suites has finally worked its way to profitability.

### Company Overview

We have grown tremendously. Our challenge is to make sure we have proper management systems in place and to keep administrative costs under control. In 2006 we managed a much larger company with very little increase in administrative costs.

As we grow, it will cost more to properly manage our business. The key to increased profitability is to pay [illegible] that we operate efficiently.

Exhibit G Page 5 of

### Shareholder Development

The second important focus of NDC is to create shareholder job opportunities. In 2006, 817 shareholders worked directly for NANA or for one of our partnerships, earning nearly $31 million in wages. Last year, 770 shareholders earned $27 million.

Many of our jobs are located out of state and we continue to recruit shareholders for them. Several went to Nevada for a driller-training program developed with our partner, Major Drilling. Thanks to Fred Smith and Jane and Miles Cleveland who helped set up the program. Miles and Jane created a "home-away from-home" for our shareholders. Our HR department continues to focus on ways we can employ shareholders within our company or elsewhere.

Kristina Patrick recently moved from our legal department to head up our expanding shareholder development program. Last summer, 21 college students spent six to nine weeks visiting job sites across the United States, and 14 high school students worked with our companies for a week.

Our engineering companies are active in the UAA's Alaska Native Engineering and Science Program (ANSEP). Several shareholders are enrolled and are earning engineering degrees. Many intern with our engineering firms or others.

Most of our businesses, as well as many representatives from other companies, attended the Career Fair in Kotzebue. We also welcomed representatives from 10 organizations that provide job training, scholarships, and educational opportunities. Our HR and shareholder development staff was on-hand with applications for our internship programs and NANA job openings. Our goal is to put more shareholders to work in our companies and with NANA's partners and affiliates.

### 2007 & Beyond

Our board and management staff have focused on growth and profitability. In 2005, we had $527 million in revenues and were over halfway to becoming a $1 billion revenue corporation. By the end of 2006, we had over $806 million in revenues. We expect to reach our $1 billion revenue target in 2007.

Our next goal is to become a $10 billion [illegible] company. To get there, every business must perform well. The NDC board and management team must continue to evaluate existing businesses and new opportunities for new industries.

We have once again set aggressive business goals and profit expectations. Last year, we set a goal of increasing our profits by 25% – our goal was to earn $7.5 million in net income. We beat that goal and increased profits by 33%, with our final net income being just over $1[illegible] million. Our target for 2007 is to earn $20 million in net income – a 20% increase. Our goal for 2011 is to earn a profit of $40 million.

With proper management of our existing businesses and wise additional investment, we fully expect to reach these goals. Our shareholders are preparing for the future, and NDC is preparing for them!

# SHAREHOLDER OF THE YEAR AWARDS

The Shareholders Relations Committee made a recommendation to the Board to give three additional Shareholder of the Year awards. They include the Elder of the Year, Youth of the Year, and the Richard Baenen award.

## SHAREHOLDER OF THE YEAR
**Cyrus Naungaq Harris**

Naungaq is the Vice President of Kotzebue Dog Musher's Association and the Traditional Foods Manager for Maniilaq Association. He is very active in the subsistence lifestyle. He hunts, fishes, and gathers and prepares meat, fish, and game for other people. He is also a very active dog musher, following in the footsteps of his late father, Doc Harris.

Naungaq is engaged to [illegible] together, they have seven children who all practice the Iñupiaq way of life. Their youngest son is learning how important it is to be Iñupiaq by [illegible] with running the dogs at only two years old.

Naungaq is a role model who lives a traditional Iñupiaq lifestyle. He is living proof that people can make a life while providing for family and others in the region. He has overcome many obstacles in his life, but throughout, he continues to hunt, fish, and provide for his family off the land, as his father taught him.

Through his job, coordinating the Maniilaq Hunter Assistance Program, he allows others to provide for the Elders in the region. He also provides all the traditional meat and berries for the Senior Citizens Cultural Center in Kotzebue.

Naungaq is the son of the Late Doc [illegible] Harris and Elizabeth [illegible] Harris. Naungaq has four brothers and four sisters.

## ELDER OF THE YEAR
[illegible]

[illegible]

## RICHARD BAENEN AWARD
**Warren Thompson**

Warren Thompson, originally from [illegible], moved to Kotzebue in [illegible]. He is married to [illegible] Thompson and together they raised [illegible]. After serving in the military, he went to work for [illegible] Arctic Flight Service. He worked for the FAA for 20 years and helped form the Kotzebue Squadron Civil Air Patrol.

Over the years, Warren's concern has always been for the safety of the people in the NANA region. He has logged over [illegible] hours of flying time, a good majority of that was on search and rescue. His dedication and commitment to the people of this region is well known by those who have been rescued by Warren.

An example is when William [illegible] was born on January [illegible], 1990. William was born with complications and needed immediate medical attention. When Warren heard that William was unable to be transported, he felt that if there was a chance of survival for the baby, he would attempt to bring the baby to Kotzebue. All aircraft flying in the region were grounded because of minus 50 to 60 degree temperatures. When Warren arrived in Noorvik, the ambient temperature was [illegible] degrees below zero. He stayed on the runway with the engine running to keep it warm. Warren went to the clinic with [illegible] sleeping bags as cover for the [illegible]. Once the [illegible] was secured, he transported William to the Noorvik airport, and flew to Kotzebue. Today, William is a young man about 16 years old.

Warren Thompson is frequently seen riding his bicycle in Kotzebue, as he has done for the past 54 years.

[illegible] Lax and Hanna Stalnel say hello to friends at the [illegible]. [illegible]: Josephine Wood, Mildred Black, and Edith Nathan listen to the NDC Report. [illegible]: Edwin Douglas and Cesar Sheist, Sr. greet the start of the dog races.

# SHAREHOLDER COMMENTS

**Flora Skeeter Jepson:** I want to say a special thank you to Noorvik. I thank you NANA for the dividends. I want to acknowledge Marie Greene and all the people that work for NANA. You are appreciated. Thank you.

**Stefanie Armstrong:** My Iñupiaq name is Igik. I am married to Abe Armstrong. I'm here to represent the Boys & Girls Club. We are expanding the Boys & Girls Club in Noorvik. Give a round of applause to Hendy Ballot, Glen Skin, and all those that worked hard to get this started in Noorvik. All of you have children that need someplace to go. It is up to you to get a hold of me and your regional leaders and put that into your budget. Buckland is on their way in having a Boys & Girls Club. They need volunteers. Make time and spend time with your family. **Don Sheldon:** Thank you Stephanie for the tireless work that you do for the region.

**Karen Jackson:** Two years ago I was the Resource Technician for Noorvik. I was wondering how people get shares. How or why did a Bahai Faith Church become a shareholder? **Jacquie Luke:** You can leave your NANA shares to whomever you like when you pass on either by a will or filling out a form. Some NANA shareholder left their NANA shares to a Bahai charity. They will get a dividend but they cannot vote. **Karen:** Another concern I have, a few years ago, a shareholder had gotten a shareholder rate at the hotel. Is there a way for us to get a lower rate? **Don Sheldon:** In order to keep the hotel open, we have the prices at that amount. Thank you.

**Billy Lee:** I am the fire chief for the Northwest Arctic Borough. I would like to do a little demonstration with the fire gear. (Randy Mulluk and Wes Cleveland, pictured below, volunteered.) As you know, people who fight fires do it in their street clothes. NWAB has a grant from the Homeland Security and we are able to get 150 sets of fire gear for [illegible] our firefighters of the villages. Your fire chief in Noorvik is Thomas Fungolin. So please give them a round of applause. Thank you.

**Arlie Hess:** I am a former Purcell Security Guard in Anchorage. I just want to know if Purcell had any plans to expand to Kotzebue. There is a state security issue in Kotzebue. **Helvi Sandvik:** Currently, we don't have plans unless there is work to be contracted out. We are a private security company. We provide security services to private clients primarily and sometimes government securities. If there is an opportunity in our region, we would pursue that and bid on it.

**Elmer Armstrong, Sr.:** I would like to ask NANA Corporation to support any drug organization that come up to our area. A year ago I lost a granddaughter to methamphetamines. Meth is not something to play around with. It goes to your blood and your heart. Pray about it that something could be started to fight drugs in our area.

**Robert Sampson:** Neikal [illegible] of the City of Noorvik and the people of Noorvik, these people just donated for the [illegible] [illegible] Thank you. Talkuu.

**Dolly Sours:** Taikuu. I'm working for MRC Alcohol Program. We have clients from all over the villages, even the Southeast. I want to ask the families to continue praying for the clients. Four has come to know the Lord and are excited about the changed lives and spiritually. Taikuu, God bless you all.

**Clara Foster:** I have been working at Red Dog for two years. I want to see if NANA can get Teck Cominco to give us some kind of paid leave, like sick leave. When we get sick and have to stay up there, we get all unpaid leave. We have to work and support our family. **Don Sheldon:** We have the employment committee that can look into that.

**Clyde Ramoth:** First, maybe Maniilaq and NANA can help. I had some friends and relatives that have long-term illness and had to stay in Anchorage for long term. Does NANA have apartments that we can use or discounts at hotels? I think you need more public announcements. **Don Sheldon:** NANA does not have apartments in Anchorage. We have the hotels. **Helvi Sandvik:** We do have hotels in Anchorage with shareholder discounts. The other thing, NANA Regional provides general assistance. **Clyde:** Is there an emergency contact number we can call after hours for the hotel discount? **Helvi:** If you check in, they can show you the shareholder rate form. **Clyde:** Second, I'm learning more about 8(a)s. As a shareholder, can I go to the NANA office and see the records of the revenues overall? I would like to see the record of spending, either through staff or others. **Don:** That's not statewide, it's nationwide. As a shareholder, you can inspect the finances under guidance and direction of the people that are under our current management. So if you make arrangements with our people, then they will guide you through that process. **Helvi:** In your handouts, there are detailed financials. Page 7 lists the income from 2004 to 2006 of all our 8(a) companies. You can take a look at that for starters.

**Millie Hawley:** I want to thank you all for praying for my mother. She went home today. I still have a concern regarding the water. I'm asking NANA to get involved when they close the Red Dog Mine. On behalf of my children and grandchildren that NANA gets involved. **Don Sheldon:** NANA is involved in the process. NANA wanted to have some control.

**Louis Skin:** On behalf of my son, I want to thank NANA for assisting him to better himself.

**Marlene Moto:** Thank you to Maniilaq for working with ANMC. My concern is on shareholder descendants born after 1971. How do they get their shares? On the grandkids, who ends up with the shares if the parents are not named on the birth certificate? **Maude Blair:** People born after 1971 can apply for Class D shares at NANA, which go back to the company when they die. When a person who owns Class A, B, or C shares dies without a will, we look to Alaska state laws to determine who inherits that person's shares. If a parent is not on the birth certificate, we look at other ways to prove paternity. You can contact NANA's Legal Department in Anchorage and we will work with you on this issue.

**Elmer Armstrong, Jr.:** Want to talk about shareholder hire for Lynden. If Teck Cominco can improve with shareholders in their positions. **Don Sheldon:** It is an issue that is always pushed for to hire shareholders. As far as NANA Lynden ... **Helvi Sandvik:** We are about 50% shareholder hire.

**Ronnie Mulluk:** My dad would like to thank the NANA Board for building up the corporation. He would like to see NANA help the Elders a little more. NANA Dynatec, I had a friend that had to pay for his room and board. He went broke and had to come home. **Don Sheldon:** With the program you mentioned, thank you for your concern.

[illegible] Mildred Black and Sarah Tickett join in the annual meeting[illegible]

Exhibit 6 Page 3 of 8

253

ABOVE: Joanne Sheldon and Cyrus Harris race to the finish.

## DOOR PRIZE DRAWING RESULTS

## ELECTION RESULTS

**AMBLER**
Gladys Downey Jones

**BUCKLAND**
Lester Hadley, Sr.

**DEERING**
Ronald Moto, Sr.

**NOATAK**
Roland Booth, Sr.

**NOORVIK**
Donald E. Sheldon

**SELAWIK**
[illegible]

**SHUNGNAK**
[illegible]

**AT-LARGE**
[illegible]

ABOVE: A volunteer cuts Panetuq in preparation for the feast.

# Taikuu Quyaanna!

**Thank You** for Your Contributions to the Coastal Dialect Iñupiaq Language CD-ROM Project!

**NANA Iñuuniałiqput Committee:** Henry Igitaaŋaluk Horner, Raymond Saġgan Stoney, Levi Aŋaŋ Cleveland, Raymond Qayuġiuŋiŋ Hawley, Gordon Apayuutnaq Newlin, Reta Nayuk Sheldon, Wilbur Maŋnak Howarth

**Project Managers:** Hannah Paniyavluk Loon, Roland Taġñiq Berger

**Editor:** Ruth Tatqavik Sampson

**Translator:** Rachel Naŋġaaq Sherman

**Voices:** Charlie Aġsiluq Booth, Wendell Tigigruaq Booth, Willie Aŋaġiaq Goodwin, Dolly Uluqłik Sours

**Sound:** James Paige, Pierre Lonewolf, KOTZ Radio

**Acknowledgments:** Elmer Mistak Jackson, Renee Aŋiġaaq Douglas, Enoch Attamak Shiedt, Benjamin Uvġun Sherman, Dr. Lawrence Kaŋuqłuq Kaplan, Walt Amaġuq Sator

**NANA Iñupiaq Language Commission Elder Reviewers:** Wanda Ikayuġauraq Hawley, Mary Maqik Schaeffer

**Photography:** Chris Arend, James Magdanz, James Mason, Magali Philippe

**NANA Regional Corporation:** Marie Kaġiqnaaluk Greene, President; Gladys Pyaqpak Pungowiyi, Vice President of Shareholder Relations; Sandy Kaanan Stamper Beaver, Vice President of Administration

**Rosetta Stone Software and its employees.**

**We extend our appreciation to all the people whose photos appear in the software.**

Thank You for Helping Enhance Our Iñupiaq Culture!

ABOVE: Mae Bilmeyer [illegible] Sarina Wells signs in for her proxy at the annual meeting.

ABOVE: Marie Greene extends a heartfelt thank you to Charlie Booth for her contributions to the Iñupiaq Language CD-ROM project.

www.nana.com info@nana.com

NANA
P.O. Box 49
Kotzebue, Alaska 99752

PRSRT STD
U.S. Postage
PAID
Anchorage, AK
Permit No. 4[illegible]