```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA


GREGG CONITZ,                      )
                                   )
          Plaintiff,               )
                                   )
vs.                                )
                                   )
TECK COMINCO ALASKA, INC.,         )
                                   )
          Defendant.               )
_____)
Case No. 4:06-CV-00015 RRB
```

DEPOSITION OF TED ZIGARLICK

Pages 1 - 271
Wednesday, August 1, 2007
8:30 A.M.

Taken by Counsel for Plaintiff
at
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, Alaska

Exhibit 8  Page 1 of 6

```
 1      Q.   All right.  All right.  Well, let me draw
 2   your attention -- why don't we turn to the first
 3   page.  And I've heard the term both shareholder and
 4   stockholder used.  Would you view those as being
 5   interchangeable terms?
 6      A.   Me personally, no.  My understanding of
 7   shareholder is somebody that has -- lives or has been
 8   blood of the NANA region and has shares of NANA.
 9      Q.   Okay.
10      A.   That's my understanding.
11      Q.   Okay.  And if the term stockholder was used
12   in reference to somebody that had shares of NANA,
13   would you take it to have a distinct meaning or not?
14      A.   Not -- it doesn't mean anything to me.
15      Q.   Okay.  All right.  And is it your
16   understanding, then, that you're born into these
17   shares?
18      A.   That's my understanding, yes.
19      Q.   All right.  And looking at that first page
20   there, it says, "Natives of the NANA region means the
21   stockholders of NANA whose stock carries voting
22   rights and the descendants and spouses of such
23   stockholders."
24              Does that seem to be a fair and/or accurate
25   definition of a shareholder a stockholder?  Or rather
```

```
 1   of a Native of the NANA region, I guess.
 2        A.   I guess so.  I'm confused at Native of NANA
 3   region because there are NANA shareholders that are
 4   not in the region.
 5        Q.   Right.  Okay.  Okay.  All right.  But to
 6   one extent or another, not necessarily totally
 7   coextensive because they may be just intersecting
 8   sets, but to one extent or another, a NANA
 9   shareholder and a Native of the NANA region is a
10   largely coextensive intersecting set?
11        A.   I can agree to that.
12        Q.   Okay.  And then is there a goal of 100
13   percent Native of the NANA region hire at the Teck
14   operation?
15        A.   Is there a goal?  It is my understanding
16   there, that was something that was put forth when the
17   company and NANA became a partnership to attempt to
18   achieve.
19        Q.   Okay.
20        A.   So yeah.  An achievable goal?  That I can't
21   say.  I guess it was ultimately believed that that
22   possibility could happen.
23        Q.   Okay.  Is there still -- is that still a
24   policy of Teck in regard to the mine at Red Dog?
25        A.   Is that a goal?  Or say again, please.
```

Exhibit B Page 3 of 6

```
 1      Q.   Is 100 percent Native hire at the Red Dog
 2   mine still a goal of Teck Cominco Alaska?
 3      A.   I wouldn't say 100 percent.  I would say to
 4   maximize shareholder hire.  There is not enough life
 5   in the mine at Red Dog to ever make that happen, in
 6   my own personal belief.
 7      Q.   Okay.  How much life is left in the mine,
 8   do you think?
 9      A.   Our production -- our forecast right now is
10   2031 is end of life, mine, as we know it today.
11      Q.   Okay.  And this is 2007, so --
12      A.   Twenty-four years.
13      Q.   Okay.  Okay.  And those things can change
14   up or down depending on --
15      A.   That's correct.
16      Q.   -- prices --
17      A.   Economics will drive it, whether it's going
18   to be longer or shorter.
19      Q.   All right.  And maybe new discoveries or
20   not?
21      A.   That possibility is there, yes.
22      Q.   Okay.  Okay.  All right.  So you don't
23   think it will ever happen, in any event, but the goal
24   is to maximize Native hire at the mine?
25      A.   That's correct.
```

Exhibit 8  Page 4 of 6

```
 1      Q.   All right.  And if you turn to the third
 2  page of No. 10, I believe, about, oh, eight or ten
 3  lines down.  That's written in this agreement,
 4  employment goals and policy, 100 percent shall be
 5  Natives of the NANA region, right?
 6      A.   You're asking the question again?  Sorry.
 7      Q.   Right.  I mean, that says that right there,
 8  right?
 9      A.   It says, "It is the goal of NANA and
10  Cominco that not later than 12 years after
11  commencement of production from the first mine on Red
12  Dog property, to the extent feasible, 100 percent of
13  such employees shall be Natives."  It says "extent
14  feasible."  That doesn't say that it will be.
15      Q.   Sure.
16      A.   Yeah.
17      Q.   All right.  But the 12 years have come and
18  gone?
19      A.   Twelve years have long come and gone, yes.
20      Q.   All right.  And it's never got to 100
21  percent Native hire?
22      A.   No.  I believe our current is around 55
23  percent shareholder hire.
24      Q.   Okay.  And in regard to that, is the
25  shareholder hire in mill and mine greater shareholder
```

Exhibit 6 Page 5 of 6

1  hire? In other words, you may say, I don't know,
2  environment, you may have one or two shareholders.
3  And in mill and mine you may have -- well, you might
4  have, I don't know, 20 percent in environment and 80
5  percent in mill and mine.
6       A.   Yeah. That's not a fair comparison,
7  though. I'm not quite sure what you're asking,
8  because you're working with much different sized
9  groups.
10      Q.   Okay. But companywide, you've got a
11 percentage of Native hire right now?
12      A.   That's correct.
13      Q.   Fifty-five percent? I've heard 55, I've
14 heard 60. Something in that range?
15      A.   Yeah, it's in that area.
16      Q.   Okay. So if you were to take the mill
17 department and/or the mine department and counted the
18 number of heads and then counted the number of
19 shareholders in either one of those departments or
20 both, would the number percentage be higher in those
21 particular departments? If you know.
22      A.   To the best of my ability, mill operations
23 is highest percentage, and materials management is
24 the second highest percentage, and then mine
25 operating and surface operations would be next.

Exhibit 8 Page 6 of 6