

| | |
|---|---|
| **Parent Company** | NANA Regional Corporation, Inc. |
| **Established** | 1972 |
| **Headquarters** | Kotzebue, Alaska |
| **Executive Team** | Marie Greene — *President & Chief Executive Officer* |
| | Kevin Thomas — *Vice President & Chief Financial Officer* |
| | Jacquelyn Luke — *Vice President & General Counsel* |
| | Gladys Pungowiyi — *Vice President, Shareholder Relations* |
| | Sandy Shroyer-Beaver — *Vice President, Administration* |
| | Walter Sampson — *Vice President, Lands & Natural Resources* |
| **Business Arm** | NANA Development Corporation |
| **Established** | 1974 |
| **Headquarters** | Anchorage, Alaska |
| **Executive Team** | Helvi Sandvik — *President and Chief Executive Officer* |
| | Kevin Thomas — *Vice President & Chief Financial Officer* |
| | Jacquelyn Luke — *Vice President & General Counsel* |
| | Selina Moose — *Vice President, Human Resources* |
| | Chuck Greene — *Vice President, Government Relations* |
| | Stan Fleming — *President, NANA Contracting Services* |
| | Jim Mendenhall — *Business Development Manager* |
| | Fred Smith — *Operations Manager* |
| **Organizational Vision** | NANA will be a respected, profitable, multibillion-dollar corporation. |
| **Organizational Mission** | We improve the quality of life for our people by maximizing economic growth, protecting and enhancing our lands, and promoting healthy communities with decisions, actions, and behaviors inspired by our Iñupiat Ilitqusiat Values, and consistent with NANA's Core Principles. |
| **Core Principles** | Honesty, integrity, commitment, dignity, and respect. |

Exhibit 9 Page 1 of 2

NANA Regional Corporation, Inc. • P.O. Box 49 Kotzebue, Alaska 99752 • T:(907) 442-3301 • F:(907) 442-2866
NANA Development Corporation • 1001 East Benson Boulevard Anchorage, Alaska 99508 • T:(907) 265-4100 • F:(907) 265-4123
NANA.com

369

http://www.nana.com/pdfs/98678_NANA_Combo_Fact_Sheet.pdf



# NANA

| | |
|---|---|
| **Lines of Business** | NANA Development Corporation is a diversified holding company and owns (wholly or in-part) the following businesses |
| | **Contracting Services**<br>Akima Management Services, LLC • Akmaaq, LLC • Ki Professional Services Group, LLC • Qivliq, LLC |
| | **Technical Services**<br>ASCG Incorporated • DOWL Engineers • NANA/Colt Engineering • NANA Pacific, LLC • Alaska Testlab • NANA/Major Drilling, LLC • NANA Dynatec Mining, LLC |
| | **Operations Support**<br>NANA Management Services, LLC • NMS Camp Services • Purcell Security • NANA Oilfield Services, Inc. • NANA Lynden Logistics, LLC |
| | **Workforce Development**<br>NANA Training Systems • NMS Employee Leasing • WorkSafe, Inc. |
| | **Lodging and Hotel Management**<br>Courtyard by Marriott, Anchorage • Residence Inn by Marriott, Anchorage • SpringHill Suites by Marriott, Anchorage • SpringHill Suites by Marriott, Fairbanks • Nullagvik Hotel, Kotzebue • Tour Arctic Corporation |
| **Red Dog Mine** | Red Dog Mine is the largest zinc mine in the world. The mine is on NANA land and operates under a lease agreement between NANA and the mine operator, Teck Cominco Ltd. In addition to financial terms, the agreement requires Teck Cominco to employ and train NANA shareholders. NANA shareholders generally make up 55 percent of the mine employees. |
| **Employees** | 2006: 5,440 (Alaska: 2,901; Outside Alaska: 2,539) |
| **Corporate Revenues** | 2006: $806 million    2005: $526.9 million    2004: $331 million<br>2003: $263 million    2002: $201.9 million    2001: $172.7 million |
| **Shareholders** | NANA is owned by more than 11,400 Alaska Native shareholders of Iñupiat Eskimo descent. Since inception, NANA has paid out close to 100% of its profits to shareholders as dividends. In 2006 NANA and its affiliates paid $31.4 million in wages to NANA shareholders. |
| **Region** | The NANA region is a vast 38,000 square miles located in Northwest Alaska, most of which is above the Arctic Circle. The region is rich with energy and mineral resources, included significant concentrations of coal, zinc, copper, jade, marble, and granite. There are 11 communities, including Kotzebue. More than 90% of the region's residents are Iñupiat Eskimo, descendants of ancestors who settled the land over 10,000 years ago. NANA and the region's main governing body, the Northwest Arctic Borough, share the same boundaries. |

Exhibit 9 Page 2 of 2

270