

# RED DOG MINE

# TABLE OF CONTENTS

THE RED DOG MINE .......... 4
  The Richest Zinc Mine in the World
  A Major Zinc/Lead/Silver Deposit
  Discovery and Confirmation

PARTNERS IN A LANDMARK
AGREEMENT .......... 6
  NANA: Keepers of the Land
  NANA Values
  History
  The NANA Region
  Protecting Land and Culture
  Inupiat Ilitqusiat

TECK COMINCO LIMITED:
A WORTHY PARTNER .. 8
  Early Interest
  Development Decisions
  Coming to Terms
  A Third Partner

WORLD-CLASS
OPERATIONS ....... 12
  Reserves and Resources
  Respect for the Environment
  Subsistence Activities
  Not Just Another Fish Story
  Environmental Action
  Red Dog Operations
  Environmental Policy

A POSITIVE AND
LASTING IMPACT .... 14
  Red Dog Economics
  A Skilled Workforce
  Investing in People
  Workforce Development
  School-to-Work Partnership
  Advanced Education
  Hometown Hero
  Balancing Prosperity
    and Tradition
  An Economic Powerhouse

A SUCCESSFUL PAST,
A PROMISING FUTURE ....... 18

"RED DOG CONFIRMS THAT MUTUAL RESPECT, SHARED VALUES, AND A COMMON GOAL CAN UNITE PEOPLE OF DIVERSE BACKGROUNDS AND CULTURES."

## SHARED VALUES, COMMON GOALS,

The Red Dog zinc mine operates on land owned by the NANA Regional Corporation (NANA), an entity wholly owned by the Iñupiat people of Northwest Alaska. The zinc mine operations are conducted under lease by Teck Cominco, a Canadian resource development company. Cominco Ltd. was the original operating partner at Red Dog prior to merging with Teck Corporation in 2001.

NANA and Cominco became partners in the Red Dog project through a unique

Exhibit 10  Page 2 of 32
2.10



# AND EXCEPTIONAL RESULTS

development agreement which assured
environmental protection and economic
benefits for the Native people through the
development of the world's largest zinc mine.
[...] to Native Alaskans. The development of
[...] coupled with the Red Dog operation have
helped foster development of responsible resource
development, founded on the principles
of consensus, cooperation and mutual
respect between a mining company and
indigenous people.

Exhibit 10 Page 3 of 12

## WHO
**438** Year-round employees
**52%** Employees who are also NANA shareholders

## WHAT
**0.5** Square-mile main ore body
**96.3** Million tonnes of proven and probable reserves, plus measured and indicated resources
**1.2** Million tonnes of concentrate produced annually
**10%** Share of worldwide supply of zinc concentrate
**17.6%** Average zinc grade
**4.7%** Average lead grade
**2.9** Ounces of silver per tonne

## VALUES (IN MILLIONS)
**$721.4** Capital construction cost through 2004
**$13.7** Mine royalties paid to NANA in 2004
**$98.5** Total royalties paid to NANA from 1982 to 2004
**$6.1** Payment to the Northwest Arctic Borough in 2004
**$49.5** Payments to the Northwest Arctic Borough from 1988 to 2004
**$15** Shareholder wages paid annually

## WHERE
**90** miles north of Kotzebue
**55** miles east of the Chukchi Sea
**100** miles above the Arctic Circle

## WHEN
**1968** Possible mineral deposits discovered at future mine site
**1971** Alaska Native Claims Settlement Act (ANCSA) entitles Native corporations to land allotments
**1975** Bureau of Mines names Red Dog, confirms large deposit
**1980** First exploratory drilling of deposit
**1980** NANA selects 120-square-mile block of land surrounding Red Dog deposit, under terms of ANCSA (1971)
**1982** Cominco and NANA sign development agreement
**1986** Site development begins
**1989** December: Red Dog production begins
**1996** April: Production Rate Increase (PRI) expansion project begins
**1998** September: $200 million PRI project completed, production jumps 40%
**2001** Cominco Ltd. merges with Teck Corporation
**2001** Second expansion, Mill Optimization Project, completed
**2003** Red Dog mills 3.2 million tonnes of ore from the zone and produces 1.3 million tonnes of concentrate [...] 05 mt zinc and 200,000 t lead

231

## THE RICHEST ZINC MINE IN THE WORLD

When the ancestors of Northwestern Alaska's Iñupiat people hunted the upper drainage of the Wulik River, they were unaware of the great treasure hidden beneath their feet —a vast deposit of zinc, lead and silver, which would come to be known as Red Dog.

Now the largest zinc mine in the world, Red Dog is the culmination of a visionary and fruitful alliance between Alaska Natives, a world-class mining company and various



# THE RED DOG MINE



levels of government.

A joint venture between NANA Regional Corporation and Teck Cominco, the Red Dog project demonstrates that mining can be compatible with Iñupiat values and sustainable development. The mine also shows how modern industry can successfully develop and integrate a local workforce, in this case the Iñupiat people, who pursue a traditional lifestyle while enjoying the benefits of employment and modern vocational training.

Above all, the story of Red Dog confirms that mutual respect,

shared values and a common goal can unite people of diverse backgrounds and cultures and inspire them to significant, wide-ranging, and mutually beneficial achievement.

## A MAJOR ZINC/LEAD/SILVER DEPOSIT

The Red Dog ore body is one of the world's most significant zinc deposits, containing a number of ore bodies. The mine is located in Alaska's Northwest Arctic Borough, in the DeLong Mountains of the western Brooks Range, 90 miles north of Kotzebue and 55 miles from the Chukchi Sea.

In 2003, the site's proven and probable reserves plus measured and indicated resources amounted to 90.6 million tonnes, containing 17.9 percent zinc and 4.7 percent lead, as well as 2.8 ounces/tonnes of silver. In addition, Red Dog also contains 37.1 million tonnes of inferred resources. The entire deposit lies inside a relatively small area (one mile by one-half mile). The deposit is essentially flat-lying and at the surface, making open pit mining the extraction method of choice.





## DISCOVERY AND CONFIRMATION

In 1968, Bob Baker, a bush pilot and prospector from Kotzebue, Alaska, brought the area to the attention of Irving Tailleur of the U.S. Geological Survey (USGS). Always on the lookout for mineral prospects, Baker had noticed a distinctive rusty coloring in a creek that cuts through the deposit, but he could not access the site with his fixed-wing aircraft. Tailleur, who was mapping the region, visited the area and immediately noticed abundant barite, black chert, siliceous sinter and iron oxide staining. His rock samples also indicated significant zinc and lead mineralization. Tailleur's findings, and the apparent similarities between this site and other large zinc/lead deposits around the world, were published by the USGS in a 1970 report. Five years later, the Bureau of Mines confirmed that the site contained a substantial deposit.



### RED DOG OPERATIONS ALASKA

### RED DOG GETS ITS NAME

*Interestingly, the name "Red Dog Creek" coined by Irving Tailleur of the USGS, was not a reference to the rusty coloration of the creek. It referred instead to Bob Baker's Red Dog Mining Company, which in turn was inspired by a pet dog, "Red," that Baker frequently took flying with him.*

*Red Dog Mine produces six percent of the world's zinc supply. Zinc is used to coat iron and steel, and it is also an essential trace element in the human body, helping to metabolize carbon dioxide in red blood cells.*

233

**5**