

Joint development of the Red Dog project formally began in 1982, with the signing of an agreement between NANA Regional Corporation, Inc. and Cominco Ltd., a Canadian mining company with considerable experience working in the Arctic. The agreement was a progressive and visionary covenant, based on a cooperative long-term partnership that continues to strengthen and evolve.

# PARTNERS IN A LANDMARK AGREEMENT

## NANA VALUES

*The Iñupiat culture emphasizes close family ties, community life and a deep respect for nature. These values are infused in every aspect of Iñupiat life, including business relationships. To work productively with the Iñupiat, business partners must recognize and respect a value system that honors cooperation, humility, and individual interests.*

*The Iñupiat Iliqusiat emphasizes this ancient culture's core values. The word* Iñupiat *means "the real people," and* Iliqusiat *refers to the inner spirit that makes each person unique.*

## NANA: KEEPERS OF THE LAND

The NANA Regional Corporation, Inc. is a multi-million-dollar corporation, with investments in ventures ranging from mining and oil industry services, to hotels, engineering, facilities management and government contracting. The corporation is fully owned by the Native people of Northwest Alaska.

The NANA board of directors is selected by shareholders charged with the dual responsibilities of meeting the shareholders' needs and operating as a financially profitable corporation. Above and beyond these duties, NANA's primary mandate is to preserve the land base, resources and culture of the Iñupiat people through strategic short- and long-term investment initiatives.

## HISTORY

Alaska Native land claims were settled in 1971, when the Native population of Alaska was awarded 44 million acres of land and $962.5 million in cash. Thirteen regional corporations and over 200 village corporations were created to receive title to the lands and to provide responsible management of the financial settlement. Eligible Alaska Natives, with at least 25 percent Indian, Eskimo or Aleut blood, were enrolled as shareholders of the appropriate Native corporations. The Iñupiat people of the Northwest Arctic became members of NANA Regional Corporation. Today, there are more than 80,000 Alaska Natives; nearly 11,000 are Iñupiat Eskimo shareholders of NANA.

## THE NANA REGION

The Arctic Circle crosses through the NANA region, which is home to 7,300 people in an area roughly the size of Indiana (36,000 square miles). Numerous rivers from surrounding mountain ranges thread the region, and the terrain varies dramatically from mountains and sand dunes to tundra and boreal forests. Much of the region has been taken up by national parks, monuments and wildlife refuges. Breathtakingly beautiful, the NANA homelands can also be harsh and unforgiving. Winters are long and cold, with temperatures frequently plunging to minus 30 degrees Fahrenheit. Summers, though short, are sunny and comparatively warm.

NANA's regional boundaries are identical to those of the Northwest Arctic Borough.



Exhibit 10 Page 100 of 210



*As their ancestors have for centuries, the Iñupiat of the NANA region rely heavily on subsistence hunting, fishing and gathering. Subsistence activities are not just an economic necessity—they also bear a strong cultural and social significance.*

which has authority over education, taxation, planning, and zoning. The hub of the borough is the village of Kotzebue (Kikiktagruk) on Kotzebue Sound. The community has a population of 3,600 and serves as the regional center for 10 coastal, river and interior villages, each with its own tribal government. Village populations vary from 100 to 800 people.

## PROTECTING LAND AND CULTURE

For over 10,000 years, Northwest Alaska was inhabited by the ancestors of the Iñupiat, and other indigenous groups who subsequently migrated south and east into Canada and the United States. Today, the vast majority of regional inhabitants are Iñupiat, making the NANA region distinct from other areas of Alaska, where various groups of Indians, Aleuts and Eskimos intermarried, blurring cultural distinctions. The dominance of this single indigenous group has given the NANA region an unusually high degree of unity.

As their ancestors have for centuries, the Iñupiat of this region rely heavily on subsistence hunting and fishing, and for most families, the household economy is a mix of hunting, fishing and part-time or seasonal jobs. Subsistence activities are not just an economic necessity—they also bear a strong cultural and social significance. Dependence on the land is a traditional way of life for the Iñupiat people, and the continuation of that relationship is a vital element of cultural identity and values. All of these factors give the Iñupiat a significant incentive to protect the region's natural resources.



### IÑUPIAT ILITQUSIAT

Every Iñupiat is responsible for the protection to come survival of our cultural spirit and the values and traditions through which it survives. Through our extended family, we retain, teach and live our Iñupiat way.

With guidance and support from elders, we must teach our children Iñupiat values:

**Knowledge of Language**
**Sharing**
**Respect for Others**
**Love for Children**
**Cooperation**
**Hard Work**
**Respect for Elders**
**Knowledge of Family Tree**
**Avoid Conflict**
**Respect for Nature**
**Spirituality**
**Humor**
**Family Roles**
**Hunter Success**
**Domestic Skills**
**Humility**
**Responsibility To Tribe**

*Our understanding of our universe and our place in it is our belief in God and a respect for all His creations.*

Exhibit 10 Page 1 of 26
235



The original partner in the Red Dog project, Cominco Ltd., merged with Teck Corporation in 2001. The resulting entity, Teck Cominco Limited, is a natural resources company, active in mineral exploration, mining, smelting and refining. Based in Canada, Teck Cominco Limited is the world's largest zinc-

# TECK COMINCO LIMITED: A WORTHY PARTNER

mining company. In addition to zinc mining and refining, the corporation also deals in lead, copper, silver, gold, cadmium, bismuth and coal.



Case 4:06-cv-00015-RRB   Document 64-14   Filed 10/02/2007   Page 4 of 5

### EARLY INTEREST

In 1975, Cominco became interested in the Red Dog deposit. A team of company geologists was sent to study the potential of the original find. In the field, the geologists encountered a very familiar formation: large zinc and lead deposits in sedimentary rock. Since Cominco's exploration strategy placed a high priority on these metals, the discovery of a major deposit was of great importance. After the 1975 expedition, Cominco geologists returned each year to explore the area in more detail.

### DEVELOPMENT DECISIONS

Meanwhile, aware of the mining industry's growing interest in the Red Dog deposit, NANA officials held an extended series of village meetings to discuss the potential ramifications of a mine in the NANA region. Some shareholders expressed concerns about development occurring in the very heart of a wilderness that had sustained the Iñupiat for thousands of years.

However, a majority of NANA members wished to realize the benefits of a modern cash economy—using snow machines, rifles, boats, and clothing to improve their subsistence lifestyle. To the Iñupiat of the late 20th century, receiving paychecks was proving to be as important as hunting game.

Although the Iñupiat had lived in the region for millennia, the Alaska



Red Dog Operations

9



**The agreement's objectives were clearly defined:** *to develop one of the richest zinc deposits in the world; provide employment; and protect the subsistence lifestyle of the people in the region.*

Native Claims Settlement Act of 1971 contained the first provisions for legal ownership of the land. The Act's land-allotment system allowed NANA to choose from a wide range of available public lands. In 1980, NANA exercised its right to take ownership of a certain 120-square-mile parcel, which included the Red Dog deposit.

### COMING TO TERMS

Cominco was not the only company interested in the Red Dog site, but NANA was fully aware of Cominco's reputation, emphasis on zinc mining and experience working in cold climates. Cominco had also established a binding interest in the area by staking a number of mineral claims.

Both NANA and Cominco claimed the site, but the deposit was of no value unless developed, and development couldn't proceed without NANA's permission. So a long period of meetings and negotiations ensued to resolve issues between NANA and Cominco.

In 1982, Cominco and NANA agreed to a lease with wide-ranging terms. This landmark agreement contained significant provisions and commitments covering the development and life of the mine. Under the terms of the agreement, Cominco agreed to finance, construct and operate the mine and mill and then market the concentrates produced. <u>Cominco also assumed responsibility for employing and training NANA share-holders to staff the mining operation.</u>

Upon signing, NANA received

10

238