## BALANCING PROSPERITY AND TRADITION

*The annual statewide wage benefit from Red Dog, exclusive of related construction, is about $45.5 million. Slightly more than half of these wages, $25.5 million, goes to NANA shareholders; $13 million of the payroll remains in the NANA region.*

In general, Iñupiat employees who live in the region continue to pursue traditional subsistence activities, using their jobs at Red Dog to enhance their lifestyle. Rotating work schedules give employees a choice of 28 days at work followed by 14 days off, or 14 days at work with seven days off. The extended periods of free time, plus an unusually flexible leave policy, allow Red Dog employees to preserve the annual subsistence cycle, with time and money left over for vacations and other new experiences outside the region.

Paradoxically, the Red Dog project has actually generated some migration out of the region.

While the mine itself is not directly causing the migration, steady employment

has given workers the financial means to relocate. Other factors leading to emigration include a lack of affordable housing and basic urban conveniences, as well as limited educational opportunities. The exodus, although still small in scale, is a cause of concern at NANA. As a result, the corporation's leaders are giving high priority to the improvement of regional infrastructure, living standards and educational resources.

16                                                              244

## AN ECONOMIC POWERHOUSE

For Teck Cominco, Red Dog is a strategic source of zinc and lead concentrate for its smelting and refining operations in British Columbia, helping the company to consolidate its leadership position in the zinc industry. NANA receives annual Red Dog royalty payments, based on the market price of zinc concentrate. In the past decade, prices have fluctuated between 35 and 75 cents a pound. Since signing the development agreement with Cominco, NANA has received royalty payments totaling $71.3 million.

In lieu of regional taxes, Teck Cominco makes annual payments to the Northwest Arctic Borough. This arrangement recognizes the borough government's support of the company and relieves the borough of the administrative burdens of audits and residential taxation. The annual payment, based on the borough's review of Red Dog assets and operations, is currently set at $5.5 million. These funds flow back to area residents in the form of improved opportunities for education and economic development. Total payments to the Northwest Arctic Borough from 1988 to 2003 were $38.1 million.

The mine also contracts with a number of local companies for various goods and support services, resulting in significant regional cash flow. For example, in 2002, Red Dog paid roughly $1.1 million for local air-charter services.



*Revenues from Red Dog over the last two decades have allowed the Northwest Arctic Borough to build new schools in many NANA region villages, including Buckland, Kiana, Noorvik and Ambler.*

245

The 1982 Development and Operating Agreement signed by NANA and Cominco provided a solid framework for the development of the mine and signaled the beginning of a long and mutually beneficial alliance. In 1995, a joint management team reviewed the agreement, leading both NANA and Teck Cominco to renew their commitment to the terms, and spirit, of the accord.

Teck Cominco is fulfilling its objective of producing and marketing concentrate from the Red Dog deposit in an environmentally and socially responsible way. NANA is accomplishing its goal of protecting the land, as its shareholders pursue their traditional ways, aided by the modern technology afforded through jobs at the mine.

In the years ahead, a new leadership tier will certainly emerge from the young NANA shareholders currently employed at Red Dog. The ideas and skills of this next generation will be a source of economic strength and leadership to NANA, the region and the state.

# A SUCCESSFUL PAST, A PROMISING





*The ore is milled into lead and zinc concentrates. In 2003, Red Dog milled 3.2 million tonnes of ore, and produced 1.3 million tonnes of concentrate.*

*The Red Dog orebody is one of the world's most significant zinc deposits. The entire deposit lies inside a relatively small, half-square-mile area. Ore is moved from the deposit to a crusher, where it is put through a milling process.*



*Concentrates are trucked 52 miles to the port terminal. NANA/Lynden Logistics provides trucking, freight, and fuel-hauling services. Six other NANA companies provide goods and services at Red Dog, such as engineering, drilling, food service, lubricants and security.*



# FUTURE

Port facilities include two huge concentrate storage buildings (CSBs). Trucks deliver milled concentrate to the CSBs all year long, stockpiling material for the brief shipping season. In 2001, the mine acquired a fleet of trucks with hydraulic cargo covers, improving dust control.

Concentrate are shipped to smelters in Canada, Europe, and Asia during the 100-day free-shipping season.

Exhibit 10 Page 19 of 26

247 19



**Red Dog Mine**
**Teck Cominco Alaska**
3105 Lakeshore Dr.
Anchorage, Alaska 99517
907-426-2170
www.teckcominco.com





**NANA Regional Corporation, Inc.**
P.O. Box 49
Kotzebue, Alaska 99752
907-442-3301
www.nana.com

248