Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                          )
                                       )
           Plaintiff,                  )
                                       )
vs.                                    )
                                       )
TECK COMINCO ALASKA, INC.              )
                                       )
           Defendant.                  )
_____) Case No. 4:06-CV-00015 RRB

## PROPOSED ORDER

          The court grants Plaintiff Conitz motion for Relief
for  Order  of  Law  of  the  Case  based  upon  the  controlling
authority of *Bonilla v. Oakland Scavenger Co.,* 697 F.2d 1297
(9th Cir. 1982), and otherwise

1. The use of the term NANA shareholder is a proxy for race, the
use  of  NANA  shareholder  is  the  same  as  using  the  term  Native
Alaskan or Iñupiaq Eskimo.

2. Teck's shareholder preference plan, whether or not neutral on its face, has a discriminatory impact on the company's minority employees.    On this basis Plaintiff need not prove discriminatory intent.

3. Any shareholder preference in favor of NANA shareholder's at Teck's mine in Northwest Alaska is a violation of A.S.18.80.220(a)(1),(a)(2), 28 USC § 1981, Title 7 USC at 42 USC 2000 et seq.,

**Plaintiff's Motion is Granted.**

---

Robert R. Beistline
United States District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel**

Dated: 10/02/2007
By: /s/ Melissa A. Dick
    Melissa A. Dick for Kenneth L. Covell