Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC. | ) |
| | ) |
|     Defendant. | ) |
| | ) Case No. 4:06-CV-00015 RRB |

**Certificate of Service**

    I Melissa Dick, do hereby certify that on October 3, 2007 I served upon the United States District Court at Fairbanks, Alaska by courier a copy of the Motion for Order of Rule of Law of the Case with the attachments because it was over 25 pages, and also because two of the Exhibits while clear to read, after being scanned are less than clear.

An entire copy of the Motion for Order to Rule of Law of the Case with attachments was also served by United States First Class mail upon Sean Halloran counsel for Teck Cominco, and Thomas Daniel counsel for NANA because of the lack of clarity on Exhibits 6 and 10.

Respectfully submitted this 3rd day of October, 2007 at Fairbanks, Alaska.

Melissa A. Dick  
For the Law Offices of Kenneth Covell

/s/ Melissa A. Dick

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 10/03/2007
By:  /s/ Melissa A. Dick
     Melissa Dick for Kenneth L. Covell