Sean Halloran, Esq.
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:   (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ, )
)
Plaintiff, )
)
vs. )
)
TECK COMINCO ALASKA INC., and )
NANA REGIONAL CORPORATION, )
)
Defendants. )
_____ )   Case No. 4:06-CV-00015 RRB

RECEIVED
SEP 11 2007
BY:_____

**TECK COMINCO'S RESPONSE TO PLAINTIFF'S
DISCOVERY REQUESTS OF 8/16/07**

**INTERROGATORIES**

1:   DESCRIBE in detail, including dates and author, any correspondence, telephone calls, electronic mails, whether commemorated in writing or not, between NANA and Teck Cominco Alaska, Inc., regarding the variously described Native-hire preference, Shareholder preference, regional preference, specifically in relation, but not limited to Gregg Conitz, Karen Conitz, or any other employee of Teck Cominco Alaska and it's predecessors.

This request specifically includes any follow up or response to the correspondence by Marie Greene, President/CEO of the NANA Regional Corporation, dated December 1, 2006 provided in your supplemental disclosure of April 26, 2007. (Copy attached).

**ANSWER TO 24th INTERROGATORY:** Objection. There is no company named Teck Cominco Alaska, Inc. As has repeatedly been explained to the plaintiff in the above captioned litigation, defendant Teck Cominco Alaska Incorporated does not have any Native-hire preference. As has been explained to the plaintiff, and as the plaintiff has acknowledged under oath, defendant Teck Cominco Alaska Incorporated does not have any regional preference with respect to employment at Red Dog Mine. Assuming the reference to Teck Cominco Alaska, Inc. is a reference to Teck Comicno Alaska Incorporated, John Knapp sent an e-mail letter to Marie Greene on February 14, 2007, which is attached. Mr. Knapp and Ms. Greene regularly have conversations about NANA shareholder hire at Red Dog Mine. The subject of NANA shareholder hire is and throughout the history of Red Dog Mine has been a typical topic of conversation at meetings of the Red Dog Management Committee, which is comprised of representatives of NANA and Teck Cominco. Representatives of NANA and Teck Cominco often discuss NANA shareholder hire in the course of preparing and presenting information to residents of the various villages located within the NANA Region.

**2, part 1:** STATE what particular position of employment Ms. Greene is referring to in her letter of December 1, 2006. (Copy attached)

**ANSWER TO 25th INTERROGATORY:** Teck Cominco is without knowledge as to what particular position of employment Ms. Greene's letter references. Upon information and belief,

based upon reading Ms. Greene's letter of December 1, 2006, Ms. Greene was not referencing any particular position, but was referencing the employment policies of Teck Cominco Alaska Incorporated.

**2, part 2:** Please identify every candidate for the position.

**ANSWER TO 26th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**3, part 1:** Does Teck Cominco Alaska have, or has it had, any EEO statement?

**ANSWER TO 27th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**3, part 2:** If so, where has this statement been published? For example, many companies issue statements to the effect of, "This company is an equal employment opportunity employer and does not discriminate on the basis of race, creed, color, national origin, etc."

**ANSWER TO 28th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be

warranted.

4:  State the dates and times that the Teck and/or Teck Cominco EEO statement became part of, was modified or was removed from the policy manual. (See the attached copy of Exhibit 33 from Deposition marked EH/NOV 92.)

**ANSWER TO 29th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

5:  State in a manner sufficient to permit identification of, who or what individual or committee was responsible for those changes.

**ANSWER TO 30th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

6, part 1:  State, in a manner sufficient to permit identification of the person, who was/were the general manager(s) and/or president(s) of the mine at the time these changes to the EEO statement were made.

**ANSWER TO 31st INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories

including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

6, part 2:   As part of this answer please state whether or not the identified individual(s) had the authority to make such changes.

**ANSWER TO 32nd INTERROGATORY:**   Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

7:   STATE, and identify in a form sufficient to permit reference, any and all versions of each and any such "EEO" statements.

**ANSWER TO 33rd INTERROGATORY:**   Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

8, part 1:   Exhibit 33 references "Section C-1". Please explain what Section C-1 is?

**ANSWER TO 34th INTERROGATORY:**   Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 2:** As part of your response, please explain where Section C-1 is commemorated or where a copy can be found?

**ANSWER TO 35th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 3:** Also, as part of your response, please tell us when, by date, Section C-1 was drafted,

**ANSWER TO 36th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 4:** and by whom,

**ANSWER TO 37th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 5:** what actions were taken following the original drafting,

**ANSWER TO 38th INTERROGATORY:** Objection. The plaintiff is prohibited from

propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 6:** and who was involved in changes, if any,

**ANSWER TO 39th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 7:** and when Section C-1 was adopted,

**ANSWER TO 40th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 8:** and by whom or what body.

**ANSWER TO 41st INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 9:** Also, as part of your response, please explain what modifications, if any, have been made to Section C-1 from the time it was adopted, or included in the document evidenced by Exhibit 33,

**ANSWER TO 42nd INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 10:** and who was responsible for, and involved with, the modification.

**ANSWER TO 43rd INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 11:** Please further explain in detail why any and all modifications were made,

**ANSWER TO 44th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 10, repeated:** who was responsible for the modifications,

**ANSWER TO 43rd INTERROGATORY:** Objection. The plaintiff is prohibited from

propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**8, part 12:** and identify all documents commemorating or referring to such changes.

**ANSWER TO 45th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**9, part 1:** Exhibit 6 in the deposition held in July 2007 (Copy Attached) appears to be a draft of and "Equal Opportunity Employment" statement from about 2002. Please explain how this document came to be

**ANSWER TO 46th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**9, part 2:** and who made the changes to the document. As part of this answer, please identify with specificity sufficient to allow reference, each and every such draft, each change to the Policy Manual, and reveal who made the change, and where the documents can be found.

**ANSWER TO 47th INTERROGATORY:** Objection. The plaintiff is prohibited from

propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

10:   Please disclose how much more money and added benefits are paid to an individual acting as a relief supervisor *vis-à-vis* the individual's usual position. If this is more than a simple answer, please describe the process and differences in detail for all positions where there is a transfer to relief supervisor.

**ANSWER TO 48th INTERROGATORY:**   Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

11:   Please tell us what percentage of the population of the Northwestern Region of Alaska are Alaskan natives.

**ANSWER TO 49th INTERROGATORY:**   Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

12:   Please tell us what percentage of Northwestern Region Alaskan Natives are NANA Shareholders.

**ANSWER TO 50th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

13: Please tell us how many employees Teck Cominco Alaska has?

**ANSWER TO 51st INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

14, part 1: Please explain why Mr. Zagarlick says he never had a file on the Conitz promotion decisions when his attorney said that he did have such a file.

**ANSWER TO 52nd INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

14, part 2: In your answer, please identify each person who is sufficiently familiar with the procedures for selecting an applicant who will attest under oath that Mr. Zagarlick had no such file.

**ANSWER TO 53rd INTERROGATORY:** Objection. The plaintiff is prohibited from

propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

15: Please provide a list of all employees at the mine since 1992 describing their ethnicity, and whether they are a shareholder.

**ANSWER TO 54th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

16: Please identify in a manner sufficient to permit reference to each instance, each and every EEOC complaints made in relation to Tech Cominco Alaska's application of the shareholder preference at the mine, including the subject matter of each claim or complaint and describing its eventual resolution.

**ANSWER TO 55th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

17: Please identify in a manner sufficient to permit reference to each instance, each and every grievance made in relation to Tech Cominco Alaska's application of the shareholder

preference at the mine, including the subject matter of each claim and describing its resolution.

**ANSWER TO 56th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**18:** Please explain how the shareholder preference system affects employment at the mine, including whether employee staffing would be easier or less burdensome if the shareholder preference was removed.

**ANSWER TO 57th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**19, part 1:** Please explain in detail how the mail gets to Red Dog mine. Explain what happens at each stage, what the procedures are for handling the mail,

**ANSWER TO 58th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**19, part 2:** who collects, sorts and delivers the mail

**ANSWER TO 59th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**19, part 3:** and if Teck Cominco Alaska makes any effort to advise each person handling the mail about its confidentiality.

**ANSWER TO 60th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**19, part 4:** As part of your answer please identify all documents that support your answer, especially training manuals or policies disseminated to persons who handle mail.

**ANSWER TO 61st INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**20, part 1:** Please tell us if Teck Cominco Alaska, Inc. took Conitz's complaint that his mail had been opened seriously

**ANSWER TO 62nd INTERROGATORY:** Objection. The plaintiff is prohibited from

propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**20, part 2:** and explain what efforts have been made to investigate the allegations, including in the answer who was involved in the investigation, what was done to investigate the allegation, whether there is any written or electronic communications about the allegation and investigation

**ANSWER TO 63rd INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**20, part 3:** and identify each person involved in the investigation

**ANSWER TO 64th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

**20, part 4:** and further identify each and every document relating in any manner to that investigation, if any.

**ANSWER TO 65th INTERROGATORY:** Objection. The plaintiff is prohibited from

propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

21: Please explain in detail, including every legal theory and factual assumption, why Teck Cominco Alaska does not believe that the shareholder preference is based on race or national origin.

**ANSWER TO 66th INTERROGATORY:** Objection. The plaintiff is prohibited from propounding, and this defendant is not obligated to answer, more than 25 interrogatories including discrete sub-parts. Teck Cominco reserves the right to articulate further objections as may be warranted.

## REQUESTS FOR PRODUCTION

1: PRODUCE any and all writings, commemorations, checklists and any exemplars or forms used for or as communications, as described in the Interrogatories above, including, but not limited to electronic mails, text messages, letters, memorandums, identified in each and every of your responsive production the previous interrogatories to which it pertains.

**RESPONSE:** Objection. This question is unintelligible. Without waiving this objection, responsive documents not previously produced are attached.

2: PRODUCE any and all documentation reviewed for, or created in, formulating responses