Sean Halloran, Esq.
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:  (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA INC., and ) | |
| NANA REGIONAL CORPORATION, ) | |
| ) | |
| Defendants. ) | Case No. 4:06-CV-00015 RRB |

**VERIFICATION**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, John Knapp, say under oath and affirm on behalf of Teck Cominco Alaska Incorporated that that I have read Teck Cominco Alaska Incorporated's interrogatory responses to the discovery requests of August 16, 2007,

VERIFICATION
*Conitz v. Teck Cominco*

Page 1 of 2
Case No: 4:06-00015 CV (RRB)



HARTIG RHODES
HOGE & LEKISCH,
P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX
(907) 277-4352

Exhibit 5  page 1 of 2

and those responses are true and accurate to the best of my knowledge and belief.

*John Knapp*

Subscribed and sworn to or affirmed before me at _____, on this ___ day of _____, 2007,

_____
Notary Public in and for Alaska
My commission expires:

*no notary available*
VERIFICATION
*Conitz v. Teck Cominco*

Page 2 of 2
Case No: 4:06-00015 CV (RRB)

HARTIG RHODES
HOGE & LEKISCH,
P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX
(907) 277-4352

Exhibit 5 page 2 of 2