KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant | ) |
| | ) Case No. 4:06-CV-00015 RRB |

## DECLARATION OF DONALD F. LOGAN

I, DONALD F. LOGAN, , declare and state that:

1) I am an adult resident of the State of Alaska, fully competent to testify and I testify about the following facts, upon my personal knowledge. If called upon to testify I could, and would, testify as follows:

2) Before bringing this motion I wrote to Mr. Halloran in an attempt to resolve the discovery question informally. My letter included authority to support my position. For whatever reason, Mr. Halloran did not see fit to even return a telephone call to discuss the matter.

Conitz v. Teck Cominco, Case No. 4:06-CV-00015 RRB
Logan Declaration RE:
Motion To Compel Discovery And For Additions Interrogatories
Page 1 of 2

Exhibit 7 page 1 of 2

3) I specifically undertake to avoid any abuse of the requested added interrogatories.

## Declaration

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 4th, 2007.

Donald F. Logan
ABA No. 8006026

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:    907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel - TDaniel@perkinscoie.com

Dated: 10/04/07

By: _____/s/_____
        for Kenneth L. Covell

Conitz v. Teck Cominco, Case No. 4:06-CV-00015 RRB
Logan Declaration RE:
Motion To Compel Discovery And For Additional Interrogatories
Page 2 of 2

Exhibit 1 page 2 of 2