Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 4:06-CV-00015 RRB |

### Proposed Order

The court grants Plaintiff Conitz Motion to Compel Discovery, Compel Signature Under Oath, and the Expand the Number of Permissible Interrogatories.

Support is found in the Points and Authorities and Exhibits submitted.

The Motion to Compel is granted and Plaintiff is granted up to 50 additional interrogatories.

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Proposed Order for Motion to Compel Discovery

**Plaintiff's Motion is Granted.**

                                     _____
                                     Robert R. Beistline
                                     United States District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel**

Dated: 10/04/2007
By: /s/ Melissa A. Dick
    Melissa A. Dick for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Proposed Order for Motion to Compel Discovery