KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant ) | |
| _____) | Case No. 4:06-CV-00015 RRB |

### Declaration of Kenneth Covell

1. I am counsel for Plaintiff Gregg Conitz in the above captioned matter.

2. In early August the parties took three depositions at Mr. Halloran's office in Anchorage.

3. At that point and time NANA was not a party to the proceedings, however they had filed a motion to intervene.

4. During the course of Conitz deposition I made it very clear my position to Mr. Halloran that he should ask all of his questions of Mr. Conitz, and if he wished to reserve the issue

of what may have been said to Mr. Kells in my presence, that we could come back to those questions only.

5. When Mr. Halloran asked questions concerning Mr. Kells statement I believe that it was necessary for me to object to his line of questioning.  However I wished to continue the deposition with little disruption as possible, I believed that the court would rule in my favor in that regard, and even if the court did not rule in my favor in that regard; if we had a return for deposition we, could do it for limited purpose for the questions concerning what Mr. Conitz may have heard Mr. Kells say to me.  It was my thought that this deposition would likely be brief, and that I might possibly attend such deposition by telephone; or do it at another time when we could take other depositions for the case.

   I made my position clear to Mr. Halloran on at least two occasions and this reflected in the record.(attached)  Mr. Halloran indeed continued to conduct his questions until about noon that day. At that point it occurred to me that he likely was done with his questioning.  Before coming to a termination of the deposition Mr. Halloran took a recess with Kyan Olanna, the attorney present for NANA.  Mr. Halloran and Ms. Olanna conferenced, and then Mr. Halloran stated on the record "We're

done." (Conitz Depo at page 100 line 23.) I took this to mean that Mr. Halloran was speaking for both himself and Ms. Olanna. Ms. Olanna made no protest at this time.

**Statements as to NANA, NANA's counsel, and NANA asking questions**

6. Upon my arrival at the deposition of Jim Somers on July 31st, the first of the three depositions, I was surprised to see Mr. Daniel present, as he was not a party of the case, and I had no notice that he would be there.

7. At that point I asked Mr. Daniel if he intended to ask questions at the depositions. Mr. Daniel indicated that he was unlikely to be asking any questions.

8. I indicated to Mr. Daniel that if he did ask questions I would likely object to him asking questions because he was not a party, however depending on what the questions might be I may or may not object.

9. We had a brief colloquy in this regard, and I stated near the end of this conversation that we could address that issue, if and when it came up. Mr. Daniel asked no questions at the Somers Deposition.

   The next day at the deposition of Ted Zirgarlic, August 1st Mr. Daniel did not appear, but Ms. Kyan Olanna appeared in his stead. Ms. Olanna asked no questions at the Zirgalic Depo. One

other day Ms. Olanna did not appear and only showed up after a call was made to her office.

10. NANA has not sent initial disclosures in this case nor have they otherwise participated in discovery in this case outside the above mentioned facts.

11. I have contemplated and partially drafted a motion to limit Conitz participation in the case to the issue addressed in NANA's motion to intervene; that is, the legality of Teck's shareholder hire preference.

## Declaration

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 4th, 2007.

_____
Kenneth L. Covell
ABA No. 8611103

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377

<pre>
                                      Fax:  907.451.7802
                                   E-mail:  kcovell@gci.net
                           Attorney Bar #:  8611103
</pre>

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 10/05/07

By:    /s/ Melissa A. Dick
       Melissa A. Dick for Kenneth L. Covell