```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


              CONITZ    v.    TECK COMINCO ALASKA
DATE:    October 10, 2007     CASE NO.    4:06-CV-0015-RRB
```

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
GRANTING MOTION TO RECONSIDER**

---

At Docket 60 is Defendant Teck Cominco Alaska, Inc. with a Motion to Reconsider. Plaintiff Gregg Conitz opposes at Docket 71.

Upon reconsideration, and for good cause shown, Defendant's Motion to Reconsider at **Docket 60** is hereby **GRANTED**. Defendant is permitted to continue the examination and/or deposition that was recessed for the purpose of bringing the motion to compel before the Court,[1] without limitation, but in conjunction with the applicable rules.[2]

Given the parties' somewhat hectic schedules, see Docket 71 at 4, they are hereby advised that a conscientious effort should be made toward accomplishing the deposition at issue, at both a time and place suitable for all concerned and without unnecessary delay.

---

[1] Docket 60 at 3.

[2] See e.g. Fed. R. Civ. P. 30. Should further clarification of this order be deemed necessary by either or both of the parties, a hearing should be requested.