Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>        Defendant,<br><br>    and<br><br>NANA REGIONAL CORPORATION,<br><br>        Defendant/Intervenor. | Case No. 4:06-cv-00015-RRB |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant/Intervenor NANA Regional Corporation and defendant Teck Cominco move the court for an extension of time to file their oppositions to Conitz's Motion for Rule of Law until November 7, 2007. The undersigned counsel certifies that counsel for plaintiff does not oppose this motion.

UNOPPOSED MOTION FOR EXTENSION OF TIME
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 1 of 2

18531-0014/LEGAL13652843.1

DATED: October 17, 2007.

        s/ Thomas M. Daniel, Alaska Bar No. 8601003
        TDaniel@perkinscoie.com
        **Perkins Coie LLP**
        1029 West Third Avenue, Suite 300
        Anchorage, AK 99501-1981
        Telephone: 907.279.8561
        Facsimile: 907.276.3108

        Attorneys for Defendant/Intervenor
        NANA Regional Corporation

The undersigned hereby certifies that a true and correct copy of the foregoing document is being electronically served on Sean Halloran and Kenneth Covell this 17th day of October, 2007.

s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

UNOPPOSED MOTION FOR EXTENSION OF TIME
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 2 of 2
18531-0014/LEGAL13652843.1