Thomas M. Daniel
Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>        Plaintiff,<br><br>v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>        Defendant. | Case No. 4:06-cv-00015-RRB |

**PROPOSED ORDER**

Having considered Defendant/Intervenor NANA Regional Corporation and Defendant Teck Cominco's Unopposed Motion for Extension of Time to file their oppositions to Conitz's Motion for Rule of Law, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED. NANA and Teck Cominco shall file their oppositions on or before November 7, 2007.

ORDER
*Conitz v. Teck Cominco*       -1-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13440446.1

DATED: _____.

_____
Honorable Ralph R. Beistline

The undersigned hereby certifies that a true and correct
copy of the foregoing document is being electronically
served on Sean Halloran and Kenneth Covell October 17, 2007.

s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

ORDER
Conitz v. Teck Cominco                    -2-
Case No. 4:06-cv-00015-RRB
18531-0014/LEGAL13440446.1
13440446_1.DOC