IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ, )
 )
        Plaintiff, )
 )
vs. )
 )
 )
TECK COMINCO ALASKA, INC., )
 )
        Defendant. )
_____ ) Case No. 4:06-CV-00015 RRB

### INTERROGATORY OF 3/19/07

Teck Cominco has stated in its answer and/or Discovery responses that it has Native hire preferences. Teck Cominco states that its Native hire preference is only used when candidates are of equal qualification for a job, and then a Native is hired over a non-Native.

1. Does Teck Cominco mean in its answer that if applicants for a job all are minimally qualified that then they are equally qualified?

2. If so, then would it be correct that Teck Cominco, in fact, does or may exercise a preference in favor of Native Alaskans over more qualified non-Natives?

*Conitz v. Teck Cominco Alaska, Inc.*, Case No. 4:06-CV-00015 RRB      Page 1 of 2
Interrogatory of 3/19/07

Exhibit 1   page 1 of 2

DATED this 19th day of March 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL

Attorney for the Plaintiff

By: /s/ Kenneth L. Covell
KENNETH L. COVELL
Attorney No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been sent via U.S.P.S. mail to the following attorney(s) and/or parties of record: Sean Halloran, 717 K Street, Anchorage, AK 99501

Dated: 3/19/07

By: /s/ Emily S. Ervin
Emily S. Ervin for Kenneth L. Covell

*Conitz v. Teck Cominco Alaska, Inc.*, Case No. 4:06-CV-00015 RRB        Page 2 of 2
Interrogatory of 3/19/07

Exhibit __1__ page __2__ of __2__

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
PHONE (907) 452-4377
FAX (907) 451-7802