IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ, )
)
        Plaintiff, )
)
vs. )
)
)
TECK COMINCO ALASKA, INC., )
)
       Defendant. )
) Case No. 4:06-CV-00015 RRB

## DISCOVERY REQUEST OF 3/14/07

In defendant's Initial Disclosures, DEF 0001-0007, a letter from Sean Halloran to F. Frances Palmer of the EEOC, paragraph one reads, "...has so far been unable to locate the file that Mr. Zigarlick prepared in conjunction with his review of the various applicant's qualifications,...", PRODUCE this file.

Defendant, Teck Cominco, claims that it exercises a preference in employment in favor of Alaska Natives. STATE by what authority, statutory, regulatory, or otherwise, such hiring preferences are exercised.

STATE how employees and applicants are determined to be eligible for such priority. PRODUCE any and all documentation in this regard, including but not limited to forms, rules, certifications, etc, specifically included in this request is any and all determinations concerning each and every one of the employees listed in defendant's

Exhibit 2 page 1 of 2

LAW OFFICES OF
NETH L. COVELL
12 8TH AVENUE
ANKS, ALASKA 99701
ONE (907) 452-4377
AX (907) 451-7802

Conitz v. Teck Cominco, Case No. 4:06-00015 CV RRB
Discovery Request of 3/14/07

Page 1 of 2

disclosures, showing their particular status as employees eligible for employment preference.

DATED this 14th day of March 2007 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff

KENNETH L. COVELL
Attorney No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been sent electronically via U.S.P.S. mail to the following attorney(s) and/or parties of record: **Sean Halloran**

Dated: 3/19/07

By: _____
Emily S. Ervin for Kenneth L. Covell

Exhibit 2  page 2 of 2

LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701
ONE (907) 452-4377

Conitz v. Teck Cominco, Case No. 4:06-00015 CV RRB
Discovery Request of 3/14/07

Page 2 of 2