Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA, INC. and )<br>NANA REGIONAL CORPORATION, )<br>)<br>Defendants. )<br>) | Case: 4:06-CV-00015 RRB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Teck Cominco moves for an extension of time for the defendants to respond to Mr. Conitz's Motion for Order of Rule of Law of the Case, filed at Docket 64. The deposition of John Kells is currently scheduled for November 28, 2007. The parties have agreed that NANA's and Teck Cominco's responses to the motion should not be due until 20 days after the transcript of that deposition is received by the parties from the court reporter. Teck Cominco requests an extension in accordance with the parties' agreement.

The undersigned certifies that he has discussed this with counsel for NANA and Mr. Conitz, and that neither of those parties oppose this motion.

DATED at Anchorage, Alaska, this 7th day of November, 2007.

HARTIG RHODES HOGE & LEKISCH PC
Attorneys for Defendant
Teck Cominco Alaska Incorporated.

By: _____
Sean Halloran

Certificate of Service

I hereby certify that on the 7th day of November, 2007 a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\198\PLEADINGS\Unopposed Mtn for Extension of Time.doc