Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com
Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz, <br><br> Plaintiff, <br><br> vs. <br><br> TECK COMINCO ALASKA, INC. and <br> NANA REGIONAL CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case: 4:06-CV-00015 RRB <br> ) |

## PROPOSED ORDER

Having considered Teck Cominco's unopposed motion for an extension of time for the defendants to respond to plaintiff Conitz's Motion for Order of Rule of Law of the Case filed at Docket 64, the motion is GRANTED. Teck Cominco and NANA shall file their responses to the motion on or before the twentieth day after receipt by the parties of a copy of the transcript of John Kells' deposition.

DATED this ___ day of November, 2007.

_____
Ralph R. Beistline
District Court Judge

Certificate of Service

I hereby certify that on the 7th day of November, 2007 a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

_____
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\62880\198\PLEADINGS\Unopposed Mtn for Extension of Time - Order.doc