KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                    )
                                 )
            Plaintiff            )
                                 )
      vs.                        )
                                 )
TECK COMINCO ALASKA, INC.,       )
                                 )
            Defendant            )
_____ )    Case No. 4:06-CV-00015 RRB


## ATTORNEYS REQUEST FOR HEARING ON PENDING MOTION TO COMPEL DISCOVERY AND STATUS CONFERENCE.

        Currently there is a Motion to Compel Discovery.

Discovery is necessary to allow the case to continue.  Counsel

therefore requests a hearing on the "Motion to Compel

Discovery," for the purposes of having the Court rule on such

Motion.

*Conitz v. Teck Cominco*
4:06-CV-00015 RRB
Attorneys Request For Hearing On Pending Motion To Compel
Discovery And Status Conference.

*Page 1 of 3*

Additionally, the parties had stipulated to allow an extension of time for Defendants Opposition to "Motion for Order of Rule of Law of the case," until two weeks after the preparation of the Kells transcript.  The Court had ordered the Opposition due by January 14th.

Under signed counsel spoke with Liz D'Amour on Monday December 10th 2007.  She indicated the transcript of the Kells Deposition would be ready on December 11, 2007.

The Defendants likely will dispute that the Kells Deposition was adequately concluded.

Whether or not that is the case, the Defendants really do not need any statements from Kells to answer the legal question proposed in "Plaintiff's Motion for Order of Rule of Law."  Plaintiff agreed to continue the due date for the Opposition until after the Kells Deposition.

Whether or not the Kells Deposition is complete, and whether or not it will be concluded, is irrelevant to the question proposed in the "Motion for Order of Rule of Law."

Counsel will request, and anticipates the Court to hold a status conference on this issue in order to discuss it. Counsel anticipates the Court Ordering the Opposition of the Defendants Motion for Order of Rule of Law to be due by December 31st, 2007.

Plaintiff's Counsel understands that the Court is available the morning of December 21st, 2007.

Respectfully submitted this 11th day of December, 2007 at Fairbanks, Alaska.


                    LAW OFFICES OF KENNETH L. COVELL
                 Attorney for the Plaintiff, Gregg Conitz

                            s/Kenneth L. Covell
                               712 8th Ave.
                            Fairbanks, AK 99701
                          Phone:  907.452.4377
                             Fax:  907.451.7802
                          E-mail:  kcovell@gci.net
                          Attorney Bar #:  8611103


CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran –sean@hartig.com
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 12/11/07/2007

By: _____/s/ Renee M. Kimble_____
        Renee M. Kimble for Kenneth L. Covell


*Conitz v. Teck Cominco*                                    *Page 3 of 3*
4:06-CV-00015 RRB
Attorneys Request For Hearing On Pending Motion To Compel
Discovery And Status Conference.