KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,            )<br>                          )<br>         Plaintiff    )<br>                          )<br>    vs.                   )<br>                          )<br>TECK COMINCO ALASKA, INC., )<br>                          )<br>         Defendant    )<br>_____) | Case No. 4:06-CV-00015 RRB |

**ORDER**

IT IS HEREBY ORDERED that a status conference in this matter will be set for December 21st, 2007 at ____am.

_____

Honorable Ralph R. Beistline

District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran –sean@hartig.com
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 12/11/07/2007

By:      /s/ Renee M. Kimble
         Renee M. Kimble for Kenneth L. Covell