UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GREGG CONITZ   v.   TECK COMINCO ALASKA, INC.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                CASE NO.  4:06-CV-0015-RRB

John W. Erickson, Jr.                           DATE: December 12, 2007

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RE PLAINTIFF'S MOTION TO COMPEL**

---

At Docket 66 is Plaintiff Gregg Conitz with a Motion to Compel Discovery, Compel Signature Under Oath, and to Expand the Number of Permissible Interrogatories, which the Court treats as a Rule 33 motion to exceed the 25 interrogatory limit. The motion is opposed at Docket 75.[1]

Having thoroughly reviewed the matter, Plaintiff is hereby **GRANTED** 26 additional interrogatories -- reasonably calculated to obtain information _not_ previously obtained.

The parties are: (1) to bear their own costs and fees with respect to the motion at Docket 66; and (2) _again_ encouraged to work out similar problems -- on their own -- in the future.

---

[1] _See_ Fed. R. Civ. P. 33. Inasmuch as Plaintiff's Motion to Compel Signature under Oath is unopposed, it is hereby **GRANTED**.