JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
FAX CARE OF: 451-7802
jason_bea@msn.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,                ) | |
|                  Plaintiff   ) | |
| vs.                          ) | |
| TECK COMINCO ALASKA, INC.,   ) | |
|                  Defendant.  ) | Case No. 4:06-CV-00015 RRB |

### SPECIAL ENTRY OF APPEARANCE

**COMES NOW**, Jason Beatty, and makes this special appearance on behalf of a nonparty, John Kells, who is being unfairly and improperly subjected to an as yet to be served subpoena and deposition noticed for 20th December, 2007.

Mr. Kell's has been already deposed and a deposition at this time and place will work an unfair and inequitable hardship upon him.

Counsel enters this special appearance to seek relief from this unfair and inequitable deposition notice and subpoena being imposed upon Mr. Kells.

DATED this 14th day of December, 2007 at Fairbanks, Alaska.

>                    LAW OFFICE OF JASON P. BEATTY
>                 Attorney for the Deponent, Jonh Kells
>
>                                 s/JASON P. BEATTY
>                                    P.O. BOX 70301
>                               FAIRBANKS, AK 99707
>                               PHONE: 907.978.4274
>                         E-mail: jason_bea@msn.com
>                             Attorney Bar # 0711066