JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                        )
                                     )
            Plaintiff                )
                                     )
    vs.                              )
                                     )
TECK COMINCO ALASKA, INC.,           )
                                     )
            Defendant                )
_____)   Case No. 4:06-CV-00015 RRB

**EMERGENCY MOTION**
**NON-PARTY DEPONENT'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND EMERGENCY MOTION TO QUASH SUBPOENA AND award of the cost of this motion as this court sees equitable.**

**COME NOW** the Non-Party Deponent, John Kells, by and through counsel, Jason P. Beatty, and moves this court to grant Emergency Motion for Protective Order and Emergency Motion to Quash subpoena and to grant Attorney Fees and Costs to compensate Third Party Deponent.

Support is found in the Points and Authorities filed herewith.

**RESPECTFULLY SUBMITTED** this 14th day of December, 2007 at Fairbanks, Alaska.

                                                                         LAW OFFICE OF JASON P. BEATTY
                              Attorney for the Deponent, John Kells

                                                                                 s/JASON P. BEATTY
                                                                                 P.O. BOX 70301
                                                                          FAIRBANKS, AK 99707
                                                                     PHONE: 907.978.4274
                                                          E-mail: jason_bea@msn.com
                                                        Attorney Bar # 0711066

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 07/20/2007

By: _____/s/ Rene_____
           Rene    for Jason P. Beatty

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Motion to quash subpoena and cancel November 20 deposition
Page 2 of 2