JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ,                )<br>                              )<br>        Plaintiff     )<br>                              )<br>    vs.                       )<br>                              )<br>TECK COMINCO ALASKA, INC.,    )<br>                              )<br>        Defendant     )<br>_____) | Case No. 4:06-CV-00015 RRB |

**ORDER GRANTING NON-PARTY DEPONENT'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH**

It having come before this Court on Non-Party Deponents' Emergency Motion for a Protective Order and Emergency Motion to Quash Subpoena, and

It appearing that such relief is appropriate and justified given the distances, work schedules and other equitable considerations,

IT IS HEREBY ORDERED that the subpoena is hereby *quashed* and the deposition presently set for November 20, 2007 shall not go forward.

Counsel declares that it took two hours to prepare the Emergency Motion for Protective Order and Motion to Quash and this court awards to the non-party the sum of _____ to compensate him for the cost of bringing this Motion. This payment will be made by Defendant or defendant's attorney.

This court repeatedly has asked these parties to work together to resolve these disputes. The court again seeks the parties compliance.

DATED this 14th day of November, 2007 at Fairbanks, Alaska.

_____
Ralph Beistline
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 07/20/2007

By:  _____/s/ Rene_____
      Rene    for Jason P. Beatty

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Order quashing subpoena and canceling November 20 deposition
Page 2 of 2