JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, )<br> )<br> Plaintiff )<br> )<br> vs. )<br> )<br>TECK COMINCO ALASKA, INC., )<br> )<br> Defendant )<br>_____) | Case No. 4:06-CV-00015 RRB |

**EMERGENCY MOTION**
**DECLARATION OF JOHN KELLS, RE: EMERGENCY MOTION FOR PROTECTIVE ORDER AND EMERGENCY MOTION TO QUASH SUBPOENA**

I, JOHN KELLS, declare and state that:

1) I am an adult resident of the State of Alaska, fully competent to testify and I testify about the following facts upon my personal knowledge.

2) I am a Non-Party Deponent in the above-captioned action.

3) I have been deposed once on November 21, 2007

4) I am presently on the day shift in Healy and will have to drive two hundred forty miles round trip to be deposed again.

5) I was not contacted by anyone to see if December 20, 2007 was an acceptable date for another deposition.

6) I have not been served with a subpoena or any other papers except by an e-mail.

7) This date is unreasonable for me, it is the Christmas holidays. I spend my weekends and holidays with my child in Fairbanks. I will be doubling my driving time this week and my holiday plans will be disrupted.

8) I will work with these people to give further testimony if they will work with me.

9) **Declaration**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 14, 2007.

_____
JOHN KELLS