JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA, INC., )<br>)<br>Defendant )<br>_____) | Case No. 4:06-CV-00015 RRB |

**EMERGENCY MOTION**
**DECLARATION OF DONALD LOGAN RE: EMERGENCY MOTION FOR PROTECTIVE ORDER AND EMERGENCY MOTION TO QUASH SUBPOENA**

I, JOHN KELLS, declare and state that:

1) I am an adult resident of the State of Alaska, fully competent to testify and I testify about the following facts upon my personal knowledge.

2) I conducted the deposition of John Kells on November 21, 2007 in Healy, Alaska.  The place was at the request of the deponent.

3) The courtroom in Healy closed at 4:30 p.m. but the clerk there allowed Mr. Halloran to continue his questions for some time thereafter. Simultaneously, I located an alternative

place just across the street and set things up to immediately continue the deposition at that location.

  4) When faced with the need to actually complete the deposition counsel Halloran refused to participate claiming that he had to drive back to Anchorage and had meetings the following day.

  5) Mr. Daniels, for NANA corporation, declined to question until Mr. Halloran had finished.

  6) Having offered to continue the deposition and been rejected by the defendants the court reporter and I returned to Fairbanks.

  7) Plaintiffs are willing to do this deposition at Mr. Kells' convenience.

FURTHER YOUR AFFIANT SAYETH NAUGHT

**Declaration**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

  Executed on December 14, 2007.

             _____
             Donald F. Logan