JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA, INC., )<br>)<br>Defendant )<br>_____) | Case No. 4:06-CV-00015 RRB |

**DECLARATION OF JASON P. BEATTY, ATTORNEY FOR NON-PARTY DEPONENT, JOHN KELLS, RE: EMERGENCY MOTION FOR PROTECTIVE ORDER AND EMERGENCY MOTION TO QUASH SUBPOENA ON AND GRANT ATTORNEY FEES AND COSTS**

I, JASON P. BEATTY, declare and state that:

1) I am an adult resident of the State of Alaska, fully competent to testify and I testify about the following facts upon my personal knowledge.

2) I am the Attorney for the Non-Party Deponent in the above-captioned action.

3) I contacted Defendant's Attorney's office on December 13th, 2007. I was informed by Becky Lewis, Mr. Halloran assistant, that he was out of town and could not be reached by

phone and that she would try to reach him by e-mail to see if we could work this problem out.

4) I have not received a reply from Mr. Halloran.

5) I am trying to contact Mr. Daniels by telephone.

## Declaration

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 14, 2007.

_____
JASON P. BEATTY