```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 GREGG CONITZ      vs.   TECK COMINCO ALASKA, INC.
                         NANA REGIONAL CORPORATION

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:06-CV-00015 RRB

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY

APPEARANCES:   PLAINTIFF: KENNETH COVELL
                          DON LOGAN

               DEFENDANT: SEAN HALLORAN FOR TECK COMINCO
                          THOMAS E. DANIEL FOR NANA/TELEPHONIC

MATERIAL WITNESS-JOHN KELLS: JASON P. BEATTY

PROCEEDINGS: STATUS CONFERENCE               HELD: 12/21/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

Court and counsel heard re: Rescheduling the Deposition of John Kells; Court **ORDERED** Deposition rescheduled to 12/28/2007 at 10:30 a.m.

Court and counsel heard re: Mr. Beatty's Motion for Attorney Fees (dkts 84 & 85): **GRANTED**.

Court and counsel heard re: Plaintiffs Oral Motion for Additional Interrogatories: Plaintiff **GRANTED** 26 more interrogatories.

Court and counsel heard re: Plaintiff's Request for Production of Personnel Records. Court **ORDERED** confidential records not to be made public other than by court order in trial.

At 10:02 a.m. court adjourned.

Revised 6/18/07

DATE: DECEMBER 21, 2007      DEPUTY CLERK'S INITIALS: LGK