

Defendant EXHIBIT 2 p 1 of 2

## WEDNESDAY
### SEPTEMBER 1, 2004

**APPOINTMENTS & SCHEDULED EVENTS**
NAME • PLACE • SUBJECT

- CLEARING
- 33° CHARTER IN/OUT

**TO BE DONE TODAY (ACTION LIST)**

- ✓ TURNOVER INCL SHIPTER SCH.
- ✓ PACK DAYTIMERS
- — CALL LUDWICK SEND PICS

**EXPENSE & REIMBURSEMENT RECORD**

- LAWYER CALLED... HEARING ON FRI 4PM
- STILL NOT PUMPING
- LOT OF WED SICK CALLS

## WEDNESDAY
Wk 36 • Day 245, 121 Left  SEPTEMBER 1, 2004

**DIARY AND WORK RECORD**

- MILL WRIGHTS STARTED LATE NOT MOVING TOO FAST. AFTER LUNCH THEY WERE STILL WORKING ON 775 PLUMBING... ANGLED IT THE WRONG WAY. I ASKED THEM TO PULL THE 90 HP & LEAVE IT ON DRY GROUND STILL A LOT OF WORK TO PICK UP ALL THE CABLE, PULL THE SUMP CAN AND PIPES... ETC... WROTE MWO TO CHECK 30HP PUMPS AND UNHOOK 90HP, SWITCH 30 w/ 13 IN B PIT... WATER COMING UP

- LOOKED AT DIVERSION W/ TRZ & GT. WEIRD HOW MUCH IT SHRUNK. CX'D THE CONNIE CROSSING. WENT FOR A SUMP ON FORK OF CONNIE & RDC DD-2 GOING OKAY THEY SHOULD HIT SOME KIND OF FLOOR SOON... SHOWED XTRA ARD LINER TO TRZ

- PAPA JOHN, JEFF RAMOUTH & AVRORA CALLED IN SICK LARRY GOT PAPA JOHN TO COME IN... HE DOES A LOT BETTER THAN MR OR THE OTHER SHIFTERS... HE DID REAL WELL THIS WEEK... NEEDS TO SLOW DOWN ON SOME CALLS AND THINK THEM OUT BETTER BUT SO FAR, HE IS WINNING.

- JIMMIE BALDWIN CAME IN. GOT STUCK IN BILL CROSS' ROOM. I GAVE HIM MINE.

- LAWYER CALLED, WE HAVE A HEARING ON FRIDAY. GLORIA WANTS TO MEET MAN CHATTY GIRL AT AIRPORT

Defendant EXHIBIT 2 p 2 of 2