Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                         )
                                      )
         Plaintiff,                   )
                                      )
vs.                                   )
                                      )
TECK COMINCO ALASKA, INC.,            )
                                      )
         Defendant.                   )
_____)

Case No. 4:06-CV-00015 RRB

---

DEPOSITION OF GREGG CONITZ

---

Pages 1 - 102
Thursday, August 2, 2007
8:30 A.M.


Taken by Counsel for Defendant
at
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, Alaska

1  told me that there was a vacancy there, obviously due
2  to the fact that Leo died, and asked me if I was
3  interested in the position. I told him yes, I was.
4      Q.   Mr. Thomas hadn't had that job very long
5  before he died, had he?
6      A.   No. It had been in the neighborhood of a
7  year and a half, to my recollection.
8      Q.   And did you apply for the job at the time
9  that he was hired into that job?
10     A.   I was interested in it, but, to my
11 knowledge, it was never posted, and it was -- there
12 was no expression that there was an opening there,
13 that I was aware of. And I think that the management
14 of the department knew that I was interested in
15 supervision, but I was not aware that there was any
16 effort to encourage applicants for the position.
17     Q.   Where were you born?
18     A.   Moscow, Idaho.
19     Q.   Have you always lived in the United States?
20     A.   No. My parents spent some time overseas,
21 and I spent some time there with them.
22     Q.   Were your parents military or --
23     A.   No.
24     Q.   Why is it that you lived overseas?
25     A.   My father, the first time that they moved

1  overseas, was a college professor at the University
2  of Idaho, and he did I believe what was called a
3  sabbatical. It was an exchange program where he
4  exchanged with a professor at the University of
5  Nairobi in Kenya, and he went there to do that job
6  kind of on a temporary basis for about a year and a
7  half, and we moved there.
8      Q.   How old were you at that time?
9      A.   I had just started first grade. I believe
10 I turned six after we moved there.
11     Q.   And was there any subsequent time you lived
12 overseas?
13     A.   Yes. I spent roughly five or six months
14 with my parents there shortly after I graduated from
15 high school, in the winter of '77-78. After I
16 graduated from high school, my dad got another job
17 overseas, and again in Nairobi, Kenya, and he went
18 there for that, and that was with the government.
19 USAID. And the government has a dependent -- since I
20 was a dependent of my parents, at that point in time
21 they paid for me to go over, and I spent four, five
22 months there with them at that time and then came
23 back.
24     Q.   Any other times you've ever lived overseas?
25     A.   No.

```
 1     Q.    Are you a U.S. citizen?
 2     A.    Yes, I am.
 3     Q.    So you've never lived in northern Europe?
 4     A.    No.
 5     Q.    All right.  What is your race?
 6     A.    Caucasian.
 7     Q.    When you transferred to the department that
 8  you're in now, was that the first time that you had
 9  ever sought to get a transfer to that department?
10     A.    No, it was not.
11     Q.    How many times had you sought a transfer
12  unsuccessfully?
13     A.    A number of times.  I had -- I had wanted
14  to work in the mine department before I came to Red
15  Dog.  I had applied for a position in the mine
16  department before I received the position in the
17  mill.  So when I got to Red Dog, there is -- the
18  company policy states that you have to, as a new
19  employee, work for the company for one year before
20  you're eligible for transfer.  If you've been an
21  existing employee and, say, you've transferred to a
22  department, then it's six months.  If you've been in
23  one department six months but your total service is
24  more than a year, then you're eligible for transfer.
25  So as of the point that I'd been there for one year,
```

1  complaint regarding mail that you received at the
2  mine. Tell me about it.
3      A.  I received a letter that came from my
4  attorney, Ken Covell, that was mailed from his
5  Fairbanks office on his office stationery, letterhead
6  on the envelope. It was mailed to my home address
7  here in Anchorage. Due to the fact of being gone
8  from home for four weeks at a time, what I do is have
9  my mail forwarded. It's forwarded through the
10 company, through the Anchorage office to the mine
11 site.
12          When I received the letter, it had been
13 opened, clearly, completely across the top of the
14 envelope, stapled shut. The person at the mine site
15 who received the letter and distributes the letter
16 into the mail, Grace - I don't know her last name.
17 She works at the billeting office with NANA
18 Management Services - initialed the front of the
19 envelope and wrote on it that she had received it
20 opened and stapled shut.
21     Q.  What was that person's name?
22     A.  Grace is her first name. I don't know her
23 last name. She goes by Gracie.
24     Q.  Is she a Teck Cominco employee?
25     A.  No. She's a NANA Management Services

1  employee.
2      Q.   NANA Management handles the mail at Red
3  Dog?
4      A.   They handle the mail when it gets to the
5  living facility.  Teck Cominco handles the mail that
6  comes into the warehouse, and then they take it over
7  to the living -- the pack, which is the living
8  facility, and then this NANA Management Services
9  person distributes it into the mailboxes which are in
10 the living facility.
11     Q.   Is it the billeting office that takes care
12 of that?
13     A.   Yes, it is.
14     Q.   Do you have a mailbox?  How do they
15 distribute the mail?
16     A.   Yeah.  You've got a little mailbox, kind of
17 like what they have at the post office, with a key
18 and a little box, and they put your mail in there.
19     Q.   And did you tell anyone or complain to
20 anyone about the fact that you had received the
21 letter that had been opened and stapled shut?
22     A.   I believe I asked Gracie about it.  She
23 told me that she had received it that way.  I can't
24 specifically remember whether I complained to Joanne
25 Bozek in the Anchorage office or not.  I don't

Page 70

1  remember whether I did or not.
2      Q.  And I'm assuming, then, if you don't
3  remember whether you complained, do you remember
4  whether anyone gave you any explanation for what
5  might have happened?
6      A.  No, I do not remember getting an
7  explanation from anybody.
8      Q.  And do you remember if you complained to
9  anyone at Red Dog?
10     A.  I don't remember for certain, but I don't
11 believe that I did.
12     Q.  Did anyone at Red Dog give you any sort of
13 explanation as to what might have happened?
14     A.  No.
15     Q.  Is there any other occasion when you've
16 received mail that's been opened?
17     A.  In the time that I've worked there, I
18 believe there have been three.  This was one of them.
19 Prior to that, the only other time that anything
20 happened was regarding a workman's comp issue, a
21 letter from workman's comp insurance company, and
22 that was opened.  And I believe I complained to the
23 Anchorage office about that.
24         And then the other time was another letter
25 from Mr. Covell that appeared to have been opened and

1  then taped shut.  It appeared to me that it was glued
2  shut, and it was opened where the glue was and then
3  taped back shut.
4       Q.   There was tape on it?
5       A.   Yes, there was tape on it.
6       Q.   With regard to the workers' comp letter,
7  when did that occur?
8       A.   I don't remember exactly, but I believe it
9  would have been in the neighborhood of three years
10 ago.
11      Q.   Three years ago from now?
12      A.   Yeah.
13      Q.   Do you recall what kind of injury you had
14 at that time?
15      A.   Yes.  I have a back problem.  It was with
16 regards to that.
17      Q.   Was that the only workers' comp injury
18 you've had?
19      A.   No.
20      Q.   Were there other workers' comp injuries
21 that were also back injuries?
22      A.   No.
23      Q.   So if I was to look up when you had a
24 workers' comp back injury, that would more or less
25 pinpoint for me the time at which you might be

```
 1   receiving letters regarding that injury?
 2         A.   I believe it would, yes.
 3         Q.   Okay.  And then when did the incident occur
 4   with the stapled-shut envelope?
 5         A.   That was around the time that we were
 6   working on the EEOC complaint, I believe.  I don't
 7   remember exactly if it was prior to or after.  It was
 8   in that neighborhood somewhere.  I have the letter
 9   and the envelope.
10         Q.   You still have it now?
11         A.   Yes, I do.
12         Q.   And then the third incident that you
13   mentioned, when someone had put tape on an envelope,
14   when did that occur?
15         A.   That was after the one that was stapled by
16   maybe a month or two.
17         Q.   And who was that letter from?
18         A.   Ken Covell.
19         Q.   Was that also addressed to you at your
20   home?
21         A.   Yes, I believe it was.
22         Q.   And forwarded to you by the Postal Service
23   directly?
24         A.   Yeah.  The Postal Service forwards it to
25   the Anchorage office, and then it's in the company's
```

1    hands going from the Anchorage office to Red Dog.
2         Q.   Have you ever known anyone else at Red Dog
3    to receive mail that had been opened prior to the
4    time it was delivered?
5         A.   Not to my knowledge.
6         Q.   On the third incident that you mentioned
7    with the envelope that had tape on it, did you make
8    any complaints to anyone about that incident?
9         A.   I don't remember that I did.
10        Q.   And did anybody ever give you any
11   explanations as to what might have happened with
12   regard to that?
13        A.   Not that I recall.
14        Q.   And other than complaining, did you bring
15   it to anyone's attention either at Red Dog or in the
16   Anchorage office?
17        A.   Well, my wife knew about both of those
18   instances.  Possibly I would have mentioned it to
19   somebody that I work with, but not that I
20   specifically remember.
21        Q.   But no supervisors or --
22        A.   No.
23        Q.   You didn't call Joanne Bozek and let her
24   know or anything like that?
25        A.   No, not at that time.  I guess I just told

1   Ken about it and took his advice as to how to deal
2   with it.
3        Q.    Who is Joanne Bozek?
4        A.    She is -- her title is the controller, I
5   believe.  She's the head of the financial department
6   for Teck Cominco Alaska.
7        Q.    And your wife is Karen Conitz; is that
8   right?
9        A.    That's correct.
10       Q.    You were telling us before that Mr. Kells
11  had told you it was his preference that you be hired
12  into the job that Mr. Hanna got.  Did anyone from the
13  mine ever come and tell you essentially that it's not
14  Mr. Kells' place to tell you things like that and
15  that, you know, the hiring decision would be made in
16  the normal course of the way hiring decisions are
17  made?
18       A.    No.
19       Q.    Did anyone ever have a conversation with
20  you more or less in that regard with respect to the
21  other position that's at issue here?
22       A.    With the trainer position?  No.  Mr. Kells
23  was gone when that decision was made.
24       Q.    Did anyone ever have a conversation with
25  you substantially like that with regard to any