Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:   (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>          Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA INC., and<br>NANA REGIONAL CORPORATION,<br><br>          Defendants. | Case: 4:06-CV-00015 RRB |

**DECLARATION OF MIKE BAKER**

I, Mike Baker, make my sworn declaration as follows:

1. I have personal knowledge of and am competent to testify to all facts set forth in this declaration.

2. I was born in the United States of America to parents that are U.S. citizens, and I am also a U.S. citizen.

3. I was hired by Teck Cominco Alaska Incorporated on April 26, 1993 to work at Red Dog Mine as a Level III Equipment Operator assigned to the Mine/Surface Department. At that time, Teck Cominco was known as Cominco Alaska Incorporated. I obtained Level VI

(journeyman) status in December 1995. In late 1996, I was promoted to the postion of Mine Supervisor. In January 1997, my position was redefined as a Mobile Equipment Trainer. I held that position until I left Teck Cominco's employment in 1999 to work for my family's business. In 2005, I sought to return to Red Dog, and successfully applied to be re-hired as a Mobile Equipment Trainer. I am aware that Gregg Conitz is suing Teck Cominco over the fact that he was not promoted into that position when I was rehired.

4.    I was fully qualified for the mobile equipment trainer position when I applied to be re-hired into that job. I had received good performance evaluations when I had held the same position before. The U.S. Mining Health & Safety Administration ("MSHA") had certified me as an MSHA Trainer. I had also completed a course of training entitled "Train the Trainer" when I previously held that job. I was never subjected to discipline when I had earlier worked for Teck Cominco, nor was I involved in any incidents/accidents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 23 day of November, 2007.

_____
Mike Baker

CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of November, 2007
a true and correct copy of the foregoing was served
on Kenneth Covell & Thomas Daniel by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.

Hartig Rhodes Hoge & Lekisch PC