Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz,            )<br>          )<br>    Plaintiff,    )<br>          )<br>vs.                )<br>          )<br>TECK COMINCO ALASKA, INC. and   )<br>NANA REGIONAL CORPORATION,   )<br>          )<br>    Defendants.    )<br>_____) | <br><br><br><br><br><br><br><br><br><br><br>Case: 4:06-CV-00015 RRB |

AFFIDAVIT OF SEAN HALLORAN

I, Sean Halloran, being first duly sworn, depose and aver as follows:

1.    I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2.    I am an attorney at Hartig Rhodes Hoge & Lekisch, PC, which serves as counsel to Teck Cominco Alaska Incorporated in the above captioned matter. As an attorney at Hartig Rhodes, I have provided legal representation to Teck Cominco in litigation and other matters since 1992.

3.    Exhibit 1 to Teck Cominco's Summary Judgment Motion is a true and correct copy of the Notice, Complaint, Determination, and Closing Order issued by the Alaska State Commission for Human Rights in the case of Pankowski v. Cominco Alaska, ASCHR No. C-91-093.

4.    Cominco Alaska Incorporated is the former name of defendant Teck Cominco Alaska Incorporated. The respondent in the Pankowski case is the same corporation that is a defendant in the above captioned matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sean Halloran

SUBSCRIBED AND SWORN TO before me this 14th day of January, 2008, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 4/25/08

CERTIFICATE OF SERVICE

I certify that on the 14th day of January, 2008, a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

_____
Becky Nelson

STATE OF ALASKA
NOTARY PUBLIC
Rhonda J. Peters
My Commission Expires April 25, 2008

Halloran Affidavit
*Conitz v. Teck Cominco*, 4:06-CV-00015  RRB