Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:    (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,                                      )<br>                                                   )<br>            Plaintiff,                              )<br>vs.                                                )<br>                                                   )<br>TECK COMINCO ALASKA INC., and                      )<br>NANA REGIONAL CORPORATION,                         )<br>                                                   )<br>            Defendants.                             )<br>_____)  | Case: 4:06-CV-00015 RRB |


### DECLARATION OF LAWRENCE HANNA

I, Lawrence Hanna, make my sworn declaration as follows:

1.      I have personal knowledge of and am competent to testify to all facts set forth in this declaration.

2.      I was born in the United States of America to parents that are U.S. citizens, and I am also a U.S. citizen.

3.      I am employed by Teck Cominco Alaska Incorporated at Red Dog Mine, where I serve as Mine General Foreman.  Prior to serving as Mine General Foreman, I served as a Mine Operations Supervisor.  I was promoted into that position effective April 1, 2005.  I am aware

that Gregg Conitz is suing Teck Cominco over the fact that I was promoted into that position instead of him.

4.    I was first hired by Teck Cominco Alaska on October 11, 1989 as a Mill Operator. At that time, the company was known as Cominco Alaska incorporated. In April, 1990, I went to work for another employer, and was rehired by Teck Cominco in February, 1992 as a Mill Operator. By the time that I applied to become a shift supervisor in Mine Operations, I had considerable experience working in varied departments at the Red Dog Project, including experience working at the DMTS Port, experience working in Mill Operations, experience working as an operator in Surface Operations and Mine Operations, experience serving as an acting supervisor in Surface and Mine Operations, and several years of experience working as a mobile equipment trainer in Surface, Mine and Port Operations. Between 1989 and 2005, I had been involved in only two incidents/accidents at Red Dog. I was fully qualified for the mine shift supervisor position when I applied for it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this _16_ day of November, 2007.

_____
Lawrence Hanna

CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of November, 2007
a true and correct copy of the foregoing was served
on Kenneth Covell & Thomas Daniel by electronic
means through the ECF system as indicated on
the Notice of Electronic Filing.


Hartig Rhodes Hoge & Lekisch PC

Hanna Declaration
Conitz v. Teck Cominco, 4:06-CV-00015 RRB                        Page 2 of 2