Sean Halloran, Esq.
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA INC., and ) | |
| NANA REGIONAL CORPORATION ) | |
| ) | |
| Defendant. ) | Case No. 4:06-CV-00015 RRB |
| | |
| STATE OF ALASKA ) | |
| ) ss | |
| THIRD JUDICIAL DISTRICT ) | |

**AFFIDAVIT OF MARLENE MCNEAL**

I, Marlene McNeal, being first duly sworn, depose and aver as follows:

1. I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2.   I am employed by Teck Cominco Alaska Incorporated in its Anchorage office as an accounting assistant. I am one of three individuals who process mail that is received by the company in its Anchorage office, including mail directed to the company itself and personal mail forwarded to employees at Red Dog Mine. I was one of three persons at Teck Cominco Alaska who would have sorted and processed any mail that was delivered to Red Dog Mine in April, 2006.

3.   Upon receiving mail from the Postal Service, it is sorted into two groups: One group consists of mail addressed to persons at Red Dog Mine, and a second group consists of mail directed to the company's Anchorage office. Once sorted in this fashion, with the exception of mail that is shipped to Red Dog on Wednesdays, Red Dog mail is placed in a padlocked canvas mail bag. Alaska Logistics, Inc. picks that bag up from Teck Cominco's Anchorage office and delivers it to Northern Air Cargo, who then delivers it to Red Dog Mine. Alaska Airlines has scheduled passenger service to Red Dog Mine on Wednesdays. For mail that is taken to the mine on Alaska Airlines scheduled Wednesday flights, we place the sorted mail in a canvas mail bag that is sealed with a tie wrap. Alaska Logistics, Inc. picks that bag up at Teck Cominco's office and delivers it to Alaska Airlines, who then delivers it to Red Dog Mine.

4.   After sorting, company mail for the Anchorage office is first opened by the accounting assistants, and once all the envelopes are opened, the mail is filed, processed, discarded, or directed to intended recipients as appropriate.

5.   Letter openers are used to open envelopes mailed to the Anchorage office, resulting in the top flap of each envelope being cut.

6. Mail addressed to employees at the mine sometimes arrives from the Postal Service unsealed or opened. When sorting the mail, I and my co-workers typically tape the flap on these envelopes shut before placing them in the mail bags that are turned over to Alaska Logistics for delivery to the airlines. We perform this task as a service to the addressees, in order to help prevent the contents of an envelope from falling out and becoming lost.

7. The sorting process is not without errors. From time to time, personal mail gets mixed in with company mail and vice-versa. When personal mail is mixed in with the Anchorage company mail, it is typical that the mail will be opened before the error is caught. When personal mail that should have gone to the mine is discovered during the processing of already opened mail in Anchorage, the envelope is typically either stapled shut or placed in another envelope that is capable of being sealed. Once re-sealed and, if placed in another envelope, re-addressed, that mail is placed in the mail bags with other Red Dog mail to be turned over to Alaska Logistics.

8. On those occasions when I have found personal mail mixed in with opened business mail, I have not read the personal mail, but have only re-sealed the envelope as discussed in paragraph 7, above.

9. I have been informed that Mr. Gregg Conitz is suing Teck Cominco Alaska, alleging that an envelope addressed to him at Red Dog Mine was opened and stapled shut in Teck Cominco's Anchorage office before being forwarded to Red Dog where it was delivered to him on April 6, 2006. I do not recall this incident, but I am certain that if it happened, the only possible explanation for what occurred is the explanation I have given in paragraph 7, above.

or read Mr. Gregg Conitz's mail or the personal mail of any other individuals at Red Dog Mine.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Marlene McNeal*
MARLENE MCNEAL

SUBSCRIBED AND SWORN TO before me this 21st day of August, 2007, at Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 8-25-07

CERTIFICATE OF SERVICE

I certify that on the ____ day of
_____, 2007, a true and correct
copy of the foregoing was served on
those parties of record by First Class Mail
or by electronic means through the
ECF system as indicated on the
Notice of Electronic Filing.

Becky Nelson