Sean Halloran, Esq.
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax:   (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA INC., and ) | |
| NANA REGIONAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 4:06-CV-00015 RRB |

**DECLARATION OF JENNIE OUTWATER**

I, Jennie Outwater, make my sworn declaration as follows:

1.    I have personal knowledge of and am competent to testify to all facts set forth in this declaration.

2.    I am employed by Teck Cominco Alaska Incorporated as a Purchasing Clerk/ Expeditor at Red Dog Mine. My duties include sorting and processsing mail when it is received at the mine.

3. Teck Cominco receives mail in Kotzebue and Anchorage. Mail delivered to the company's Kotzebue Post Office Box is picked up by Baker Aviation and delivered in US Postal Service totes to either Bering Air, Hageland Aviation, or Frontier Flying for transportation to the mine. Additional mail is delivered by the Postal Service to the comapny's Anchorage offices, and forwarded from the Anchorage office to Red Dog via Northern Air Cargo and Alaska Airlines. All mail received from Anchorage is delivered in sealed bags. The mail bags that are delivered by Northern Air Cargo are locked. The mail bags that are delivered by Alaska Airlines are sealed with tie wraps, since they are flown up on passenger jets. Upon arrival at the Red Dog Airport, all mail is delivered to Teck Cominco's Purchasing Office. When I am on site, I then open the mail bags and the totes, and sort the mail. When I am off site, either the Mine Clerk or the Mill Clerk is assigned to process the mail at the Purchasing Office.

4. I processed all mail received at the mine between April 6, 2006 and April 19, 2006.

5. When sorting the mail, I separate out personal mail addressed to mine employees from company mail. Personal mail is turned over to Nana Management Services, who then distributes that mail, unopened, to the intended recipients' locked mailboxes at Red Dog's housing facility.

6. I am informed that Gregg Conitz asserts that between April 6 and April 19, 2006, someone opened two different pieces of mail that were addressed to him and forwarded to Red Dog Mine via Teck Cominco's Anchorage office. I am further informed that he asserts that one of those envelopes was taped shut and another was stapled shut prior to the time that Nana Management Services received them.

7. I have never opened any mail addressed to Gregg Conitz. I have never allowed anyone else to open mail addressed to Mr. Conitz. I have never been asked or instructed to open mail addressed to Mr. Conitz or to treat Mr. Conitz's mail differently than all other mail I process, and I have never processed any of Mr. Conitz's mail differently than I process all other mail that I handle. If Mr. Conitz received envelopes that were either taped shut or stapled shut, they would have been taped or stapled shut before they were received at Red Dog Mine or after they were turned over to Nana Management Services, but it did not happen while the mail was under my control.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 7th day of September, 2007, at Red Dog Mine.

JENNIE OUTWATER

CERTIFICATE OF SERVICE

I certify that on the _____ day of
_____, 2007, a true and correct
copy of the foregoing was served on
those parties of record by First Class Mail
or by electronic means through the
ECF system as indicated on the
Notice of Electronic Filing.

_____
Becky Nelson

AFFIDAVIT OF JENNIE OUTWATER
*Conitz v. Teck Cominco*, 4:06-CV-0015 RRB                                Page 3 of 3