Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Gregg Conitz,

Plaintiff,

vs.

TECK COMINCO ALASKA, INC. and NANA REGIONAL CORPORATION,

Defendants.

Case: 4:06-CV-00015 RRB

**DEFENDANT'S NOTICE OF FILING ERRATA**
**RE: DEPOSITION OF JIM SOMERS AND TED ZIGARLICK**

To accompany its Motion for Summary Judgment, filed Monday, January 14th 2008 (Docket No. 91), Defendant Teck-Cominco Alaska Inc. filed several exhibits. However, Defendant inadvertently failed to file the Somers deposition, as cited in the Summary Judgment motion. The following pages from the Zigarlick deposition, cited in the motion for summary judgment, were also inadvertently omitted when the Zigarlick deposition was filed with the Court: pp. 38, 56, 176, 178, 255, 257, 259. Filed with this

Notice of Errata are the Somers deposition, pages 28-29, and the omitted pages of the Zigarlick deposition.

DATED this 15th day of January, 2008.

By: ______________________
Jim Wilkson

Certificate of Service

I hereby certify that on the15th day of January, 2008 a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

______________________
Hartig Rhodes Hoge & Lekisch PC
:\Docs\62880\198\PLEADINGS\Mtn to Strike.doc