Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                     )
                                  )
         Plaintiff,               )
                                  )
vs.                               )
                                  )
TECK COMINCO ALASKA, INC.,        )
                                  )
         Defendant.               )
_____)
Case No. 4:06-CV-00015 RRB

---

DEPOSITION OF TED ZIGARLICK

---

Pages 1 - 271
Wednesday, August 1, 2007
8:30 A.M.

Taken by Counsel for Plaintiff
at
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, Alaska

```
 1    please.
 2         Q.   Sure.  So does Teck either -- in whatever
 3    form, have a preference in employment for NANA
 4    shareholders?
 5         A.   We have a partnership with NANA, and we
 6    have a preference if equal -- or if equal abilities,
 7    to hire NANA shareholders.
 8         Q.   Okay.  Is there a preference in training
 9    for NANA shareholders?
10         A.   No.
11         Q.   Is there -- okay.  So am I understanding
12    you that the only preference NANA shareholders get in
13    employment with Teck Cominco Alaska is that if there
14    are two equally qualified candidates for a job, then
15    the shareholder gets the job?
16         A.   That's my understanding, sir, yes.
17         Q.   Okay.  And not otherwise?
18         A.   Not otherwise.
19         Q.   Okay.  And has that policy ever changed?
20    In other words, did it used to be different two or
21    five or ten years ago?
22         A.   Not that I'm aware of.
23         Q.   Okay.  Are you familiar with the 1982
24    agreement between NANA and Cominco?
25         A.   Familiar?  I've seen it a couple times, but
```

1  available Red Dog will give preference to the best
2  qualified applicant following the order of preference
3  defined in the next section of employment and
4  training plan."
5          Okay.  And you're saying that is the policy
6  and does happen or that isn't the policy and doesn't
7  happen?
8      A.   I'm saying where there isn't a shareholder
9  available of equal talent there, we go out and hire
10 who we need to hire.
11     Q.   Okay.  All right.  If you have a situation
12 where you have three applicants for a job and two of
13 them are qualified nonshareholders and one is a
14 qualified shareholder, is the preference applied in
15 that instance?
16     A.   Me, personally, I've looked for the most
17 qualified individual.
18     Q.   Okay.  And then if you hired the most
19 qualified individual, was that something that the
20 company would go along with?
21     A.   They have in the history so far, yes.
22     Q.   Okay.  Have you ever had an instance where
23 you picked who you view as the most qualified
24 individual over a shareholder who is also qualified
25 and had the company tell you not to do that or change

1      A.      Okay.

2      Q.      Okay. And you agree that you've got to

3   have some kind of qualification for that?

4      A.      Absolutely.

5      Q.      Okay. Now, when you get candidates for

6   that job, all of whom are qualified, would -- and

7   having a shareholder applicant who is not the most

8   qualified but qualified to do the job, would the

9   preference operate in his or her favor at that point?

10     A.      If he was not qualified or not more

11  qualified?

12     Q.      Well, if he were -- he met the minimum

13  qualifications.

14     A.      Yes.

15     Q.      But there were other candidates for the

16  job --

17     A.      Right.

18     Q.      -- who had better skills, better

19  qualifications, in excess of the minimum

20  qualifications, who were not shareholders.  Who gets

21  the job?

22     A.      The best candidate.

23     Q.      Okay. Okay. And that would be -- that

24  scenario you just gave me would be contrary to this

25  sentence on page 59, right, where it says first

```
 1   they're all equally qualified?
 2        A.   Absolutely not.
 3        Q.   Okay.
 4        A.   Not for supervision.  You can't be minimum
 5   requirements.  We want the best candidate.
 6        Q.   Okay.  Let's see -- let me turn on the --
 7   to page 62.  Why don't you look in the right hand --
 8        A.   Sixty-two?
 9        Q.   Sure.  Okay.  And that column, or margin
10   note, I guess we could call it, at the right-hand
11   side says, "One of the main tenets of the original
12   agreement called for a comprehensive shareholder hire
13   program to ensure that NANA shareholders were
14   preferentially hired to work at the operations."  Is
15   that a correct statement of the Teck policy or not?
16        A.   I would say I don't agree with it.
17        Q.   Okay.  And why is that?
18        A.   If they're of equal ability, then
19   preference would be given to a NANA shareholder.  But
20   if they're not, that's certainly not true.
21        Q.   Okay.  Okay.  Next page, 63.  The margin
22   note seems to say, whatever date of this publication
23   is, 59 percent of the workers were shareholders
24   compared with 51 percent in December '93.  So I
25   guess, first of all, from that we could probably take
```

1   A.   My understanding is that if they're of
2   equal qualification, to promote the support of
3   shareholder hire we would lean towards the
4   shareholder.
5   Q.   Okay.  And what you're saying is your
6   understanding is that even if you had a slew of
7   qualified candidates and some were shareholders and
8   some not, you would take the most qualified
9   regardless of shareholder status?
10  A.   I did too, yes, sir.
11  Q.   Okay.  And then my question to you is:
12  Does that highlighted sentence we just read say
13  something different than that or not?
14  A.   Probably argues with my practice.
15  Q.   So is that a yes, it says something
16  different?
17  A.   Yes.
18  Q.   Okay.  And then it further states here,
19  "This policy is not articulated in writing but is
20  widely understood and enforced at all levels of Red
21  Dog mine operations."  I guess, so the first question
22  is:  That's what it says?
23  A.   That's what it says, yes.
24  Q.   All right.  Then the next question is:  Is
25  that true?

Page 257

1   whether he's a shareholder or nonshareholder.
2           MR. COVELL:  Okay.  Thank you very much,
3   Mr. Zigarlick.
4           MR. HALLORAN:  I have a few follow-up
5   questions.
6                        EXAMINATION
7   BY MR. HALLORAN:
8       Q.  Do you know how many people live in the
9   NANA region?
10      A.  I've heard a number in the neighborhood of
11  6500, but I don't know if that's true or not.
12      Q.  Do you know how many people are NANA
13  shareholders?
14      A.  My recollection of discussion is
15  approximately 10,000, and that's a number that was
16  sent out in discussions with NANA folks over the
17  years.
18      Q.  All right.  Do you have any idea what
19  percentage of the Natives who live in the NANA region
20  are NANA shareholders and what percentage of the
21  Natives that live in the NANA region are not
22  shareholders?
23      A.  No, I don't, sir.
24      Q.  You talked about a preference for
25  shareholders and explained how it is that that's

 1    preference for shareholder hire.
 2        Q.   Would you have shown him any of that
 3    agreement beyond the parts that are included in -- I
 4    don't know.  What is it in?
 5             MR. COVELL:  Four.  Right here.
 6    BY MR. HALLORAN:
 7        Q.   Beyond what's in Exhibit 4?
 8        A.   No, sir, I wouldn't have done that.
 9        Q.   You mentioned a minute ago that there needs
10    to be a clarification with regard to Teck Cominco
11    Alaska, Inc.  Teck Cominco Alaska is the operator of
12    Red Dog mine; is that correct?
13        A.   That's correct.
14        Q.   And Teck Cominco Alaska, is it the same or
15    a different corporation than Teck Cominco America?
16        A.   It's a different corporation.
17        Q.   Is it the same or a different corporation
18    than Teck Cominco, Ltd.
19        A.   It's a different corporation.
20        Q.   Teck Cominco Alaska used to be known by
21    another name, is that correct, prior to the merger
22    between Teck and Cominco?
23        A.   Prior to the merger it was Cominco Alaska.
24        Q.   Was Cominco Alaska, Inc., the same
25    corporation as Cominco American?