Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                    )
                                 )
        Plaintiff,               )
                                 )
vs.                              )
                                 )
TECK COMINCO ALASKA, INC.,       )
                                 )
        Defendant.               )
_____)
Case No. 4:06-CV-00015 RRB

---

DEPOSITION OF JIM SOMERS

---

Pages 1 - 167
Tuesday, July 31, 2007
10:00 A.M.

Taken by Counsel for Plaintiff
at
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, Alaska

1   Exhibit 2, or elsewhere or do you know?
2        A.   I don't know off the top of my head.  This
3   is 2?  Yeah.  I can't find it in here.  I've
4   certainly seen a statement on it.
5        Q.   Okay.
6        A.   Yeah.
7        Q.   All right.  If you come across that at some
8   future date, would you send that to Mr. Halloran?
9        A.   Okay.
10       Q.   Okay.  All right.  Does Teck give any
11  preference to NANA shareholders in any way in
12  employment, hiring, promotion, things of that nature?
13       A.   Yes.
14       Q.   Okay.  And what -- and what manner do
15  they -- or for what -- let me ask this hopefully
16  artfully.
17            What preferences do they give to NANA
18  shareholders?
19       A.   Well, you know, everything being equal, we
20  would like to hire NANA shareholders.
21       Q.   Okay.  So should I take that to mean if you
22  had two applicants for one job and they were both
23  equally qualified and one was a shareholder and one
24  wasn't, the shareholder would get a preference in
25  being hired?

1    A.   I would expect so, yes.
2    Q.   Okay. And then does it also mean something
3 broader than that or not?
4    A.   I don't know what you mean broader than
5 that.
6    Q.   Okay. All right. All right. Besides that
7 specific situation we came up with a hypothetical
8 scenario for, are there other scenarios where a NANA
9 shareholder would get a preference over a
10 nonshareholder?
11   A.   I'm not sure.
12   Q.   Okay. Wouldn't it be your job to know
13 that, being the human resources? And I'm sorry,
14 manager or director, whatever your position is.
15   A.   Well, I'm just not sure what "whatever"
16 means.
17   Q.   Well, I'm not saying whatever at this
18 point. I'm trying to -- and if you're not
19 understanding me, say so. I'm trying to be as clear
20 as possible.
21   A.   Okay. Maybe I'm not understanding you.
22   Q.   Okay. I understand that a NANA shareholder
23 would get a preference where you had two equally
24 qualified candidates for a job. Okay. That's one
25 instance where it would happen. Besides that, are