Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
TECK COMINCO ALASKA, INC.,　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

Case No. 4:06-CV-00015 RRB

DEPOSITION OF JIM SOMERS

Pages 1 - 167
Tuesday, July 31, 2007
10:00 A.M.

Taken by Counsel for Plaintiff
at
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, Alaska

Page 82

```
 1   that incorrect?
 2        A.   I think what you asked me was do we have a
 3   policy.
 4        Q.   Um-hum.
 5        A.   We don't have a policy.
 6        Q.   Okay.  Policy meaning something written
 7   down versus something you do?  Are you making a
 8   distinction there?
 9        A.   Well, policy is something in writing, yes.
10        Q.   Okay.  Well, as a practical effect, is
11   employment at Teck dependent, in some instances, on
12   the status as a shareholder?  I think we already
13   answered that.  Just trying to be clear?
14        A.   Well, I think if you have a situation where
15   people have relevant skills and ability to do the
16   work that we have and one is a shareholder and one is
17   a nonshareholder, we will probably go with the
18   shareholder, I guess is what I'm saying.
19        Q.   Because they're shareholders?
20        A.   Well, and also because they have the
21   relevant skills and ability or whatever to do the
22   work, yes.
23        Q.   Okay.  But I'm taking that to mean you have
24   a shareholder, mind you, wherever they may live, in
25   the Northwest region in Alaska or side of Alaska or
```