Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                )
                             )
            Plaintiff,       )
                             )
vs.                          )
                             )
TECK COMINCO ALASKA, INC.,   )
                             )
            Defendant.       )
_____)
Case No. 4:06-CV-00015 RRB

DEPOSITION OF GREGG CONITZ

Pages 1 - 102
Thursday, August 2, 2007
8:30 A.M.

Taken by Counsel for Defendant
at
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, Alaska

1  the mine?
2      A.  Well, they may own the ground, but they
3  don't own the infrastructure of the mine.  Teck
4  Cominco owns the infrastructure of the mine, and I
5  work for Teck Cominco, and I don't believe that it's
6  fair for Teck Cominco to make that discrimination on
7  their behalf just because they're operating on land
8  that NANA owns.
9          NANA doesn't own the mill or any of the
10 equipment that I operate or the building that I sleep
11 in when I'm there or anything -- any of that
12 infrastructure.
13     Q.  Is it your claim in this litigation that
14 Teck Cominco has any hiring preferences other than a
15 shareholder hiring preference?
16     A.  I have seen in their contract with NANA
17 where it stipulates that preference.  I do not
18 believe that I've seen any preference other than the
19 NANA shareholder preference exercised in the time
20 that I've been there.
21     Q.  When you said you have seen their contract
22 with NANA, you're referring to the -- I believe it's
23 Exhibit 4, the Development and Operating Agreement
24 Between NANA Regional Corporation and Cominco
25 American, Inc.?