Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz,<br><br>      Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC. and<br>NANA REGIONAL CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 4:06-CV-00015 RRB |

## PROPOSED ORDER
*Re: Motion to Strike Exhibits 4, 5, 6, 9, and 10*

Teck Cominco Alaska seeks an order striking Exhibits 4, 5, 6, 9, and 10 to Mr. Conitz's Motion for Order of Rule of Law of the Case, filed at Docket 64. The Court, finding Exhibits 4, 5, 6, 9, and 10 to not satisfy the authenticity requirements of the applicable Rules, GRANTS Teck Cominco's Motion. Exhibits 4, 5, 6, 9, and 10 at Docket 64 are hereby stricken from the record.

      DATED this ____ day of _____, 2008.

_____<br>
RALPH R. BEISTLINE<br>
U.S. DISTRICT COURT JUDGE