Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz,<br><br>      Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC. and<br>NANA REGIONAL CORPORATION,<br><br>      Defendants. | Case: 4:06-CV-00015 RRB |

### JOINDER IN NANA CROSS MOTION

In response to Mr. Conitz's Motion for Rule of Law of the Case, NANA has filed a cross motion at Docket 106 seeking partial summary judgment as to the first, second, and sixth causes of action alleged in the amended complaint. Teck Cominco joins in that cross motion.

DATED this 25th day of January, 2008.

By: _/s/ Sean Halloran_
    Sean Halloran

Certificate of Service

I hereby certify that on the 25th day of January, 2008 a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

*Becky Lewis*
Hartig Rhodes Hoge & Lekisch PC
:\Docs\62880\198\PLEADINGS\Mtn to Strike.doc