KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                          )
                                       )
                Plaintiff              )
                                       )
        vs.                            )
                                       )
TECK COMINCO ALASKA, INC.,             )
                                       )
                Defendant              )
_____)    Case No. 4:06-CV-00015 RRB

## MOTION TO CONTINUE DUE DATE IN RESPONSE TO DEFENDANT TECK'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Gregg Conitz, by and through undersigned counsel, The Law Office of Kenneth L Covell, and hereby moves the court for an order to continue plaintiff's due date to file his opposition to defendant's motion for summary judgment until May 9th, 2008.

Plaintiff's opposition to Defendant Teck's Motion for Summary Judgment would appear to be due today January 29th, 2008.

The motion is extensive and has approximately ten affidavits attached to it.  No and/or little discovery has been provided about many of the affiants.  Discovery and depositions are likely to be necessary.

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Due Date in Response to Defendant's
Motion for Summary Judgment                              Page 1 of 3

Plaintiff, Mr. Conitz is on a four and two schedule up north and his next reasonable availability to consult with counsel and attend depositions would be the week of February 25th. Additionally counsel has a murder trial set for that week in state court which makes trying to schedule anything during that time period problematic.

The next period available for Mr. Conitz to travel and attend depositions is in early April.

Counsel solicited the non opposition of defendants to a continuance for opposition to Teck's motion for summary judgment thru the 9th of May. This request was made by e-mail to opposing counsel only today. No response has been heard from by Mr. Halloran and Mr. Daniel's response stated he did not have authority to agree to the requested extension.

It is respectfully requested that the court order the relief; a continuance until the 9th of May to file his opposition to Defendants motion for summary judgment.

Respectfully submitted this 29th day of January, 2008 at Fairbanks, Alaska.

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Due Date in Response to Defendant's
Motion for Summary Judgment                    Page 2 of 3

                              LAW OFFICES OF KENNETH L. COVELL
                          Attorney for Plaintiff, Gregg Conitz


                                        s/Kenneth L. Covell
                                        712 8th Ave.
                                      Fairbanks, AK 99701
                                      Phone:  907.452.4377
                                        Fax:  907.451.7802
                                      E-mail:  kcovell@gci.net
                                      Attorney Bar #:  8611103



**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com


Dated: 01/29/08
By: _____/s/ Renee Kimble_____
        Renee Kimble for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Due Date in Response to Defendant's
Motion for Summary Judgment                          Page 3 of 3