Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 4:06-CV-00015 RRB |

### Proposed Order

The court grants Plaintiff's Motion to Continue Due Date in Response to Defendant Teck's Motion for Summary Judgment.

Plaintiff shall file his Opposition to the Defendants Motion for Summary Judgment by May 9th, 2008.

Dated this ____day of _____, 2008.

_____
Robert R. Beistline
United States District Court Judge

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Proposed Order for Motion to Continue Due Date in Response to Defendant's
Motion for Summary Judgment                                         Page 1 of 2

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel**

Dated: 01/29/08
By: /s/ Renee Kimble
    Renee Kimble for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Proposed Order for Motion to Continue Due Date in Response to Defendant's
Motion for Summary Judgment                                    Page 2 of 2