KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net


## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                    )
                                )
              Plaintiff         )
                                )
      vs.                       )
                                )
TECK COMINCO ALASKA, INC.,      )
                                )
              Defendant         )
_____ )    Case No. 4:06-CV-00015 RRB

## MOTION TO CONTINUE REPLY CONCERNING PLAINTIFF'S MOTION FOR ORDER OF RULE OF LAW ON THE CASE

COMES NOW, Gregg Conitz, by and through undersigned counsel, The Law Office of Kenneth L Covell, and hereby moves the court for an order to continue plaintiff's reply to a later date.

Defendant(s) filed there opposition to plaintiffs motion for order of rule of law on the case on Friday January 25th, 2008.  They raise numerous novel issues.

Counsel tried to contact defendant's counsel today by e-mail to solicit there non opposition.  Mr. Daniel on behalf of NANA has not opposed this motion.


*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Reply Concerning Plaintiff's Motion
For Order of Rule of Law on the Case                    Page 1 of 2

Because of these issues and other pressing business counsel requests an extension to file his reply.

Respectfully submitted this 29th day of January, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 01/29/08
By: _____/s/ Renee Kimble_____
     Renee Kimble for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Reply Concerning Plaintiff's Motion
For Order of Rule of Law on the Case          Page 2 of 2