Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 4:06-CV-00015 RRB |

**Proposed Order**

The court grants Plaintiff's Motion to Continue Concerning Plaintiff's Motion for Order of Rule of Law on the Case to a later date.

Plaintiff shall file his reply no later than the 22nd day of February, 2008.

Dated this ____day of _____, 2008.

_____
Robert R. Beistline
United States District Court Judge

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Proposed Order for Motion to Continue Reply Concerning Plaintiff's Motion for
Order of Rule of Law on the case                                    Page 1 of 2

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel**

Dated: 01/29/08
By: /s/ Renee Kimble
    Renee Kimble for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Proposed Order for Motion to Continue Reply Concerning Plaintiff's Motion for
Order of Rule of Law on the case                                   Page 2 of 2