Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz,<br><br>   Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC. and<br>NANA REGIONAL CORPORATION,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 4:06-CV-00015 RRB<br>) |

**CONDITIONAL NON-OPPOSITION TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
TO FILE REPLY RE: MOTION FOR RULE OF LAW**

At Docket 113, Mr. Conitz has asked for an extension "to a later date" to file any replies he may make to the oppositions to his motion for rule of law. Although his motion for an extension does not indicate how much additional time he seeks, his proposed order indicates that a deadline of February 22 should be established. [Docket 113-2.] Although Teck Cominco would oppose an open ended extension as is suggested

by his motion, it has no objection to Mr. Conitz being given until February 22, 2008 to file his replies.

DATED this 30th day of January, 2008.

By: /s/ Sean Halloran
Sean Halloran

Certificate of Service

I hereby certify that on the 30th day of January, 2008 a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Beth Lewis
Hartig Rhodes Hoge & Lekisch PC