## John Kells

**From:** gkconitz [gkconitz@ak.net]
**Sent:** Wednesday, August 30, 2006 10:16 AM
**To:** John Kells
**Subject:** Reply

Hello John,

Thanks for the message. It has been raining here in Anchorage a lot also, I've been home working on the inside of the house, so it hasn't bothered me too much. I didn't see too much of Usibelli the one time I was there and it was dry, but I could tell by some of the tires that it can get pretty ugly for mud.

I'll pass on what you said to Ken and keep you posted on where things go from here. I think that progress will be slow and that this will take a long time to get resolved. Ken has referred to this as a "hobby case" for him and I think he kind of fits it in to his schedule as time allows. If there is a deadline on something he puts in the time needed to meet the deadline. So it's proceeding in stops and starts and Ken has enough other things going on that I have to refresh his memory on this when he gets back to it. I'm not really in any rush about it personally and since Ken is willing to take this on at his expense for now I'm happy to just let it proceed at whatever pace works for him.

So once again, thanks for your time. I really appreciate your input on this and I will keep you posted as to what happens from here. I'm sure that at some point Ken will want some further input from you, so I will do my best to have him do it to fit your schedule as best as possible. Please don't hesitate to let me know if it's not a good time or if you would rather not do it. Hope you get through the mud season OK!

Thanks again,
Gregg

11/22/2007

**Defendant EXHIBIT** _1_ p _1_ of _1_

Date: 11.28.07    Exhibit: 11-H
Witness: KELLS
Liz D'Amour, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678