IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
GREGG CONITZ,                      )
                                   )
                                   )
            Plaintiff,             )
                                   )
vs.                                )
                                   )
TECK COMINCO ALASKA, INC., and     )
NANA REGIONAL CORPORATION,         )
                                   )
            Defendants.            )
_____)
```

Case No. 4:06-CV-00015 RRB

DEPOSITION OF JOHN R. KELLS
November 28, 2007

APPEARANCES:

    FOR THE PLAINTIFF:       MR. DONALD F. LOGAN
                                    Attorney at Law
                                    P.O. Box 73162
                                    Fairbanks, Alaska 99707
                                    (907) 590-4341

    CO-COUNSEL (Telephonic):  MR. KENNETH L. COVELL
                                    Attorney at Law
                                    Law Office of Kenneth Covell
                                    712 Eighth Avenue
                                    Fairbanks, Alaska 99701
                                    (907) 452-4377

    FOR THE DEFENDANT
    TECK COMINCO ALASKA INC.:  MR. SEAN HALLORAN
                                    Hartig, Rhodes, Hoge,
                                      &amp; Lekisch
                                    Attorneys at Law
                                    717 K Street
                                    Anchorage, Alaska 99501
                                    (907) 276-1592

Page 72

1           say Larry wasn't willing to take the vacant
2           four-and-two rotation.
3                   MR. LOGAN: What was the last, please? Just
4   the last thing that you said?
5   A       This is where I said that I looked through the notes
6           and I did discover the things that I'd forgotten. I
7           had forgotten to tell Ken, in parentheses, because I
8           had forgotten it. Larry wasn't willing to take the
9           vacant four-and-two rotation.
10                  MR. LOGAN: Thank you. Sometimes I just can't
11  hear. I'm sorry.
12  Q       And what is 11-H?
13  A       That's his reply, and it's just saying, you'll keep me
14          posted as to what's going on.
15  Q       Okay. 11-I?
16  A       Then this is like a year later almost and he sent -- he
17          sent me an e-mail saying it's been a long time, things
18          are starting to happen. There's been depositions
19          taken and maybe they'd be calling me to do this. I
20          wrote back saying, oh, I thought you had settled or
21          lost interest, and that I was okay with doing a
22          deposition.
23  Q       Okay. 11-J?
24  A       This is the e-mail from yourself, Sean Halloran, that
25          accompanied the affidavit.