KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant | ) |
| _____ | )    Case No. 4:06-CV-00015 RRB |

## MOTION TO CONTINUE REPLY CONCERNING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE DUE DATE IN RESPONSE TO DEFENDANT TECK COMINCO'S MOTION FOR SUMMARY JUDMENT AND DEFENDANT TECK COMINCO'S MOTION TO STRIKE CONITZ EXHIBITS AND REPLY TO PLAINTIFF'S MOTION FOR ORDER ON RULE OF LAW OF THE CASE.

COMES NOW, Gregg Conitz, by and through undersigned

counsel, The Law Office of Kenneth L. Covell, and hereby moves

the court for an order to continue plaintiff's above pleadings

to a later date.

Plaintiff's counsel is working on his reply to defendant

Teck's opposition to plaintiff's motion to continue due date in

response to defendant Teck's motion for summary judgment and his

reply to defendant Teck's motion to strike exhibits and hopes to

*Conitz v. Tack Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Reply Concerning Defendants Opposition and Motion to Strike
Conitz Exhibits and Reply to Motion for order of Rule of Law.
Page 1 of 3

have both replies completed by 22nd day of February 2008.

Plaintiff's reply to  defendant's opposition to plaintiff's motion to continue due date in response to defendant Teck's motion for summary judgment was nearly completed on Wednesday February 6, 2008; however my secretary fell ill that day and continued to be out of the office ill through February 14th, 2008.

Additionally, I calculated the due date of the opposition's motion to strike exhibits due on February 8, 2008, however due to the lack of staff and the press of business I was unable to complete it.

Counsel has been preparing for and currently is in federal trial this week, USA v. Chris Smith, and will continue to be until February 15th, 2008.

Currently, the plaintiff's reply to the defendant's opposition to plaintiff's motion for order for rule of law of the case is due February 22, 2008.  Counsel is hopeful of obtaining that goal; however counsel has a murder trial set for the following week.

Counsel therefore request to have until March 7th, 2008 to file all the above pleadings but hopes to have them completed sooner.

*Conitz v. Tack Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Reply Concerning Defendants Opposition and Motion to Strike
Conitz Exhibits and Reply to Motion for order of Rule of Law.

Respectfully submitted this 15th day of February, 2008 at
Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**
Dated: 02/15/2008
By: _____/s/ Renee Kimble_____
        Renee Kimble for Kenneth L. Covell

*Conitz v. Tack Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Reply Concerning Defendants Opposition and Motion to Strike
Conitz Exhibits and Reply to Motion for order of Rule of Law.