Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
(907) 452-4377 telephone
(907) 451-7802 fax
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC. | ) |
| | ) |
|     Defendant. | ) |
|  | ) Case No. 4:06-CV-00015 RRB |

**Proposed Order**

The court grants Plaintiff's Motion to Continue Reply Concerning Defendant's Opposition to Plaintiff's Motion to Continue Due Date in Response to Defendant Teck's Motion for Summary Judgment and Defendant Teck's Motion to Strike Conitz Exhibits and Plaintiff's Reply to Motion for Order on Rule of Law of the case to a later date.

Plaintiff shall file his responsive pleadings no later than the 7th day of March, 2008.

Dated this ____day of _____, 2008.

_____
Robert R. Beistline
United States District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel**

Dated: 02/15/2008
By: /s/ Renee Kimble
    Renee Kimble for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Proposed Order for Motion to Continue Reply concerning Defendant's Opposition and Motion to Strike Conitz Exhibits and Reply to Mo. For Order of Rule of Law