KENNETH L. COVELL
LAW OFFICES OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
(907)452-4377 tel.
(907)451-7802 fax
kcovell@gci.net

Attorneys for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., AND | ) |
| NANA REGIONAL CORPORATION, | ) |
| | ) |
| Defendant, | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION, | ) |
| | ) |
| Intervenor. | ) |
| | ) Case No. 4:06-CV-00015 RRB |

**PLAINTIFF CONITZ'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE CONITZ EXHIBITS**

Plaintiff, Gregg Conitz, by and through undersigned counsel, submits the following opposition to Defendant Teck Cominco's motion to strike Conitz exhibits.

Exhibits 4,5,6,9 and 10 of Conitz's Motion for Order of Rule of Law of the Case were obtained from the websites of NANA and/or Teck Cominco. See declaration of Emily Starr Ripple filed herewith. As statements of a party opponent they are not hearsay. See, FRE 801(d)(2).

*Conitz v. Teck Cominco Inc., and*
4:06-CV-00015 RRB
Plaintiff's Opposition to Defendant's Motion to Strike Conitz Exhibits

1

> A statement is not hearsay if-…."the statement is offered against a party and is (A) the parties own statement, in either an individual or representative capacity or (B) a statement of which the party has manifested an adoption or belief in its truth."

The documents have been authenticated by Ms. Ripple (declarant) to be that of the official website of NANA; furthermore they are not hearsay under rule 801. Even if they were hearsay they would appear to be arguably a business record under FRE 803(6), or "Market reports, Commercial Publications", under FRE 803(17).

Additionally FRE 901(a) provides,

> The requirement of authentication or identification as a condition precedent to admissibility is satisfied by evidence sufficient to support a finding that the matter in question is what it's proponent claims.…(b) By way of illustration only, and not by way of limitation, the following are examples of authentication or identification conforming with the requirements of this rule: (1) Testimony of witness with knowledge. Testimony that a matter is what it is claimed to be.

Defendant Teck's motion to strike Conitz exhibits should be denied.

Dated this 22nd day of February, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s)
and/or parties of record::

Thomas Daniel

Sean Halloran

Dated: February 22, 2008

By: _/s/ Renee Kimble_____
Renee Kimble for Kenneth L. Covell

*Conitz v. Teck Cominco Inc., and*       2
4:06-CV-00015 RRB
Plaintiff's Opposition to Defendant's Motion to Strike Conitz Exhibits