KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| TECK COMINCO ALASKA, INC., | ) ) ) |
| Defendant. | ) ) |
| vs. | ) ) |
| NANA REGIONAL CORPORATION, | ) ) ) |
| Intervenor. | ) ) ) |
| | ) Case No. 4:06-CV-00015 RRB |

**DECLARATION OF EMILY STARR RIPPLE**

1. I was employed by the Law Office of Kenneth L. Covell from May, 2006 thru August, 2007 as a Paralegal, Legal Secretary and Office Manager.

2. During my employment I performed research on Teck Cominco Alaska Incorporated ("TECK"), Red Dog Mine, the NANA Regional Corporation, and the NANA Development Corporation, using the Internet.

3.   The documents I located were later used as Exhibits to Points and Authorities Supporting a Motion for Order of Rule of Law of the Case, filed at docket no. 64, by Gregg Conitz, on October 2nd, 2007.

4.   In TECK's Motion to Strike Conitz Exhibits, filed at Docket No. 105, TECK states, "Documents which have not had a proper foundation laid to authenticate them cannot support a motion for summary judgment." The Exhibits TECK moved to strike where in fact Exhibits to Points and Authorities Supporting a Motion for Order of Rule of Law of the Case, which is in fact *not* a Motion for Summary Judgment.  In light of the foregoing, TECK's Motion is not fully founded.

5.   Additionally, TECK cites Fed. R. Civ. P. 56(e), as grounds for striking Conitz's Exhibits.  A brief review of Rule 56 shows it to pertain to Summary Judgment, which docket no. 64 is not.

6.   During the month of August, 2007 I did extensive internet research, including but not limited to a thorough review of the company and project websites for TECK, Red Dog Mine, NANA Regional Corporation, and NANA Development Corporation, in connection with the above referenced matter.

7.   Each website has been created and is maintained by its respective corporation.

8. Each website contained vast and varied information which I found to be relevant to the litigation of the instant action.

9. Each of the above referenced Exhibits were submitted to TECK and NANA on or about August 29th, 2007 as additional discovery material, more specifically bates number 224 through 282.

10. After several conversations and e-communications between Attorney Halloran and Attorney Covell, these materials were never objected to as discovery.

11. Exhibits 4, 5, 6, 9, and 10 were each, individually obtained, from the corporate websites of NANA Regional Corporation and NANA Development Corporation.

12. Each exhibit contained the website address from which it was obtained.

13. For clarification and ease of use, the specific web addresses are as follows:

Exh. 4:   http://nana.com/pdfs/NANA%20and%20Mining.pdf

Exh. 5:   http://www.nana.com/ndcenews/mariegreenespeech.html

Exh. 6:   http://nana.com/pdfs/HunterSpecialEdition2007.pdf

Exh. 9:   http://nana.com/pdfs/8678_NANA_Combo_Fact_Sheet.pdf

Exh. 10:  http://www.nana.com/pdfs/NANA%20Red%20Dog%20Brochure.pdf

14. Exhibits 4, 5, 6, 9, and 10 (obtained from the website in August of 2007) are the exact same as what is currently obtainable from NANA's website as of my last attempt on or about January 31, 2008.

15. Pursuant to Fed. R. Civ. P. 56(g), this Declaration is submitted in good faith and not for the purpose of creating delay.

## DECLARATION

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 21, 2008.

*/s/ Emily S. Ripple*
Emily S. Ripple

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel - TDaniel@perkinscoie.com

Dated:  02/21/2008

By: /s/ Renee Kimble
    Renee Kimble for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Declaration of Emily S. Ripple
Page 4 of 4