KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant ) | |
| _____) | Case No. 4:06-CV-00015 RRB |

## DECLARATION OF KENNETH COVELL IN SUPPORT OF REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE DUE DATE IN RESPONSE TO DEFENDANT TECK'S MOTION FOR SUMMARY JUDGMENT

1. I am counsel for Mr. Conitz in the above captioned matter.

2. I have read Plaintiffs motion for summary judgment and read the papers including the exhibits, depositions thereon, the related motion and opposition to motion for order for rule of law. I wish to resolve this matter in a speedy and orderly fashion. It appears to me that I will be able to file my reply to the opposition to the motion for order of rule of law on or before March 7th, 2008.

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Declaration of Kenneth L. Covell in support of Reply to Opposition to Plaintiff's
Motion to Continue Due Date in Response to Defendant Teck's Motion for Summary
Judgment                                                          Page 1 of 5

3.  When the court resolves that motion many of the issues
    that may warrant factual exploration in the opposition
    to motion for summary judgment may well be resolved.

4.   Many factured issues require further discovery:

    A. Firstly, Teck asks for summary judgment to Mr.
    Conitz's discrimination claims by claiming as
    matter of fact that Mr. Conitz has no argument of
    discrimination unless he can show that Mr. Baker
    and/or Mr. Hanna are not within the same protected
    class as himself.

    It seems to be well established in this case, that
    Mr. Baker and Mr. Hanna are NANA Shareholders and
    Alaska Natives.  However, if defendant wishes to
    attempt to raise this as an issue of material fact,
    plaintiff Conitz will develop the facts for the
    court in this regard.  Including conducting paper
    discovery and/or deposing Mr. Baker and Mr. Hanna.

    B. Secondly, Teck asks for summary judgment on
    Conitz claim that his privacy was invaded by Teck
    Cominco employees opening his mail.  These facts
    may be contested by affidavit and/or testimony from
    Mr. Conitz.  However, it may be a stronger defense
    to the motion for summary judgment to have facts

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Declaration of Kenneth L. Covell in support of Reply to Opposition to Plaintiff's
Motion to Continue Due Date in Response to Defendant Teck's Motion for Summary
Judgment                                                    Page 2 of 5

about the defendant's and their employees.  In this
regard Teck submits the affidavits of employees not
previously mentioned in the case.  Plaintiff likely
intends to take the depositions of these affiants,
and subject them to cross examination as to their
knowledge about the policies and procedures of
Teck, in regard to processing mail.  Such
depositions may be taken after further paper
discovery as well.

 C.  Additionally Teck asks for summary judgment on
the retaliation claim, that Mr. Conitz was denied
further opportunity to serve as acting supervisor
subsequent to filing his EEO claim.  Defendant
relies on the affidavit of Mr. Draper.  Mr. Draper
asserts that Mr. Conitz had a dismal safety record.
Plaintiff wishes to depose Mr. Draper and cross
exam him about Conitz safety record and safety
records in general.  Plaintiff expects such
deposition to yield disputable facts.

 D.  Defendant relies on paperwork from Pankowski
v. Cominico Alaska ASCHRC-91-093.  Plaintiff Conitz
wishes to conduct further discovery as to this
incident and Tecks purported reliance upon it.

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Declaration of Kenneth L. Covell in support of Reply to Opposition to Plaintiff's
Motion to Continue Due Date in Response to Defendant Teck's Motion for Summary
Judgment                                          Page 3 of 5

E. The affidavits of Draper, Zigarlick and Hanna

and Baker all assert that they have greater and

better experience than Conitz.  Contiz and Kells

have asserted that Conitz had better and greater

experience.  Conitz believes that such facts are

sufficient to demonstrate a disputed issue of

material fact. But once again wishes to develop the

evidence from the mouths of defendants and their

employees.

5.  Any factual assertions made in the Reply to

Opposition to Motion for Extension of Time to

Oppose Teck's Motion for Summary Judgment are true

to the best of my knowledge.


Respectfully submitted this 22nd day of February, 2008 at
Fairbanks, Alaska.


LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103


*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Declaration of Kenneth L. Covell in support of Reply to Opposition to Plaintiff's
Motion to Continue Due Date in Response to Defendant Teck's Motion for Summary
Judgment                                                          Page 4 of 5

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**
Dated: 02/22/2008
By: _____/s/ Renee Kimble_____
        Renee Kimble for Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Declaration of Kenneth L. Covell in support of Reply to Opposition to Plaintiff's
Motion to Continue Due Date in Response to Defendant Teck's Motion for Summary
Judgment                                              Page 5 of 5