Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz,<br><br>    Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC. and<br>NANA REGIONAL CORPORATION,<br><br>    Defendants. | Case: 4:06-CV-00015 RRB |

**TECK COMINCO'S REPLY TO OPOSITION
TO DOCKET 105 MOTION TO STRIKE**

Teck Cominco moved to strike a number of exhibits that Mr. Conitz attached to his motion for rule of law for his failure to authenticate both the documents and their contents. [Docket 105.] Instead of responding to Teck Cominco's arguments, Mr. Conitz attempts to cure his failure to authenticate the documents (although he makes no effort to authenticate their contents). [Docket 118.] For the reasons expressed herein, the exhibits must still be stricken.

Mr. Conitz now asserts that some of the documents "came from the websites of" Teck Cominco. Not only is this assertion patently false -- defendant Teck Cominco Alaska does not now and never has maintained a web site -- it is unsupported by and even contradicted by the affidavit that Mr. Conitz claims to rely upon. [See Docket 118-2 at ¶ 11.]

Mr. Conitz firther claims that the exhibits have been authenticated as official records of defendant NANA Regional Corporation such that they are not hearsay. [Docket 118.] Again, this assertion is false. In her declaration, Ms. Ripple only asserts that some of the documents forming Mr. Conitz's exhibits were from web sites maintained by NANA Regional Corporation while others were found on wegb sites of non-party NANA Development Corporation. [Docket 118-2 at ¶ 11.] She does not say which are which, and she makes clear that she has no personal knowledge as to whether the documents have the attributes of business records of either corporation or can qualify as exceptions to the hearsay rule. [Docket 118-2.] It remains undisputed that the law requires such exhibits to "be authenticated and attached to a declaration wherein the declarant is the '"person through whom the exhibits could be admitted into evidence.'" *Bias v. Moynihan*, ___ Fed ___, 2007 U.S. App. LEXIS 27526, 2007 WL 4198211 (9th Cir. 2007), citing *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1551 (9th Cir. 1990). That standard has not been met here.

Although Mr. Conitz next asserts that the exhibits are "arguably business records" he offers no testimony that establishes them as such. The fact that some or all of the documents might be found on web sites maintained by NANA Development Corporation does not make them business records of NANA Regional Corporation. Even if some of

them are on web sites of NANA Regional Corporation, there is nothing to establish that they are business records of that defendant either. Absolutely no testimony is offered to in any way suggest that the contents of the documents are true statements of fact.[1] Documents that have not had a proper foundation laid to authenticate them cannot support Mr. Conitz's motion. *Canada v. Blain's Helicopters, Inc.*, 831 F.2d 920, 925 (9th Cir. 1987); *Bias v. Moynihan*, ___ F.3d ___, 2007 U.S. App Lexis 27526(9th Cir. 2007). The law requires that his exhibits be stricken accordingly.

DATED this 25th day of February, 2008.

By: /s/ Sean Halloran

Certificate of Service

I hereby certify that on the 25th day of February, 2008
a true and correct copy of the foregoing was served
on Kenneth Covell & Thomas Daniel by electronic
means through the ECF system as indicated on the
Notice of Electronic Filing.

/s/ Becky Lewis
Hartig Rhodes Hoge & Lekisch PC

---

[1] It is plain that much of the information contained in the exhibits is false. For example, Exhibit 4 at p. 1 and Exhibit 9 at p. 2 each assert that NANA's partner in the development of Red Dog Mine is Teck Cominco Ltd. As this court is well aware from numerous prior filings in this case, it is Teck Cominco Alaska and Teck Cominco American that have roles in the Red Dog Project. Teck Cominco Ltd, however, has none. Moreover, even if the statements were accurate, where the documents reference Teck Cominco Ltd. and not Teck Cominco Alaska, they are irrelevant to litigation brought against Teck Cominco Alaska.