```
                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA


              CONITZ   v.   TECK COMINCO ALASKA
DATE:    March 4, 2008   CASE NO.   4:06-CV-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE PENDING MOTIONS
```

Plaintiff's Motion to Continue at **Docket 112** is **GRANTED.** Plaintiff has until **4:30 pm on May 9, 2008,** to file his response in opposition to the Motion for Summary Judgment at Docket 91.

Plaintiff's Motion to Continue at **Docket 113** is hereby **GRANTED.** Plaintiff has until **4:30 pm on March 14, 2008,** to file his reply to the Motion for Rule of Law at Docket 64.

Although its sub-parts have been addressed herein and elsewhere, **Docket 116** is hereby **GRANTED.**