UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


CONITZ   v.   TECK COMINCO ALASKA

DATE:   March 4, 2008    CASE NO.   4:06-CV-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE DOCKET 105 - MOTION TO STRIKE EXHIBITS**

---

      At Docket 105 is Defendant Teck Cominco Alaska, Inc., with a Motion to Strike Conitz Exhibits.  In particular, Defendant moves to strike Exhibits 4, 5, 6, 9, and 10 to Plaintiff's Motion for Order of Rule of Law of the Case at Docket 64 because, according to Defendant, a proper foundation has not been laid to authenticate the same.  The motion is opposed at Docket 118.

      Inasmuch as there appears to be a question as to the authenticity of the exhibits in question, Plaintiff shall have until **4:30 pm, March 14, 2008,** to: (1) further explain which exhibits came from where and when; and (2) establish whether the exhibits are "business records."  The Court will subsequently examine Plaintiff's response to determine whether the exhibits in question are admissible.

M.O. RE DOCKET 105