KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
| Intervenor. | ) |

Case No.  4:06-CV-00015 RRB

### ATTORNEY'S REQUEST FOR HEARING

COMES NOW, plaintiff Gregg Conitz, by and through undersigned counsel, the Law Office of Kenneth L Covell, and hereby requests the court to put on a hearing in the matter of Plaintiff's Motion for Order of Rule of Law.

Plaintiff's Motion for Order of Rule of Law is ripe for decision with the filing of his reply to opposition thereto. Plaintiff requests a hearing thereon or as soon as possible.

Counsel for Plaintiff is available March 18th thru March 28th. Counsel expects to be out of the jurisdiction for about a two and a half week period during the time frame of March 31st thru April 21st.

Mr. Conitz would like to attend and should be available on March 27th and 28th.

RESPECTFULLY SUBMITTED this 12th day of March, 2008.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff

/s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Tom Daniel**

Dated: 3/12/08
By: /s/ Kenneth L. Covell
        Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Attorney's Request for Hearing
Page 2 of 2