KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
| Intervenor. | ) |

Case No.  4:06-CV-00015 RRB

**MOTION FOR ORDER CONCERNING SPOLIATION**

Comes now, plaintiff hereby moves the court for a spoliation order in this matter.  The defendant(s) have lost, destroyed or never maintained required records in this matter and thereby crippled plaintiff in proving his case.  The appropriate remedy in this matter is for the court to strike any defenses the

defendant(s) might have which would rely on and/or otherwise would have been documented in the required records.

Respectfully submitted this 12TH day of March, 2008 at Fairbanks, Alaska.

                                          LAW OFFICES OF KENNETH L. COVELL
                                        Attorney for Plaintiff, Gregg Conitz

                                                       s/Kenneth L. Covell
                                                            712 8th Ave.
                                                        Fairbanks, AK 99701
                                                   Phone:  907.452.4377
                                                       Fax:  907.451.7802
                                           E-mail:  kcovell@gci.net
                                      Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**
Dated: 03/12/2008
By: /s/ Kenneth L. Covell
Kenneth L. Covell

*Conitz v. Tack Cominco,* Case No. 4:06-CV-00015 RRB
Motion for Order Concerning Spoliation
Page 2 of 2