## HARTIG RHODES HOGE & LEKISCH, P.C.

ROBERT L. HARTIG (1928-1980)
JAMES D. RHODES (RETIRED)
G. KENT EDWARDS (RETIRED)

CHRISTINA M. BOREGA
ROBERT C. BRINK
VICKI L. BUSSARD
ROBERT B. FLINT
SEAN HALLORAN
LAWRENCE L. HARTIG
ANDREW E. HOGE
CHRISTINE FOOTE HYATT
MICHAEL JUNGREIS

ATTORNEYS AT LAW

www.hartig.law.pro
717 K STREET
ANCHORAGE, ALASKA 99501-3397
TELEPHONE (907) 276-1592
FACSIMILE (907) 277-4352

PETER A. LEKISCH
ROBERT J. MAHONEY
DOUGLAS C. PERKINS
BETHANY PRIBILA
MARGARET J. RAWITZ
TINA M. SELLERS
TODD J. TIMMERMANS

March 24, 2006

F. Frances Palmer
Enforcement Supervisor
US EEOC
909 First Ave. #400
Seattle, WA 98104

RE: Conitz v. Teck Cominco Alaska Incorporated
Charge No. 551-2006-00446
Our File No. 62880-916

Dear Ms. Palmer:

Enclosed are some of the documents that are responsive to the requests contained in your letter of March 13, 2006. As I indicated in the phone message I left for you, Mr. Ted Zigarlick evaluated the job applicants. He is currently away from Red Dog Mine on his scheduled R&R. Teck Cominco's Human Resources office has so-far been unable to locate the file that Mr. Zigarlick prepared in conjunction with his review of the various applicant's qualifications, and further efforts to locate the file will be undertaken when Mr. Zigarlick returns to the mine. Accordingly, we are unable to forward to you at this time the notes that Mr. Zigarlick made while conducting his evaluation. We are able to provide you with much of the material that was furnished to Mr. Zigarlick to enable his review, as set forth below.

### Job Description:

Enclosed is the Job Profile that specifies the qualifications and competencies required and/or desired of applicants for Mine Operations Supervisor positions at Red Dog Mine. To assist you in reading the document, I have had it color coded. As you will see, traits that are deemed essential, desired, beneficial, or irrelevant to each position are identified. In this regard, the cover page of the enclosed packet specifies the level of competency required for the position. Competencies are ranked for each position as essential ("A"), important ("B"), supporting ("C") or irrelevant (no rank), and the requisite level of competency on a 1 to 5 scale is further identified. Thus, for example, a Mine Operations Supervisor must demonstrate competency in area 16.01 (operations skills) at Level 3. Similarly, the form identifies that competency in

Exhibit __1__ page __1__ of __1__

DEF 0001