Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3
 4      GREGG CONITZ,                    )
                                         )
 5              Plaintiff,               )
                                         )
 6      vs.                              )
                                         )
 7      TECK COMINCO ALASKA, INC.,       )
                                         )
 8              Defendant.               )
        _____)
 9      Case No. 4:06-CV-00015 RRB
10
11

12      _____
13                DEPOSITION OF JIM SOMERS
14      _____
15
16                    Pages 1 - 167
                  Tuesday, July 31, 2007
17                    10:00 A.M.
18
19
20            Taken by Counsel for Plaintiff
                           at
21            HARTIG RHODES HOGE & LEKISCH
                     717 K Street
22                Anchorage, Alaska
23
24
25
```

CONITZ v. TECK COMINCO

Page 62

1    contention here.  One is the supervisor job that --

2         A.    Yeah.

3         Q.    -- Mr. Hanna got?

4              MR. CONITZ:  Yeah.

5    BY MR. COVELL:

6         Q.    That Mr. Hanna got.  The other one is the

7    mine trainer job that Mr. Baker got.

8         A.    Okay.

9         Q.    And we understand that the supervisor file

10   has gone missing?

11        A.    Okay.  Well, that's the one I'm aware of.

12        Q.    Okay.  So now directing your thoughts

13   towards hopefully existent file concerning the mine

14   trainer position, I guess I take it that you haven't

15   looked for that.  Right?

16        A.    Well, I don't recall because I only

17   recalled one request to look for a file, but, you

18   know, I could be wrong.  I don't know.

19        Q.    Okay.  That's fine.  What's your

20   expectation -- and again, this might be an obvious

21   question.  What's your expectation about its

22   existence or nonexistence?

23        A.    Probably 50/50.

24        Q.    Okay.  All right.  All right.  Can you go

25   look for that file?