Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3
 4    GREGG CONITZ,                     )
                                        )
 5              Plaintiff,              )
                                        )
 6    vs.                              )
                                        )
 7    TECK COMINCO ALASKA, INC.,       )
                                        )
 8              Defendant.             )
      _____)
 9    Case No. 4:06-CV-00015 RRB
10
11
12    _____
13              DEPOSITION OF TED ZIGARLICK
14    _____
15
16                    Pages 1 - 271
                Wednesday, August 1, 2007
17                    8:30 A.M.
18
19
20          Taken by Counsel for Plaintiff
                         at
21          HARTIG RHODES HOGE & LEKISCH
                    717 K Street
22               Anchorage, Alaska
23
24
25
```

CONITZ v. TECK COMINCO

TED ZIGARLICK
8/1/2007

Page 185

1      A.    He made his assessment, I made mine, and
2    then we jointly sat together.
3      Q.    Okay.  And did you make any notes or other
4    commemorations of your assessment?
5      A.    Any notes?
6      Q.    Yeah.
7      A.    Other than mental ones, no.
8      Q.    Okay.  All right.  And as far as materials
9    you used to make your assessments, did -- let me ask
10   you this question.  Did you get sent a paper file
11   from HR in regard to making this job selection?
12     A.    Did I receive anything?
13     Q.    Yeah.
14     A.    Not to my recollection, no.
15     Q.    Okay.  Did Mr. Kells, if you know?
16     A.    I don't know that.
17     Q.    Okay.  Is this the job that the file's gone
18   missing on?
19     A.    Is this the job that the file went missing
20   on?
21     Q.    Right.  Right.  What I understand is there
22   is some kind of selection file, and it was my
23   understanding that that file -- there was a file that
24   you had that you sent back to HR that HR says they
25   never got.

CONITZ v. TECK COMINCO

TED ZIGARLICK
8/1/2007

Page 187

```
1          Q.   Well, I mean, what I envisioned is --
2     holding up a manila folder.  Something like this,
3     with 50 pages in it or so that had resumes and work
4     experience, evaluation sheets.
5          A.   Never seen such a file, sir.
6          Q.   All right.  Do you agree it would be
7     helpful to try to recreate the situation if we had
8     something like that?
9          A.   I will tell you that our selection of
10    interviewing people has improved much, not just for
11    Mr. Conitz or anybody else.  Over the last couple,
12    three years there is a more formal protocol of making
13    sure that there is resumes and question and answer is
14    done on a thing.
15              But prior to those days, my experience at
16    Red Dog, the people -- I know everybody in the mine
17    department, very well at that time.  My assessment
18    was through experience, observation and personal
19    knowledge of each individual, is how that came
20    about.
21         Q.   Okay.  And those answers as to files and
22    papers apply to both jobs, right?
23         A.   Yes.
24              MR. COVELL:  Go ahead and mark this
25    sequentially, please.
```