```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                    )
                                 )
              Plaintiff,         )
                                 )
vs.                              )
                                 )
TECK COMINCO ALASKA, INC., and   )
NANA REGIONAL CORPORATION,       )
                                 )
              Defendants.        )
                                 )

Case No. 4:06-CV-00015 RRB

                   DEPOSITION OF JOHN R. KELLS
                        November 28, 2007

APPEARANCES:
        FOR THE PLAINTIFF:         MR. DONALD F. LOGAN
                                   Attorney at Law
                                   P.O. Box 73162
                                   Fairbanks, Alaska 99707
                                   (907) 590-4341

        CO-COUNSEL (Telephonic):   MR. KENNETH L. COVELL
                                   Attorney at Law
                                   Law Office of Kenneth Covell
                                   712 Eighth Avenue
                                   Fairbanks, Alaska 99701
                                   (907) 452-4377

        FOR THE DEFENDANT
        TECK COMINCO ALASKA INC.:  MR. SEAN HALLORAN
                                   Hartig, Rhodes, Hoge,
                                      & Lekisch
                                   Attorneys at Law
                                   717 K Street
                                   Anchorage, Alaska 99501
                                   (907) 276-1592
```

Exhibit 4 page 1 of 36

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
 1  APPEARANCES (Continued):

 2       FOR THE DEFENDANT
         NANA REGIONAL CORPORATION        MR. THOMAS M. DANIEL
 3       (Telephonic):                    Perkins Coie, LLP
                                          Attorneys at Law
 4                                        1029 West Third Avenue
                                            Suite 300
 5                                        Anchorage, Alaska 99501
                                          (907)  279-8561
 6

 7

 8                          * * * *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                                         Exhibit  4  page 2 of 36
25
```

```
```

1  PURSUANT TO NOTICE, the Deposition of <u>JOHN R. KELLS</u>
2  was taken on behalf of Plaintiff, before Elizabeth D'Amour,
3  Notary Public in and for the State of Alaska, and Reporter for
4  Liz D'Amour & Associates, Inc., at the District Court, Healy,
5  Alaska, on the 28th day of November, 2007, commencing at the
6  hour of 1:00 o'clock p.m.

* * * *

### TABLE OF CONTENTS

Direct Examination by Mr. Logan . . . . . . . . . . . . 5
Cross Examination by Mr. Halloran . . . . . . . . . . . 52

**EXHIBITS:**

| | | |
|---|---|---|
| 1-10 | (pocket notebooks) | 4 |
| 11 | (file folder containing e-mails and declaration) | 4 |
| 11A-B | (Declaration) | 45 |
| 11C | (e-mail dated 10/31/07) | 45 |
| 11D | (e-mail dated 6/15/06) | 69 |
| 11E | (e-mail dated 6/22/06) | 69 |
| 11F | (letter to John Kells from Ken Covell dated 7/28/06) | 69 |
| 11G | (e-mail dated 8/25/06) | 69 |
| 11H | (e-mail dated 8/30/06) | 69 |
| 11I | (e-mail dated 8/3/07) | 69 |
| 11J | (e-mail dated 10/4/07) | 69 |
| 11K | (e-mail dated 11/15/07) | 69 |
| 11L | (e-mail dated 11/22/07) | 69 |

* * * *

Exhibit 4 page 3 of 36

P R O C E E D I N G S

(Deposition Exhibits 1 through 11 marked)

COURT REPORTER: Okay. We are on record.....

MR. LOGAN: All I get.....

COURT REPORTER: We're.....

MR. LOGAN: Go ahead.

COURT REPORTER: We're on record in Conitz v. Teck Cominco Alaska, Inc., and Nana Regional Corporation; case number 4:06-CV-00015 RRB. Today's date is November 28th, 2007. The time set for this deposition was 1:00 o'clock. The time currently is 1:36:56. This is being held in Healy in the District Courtroom.

Will counsel identify themselves for the record and then I'll swear the witness in.

MR. LOGAN: Donald Logan. I'm representing Mr. Conitz.

MR. COVELL: Ken Covell on the phone for Mr. Conitz.

MR. DANIEL: Tom Daniel on the telephone for Nana Regional Corporation.

MR. HALLORAN: Sean Halloran for Teck Cominco. And, for the record, we object to Mr. Logan taking this deposition and that Mr. Kells' only -- excuse me. Mr. Conitz's only attorney of record is Mr. Covell, who is present on the phone for the deposition and Mr. Logan has informed me that

Exhibit 4 page 4 of 36

1  he's not part of Mr. Conitz's [sic] firm.
2           We also object to the fact that we were given
3  notice that this was to be a video deposition, and there's no
4  video equipment present in the room, so it's not being taken as
5  a video deposition.
6           MR. COVELL: Okay. Mr. Logan works for me on a
7  contract basis and he's working under my auspices at this time.
8  The video deposition issue is that this was set for a regular
9  deposition. I had a scheduling conflict and decided I would
10 like to have it videotaped. We sent out notice of a video
11 deposition a day or two ago. Ms. D'Amour, the court reporter,
12 thought she had the appropriate equipment; however, had one set
13 of equipment committed to another deposition and then the set
14 that she was going to bring here was broken. We tried to
15 obtain a third camera and Mr. Logan and Ms. D'Amour know what
16 happened with that. They tried to get that going this morning
17 and that wasn't operational. So that's why there is no video.
18 The video initially wasn't anticipated and to the extent it's
19 not there, it's due to circumstances beyond our control.
20          COURT REPORTER: Okay. I'm going to swear the
21 witness in. Sir, would you raise your right hand.
22          (Oath administered)
23          MR. KELLS: I do.
24          COURT REPORTER: Thank you.
25                    JOHN R. KELLS

Exhibit 4 page 5 of 36

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

6

1  having first been duly sworn under Oath, testified as follows
2  on examination:
3              COURT REPORTER: Would you state your full name
4  for the record, spelling your first and last names, please.
5  A      John Richard Kells, J-o-h-n K-e-l-l-s.
6              COURT REPORTER: Could I have a mailing
7  address, please?
8  A      P.O. Box 61268, Fairbanks, 99706.
9              COURT REPORTER: And a daytime contact phone?
10 A      907-590-8041.
11             COURT REPORTER: You may proceed, counselor.
12             MR. LOGAN: Okay. Thank you. Before we get
13 going, Mr. Daniel, we have a concern that your questioning in
14 this particular deposition might be considered a waiver of our
15 objection that Nana is not really involved in this area of
16 questioning. I don't want to get in the way of your
17 questioning itself, but could we agree that your questions
18 would not constitute a waiver of that objection, should we
19 bring it at a later time?
20             MR. COVELL: You're directing that remark to
21 Mr. Daniel, Mr. Logan?
22             MR. LOGAN: That's right.
23             MR. COVELL: Mr. Daniel and I already discussed
24 that and I believe he's in agreement with that, but we can --
25 he can speak for himself at this point.

Exhibit __4__ page _6_ of _36_

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1       MR. DANIEL: Yeah. I'm not sure what the basis
2  of the objection is since we've been -- since Nana is now a
3  party to the litigation, but be that as it may, I understand I
4  will be permitted to ask questions if I have them.
5       MR. COVELL: Well, this is the situation,
6  Mr. Daniel: Nana is a party to the litigation -- or an
7  intervenor to the litigation. I don't know if that's different
8  than a party or not, frankly, but Nana is an intervenor and
9  Nana is essentially an intervenor for the limited purpose of
10 deciding whether or not a, quote, shareholder preference,
11 unquote, is legal.
12      And we had intended and may yet file a motion
13 to limit the amount of participation that Nana can have in the
14 case. So, for the record, we'll make an objection to your
15 participation beyond listening in to the deposition, but we're
16 certainly not going to obstruct you from answering questions.
17 And, if you're willing to agree that that's the procedure to
18 take place, we'll agree to that. If you're not willing to
19 agree to that, then we'll object to you asking questions. So
20 there you have it.
21      MR. DANIEL: Well, I'm just thinking. I'm not
22 sure I need to agree to anything. I mean, you -- your --
23 you've asserted your position that you're not waiving your
24 right to object in the future and I don't see anything wrong
25 with that.

Exhibit 4 page 7 of 36

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1              MR. COVELL:  Okay.  Well, I guess for the
2  record, we're objecting now, so the objection is stated for the
3  record.
4              MR. DANIEL:  Okay.
5              MR. COVELL:  In other words, we're not waiving
6  anything.
7              MR. DANIEL:  Okay.
8              MR. COVELL:  All right.
9              MR. DANIEL:  Understood.
10             MR. COVELL:  Thank you.
11             MR. LOGAN:  That works fine for me, counsel.
12                       DIRECT EXAMINATION
13  BY MR. LOGAN:
14  Q     Mr. Kells, can you give me a rough idea of your
15        educational background, please?
16  A     Completed college.  Got a degree in mining engineering.
17        I didn't complete high school, but I did get through
18        grade school.
19  Q     Okay.  And then once again briefly just to give us an
20        idea of who you are, when did you go into the mining
21        business?
22  A     I graduated in 1997, so I started the summer of 1997.
23  Q     And where did you start?
24  A     I started with a small exploration outfit out of
25        Eureka, Alaska, and then in February of '98, I believe,

Exhibit __4__ page __8__ of __36__

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
 1            I started at Red Dog.
 2   Q    February of '98 you went into Red Dog?
 3   A    Uh-huh.
 4   Q    Do you recall what month and year the decision whether
 5        to promote Mr. Conitz took place?
 6   A    I think it was in November 2004, but the chronology is
 7        pretty blurry through the whole thing.  I -- I think I
 8        have a clear picture of the sequence of events and I
 9        have clear memories of certain conversations and things
10        that happened then, but the exact chronology, I don't.
11   Q    That's fine.
12   A    There is some hints of that in the notebooks that I
13        turned in here.
14   Q    Okay.  I'll tell you what, why don't you give us that
15        information that you've retained and I'll just simply
16        get out of the way and let you tell your story.
17   A    Okay.  In the summer of 2004, Leo Thomas, who was one
18        of our shifters, drowned in a boating accident on his
19        R&R, which left us with a vacancy in the shifter
20        position.  We had three shifters to cover two shifts
21        because there -- it's a two-and-one rotation.  At the
22        time, we had two shifters on a four-and-two rotation;
23        one on a two-and-one.  That gave complete coverage
24        other than vacations.
25            With the vacancy, I was the mine general
```

Exhibit __4__ page __9__ of __36__

foreman, who the shifters reported directly to, and I reported to the superintendent. I went over with the superintendent what some of our options were for getting a replacement and I came up with the idea of rotating our relief shifters through the position to see if they were -- first off, to see if they were interested in doing it and also to see if we were interested in having them do it. The relief shifter is a bit of a substitute teacher. He doesn't -- he doesn't really have to accept much of the responsibility of the job, the discipline, the evaluations. So I wanted them to get a taste of what that was going to be like and also how well they were going to perform at it.

The superintendent, Ted Zigarlick, was in agreement with that and we started off with just the two relief shifters. We actually had three relief shifters. One of them, Jerry Gibson, was now getting older, was not in good health; his wife wasn't in good health, so we didn't think he was going to be around long. He was going to retire. So we had Gregg Conitz and Martin Perione were the two relief shifters, and those predated my time there. They were the relief shifters when I came into the operation.

Those are the only two candidates at the time.

Exhibit 4 page 10 of 36

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

|   |   |   |
|---|---|---|
| 1 |   | I did talk to the crews and said if anybody else is |
| 2 |   | interested we could maybe work something out and get |
| 3 |   | somebody else in there.  It was a four-and-two rotation |
| 4 |   | that we were looking to replace because that was what |
| 5 |   | fit the schedules the best. |
| 6 |   | After having made the announcement to everyone, |
| 7 |   | then Larry Hanna came to me and said he was interested |
| 8 |   | in getting into the contest, or however you want to |
| 9 |   | describe it, which I was a little hesitant.  Larry had |
| 10 |   | not worked in the mine department.  He worked with the |
| 11 |   | surface department, which is everything outside of the |
| 12 |   | mines, mostly small loaders, graders, forklifts.  The |
| 13 |   | mine is big loaders, big trucks, and medium-sized |
| 14 |   | dozers.  Red Dog is a small mine, so the equipment |
| 15 |   | isn't real big. |
| 16 |   | But in the interest of having a decent |
| 17 |   | competition -- I mean, a race between two guys isn't |
| 18 |   | much of a race, so -- so I told him that was fine with |
| 19 |   | me.  Get in there and we'd see how he'd do.  At the |
| 20 |   | start, then, he threw a bit of a monkey wrench into it |
| 21 |   | and said he didn't want the four-and-two rotation.  So |
| 22 |   | when he..... |
| 23 | Q | I'm sorry, who is he? |
| 24 | A | Larry Hanna. |
| 25 | Q | Okay.  Thank you. |

4 - 11 - 36

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

A  So he -- he was on a two-and-one rotation and he wanted to keep his rotation. I reluctantly agreed to that, even though it made the scheduling really tough and it also drew out this trial period because we couldn't plug a guy in for four weeks and then the next guy in for the next four weeks. It was kind of broken up. And, at any rate, that's how we went with it. The difficult -- while we were doing this test, there was never a shortage of shifters, but what was going to happen with the two-and-one -- two two-and-ones mixed with the four-and-one would be every six weeks you would have one week where you'd have just one shifter on site, so you'd need a relief shifter for the opposite shift, and then you would also have one week where there would be three shifters on site, so you'd have an extra guy there.

We justified that, even though it wasn't the ideal situation. At any rate, this took a long time. [redacted] the three shifters through the process of them [redacted] a hint on what was [redacted] discipline and evaluations. [redacted] a lot of paperwork involved with [redacted]g. It's not just out in the field, moving trucks around and turning in time cards. At any rate, it [redacted] November [redacted] they had all [redacted] about

Exhibit 4 page 12 of 36

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678