1   equal time in the position and I had had a good chance

2   to observe all of them out in the field and on both

3   shifts with all of the different crews, and felt that I

4   was ready to make a decision on it. I talked with Ted

5   about it. And let me kind of go backwards on this.

6       At no time was I ever under the impression that

7   it was not my decision. It was not billed as a

8   committee decision. Ted Zigarlick pretty much didn't

9   interfere with the day-to-day operations in the mine

10  because that was the part that I ran. So this wasn't

11  an unusual arrangement that he would leave a decision

12  like that up to me.

13      I think it was in November, Ted was going out

14  in the middle of his rotation, so he was going out a

15  couple days early and then I would be going out, and

16  there was a span of time where I wasn't going to see

17  him again. So before he left, I wanted to talk to him,

18  tell him what my decision was, and get his input on it.

19  We met in my office. I told him that I had picked

20  Gregg Conitz as the shifter and he said that was okay;

21  he would go tell Rob.

22  Q   Rob?

23  A   Rob Scott, the general manager.

24  Q   Thank you.

25  A   Now, up to that point, I hadn't told anyone who my

Exhibit __4__ page __13__ of __36__

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

15

1  talked to Rob about the decision I had made and then
2  I'm not real clear what happened after that.  I mean, I
3  know what happened, but I don't know what the span of
4  time was, if there was an R&R in between, if there was
5  two weeks between, if there was some -- I do know that
6  no announcement was made on the shifter position.  And,
7  again, I don't have an accounting for that.  I do know
8  that those two events happened.  I talked to Larry and
9  I talked to Scott.
10     At some point, me, Ted, and Rob Scott were on
11  site at the same time.  We had a meeting about the
12  shifter position and they told me that we were to
13  select Larry Hanna.  And I do not recall we -- ever
14  discussing qualifications at that time.  The discussion
15  centered on the shareholder preference.  And I don't
16  recall all the details of the conversation, but I
17  clearly remember saying I don't think this is legal in
18  the United States.  That -- I knew that was something
19  they didn't want to hear, so that makes it memorable.
20  They were upset by that.
21     Ted Zigarlick told me, yes, this is legal, this
22  has been tested in the courts.  But I just had to take
23  that at face value.  They showed me a copy of the -- I
24  don't think it was a copy; I think it was the actual
25  original agreement between Nana and Cominco.  They

Exhibit __4__ page **14** of **36**

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1    opened it up to the page and paragraph about the

2    shareholder preference. It said something to the

3    effect that if two parties were applying for the same

4    job, that if they were equally qualified, the

5    shareholder was given preference. And even if the

6    shareholder was less qualified but could be trained in

7    a reasonable time, then he would also be given the

8    preference. I read that.

9         That was all that was discussed at that meeting

10    that I can recall. And somewhere in there, Larry -- we

11    put up the announcement, and that's actually in my

12    notebooks there of the day that the announcement was

13    put up where Larry got the job. And I just carried on,

14    life as usual. Larry was the shifter and that was --

15    that was never something I was trying to avoid. I just

16    happened to think that Gregg Conitz was the better

17    choice, but Larry was an easy guy to work with and I

18    didn't really have a problem with him being the

19    shifter. Had it been between him and Martin, I would

20    have picked Larry, but I just thought Gregg had more

21    mining -- mining experience and a better -- better

22    perspective on mining, vis-a-vis safety.

23         So some time after that, Gregg Conitz came to

24    see me and asked me -- or first off, said he had heard

25    that he had been my first choice for the job, and I

Exhibit __4__ page __15__ of __36__

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1   said, yeah, you had. And he asked me why he had not

2   been -- why he hadn't gotten the job. And I said

3   because of the shareholder preference, which, at the

4   time, was the only explanation I had. He subsequently

5   filed an internal grievance, I think was how this thing

6   started. I had a meeting then with Rob and Ted and it

7   was hashed around some, but I know the outcome of it

8   was, they said the bottom line is, Larry was hired

9   because of his -- he was better qualified and that's

10   the end of that. I think I did a response to Gregg's

11   grievance and that was pretty much where I left it.

12   Larry was the shifter.

13        I was going through a divorce at the time and

14   had been given temporary custody of my kids for five

15   months. They were coming back to Alaska the beginning

16   of January. I left the property and never came back.

17   That's pretty much the story.

18 Q   Anything else you can think of?

19 A   No. I suppose I could go over why I thought the

20   candidates were better qualified, but I don't know that

21   that enters into this and that's.....

22 Q   And actually I think it does. Would you mind going

23   over each of the candidates and figuring -- and

24   explaining why you thought -- how they compared?

25 A   Again, Larry didn't have any experience in the mine.

18

Red Dog doesn't move much material, but it's a real complex ore body. There -- there are a lot of kind of odd things about that. The mine department is the low dog on the totem pole there; the mill is the big one. Geology being the agents of the mill, the mine department, though it seems counterintuitive, does run the mine department. That was something Larry didn't have a full appreciation for; but I felt he could figure it out over time.

I didn't like the schedule; I already said that. The -- it wasn't a good situation and probably the bigger one, though, was I felt Larry was overconfident. This is something that I continue to deal with in my present job with operators coming in that are overconfident. Mining is inherently a dangerous business, and that's an engineer's opinion on that. There are specific things -- there are things specific to mining that you don't find in construction and it does make it a dangerous business. I don't like people being overconfident because there is plenty of dangers out there and bravado just isn't a good trait in a mining operation.

Gregg was a more cautious individual; had had the experience in the mine. Another issue that did add to it, but I don't think any of these were a deciding

Exhibit __4__ page 17 of 36

factor as -- individually, but when you combined all of them -- but there was a rivalry or a some sort of bad blood between Larry and the operators from Noorvik and his crew or the crew that he was going to be taking over was -- had several guys from Noorvik. I did have the Noorvik guys come complain to me. I did hear the other side of it from Larry, just disparaging remarks about the Noorvik people. I don't know what that was all about, but I do know that there was something real about that.

On the positive side, Larry was definitely the best computer guy, and that was a big part of my job, was to shepherd the shifters through the computer world and try to bullet-proof their computers. Larry was excellent at that, good at doing all his paperwork. I felt he could learn the ins and outs of the geology. As far as the -- not being familiar with the equipment, I'm -- I don't think that's really necessary for the shifter to be able to run all the equipment in the mine. I work in a mine now and I don't run any of the equipment.

I just felt Larry -- Gregg had the better attitude toward safety and more mine experience. And he was going to need a lot of help on the computer, but I was already doing that with the other shifters.

Exhibit __4__ page _18_ of _36_

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1　A　　Uh-huh.

2　Q　　Do you remember what he had to say about Conitz as your

3　　　choice?

4　A　　I think he was okay with it. He actually, to some

5　　　extent, felt threatened by Larry and the reason for

6　　　that was one of Larry's suggestions to resolve the

7　　　conflict between the schedules was to put all the

8　　　shifters on the two-and-one. Lozano lived in Tuscan

9　　　and that wasn't acceptable to him. He was now the lone

10　　four-and-two. I think he had some fear that Larry

11　　would muscle the schedules around and after Larry

12　　became the shifter, he had circulated a rumor that he

13　　was going to take Lozano's crew over and Lozano could

14　　have the crew he had been assigned.

15　　　　　And Lozano came to me; he was pretty upset

16　　about that. And when I talked to Larry, he said, oh,

17　　he was just joking about it and that wasn't the case.

18　　But I think to some extent Lozano was relieved that

19　　Conitz was the choice. Gregg was an easy guy to work

20　　with and, you know, Steve might have thought that there

21　　would be some problems in the future with Larry. But I

22　　don't, you know, recall him being ecstatic or anything.

23　　We just talked about it and I think I -- he just said

24　　that was a good choice; Gregg would work out good in

25　　the job. But I wouldn't put much emphasis on that.

Exhibit __4__ page 19 of 36

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1  Q   You said that Gregg had more experience, better
2      perspective, and better safety record. Am I correct?
3  A   I thought he had a better -- he had more experience in
4      the mine, which wasn't hard because Larry hadn't worked
5      in the mine.
6  Q   Right.
7  A   And a better attitude towards safety. We -- when you
8      come out of construction and you go into mining, your
9      first impression is that the mining people are kind of
10     timid. And we are, and we should be. Because there --
11     it's the inverse of construction. You're
12     deconstructing things and you don't know very much
13     about them. You don't know much about the structure.
14     You don't know much about the properties. Things
15     happen quickly and unpredictably. Everybody has walls
16     collapse in their minds. Even no matter how many
17     engineers they've got there and how many holes they've
18     punched.
19          We had some serious potential for slope
20     failures there at Red Dog even though they had done
21     extensive drilling, and had a real good slope stability
22     report on it. There's just lots of dangers you can
23     come into and you want people to be timid. You know,
24     you're still going to get the work done, but you're
25     going to do it carefully.

Exhibit _4_ page _20_ of _36_

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

30

MR. HALLORAN:  For those of you on the phone,

2    there are a number of exhibits that have been marked.

3  A       Okay.  I've got November 16th has "Larry accepts the

4          shifter job."

5  Q       Can I look, please?  What does, "Got regional to OTZ"

6          mean?

7  A       What's that?

8  Q       Got regional to OTZ.

9  A       Oh, got -- the regional operators got out to Kotzebue.

10 Q       Oh, okay.

11 A       That was a real crapshoot on rotation day.  If the

12         weather was bad, sometimes you'd get one crew in; the

13         other crew wouldn't get out or vice versa.  You'd get a

14         crew out and nobody in, so you'd have four guys working

15         the mine till the weather cleared up.

16         MR. LOGAN:  Gentlemen, just for a second, I'm

17 just looking at the pages nearby.  Okay.  Let me mention that

18 this is exhibit number 6 and the top says November 18th, 2004.

19 Q       Thank you very much, Mr. Kells.  Let's see what else

20         I've got here.  Do you remember how Gregg's incident

21         rate was at the time you were making your choice as to

22         who was going to take over as shifter?

23 A       I don't remember anything about that and, again, just

24         because of the -- what I had already talked about was

25         that your more experienced operators had your

Exhibit 4 page 21 of 36

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1    highest -- higher incident rates because you put them

2    in riskier positions. I wouldn't have weighted it at

3    all, to be honest with you, unless it was an incident

4    of blatant disregard for safety.

5  Q    Do you know of any blatant disregards for safety during

6    the period that you were there that Gregg may have

7    engaged in?

8  A    No.

9  Q    Okay. Who is Chuck Barger?

10  A    Chuck Barger is a young guy. He started there probably

11    at least a year before this happened. He had been to

12    operator training school down in Oregon, I think. Had

13    really good operator skills. He's a real smart guy;

14    had a lot of promise as being an excellent operator.

15    Kind of a side note on that: he did have an occasion

16    where he drove a D9 into the tailings pond and it was

17    because he was given that assignment because Martin

18    Perione was in the MSHA class that day. Martin, being

19    the more experienced operator, would have been put in

20    the riskier position. Chuck was put in this one.

21        I did the incident investigation on that. My

22    conclusion was Chuck lacked the experience to be in

23    that situation. My advice to him was, this is how you

24    get experience and that the fault was not his; it was

25    partly circumstantial because we didn't have a more

Exhibit __4__ page **22** of **36**

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1  Q    Okay.  So was this a committee between yourself,
2       Mr. Zigarlick, and Mr. Sommers from the -- or Mr. Scott
3       from the beginning or did it become a committee?
4       How -- I'm confused as to how -- I'm hearing you say,
5       gee, it was my decision and then all of a sudden I'm
6       hearing that we're having big meetings, and I'm a
7       little confused about what happened.
8  A    That's -- yeah, I'm confused about it myself because I
9       was never given the impression that it was anybody's
10      decision but my own.
11 Q    Okay.
12 A    And that was consistent with how things were done in
13      the mine department.  I made lots of decisions.
14 Q    And what happened to make it change?  I mean.....
15 A    Again, I'm not real clear.  I do know that sequence.  I
16      talked to Ted, I talked to Steve Lozano, and then I
17      talked to Rob, Ward, Larry.  I talked to both of them,
18      but I don't know which I talked to first.
19 Q    Rod who?
20 A    Rob Scott.
21 Q    Oh, Rob Scott.  Okay.
22 A    And somewhere after having talked to Rob and Larry, the
23      whole thing changed into that committee decision.
24 Q    And the committee decision was?
25 A    Was that Larry was going to be the shifter.  And,

Exhibit __4__ page __23__ of __36__

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1   again, the first meeting that I had, the conversation
2   was focused on the shareholder preference. And my
3   distinct memory of that was saying I didn't think it
4   was legal and then looking at Nana agreement.
5   Q   Oh, there's the question I wanted to slide in here
6   somewhere. There's -- there was a conversation some
7   time in the past that I was not party to where I
8   believe Mr. Conitz was on the telephone. Were you on
9   the telephone with Mr. Covell or were you in
10  Mr. Covell's office at that time?
11  A   I was probably in Mr. Covell's office. I went to see
12  him not last summer, but the summer before.
13  Q   Okay.
14  A   And I think there's a -- his e-mail to me or his letter
15  to me in there that's got the date in there.
16  Q   Okay. And did you say anything to Mr. Covell at that
17  time that is any different than anything you've said
18  today?
19  A   No, it's the only story I've got.
20  Q   That's the only one we want. Okay. Now, you indicated
21  that you'd read the policy manual concerning
22  shareholder hire. Could you tell us what your
23  understanding is, how it impacts advancement?
24  A   Well, I think if you're a nonshareholder, then -- and a
25  shareholder applies for the same position, that he

Exhibit 4 page 24 of 36

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678