KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
| Intervenor | ) |

Case No.  4:06-CV-00015 RRB

**PROPOSED ORDER**

It is hereby ordered that defendant(s) may raise no affirmative defenses in this case based upon their spoliation of the employment records.  It therefore may not raise any affirmative defense concerning qualifications other than Conitz.

Dated this ____day of _____, 2008.

```
                              _____
                                         Robert R. Beistline
                               United States District Court Judge
```

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel**

Dated: 03/12/2008
<u>By: /s/ Kenneth L. Covell</u>
Kenneth L. Covell