```
KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

```
GREGG CONITZ,                    )
                                 )
          Plaintiff,             )
                                 )
     vs.                         )
                                 )
                                 )
TECK COMINCO ALASKA, INC.,       )
                                 )
          Defendant,             )
                                 )
     vs.                         )
                                 )
NANA REGIONAL CORPORATION        )
                                 )
          Intervenor.            )
```
Case No.  4:06-CV-00015 RRB

### SUPPLEMENTAL PLEADING CONCERNING AUTHENTICITY OF EXHIBITS 4,5,6,9 AND 10

Exhibits 4, 5, 6, 9 and 10 were found and verified by counsel's employee (Emily Starr Ripple) on the internet at the following described locations:

Ex. 4:http://nana.com/pdfs/NANA%20and%20Mining.pdf

Ex. 5:http://www.nana.com/ndcenews/mariegreenespeech.html

Ex. 6:http://nana.com/pdfs/HunterSpecialEdition2007.pdf

Ex. 9:http://nana.com/pdfs/8678_NANA_Combo_Fact_Sheet.pdf

Ex. 10:http://www.nana.com/pdfs/NANA%20Red%20Dog%20Brochure.pdf

Ms. Ripple's Declaration of February 21, 2008 indicates that she first came upon these exhibits in May thru August of 2007. (See Declaration of Emily Starr Ripple paragraph 1). Ms. Ripple further indicates that she reviewed these websites on or about January 31, 2008 and that the exhibits were still found at those websites as of January 31, 2008. (See Declaration of Emily Starr Ripple paragraph 14). The court desired further explanation of which exhibits came from where and when. That is partly described above.

Additionally on March 7th, 2008 I had Patrick Keber look up the websites to see if he could ascertain from the web sites who sponsored each of them. Mr. Keber was able to ascertain that three of the five sites were published by NANA Regional Corporation. As to the other two sites he could not discern whether they were NANA Regional Corporation or NANA Development Corporation, however they appear to be an official publication of a NANA entity. (See Declaration of Patrick Keber).

In addition to having Ms. Ripple and Mr. Keber re-examine the websites in attempt to ascertain the publishers of these websites I have examined the names of the websites, and they all seem to contain the name NANA and all would seem to be sponsored by NANA. I have further provided copies of this information to the

defendant(s) on or about August 29th, 2007 in Discovery (Pages 224-282).  I have had no objection from the defendant(s) concerning these documents.  These documents appear to me to be authentic publications of NANA Regional Corporation and/or a NANA subsidiary and are admissions by NANA and/or its agents of its policies, procedures, and facts that NANA asserts to be true.

Of particular note is Exhibit 10; which would appear to be if printed on paper, a ten or twenty page glossy public relations type document.  It is noted that the upper left hand margin of this document says Teck Cominco Alaska Incorporated and the lower right says NANA Regional Corporation, Inc.  Furthermore the last page of this document appears to have the name and address of Teck Cominco Alaska, 301 Lakeshore Drive, Anchorage, AK  99517 and a website of www.teckcominco.com and what appears to be a company seal.  It also has NANA Regional Corporation Inc. Box 49, Kotzebue, AK  99752 and a website of www.nana.com.

This appears to be a joint publication of NANA Regional Corporation and Teck Cominco.

I expect it would be likely that Ms. Ripple, myself and Mr. Keber or just about any other witness would say they found these documents at these locations and they appear to be what they propose to be.  I do not believe this would present any technical evidentiary violation; see FRE 901(a).

Additionally, the materials are to a degree corroborated by information obtained in the case, for instance attached to the Motion for Order of Rule of Law is testimony by Ted Zigarlick (Exhibit 8) and Jim Somers both supervisory employees of Teck that the mine has a goal of 100% Inupiat Eskimo/shareholder hire. That assertion is repeated numerous times in the website publications. These documents appear to be both admissions by a party opponent and appear to be authentic. Despite Mr. Halloran's objections to these documents, he has not once offered the proposition that these are not from the official websites of defendant(s).

I have further contacted Mr. Tom Daniel by letter (See Exhibit A, attached) and suggested that his 26(a) disclosures may have been inadequate, especially since it did not include any of these exhibits and if he would admit that these documents were official publications of NANA Regional Corporation and/or NANA Development Corporation. I was informed Friday March 7th, 2008 that Mr. Daniel would be out of town until March 17th. He has not yet had an opportunity to read my letter or respond.

Further I have sent request for admissions to both NANA and Teck with copies of these documents attached in attempts for them to admit that they are authentic documents of the defendant(s) (See Exhibit B, attached). Additionally I have contacted Mr. Daniel (See Exhibit C, attached) about the possibility of deposing Ms.

Marie Green (C.E.O. of NANA Regional Corporation); so these exhibits can be presented to Ms. Green for authentication.

If Ms. Green is unable to do so I can set depositions of record custodians and have them authenticate the documents as well.  I have no doubt that these documents can be admitted at trial. It is my belief that currently they would be admitted at trial thru testimony by declaration or affidavit should there be any question about them.

RESPECTFULLY SUBMITTED this 12th day of March, 2008.

LAW OFFICES OF KENNETH L. COVELL
Attorney for the Plaintiff

/s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Electronically sent via ECF to the following attorney(s):

**Sean Halloran**
**Tom Daniel**

Dated: 3/12/08
By:/s/ Kenneth L. Covell
    Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015RRB
Supplemental Pleading Concerning Authenticity of Exhibits 4, 5, 6, 9, and 10
Page 5 of 5