LAW OFFICES OF
KENNETH L. COVELL
712 8TH AVENUE
FAIRBANKS, ALASKA 99701

PHONE (907) 452-4377
FAX (907) 451-7802

KENNETH L. COVELL

March 05, 2008

Mr. Tom Daniel
Perkins Coie LLP
1029 W. 3rd Avenue Suite 300
Anchorage, AK 99501
Fax: 1-907-276-3108

RE: Disclosure

Dear Tom:

I am in receipt of your rather thin disclosure; the copy is attached with exhibits.

This does not seem to be adequate disclosure to me.

See FRCP 26(a).

It seems apparent to me that NANA has significant materials in this regard. For instance the Marie Green letter appears to be relevant to the issues of Mr. Coniz's case. Additionally, for example the exhibits listed in the motion to strike where found in official publications of NANA. Yet there has been no disclosure.

Is it necessary for me to file a motion to compel in this regard?

I would prefer that you admit now the authenticity of these exhibits.

Sincerely,

THE LAW OFFICE OF KENNETH L. COVELL

Kenneth L. Covell
KLC/rk

Exhibit __A__ page _2_ of _44_

Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>    Plaintiff,<br><br>v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>    Defendant,<br><br>and<br><br>NANA REGIONAL CORPORATION,<br><br>    Defendant/Intervenor. | Case No. 4:06-cv-00015-RRB |

### NANA'S INITIAL DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)

Pursuant to Federal Rule of Civil Procedure 26(a), defendant/intervenor NANA Regional Corporation hereby provides the following information to the other parties:

NANA'S INITIAL DISCLOSURE STATEMENT
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 1 of 3

18531-0014/LEGAL13844493.1

A page 3 of 44

A. **Persons with Discoverable Information**

1. Marie Greene, President and CEO
   NANA Regional Corporation
   c/o Perkins Coie LLP
   1029 West Third Ave., Suite 300
   Anchorage, Alaska 99501
   **Attorney-client privileged**

   Subjects: Testimony regarding the history and implementation of the shareholder hiring preference at the Red Dog Mine.

2. Selina Moose, Vice-President of Human Resources
   NANA Regional Corporation
   c/o Perkins Coie LLP
   1029 West Third Ave., Suite 300
   Anchorage, Alaska 99501
   **Attorney-client privileged**

   Subjects: Testimony regarding the history and implementation of the shareholder hiring preference at the Red Dog Mine.

3. John Rense, former CEO
   NANA Development Corporation
   c/o Perkins Coie LLP
   1029 West Third Ave., Suite 300
   Anchorage, Alaska 99501
   **Attorney-client privileged**

   Subjects: Testimony regarding the history and implementation of the shareholder hiring preference at the Red Dog Mine.

4. Don Sheldon, former Chairman of the Board
   NANA Regional Corporation
   c/o Perkins Coie LLP
   1029 West Third Ave., Suite 300
   Anchorage, Alaska 99501
   **Attorney-client privileged**

NANA'S INITIAL DISCLOSURE STATEMENT
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 2 of 3
18531-0014/LEGAL13844493.1

Exhibit __A__ page __4__ of __44__

Subjects: Testimony regarding the history and implementation of the shareholder hiring preference at the Red Dog Mine.

5. All witnesses listed by Plaintiff.

6. All witnesses listed by Teck Cominco.

B. **Documents**:

Copies of the following documents have been previously produced:

Relevant portions of the 1982 Operating Agreement between NANA Regional Corporation and Cominco American Incorporated, previously produced by Teck Cominco.

C. **Damages**:

Not applicable

D. **Insurance Agreements**:

Not applicable

DATED: January 16, 2008.

PERKINS COIE LLP
Attorneys for Defendant/Intervenor
NANA Regional Corporation

s/ Thomas M. Daniel
TDaniel@perkinscoie.com
Alaska Bar No. 8301006
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

The undersigned hereby certifies that a true and correct copy of the foregoing document is being served via U.S. mail on Sean Halloran and Kenneth Covell.
s/Thomas M. Daniel

NANA'S INITIAL DISCLOSURE STATEMENT
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 3 of 3
18531-0014/LEGAL13844493.1

**teckcominco**

February 14, 2007

BY EMAIL

Marie Greene
President/CEO
NANA Regional Corporation
P.O. Box 49
Kotzebue, AK 99752

Dear Marie

I am writing this in response to your letter of Dec 1st, 2006. In that letter you expressed concern that TCAK was not abiding by the terms of the NANA Cominco Agreement when filling personnel vacancies. You had been provided a copy of our HR Department's hiring policies and procedures, and were further concerned that Shareholder preference was not mentioned anywhere in the document. I wish to reassure you that TCAK is committed to shareholder hire and development as provided for in our agreement. We have taken a number of measures to reassure NANA, and to prevent a reoccurrence of the events that lead to your concerns.

Firstly, we concur with NANA's interpretation regarding certain aspects of shareholder hire. Specifically, shareholder hire is to be respected in all situations, and there is no provision for considering current employees that may wish to transfer, or be promoted, into the vacancy.

Secondly, the HR Hiring Policies and Procedures document which you obtained will be clarified to better reflect the terms of the NANA Cominco Agreement that pertains to Shareholder preference. It is ironic that the document was crafted by shareholders within the HR department, but this uncertainty specific to shareholder hire doesn't diminish the efforts expended toward that end. Once the document has been revised to reflect our practice, and commitment, we will provide you a copy for comment and reference.

Lastly, the shareholder that brought this issue to your attention has been offered, and has accepted, an equivalent permanent job within the Environmental group, as was originally desired.

I hope that the above meets with your satisfaction. Please feel free to contact me directly if questions or concerns about these matters remain.

Best regards,

TECK COMINCO ALASKA INCORPORATED

*[signature]*

John Knapp
General Manager
Red Dog Mine

RECEIVED

SEP 11 2007

BY:_____

Teck Cominco Alaska Incorporated