2

2007 Special Edition

Exhibit **A** page **16** of **44**

## NRC Chairman's Report
## Don Sheldon



*2005: Anktowa mushers prepare their sleds and dogs for the annual meeting dog race.*

Welcome to Noorvik. Thank you for attending the 33rd NANA Annual Shareholder's Meeting. On behalf of the NANA Board of Directors, I welcome you, including those listening over KOTZ radio and NANA.com.

### Informal Shareholder Meetings
We began our informal shareholder meetings in October. We reported on NANA's activities, the Board of Director action items, and we received nominations for board seats from seven villages. In December, we mailed the at-large seat petition that is reflected in the proxy statement.

### Financial Performance
Overall, NANA had another productive year. Our current assets, which include cash, stock investments, and accounts receivable, increased to over $298 million in 2006, up from $251 million at the end of last year. Shareholder equity, all of our assets minus what we owe to others, grew to $155 million, up from $125 million.

### Red Dog Mine
Red Dog is making a greater contribution to NANA's financials because of the higher zinc and lead prices. The 7(i) section of the Alaska Native Claims Settlement Act requires that we share a portion of our royalty income with the other Native corporations. This year, we shared sixty-two percent.

The Red Dog operating agreement states that we receive the net smelter royalties until Teck Cominco recovers its capital investment. At this point, NANA's share of the royalties will increase. The mining industry forecasts high zinc prices through 2007.



Record business income, our investment portfolio income, and the increased royalty payments from Red Dog made it possible to declare a $7.00 per share dividend, the highest ever.

### Annual Meeting Theme
"NANA Shareholders: A Diversified Workforce" is the annual meeting theme. In 2006, we increased the number of shareholders working for our company.

### NANA Initiatives
The Iñupiaq Coastal Language CD is complete. Thank you to those who made this CD a reality. Learning and speaking Iñupiaq is vital to embracing our traditional values and our Iñupiaq way of life.

A number of board members worked with Teck Cominco to develop the Red Dog Mine Reclamation and Closure Plan. It considers the environmental impact of the mine and will be reviewed every five years. Thank you to the Red Dog Subsistence Committee, Teck Cominco, and especially Jim Kulas, Roland Booth, the IRA Councils from Kivalina and Noatak, and the Kivalina City Council. A CD, available in English and Iñupiaq, explains the process. It was sent to the head of households in Kivalina and Noatak, and is available to anyone interested.

We completed the 2006 NANA Shareholder Survey and reviewed the findings with the Shareholder Relations Committee. The results were published in an October Hunter Special Edition. This survey helps the board focus on shareholder needs. It will be conducted again in 2009.

An Elder settlement trust proposal was approved at the April board meeting and submitted to the Internal Revenue Service. The trust would provide additional support to Elders 65 and older. We hoped to bring this to you for a vote this year, but it is delayed. With the ruling, the Ethics & Rules Committee will prepare recommendations for the full board, including a plan for shareholder communication.

### Strategic Goals & Objectives
The board set the following long-term goals for 2007. Management will complete an action plan for each.

- Become a visible and helpful presence for all shareholders.
- Make short and long-term improvements in NANA village offices.
- Work to reduce in-region energy costs.
- Recognize the growing number and changing needs of NANA shareholders.
- Make beneficial use of the Red Dog royalty over the long-term.
- Enhance land and resource activity in the region.
- Improve issues relating to shareholder administrative services.

As your Board of Directors, we remain committed to working together and moving NANA forward. Thank you for your attention, your support, and your prayers. Taikuu.



*Above: Lloyd Davis, Jr. braves the cold for a chance to be the first to cross the finish line. Below: A NANA shareholder and Ryan Sampson gather in the Noorvik gym for the annual meeting.*





## NRC President's Report
### Marie Greene



Taikuu, Noorvik, for hosting this year's annual meeting. We appreciate your warm welcome and hospitality.

NANA Board committees and staff prepare for the annual meeting throughout the year. I thank those who have worked very hard to bring us successfully to this important day.

Thank you to the following employees for their years of service to NANA.

Five years or more: Emma Snyder, Fannie Owen, Hannah Loon, Jeff Nelson, Julia Cleveland, Dana Ramoth, Lydia Scott, Gladys Punguwiyi, Johnette Cleveland, Rose Barr, Raymond Stoney, Alice Adams, Sherry Swan, Claudia Sampson.
Ten years or more: Langford Adams, Marie Greene.
15 years or more: Karen Tripled, Sandy Shroyer Beaver
20 years or more: Robert Newlin, Jr., Prince Fox
30 years or more: Fred Seeberger, Walter Sampson

It has been a privilege for me to work with this dedicated NRC team for fourteen years. Taikuu.

### Our Strategy & Direction
The NANA Board and Management Team work together every year to review and evaluate company-wide activities and identify critical issues for our shareholders and corporation. NANA Board committees, the management team, and staff work throughout the year to implement these strategic plans.

### Shareholder Records
With the assistance of the legal department, the NRC Management Team is working with the Shareholder Relations Committee to complete the Shareholder Records Policy and Procedures Manual. We are transitioning to a new computer system to allow us to keep better shareholder records. Additional staff have been hired to support shareholder records.

### Enrollment
We reviewed enrollment practices to make sure that we are following the rules of the Alaska Native Claims Settlement Act, articles of incorporation, bylaws, and policies of NRC, and are properly serving our shareholders.

### Direct Deposits
A direct deposit application form is being developed and we hope to offer direct deposit as an option in November. Once the form is finalized, we will let you know.



### Lands & Natural Resources
The Lands & Natural Resources department staff held meetings in the villages. They, along with the KIC Village Corporation, are working hard to identify and finalize the land selections prior to the 2009 deadline. Surveys should begin next summer.

The oil & gas and mining industries have shown renewed interest in our land. The management team and the Land & Natural Resources Board Committee evaluates these opportunities.



NANA's Lester Hadley, Chuck Greene, and Walter Sampson help prepare food for the feast.

### Shareholder Hire
Our 1982 Teck Cominco operating agreement calls for the formation of the Red Dog Employment & Training Committee to work with Teck Cominco for 100% shareholder hire.

In summer, shareholder hire is as high as 57%. The most recent report shows 55%. We would like more shareholders working and advancing into higher positions at the mine. We continue to challenge Teck Cominco to improve their hiring procedures.

### Red Dog Royalties
Higher zinc prices and potential higher royalty payments will be a major focus this year. The NRC Budget, Audit, & Finance Committee will have intensive discussions regarding the option, review the current dividend policy, and make their recommendations to the full board.

### Partnerships For Sustainable Energy
The NANA Board of Directors will continue to work for sustainable energy alternatives. In January, NRC submitted a proposal to the U.S. Department of Energy for a region-wide strategic energy plan and options analysis grant in association with the Northwest Iñupiat Housing Authority, Northwest Arctic Borough, Alaska Village Electric Cooperative, Maniilaq Association, Kotzebue Electric Association, and the Northwest Arctic Borough School District. In February, we submitted a second proposal for a geothermal assessment. If awarded these grants, we will work in collaboration with the tribal governments to lower energy costs in the region.

### AFN & ICC
NANA continues to be involved with the Alaska Federation of Natives, who work hard to address Alaska Native needs and concerns. I would like to thank Julie Kitka, AFN President. Taikuu, Julie, for your hard work and strong dedication to the Alaska Natives.

NRC, along with Maniilaq Association and the Northwest Arctic Borough, who are delegates to the Inuit Circumpolar Council, attended the general assembly last summer in Barrow. We will continue to advocate on your behalf for the issues and concerns of the region and the Inuit of the Circumpolar North.

The ICC youth, elder, and general assembly delegates held a workshop to address key topics including the communities, the warming climate of the Arctic and the United Nations' "Draft Declaration Of Rights Of The World's Indigenous Peoples." The declaration will provide a global standard for how nations interact with indigenous peoples. It will give Inuit stronger political tools to deal with our home nations on issues including land and subsistence rights.

### The Aqqaluk Trust
NANA provides annual funding to the Robert Aqqaluk Newlin, Sr. Memorial Trust. The endowment has grown, enabling student scholarships to increase again this year. Over 600 students were awarded Aqqaluk trust scholarships in 2006. Many regional organizations also provide scholarships. NANA will continue to seek additional sources of funds to provide financial aid.

### Survey Responses
In the survey, you responded that you would like assistance beyond financial aid. You would like more information about financial assistance and about educational opportunities, "on-the-job" training opportunities, and skills required for certain types of jobs or careers.

Throughout this year, we will improve the NANA website and increase communications over radio, in the Arctic Sounder, on the Internet, and in The Hunter.

### NANA Career Fair
The NANA Career Fair was held in partnership with the school district in Kotzebue earlier this month. Over 40 employers were represented. Thank you to the Northwest Arctic Borough School District for allowing NANA to hold the career fair during the regional basketball tournament. Taikuu.

### Our Commitment To You
I want you to know that the Board of Directors takes the comments made at each annual meeting and the informal shareholder meetings seriously. I believe that we have responded to most of the questions raised last year. Taikuu.



Hannah Loon enjoys the wonderful food at the feast.

Exhibit __6__ Page __3__ of __8__

255

2007 Special Edition

### NDC Chairman's Report
### Luke Sampson

NDC is responsible for overseeing our businesses. We are dedicated to bringing financial success to our company. Our goal is to make our company stronger so we can provide for both current and future generations of NANA shareholders.

There are seven NANA Regional Corporation board members, who also serve on the NDC board. These are Don Sheldon, Dood Lincoln, Henry Horner, Bobby Kirk, Lester Hadley, Charlie Curtis, and myself. I am thankful for the dedication of these board members. It is a privilege to serve on the NDC board and I thank the board for the honor of serving as the chairman.

#### NDC Board and Management
The NDC Board of Directors meets regularly with our management team to discuss investment options and business performance. We have a balanced team of companies working to give us the best chance of success, no matter what changes we face in the business environment.

The NDC Board Members serve on the boards of each of our individual companies. They are on the road a lot, away from their homes, their families, their jobs, and the communities they love. But they believe in our future and are willing to make personal sacrifices for the success of NANA.

I am thankful for the commitment of these board members and our management team. Their efforts and investments are paying off. We are employing more shareholders and making more money each year.

Business profits come back to the NANA Regional Corporation Board, who choose to use this money to provide dividends and benefits such as medical and burial assistance, to manage our lands, to keep our language and way of living alive, and to provide scholarships.

#### Our Goal
A few years ago, we set a goal of becoming a billion dollar corporation. We are very close to reaching that goal. A lot of people thought we were just dreaming, that there was no way we could get there.

It makes me think of our ancestors and the goals they set for themselves. Think about the first time they set out in a small skin boat or kayak to hunt a whale. Perhaps there were some that said they were





PHOTO: Sharon Ramoth prepares muktuk to share at the annual meeting feast.

dreaming. Some people probably said it was too big of a goal.

Think about the distances our ancestors traveled for caribou when migration routes changed. They didn't have snowmachines. Our ancestors proved that if we work as a team and don't get distracted, we can accomplish any goal, no matter how big or how difficult. We get stronger when we set high goals. We prove to ourselves and others what we are capable of.

#### $960,000,000 Business
In 2006, our revenues grew to $805 million, up from $527 million. Business operation profits grew to $44 million, up from $33 million last year. We've entered new industries such as energy trading, and changed management when necessary for improved performance.

After paying NRC and NDC operating costs and for social and cultural programs, our final profit for the year was $16 million – the highest level of profits we have ever earned. The NRC Board distributed $7.00 per share, or about $5.5 million, in dividends to our shareholders. Since NANA was formed, over $50

We now have a new challenge before us. We have to make wise and best decisions about the use of Red Dog royalties.

Someday the royalties will run out. We must develop a royalty strategy to help shareholders today and invest for the future. We must follow the thought process of our original leaders when they set aside $15 million in our investment portfolio to make sure we had a sustainable corporation. The $15 million has grown to $63 million and we have relied on its strength to help us build businesses that continue profits year after year.

The cost of living in our villages is very high. Every year we enroll new children, and every year we have more shareholders counting on us. If we invest wisely, like those who came before us, we should be able to provide for today's generation and for future generations.

#### Looking Ahead
We are pleased with how far we have come and as we move forward, we reach for even higher levels of success. We will continue to grow our company. We have set aggressive new goals. Our businesses are competing against some of the world's most successful companies. We have assembled a great team of talent in our company and we look forward to continued success.



PHOTO: A young shareholder gets into the spirit of the annual meeting. Or: Elsie Dexter and another pause for a photograph in the Noorvik School hall.





PHOTO: Henry Horner and his daughter, Ella, gather in the Noorvik gymnasium.

Exhibit 6 Page 4 of 8

256

## NDC President's Report
## Helvi Sandvik

We reached a new level of profitability in 2006.

### Investment Portfolio
Our investment portfolio had a strong performance this year. We earned $6.7 million from the sale of marketable securities, almost twice what we earned last year. When we sell securities, we then re-invest these funds into other stocks or bonds that we believe will produce higher profits.

### Resource Royalties
Our income from the sale of NANA-owned resources, like Red Dog gravel and ore, increased. The average price of zinc was about $1.20 per pound, compared to 57 cents last year. Lead was 52 cents per pound in 2006, compared to 47 cents in 2005. After distributing about 62% of our royalties to other regional and village corporations, we earned about $17 million in resource royalties, compared to $9.4 million in 2005. We have little control over these earnings. The stock market and mineral prices can be unstable and we can't count on the high prices of zinc and lead forever.

### Our Businesses
The only area of income that we really can control is our businesses. We had a good increase in our business income this past year, but there are still some companies that need to improve.

We are developing a balanced, diversified team of businesses. We expect each business to contribute to our goals – growth, shareholder job opportunities, and providing profits. We spread our businesses across several industries and locations to be a stronger, balanced company that can survive in a changing economy.

### Contracting Companies
Our contracting companies contributed about 61% of our overall business profits. Akima, the oldest company in this segment, had a good year due to work performed after hurricane Katrina. NANA Services and NANA Pacific did not do well. We are restructuring our oversight of these companies to make them profitable. Most of the contracting companies began under the Small Business Administration's 8(a) Program. There still is considerable political pressure to eliminate this program. Our goal is for each company to succeed without special contracting rules.

### Professional & Management Services
This segment contributed 27% of the profits from business operations. NANA Management Services (NMS) leads the group in profits and shareholder hire. ASCG completed its first full year under NANA's ownership. We are not yet seeing the financial return we expected, but are confident it will get there. For the second year in a row, WorkSafe had its best year ever. NANA/Colt doubled its profits from the previous year. Worley Parsons, a publicly traded Australian global engineering firm, purchased



$5092: Jessica Snyder and her daughter, Naomi, smile for the camera.





ABOVE: Isaac Thomas (at right) and friend take a break from the annual meeting for a cup of coffee and a chat.

Colt Engineering, our NANA/Colt partner. We look forward to participating in the future development of Alaska's oil & gas industry.

### Mining & Oilfield Support
Profits from this business segment nearly tripled to $3.6 million. In September we re-established our Arctic Caribou Inn operation. NMS now houses oilfield workers in our hotel on the North Slope.

NANA Oilfield Services (NOSI) had another good year as the oil and gas industry boomed. Our employees have done an outstanding job of responding to increased demand for their services.

I want to thank Ron Otte, head of Purcell Security. Under his leadership, and in partnership with our HR group, many shareholders patrolled the pipeline as BP corrected corrosion problems. Some workers have turned temporary work into long-term employment.

### Hospitality & Tourism
Our hotels generated about $3 million in net income. The Residence Inn provided almost half of this profit and the Fairbanks Springhill Suites has finally worked its way to profitability.

### Company Overview
We have grown tremendously. Our challenge is to make sure we have proper management systems in place and to keep administrative costs under control. In 2006 we managed a much larger company with very little increase in administrative costs.

As we grow, it will cost more to properly manage our business. The key to increased profitability is to pay attention to operating margins and the industries that we operate in.

### Shareholder Development
The second important focus of NDC is to create shareholder job opportunities. In 2006, 817 shareholders worked directly for NANA or for one of our partnerships earning nearly $51 million in wages. Last year, 770 shareholders earned $27 million.

Many of our jobs are located out of state and we continue to recruit shareholders for them. Several went to Nevada for a driller-training program developed with our partner, Major Drilling. Thanks to Fred Smith and Jane and Miles Cleveland who helped set up the program. Miles and Jane created a "home-away-from-home" for our shareholders. Our HR department continues to focus on ways we can employ shareholders within our company or elsewhere.

Kristine Patrick recently moved from our legal department to head up our expanding shareholder development program. Last summer, 21 college students spent six to nine weeks visiting job sites across the United States, and 14 high school students worked with our companies for a week.

Our engineering companies are active in the UAA's Alaska Native Engineering and Science Program (ANSEP). Several shareholders are enrolled and are earning engineering degrees. Many intern with our engineering firms or others.

Most of our businesses, as well as many representatives from other companies, attended the Career Fair in Kotzebue. We also welcomed representatives from 10 organizations that provide job training, scholarships, and educational opportunities. Our HR and shareholder development staff was on-hand with applications for our internship programs and NANA job openings. Our goal is to put more shareholders to work in our companies and with NANA's partners and affiliates.

### 2007 & Beyond
Our board and management staff have focused on growth and profitability. In 2005, we had $327 million in revenues and were on a highway to becoming a $1 billion revenue corporation. By the end of 2006, we had over $800 million in revenues. We expect to reach our $1 billion revenue target in 2007.

Our next goal is to become a $10 billion dollar company. To reach such business must perform well. The NDC board and management team must continue to evaluate existing businesses and new opportunities for new industries.

We have once again set aggressive business goals and profit expectations. Last year we set a goal of increasing our bottom line 20% – our goal was to earn $15 million in net income. We beat that goal, with net income being just over $16 million. Our target for 2007 is to earn $20 million in net income – a 20% increase. Our goal for 2010 is to earn a profit of $40 million.

With proper management of our existing businesses and with additional investments we fully expect to reach these goals. Our shareholders are preparing for the future, and NDC is preparing for them.

2007 Special Edition

# SHAREHOLDER OF THE YEAR AWARDS

The Shareholders Relations Committee made a recommendation to the Board to give three additional Shareholder of the Year awards. They include the Elder of the Year, Youth of the Year, and the Richard Baenen award.

Exhibit A page 20 of 44

## SHAREHOLDER OF THE YEAR
### Cyrus Naungaq Harris



Naungaq is the Vice President of Kotzebue Dog Musher's Association and the Traditional Foods Manager for Maniilaq Association. He is very active in the subsistence lifestyle. He hunts, fishes, and gathers and preserves meat, fish, and game for other people. He is also a very active dog musher, following in the footsteps of his late father, Doc Harris.

Naungaq is engaged to Joanne Sheldon. Together, they have seven children who still practice the Iñupiaq way of life. Their youngest son is especially important in the Iñupiaq way by hunting and assisting with running the dogs at only two years old.

Naungaq is a role model who lives a traditional Iñupiaq lifestyle. He is living proof that people can make a life while providing for family and others in the region. He has overcome many obstacles in his life, but throughout, he continues to hunt, fish, and provide for his family off the land, as his father taught him.

Through his job, coordinating the Maniilaq Hunter Assistance Program, he allows others to provide for the Elders in the region. He also provides all the traditional meat and berries for the Senior Citizen's Cultural Center in Kotzebue.

Naungaq is the son of the late Doc (Apiksuan Ialiraq) Harris and Elizabeth (Kanak) Harris. Naungaq has four brothers and four sisters.

## ELDER OF THE YEAR
### [name illegible] Leo Cleveland




## RICHARD BAENEN AWARD
### Warren Thompson




