# SHAREHOLDER COMMENTS

Exhibit A page 31 of 44



**Flora Skeeter Jepson:** I want to say a special thank you to Noorvik. I thank you NANA for the dividends. I want to acknowledge Marie Greene and all the people that work for NANA. You are appreciated. Thank you.

**Stefanie Armstrong:** My Iñupiaq name is Igik. I am married to Abe Armstrong. I'm here to represent the Boys & Girls Club. We are expanding the Boys & Girls Club in Noorvik. Give a round of applause to Hendy Ballot, Gien Skin, and all those that worked hard to get this started in Noorvik. All of you have children that need someplace to go. It is up to you to get a hold of me and your regional leaders and put that into your budget. Buckland is on their way in having a Boys & Girls Club. They need volunteers. Make time and spend time with your family. **Don Sheldon:** Thank you Stephanie for the tireless work that you do for the region.

**Karen Jackson:** Two years ago I was the Resource Technician for Noorvik. I was wondering how people get shares. How or why did a Bahai Faith Church become a shareholder? **Jacquie Luke:** You can leave your NANA shares to whomever you like when you pass on either by a will or filling out a form. Some NANA shareholder left their NANA shares to a Bahai charity. They will get a dividend but they cannot vote. **Karen:** Another concern I have, a few years ago, a shareholder had gotten a shareholder rate at the hotel. Is there a way for us to get a lower rate? **Don Sheldon:** In order to keep the hotel open, we have the prices at that amount. Thank you.



**Billy Lee:** I am the fire chief for the Northwest Arctic Borough. I would like to do a little demonstration with the fire gear. (Randy Mulluk and Vern Cleveland, pictured below, volunteered.) As you know, people who fight fires do it in their street clothes. NWAB has a grant from the Homeland Society and we are able to get 120 sets of fire gear for all our firefighters in the villages. Your fire chief in Noorvik is Thomas Pungalik, Sr. Please give them a round of applause. Thank you.



**Artie Hess:** I am a former Purcell Security Guard in Anchorage. I just want to know if Purcell has any plans to expand to Kotzebue. There is a state security issue in Kotzebue. **Helvi Sandvik:** Currently, we don't have plans unless there is work to be contracted out. We are a private security company. We provide security services to private clients primarily and sometimes government securities. If there is an opportunity in our region, we would pursue that and bid on it.



**Elmer Armstrong, Sr.:** I would like to ask NANA Corporation to support any drug organization that come up to our area. A year ago I lost a granddaughter to meth (amphetamines). Meth is not something to play around with. It goes to your blood and your heart. Pray about it that something could be started to fight drugs in our area.



**Robert Sampson:** Noorvik, Mayor of the City of Noorvik and the Assembly of Noorvik. These people had donated for the church conference, we say thank you. Thank you NANA for providing gas and cooking. Shout outs to Smith for her gifts to us over 75%. We are thankful and grateful to all.

**Dolly Sours:** Taikuu. I'm working for MRO Alcohol Program. We have clients from all over the villages, even the Southwest. I want to ask the families to continue praying for the clients. Four has come to know the Lord and are excited about the changed lives and spiritually. Taikuu. God bless you all.

**Clara Foster:** I have been working at Red Dog for two years. I want to see if NANA can get Teck Cominco to give us some kind of paid leave, like sick leave. When we get sick and have to stay up there, we get all unpaid leave. We have to work and support our family. **Don Sheldon:** We have the employment committee that can look into that.

**Clyde Ramoth:** First, maybe Maniilaq and NANA can help. I had some friends and relatives that have long-term illness and had to stay in Anchorage for long term. Does NANA have apartments that we can use or discounts at hotels? I think you need more public announcements. **Don Sheldon:** NANA does not have apartments in Anchorage. We have the hotels. **Helvi Sandvik:** We do have hotels in Anchorage with shareholder discounts. The other thing, NANA Regional provides general assistance. **Clyde:** Is there an emergency contact number we can call after hours for the hotel discount? **Helvi:** If you check in, they can know you the shareholder

rate form. **Clyde:** Second, I'm learning more about B[i]e. As a shareholder, can I go to the NANA office and see the records of the revenues overall? I would like to see the record of spending, either through staff or others. **Don:** That's not statewide, it's nationwide. As a shareholder, you can inspect the finances under guidance and direction of the people that are under our current management. So if you make arrangements with our people, then they will guide you through that process. Helvi: In your handouts, there are detailed financials. Page 7 lists the income from 2004 to 2006 of all our b[i]e companies. You can take a look at that for starters.

**Millie Hawley:** I want to thank you all for praying for my mother. She went home today. I still have a concern regarding the water. I'm asking NANA to get involved when they close the Red Dog Mine. On behalf of my children and grandchildren that NANA gets involved. **Don Sheldon:** NANA is involved in the process. NANA wanted to have some control.

**Louis Skin:** On behalf of my son, I want to thank NANA for assisting him to better himself.

**Marlene Moto:** Thank you to Maniilaq for working with ANMC. My concern is on shareholder descendants born after 1971. How do they get their shares? On the grandkids, who ends up with the shares if the parents are not named on the birth certificate? **Maude Slain:** People born after 1971 can apply for Class D shares at NANA, which go back to the company when they die. When a person who owns Class A, B, or C shares dies without a will, we look to Alaska state laws to determine who inherits that person's shares. If a parent is not on the birth certificate, we look at other ways to prove paternity. You can contact NANA's Legal Department in Anchorage and we will work with you on the issue.

**Elmer Armstrong, Jr.:** Want to talk about shareholder hire for Lynden. If Teck Cominco can improve with shareholders in their positions. **Don Sheldon:** It is an issue that is always pushed for to hire shareholders. As far as NANA Lynden ... **Helvi Sandvik:** We are about 50% shareholder hire.

**Ronnie Mulluk:** My dad would like to thank the NANA Board for building up the corporation. He would like to see NANA help the Elders a little more. NANA Dynetec, I had a friend that had to pay for his room and board. He went broke and had to come home. **Don Sheldon:** With the program you mentioned, thank you for your concern.



Above: Mildred Black and Sarah Tickett join in the annual meeting.

Exhibit 6 Page 7 of 8
259

**Special Edition**

8



ABOVE: Joanne Sheldon and Cyrus Harris race to the finish.

## DOOR PRIZE DRAWING RESULTS

**FOR BEING PRESENT**

[list of winners — illegible]

### ELECTION RESULTS

**AMBLER**
Gladys Downey
Jones

**BUCKLAND**
Lester Hadley, Sr.

**DEERING**
Ronald Moto, Sr.

**NOATAK**
Roland Booth, Sr.

**NOORVIK**
Donald G. Sheldon

**SELAWIK**
[illegible]

**SHUNGNAK**
Linda Lee

**AT-LARGE**
[illegible]

## Taikuu Quyaanna!

**Thank You for Your Contributions to the Coastal Dialect Iñupiaq Language CD-ROM Project!**

NANA Iñupiatigiipput Committee: Henry Igitaznuluk Horner, Raymond Sagigan Stoney, Levi Ananiaaq Cleveland, Raymond Qayuqausiq Hawley, Gordon Apayuutnisiq Newlin, Nellie Nayuk Sheldon, Wilbur Maanak Howarth

Project Managers: Hannah Paniyavluk Loon, Leland Taliñiq Berger

Editor: Ruth Tatqaviñ Sampson

Translator: Rachel Nangaaq Sherman

Voices: Charla Aqpayuq Booth, Wenzell Tigigruaq Booth, Willie Argasiaq Goodwin, Dolly Uluqtuk Soure

Sound: James Paige, Pierre Lonswell, KOTZ Radio

Acknowledgments: Elmer Wesrek Jackson, Renee Anugasuq Douglas, Enoch Attaanak Shiedt, Benjamin Uvigaq Sherman, Dr. Lawrence Kayuqluq Kaplan, Wolf Amaqluq Seiler

NANA Iñupiaq Language Commission Elder Reviewers: Winona Ikayugausiñ Hawley, Mary Maqik Schaeffer

Photography: Chris Arend, James Magdanz, James Mason, Mariah Phillippe

NANA Regional Corporation: Marie Kasanaaluk Greene, President; Gladys Iyapana Paniyaviñ, Vice President of Shareholder Relations; Stacey Kiveeok Stanyan Beaver, Vice President of Administration

Rosetta Stone Software and its employees.

We extend our appreciation to all the people whose photos appear in the software.

**Thank You for Helping Enhance Our Iñupiaq Culture!**



ABOVE: A volunteer cuts Paniq-tuq in preparation for the feast.



LEFT: Mac Bhroyer ABOVE: Bertha Weiz signs in for her proxy at the annual meeting.





ABOVE: Marie Greene extends a heartfelt thank you to Chetla Booth for her contributions to the Iñupiaq Language CD-ROM project.

www.nana.com  info@nana.com

**NANA**
P.O. Box 49
Kotzebue, Alaska 99752

PRSRT STD
U.S. Postage
PAID
Anchorage, AK
Permit No. 444

Exhibit 6 Page 8 of 8



| | |
|---|---|
| Parent Company | NANA Regional Corporation, Inc. |
| Established | 1972 |
| Headquarters | Kotzebue, Alaska |

| Executive Team | | |
|---|---|---|
| | Marie Greene | *President & Chief Executive Officer* |
| | Kevin Thomas | *Vice President & Chief Financial Officer* |
| | Jacquelyn Luke | *Vice President & General Counsel* |
| | Gladys Pungowyi | *Vice President, Shareholder Relations* |
| | Sandy Shroyer-Beaver | *Vice President, Administration* |
| | Walter Sampson | *Vice President, Lands & Natural Resources* |

| | |
|---|---|
| Business Arm | NANA Development Corporation |
| Established | 1974 |
| Headquarters | Anchorage, Alaska |

| Executive Team | | |
|---|---|---|
| | Helvi Sandvik | *President and Chief Executive Officer* |
| | Kevin Thomas | *Vice President & Chief Financial Officer* |
| | Jacquelyn Luke | *Vice President & General Counsel* |
| | Selina Moose | *Vice President, Human Resources* |
| | Chuck Greene | *Vice President, Government Relations* |
| | Stan Fleming | *President, NANA Contracting Services* |
| | Jim Mendenhall | *Business Development Manager* |
| | Fred Smith | *Operations Manager* |

**Organizational Vision**  NANA will be a respected, profitable, multibillion-dollar corporation.

**Organizational Mission**  We improve the quality of life for our people by maximizing economic growth, protecting and enhancing our lands, and promoting healthy communities with decisions, actions, and behaviors inspired by our Iñupiat Ilitqusiat Values, and consistent with NANA's Core Principles.

**Core Principles**  Honesty, integrity, commitment, dignity, and respect.

Exhibit 9 Page 1 of 2

# NANA

| | |
|---|---|
| **Lines of Business** | NANA Development Corporation is a diversified holding company and owns (wholly or in-part) the following businesses |
| | **Contracting Services**<br>Akima Management Services, LLC • Akmaaq, LLC • Ki Professional Services Group, LLC • Qivliq, LLC |
| | **Technical Services**<br>ASCG Incorporated • DOWL Engineers • NANA/Colt Engineering • NANA Pacific, LLC • Alaska Testlab • NANA/Major Drilling, LLC • NANA Dynatec Mining, LLC |
| | **Operations Support**<br>NANA Management Services, LLC • NMS Camp Services • Purcell Security • NANA Oilfield Services, Inc. • NANA Lynden Logistics, LLC |
| | **Workforce Development**<br>NANA Training Systems • NMS Employee Leasing • WorkSafe, Inc. |
| | **Lodging and Hotel Management**<br>Courtyard by Marriott, Anchorage • Residence Inn by Marriott, Anchorage • SpringHill Suites by Marriott, Anchorage • SpringHill Suites by Marriott, Fairbanks • Nullagvik Hotel, Kotzebue • Tour Arctic Corporation |
| **Red Dog Mine** | Red Dog Mine is the largest zinc mine in the world. The mine is on NANA land and operates under a lease agreement between NANA and the mine operator, Teck Cominco Ltd. In addition to financial terms, the agreement requires Teck Cominco to employ and train NANA shareholders. NANA shareholders generally make up 55 percent of the mine employees. |
| **Employees** | 2006: 5,440 (Alaska: 2,901; Outside Alaska: 2,539) |
| **Corporate Revenues** | 2006: $806 million   2005: $526.9 million   2004: $331 million<br>2003: $263 million   2002: $201.9 million   2001: $172.7 million |
| **Shareholders** | NANA is owned by more than 11,400 Alaska Native shareholders of Iñupiat Eskimo descent. Since inception, NANA has paid out close to 100% of its profits to shareholders as dividends. In 2006 NANA and its affiliates paid $51.4 million in wages to NANA shareholders. |
| **Region** | The NANA region is a vast 38,000 square miles located in Northwest Alaska, most of which is above the Arctic Circle. The region is rich with energy and mineral resources, included significant concentrations of coal, zinc, copper, jade, marble, and granite. There are 11 communities, including Kotzebue. More than 90% of the region's residents are Iñupiat Eskimo descendants of ancestors who settled the land over 10,000 years ago. NANA and the region's main governing body the Northwest Arctic Borough, share the same boundaries. |

Exhibit __9__ Page __2__ of __2__

