

*Sam Hill (left) and ⟨J⟩on Rutman inspect a high-tech dust ⟨m⟩onitor. Like many NANA shareholders, ⟨they⟩ used Red Dog ⟨sch⟩olarship programs ⟨to⟩ pursue careers in ⟨envi⟩ronmental science and technology.*

# WORLD-CLASS OPERATIONS

*A significant achievement in terms of engineering and collaborative effort, the Red Dog Mine began operating in late 1989. The ⟨l⟩argest zinc mine in the Western world, Red Dog processes 3.2 million tonnes of ore a year.*

## RESERVES AND RESOURCES

Red Dog began with a 40-year supply of known reserves. Subsequent exploratory drilling has added significantly to the probable reserves at Red Dog. The Aqqaluk site, just north of the main deposit, contains more than 50-million tonnes, averaging 16.5 percent zinc. Paalaaq, an inferred underground resource north of Aqqaluk, holds 13 million tonnes, at 15 percent zinc.

In 1999, drilling was extended beyond the immediate Red Dog area. The Anarraaq, another inferred underground target, was discovered seven miles northwest of the main pit. This resource contains an estimated 17 million tonnes, averaging 15.8 percent zinc.

Recent exploration activity has focused on areas north of Anarraaq. While no additional discoveries have been made, confidence remains high that additional zinc resources are present. With such extensive reserves and resources, the site can continue providing economic benefits for decades to come.

## RESPECT FOR THE ENVIRONMENT

Both NANA and Teck Cominco are concerned with protecting the environment and the subsistence lifestyle of the Iñupiat people. Red Dog's goal is to be the environmental model for the mining industry.

## SUBSISTENCE ACTIVITIES

From the very start, the Subsistence Advisory Committee has played an important role in the environmental life of the mine. One of the committee's first tasks was to select the route for the road from the minesite to the port—a pathway that generally avoids important caribou migration paths, fish spawning areas and waterfowl nesting sites.

The committee is composed of eight NANA shareholders from the neighboring villages of Kivalina and Noatak. Among other activities, the committee directs a regional caribou-monitoring program. During caribou migrations, the committee is empowered to request closure of the haul road to reduce potential risks to the herd.

Another example of environmental cooperation is the careful scheduling of shipping to minimize possible effects on traditional whale and seal hunts carried out by the people of Kivalina. Discussions are held annually with the whaling crews, and schedules are devised to meet the needs of all parties.

## NOT JUST ANOTHER FISH STORY

*Something fishy is going on in the creeks around Red Dog Mine—a report by the Alaska Department of Fish and Game noted that fish are using reaches of the Red Dog Creek system that were previously uninhabitable. Before any mining began, environmental studies found that creek water was very acidic, with high concentrations of heavy metals due to contact with the Red Dog deposit.*

*Since then, the Red Dog Mine's efforts to protect the creek from the natural influences of the orebody and ongoing*

*The mine's water management and treatment programs included an $11 million diversion ditch and a system to collect and treat water containing heavy metals.*

*As a result, Red Dog Creek is now environmentally healthier than it was before mining began, and fish are using more reaches of the creek*



## RED DOG OPERATIONS ENVIRONMENTAL POLICY

Teck Cominco Alaska, Incorporated recognizes that protection of subsistence resources and sound environmental performance are essential. In order to minimize the impact of the operation on subsistence resources and on the environment, Red Dog Operations will:

- reduce waste and minimize pollution;
- continually improve environmental performance;
- at a minimum, comply with all environmental laws, regulations, permit stipulations and other environmental commitments;
- ensure all contractors, suppliers, partners, visitors and other third parties adhere to Red Dog Operations environmental performance standards and regulations;
- provide information to all stakeholders, specifically recognizing the importance of local community relations, by promoting communication on the environmental impact of the Operation.

To achieve these commitments, Red Dog Operations will utilize an Environmental Management System that conforms to the ISO 14001 standard.

## ENVIRONMENTAL ACTION

In 2003, Red Dog began using a full-scale Environmental Management System (EMS), based on EPA standards and the even stricter criteria of ISO 14001, as released by the International Organization for Standardization.

The Red Dog EMS features a rotating process of planning, implementation, audits, corrective actions, and management reviews, all designed to constantly guide and improve performance.

A special EMS computer information system gives direction to Red Dog personnel at all levels, tracks the status of environmental activities, and enables management of data related to ISO 14001, including various documents and reports, audit results, and performance gains.



Exhibit __10__ Page __3__ of __20__

241

### RED DOG ECONOMICS

More than just a mining operation, Red Dog continues to meet the hopes and expectations of those who were involved in its genesis. Both NANA and Teck Cominco work hard to fulfill the project's original mandates to: create lasting skilled jobs for NANA shareholders, provide opportunities for NANA's youth, and act as a catalyst for regional economic benefit without infringing upon the Iñupiat culture and way of life.

### A SKILLED WORKFORCE

An important provision of the original Red Dog agreement dealt with employment—first preference for all Red Dog jobs would go to qualified NANA shareholders. More than half of the 480 workers at Red Dog are NANA shareholders. A NANA-Teck Cominco joint committee on employment and training continues to supervise the hiring, training, and advancement of NANA shareholders.

Companies with Red Dog service contracts create additional job opportunities. Several of these contracting companies are NANA subsidiaries or joint ventures. For example, NANA/Lynden Transportation and NANA Management Services employ over 100 shareholders. In 2002, these two companies filled Red Dog contracts worth $13 million, resulting in significant economic benefits for the NANA region and shareholders.

# A POSITIVE AND LASTING IMPACT



Page 14 of 26



## INVESTING IN PEOPLE

NANA and Teck Cominco understand that local people must have access to the best possible education in order to become qualified for jobs at all levels of the Red Dog operation. So the companies work in tandem to support and enhance the educational system. NANA has teamed with other regional organizations to create the Northwest Arctic Education Consortium, which works with the Northwest Arctic Borough School District to raise educational standards. Teck Cominco concentrates on providing training and scholarships to students interested in careers in the mining industry. The success of these education and training activities is dependent on corporate flexibility and acute awareness of the needs of the people and communities involved.

*The Red Dog summer academy lets high school seniors explore possible careers. These students joined a training exercise for firefighters.*

## WORKFORCE DEVELOPMENT

The mine's on-site training programs are geared to ensure ongoing development for employees in every area of operation. Apprenticeships are available in trades such as heavy-duty mechanics, electrical work, millwrighting and power generation. Employees can also pursue advanced technical training in the geological, metallurgical and environmental fields. Qualified employees are encouraged to train co-workers, hastening the development of a diversified, multi-skilled workforce.

## SCHOOL-TO-WORK PARTNERSHIP

Red Dog has partnered with the Northwest Arctic Borough School District in a series of school-to-work programs to help make school a more relevant experience for students, by directly connecting their studies to future jobs.

Teck Cominco arranges for John Baker, a NANA shareholder and Iditarod competitor, to visit primary schools in the district. John talks to the children about making the personal commitment to succeed. Baker is often accompanied by shareholder-employees from the mine, who can describe their personal career paths for the students.

Middle-school classes can take part in Career Awareness visits at the mine. These field trips give students an opportunity to see, firsthand, the wide range of available jobs and careers.

If high-school students are interested in a particular job, they are encouraged to take part in the three-day Job Shadow program. This program pairs each student with an employee, who guides the visitor through the workday, explaining the various tasks and equipment related to the job.

Teck Cominco also hosts a Summer Academy for high-school seniors. Students stay at the mine for a full week, receiving in-depth lessons on mining, mineral processing and environmental matters.



## ADVANCED EDUCATION

Teck Cominco sponsors several scholarships for NANA shareholders studying mining engineering, mineral processing engineering, geology or chemical engineering at accredited institutions. In exchange, students agree to work with Teck Cominco for a period of time equal to the period of sponsorship.

Present employees of Teck Cominco wishing to return to school are also eligible for this sponsorship. Some employees take advantage of a job-share program, which allows people to work for a semester and then attend school for a semester, while maintaining their eligibility for employment.

## HOMETOWN HERO



*Iditarod musher John Baker inspires NANA youth to realize their potential.*

15

*The annual statewide wage benefit from Red Dog, exclusive of related construction, is about $45.5 million. Slightly more than half of these wages, $25.5 million, goes to NANA shareholders; $13 million of the payroll remains in the NANA region.*

## BALANCING PROSPERITY AND TRADITION

In general, Iñupiat employees who live in the region continue to pursue traditional subsistence activities, using their jobs at Red Dog to enhance their lifestyle. Rotating work schedules give employees a choice of 28 days at work followed by 14 days off, or 14 days at work with seven days off. The extended periods of free time, plus an unusually flexible leave policy, allow Red Dog employees to preserve the annual subsistence cycle, with time and money left over for vacations and other new experiences outside the region.

Paradoxically, the Red Dog project has actually generated some migration out of the region.

While the mine itself is not directly causing the migration, steady employment has given workers the financial means to relocate. Other factors leading to emigration include a lack of affordable housing and basic urban conveniences, as well as limited educational opportunities. The exodus, although still small in scale, is a cause of concern at NANA. As a result, the corporation's leaders are giving high priority to the improvement of regional infrastructure, living standards and educational resources.

