NANA Regional Corporation President Marie Greene's speech to the Resource Development Council of Alaska, June 19, 2007

# Developing our resources while honoring the past

Good afternoon.



Thank you for the opportunity to speak today. I am honored and privileged to talk to you about the people I serve, who are the owners of NANA Regional Corporation, the Inupiat people of Northwest Alaska, and to talk about business and development, both in our past and in the future.

I live in Kotzebue, which is the headquarters for NANA Regional Corporation. As we speak, the people of our region are getting ready for a busy summer season. They are getting their boats ready and making final repairs on nets and equipment. The ice is finally going out in Kotzebue Sound and hunters are looking for ugruk and geese. This is the beginning of our harvest, gathering of our foods as we have done for hundreds of years. My ten year old grandson has hunted his first seal and the dried seal meat and seal oil will be shared with pride.

NANA shareholder students have begun their summer internships; some on the slope, others at sites in Anchorage, the Lower 48 and at the Red Dog Mine, where 51 temporary summer workers—all NANA shareholders, including 14 college students—will be assigned to environmental, office, port and mine operations, and human resources positions. 14 additional shareholders who are students at Alaska Technical School are also working as temporary employees.

NANA Region villages are in the news. A recent Wall Street Journal article addressed the high cost of fuel, which this winter was $8.10 per gallon in Shungnak. On a barge somewhere to the south, natural gas drilling equipment is headed for Red Dog. Our partnership, NANA Major Drilling, will hopefully help find lower cost and cleaner burning fuel which is desperately needed in the NANA Region. A group of NANA shareholders has been training all winter down in Nevada so they can go to work as drillers and drillers helpers not just in Alaska, but anywhere in the world where there is mining activity. Also, over at Red Dog Mine, Teck Cominco has started a $30 million project to build a back dam, and they also have helicopter supported mineral exploration underway this summer. They are hoping to find another Red Dog and we at NANA hope they do.

There is so much activity going on at Red Dog this summer that the main camp has run out of space and they have had to re-open the old construction camp. We like this at NANA for several reasons. First, our company, NANA Management Services, will run the camp. Second, there are numerous job opportunities for our shareholders and other Alaskans on these projects.

Other NANA companies are as busy as they ever have been on the North Slope, where our engineering company, NANA/Colt, has the contract for engineering services. Purcell Security is involved in testing the oil transit lines and they have beefed up their workforce with shareholders from our villages.

NANA Management Services is providing a safe and comfortable living environment for the workers on the slope, just as they have been since the days of the pipeline construction.

Working out of Anchorage, NANA companies like DOWL Engineers, ASCG Incorporated, and our hotel group, which runs The Courtyard, SpringHill Suites, and Residence Inn are all operating at full speed and helping us fulfill our mission.

This year, NANA will surpass $1 billion in revenues. We will have employed more than 7000 people throughout Alaska and other parts of the United States, and we have operations in Antarctica, Guam,

Korea, Spain, and even France.

We use our profits to fulfill our broader mission. In addition to paying dividends to our shareholders, we also support cultural programs, job training, scholarships, internships, as well as numerous services to our shareholders and the communities where we live and work.

NANA has been involved in resource development from the beginning. It was clear to our leaders 35 years ago that the place in Alaska to develop profitable business with jobs that can sustain families is in the resource industries.

But just like people all over the world who consume resources, it is one thing to buy gasoline at the corner gas station or to use a car that contains zinc in its components, and it is another thing to actually develop those resources in our own backyard.

When NANA made the decision to move forward and establish a partnership with a Canadian firm and develop Red Dog Mine, we did it with considerable forethought and discussion. People were concerned about environmental issues and how the activity would impact the caribou migration. They talked about the new people who would come and how cultural differences would change our people. They talked about jobs and they were concerned that the only opportunities seemed to be far away from our region.

Our leaders believe that the best way to improve the lives of our shareholders is through jobs. That is why when we weighed the positives and negatives of developing the Red Dog Mine in our region, we were willing to accept the change to our lifestyle that has come with that decision. After ten years of discussion, the question was put to a vote, and our shareholders voted to pursue the development of Red Dog.

The mine opened in 1989. Since then, more than 1100 shareholders have worked in some capacity at Red Dog. Our agreement with Teck Cominco is to develop a workforce that will one day be responsible for the full management of the mine. To that end, we have an Employment and Training Committee made up of senior level staff from both Teck Cominco and NANA. Together with the Northwest Arctic Borough School District, Alaska Technical Center, the Chukchi Campus of the University of Alaska, and the University of Alaska's ANSEP program, we work to strengthen and develop the workforce of today and the future. A millwright training program through the Alaska Technical Center has produced numerous shareholder millwrights, and we are gradually seeing our shareholders become trainers and supervisors. College-bound students are supported through scholarships and some are able to alternate between work at the mine and going to college. The result is that we now have several shareholders with engineering and business degrees that are relevant to the mining business. More than half of the workforce at Red Dog is NANA shareholders and as our people gain more training and education, we expect to see our own people take leadership roles.

Environmental oversight and the protection of our subsistence harvest is another critical part of what makes our relationship with Teck Cominco work. The closest villages to Red Dog are Noatak and Kivalina. Eight people are selected by the elders of those villages to serve on the Subsistence Advisory Committee, which directs a regional caribou-monitoring program as well as other activities such as the careful scheduling of shipping to minimize effects on the whaling and seal hunting seasons. Red Dog Mine operates under an Environmental Management System based upon stringent EPA standards and Red Dog was the first zinc mine in the U.S. to achieve the even more strict certification by ISO 14001. The Subsistence Advisory Committee is involved in ensuring those standards are maintained.

So, what have we been able to accomplish through Red Dog?

<u>First, our goal for the mine to become 100% NANA shareholder operated is still a dream for the future.</u> We need many more people to receive the education and training required to operate and manage a facility of Red Dog's scope. But we are making progress and we intend to get there some day.

Red Dog Mine is the main source of funds for the Northwest Arctic Borough. The Borough receives $8.6 million in annual payment in lieu of taxes from the mine. Money from Red Dog has been used to fund new schools, renovations, scholarships, and to generally make it possible to provide services throughout the Northwest Arctic Borough.

Exhibit 5 Page 2 of 4

250

Red Dog is the biggest employer in the NANA Region. $18.6 million in wages were paid to shareholders working at the mine last year.

NANA businesses earn revenues from Red Dog by providing support services. We handle the care and comfort of employees through NANA Management Services, we truck zinc to the port through NANA Lynden, we provide drilling through NANA Major Drilling, soils testing by Alaska Testlab, oil products through NANA Oilfield Services, security through Purcell Security, engineering by DOWL Engineers, NANA/Colt, NANA/Pacific, and ASCG; drug testing by WorkSafe, training by NANA Training Systems, and temporary workers through NANA Employee Leasing. As we have developed expertise over the years, we are now able to supply many of the services necessary to support the mine's operation.

Something that perhaps is not fully understood or appreciated by the general public is the financial contribution that Red Dog makes to all other Native communities in the state. 62% of all royalties received by NANA are distributed to all other Alaska Native Corporations. It is in everyone's best interest to see the Red Dog Mine succeed.

While royalties can make a contribution, remember, a short five years ago the price of zinc was at 35 cents a pound and the mine was not covering its expenses. Today, with the price of zinc in the $1.70 per pound range, the value of royalties has increased considerably and our shareholders will appreciate receiving some of those royalties as dividends. But we have learned that with fluctuating commodity prices this year's bounty can not necessarily be counted on for next year. Red Dog Mine has helped NANA mature as a corporation. We have designed our business strategy to serve Red Dog and in doing so, we have expanded the services we are able to offer elsewhere.

What else have we learned?

We have learned that outside environmental interest groups will take advantage of our people to further their own goals and to raise money for their own organizations. Our villages do not benefit from the actions of these organizations, and unfortunately we expect to be fending off such groups for the duration of our mine project.

We have learned that it is possible for a Native corporation to respect the land and our traditional culture while involving ourselves in resource development. I am not saying it is not a challenge, because it is a challenge every day. But if you ask me if it is worth it, I would have to say yes. As a shareholder of NANA Regional Corporation, I remember the early discussions about whether we should develop the mine. I was against it because of my concern about whether it could be done in a way that also protected the environment. Change is difficult. We would all prefer that the world stay the same. But as we are experiencing as we see the natural cycle of global warming take its effect and as we watch our young people grow up with an interest in technology and skills that are new to us, we realize that the work we do can serve everyone—our elders, our youth, today's adults, and not just our own interests, but also the broader community here in Alaska and throughout the world.

We are NANA, the company that talks about doing business in Alaska for 10,000 years. Trade, commerce, and the use of our natural resources to sustain our people and families have always been a part of Inupiaq culture.

Today, our lives are balanced between our desire to maintain the traditional skills and values that it takes to live off the land, while gaining the knowledge and expertise required to do business on a global level. We simultaneously concern ourselves with issues related to the subsistence harvest, while also making sure that our people receive the education and training they need to survive in today's world.

Unlike most businesses, we have a broader mission than just making money to accomplish short-term goals. We also work to improve the quality of life for our people by maximizing economic growth, protecting and enhancing our lands, and promoting healthy communities.

Just as our land and culture have always sustained our people, we are building a corporation that will also sustain us forever. <u>We will not be acquired</u>. We will not be dissolved. And we will work to ensure that our land can sustain our people now and in the future. We intend to serve our shareholders for the next 10,000 years and beyond.

Exhibit 5 Page 3 of 4

251

Exhibit 5 Page 4 of 4

252

# SPECIAL EDITION
# The Hunter

Published by NANA Regional Corporation, Inc.    Volume 19 Number 2 Special Edition 2007

# ANNUAL MEETING SPECIAL REPORT

Exhibit B page 13 of 42

**NANA Vision**

**NANA Mission**

The mission of NANA is to improve the quality of life for our people by maximizing economic growth, protecting and enhancing our lands, and promoting healthy communities with decisions, actions and behaviors inspired by our Iñupiat Ilitqusiat values and hard work, culminating in superior shareholder value.

**NANA Core Principles**

Respect, Integrity, Commitment, Stewardship and Success



ABOVE: Elder of the Year, Luci Cleveland, visits with the Regional Elders Council. BELOW: Winona Hawley rocks her grandchildren.

### NRC PRESIDENT'S MESSAGE
### Cooperation and Success in Noorvik

Marie Kasanaaluk Greene

At this year's Annual Meeting in Noorvik, we proved that power and strength is gained by working together. Shareholders and NANA employees met to celebrate the successes we achieved by working with one another, and to discuss how we'll face the challenges that await us.

The Annual Meeting calls for hard work, cooperation, and respect—three important Iñupiat values. Thank you to everyone who worked together to make every event a success.

Hospitable village residents welcomed visitors with open arms. NRC and NRC employees in cooperation with subsidiary management and staff, traveled to Noorvik to meet with shareholders and our corporation. Countless volunteers made the event enjoyable for all who attended.

The Annual Meeting is an opportunity for shareholders to speak out about their concerns and is our chance to learn what is important to you. If you missed the meeting, this Special Edition will fill you in. If we saw you there, this issue can serve as a yearbook or family album to help you remember and celebrate the time we spent together in Noorvik.





BELOW: Pauline Morris and Lulu Sampson stand by to watch the annual dog sled races.



ABOVE: Kanayuk and Nasaaysuk share a laugh at a Regional Elders Council meeting. BELOW: Some of Noorvik's youngest NANA shareholders pledge allegiance to the flag in Iñupiaq at the annual meeting.



Exhibit 6 Page 1 of 8



2007 Special Edition



## NRC Chairman's Report
## Don Sheldon



/SIZE: Anxious mushers prepare their sleds and dogs for the annual meeting dog races.

Welcome to Noorvik. Thank you for attending the 33rd NANA Annual Shareholder's Meeting. On behalf of the NANA Board of Directors, I welcome you, including those listening over KOTZ radio and NANA.com.

### Informal Shareholder Meetings
We began our informal shareholder meetings in October. We reported on NANA's activities, the Board of Directors action items, and we received nominations for board seats from seven villages. In December, we mailed the at-large seat petition that is reflected in the proxy statement.

### Financial Performance
Overall, NANA had another productive year. Our current assets, which include cash, stock investments, and accounts receivable, increased to over $298 million in 2006, up from $251 million at the end of last year. Shareholder equity, all of our assets minus what we owe to others, grew to $155 million, up from $125 million.

### Red Dog Mine
Red Dog is making a greater contribution to NANA's financials because of the higher zinc and lead prices. The 7(i) section of the Alaska Native Claims Settlement Act requires that we share a portion of our royalty income with the other Native corporations. This year, we shared sixty-two percent.

The Red Dog operating agreement states that we receive the net smelter royalties until Teck Cominco recovers its capital investment. At this point, NANA's share of the royalties will increase. The mining industry forecasts high zinc prices through 2007.

Record business income, our investment portfolio income, and the increased royalty payments from Red Dog made it possible to declare a $7.00 per share dividend, the highest ever.

### Annual Meeting Theme
"NANA Shareholders: A Diversified Workforce" is the annual meeting theme. In 2006, we increased the number of shareholders working for our company.

### NANA Initiatives
The Iñupiaq Coastal Language CD is complete. Thank you to those who made this CD a reality. Learning and speaking Iñupiaq is vital to embracing our traditional values and our Iñupiaq way of life.

A number of board members worked with Teck Cominco to develop the Red Dog Mine Reclamation and Closure Plan. It considers the environmental impact of the mine and will be reviewed every five years. Thank you to the Red Dog Subsistence Committee, Teck Cominco, and especially Jim Kulas, Roland Booth, the IRA Councils from Kivalina and Noatak, and the Kivalina City Council. A CD, available in English and Iñupiaq, explains the process. It was sent to the head of households in Kivalina and Noatak, and is available to anyone interested.

We completed the 2006 NANA Shareholder Survey and reviewed the findings with the Shareholder Relations Committee. The results were published in an October Hunter Special Edition. This survey helps the board focus on shareholder needs. It will be conducted again in 2009.

An Elder settlement trust proposal was approved at the April board meeting and submitted to the Internal Revenue Service. The trust would provide additional support to Elders 65 and older. We hoped to bring this to you for a vote this year, but it is delayed. With the ruling, the Ethics & Elders Committee will prepare recommendations for the full board, including a plan for shareholder communication.

### Strategic Goals & Objectives
The board set the following long-term goals for 2007. Management will complete an action plan for each.

- Become a visible and helpful presence for all shareholders.
- Make short and long-term improvements to NANA village offices.
- Work to reduce in-region energy costs.
- Recognize the growing number and changing needs of NANA shareholders.
- Make beneficial use of the Red Dog royalty over the long-term.
- Enhance land and resource activity in the region.
- Improve issues relating to shareholder administrative services.

As your Board of Directors, we remain committed to working together and moving NANA forward. Thank you for your attention, your support, and your prayers. Taikuu.



ABOVE: Lloyd Oxley, Jr. blows the cord for a chance to be the first to cross the finish line. BELOW: A NANA shareholder and Ruth Sampson gather in the Noorvik gym for the annual meeting.





# Hunter

## The President's Report
### Marie Greene



Taikuu, Noorvik, for hosting this year's annual meeting. We appreciate your warm welcome and hospitality.

NANA Board committees and staff prepare for the annual meeting throughout the year. I thank those who have worked very hard to bring us successfully to this important day.

Thank you to the following employees for their years of service to NANA:

Five years or more: Emma Snyder, Fannie Owen, Hannah Loon, Jeff Nelson, Julie Cleveland, Diana Ramoth, Lydia Scott, Gladys Pungowiyi, Johnetta Cleveland, Rose Barr, Raymond Stoney, Alice Adams, Sherry Swan, Claudia Sampson.
Ten years or more: Langford Adams, Marie Greene
15 years or more: Karen Triplett, Sandy Shroyer Beaver
20 years or more: Robert Newlin, Jr., Rhoda Fox
30 years or more: Rod Seeberger, Walter Sampson

It has been a privilege for me to work with this dedicated NRC team for fourteen years. Taikuu.

### Our Strategy & Direction
The NANA Board and Management Team work together every year to review and evaluate company-wide activities and identify critical issues for our shareholders and corporation. NANA Board committees, the management team, and staff work throughout the year to implement these strategic plans.

### Shareholder Records
With the assistance of the legal department, the NRC Management Team is working with the Shareholder Relations Committee to complete the Shareholder Records Policy and Procedures Manual. We are transitioning to a new computer system to allow us to keep better shareholder records. Additional staff have been hired to support shareholder records.

### Enrollment
We reviewed enrollment practices to make sure that we are following the rules of the Alaska Native Claims Settlement Act, articles of incorporation, bylaws, and policies of NRC, and are properly serving our shareholders.

### Direct Deposits
A direct deposit application form is being developed and we hope to offer direct deposit as an option in November. Once the form is finalized, we will let you know.



### Lands & Natural Resources
The Lands & Natural Resources department staff held meetings in the villages. They, along with the KIC Village Corporation, are working hard to identify and finalize the land selections prior to the 2009 deadline. Surveys should begin next summer.

The oil & gas and mining industries have shown renewed interest in our land. The management team and the Land & Natural Resources Board Committee



*Above: Lester Hadley, Chuck Greene, and Walter Sampson help prepare food for the feast.*

### Shareholder Hire
Our 1982 Teck Cominco operating agreement calls for the formation of the Red Dog Employment & Training Committee to work with Teck Cominco for 100% shareholder hire.

In summer, shareholder hire is as high as 57%. The most recent report shows 55%. We would like more shareholders working and advancing into higher positions at the mine. We continue to challenge Teck Cominco to improve their hiring procedures.

### Red Dog Royalties
Higher zinc prices and potential higher royalty payments will be a major focus this year. The NRC Budget, Audit, & Finance Committee will have intensive discussions regarding this option, review the current dividend policy, and make their recommendations to the full board.

### Partnerships for Sustainable Energy
The NANA Board of Directors will continue to work for sustainable energy alternatives. In January, NRC submitted a proposal to the U.S. Department of Energy for a region-wide strategic energy plan and options analysis grant in association with the Northwest Inupiat Housing Authority, Northwest Arctic Borough, Alaska Village Electric Cooperative, Maniilaq Association, Kotzebue Electric Association, and the Northwest Arctic Borough School District. In February, we submitted a second proposal for a geothermal assessment. If awarded these grants, we will work in collaboration with the tribal governments to lower energy costs in the region.

### AFN & ICC
NANA continues to be involved with the Alaska Federation of Natives, who work hard to address Alaska Native needs and concerns. I would like to thank Julie Kitka, AFN President. Taikuu, Julie, for your hard work and strong dedication to the Alaska Natives.

NRC, along with Maniilaq Association and the Northwest Arctic Borough, who are delegates to the Inuit Circumpolar Council, attended the general assembly last summer in Barrow. We will continue to advocate on your behalf for the issues and concerns of this region and the Inuit of the Circumpolar North.

The ICC youth, Elders, and general assembly delegates held a workshop to address healthy communities, the warming climate of the Arctic, and the United Nations "Draft Declaration Of Rights Of The World's Indigenous Peoples." This declaration will provide a global standard for how nations interact with indigenous peoples. It will give Inuit stronger political tools to deal with our home nations on issues including land and subsistence rights.

### The Aqqaluk Trust
NANA provides annual funding to the Robert Aqqaluk Newlin, Sr. Memorial Trust. The endowment has grown, enabling student scholarships to increase again this year. Over 300 students were awarded Aqqaluk trust scholarships in 2006. Many regional organizations also provide scholarships. NANA will continue to seek additional sources of funds to provide financial aid.

### Survey Response
In the survey, you responded that you would like assistance beyond financial aid. You would like more information about financial assistance and about educational opportunities, "on-the-job" training opportunities, and skills required for certain types of jobs or careers.

Throughout this year, we will improve the NANA website and increase communications over radio, in The Arctic Sounder, on the internet, and in The Hunter.

### NANA Career Fair
The NANA Career Fair was held in partnership with the school district in Kotzebue earlier this month. Over 40 employees were represented. Thank you to the Northwest Arctic Borough School District for allowing NANA to hold the career fair during the regional basketball tournament. Taikuu.

### Our Commitment to You
I want you to know that the Board of Directors takes the comments made at each annual meeting and the informal shareholder meetings seriously. I believe that we have responded to most of the questions raised last year. Taikuu.



*Above: Hannah Loon enjoys the wonderful food at the feast.*

**2007 Special Edition**

## NDC Chairman's Report
### Luke Sampson

NDC is responsible for overseeing our businesses. We are dedicated to bringing financial success to our company. Our goal is to make our company stronger so we can provide for both current and future generations of NANA shareholders.

There are seven NANA Regional Corporation board members, who also serve on the NDC board. These are Don Sheldon, Doud Lincoln, Henry Horner, Robbie Kirk, Lester Hadley, Charlie Curtis, and myself. I am thankful for the dedication of these board members. It is a privilege to serve on the NDC board and I thank the board for the honor of serving as the chairman.

### NDC Board and Management
The NDC Board of Directors meets regularly with our management team to discuss investment options and business performance. We have a balanced team of companies working to give us the best chance of success, no matter what changes we face in the business environment.

The NDC Board Members serve on the boards of each of our individual companies. They are on the road a lot, away from their homes, their families, their jobs, and the communities they love. But they believe in our future and are willing to make personal sacrifices for the success of NANA.

I am thankful for the commitment of these board members and our management team. Their efforts and investments are paying off. We are employing more shareholders and making more money each year.

Business profits come back to the NANA Regional Corporation Board, who choose to use this money to provide dividends and benefits such as medical and burial assistance, to manage our lands, to keep our language and way of living alive, and to provide scholarships.

### Our Goal
A few years ago, we set a goal of becoming a billion dollar corporation. We are very close to reaching that goal. A lot of people thought we were just dreaming, that there was no way we could get there.

It makes me think of our ancestors and the goals they set for themselves. Think about the first time they set out in a small skin boat or kayak to hunt a whale. Perhaps there were some that said they were



ABOVE: Sheena Ramoth prepares muktuk to share at the annual meeting feast.

dreaming. Some people probably said it was too big of a goal.

Think about the distances our ancestors traveled for caribou when migration routes changed. They didn't have snowmachines. Our ancestors proved that if we work as a team and don't get distracted, we can accomplish any goal, no matter how big or how difficult. We get stronger when we set high goals. We prove to ourselves and others what we are capable of.

### Business Summary
In 2006, our revenues grew to $906 million, up from $527 million. Business operation profits grew to $46 million, up from $33 million last year. We've entered new industries such as energy trading, and changed management when necessary for improved performance.

After paying NRC and NDC operating costs and for social and cultural programs, our final profit for the year was $16 million — the highest level of profits we have ever earned! The NRC Board distributed $7.00 per share, or about $9.5 million in dividends to our shareholders. Since NANA was formed, over $60



We now have a new challenge before us. We have to make wise, difficult decisions about the use of Red Dog royalties.

Someday the royalties will run out. We must develop a royalty strategy to help shareholders today and invest for the future. We must follow the thought process of our original leaders when they set aside $15 million in our investment portfolio to make sure we had a sustainable corporation. The $1.5 million has grown to $69 million and we have relied on its strength to help us build businesses that contribute profits year after year.

The cost of living in our villages is very high. Every year we enroll new children, and every year we have more shareholders counting on us. If we invest wisely, like those who came before us, we should be able to provide for today's generation and for future generations.

### Looking Ahead
We are pleased with how far we have come and as we move forward, we reach for even higher levels of success. We will continue to grow our company. We have set aggressive new goals. Our businesses are competing against some of the world's most successful companies. We have assembled a great team of talent in our company and we look forward to continued success.



ABOVE: A young shareholder gets into the spirit of the annual meeting. BELOW: Bea Dexter and another pause for a photograph in the Noorvik School hall.



