# NDC President's Report
## Helvi Sandvik

We reached a new level of profitability in 2006.

### Investment Portfolio
Our investment portfolio had a strong performance this year. We earned $5.7 million from the sale of marketable securities, almost twice what we earned last year. When we sell securities, we then re-invest these funds into other stocks or bonds that we believe will produce higher profits.

### Resource Royalties
Our income from the sale of NANA-owned resources, like Red Dog gravel and ore, increased. The average price of zinc was about $1.20 per pound, compared to 57 cents last year. Lead was 59 cents per pound in 2006, compared to 47 cents in 2005. After distributing about 62% of our royalties to other regional and village corporations, we earned about $17 million in resource royalties, compared to $9.4 million in 2005. We have little control over these earnings. The stock market and mineral prices can be unstable and we can't count on the high prices of zinc and lead forever.

### Our Businesses
The only area of income that we really can control is our businesses. We had a good increase in our business income this past year, but there are still some companies that need to improve.

We are developing a balanced, diversified team of businesses. We expect each business to contribute to our goals – growth, shareholder job opportunities, and providing profits. We spread our businesses across several industries and locations to be a stronger, balanced company that can survive in a changing economy.

### Contracting Companies
Our contracting companies contributed about 61% of our overall business profits. Akima, the oldest company in this segment, had a good year due to work performed after hurricane Katrina. NANA Services, and NANA Pacific did not do well. We are restructuring our oversight of these companies to make them profitable. Most of the contracting companies began under the Small Business Administration's 8(a) Program. There still is considerable political pressure to eliminate this program. Our goal is for each company to succeed without special contracting rules.

### Professional & Management Services
This segment contributed 27% of the profits from business operations. NANA Management Services (NMS) leads the group in profits and shareholder hire. ASCG completed its first full year under NANA's ownership. We are not yet seeing the financial return we expected, but are confident it will get there. For the second year in a row, WorkSafe had its best year ever. NANA/Colt doubled its profits from the previous year. Worley Parsons, a publicly traded Australian global engineering firm, purchased

ABOVE: Isaac Thomas (at right) and friend take a break from the annual hauling for a cup of coffee and a chat.

Colt Engineering, our NANA/Colt partner. We look forward to participating in the future development of Alaska's oil & gas industry.

### Mining & Oilfield Support
Profits from this business segment nearly tripled to $3.6 million. In September we re-established our Arctic Caribou Inn operation. NMS now houses oilfield workers in our hotel on the North Slope.

NANA Oilfield Services (NOSI) had another good year as the oil and gas industry boomed. Our employees have done an outstanding job of responding to increased demand for their services.

I want to thank Ron Otte, head of Purcell Security. Under his leadership, and in partnership with our HR group, many shareholders patrolled the pipeline as BP corrected corrosion problems. Some workers have turned temporary work into long-term employment.

### Hospitality & Tourism
Our hotels generated about $3 million in net income. The Residence Inn provided almost half of this profit and the Fairbanks SpringHill Suites has finally worked its way to profitability.

### Company Overview
We have grown tremendously. Our challenge is to make sure we have proper management systems in place and to keep administrative costs under control. In 2006 we managed a much larger company with very little increase in administrative costs.

As we grow, it will cost more to properly manage our business. The key to increased profitability is to pay

### Shareholder Development
The second important focus of NDC is to create shareholder job opportunities. In 2006, 817 shareholders worked directly for NANA or for one of our partnerships, earning nearly $31 million in wages. Last year, 770 shareholders earned $27 million.

Many of our jobs are located out of state and we continue to recruit shareholders for them. Several went to Nevada for a driller-training program developed with our partner, Major Drilling. Thanks to Fred Smith and Jane and Miles Cleveland who helped set up the program. Miles and Jane created a "home-away from-home" for our shareholders. Our HR department continues to focus on ways we can employ shareholders within our company or elsewhere.

Kristina Patrick recently moved from our legal department to head up our expanding shareholder development program. Last summer, 21 college students spent six to nine weeks visiting job sites across the United States, and 14 high school students worked with our companies for a week.

Our engineering companies are active in the UAA's Alaska Native Engineering and Science Program (ANSEP). Several shareholders are enrolled and are earning engineering degrees. Many intern with our engineering firms or others.

Most of our businesses, as well as many representatives from other companies, attended the Career Fair in Kotzebue. We also welcomed representatives from 10 organizations that provide job training, scholarships, and educational opportunities. Our HR and shareholder development staff was on-hand with applications for our internship programs and NANA job openings. Our goal is to put more shareholders to work in our companies and with NANA's partners and affiliates.

### 2007 & Beyond
Our board and management [illegible] focused on growth and profitability. In 2007 we had $527 million in revenue and [illegible] halfway to becoming a $1 billion revenue corporation. By the end of 2006, [illegible] $800 million in revenues. We expect to reach our $1 billion revenue target in 2007.

Our next goal is to become a $10 billion dollar company. To get there, every business must perform well. The NDC board and management team must [illegible] existing businesses and new opportunities in new industries.

We have once again set aggressive business goals and growth expectations. Last year we set a goal of increasing our profits by 25% – our goal was to earn $15 million in net income. We beat that goal, and increased profits by 30%, with our final net income being just over $16 million. Our target for 2007 is to earn $20 million in net income – a 25% increase. Our goal for 2011 is to earn a profit of $40 million.

With proper management of our existing businesses and wise additional investment, we fully expect to reach these goals. Our shareholders are preparing for the future, and NDC is preparing for them.



# SHAREHOLDER OF THE YEAR AWARDS

The Shareholders Relations Committee made a recommendation to the Board to give three additional Shareholder of the Year awards. They include the Elder of the Year, Youth of the Year, and the Richard Baenen award.

## SHAREHOLDER OF THE YEAR

**Cyrus** Naungaq **Harris**

Naungaq is the Vice President of Kotzebue Dog Musher's Association and the Traditional Foods Manager for Maniilaq Association. He is very active in the subsistence lifestyle. He hunts, fishes, and gathers and prepares meat, fish, and game for other people. He is also a very active dog musher, following in the footsteps of his late father, Doc Harris.

Naungaq is engaged to Joanne Sheldon. Together, they have seven children who all practice the Iñupiaq way of life. Their

youngest son is learning how important it is to be Iñupiaq by hunting and assisting with running the dogs at only two years old.

Naungaq is a role model who lives a traditional Iñupiaq lifestyle. He is living proof that people can make a life while providing for family and others in the region. He has overcome many obstacles in his life, but throughout, he continues to hunt, fish, and provide for his family off the land, as his father taught him.

Through his job, coordinating the Maniilaq Hunter Assistance Program, he allows others to provide for the Elders in the region. He also provides all the traditional meat and berries for the Senior Citizen's Cultural Center in Kotzebue.

Naungaq is the son of the late Doc [illegible] Harris and Elizabeth [illegible] Harris. Naungaq has four brothers and four sisters.

## ELDER OF THE YEAR

Anaqaq Levi Cleveland

[illegible]

[illegible]

## RICHARD BAENEN AWARD

Warren Thompson

Warren Thompson originally from [illegible] moved to Kotzebue in 1952. He is married to Alice Nadall Thompson and together they raised [illegible] children. After serving in the military, he went to work for Federal Aviation Flight Service. He worked for the FAA for 25 years and helped form the Kotzebue Squadron Civil Air Patrol.

Over the years, Warren's concern has always been for the safety of the people in the NANA Region. He has logged over 45,000 hours of flying time, a good majority of that was on search and rescue. His dedication and commitment to the people of this region is well known by those who have been rescued by Warren.

An example is when William Billy Patterson was born on January 23, 1990. William was born with complications and needed immediate medical attention. When Warren heard that William was unable to be transported, he felt that if there was a chance of survival for the baby, he would attempt to bring the baby to Kotzebue. All aircraft flying in this region were grounded because of minus 50 to 60 degree temperatures. When Warren arrived at Noorvik, the ambient temperature was 58 degrees below zero. He [illegible] on the runway with the engine running to keep it warm. Warren went to the clinic with [illegible] sleeping bags as cover for the infant's incubator. Once the incubator was secured, he transported William to the Noorvik airport, and flew to Kotzebue. Today, William is a young man who is 18 years old.

Warren Thompson is frequently seen riding his bicycle in Kotzebue, as he has done for the past 54 years.

ABOVE: Lena and Heenie Stanel say hello to friends at the [illegible] Josephine Wood, Mildred Black, and Edith



Exhibit B Page 19 of 42

# SHAREHOLDER COMMENTS

**Flora Skeeter Jepson:** I want to say a special thank you to Noorvik. I thank you NANA for the dividends. I want to acknowledge Marie Greene and all the people that work for NANA. You are appreciated. Thank you.

**Stefanie Armstrong:** My Iñupiaq name is Igiu. I am married to Abe Armstrong. I'm here to represent the Boys & Girls Club. We are expanding the Boys & Girls Club in Noorvik. Give a round of applause to Randy Ballot, Glen Skin, and all those that worked hard to get this started in Noorvik. All of you have children that need someplace to go. It is up to you to get a hold of me and your regional leaders and put that into your budget. Buckland is on their way in having a Boys & Girls Club. They need volunteers. Make time and spend time with your family. **Don Sheldon:** Thank you Stephanie for the tireless work that you do for the region.

**Karen Jackson:** Two years ago I was the Resource Technician for Noorvik. I was wondering how people get shares. How or why did a Bahai Faith Church become a shareholder? **Jacquie Luke:** You can leave your NANA shares to whomever you like when you pass on either by a will or filing out a form. Some NANA shareholder left their NANA shares to a Bahai charity. They will get a dividend but they cannot vote. **Karen:** Another concern I have, a few years ago, a shareholder had gotten a shareholder rate at the hotel. Is there a way for us to get a lower rate? **Don Sheldon:** In order to keep the hotel open, we have the prices at that amount. Thank you.

**Billy Lee:** I am [illegible] for the Northwest Arctic Borough. I would like to do a little [illegible] with the [illegible] gear. [Randy] [illegible] and Vern Cleveland, pictured [illegible], volunteer[illegible]. As you know, people who fight fires do it in their [illegible]. NWAB has a grant from the Homeland Security and we are able to get 125 sets of fire gear for all our firefighters in the villages. Your fire chief in Noorvik is Thomas [illegible], Sr. Please give them a round of applause. Thank you.

**Arlie Hess:** I am a former Purcell Security Guard in Anchorage. I just want to know if Purcell had any plans to expand to Kotzebue. There is a state security issue in Kotzebue. **Helvi Sandvik:** Currently, we don't have plans unless there is work to be contracted out. We are a private security company. We provide security services to private clients primarily and sometimes government securities. If there is an opportunity in our region, we would pursue that and bid on it.

**Elmer Armstrong, Sr.:** I would like to ask NANA Corporation to support any drug organization that come up to our area. A year ago I lost a granddaughter to methamphetamines. Meth is not something to play around with, it goes to your blood and your heart. Pray about it that something could be started to fight drugs in our area.

**Robert Sampson:** [illegible]. On behalf of the City of Noorvik and the people of Noorvik, those people that [illegible] for the [illegible], we say thank you. Thank you NANA for providing gas and bringing [illegible] for the entertainment. We [illegible] and [illegible].

**Dolly Soura:** Taikuu. I'm working for MRC Alcohol Program. We have clients from all over the villages, even the Southeast. I want to ask the families to continue praying for the clients. Four has come to know the Lord and are excited about the changed lives and spiritually. Taikuu, God bless you all.

**Clara Foster:** I have been working at Red Dog for two years. I want to see if NANA can get Teck Cominco to give us some kind of paid leave, like sick leave. When we get sick and have to stay up there, we get all unpaid leave. We have to work and support our family. **Don Sheldon:** We have the employment committee that can look into that.

**Clyde Ramoth:** First, maybe Maniilaq and NANA can help. I had some friends and relatives that have long-term illness and had to stay in Anchorage for long term. Does NANA have apartments that we can use or discounts at hotels? I think you need more public announcements. **Don Sheldon:** NANA does not have apartments in Anchorage. We have the hotels. **Helvi Sandvik:** We do have hotels in Anchorage with shareholder discounts. The other thing, NANA Regional provides general assistance. **Clyde:** Is there an emergency contact number we can call after hours for the hotel discount? **Helvi:**

rate form. **Clyde:** Second, I'm learning more about [illegible]. As a shareholder, can I go to the NANA office and see the records of the revenues overall? I would like to see the record of spending, either through staff or others. **Don:** That's not statewide, it's nationwide. As a shareholder, you can inspect the finances under guidance and direction of the people that are under our current management. So if you make arrangements with our people, then they will guide you through that process. **Helvi:** In your handouts, there are detailed financials. Page 7 lists the income from 2004 to 2006 of all our [illegible] companies. You can take a look at that for starters.

**Millie Hawley:** I want to thank you all for praying for my mother. She went home today. I still have a concern regarding the water. I'm asking NANA to get involved when they close the Red Dog Mine. On behalf of my children and grandchildren that NANA gets involved. **Don Sheldon:** NANA is involved in the process. NANA wanted to have some control.

**Louis Skin:** On behalf of my son, I want to thank NANA for assisting him to better himself.

**Marlene Moto:** Thank you to Maniilaq for working with ANMC. My concern is on shareholder descendants born after 1971. How do they get their shares? On the grandkids, who ends up with the shares if the parents are not named on the birth certificate? **Maude Blair:** People born after 1971 can apply for Class D shares at NANA, which go back to the company when they die. When a person who owns Class A, B, or C shares dies without a will, we look to Alaska state laws to determine who inherits that person's shares. If a parent is not on the birth certificate, we look at other ways to prove paternity. You can contact NANA's Legal Department in Anchorage and we will work with you on this issue.

**Elmer Armstrong, Jr.:** Want to talk about shareholder hire for Lynden. If Teck Cominco can improve with shareholders in their positions. **Don Sheldon:** It is an issue that is always pushed for to hire shareholders. As far as NANA Lynden ... **Helvi Sandvik:** We are about 50% shareholder hire.

**Ronnie Mulluk:** My dad would like to thank the NANA Board for building up the corporation. He would like to see NANA help the Elders a little more. **NANA Dynatec**, I had a friend that had to pay for his room and board. He went broke and had to come home. **Don Sheldon:** With the program you mentioned, thank you for your concern.

[illegible] Mildred Black and Sarah Tickett join in the annual [illegible]



Exhibit 6 page 20 of 42

ABOVE: Joanne Sheldon and Cyrus Harris race to the finish.

# DOOR PRIZE DRAWING RESULTS

FOR BEING PRESENT

# ELECTION RESULTS

**AMBLER**
Gladys Downey Jones

**BUCKLAND**
Lester Hadley, Sr.

**DEERING**
Ronald Moto, Sr.

**NOATAK**
Roland Booth, Sr.

**NOORVIK**
Donald G. Sheldon

**SELAWIK**
Diane Ramoth

**SHUNGNAK**
[illegible]

**AT-LARGE**
Harvey Vestal

ABOVE: A volunteer cuts Paruq in preparation for the feast.

# Taikuu Quyaanna!

## Thank You for Your Contributions to the Coastal Dialect Iñupiaq Language CD-ROM Project!

**NANA Iñuuniałiqput Committee:** Henry Igitaayuluk Horner, Raymond Saggan Stoney, Lori Aŋŋaŋaq Cleveland, Raymond Qayugauŋ Hawley, Gordon Apayuutaq Newlin, Nellie Nayuk Sheldon, Wilbur Mannak Howarth

**Project Managers:** Hannah Paniyavluk Loon, Leland Taŋiq Barger

**Editor:** Ruth Tatqaviñ Sampson

**Translator:** Rachel Nangaaq Sherman

**Voices:** Charlie Aŋaluq Booth, Wendell Tigigmaq Booth, Willie Argagiaq Goodwin, Dolly Ulugñik Souré

**Sound:** James Paign, Pierre Lonewolf, KOTZ Radio

**Acknowledgments:** Elmer Miaŋak Jackson, Reggie Aniqanaq Douglas, Enoch Attamak Shiedt, Benjamin Uvigaq Sherman, Dr. Lawrence Kayuqtuq Kaplan, Walt Arnisuq Soller

**NANA Iñupiaq Language Commission Elder Reviewers:** Winona Ikayugaurak Hawley, Mary Magik Schaeffer

**Photography:** Chris Arend, James Magdanz, James Mason, Maggie Phillips

**NANA Regional Corporation:** Marie Kasaaŋzaaluk Greene, President; Gladys Pałiŋaaq Pungowiyi, Vice President of Shareholder Relations; Sandy Kasaun Shroyer Beltz, Vice President of Administration

**Rosetta Stone Software and its employees.**

We extend our appreciation to all the people whose photos appear in the software.

Thank You for Helping Enhance Our Iñupiat Culture!

LEFT: Maze Shroyer ABOVE: Bertha Wells signs in for her proxy at the annual meeting.

ABOVE: Marie Greene extends a heartfelt thank you to Charlie Booth for her contributions to the Iñupiaq Language CD-ROM project.

NANA
P.O. Box 49
Kotzebue, Alaska 99752

PRSRT STD
U.S. Postage
PAID
Anchorage, AK

Exhibit 6 Page 8 of 8

NANA

Exhibit 6 page 21 of 42

| | | |
|---|---|---|
| **Parent Company** | NANA Regional Corporation, Inc. | |
| **Established** | 1972 | |
| **Headquarters** | Kotzebue, Alaska | |
| **Executive Team** | Marie Greene | *President & Chief Executive Officer* |
| | Kevin Thomas | *Vice President & Chief Financial Officer* |
| | Jacquelyn Luke | *Vice President & General Counsel* |
| | Gladys Pungowiyi | *Vice President, Shareholder Relations* |
| | Sandy Shroyer-Beaver | *Vice President, Administration* |
| | Walter Sampson | *Vice President, Lands & Natural Resources* |

| | | |
|---|---|---|
| **Business Arm** | NANA Development Corporation | |
| **Established** | 1974 | |
| **Headquarters** | Anchorage, Alaska | |
| **Executive Team** | Helvi Sandvik | *President and Chief Executive Officer* |
| | Kevin Thomas | *Vice President & Chief Financial Officer* |
| | Jacquelyn Luke | *Vice President & General Counsel* |
| | Selina Moose | *Vice President, Human Resources* |
| | Chuck Greene | *Vice President, Government Relations* |
| | Stan Fleming | *President, NANA Contracting Services* |
| | Jim Mendenhall | *Business Development Manager* |
| | Fred Smith | *Operations Manager* |

**Organizational Vision**

NANA will be a respected, profitable, multibillion-dollar corporation.

**Organizational Mission**

We improve the quality of life for our people by maximizing economic growth, protecting and enhancing our lands, and promoting healthy communities with decisions, actions, and behaviors inspired by our Iñupiat Ilitqusiat Values, and consistent with NANA's Core Principles.

**Core Principles**

Honesty, integrity, commitment, dignity, and respect.

Exhibit 9 Page 1 of 2

NANA Regional Corporation, Inc. • P.O. Box 49 Kotzebue, Alaska 99752 • T:(907) 442-3301 • F:(907) 442-2866
NANA Development Corporation • 3001 East Benson Boulevard Anchorage, Alaska 99508 • T:(907) 265-4100 • F:(907) 265-4123
NANA.com

369

http://www.nana.com/pdfs/9678_NANA_Combo_Fact_Sheet.pdf

NANA

**Lines of Business**

NANA Development Corporation is a diversified holding company and owns (wholly or in-part) the following businesses

Contracting Services
Akima Management Services, LLC • Akmaaq, LLC • Ki Professional Services Group, LLC • Qivliq, LLC

Technical Services
ASCG Incorporated • DOWL Engineers • NANA/Colt Engineering • NANA Pacific, LLC • Alaska Testlab • NANA/Major Drilling, LLC • NANA Dynatec Mining, LLC

Operations Support
NANA Management Services, LLC • NMS Camp Services • Purcell Security • NANA Oilfield Services, Inc. • NANA Lynden Logistics, LLC

Workforce Development
NANA Training Systems • NMS Employee Leasing • WorkSafe, Inc.

Lodging and Hotel Management
Courtyard by Marriott, Anchorage • Residence Inn by Marriott, Anchorage • SpringHill Suites by Marriott, Anchorage • SpringHill Suites by Marriott, Fairbanks • Nullagvik Hotel, Kotzebue • Tour Arctic Corporation

**Red Dog Mine**

Red Dog Mine is the largest zinc mine in the world. The mine is on NANA land and operates under a lease agreement between NANA and the mine operator, Teck Cominco Ltd. In addition to financial terms, the agreement requires Teck Cominco to employ and train NANA shareholders. NANA shareholders generally make up 55 percent of the mine employees.

**Employees**

2006: 5,440 (Alaska: 2,901; Outside Alaska: 2,539 )

**Corporate Revenues**

2006: $806 million 2005: $526.9 million 2004: $351 million

2003: $263 million 2002: $201.9 million 2001: $172.7 million

**Shareholders**

NANA is owned by more than 11,400 Alaska Native shareholders of Iñupiat Eskimo descent. Since inception, NANA has paid out close to 100% of its profits to shareholders as dividends. In 2006 NANA and its affiliates paid $31.4 million in wages to NANA shareholders.

**Region**

The NANA region is a vast 38,000 square miles located in Northwest Alaska, most of which is above the Arctic Circle. The region is rich with energy and mineral resources, included significant concentrations of coal, zinc, copper, jade, marble, and granite. There are 11 communities, including Kotzebue. More than 90% of the region's residents are Iñupiat Eskimo, descendants of ancestors who settled the land over 10,000 years ago. NANA and the region's main governing body, the Northwest Arctic Borough, share the same boundaries.

# RED DOG MINE

Exhibit B page 24 of 42

## BLE OF CONTENTS

RED DOG MINE ........4
The Richest Zinc Mine in the World
Major Zinc/Lead/Silver Deposit
Discovery and Confirmation

ARTNERS IN A LANDMARK GREEMENT ........6
NANA: Keepers of the Land
NANA Values
History
The NANA Region
Protecting Land and Culture
Iñupiat Ilitqusiat

ECK COMINCO LIMITED: A WORTHY PARTNER ..8
Early Interest
Development Decisions
Coming to Terms
A Third Partner

WORLD-CLASS O ATIONS........12
Reserves and Resources
Respect for the Environment
Subsistence Activities
Not Just Another Fish Story
Environmental Action
Red Dog Operations
Environmental Policy

A POSITIVE AND LASTING IMPACT.....14
Red Dog Economics
A Skilled Workforce
Investing in People
Workforce Development
School-to-Work Partnership
Advanced Education
Hometown Hero
Balancing Prosperity and Tradition
An Economic Powerhouse

A SUCCESSFUL PAST, OMISING FUTURE........18

"RED DOG CONFIRMS THAT MUTUAL RESPECT, SHARED VALUES, AND A COMMON GOAL CAN UNITE PEOPLE OF DIVERSE BACKGROUNDS AND CULTURES."

## SHARED VALUES, COMMON GOALS,

The Red Dog zinc mine operates on land owned by the NANA Regional Corporation (NANA), an entity wholly owned by the Native people of Northwest Alaska. The actual mine operation is conducted under lease by Teck Cominco, a Canadian resource development company. Cominco Ltd. was the original operating partner at Red Dog, prior to merging with Teck Corporation in 2001.

NANA and Cominco became partners in the Red Dog project through a unique