

## AND EXCEPTIONAL RESULTS

development agreement, which assured environmental protection and economic benefits to the Native people through the development of the world's largest zinc mine... a model for Native lands and resource development founded on the principles of consensus, cooperation and mutual respect between a mining company and indigenous people.

Exhibit 10 Page 3 of 42

### WHO
- **438** Year-round employees
- **52%** Employees who are also NANA shareholders

### WHAT
- **0.5** Square-mile main ore body
- **96.3** Million tonnes of proven and probable reserves, plus measured and indicated resources
- **1.2** Million tonnes of concentrate produced annually
- **10%** Share of worldwide supply of zinc concentrate
- **17.6%** Average zinc grade
- **4.7%** Average lead grade
- **2.9** Ounces of silver per tonne

### VALUES (IN MILLIONS)
- **$721.4** Capital construction cost through 2004
- **$13.7** Mine royalties paid to NANA in 2004
- **$98.5** Total royalties paid to NANA from 1982 to 2004
- **$6.1** Payment to the Northwest Arctic Borough in 2004
- **$49.5** Payments to the Northwest Arctic Borough from 1998 to 2004
- **$15** Shareholder wages paid annually

### WHERE
- **90** miles north of Kotzebue
- **55** miles east of the Chukchi Sea
- **100** miles above the Arctic Circle

### WHEN
- **1968** Possible mineral deposits discovered at future mine site
- **1971** Alaska Native Claims Settlement Act (ANCSA) entitles Native corporations to land allotments
- **1975** Bureau of Mines names Red Dog, confirms large deposit
- **1980** First exploratory drilling of deposit
- **1980** NANA selects 120-square-mile block of land surrounding Red Dog deposit, under terms of ANCSA (1971)
- **1982** Cominco and NANA sign development agreement
- **1986** Site development begins
- **1989** December: Red Dog production begins
- **1996** April: Production Rate Increase (PRI) expansion project begins
- **1998** September: $200-million PRI project completed, production jumps 40%
- **2001** Cominco Ltd. merges with Teck Corporation
- **2001** Second expansion, Mill Optimization Project, completed
- **2003** Red Dog mills 3.2 million tonnes of ore from the zone and produces 1.3 million tonnes of concentrate —1.05 mt zinc and 200,000 t lead

231



# THE RED DOG MINE

## THE RICHEST ZINC MINE IN THE WORLD

When the ancestors of Northwestern Alaska's Iñupiat people hunted the upper drainage of the Wulik River, they were unaware of the great treasure hidden beneath their feet — a vast deposit of zinc, lead and silver, which would come to be known as Red Dog.

Now the largest zinc mine in the world, Red Dog is the culmination of a visionary and fruitful alliance between Alaska Natives, a world-class mining company and various levels of government.

A joint venture between NANA Regional Corporation and Teck Cominco, the Red Dog project demonstrates that mining can be compatible with Iñupiat values and sustainable development. The mine also shows how modern industry can successfully develop and integrate a local workforce, in this case the Iñupiat people, who pursue a traditional lifestyle while enjoying the benefits of employment and modern vocational training.

Above all, the story of Red Dog confirms that mutual respect, shared values and a common goal can unite people of diverse backgrounds and cultures and inspire them to significant, wide-ranging and mutually beneficial achievement.

## A MAJOR ZINC/LEAD/SILVER DEPOSIT

The Red Dog ore body is one of the world's most significant zinc deposits, containing a number of ore bodies. The mine is located in Alaska's Northwest Arctic Borough, in the DeLong Mountains of the western Brooks Range, 90 miles north of Kotzebue and 55 miles from the Chukchi Sea.

In 2003, the site's proven and probable reserves plus measured and indicated resources amounted to 90.6 million tonnes, containing 17.9 percent zinc and 4.7 percent lead, as well as 2.8 ounces/tonnes of silver. In addition, Red Dog also contains 37.1 million tonnes of inferred resources. The entire deposit lies inside a relatively small area (one mile by one-half mile). The deposit is essentially flat-lying and at the surface, making open-pit mining the extraction method of choice.





232

## DISCOVERY AND CONFIRMATION

In 1968, Bob Baker, a bush pilot and prospector from Kotzebue, Alaska, brought the area to the attention of Irving Tailleur of the U.S. Geological Survey (USGS). Always on the lookout for mineral prospects, Baker had noticed a distinctive rusty coloring in a creek that cuts through the deposit, but he could not access the site with his fixed-wing aircraft. Tailleur, who was mapping the region, visited the area and immediately noticed abundant barite, black chert, siliceous sinter and iron oxide staining. His rock samples also indicated significant zinc and lead mineralization. Tailleur's findings, and the apparent similarities between this site and other large zinc/lead deposits around the world, were published by the USGS in a 1970 report. Five years later, the Bureau of Mines confirmed that the site contained a substantial deposit.



### RED DOG GETS ITS NAME

Interestingly, the name "Red Dog Creek" coined by Irving Tailleur of the USGS, was not a reference to the rusty coloration of the creek. It referred instead to Bob Baker's Red Dog Mining Company, which in turn was inspired by a pet dog, "Red," that Baker frequently took flying with him.



*Red Dog Mine produces six percent of the world's zinc supply. Zinc is used to coat iron and steel, and it is also an essential trace element in the human body, helping to metabolize carbon dioxide in red blood cells.*

233



Joint development of the Red Dog project formally began in 1982, with the signing of an agreement between NANA Regional Corporation, Inc. and Cominco Ltd., a Canadian mining company with considerable experience working in the Arctic. The agreement was a progressive and visionary covenant, based on a cooperative long-term partnership that continues to strengthen and evolve.

# PARTNERS IN A LANDMARK AGREEMENT

## NANA VALUES

The Iñupiat culture emphasizes close family and community ties, and a deep respect for nature. These values are infused in every aspect of Iñupiat life.

- Building business relationships. To work productively with the Iñupiat, business partners must recognize and respect a value system that honors cooperation, humility and individual integrity.

- The Iñupiat Ilitqusiat encapsulates this ancient culture's core values. The word Iñupiat means the real people, and Ilitqusiat refers to the inner spirit that makes each person unique.

## NANA: KEEPERS OF THE LAND

The NANA Regional Corporation, Inc. is a multi-million-dollar corporation, with investments in ventures ranging from mining and oil industry services, to hotels, engineering, facilities management and government contracting. The corporation is fully owned by the Native people of Northwest Alaska.

The NANA board of directors is selected by shareholders charged with the dual responsibilities of meeting the shareholders' needs and operating as a financially profitable corporation. Above and beyond these duties, NANA's primary mandate is to preserve the land base, resources and culture of the Iñupiat people through strategic short- and long-term investment initiatives.

## HISTORY

Alaska Native land claims were settled in 1971, when the Native population of Alaska was awarded 44 million acres of land and $962.5 million in cash. Thirteen regional corporations and over 200 village corporations were created to receive title to the lands and to provide responsible management of the financial settlement. Eligible Alaska Natives, with at least 25 percent Indian, Eskimo or Aleut blood, were enrolled as shareholders of the appropriate Native corporations. The Iñupiat people of the Northwest Arctic became members of NANA Regional Corporation. Today, there are more than 80,000 Alaska Natives; nearly 11,000 are Iñupiat Eskimo shareholders of NANA.

## THE NANA REGION

The Arctic Circle crosses through the NANA region, which is home to 7,300 people in an area roughly the size of Indiana (36,000 square miles). Numerous rivers from surrounding mountain ranges thread the region, and the terrain varies dramatically from mountains and sand dunes to tundra and boreal forests. Much of the region has been taken up by national parks, monuments and wildlife refuges. Breathtakingly beautiful, the NANA homelands can also be harsh and unforgiving. Winters are long and cold, with temperatures frequently plunging to minus 30 degrees Fahrenheit. Summers, though short, are sunny and comparatively warm.

NANA's regional boundaries are identical to those of the Northwest Arctic Borough,

