Exhibit ___B___ page 29 of 42



*...their ancestors have for ...nturies, the Iñupiat of the NANA region rely heavily on subsistence hunting, fishing ...d gathering. Subsistence ...tivities are not just an ...conomic necessity—they ...so bear a strong cultural ...d social significance.*

which has authority over education, taxation, planning, and zoning. The hub of the borough is the village of Kotzebue (Kikiktagruk) on Kotzebue Sound. The community has a population of 3,600 and serves as the regional center for 10 coastal river and interior villages, each with its own tribal government. Village populations vary from 100 to 800 people.

## PROTECTING LAND AND CULTURE

For over 10,000 years, Northwest Alaska was inhabited by the ancestors of the Iñupiat, and other indigenous groups who subsequently migrated south and east into Canada and the United States. Today, the vast majority of regional inhabitants are Iñupiat, making the NANA region distinct from other areas of Alaska, where various groups of Indians, Aleuts and Eskimos intermarried, blurring cultural distinctions. The dominance of this single indigenous group has given the NANA region an unusually high degree of unity.

As their ancestors have for centuries, the Iñupiat of this region rely heavily on subsistence hunting and fishing, and for most families, the household economy is a mix of hunting, fishing and part-time or seasonal jobs. Subsistence activities are not just an economic necessity—they also bear a strong cultural and social significance. Dependence on the land is a traditional way of life for the Iñupiat people, and the continuation of that relationship is a vital element of cultural identity and values. All of these factors give the Iñupiat a significant incentive to protect the region's natural resources.

## INUPIAT ILITQUSIAT

*Every Iñupiat is responsible to all other Iñupiat for the survival of our cultural spirit and the values and traditions through which it survives. Through our extended family we retain, teach and live our Iñupiat way. With guidance and support from elders, we must teach our children Iñupiat values.*

**Knowledge of Language**
**Sharing**
**Respect for Others**
**Love for Children**
**Cooperation**
**Hard Work**
**Respect for Elders**
**Knowledge of ...**
**...**
**Spirituality**
**Humor**
**Family Roles**
**Hunter Success**
**Domestic Skills**
**Humility**
**Responsibility**
**To Tribe**

*Our understanding of our universe and our place in it is our belief in God and a respect for all His creations.*



Exhibit ___C___ Page 1 of ...



The original partner in the Red Dog project, Cominco Ltd., merged with Teck Corporation in 2001. The resulting entity, Teck Cominco Limited, is a natural resources company, active in mineral exploration, mining, smelting and refining. Based in Canada, Teck Cominco Limited is the world's largest zinc-

# TECK COMINCO LIMITED: A WORTHY PARTNER

mining company. In addition to zinc mining and refining, the corporation also deals in lead, copper, silver, gold, cadmium, bismuth and coal.



Exhibit ___B___ page 31 of 42

## EARLY INTEREST

In 1975, Cominco became interested in the Red Dog deposit. A team of company geologists was sent to study the potential of the original find. In the field, the geologists encountered a very familiar formation: large zinc and lead deposits in sedimentary rock. Since Cominco's exploration strategy placed a high priority on these metals, the discovery of a major deposit was of great importance. After the 1975 expedition, Cominco geologists returned each year to explore the area in more detail.

## DEVELOPMENT DECISIONS

Meanwhile, aware of the mining industry's growing interest in the Red Dog deposit, NANA officials held an extended series of village meetings to discuss the potential ramifications of a mine in the NANA region. Some shareholders expressed concerns about development occurring in the very heart of a wilderness that had sustained the Iñupiat for thousands of years.

However, a majority of NANA members wished to realize the benefits of a modern cash economy—using snow machines, rifles, boats, and clothing to improve their subsistence lifestyle. To the Iñupiat of the late 20th century, receiving paychecks was proving to be as important as hunting game. Although the Iñupiat had lived in the region for millennia, the Alaska



Exhibit __B__ page 32 of 42



*The agreement's objectives were clearly defined: to develop one of the richest zinc deposits in the world; provide employment; and protect the subsistence lifestyle of the people in the region.*

Native Claims Settlement Act of 1971 contained the first provisions for legal ownership of the land. The Act's land-allotment system allowed NANA to choose from a wide range of available public lands. In 1980, NANA exercised its right to take ownership of a certain 120-square-mile parcel, which included the Red Dog deposit.

## COMING TO TERMS

Cominco was not the only company interested in the Red Dog site, but NANA was fully aware of Cominco's reputation, emphasis on zinc mining and experience working in cold climates. Cominco had also established a bidding interest in the area by staking a number of mineral claims.

Both NANA and Cominco claimed the site, but the deposit was of no value unless developed, and development couldn't proceed without NANA's permission. So a long period of meetings and negotiations ensued to resolve issues between NANA and Cominco.

In 1982, Cominco and NANA agreed to a lease with wide-ranging terms. This landmark agreement contained significant provisions and commitments covering the development and life of the mine. Under the terms of the agreement, Cominco agreed to finance, construct and operate the mine and mill and then market the concentrates produced. Cominco also assumed responsibility for employing and training NANA share-holders to staff the mining operation.

Upon signing, NANA received