LAW OFFICES OF
**KENNETH L. COVELL**
712 8TH AVENUE
FAIRBANKS, ALASKA 99701

PHONE (907) 452-4377
FAX (907) 451-7802

KENNETH L. COVELL

March 10, 2008

Mr. Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, AK 99501
Fax: 1-907-277-4352

Mr. Tom Daniel
Perkins Coie LLP
1029 W. 3rd Avenue Suite 300
Anchorage, AK 99501
Fax: 1-907-276-3108

RE: Exhibits

Dear Sirs,

Today is March 10th, 2008. I hope to have oral argument on the Motion for Order of Rule of Law sometime in the next three or four weeks. I will be out of the jurisdiction for the week of March 10th. Please advise if you will admit that the documents in exhibits 4, 5, 6, 9 and 10 to plaintiff's Motion for Order of Rule of Law are authentic or in the alternative advise when the appropriate records custodians for each of these documents would be available for telephonic depositions in advance of any oral argument that might be set in this matter. I will be available after March 17th and depending on where such custodians may be, I will need to fax copies of the documents for the deposition. These documents are also described at paragraph 13 of the Declaration of Emily Starr Ripple which I have attached.

Sincerely,

THE LAW OFFICE OF KENNETH L. COVELL

Renee Kimble for Kenneth L. Covell
KLC/rk

Attachments: Declaration of Emily Starr Ripple

KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiff, | ) |
| vs. | ) |
| TECK COMINCO ALASKA, INC., | ) |
| Defendant. | ) |
| vs. | ) |
| NANA REGIONAL CORPORATION, | ) |
| Intervenor. | ) |
| | ) Case No. 4:06-CV-00015 RRB |

## DECLARATION OF EMILY STARR RIPPLE

1. I was employed by the Law Office of Kenneth L. Covell from May, 2006 thru August, 2007 as a Paralegal, Legal Secretary and Office Manager.

2. During my employment I performed research on Teck Cominco Alaska Incorporated ("TECK"), Red Dog Mine, the NANA Regional Corporation, and the NANA Development Corporation, using the Internet.

3. The documents I located were later used as Exhibits to Points and Authorities Supporting a Motion for Order of Rule of Law of the Case, filed at docket no. 64, by Gregg Conitz, on October 2nd, 2007.

4. In TECK's Motion to Strike Conitz Exhibits, filed at Docket No. 105, TECK states, "Documents which have not had a proper foundation laid to authenticate them cannot support a motion for summary judgment." The Exhibits TECK moved to strike where in fact Exhibits to Points and Authorities Supporting a Motion for Order of Rule of Law of the Case, which is in fact not a Motion for Summary Judgment. In light of the foregoing, TECK's Motion is not fully founded.

5. Additionally, TECK cites Fed. R. Civ. P. 56(e), as grounds for striking Conitz's Exhibits. A brief review of Rule 56 shows it to pertain to Summary Judgment, which docket no. 64 is not.

6. During the month of August, 2007 I did extensive internet research, including but not limited to a thorough review of the company and project websites for TECK, Red Dog Mine, NANA Regional Corporation, and NANA Development Corporation, in connection with the above referenced matter.

7. Each website has been created and is maintained by its respective corporation.

8. Each website contained vast and varied information which I found to be relevant to the litigation of the instant action.

9. Each of the above referenced Exhibits were submitted to TECK and NANA on or about August 29th, 2007 as additional discovery material, more specifically bates number 224 through 282.

10. After several conversations and e-communications between Attorney Halloran and Attorney Covell, these materials were never objected to as discovery.

11. Exhibits 4, 5, 6, 9, and 10 were each, individually obtained, from the corporate websites of NANA Regional Corporation and NANA Development Corporation.

12. Each exhibit contained the website address from which it was obtained.

13. For clarification and ease of use, the specific web addresses are as follows:

Exh. 4:  http://nana.com/pdfs/NANA%20and%20Mining.pdf
Exh. 5:  http://www.nana.com/ndcenews/mariegreenespeech.html
Exh. 6:  http://nana.com/pdfs/HunterSpecialEdition2007.pdf
Exh. 9:  http://nana.com/pdfs/8678_NANA_Combo_Fact_Sheet.pdf
Exh. 10: http://www.nana.com/pdfs/NANA%20Red%20Dog%20Brochure.pdf

Conitz v. Teck Cominco, Case No. 4:06-CV-00015 RRB
Declaration of Emily S. Ripple
Page 3 of 4

14. Exhibits 4, 5, 6, 9, and 10 (obtained from the website in August of 2007) are the exact same as what is currently obtainable from NANA's website as of my last attempt on or about January 31, 2008.

15. Pursuant to Fed. R. Civ. P. 56(g), this Declaration is submitted in good faith and not for the purpose of creating delay.

## DECLARATION

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 21, 2008.

_____
Emily S. Ripple

CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel - TDaniel@perkinscoie.com

Dated: 02/21/2008

By: /s/ Renee Kimble
    Renee Kimble for Kenneth L. Covell

Conitz v. Teck Cominco, Case No. 4:06-CV-00015 RRB
Declaration of Emily S. Ripple
Page 4 of 4