Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
kcovell@gci.net
(907) 452-4377 telephone
(907) 451-7802 fax

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONTIZ, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
|     Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| NANA REGIONAL CORPORATION ) | |
| ) | |
| ) | |
|     Intervenor ) | |
| ) Case No. 4:06-CV-00015 RRB | |

**DECLARATION OF KENNETH L. COVELL**

    1.  I make this Declaration in support of Plaintiff's Supplemental Pleading Concerning the authenticity of Exhibits 4, 5, 6, 9 and 10 to Plaintiff's Motion for Order of Rule of Law of the Case, filed at docket no. 64, on October 2nd, 2007.

2. Exhibits 4, 5, 6, 9, and 10 were found and verified by counsel's employees (Emily Starr Ripple and Patrick Keber) on the internet at the following described locations:

Ex. 4:http://nana.com/pdfs/NANA%20and%20Mining.pdf

Ex. 5:http://www.nana.com/ndcenews/mariegreenespeech.html

Ex. 6:http://nana.com/pdfs/HunterSpecialEdition2007.pdf

Ex. 9:http://nana.com/pdfs/8678_NANA_Combo_Fact_Sheet.pdf

Ex. 10:http://www.nana.com/pdfs/NANA%20Red%20Dog%20Brochure.pdf

3. Ms. Ripple and Mr. Keber both informed me that the above mentioned documents were at the date of their Declarations still found at the above listed websites.

4. Additionally Mr. Keber informed me that he ascertained who published the websites and what date those websites were published.

5. I have examined the names websites myself listed in an attempt to ascertain the publishers and they all seem to contain the name NANA and all would seem to be sponsored by NANA. These documents appeared to me to be authentic publications of NANA Regional Corporation and/or a NANA subsidiary.

6. I further noticed upon examination of Exhibit 10 that if printed on paper this would appear to be a Public Relations type document that further appears to be a a joint publication of NANA Regional Corporation and Teck Cominco.

    7.    I provided copies of the above mentioned exhibits to defendant(s) in this case on or about August 29th, 2007 in Discovery (Pages 224-282) and to date have received no objection concerning these documents.

    8.    I requested on or about March 3rd, 2008 from defendant(s) Discovery regarding the above mentioned documents.

    9.    On March 5th, 2008 I wrote a letter to Mr. Daniel regarding his disclosure of January 16th, 2008 asking that he comply with FRCP 26(a).

    10.    I also in a letter dated March 10th, 2008 to Mr. Daniel and Mr. Halloran asked for admission regarding the authenticity of these documents.

    11.    Pursuant to Fed. R. Civ. P. 56(g), this Declaration is submitted in good faith and not for the purpose of creating delay.

### **DECLARATION**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 12th, 2008

/s/Kenneth L. Covell__
    Kenneth L. Covell

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Declaration of Kenneth L. Covell
Page 3 of 3

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served Electronically, via ECF to the following
attorney(s) and/or parties of record:

Sean Halloran
Thomas Daniel

Dated: 03-12/08
By: /s/ Kenneth L. Covell
        Kenneth L. Covell