Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska  99701
kcovell@qci.net
(907) 452-4377 telephone
(907) 451-7802 fax

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>      Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC.,<br><br>      Defendant,<br><br>vs.<br><br>NANA REGIONAL CORPORATION<br><br>      Intervenor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:06-CV-00015 RRB |

## DECLARATION OF PATRICK M. KEBER

1.  I am eighteen years of age or older.

2.  On or about March 7th, 2008 I took the Declaration of Emily Starr Ripple dated February 21, 2008 and looked up the websites listed in paragraph 13. I compared those websites with the documents attached to plaintiff's Motion for Order of Rule of Law, specifically exhibits 4, 5, 6, 9 & 10 and found on each of

those listed websites the materials identical to the exhibits attached to the motion.

3. I attempted to ascertain what entity may have sponsored the websites listed on paragraph 13 of the Declaration of Emily Starr Ripple dated February 21, 2008. I was able to ascertain that three of the five appear to be sponsored by NANA Regional Corporation. Those being exhibits 5, 9 and 10. Further I was able to establish what appeared to be the publishing dates of those websites listed in paragraph 13 of Ms. Ripple's Declaration of February 21, 2008.

| Exhibit No. | Published By | Date Published |
|---|---|---|
| 4 | Unable to ascertain | 11/19/2003 |
| 5 | NANA Regional Corp. | 03/07/2008 |
| 6 | Unable to ascertain | 06/29/2007 |
| 9 | NANA Regional Corp. | 03/26/2007 |
| 10 | NANA Regional Corp. | 03/29/2004 |

4. I was not able to ascertain the publisher of the web pages of exhibits 4 and 6, between NANA Regional Corporation and NANA Development Corporation that Ms. Ripple refers to in her Declaration of February 21, 2008; as all the websites have NANA in the title and all seem to be official publications of a NANA entity, perhaps NANA Regional Corporation and/or NANA Development Corporation.

5. Attached are copies of the Exhibits from Plaintiffs Motion for Order of Rule of Law that I have examined and I declare that these copies are the same as the ones I observed on the websites March 7th, 2008 and in Ms. Ripple's Declaration of February, 21, 2008.

6. Pursuant to Fed. R. Civ. P. 56(g), this Declaration is submitted in good faith and not for the purpose of creating delay.

## DECLARATION

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 12, 2008

**Patrick M. Keber**

CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been
Served Electronically, via ECF to the following
attorney(s) and/or parties of record:

Sean Halloran
Thomas Daniel

Dated: 03-12/08
By: /s/ Kenneth L. Covell
        Kenneth L. Covell

*Conitz v. Teck Cominco*, Case No. 4:06-CV-00015 RRB
**Declaration of Patrick Keber**
Page 3 of 3