# Red Dog Mine

## NANA Develops World's Largest Zinc Mine

The Red Dog Mine on NANA-owned lands in Northwest Alaska is the world's largest zinc mine. The ore is of exceptional quality consisting of 17.1% zinc, 5% lead, and 2.4 ounces silver per ton. Zinc is the most important metal for Red Dog, however, producing about 80% of revenues. Red Dog has been producing since 1989.

Although the mine is large and the quality of its ore is very high, the mine faces unusual economic challenges and has been facing unusually adverse market conditions in recent years.

### Facing Economic Challenges

Red Dog is in a remote location in the DeLong Mountains 90 miles north of Kotzebue. Ore is mined year-around and is trucked 55 miles to a port on the Chukchi Sea coast, where it is stored for shipment during the summer when the Bering Strait and the Chukchi Sea are ice-free and open for navigation. Shipments can be made only about four months a year, when ships can reach the port area. Even then, because of shallow water near the coast, the ore must be "lightered," or transferred in small barges with tugs, from the port out to ships waiting offshore in deeper waters.

In this sense, Red Dog faces an economic challenge similar to Alaska's North Slope oil fields. Both are major producers of resources, but both are at the end of long and costly transportation systems, which, in times of low prices for oil or zinc, put them at a competitive disadvantage. This has been the case for the North Slope at times, and it is the case with Red Dog recently.

The mine is, however, a tremendously important asset for Alaska as well as for NANA. Not only is Red Dog now one of the major employers in the Northwest region, but its employment and other economic benefits extend to other parts of Alaska. Red Dog employees, some of them NANA shareholders, live in Anchorage and the Matanuska Susitna Borough as well as in communities within the Northwest Arctic Borough.

### Large Mines Work For Alaska

For Alaska, Red Dog is important in other ways. It has demonstrated, for one thing, that a large mine can be successfully brought into production in a remote area of Alaska and in partnership with local people. NANA's success in developing Red Dog, in partnership with Teck Cominco, Ltd., has encouraged the mining industry to explore in Alaska. It has also been an inspiration for other Alaska Native corporations to encourage mineral exploration on their lands. People in the Calista region of southwest Alaska, for example, hope to duplicate the "Red Dog model" in development of a large gold mine at Donlin Creek, on lands owned by Calista Corporation.

Red Dog also has stimulated more exploration in Northwest Alaska on lands owned by NANA, the State, and Arctic Slope Regional Corporation for other minerals. Several additional deposits of zinc — potential future mines — have already been found near or in the vicinity of the present mine.

Geologists now believe that the DeLong Mountains of the western Brooks Range could become one of the world's major zinc producing regions. There are now enough known resources in the immediate mine area to support 50 years of production. If new ore deposits that have been discovered are developed into mines, and the region's geology lives up to its promise for more discoveries, the Red Dog region could be producing zinc and lead for 100 years or more.

### A National Park, If Not For NANA

Signs of mineralization in the Red Dog area were first noticed by local bush

## Red Dog Mine

pilot Bob Baker in the late 1960s. Baker told scientists with the U.S. Geological Survey about discoloration in rocks he had seen. The USGS investigated the area and published a report that stimulated exploration by mining companies, among them Cominco (the company has since become Teck Cominco, through a merger).

The key to Red Dog's successful development, however, was the decision by NANA and its people to select the land at Red Dog so it is privately-owned. Without NANA's action the world's largest known deposit of zinc would today be part of a national park.

The Alaska Native Claims Settlement Act of 1971 gave NANA the right to select lands from federal lands within its region. But at the same time the claims act was being used by the government to begin a process of creating new national parks, wildlife refuges, wild and scenic rivers, and national forests from hundreds of millions of acres of federal public domain lands in Alaska. That process was completed in 1980 with creation of large new parks, refuges and other national conservation land units in the Alaska National Interest Lands and Conservation Act. Had NANA not selected the Red Dog area, it would have been placed in the Noatak National Preserve.

### NANA Elders Encourage Mining

It wasn't a certainty that mining would be an important industry in the region, however. The primary concern of NANA's shareholders has always been protection of subsistence and the lands that support fish and game resources on which subsistence depend. It was known that there was mineral potential in the region, including at Red Dog, but in the 1970s, as NANA was being formed, shareholders were divided about mining. It was through a series of shareholder meetings that a decision was made to encourage mining. Although subsistence was a prime concern, many elders spoke during these meetings to the need to encourage development to create jobs and a sustainable economy in the region.

### Cominco Becomes A Partner

Based on the directive from shareholders, NANA began the process of selecting an industry partner to explore and develop the Red Dog deposit. Several companies were interviewed, but Cominco was eventually selected because of its experience in developing mines in northern Canada and its success in working with local people at those projects. Because Red Dog is primarily a zinc deposit, NANA also felt it was an advantage to have a partner like Cominco, which is experienced in the zinc mining, smelting, and marketing business.

For its part, Cominco recognized that Red Dog was a very large and rich zinc ore body and that the region has potential for other zinc discoveries. Because Cominco is one of the world's largest zinc metal producers, the company felt it needed to be involved in Red Dog, which has subsequently become the world's largest zinc mine.

Cominco also agreed to a contract clause that was very unusual in the mining industry. Because protection of subsistence is the region's highest priority, a subsistence committee, made up of elders from Noatak and Kivalina, the two nearest villages to the mine, advise the mine managers and can recommend that mining operations be shut down if subsistence resources are adversely affected, such as during the annual caribou migrations. The company also agreed to NANA's long-term goal for shareholder employment at the mine: 100% of the mine workforce (to date, shareholder employment has reached 60%). It was recognized that achieving these goals would require a substantial long-term commitment to support training and education on the part of both Cominco and NANA.

Exhibit 4 Page 2 of 5

# Red Dog Mine

## Red Dog Meets More Challenges

Even after Cominco was chosen as NANA's partner, there were still challenges. One was that the best route for the road from the mine to a port site on the Chukchi Sea was through Cape Krusenstern National Monument. Through a land exchange, which required an act of Congress, NANA was able to secure a road corridor through the monument. Securing permission for an industrial road through a national park was no small accomplishment given the political environment in Congress at the time.

There were other challenges. As big a company as it was, Cominco at the time could not take on the financing of the mine in addition to the 60-mile access road and construction of a port site. At the time, the transportation infrastructure represented 40% of the overall capital investment needed to develop the mine. This is an unusually high burden for a mining project. At Cominco's mines in northern Canada transportation infrastructure represented about 10% of capital investment. Mines elsewhere in the world are typically near roads, rail links, and ports, or the government helps in providing the infrastructure.

## State Support Requested

The decision was made in 1985 to ask the State of Alaska to come in as a partner, to finance and own the road and the port. Red Dog would pay for this through user fees, and as a public facility, the infrastructure can be used to support other development or as a regional port for local communities. Although a unique project for Alaska, such public-private partnerships in transportation development are common in Canada and elsewhere. The vehicle for the State's participation was the Alaska Industrial Development and Export Authority. AIDEA's participation in the project required approval of the State Legislature.

Although the state government viewed Red Dog development favorably, approval of its financial participation was not a foregone conclusion. In 1985, the State was pulling back from some early unsuccessful experiments in State-sponsored economic development. Based on these experiences, some at the time argued that development projects should be left entirely to the private sector. Also, AIDEA, the State's development authority, had never tackled anything as large as the Red Dog road and port.

Participation by AIDEA was ultimately approved. The authority issued $103 million in revenue bonds in 1987 to finance development of the port and road and another $150 million in bonds in 1997 to finance an expansion project. Red Dog is now considered the state's most successful economic development project.

## Markets Are Our Most Serious Challenge

Although the mine has been successful in boosting the Northwest Alaska economy, it has not been as successful has was hoped by Cominco, primarily because of low zinc prices. The mine had been planned with a premise that zinc prices would be in the range of 60 cents per pound or higher, which projections in the early 1980s indicated were likely. A number of unexpected events coincided to drive zinc prices down, however.

First was the sudden and unexpected dissolution of the Soviet Union, which led to dumping of zinc stockpiles by many former Soviet Republics. This had a depressing effect on metal prices. This was followed by the economic implosion of several previously fast-growing Asian countries. Added to the economic stagnation in Japan and Europe, which previously existed, industrial demand for zinc fell.

Cominco's response to the market condition was a decision to invest in added capacity at Red Dog and expand

Exhibit 4 Page 3 of 5

226

## Red Dog Mine

production. This would lower the incremental costs of producing lead and zinc, increasing profitability. A Production Rate Increase (PRI) project was approved which involved additional investments by the company and AIDEA to expand capacity of the ore processing mill and the port. NANA approved the PRI project, and it was completed in 2000. The PRI project has enabled Red Dog to boost its annual production of concentrates from about 700,000 tons per year to over one million tons per year.

NANA was initially concerned with the proposal by Cominco to increase production because without more ore discoveries it would have led to faster depletion of reserves. Fortunately, Cominco's exploration program has been successful and more reserves have been found.

More recently, however, economic slowdown in the U.S. and continued stagnation in Asia and Europe have depressed industrial demand for zinc even further. In 2002 and 2003, zinc prices have been at historic low levels — roughly half, in inflation-adjusted prices, of what Cominco had expected when the mine was planned.

Red Dog has experienced an operating loss at the mine over the last two years. While it is unlikely production will be suspended at the mine, the company has been cutting costs wherever it can. Because production royalty payments are based on market prices, revenues to NANA and to other Alaska Native corporations through 7i revenue sharing also are reduced.

### Maintaining Faith In Red Dog

Despite the mine's current problems, Cominco, NANA, and AIDEA are convinced that better times are ahead. For one thing, Red Dog is today the largest and lowest-cost (on a unit of production basis) zinc mine in the world. Low zinc prices result not only from low demand but also excess supply. There are still many other mines that are producing zinc, and all of them are higher-cost and have less reserves than Red Dog. Even if demand continues at relatively low levels, over time these competing, higher-cost producers will close, reducing the excess supply and raising prices.

NANA and its partners, Teck Cominco and AIDEA, also are continuing to plan for long-term expansion. If additional mines are to be brought into production, an expansion of the current Chukchi Sea port is needed. The port is now at capacity with production from Red Dog. Production from any one of several possible new developments requires additional port capacity. Also, if the present plan for extending the loading dock at the port into deeper water is approved, costs for shipping all ore will be lowered, which improves competitiveness and profitability of the mines.

Engineering and environmental studies are underway for a possible $160 million expansion of the port. The key part of this is an extension of the load dock out to deep water so ore ships can be loaded directly. This can eliminate the extra handling of ore required by "lightering" with barges and tugs. This is expected to lower costs of loading ore by about half, which will benefit the existing mine. A second benefit is that the dock extension will extend the shipping season. Because the ice forms first in the fall and breaks up last in the spring along the shore, a dock extension will allow ships to be loaded in deeper water, which is free of ice longer.

### NANA And Teck Cominco

From the outset, NANA's relationship with its mining company partner has been premised on more than receiving royalties from production. NANA shareholders were to be trained for mine-related jobs and NANA was to provide support services to the project. Almost from the start of mining, shareholders have made up 50%

Exhibit 4 Page 4 of 5

4
227

## Red Dog Mine

to 60% of Teck Cominco's workforce. Because a NANA subsidiary and joint-venture supplied security, catering, and camp support services, other shareholder jobs were created. In the mid-1990s NANA, through joint-ventures, began operating the transportation support in trucking ore from the mine to the port. When the Production Rate Increase project required construction of additional facilities for the mine, NANA participated in its engineering and construction through a joint-venture. The strategic goal in NANA supplying these services, in addition to shareholders being employed by Teck Cominco, was to create additional high-skill jobs for shareholders and expand the capabilities and experience of NANA's technical-support subsidiaries.

For the future, reaching NANA's ultimate goal of increasing shareholder employment to 100% of the mine workforce will require an ongoing, long-term commitment to education and training. Many jobs at the mine require advanced degrees. NANA and Teck Cominco are now encouraging young shareholders to pursue higher education, and the partners also are working with the Northwest Arctic School District to improve elementary and secondary education in schools in the region.

Exhibit 4 Page 5 of 5

228