TECK / NANA / NANA REGIONAL CORPORATION / TECK

# RED DOG MINE

# TABLE OF CONTENTS

**RED DOG MINE ........ 4**
- The Richest Zinc Mine in the World
- A Major Zinc/Lead/Silver Deposit
- Discovery and Confirmation

**PARTNERS IN A LANDMARK AGREEMENT ........ 6**
- NANA: Keepers of the Land
- NANA Values
- History
- The NANA Region
- Protecting Land and Culture
- Iñupiat Ilitqusiat

**TECK COMINCO LIMITED: A WORTHY PARTNER .. 8**
- Early Interest
- Development Decisions
- Coming to Terms
- A Third Partner

**WORLD-CLASS OPERATIONS ........ 12**
- Reserves and Resources
- Respect for the Environment
- Subsistence Activities
- Not Just Another Fish Story
- Environmental Action
- Red Dog Operations
- Environmental Policy

**A POSITIVE AND LASTING IMPACT ..... 14**
- Red Dog Economics
- A Skilled Workforce
- Investing in People
- Workforce Development
- School-to-Work Partnership
- Advanced Education
- Hometown Hero
- Balancing Prosperity and Tradition
- An Economic Powerhouse

**A SUCCESSFUL PAST, PROMISING FUTURE ........ 18**

> "RED DOG CONFIRMS THAT MUTUAL RESPECT, SHARED VALUES, AND A COMMON GOAL CAN UNITE PEOPLE OF DIVERSE BACKGROUNDS AND CULTURES."

## SHARED VALUES, COMMON GOALS.

The Red Dog zinc mine operates on land owned by the NANA Regional Corporation (NANA), an entity wholly owned by the Native people of Northwest Alaska. The Red Dog mine operations are conducted under lease by Teck Cominco, a Canadian resource development company. "Cominco Ltd." was the original operating partner at Red Dog, prior to merging with Teck Corporation in 2001. NANA and Cominco became partners in the Red Dog project through a unique

Exhibit 10 Page 2 of 20    230



## AND EXCEPTIONAL RESULTS

development agreement which assured environmental protection and economic benefits to Alaska Native people, leading to the development of the world's largest zinc mine. Today, the Red Dog Mine stands as a model of responsible resource development founded on the principles of consensus, cooperation and mutual respect between a mining company and indigenous people.

Exhibit 10 Page 3 of 21

### WHO
- 438 Year round employees
- 52% Employees who are also NANA shareholders

### WHAT
- 0.5 Square-mile main ore body
- 96.3 Million tonnes of proven and probable reserves, plus measured and indicated resources
- 1.2 Million tonnes of concentrate produced annually
- 10% Share of worldwide supply of zinc concentrate
- 17.6% Average zinc grade
- 4.7% Average lead grade
- 2.9 Ounces of silver per tonne

### VALUES (IN MILLIONS)
- $721.4 Capital construction cost through 2004
- $13.7 Mine royalties paid to NANA in 2004
- $98.5 Total royalties paid to NANA from 1982 to 2004
- $6.1 Payment to the Northwest Arctic Borough in 2004
- $49.5 Payments to the Northwest Arctic Borough from 1988 to 2004
- $15 Shareholder wages paid annually

### WHERE
- 90 miles north of Kotzebue
- 55 miles east of the Chukchi Sea
- 100 miles above the Arctic Circle

### WHEN
- 1968 Possible mineral deposits discovered at future mine site
- 1971 Alaska Native Claims Settlement Act (ANCSA) entitles Native corporations to land allotments
- 1975 Bureau of Mines names Red Dog, confirms large deposit
- 1980 First exploratory drilling of deposit
- 1980 NANA selects 120-square-mile block of land surrounding Red Dog deposit, under terms of ANCSA (1971)
- 1982 Cominco and NANA sign development agreement
- 1986 Site development begins
- 1989 December: Red Dog production begins
- 1996 April: Production Rate Increase (PRI) expansion project begins
- 1998 September: $200 million PRI project completed; production jumps 40%
- 2001 Cominco Ltd. merges with Teck Corporation
- 2001 Second expansion, Mill Optimization Project, completed
- 2003 Red Dog mills 3.2 million tonnes of ore from the zone and produces 1.3 million tonnes of concentrate —1.05 mt zinc and 200,000 t lead

231

# THE RED DOG MINE

### THE RICHEST ZINC MINE IN THE WORLD

When the ancestors of Northwestern Alaska's Iñupiat people hunted the upper drainage of the Wulik River, they were unaware of the great treasure hidden beneath their feet —a vast deposit of zinc, lead and silver, which would come to be known as Red Dog.

Now the largest zinc mine in the world, Red Dog is the culmination of a visionary and fruitful alliance between Alaska Natives, a world-class mining company and various levels of government.

A joint venture between NANA Regional Corporation and Teck Cominco, the Red Dog project demonstrates that mining can be compatible with Iñupiat values and sustainable development. The mine also shows how modern industry can successfully develop and integrate a local workforce, in this case the Iñupiat people, who pursue a traditional lifestyle while enjoying the benefits of employment and modern vocational training.

Above all, the story of Red Dog confirms that mutual respect, shared values and a common goal can unite people of diverse backgrounds and cultures and inspire them to significant, wide-ranging, and mutually beneficial achievement.

### A MAJOR ZINC/LEAD/SILVER DEPOSIT

The Red Dog ore body is one of the world's most significant zinc deposits, containing a number of ore bodies. The mine is located in Alaska's Northwest Arctic Borough, in the DeLong Mountains of the western Brooks Range, 90 miles north of Kotzebue and 55 miles from the Chukchi Sea.

In 2003, the site's proven and probable reserves plus measured and indicated resources amounted to 90.6 million tonnes, containing 17.9 percent zinc and 4.7 percent lead, as well as 2.8 ounces/tonnes of silver. In addition, Red Dog also contains 37.1 million tonnes of inferred resources. The entire deposit lies inside a relatively small area (one mile by one-half mile). The deposit is essentially flat-lying and at the surface, making open-pit mining the extraction method of choice.





232