

## DISCOVERY AND CONFIRMATION



In 1968, Bob Baker, a bush pilot and prospector from Kotzebue, Alaska, brought the area to the attention of Irving Tailleur of the U.S. Geological Survey (USGS). Always on the lookout for mineral prospects, Baker had noticed a distinctive rusty coloring in a creek that cuts through the deposit, but he could not access the site with his fixed-wing aircraft. Tailleur, who was mapping the region, visited the area and immediately noticed abundant barite, black chert, siliceous sinter and iron oxide staining. His rock samples also indicated significant zinc and lead mineralization. Tailleur's findings, and the apparent similarities between this site and other large zinc/lead deposits around the world, were published by the USGS in a 1970 report. Five years later, the Bureau of Mines confirmed that the site contained a substantial deposit.

### RED DOG GETS ITS NAME

Interestingly, the name "Red Dog Creek" coined by Irving Tailleur of the USGS, was not a reference to the rusty coloration of the creek. It referred instead to Bob Baker's Red Dog Mining Company, which in turn was inspired by a pet dog, "Red," that Baker frequently took flying with him.



Red Dog Mine produces six percent of the world's zinc supply. Zinc is used to coat iron and steel, and it is also an essential trace element in the human body, helping to metabolize carbon dioxide in red blood cells.

233



Joint development of the Red Dog project formally began in 1982, with the signing of an agreement between NANA Regional Corporation, Inc. and Cominco Ltd., a Canadian mining company with considerable experience working in the Arctic. The agreement was a progressive and visionary covenant, based on a cooperative long-term partnership that continues to strengthen and evolve.

# PARTNERS IN A LANDMARK AGREEMENT

## NANA VALUES

The Iñupiat culture emphasizes close family and community ties, and a deep respect for nature. These values are infused in every aspect of Iñupiat life.

● Doing business relationships. To work productively with the Iñupiat business partners must recognize and respect a value system that honors cooperation, humility and individual integrity.

The Iñupiat Ilitqusiat encapsulates this ancient culture's core values. The word Iñupiat means the real people, and Ilitqusiat is the inner spirit that makes each person unique.

●

## NANA: KEEPERS OF THE LAND

The NANA Regional Corporation, Inc. is a multi-million-dollar corporation, with investments in ventures ranging from mining and oil industry services, to hotels, engineering, facilities management and government contracting. <u>The corporation is fully owned by the Native people of Northwest Alaska.</u>

The NANA board of directors is selected by shareholders charged with the dual responsibilities of meeting the shareholders' needs and operating as a financially profitable corporation. Above and beyond these duties, NANA's primary mandate is to preserve the land base, resources and culture of the Iñupiat people through strategic short- and long-term investment initiatives.

## HISTORY

Alaska Native land claims were settled in 1971, when the Native population of Alaska was awarded 44 million acres of land and $962.5 million in cash. Thirteen regional corporations and over 200 village corporations were created to receive title to the lands and to provide responsible management of the financial settlement. <u>Eligible Alaska Natives, with at least 25 percent Indian, Eskimo or Aleut blood, were enrolled as shareholders of the appropriate Native corporations.</u> The <u>Iñupiat people of the Northwest Arctic became members of NANA Regional Corporation.</u> Today, there are more than 80,000 Alaska Natives; nearly 11,000 are Iñupiat Eskimo shareholders of NANA.

## THE NANA REGION

The Arctic Circle crosses through the NANA region, which is home to 7,300 people in an area roughly the size of Indiana (36,000 square miles). Numerous rivers from surrounding mountain ranges thread the region, and the terrain varies dramatically from mountains and sand dunes to tundra and boreal forests. Much of the region has been taken up by national parks, monuments and wildlife refuges. Breathtakingly beautiful, the NANA homelands can also be harsh and unforgiving. Winters are long and cold, with temperatures frequently plunging to minus 30 degrees Fahrenheit. Summers, though short, are sunny and comparatively warm.

NANA's regional boundaries are identical to those of the Northwest Arctic Borough,



THE NANA REGION

Exhibit 10 Page 100 of 20



As their ancestors have for centuries, the Iñupiat of the NANA region rely heavily on subsistence hunting, fishing and gathering. Subsistence activities are not just an economic necessity—they also bear a strong cultural and social significance.

which has authority over education, taxation, planning, and zoning. The hub of the borough is the village of Kotzebue (Kikiktagruk) on Kotzebue Sound. The community has a population of 3,600 and serves as the regional center for 10 coastal, river and interior villages, each with its own tribal government. Village populations vary from 100 to 800 people.

## PROTECTING LAND AND CULTURE

For over 10,000 years, Northwest Alaska was inhabited by the ancestors of the Iñupiat, and other indigenous groups who subsequently migrated south and east into Canada and the United States. Today, the vast majority of regional inhabitants are Iñupiat, making the NANA region distinct from other areas of Alaska, where various groups of Indians, Aleuts and Eskimos intermarried, blurring cultural distinctions. The dominance of this single indigenous group has given the NANA region an unusually high degree of unity.

As their ancestors have for centuries, the Iñupiat of this region rely heavily on subsistence hunting and fishing, and for most families, the household economy is a mix of hunting, fishing and part-time or seasonal jobs. Subsistence activities are not just an economic necessity—they also bear a strong cultural and social significance. Dependence on the land is a traditional way of life for the Iñupiat people, and the continuation of that relationship is a vital element of cultural identity and values. All of these factors give the Iñupiat a significant incentive to protect the region's natural resources.



## IÑUPIAT ILITQUSIAT

*Every Iñupiat is responsible to all other Iñupiat for the survival of our cultural spirit and the values and traditions through which it survives. Through our extended family we retain, teach and live our Iñupiat way. With guidance and support from elders, we must teach our children Iñupiat values:*

**Knowledge of Language**
**Sharing**
**Respect for Others**
**Love for Children**
**Cooperation**
**Hard Work**
**Respect for Elders**
**Knowledge of Family Tree**
**Avoidance of Conflict**
**Respect for Nature**
**Spirituality**
**Humor**
**Family Roles**
**Hunter Success**
**Domestic Skills**
**Humility**
**Responsibility To Tribe**

*Our understanding of our universe and our place in it is our belief in God and a respect for all His creations.*



The original partner in the Red Dog project, Cominco Ltd., merged with Teck Corporation in 2001. The resulting entity, Teck Cominco Limited, is a natural resources company, active in mineral exploration, mining, smelting and refining. Based in Canada, Teck Cominco Limited is the world's largest zinc-

# TECK COMINCO LIMITED: A WORTHY PARTNER

mining company. In addition to zinc mining and refining, the corporation also deals in lead, copper, silver, gold, cadmium, bismuth and coal.

