## EARLY INTEREST

In 1975, Cominco became interested in the Red Dog deposit. A team of company geologists was sent to study the potential of the original find. In the field, the geologists encountered a very familiar formation: large zinc and lead deposits in sedimentary rock. Since Cominco's exploration strategy placed a high priority on these metals, the discovery of a major deposit was of great importance. After the 1975 expedition, Cominco geologists returned each year to explore the area in more detail.

## DEVELOPMENT DECISIONS

Meanwhile, aware of the mining industry's growing interest in the Red Dog deposit, NANA officials held an extended series of village meetings to discuss the potential ramifications of a mine in the NANA region. Some shareholders expressed concerns about development occurring in the very heart of a wilderness that had sustained the Iñupiat for thousands of years.

However, a majority of NANA members wished to realize the benefits of a modern cash economy—using snow machines, rifles, boats, and clothing to improve their subsistence lifestyle. <u>To the Iñupiat of the late 20th century, receiving paychecks was proving to be as important as hunting game.</u> Although the Iñupiat had lived in the region for millennia, the Alaska





*The agreement's objectives were clearly defined: to develop one of the richest zinc deposits in the world, provide employment, and protect the subsistence lifestyle of the people in the region.*

Native Claims Settlement Act of 1971 contained the first provisions for legal ownership of the land. The Act's land-allotment system allowed NANA to choose from a wide range of available public lands. In 1980, NANA exercised its right to take ownership of a certain 120-square-mile parcel, which included the Red Dog deposit.

## COMING TO TERMS

Cominco was not the only company interested in the Red Dog site, but NANA was fully aware of Cominco's reputation, emphasis on zinc mining and experience working in cold climates. Cominco had also established a binding interest in the area by staking a number of mineral claims.



Both NANA and Cominco claimed the site, but the deposit was of no value unless developed, and development couldn't proceed without NANA's permission. So a long period of meetings and negotiations ensued to resolve issues between NANA and Cominco.

In 1982, Cominco and NANA agreed to a lease with wide-ranging terms. This landmark agreement contained significant provisions and commitments covering the development and life of the mine. Under the terms of the agreement, Cominco agreed to finance, construct and operate the mine and mill and then market the concentrates produced. <u>Cominco also assumed responsibility for employing and training NANA share-holders to staff the mining operation.</u> Upon signing, NANA received

238

$1.5 million. Every year after that, until the mine went into production, NANA received an additional $1.0 million plus a general cost escalation.

Once production began, NANA received 4.5 percent of the net smelter return annually. After Teck Cominco recovers its capital investment, NANA will begin receiving a share of the mine's net proceeds, beginning at 25 percent, and increasing by five percent every five years until NANA and Teck Cominco share equally in the profits.

It has proven to be an excellent pairing: Teck Cominco, a reliable and competent mining operator, and NANA, a responsible and involved landowner.

## A THIRD PARTNER

A third state partner in the project is the state of Alaska. The Cominco Transportation System was financed and built by the Alaska Industrial Development and Export Authority (AIDEA) through user fees. Teck Cominco is repaying (with interest) the state's investment in the access road and seaport facility. In 1999, AIDEA also financed an $85 million expansion of the original port facility. The state will recover this investment through increased tolls on shipped concentrate.



*State officials consistently point to Red Dog as a model of cooperation between government, Alaska Natives, and industry—resulting in responsible development of natural resources, a stronger economic base and regional job opportunities.*

239



*Sam Hill (left) and Jason Rutman inspect a high-tech dust monitor. Like many NANA shareholders, both men used Red Dog scholarship programs to pursue careers in environmental science and technology.*

# WORLD-CLASS OPERATIONS

*A significant achievement in terms of engineering and collaborative effort, the Red Dog Mine began operating in late 1989. The largest zinc mine in the Western world, Red Dog processes 3.2 million tonnes of ore a year.*

## RESERVES AND RESOURCES

Red Dog began with a 40-year supply of known reserves. Subsequent exploratory drilling has added significantly to the probable reserves at Red Dog. The Aqqaluk site, just north of the main deposit, contains more than 50-million tonnes, averaging 16.5 percent zinc. Paalaaq, an inferred underground resource north of Aqqaluk, holds 13 million tonnes, at 15 percent zinc.

In 1999, drilling was extended beyond the immediate Red Dog area. The Anarraaq, another inferred underground target, was discovered seven miles northwest of the main pit. This resource contains an estimated 17 million tonnes, averaging 15.8 percent zinc.

Recent exploration activity has focused on areas north of Anarraaq. While no additional discoveries have been made, confidence remains high that additional zinc resources are present. With such extensive reserves and resources, the site can continue providing economic benefits for decades to come.

## RESPECT FOR THE ENVIRONMENT

Both NANA and Teck Cominco are concerned with protecting the environment and the subsistence lifestyle of the Iñupiat people. Red Dog's goal is to be the environmental model for the mining industry.

## SUBSISTENCE ACTIVITIES

From the very start, the Subsistence Advisory Committee has played an important role in the environmental life of the mine. One of the committee's first tasks was to select the route for the road from the minesite to the port—a pathway that generally avoids important caribou migration paths, fish spawning areas and waterfowl nesting sites.

The committee is composed of eight NANA shareholders from the neighboring villages of Kivalina and Noatak. Among other activities, the committee directs a regional caribou-monitoring program. During caribou migrations, the committee is empowered to request closure of the haul road to reduce potential risks to the herd.

Another example of environmental cooperation is the careful scheduling of shipping to minimize possible effects on traditional whale and seal hunts carried out by the people of Kivalina. Discussions are held annually with the whaling crews, and schedules are devised to meet the needs of all parties.

### NOT JUST ANOTHER FISH STORY

Something fishy is going on in the creeks around Red Dog Mine—a report by the Alaska Department of Fish and Game noted that fish are using reaches of the Red Dog Creek system that were previously uninhabitable. Before any mining began, environmental studies found that creek water was very acidic, with high concentrations of heavy metals due to contact with the Red Dog deposit.

Since then, the Red Dog Mine's efforts to protect the creek from the natural influences of the orebody and ongoing mining activity have significantly improved water quality. The mine's water management and treatment programs included an $11 million diversion ditch and a system to collect and treat water containing heavy metals. As a result, Red Dog Creek is now environmentally healthier than it was before mining began, and fish are using more reaches of the creek.



Exhibit \_\_ Page \_\_ of \_\_