## RED DOG OPERATIONS ENVIRONMENTAL POLICY

Teck Cominco Alaska, Incorporated recognizes that protection of subsistence resources and sound environmental performance are essential. In order to minimize the impact of the operation on subsistence resources and on the environment, Red Dog Operations will:
- reduce waste and minimize pollution;
- continually improve environmental performance;
- at a minimum, comply with all environmental laws, regulations, permit stipulations and other environmental commitments;
- ensure all contractors, suppliers, partners, visitors and other third parties adhere to Red Dog Operations environmental performance standards and regulations;
- provide information to all stakeholders, specifically recognizing the importance of local community relations, by promoting communication on the environmental impact of the Operation.

To achieve these commitments, Red Dog Operations will utilize an Environmental Management System that conforms to the ISO 14001 standard.

## ENVIRONMENTAL ACTION

In 2003, Red Dog began using a full-scale Environmental Management System (EMS), based on EPA standards and the even stricter criteria of ISO 14001, as released by the International Organization for Standardization.

The Red Dog EMS features a rotating process of planning, implementation, audits, corrective actions, and management reviews, all designed to constantly guide and improve performance.

A special EMS computer information system gives direction to Red Dog personnel at all levels, tracks the status of environmental activities, and enables management of data related to ISO 14001, including various documents and reports, audit results, and performance gains.



Exhibit 10 Page 3 of 20

241

### RED DOG ECONOMICS

More than just a mining operation, Red Dog continues to meet the hopes and expectations of those who were involved in its genesis. Both NANA and Teck Cominco work hard to fulfill the project's original mandates to: create lasting skilled jobs for NANA shareholders; provide opportunities for NANA's youth; and act as a catalyst for regional economic benefit without infringing upon the Iñupiat culture and way of life.

### A SKILLED WORKFORCE

An important provision of the original Red Dog agreement dealt with employment—first preference for all Red Dog jobs would go to qualified NANA shareholders. More than half of the 480 workers at Red Dog are NANA shareholders. A NANA-Teck Cominco joint committee on employment and training continues to supervise the hiring, training, and advancement of NANA shareholders.

Companies with Red Dog service contracts create additional job opportunities. Several of these contracting companies are NANA subsidiaries or joint ventures. For example, NANA/Lynden Transportation and NANA Management Services employ over 100 shareholders. In 2002, these two companies filled Red Dog contracts worth $13 million, resulting in significant economic benefits for the NANA region and shareholders.

# A POSITIVE AND LASTING IMPACT





## INVESTING IN PEOPLE

NANA and Teck Cominco understand that local people must have access to the best possible education in order to become qualified for jobs at all levels of the Red Dog operation. So the companies work in tandem to support and enhance the educational system. NANA has teamed with other regional organizations to create the Northwest Arctic Education Consortium, which works with the Northwest Arctic Borough School District to raise educational standards. Teck Cominco concentrates on providing training and scholarships to students interested in careers in the mining industry. The success of these education and training activities is dependent on corporate flexibility and acute awareness of the needs of the people and communities involved.

*The Red Dog summer academy lets high school seniors explore possible careers. These students joined a training exercise for firefighters.*

## WORKFORCE DEVELOPMENT

The mine's on-site training programs are geared to ensure ongoing development for employees in every area of operation. Apprenticeships are available in trades such as heavy duty mechanics, electrical work, millwrighting and power generation. Employees can also pursue advanced technical training in the geological, metallurgical and environmental fields. Qualified employees are encouraged to train co-workers, hastening the development of a diversified, multi-skilled workforce.

## SCHOOL-TO-WORK PARTNERSHIP

Red Dog has partnered with the Northwest Arctic Borough School District in a series of school-to-work programs to help make school a more relevant experience for students, by directly connecting their studies to future jobs.

Teck Cominco arranges for John Baker, a NANA shareholder and Iditarod competitor, to visit primary schools in the district. John talks to the children about making the personal commitment to succeed. Baker is often accompanied by shareholder-employees from the mine, who can describe their personal career paths for the students.

Middle-school classes can take part in Career Awareness visits at the mine. These field trips give students an opportunity to see, firsthand, the wide range of available jobs and careers.

If high-school students are interested in a particular job, they are encouraged to take part in the three-day Job Shadow program. This program pairs each student with an employee, who guides the visitor through the workday, explaining the various tasks and equipment related to the job.

Teck Cominco also hosts a Summer Academy for high-school seniors. Students stay at the mine for a full week, receiving in-depth lessons on mining, mineral processing and environmental matters.



## ADVANCED EDUCATION

Teck Cominco sponsors several scholarships for NANA shareholders studying mining engineering, mineral processing engineering, geology or chemical engineering at accredited institutions. In exchange, students agree to work with Teck Cominco for a period of time equal to the period of sponsorship.

Present employees of Teck Cominco wishing to return to school are also eligible for this sponsorship. Some employees take advantage of a job-share program, which allows people to work for a semester and then attend school for a semester, while maintaining their eligibility for employment.



### HOMETOWN HERO

*Iditarod musher John Baker inspires NANA youth to realize their potential.*

Exhibit 10 Page 3 of 4

*The annual statewide wage benefit from Red Dog, exclusive of related construction, is about $45.5 million. Slightly more than half of these wages, $25.5 million, goes to NANA shareholders; $13 million of the payroll remains in the NANA region.*

### BALANCING PROSPERITY AND TRADITION

In general, Iñupiat employees who live in the region continue to pursue traditional subsistence activities, using their jobs at Red Dog to enhance their lifestyle. Rotating work schedules give employees a choice of 28 days at work followed by 14 days off, or 14 days at work with seven days off. The extended periods of free time, plus an unusually flexible leave policy, allow Red Dog employees to preserve the annual subsistence cycle, with time and money left over for vacations and other new experiences outside the region.

Paradoxically, the Red Dog project has actually generated some migration out of the region.

While the mine itself is not directly causing the migration, steady employment has given workers the financial means to relocate. Other factors leading to emigration include a lack of affordable housing and basic urban conveniences, as well as limited educational opportunities. The exodus, although still small in scale, is a cause of concern at NANA. As a result, the corporation's leaders are giving high priority to the improvement of regional infrastructure, living standards and educational resources.



244