## AN ECONOMIC POWERHOUSE

For Teck Cominco, Red Dog is a strategic source of zinc and lead concentrate for its smelting and refining operations in British Columbia, helping the company to consolidate its leadership position in the zinc industry. NANA receives annual Red Dog royalty payments, based on the market price of zinc concentrate. In the past decade, prices have fluctuated between 35 and 75 cents a pound. Since signing the development agreement with Cominco, NANA has received royalty payments totalling $71.3 million.

In lieu of regional taxes, Teck Cominco makes annual payments to the Northwest Arctic Borough. This arrangement recognizes the borough government's support of the company and relieves the borough of the administrative burdens of audits and residential taxation. The annual payment, based on the borough's review of Red Dog assets and operations, is currently set at $5.5 million. These funds flow back to area residents in the form of improved opportunities for education and economic development. Total payments to the Northwest Arctic Borough from 1988 to 2003 were $38.1 million.

The mine also contracts with a number of local companies for various goods and support services, resulting in significant regional cash flow. For example, in 2002, Red Dog paid roughly $1.1 million for local air-charter services.



*Revenues from Red Dog over the last two decades have allowed the Northwest Arctic Borough to build new schools in many NANA region villages, including Buckland, Kiana, Noorvik and Ambler.*



245

The 1982 Development and Operating Agreement signed by NANA and Cominco provided a solid framework for the development of the mine and signalled the beginning of a long and mutually beneficial alliance. In 1996, a joint management team reviewed the agreement, leading both NANA and Teck Cominco to renew their commitment to the terms, and spirit, of the accord.

Teck Cominco is fulfilling its objective of producing and marketing concentrate from the Red Dog deposit in an environmentally and socially responsible way. NANA is accomplishing its goal of protecting the land, as its shareholders pursue their traditional ways, aided by the modern technology afforded through jobs at the mine.

In the years ahead, a new leadership tier will certainly emerge from the young NANA shareholders currently employed at Red Dog. The ideas and skills of this next generation will be a source of economic strength and leadership to NANA, the region and the state.

# A SUCCESSFUL PAST, A PROMISING



The Red Dog orebody is one of the world's most significant zinc deposits. The entire deposit lies inside a relatively small, half-square-mile area. Ore is moved from the deposit to a crusher, where it is put through a milling process.



The ore is milled into lead and zinc concentrates. In 2003, Red Dog milled 3.2 million tonnes of ore, and produced 1.3 million tonnes of concentrate.



Concentrates are trucked 52 miles to the port terminal. NANA/Lynden Logistics provides trucking, freight, and fuel-hauling services. Six other NANA companies provide goods and services at Red Dog, such as engineering, drilling, food service, lubricants and security.



# FUTURE



Port facilities include two huge concentrate storage buildings (CSBs). Trucks deliver milled concentrate to the CSBs all year long, stockpiling material for the brief shipping season. In 2001, the mine acquired a fleet of trucks with hydraulic cargo covers, improving dust control.

Exhibit 10 Page 19 of 20

247  19



Red Dog Mine
Teck Cominco Alaska
3105 Lakeshore Dr.
Anchorage, Alaska 99517
907-426-2170
www.teckcominco.com

NANA Regional Corporation, Inc.
P.O. Box 49
Kotzebue, Alaska 99752
907-442-3301
www.nana.com