CONITZ v. TECK COMINCO

TED ZIGARLICK
8/1/2007

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                      )
                                   )
          Plaintiff,               )
                                   )
vs.                                )
                                   )
TECK COMINCO ALASKA, INC.,         )
                                   )
          Defendant.               )
_____ )

Case No. 4:06-CV-00015 RRB

_____

DEPOSITION OF TED ZIGARLICK

_____

Pages 1 - 271
Wednesday, August 1, 2007
8:30 A.M.

Taken by Counsel for Plaintiff
at
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, Alaska

Page 186

1         A.    The only file that I could think of is the
2    list of people that applied for the job, and that
3    would be the end of it.  There was -- I don't know
4    what else you're looking for.  We had candidates that
5    applied for the job as the supervisor.
6         Q.    Right.
7         A.    And I believe -- I still believe it was
8    Mr. Gibson, Mr. Sheldon, Mr. Conitz, Mr. Hanna and
9    Mr. Parillon.  Those are the five candidates that
10   requested the opportunity of a supervisor job.
11        Q.    Okay.  All right.  And so what you call the
12   file was a list of those candidates.  Is that
13   something you generated or HR generated or do you
14   know?
15        A.    I think it was just publicly known that
16   that's who the candidates of choice were through
17   Mr. Kells, and he shared that with myself, and he
18   probably would have shared that with HR.
19        Q.    Okay.  In regard to either this job or the
20   trainer job, did you ever have a file that was a
21   compilation of papers about making a selection for
22   the job?
23        A.    Not that I can recollect.  We had a formal
24   file that -- if you're looking for a matrix or
25   anything like that.  Is that what you're asking?