HARTIG RHODES HOGE & LEKISCH, P.C.

ROBERT L. HARTIG (1928-1980)
JAMES D. RHODES (RETIRED)
G. KENT EDWARDS (RETIRED)

ATTORNEYS AT LAW

CHRISTINA M. BOREGA
ROBERT C. BRINK
VICKI L. BUSSARD
ROBERT B. FLINT
SEAN HALLORAN
LAWRENCE L. HARTIG
ANDREW E. HOGE
CHRISTINE FOOTE HYATT
MICHAEL JUNGREIS

www.hartig.law.pro
717 K STREET
ANCHORAGE, ALASKA 99501-3397
TELEPHONE (907) 276-1592
FACSIMILE (907) 277-4352

PETER A. LEKISCH
ROBERT J. MAHONEY
DOUGLAS C. PERKINS
BETHANY PRIBILA
MARGARET J. RAWITZ
TINA M. SELLERS
TODD J. TIMMERMANS

March 24, 2006

F. Frances Palmer
Enforcement Supervisor
US EEOC
909 First Ave. #400
Seattle, WA 98104

      RE:    Conitz v. Teck Cominco Alaska Incorporated
              Charge No. 551-2006-00446
              Our File No. 62880-916

Dear Ms. Palmer:

      Enclosed are some of the documents that are responsive to the requests contained in your letter of March 13, 2006. As I indicated in the phone message I left for you, Mr. Ted Zigarlick evaluated the job applicants. He is currently away from Red Dog Mine on his scheduled R&R. Teck Cominco's Human Resources office has so-far been unable to locate the file that Mr. Zigarlick prepared in conjunction with his review of the various applicant's qualifications, and further efforts to locate the file will be undertaken when Mr. Zigarlick returns to the mine. Accordingly, we are unable to forward to you at this time the notes that Mr. Zigarlick made while conducting his evaluation. We are able to provide you with much of the material that was furnished to Mr. Zigarlick to enable his review, as set forth below.

***Job Description:***

Enclosed is the Job Profile that specifies the qualifications and competencies required and/or desired of applicants for Mine Operations Supervisor positions at Red Dog Mine. To assist you in reading the document, I have had it color coded. As you will see, traits that are deemed essential, desired, beneficial, or irrelevant to each position are identified. In this regard, the cover page of the enclosed packet specifies the level of competency required for the position. Competencies are ranked for each position as essential ("A"), important ("B"), supporting ("C") or irrelevant (no rank), and the requisite level of competency on a 1 to 5 scale is further identified. Thus, for example, a Mine Operations Supervisor must demonstrate competency in area 16.01 (operations skills) at Level 3. Similarly, the form identifies that competency in

EXHIBIT *A*
PAGE 1 OF 7

F. Frances Palmer
March 24, 2006
Page 2

computer application skills (Area 13.07) of Level 1 (or higher) is considered beneficial to the
performance of the job, but is not required. The successive pages identify the specific skills that
correspond to the different levels of each competency area. A person ranked as Level 1 will
possess all of the skills identified in the Level 1 column. To obtain a Level 2 ranking, a
candidate must possess all Level 1 skills, and must demonstrate competency in at least 1 of the
skills identified in the Level 3 column. A Level 3 ranking requires proficiency in all items
identified in the Level 3 column and all items identified in Level 1. Level 4 requires
demonstrated competency in all Level 1 and Level 3 factors, and at least 1 item identified in
Level 5. To achieve a Level 5 ranking, a candidate would have to demonstrate competency in all
factors identified for Levels 1, 3, and 5.

### *Resume & Applications:*
Neither Mr. Conitz nor Mr. Hanna submitted a resume or formal application. Mr. Hanna
expressed an interest in the position verbally, while Mr. Conitz is believed to have expressed an
interest via e-mail. As indicated above, Teck Cominco has so far been unable to locate the file
created by Ted Zigarlick in conjunction with filling the position at issue, and will continue to
look when Mr. Zigarlick returns to the mine at the conclusion of his R&R. It is assumed that that
file will contain a copy of Mr. Conitz's request that he be considered for the position.

### *Data furnished to Mr. Zigarlick by Human Resources Regarding Gregg Conitz:*
1.      Gregg Conitz was hired on April 9, 1990 as a regular Mill Mechanic Level I . His Position
and Salary History report is attached.

2.      Performance Planning & Review / Appraisals
      1.    Mill Mechanic I        signed by Employee on September 22, 1990
      2.    Mill Mechanic VI      signed by Employee on September 25, 1990
      3.    Mill Mechanic VI      signed by Employee (no date)
      4.    Mill Mechanic VI      signed by Employee on March 17, 1991
      5.    Mill Mechanic VI      signed by Employee on September 7, 1991
      6.    Mill Mechanic VI      signed by Employee on June 25, 1993
      7.    Mine Operator 4       signed by Employee on September 22, 1999
      8.    Mine Operator VI      signed by Employee on April 10, 2004

3a.     Non-Exempt Employee Change Request – Acting Supervisor
These documents serve to verify dates on which Mr. Conitz functioned as an acting supervisor.
      1.   May 7, 1998 to May 9, 1998
      2.   December 9, 1999 to December 16, 1999
      3.   September 14, 2000 to September 21, 2000
      4.   September 21, 2000 to October 5, 2000
      5.   October 5, 2000 to October 11, 2000
      6.   December 21, 2000 to December 28, 2000
      7.   January 31, 2001 to February 1, 2001



EXHIBIT A
PAGE 2 OF 7

F. Frances Palmer
March 24, 2006
Page 3

    8.  February 3, 2001 to February 9, 2001
    9.  June 6, 2001 to June 13, 2001
   10. July 4, 2001 to July 11, 2001
   11. July 17, 2001 to July 25, 2001
   12. August 29, 2001 to September 5, 2001
   13. October 9, 2001 to October 16, 2001
   14. January 2, 2002 to January 9, 2002
   15. May 1, 2002 to May 8, 2002
   16. July 8, 2004 to July 22, 2004
   17. July 7, 2004 to July 7, 2004
   18. September 30, 2004 to October 14, 2004
   19. December 23, 2004 to December 30, 2004
   20. December 31, 2004 to January 2, 2005
   21. April 20, 2005 to April 27, 2005
   22. June 2, 2005 to June 9, 2005
   23. September 15, 2005 to September 22, 2005
   24. November 17, 2005 to November 24, 2005
   25. December 4, 2005 to December 15, 2005
   26. January 15, 2006 to January 19, 2006
   27. February 9, 2006 to February 23, 2006

**3b.**  <u>Field Trainer Role</u>
     None

**4.**  <u>Discipline</u>
    1.  Date of Infraction – November 20, 1997
    2.  Date of Infraction – June 23, 1998
    3.  Date of Infraction – January 8, 2002
    4.  Date of Infraction – January 7, 2005

**5.**  <u>Incidents / Accident</u>
    1.  1993 Accidents - 2 listed (pages 2 & 6)
    2.  1995 Accidents - 2 listed (pages 5 & 6)
    3.  1996 Accidents - 3 listed (pages 2, 3 & 6)
    4.  1997 Accidents - 3 listed (pages 5 & 10)
    5.  1998 Accidents - 2 listed (pages 3 & 9)
    6.  1999 – 2005 SIR Report Loss Control – 15 listed

**6.**  <u>Participation in MSHA and other Mandatory Training</u>
    1.  Rigging Safety – March 2, 1991
    2.  Oxy Acet Safety – March 19, 1992
    3.  Qualitative Respirator Fit – September 9, 1993

EXHIBIT _4_
PAGE _3_ OF _7_

F. Frances Palmer
March 24, 2006
Page 4

4. Lead Hygiene Training – September 9, 1993
5. Hazardous Communication – September 9, 1993
6. 40 Hr Hazwoper – March 14, 1995
7. D9N / 777B - June 9 & 11, 1995
8. 992 C – July 18, 1995
9. 225 Backhoe – October 7, 1995
10. Hazwoper Annual Refresher – March 20, 1996
11. 966/988/D8/235 – April 8, 1996
12. Safety Rules Booklet – June 30, 1996
13. D9R – July 7, 1996
14. 8 Hr Hazwoper Refresher – April 22, 1997
15. 988F – May 16, 1997
16. Safety Rules Booklet – July 1, 1997
17. Hazardous Communication – September 16, 1997
18. Lead Hygiene Training – September 16, 1997
19. 992G – September 19, 1997
20. Hazwoper Refresher – November 11, 1997
21. 325B – December 26, 1997
22. 14-G – June 23, 1998
23. Komatsu D275A Tractor – July 30, 1999
24. Hitachi EX270 IC Excavator – August 5, 1999
25. Komatsu WA 450 Front End Loader – August 5, 1999
26. Caterpillar CS553 Compactor – September 16, 1999
27. Caterpillar 777D Haul Truck – August 15, 2000
28. 6709 Steam Generator – May 7, 2001
29. Caterpillar V900 CH Forklift – May 7, 2001
30. Coarse Ore Stockpile Building – July 30, 2001
31. Hitachi EX 450 Excavator – October 19, 2001
32. Caterpillar 16G Motorgrader – February 2, 2002
33. V925 – February 18, 2002
34. Site Familiarization – February 23, 2002
35. Lt Vehicle – June 30, 2002
36. Caterpillar D6R Bull Dozer – September 17, 2002
37. D41 Dozer – December 23, 2003
38. 8615 – April 11, 2004

7.    Participation in Non-Mandatory Training for Professional Growth & Advancement
1. 2-hr Supervisor Signs and Symptoms – July 21, 2004

EXHIBIT A
PAGE 4 OF 7

F. Frances Palmer
March 24, 2006
Page 5

**_Data furnished to Mr. Zigarlick by Human Resources Regarding Gregg Conitz:_**
1.      Larry Hanna was hired on October 11, 1989 as a regular Mill Operator Entry Level, and resigned effective April 24, 1990 to work for another employer at Red Dog Mine. Larry was rehired by TCAK effective February 24, 1992 as a regular Mill Operator Entry Level. His Position and Salary History report is attached, as are the following Position Announcements:
    1.  Mine Mobile Equipment Trainer effective May 20, 1999
    2.  Mobile Equipment Trainer transfer to Material Management
    3.  Mine Operators Supervisor, posted November 20, 2004

2.      Performance Planning & Review / Appraisals

| # | Position | Signature |
|---|----------|-----------|
| 1. | Mill Operator | signed by Employee on March 14, 1990 |
| 2. | Mill Operator | signed by Employee on April 23, 1992 |
| 3. | Mill Operator | signed by Employee on July 18, 1992 |
| 4. | Surface Operator II | signed by Employee on February 14, 1993 |
| 5. | Surface Operator III | signed by Employee on July 16, 1994 |
| 6. | Surface Operator | signed by Employee on August 7, 1994 |
| 7. | Mine Operator | signed by Employee on June 10, 1996 |
| 8. | Mine Operator IV | signed by Employee on March 2, 1997 |
| 9. | Surface Operator | signed by Employee on February 10, 1999 |
| 10. | Surface Operator | signed by Employee on December 22, 1999 |
| 11. | Mobile Equip Trainer | No Signature |
| 12. | Mine Ops Supervisor | signed by Employee on November 25, 2005 |

3a.    Non-Exempt Employee Change Request – Acting Supervisor
These documents serve to verify dates on which Mr. Hanna functioned as an acting supervisor.
    1.  July 4, 1997 to July 8, 1997
    2.  March 11, 1999 to March 18, 1999
    3.  May 13, 1999 to May 20, 1999
    4.  May 20, 1999 to May 27, 1999
    5.  Weekly Manpower week of October 6, 2004
    6.  Weekly Manpower week of November 17, 2004

3b.    Acting Supervisor Logs
The following verify additional dates on which Mr. Hanna functioned as an acting supervisor while an Exempt employee of TCAK.
    Area Logs
    1.  August 26 to September 1, 2004
    2.  September 16 to September 29, 2004
    3.  October 7 to October 12, 2004
    4.  November 19, to November 24, 2004
    5.  November 26 to November 29, 2004
    6.  December 9 to December 15, 2004
    7.  December 17 to December 21, 2006

EXHIBIT _A_
PAGE _5_ OF _7_

F. Frances Palmer
March 24, 2006
Page 6

        Daily Logs
1. January 2 to January 5, 2006
2. January 20 to January 26, 2006
3. February 10 to February 16, 2006
4. March 3 to March 10, 2006
5. March 24 to March 30, 2006

3c.   Field Trainer Role
1. May 29, 1998 to June 2, 1998
2. June 18, 1998 to June 25, 1998
3. June 14, 1998 to June 18, 1998
4. July 9, 1998 to July 16, 1998
5. October 1, 1998 to October 8, 1998
6. October 22, 1998 to October 29, 1998

4.   Discipline
None

5.   Incidents / Accident
1. 1994 Accidents - 1 listed (page 1)
2. 1999 – 2005 SIR Report Loss Control - 1 listed

6.   Participation in MSHA and other Mandatory Training
1. Lead Hygiene Training – September 17, 1993
2. Hazardous Communication – September 17, 1993
3. Trucks/Telescoping Fork/IT28 Fork/966 Loader – November 6, 1994
4. Challenger – November 6, 1994
5. 777B/992C/CDL – August 10, 1992, September 19 & 27, 1995
6. 225B/235C/Auto Car – April 1, 1996
7. D9R Dozer – July 13, 1996
8. Lead Hygiene Training – July 30, 1996
9. 8 Hr Hazwoper – February 3, 1996
10. 8 Hr Hazwoper – February 9, 1997
11. 988F – April 25, 1997
12. R-35 – August 8, 1997
13. Hazwoper Refresher – February 17, 1998
14. Hazardous Communication – June 6, 1999
15. Hazwoper Refresher – December 12, 2000
16. Site Familiarization – February 23, 2002
17. 80148/8225 – June 27, 2002
18. Hazwoper Refresher – January 9, 2006
19. Bird Deterrence Workshop – February 23, 2006

EXHIBIT   A
PAGE 6 OF 7

F. Frances Palmer
March 24, 2006
Page 7

7.    Participation in Non-Mandatory Training for Professional Growth & Advancement
    1.  Letter for supervisor training – July 29, 2002
    2.  Hazardous Materials Transportation – October 31, 2001
    3.  Hazardous Waste Operations & Emergency Response – October 18, 2001
    4.  Train the Trainer -- November 12, 2000
    5.  Introduction to Computer Applications: Excel & Access – March 10, 1999

I will contact you again after my client has had an opportunity to attempt to locate Mr. Zigarlick's file. Until then, if you have any questions or concerns regarding the enclosed material, or if I can otherwise assist you in conducting your investigation, please do not hesitate to call me.

Sincerely,

HARTIG RHODES HOGE & LEKISCH, PC

by: _____
Sean Halloran

EXHIBIT  A
PAGE  7 OF  7