

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Seattle Field Office

Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911

March 31, 2006                                      FAX (907) 277-4352

Sean Halloran
HARTIG RHODES
717 K Street
Anchorage, AK 99501-3397

RE:   Conitz v Tech Cominco Alaska
      Charge 551-2006-00446

The Charging Party has responded that the position he was not selected for was one filled by Mike Baker for the position titled "mine operations trainer" in May 2005. The EEOC asks that the employer provide its documentation and explanation for Baker's selection and Conitz' non-selection for this position.

Because the Charging Party has identified this as the position at issue, you do not need to provide any other material related to the selection of Mr. Hanna.

We would appreciate your earliest response, which we anticipate would be by or before April 15, 2006.

Again, you may reach me directly at (206) 220-6865 or by facsimile at the above number.

Sincerely,

F. FRANCES PALMER
ENFORCEMENT SUPERVISOR

EXHIBIT B
PAGE 1 OF 1