KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
| Intervenor. | ) |

Case No.  4:06-CV-00015 RRB

### MOTION TO CONTINUE OPPOSITION TO REPLY TO MOTION ON SPOLIATION

Comes now, plaintiff hereby moves the court for an order to continue to deviate the reply to spoliation motion.

The opposition was filled March 26th, 2008 by miscalculation. The reply is due today March 31st, 2008. Counsel has had the opportunity to read the opposition but not formulate a written response thereto.

*Conitz v. Tack Cominco,* Case No. 4:06-CV-00015 RRB
Motion to Continue Opposition To Reply To Motion On Spoliation
Page 1 of 3

Counsel will be out of jurisdiction from April 1st, 2008, through April 20th, 2008, and therefore requests that the court grant a continuance through May 6th, 2008 to file his reply.

Undersigned counsel has attempted to contact Mr. Daniel and Mr. Halloran by email today on March 31st, 2008, but as of 12:00 noon had received no reply.

Today, March 31st, 2008, is a state holiday and counsel does not know if Mr. Daniel and Mr. Halloran are working today.

Respectfully submitted this 31st day of March, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of
the foregoing has been
Served electronically, via ECF to
the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel -**
**TDaniel@perkinscoie.com**
Dated: 03/31/2008
By: /s/ Kenneth L. Covell

Kenneth L. Covell