KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>       Plaintiff   )<br>)<br>vs.   )<br>)<br>TECK COMINCO ALASKA, INC.,)<br>)<br>       Defendant   )<br>_____) | Case No. 4:06-CV-00015 RRB |

**OPPOSITION TO TECK'S SECOND MOTION TO STRIKE**

Comes now the plaintiff, Gregg Conitz, and opposes Teck's second motion to strike, exhibits' 4,5,6,9, and 10, documents according to authenticity thereof.

Attached exhibit A is the NANA Regional Corporations' responses to Gregg Conitz discovery request of March 3rd, 2008, wherein, the defendant NANA admits that exhibits' 4,5,6,9, and 10 are authentic, NANA documents and publications.

This should resolve any challenge of authenticity of Teck's, to the exhibits listed.

For those reasons and the reasons previously discussed on this matter, the court should deny defendant's motion. Plaintiff's Motion for Order of Rule Of Law of the Case is ripe, and all the exhibits are clearly available for consideration by the court. The court should decide the plaintiff's Motion for Order of Rule of Law of the Case.

Plaintiff's counsel will be available for argument, should the court find it helpful, between April 22nd, 2008 and May 30th, 2008, for oral arguments on the Motion for Order for Rule of Law.

Respectfully submitted this 31st, day of March, 2008 at Fairbanks, Alaska.

                            LAW OFFICES OF KENNETH L. COVELL
                 Attorney for the Plaintiff, Gregg Conitz

                                     s/Kenneth L. Covell
                                           712 8th Ave.
                                     Fairbanks, AK 99701
                                Phone:  907.452.4377
                                   Fax:  907.451.7802
                             E-mail:  kcovell@gci.net
                           Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: _____

By: _____/s/_____
Melonie Robinett for Kenneth L. Covell