KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone:    907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
|     Defendant, | ) |
| | ) |
|     vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
|     Intervenor | ) |

Case No.   4:06-CV-00015 RRB

## **PROPOSED ORDER TO TECK'S SECOND MOTION TO STRIKE**

It is hereby ordered that Teck's Second Motion To Strike is denied.

DATED this ____day of _____, 2008 at Fairbanks, Alaska.

/s/_____
Judge Ralph R. Beistline
US District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel**

Dated: 03/31/08
By: _____/s/ _____
Melonie Robinett for Kenneth L. Covell