Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>　　　　　　Defendant,<br><br>　　and<br><br>NANA REGIONAL CORPORATION,<br><br>　　　　　　Defendant/Intervenor. | Case No. 4:06-cv-00015-RRB |

**NANA REGIONAL CORPORATION'S RESPONSES TO GREGG CONITZ'S DISCOVERY REQUESTS OF MARCH 3, 2008**

COMES NOW defendant/intervenor, NANA Regional Corporation, by and through its attorneys, Perkins Coie, and responds to plaintiff's discovery requests of March 3, 2008 as follows:

NANA REGIONAL CORPORATION'S RESPONSES TO GREGG
CONITZ'S DISCOVERY REQUESTS OF MARCH 3, 2008
CASE NO. 4:06-CV-00015-RRB
Page 1 of 4

18531-0014/LEGAL14040711.1

## REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that Exhibits 4, 5, 6, 9 and 10 to Mr. Conitz's Motion for Order of Rule of Law of the Case, filed at Docket 64 are authentic and that these documents can be found on NANA's website and in NANA's publications.

**RESPONSE:** NANA admits the authenticity of Exhibits 4, 5, 6, 9 and 10. Exhibit 10 is incomplete as pages 7-8 are not included as part of this exhibit.

## INTERROGATORY

**INTERROGATORY NO. 1:** If Request for Admission No. [sic] is denied, state why these exhibits were found at nana.com and in nana publications.

**RESPONSE:** No response is necessary.

## REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO.:** Please produce any and all documents used or relied upon in formulating responses to Request for Admission No. 1 and Interrogatory No. 1 above, and further produce any and all documents which support a claim that NANA indeed has a website on the internet and does publish various publications that are accessible to the public that reflect a policy the same as or similar to those inquired about in Request for Admission No. 1 and Request for Production No. 1.

**RESPONSE:** No response necessary.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NANA REGIONAL CORPORATION'S RESPONSES TO GREGG
CONITZ'S DISCOVERY REQUESTS OF MARCH 3, 2008
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 2 of 4
18531-0014/LEGAL14046731.1

DATED: March 26, 2008.

*[signature: Thomas M. Daniel]*

Thomas M. Daniel
**Perkins Coie LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

I hereby certify that I have served by
(mail)/fax/hand a true and correct copy of the
foregoing on Sean Halloran and Kenneth Covell
on March 26, 2008.

*[signature: Marne Craig]*
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NANA REGIONAL CORPORATION'S RESPONSES TO GREGG
CONITZ'S DISCOVERY REQUESTS OF MARCH 3, 2008
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 3 of 4
18531-0014/LEGAL14040711.1

## VERIFICATION

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, _____, say on oath or affirm that I am the _____ of NANA Regional Corporation, that I have read the foregoing answers to Interrogatories, and that the information provided is true to the best of my knowledge, information, and belief.

SUBSCRIBED AND SWORN TO OR AFFIRMED before me on _____, 2008.

_____
Notary Public for _____
My commission expires: _____

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NANA REGIONAL CORPORATION'S RESPONSES TO GREGG
CONITZ'S DISCOVERY REQUESTS OF MARCH 3, 2008
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 4 of 4
18531-0014/LEGAL14040711.1