KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
| Intervenor. | ) |

Case No.  4:06-CV-00015 RRB

### CONITZ ADVICE OF COUNSEL

Currently ripe in this matter is a Motion for Order on Rule of Law of the Case.

Counsel requested a hearing on that motion.

Counsel was on leave approximately from the 2nd day of April 2008 to the 20th day of April 2008. Upon return from leave, counsel inquired of the courts if the hearing would be

granted, and it appears that the court is waiting for plaintiff's Opposition to Defendant's Teck's Motion For Summary Judgment.

Such opposition is currently due Friday May 9th of 2008.

Plaintiff's counsel will not be able to have that pleading complete by that time. The defendant's counsel has indicated that he will be unavailable for depositions till some time in November.

This was known to plaintiff's counsel prior to his departure in April, and plaintiff's counsel was expecting a hearing and ruling on the Motion for Order for Rule of Law, prior to the 9th day of May 2008.

At this point it does not appear that there will be any such ruling prior to that time. This will occasion the need for a continuance of the due date, of the Opposition to Teck's Motion For Summary Judgment. It will also likely occasion the need for some type of conference with the judge concerning scheduling of deposition.

As previously stated by plaintiff's counsel, it would appear that a decision on the motion for other rule of law might well help precipitate action in the case; and may or not obviate the need for the deposition-and the Reply to the Motion for Summary Judgment.

If Counsel does not receive direction from the court between now and Friday; counsel will prepare and file a motion to continue the due date of the Opposition to the Motion for Summary Judgment beyond the Friday date; on or prior to Friday the 9th day of May 2008.

Respectfully submitted this 6th day of May, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of
the foregoing has been
Served electronically, via ECF to
the following attorney(s):

Sean Halloran

Thomas M. Daniel
TDaniel@perkinscoie.com

Dated: 05/06/2008
By: /s/ Kenneth L. Covell
Kenneth L. Covell

*Conitz v. Tack Cominco,* Case No. 4:06-CV-00015 RRB
Conitz Advice Of Counsel
Page 3 of 3