KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
| Intervenor. | ) |

Case No.   4:06-CV-00015 RRB

**MOTION TO CONTINUE RESPONSE TO MOTION FOR SUMMARY JUDGMENT BY TECK COMINCO ALASKA INC.**

Comes now, Gregg Conitz the plaintiff, by and through his counsel, and hereby moves the court for an order to continue the due date. The response to Teck's Summary Judgment is due on May 9, 2008, today.

Counsel for the plaintiff has not been able to confer with the defendant's counsel, as they have been unavailable.

There is a status conference set for 10:30am on the 15th day of May, 2008.

The plaintiff, Gregg Conitz, is requesting an extension to have the response to Teck's Summary Judgment due sometime after the status conference, as counsel for the defendant Teck, will be unavailable for depositions until sometime in November.

Respectfully submitted this 9th day of May, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
**Sean Halloran**
**Thomas M. Daniel - TDaniel@perkinscoie.com**
Dated: 05/09/08
By: /s/ Kenneth L. Covell
Kenneth L. Covell