KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,           )<br>                        )<br>         Plaintiff     )<br>                        )<br>    vs.                 )<br>                        )<br>TECK COMINCO ALASKA, INC., )<br>                        )<br>         Defendant     )<br>_____) | Case No. 4:06-CV-00015 RRB |

### ORDER FOR MOTION TO CONTINUE RESPONSE TO MOTION FOR SUMMARY JUDGMENT BY TECK COMINCO ALASKA INC.

IT IS HEREBY ORDERED that the Motion To Continue Response To Motion For Summary Judgment By Teck Cominco Alaska Inc. is Granted.

The response to Teck's Motion For Summary Judgment is due on the _____ day of _____, _____.

                                          _____
                                          Honorable Ralph R. Beistline
                                          District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran –sean@hartig.com
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 5/08/08/2007

By:      /s/ Melonie Robinett
         Melonie Robinett for Kenneth L. Covell