```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

GREGG CONITZ          vs.  TECK COMINCO ALASKA, INC.

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 4:06-CV-00015 RRB

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY

APPEARANCES: PLAINTIFF: KENNETH COVELL
                        GREGG CONITZ/TELEPHONIC

             DEFENDANT: SEAN HALLORAN FOR TECK COMINCO
                        THOMAS DANIEL/TELEPHONIC FOR NANA REGIONAL


PROCEEDINGS: STATUS CONFERENCE                    HELD: 05/15/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

Court and counsel heard re: Plaintiffs First Motion to Continue Response to Motion for Summary Judgment (dkt 137): **GRANTED**. Plaintiff to file response by 6/9/2008. Court **DIRECTED** that in the response, Plaintiff may refer to pleadings set forth in Motion for Order of Rule (dkt 64).


At 10:46 a.m. court adjourned.




DATE: May 15, 2008            DEPUTY CLERK'S INITIALS: LGK

Revised 6/18/07