Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

MAR 2 7 2008
HARTIG RHODES HOGE & LEKISCH

Attorneys for Defendant/Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>Plaintiff,<br><br>v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>Defendant,<br><br>and<br><br>NANA REGIONAL CORPORATION,<br><br>Defendant/Intervenor. | Case No. 4:06-cv-00015-RRB |

### NANA REGIONAL CORPORATION'S RESPONSES TO GREGG CONITZ'S REQUESTS FOR ADMISSIONS (FEBRUARY 22, 2008)

COMES NOW defendant/intervenor, NANA Regional Corporation, by and through its attorneys, Perkins Coie, and responds to plaintiff's requests for admissions of February 22, 2008 as follows:

**REQUEST FOR ADMISSION NO. 1:** Admit that Larry Hanna is a NANA shareholder.

NANA REGIONAL CORPORATION'S RESPONSES TO GREGG
CONITZ'S REQUESTS FOR ADMISSIONS (FEBRUARY 22, 2008)
CASE NO. 4:06-CV-00015-RRB
Page 1 of 3

18531-0014/LEGAL14040273.1

Defendant EXHIBIT 3 p 1 of 3

RESPONSE: Admitted.

**REQUEST FOR ADMISSION NO. 2:** Admit that Larry Hanna is an Alaska Native.

RESPONSE: Admitted.

**REQUEST FOR ADMISSION NO. 3:** Admit that Michael Baker is a NANA shareholder.

RESPONSE: Admitted.

**REQUEST FOR ADMISSION NO. 4:** Admit that Michael Baker is an Alaska Native.

RESPONSE: Denied. Mr. Baker is 1/8 Alaska Native, so under the ANCSA definitions, he is not an Alaska Native.

**REQUEST FOR ADMISSION NO. 5:** Admit that Gregg Conitz is not a NANA shareholder.

RESPONSE: Admitted.

**REQUEST FOR ADMISSION NO. 6:** Admit that Gregg Conitz is not an Alaska Native.

RESPONSE: NANA is unable to admit or deny this request for admission.

**REQUEST FOR ADMISSION NO. 7:** Admit that Gregg Conitz is Caucasian.

RESPONSE: NANA is unable to admit or deny this request for admission.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NANA REGIONAL CORPORATION'S RESPONSES TO GREGG
CONITZ'S REQUESTS FOR ADMISSIONS (FEBRUARY 22, 2008)
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 2 of 3
18531-0014/LEGAL14040273.1


Defendant EXHIBIT 3 p 2 of 3

DATED: March 26, 2008.

*[signature]*

Thomas M. Daniel
**Perkins Coie LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

I hereby certify that I have served by
~~mail/fax/hand~~ a true and correct copy of the
foregoing on Sean Halloran and Kenneth Covell
on March 26, 2008.

*[signature] Maurie Craig*

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NANA REGIONAL CORPORATION'S RESPONSES TO GREGG
CONITZ'S REQUESTS FOR ADMISSIONS (FEBRUARY 22, 2008)
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 3 of 3
18531-0014/LEGAL14040273.1

Defendant EXHIBIT 3 p 3 of 3