# STATE OF ALASKA

## HUMAN RIGHTS COMMISSION

FRANK H. MURKOWSKI, GOVERNOR

800 A STREET, SUITE 204
ANCHORAGE, ALASKA 99501-3669
PHONE:   (907) 274-4692 / 276-7474
TTY/TDD: (907) 276-3177
FAX:     (907) 278-8588

Chad Mortenson
1116 Stellar Way
Kodiak, Alaska 99615

Jessica C. Graham
General Counsel
Alutiiq Management Services, LLC
3201 C Street Suite 700
Anchorage, Alaska 99503

Re:   **Chad Mortenson v. Alutiiq Management Services, LLC**

ASCHR No. C-04-095
EEOC No. 38AA400101

## DETERMINATION

Under the authority of AS 18.80.010 et seq., the Alaska State Commission for Human Rights has impartially investigated this complaint and now issues the following determination.

This complaint was timely filed in accordance with 6 AAC 30.230(b). Respondent is subject to the Commission's jurisdiction and all other jurisdictional requirements have been met.

Complainant alleges that respondent discriminated against him on the basis of his race, Caucasian, when it did not rehire him in the summer of 2004 because it hired Native shareholders to fill available laborer positions.

Respondent denies complainants allegations and asserts that it is a Native Corporation with a corporate policy of giving hiring preference to its shareholders. Respondent states that it utilized this policy in filling the laborer positions in question and that this is a permissible practice under the law.

Investigation showed that complainant, a college student, had worked for respondent as a laborer during the summer of 2003. At the end of the 2003 season complainant was laid off, but investigation showed that respondent encouraged complainant to return for the summer 2004 season. Investigation showed that during the summer of 2004, respondent hired nine temporary, seasonal laborers, and that five of the nine had shareholder status or descendent shareholder status. Investigation showed that respondent attempted to hire complainant late in the summer of 2004, but that complainant was not

Toll Free
In Alaska (800) 478-4692
TTY / TDD Only (800) 478-3177

01-A4LH

Defendant
EXHIBIT 4 p 1 of 2

available.

Investigation showed that respondent is a wholly owned subsidiary of Alutiiq, LLC, which is wholly owned by Afognak Native Corporation. Investigation showed that respondent has a corporate policy of giving hiring preference to its shareholders.

In the case of Olsen, Taggart, and Phipps v. Eyak Village Corporation, the Commission ruled that section 26 G of the Alaska Native Claims Settlement Act Amendments of 1987 (ANCSA) did not preempt the Commission's authority to investigate claims against native corporations, but did make it legal for native corporations to give hiring preference to their shareholders. Evidence showed that respondent is an Alaska Native Corporation as defined under ANCSA. Complainant is not a shareholder of respondent corporation. For this reason, complainant was not initially selected for employment during the summer 2004 season, and respondent hired individuals who are shareholders in accordance with its hiring preference policy.

Therefore, having concluded the investigation, I find that complainant's allegations are not supported by substantial evidence.

4/7/05
Date

Robert C. Eddy
Investigator

On behalf of the executive director, I approve this determination. The Commission staff will take no further action and the case is now dismissed.

04.13.2005
Date

Michael R. Wirschem
Human Rights Attorney

Enclosure: Closing Order

Defendant
EXHIBIT 4 p 2 of 2