KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax:    907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and NANA Corporation, ) | |
| ) | |
| Intervenor. ) | |
| _____) | Case No. 4:06-CV-00015 RRB |

### ERRATA 1

Supplemental Pleading Concerning Motion for Order of Rule of Law of the Case, Page 3, Paragraph 2, Line 6 says:

">. . . that NANA does now own "25 per centum of the equity" of Teck; . . ."

and instead should say:

". . . that NANA does not own "25 per centum of the equity" of Teck; . . ."

Respectfully submitted this 17[h] day of June, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com
Gregg Conitz

Dated:
By:    s/Kenneth L. Covell
        Kenneth L. Covell