| ENDOR: | JASON BEATTY | | | CHECK NO: | |
|---|---|---|---|---|---|
| UR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | FEES RE: KELLS DEPO | 12/21/2007 | $175.00 | 175.00 | 0.00 |

169280

**HARTIG, RHODES, HOGE & LEKISCH, P.C.**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
717 K STREET  (907) 276-1592
ANCHORAGE, AK  99501

WELLS FARGO BANK, N.A.
ANCHORAGE, ALASKA
89-5-1252

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 169280 | 12/21/2007 | TEMP |

'AY

** One hundred seventy-five and NO/100

CHECK AMOUNT
** $175.00

O THE
ORDER
OF

JASON BEATTY
P.O. BOX 70301
FAIRBANKS, AK  99707

HARTIG, RHODES, HOGE & LEKISCH, P.C.

⑈169280⑈ ⑆125200057⑆ 1101374861⑈

EXHIBIT 2
PAGE 1 OF 1