Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz,<br><br>          Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC. and<br>NANA REGIONAL CORPORATION,<br><br>          Defendants. | Case: 4:06-CV-00015 RRB |

## NOTICE OF HEARING ON COST BILL

Teck Cominco Alaska Incorporated gives notice of a Hearing on Teck Cominco's Cost Bill. The hearing will be held on Wednesday, August 6, 2008 at 9:00 a.m. in the Magistrate Courtroom in Fairbanks. Parties wishing to attend telephonically may do so by calling 907-677-6247 (the court's bridge number) at the time of the hearing.

DATED this 29th day of July, 2008.

By: _____
    Sean Halloran

Certificate of Service

I hereby certify that on the 29th day of July, 2008 a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

_____
Hartig Rhodes Hoge & Lekisch PC