## ATTACHMENT TO BILL OF COSTS
*Conitz v. Teck Cominco et. al*
Case No. 4:06-CV-00015 RBB

Deposition costs (28 USC 1920):

| | |
|---|---|
| 8/2/07 Deposition | $625.20 |
| 7/31/07 & 8/1/07 Deposition | $860.10 |
| 11/28/07 Deposition | $401.35 |
| 12/28/07 Deposition | $121.85 |
| 11/28/07 Transcript | $8.00 |
| TOTAL: | $2,016.50 |