UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00132506 - NL
March 17, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 322350-C | 06-15 | | 15.00 CK |
| 510000-C | 06-15 | | 11.00 CK |

TOTAL→                26.00

FROM: HARTI, RHODES, HOGE & LEKISCH
      REPRODUCTION OF CD
      4:06-CV-00015-RRB

(1/04)

United States district court for the District of Alaska

REFER TO INSTRUCTIONS
ON BACK OF PAGE 3

# TAPE/CD ORDER

| 1. NAME Paula Rhodes Haggolak'sih | 2. PHONE NUMBER 276-1592 | 3. DATE 3/17/08 |
| 4. MAILING ADDRESS 717 K Street | 5. CITY Anchorage | 6. STATE AK | 7. ZIP CODE 99501 |

| 8. CASE NUMBER 406 CV 0015 | 9. CASE NAME Ondz v. York UMRO | DATES OF PROCEEDINGS |
| | | 10. FROM 12/21/07 | 11. TO 12/21/07 |

| 12. PRESIDING JUDICIAL OFFICIAL Beistline | LOCATION OF PROCEEDINGS |
| | 13. CITY Fairbanks | 14. STATE AK |

**15. ORDER FOR**

☐ APPEAL  ☐ CRIMINAL  ☐ CJA (CRIMINAL JUSTICE ACT)  ☐ BANKRUPTCY

☐ NON-APPEAL  ☑ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

16. TAPED/CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for duplicate tapes(s) or cd(s) requested.)

| PORTIONS | DATE(S) | PORTIONS | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRAIL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CD | NO OF TAPES/CDS | NO OF COPIES | COSTS |
|---|---|---|---|
| ☑ CD ($26.00 ea)  "See Instruction 17a" | 1 | 1 | 26.00 |
| ☐ REFORMATTED Standard Cassette Recorder Speed ($26.00 ea) | | | |
| ☐ UNREFORMATTED 4 TRACK ($26.00 ea) | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional) upon completion of the order.

**ESTIMATE TOTAL**  26.00

| 18. SIGNATURE | 19. DATE 3/17/08 |

| PROCESSED BY | PHONE NUMBER |

| | Date | By |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TAPES(S)/CD(S) DUPLICATED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE(S)/CD(S) | | |
| ORDER PLACED IN DISTRIBUTION BOX FOR:   JUDGE   FPD   USPO   USA | | |

| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

**1-WHITE: COURT    2-GREEN: ORDER RECEIPT    3-PINK: ORDER COPY**

169382

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| 10600 | | 01/01/2008 | $117.00 | 117.00 | 0.00 |

169382

**HARTIG, RHODES, HOGE & LEKISCH, P.C.**
A PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**
717 K STREET (907) 276-1592
ANCHORAGE, AK 99501

WELLS FARGO BANK, N.A.
ANCHORAGE, ALASKA
89-5-1252

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 169382 | 01/17/2008 | AKCOURSER |

PAY

** One hundred seventeen and NO/100

CHECK AMOUNT

** $117.00

TO THE
ORDER
OF

ALASKA COURT SERVICES, INC
P.O. BOX 212041
ANCHORAGE, AK 99521

HARTIG, RHODES, HOGE & LEKISCH, P.C.

⑈169382⑈ ⑆125200057⑆ 1101374861⑈

HARTIG, RHODES, HOGE & LEKISCH, P.C.

ALASKA COURT SERVICES, INC

169382

| 10600 | 01/01/2008 | $117.00 | 117.00 | 0.00 |
|---|---|---|---|---|

# INVOICE

Alaska Court Services Inc.
PO Box 212041
Anchorage, AK 99521-2041

JAN 0 9 2008
HARTIG RHODES HOGE & LEKISCH

| DATE | INVOICE NO. |
|------|-------------|
| 1/1/2008 | 10600 |

| BILL TO |
|---------|
| Hartig, Rhodes, Hoge & Lekisch<br>717 K Street<br>Anchorage, Alaska 99501 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | PROJECT |
|----------|-------|-----|-----------|----------|-----|---------|
|  | Due on receipt | SAA | 1/1/2008 | US Mail |  |  |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| SUBP | Gregg Conitz vs Teck Cominco Alaska Inc and NANA<br>Served John Kells | 1 | 75.00 | 75.00 |
| Witness Fee's | Advanced Witness Fee Check | 1 | 42.00 | 42.00 |

| | Total | $117.00 |
|--|-------|---------|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 08-10621 | 03/27/2008 | $171.00 | 171.00 | 0.00 |

169849

**HARTIG, RHODES, HOGE & LEKISCH, P.C.**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
717 K STREET  (907) 276-1592
ANCHORAGE, AK 99501

WELLS FARGO BANK, N.A.
ANCHORAGE, ALASKA
89-5-1252

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 169849 | 05/07/2008 | PACIRI |

PAY

\*\*  One hundred seventy-one and NO/100

CHECK AMOUNT

\*\*  $171.00

TO THE
ORDER
OF

PACIFIC RIM REPORTING
711 M ST, SUITE 4
ANCHORAGE, AK  99501

HARTIG, RHODES, HOGE & LEKISCH, P.C.

MP

⑈169849⑈ ⑆125200057⑆110137486⑈

HARTIG, RHODES, HOGE & LEKISCH, P.C.

PACIFIC RIM REPORTING

169849

08-10621          03/27/2008          $171.00          171.00          0.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, Alaska 99501

**ATTENTION:** S. Halloran

# Invoice

| DATE | INVOICE ... |
|------|-------------|
| 3/27/2008 | 08-10621 |

| TERMS |
|-------|
| Due on Receipt |

*62880-196*

**REPOR...** REEVES

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 12/21/2007 | CONITZ v. TECK COMINCO STATUS HEARING | |
| | Transcription - Original, compression/word index, electronic transcript | 171.00 |

*OK to pay
Sean*

| *Thank you for choosing Pacific Rim Reporting.* | **Total** | $171.00 |

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
|  | 07-9661 | 08/08/2007 | $625.20 | 625.20 | 0.00 |

168750

**HARTIG, RHODES, HOGE & LEKISCH, P.C.**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
717 K STREET (907) 276-1592
ANCHORAGE, AK 99501

WELLS FARGO BANK, N.A.
ANCHORAGE, ALASKA
89-5-1252

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 168750 | 08/20/2007 | PACIRI |

PAY

** Six hundred twenty-five and twenty/100

CHECK AMOUNT

** $625.20

TO THE
ORDER
OF

PACIFIC RIM REPORTING
711 M ST, SUITE 4
ANCHORAGE, AK 99501

HARTIG, RHODES, HOGE & LEKISCH, P.C.

⑆168750⑆ ⑆125200057⑆ 1101374861⑆

MP

HARTIG, RHODES, HOGE & LEKISCH, P.C.

PACIFIC RIM REPORTING                                              168750

| | 07-9661 | 08/08/2007 | $625.20 | 625.20 | 0.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, Alaska  99501

**ATTENTION:**  S. Halloran

# Invoice

| DATE | INVOICE ... |
|------|-------------|
| 8/8/2007 | 07-9661 |
| **TERMS** | |
| Due on Receipt | |

| REPOR... | BONDESON | |
|----------|----------|---|
| **DATE TAKEN** | **DESCRIPTION** | **AMOUNT** |
| 8/2/2007 | CONITZ v. TECK COMINCO<br>DEPOSITION OF GREGG CONITZ<br><br>Attendance fee<br>Original, compression/word index, electronic transcript, ASCII<br>Exhibits<br>Securing signature/filing Original | 195.00<br>414.90<br>0.30<br>15.00 |

*OK to pay 6288.188*
*Sean*

| *Thank you for choosing Pacific Rim Reporting.* | **Total** | **$625.20** |
|---|---|---|

| UR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 07-9732 | 08/22/2007 | $860.10 | 860.10 | 0.00 |

168790

**HARTIG, RHODES, HOGE & LEKISCH, P.C.**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
717 K STREET  (907) 276-1592
ANCHORAGE, AK  99501

WELLS FARGO BANK, N.A.
ANCHORAGE, ALASKA
89-5-1252

| | CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|---|
| | 168790 | 09/05/2007 | PACIRI |

PAY

CHECK AMOUNT

** Eight hundred sixty and ten/100                    ** $860.10

TO THE
ORDER
OF

PACIFIC RIM REPORTING
711 M ST, SUITE 4
ANCHORAGE, AK  99501

HARTIG, RHODES, HOGE & LEKISCH, P.C.

⑈"168790"⑈ ⑆125200057⑈:110137486⑈"

HARTIG, RHODES, HOGE & LEKISCH, P.C.                    168790

PACIFIC RIM REPORTING

| | 07-9732 | 08/22/2007 | $860.10 | 860.10 | 0.00 |
|---|---|---|---|---|---|

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

AUG 2 3 2007

HARTIG RHODES HOGE & LEKISCH

Hd 12:30

**BILL TO:**

Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, Alaska 99501

**ATTENTION:** S. Halloran

# Invoice

| DATE | INVOICE ... |
|------|-------------|
| 8/22/2007 | 07-9732 |
| **TERMS** | |
| Due on Receipt | |

62880 - 198

**REPOR...** BONDESON

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 7/31/2007 | CONITZ v. TECK COMINCO DEPOSITION OF JIM SOMERS (ordered to be transcribed 8/7/07) | |
| 8/1/2007 | DEPOSITION OF TED ZIGARLICK (ordered to be transcribed 8/7/07) | |
| | Compression/word index, electronic transcript | 860.10 |

OK to pay
Sean

| *Thank you for choosing Pacific Rim Reporting.* | **Total** | $860.10 |
|---|---|---|

| VENDOR: | | | | | | CHECK NO: |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | | DISCOUNT TAKEN |
| 4848 | | 12/11/2007 | $401.35 | 401.35 | | 0.00 |
| 4907 | | 01/07/2008 | $121.85 | 121.85 | | 0.00 |

169409

**HARTIG, RHODES, HOGE & LEKISCH, P.C.**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
717 K STREET  (907) 276-1592
ANCHORAGE, AK  99501

WELLS FARGO BANK, N.A.
ANCHORAGE, ALASKA
89-5-1252

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 169409 | 01/17/2008 | LIZDAM |

PAY

** Five hundred twenty-three and twenty/100

CHECK AMOUNT

** $523.20

TO THE
ORDER
OF

LIZ D'AMOUR & ASSOC.,INC.
330 WENDELL ST., SUITE A
FAIRBANKS, AK  99701

HARTIG, RHODES, HOGE & LEKISCH, P.C.

⑈169409⑈ ⑆125200057⑉110137486⑈

HARTIG, RHODES, HOGE & LEKISCH, P.C.

LIZ D'AMOUR & ASSOC.,INC.

169409

| 4848 | 12/11/2007 | $401.35 | 401.35 | 0.00 |
| 4907 | 01/07/2008 | $121.85 | 121.85 | 0.00 |

Liz D'Amour & Associates, Inc.,

*Invoice*

330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

| DATE | INVOICE # |
|------|-----------|
| 12/11/2007 | 4848 |

DEC 1 7 2007

HARTIG RHODES HOGE & LEKISCH

BILL TO:

Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK 99501

pay SH
per 12/17/07

This is an invoice for individual
cases.  You will receive a
monthly statement summarizing
ALL charges for your firm.

| REFERENCE | TERMS |
|-----------|-------|
|  | DUE ON RECEIPT |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|------|-------------|------|--------|
| | CONITZ V. TECK COMINCO ALASKA, 4:06-CV-00015 | | |
| | DEPOSITION OF JOHN KELLS, 11/28/07 | | |
| 121 | Transcript Copy | 2.20 | 266.20 |
| 354 | B&W Exhibits Copied | 0.35 | 123.90 |
| | Postage; copy now and postage for copies sent previously | 11.25 | 11.25 |

628880-198

*This bill is YOUR responsibility.  We do not do third party billing.  Payment is due within
30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on
all balances more than 30 days past due.  Please reference invoice number with payment.
WE ACCEPT MASTERCARD AND VISA!  THANK YOU!*

| Total | $401.35 |
|-------|---------|

Liz D'Amour & Associates, Inc.,

*Invoice*

330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

| DATE | INVOICE # |
|------|-----------|
| 1/7/2008 | 4907 |

JAN 0 9 2008
HARTIG RHODES HOGE & LEKISCH

BILL TO:

Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK 99501

This is an invoice for individual
cases. You will receive a
monthly statement summarizing
ALL charges for your firm.

| REFERENCE | TERMS |
|-----------|-------|
|  | DUE ON RECEIPT |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|------|-------------|------|--------|
|  | CONITZ V. TECK COMINCO, 4:06-CV-00015 RRB |  |  |
|  | DEPOSITION OF JOHN KELLS, VOLUME II, 12/28/07 |  |  |
| 46 | Transcript Copy | 2.20 | 101.20 |
| 1 | E-Mail Transmission of Transcript | 8.00 | 8.00 |
| 4 | B&W Exhibits Copied | 0.35 | 1.40 |
|  | Postage | 4.60 | 4.60 |
|  | For mailing paperwork after deposition concluded | 6.65 | 6.65 |

*OK to pay
62850 198*

*This bill is YOUR responsibility. We do not do third party billing. Payment is due within 30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on all balances more than 30 days past due. Please reference invoice number with payment. WE ACCEPT MASTERCARD AND VISA! THANK YOU!*

**Total** $121.85

| UR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
|  | 4860 | 12/20/2007 | $8.00 | 8.00 | 0.00 |

169300

**HARTIG, RHODES, HOGE & LEKISCH, P.C.**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
717 K STREET (907) 276-1592
ANCHORAGE, AK 99501

WELLS FARGO BANK, N.A.
ANCHORAGE, ALASKA
89-5-1252

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 169300 | 12/31/2007 | LIZDAM |

PAY

CHECK AMOUNT

** Eight and NO/100

** $8.00

TO THE
ORDER
OF

LIZ D'AMOUR & ASSOC.,INC.
330 WENDELL ST., SUITE A
FAIRBANKS, AK 99701

HARTIG, RHODES, HOGE & LEKISCH, P.C.

MP

⑈·169300⑈· ⑆·125200057⑆·110137486⑈·

HARTIG, RHODES, HOGE & LEKISCH, P.C.

169300

LIZ D'AMOUR & ASSOC.,INC.

| 4860 | 12/20/2007 | $8.00 | 8.00 | 0.00 |
|---|---|---|---|---|

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

Liz D'Amour & Associates, Inc.,

*Invoice*

330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

| DATE | INVOICE # |
|------|-----------|
| 12/17/2007 | 4860 |

DEC 2 0 2007

HARTIG RHODES HOGE & LEKISCH

BILL TO:

Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK 99501

This is an invoice for individual
cases. You will receive a
monthly statement summarizing
ALL charges for your firm.

| REFERENCE | TERMS |
|-----------|-------|
|  | DUE ON RECEIPT |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|------|-------------|------|--------|
|  | CONITZ V. TECK COMINCO, 4:06-CV-00015 |  |  |
| 1 | DEPOSITIOIN OF JOHN KELLS, 11/28/07<br>E-Mail Transmission of Transcript | 8.00 | 8.00 |

*This bill is YOUR responsibility. We do not do third party billing. Payment is due within 30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on all balances more than 30 days past due. Please reference invoice number with payment. WE ACCEPT MASTERCARD AND VISA! THANK YOU!*

| Total | $8.00 |
|-------|-------|

**62880-198** *Contiz v. Teck Cominco* **EXPENSES**

| | | |
|---|---|---|
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 1.20 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 1.20 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.30 | Document Reproduction |
| 7/25/2006 | 0.15 | Document Reproduction |
| 7/26/2006 | 0.30 | Document Reproduction |
| 7/26/2006 | 0.15 | Document Reproduction |
| 7/26/2006 | 2.10 | Document Reproduction |
| 8/31/2006 | 0.30 | Document Reproduction |
| 1/17/2007 | 1.50 | Document Reproduction |
| 1/17/2007 | 12.00 | Document Reproduction |
| 1/17/2007 | 1.50 | Document Reproduction |
| 1/17/2007 | 12.00 | Document Reproduction |
| 1/19/2007 | 1.50 | Document Reproduction |
| 4/2/2007 | 7.80 | Document Reproduction |
| 4/2/2007 | 8.10 | Document Reproduction |
| 4/2/2007 | 14.10 | Document Reproduction |
| 4/2/2007 | 5.85 | Document Reproduction |
| 4/2/2007 | 13.20 | Document Reproduction |
| 4/2/2007 | 8.85 | Document Reproduction |
| 4/2/2007 | 6.00 | Document Reproduction |
| 4/2/2007 | 4.50 | Document Reproduction |
| 4/2/2007 | 7.80 | Document Reproduction |
| 4/2/2007 | 0.30 | Document Reproduction |
| 4/2/2007 | 0.30 | Document Reproduction |
| 4/2/2007 | 0.15 | Document Reproduction |
| 4/2/2007 | 0.15 | Document Reproduction |
| 4/18/2007 | 0.30 | Document Reproduction |
| 4/18/2007 | 0.60 | Document Reproduction |
| 4/18/2007 | 0.30 | Document Reproduction |
| 4/18/2007 | 0.60 | Document Reproduction |

| | | |
|---|---|---|
| 4/18/2007 | 0.45 | Document Reproduction |
| 4/18/2007 | 0.60 | Document Reproduction |
| 4/18/2007 | 0.30 | Document Reproduction |
| 4/18/2007 | 0.30 | Document Reproduction |
| 4/18/2007 | 0.30 | Document Reproduction |
| 4/18/2007 | 0.45 | Document Reproduction |
| 4/18/2007 | 0.45 | Document Reproduction |
| 4/18/2007 | 0.45 | Document Reproduction |
| 4/18/2007 | 0.45 | Document Reproduction |
| 4/19/2007 | 23.40 | Document Reproduction |
| 4/19/2007 | 0.30 | Document Reproduction |
| 4/19/2007 | 0.45 | Document Reproduction |
| 4/19/2007 | 0.30 | Document Reproduction |
| 4/19/2007 | 0.45 | Document Reproduction |
| 4/19/2007 | 0.30 | Document Reproduction |
| 4/19/2007 | 0.15 | Document Reproduction |
| 4/19/2007 | 0.15 | Document Reproduction |
| 4/20/2007 | 4.80 | Document Reproduction |
| 4/20/2007 | 0.30 | Document Reproduction |
| 4/20/2007 | 0.30 | Document Reproduction |
| 4/20/2007 | 0.15 | Document Reproduction |
| 4/20/2007 | 0.45 | Document Reproduction |
| 4/20/2007 | 0.15 | Document Reproduction |
| 4/20/2007 | 0.15 | Document Reproduction |
| 4/20/2007 | 0.15 | Document Reproduction |
| 4/20/2007 | 0.15 | Document Reproduction |
| 4/20/2007 | 0.30 | Document Reproduction |
| 4/20/2007 | 0.30 | Document Reproduction |
| 4/20/2007 | 0.15 | Document Reproduction |
| 4/20/2007 | 0.30 | Document Reproduction |
| 4/26/2007 | 0.15 | Document Reproduction |
| 4/26/2007 | 2.70 | Document Reproduction |
| 4/26/2007 | 0.15 | Document Reproduction |
| 4/26/2007 | 0.15 | Document Reproduction |
| 4/26/2007 | 0.15 | Document Reproduction |
| 4/26/2007 | 0.15 | Document Reproduction |
| 4/26/2007 | 0.15 | Document Reproduction |
| 4/26/2007 | 0.30 | Document Reproduction |
| 4/27/2007 | 0.15 | Document Reproduction |
| 4/27/2007 | 0.30 | Document Reproduction |
| 4/30/2007 | 0.15 | Document Reproduction |
| 4/30/2007 | 0.45 | Document Reproduction |
| 5/4/2007 | 0.15 | Document Reproduction |
| 5/4/2007 | 0.30 | Document Reproduction |
| 5/4/2007 | 0.15 | Document Reproduction |
| 5/4/2007 | 0.15 | Document Reproduction |
| 5/8/2007 | 0.15 | Document Reproduction |
| 5/9/2007 | 0.15 | Document Reproduction |
| 6/12/2007 | 6.00 | Document Reproduction |
| 6/12/2007 | 0.30 | Document Reproduction |
| 6/12/2007 | 0.45 | Document Reproduction |
| 6/12/2007 | 1.05 | Document Reproduction |

| | | |
|---|---|---|
| 6/12/2007 | 0.15 | Document Reproduction |
| 6/12/2007 | 0.15 | Document Reproduction |
| 6/12/2007 | 1.50 | Document Reproduction |
| 6/12/2007 | 0.15 | Document Reproduction |
| 6/12/2007 | 0.15 | Document Reproduction |
| 6/13/2007 | 0.30 | Document Reproduction |
| 6/15/2007 | 2.55 | Document Reproduction |
| 6/15/2007 | 0.15 | Document Reproduction |
| 6/20/2007 | 0.15 | Document Reproduction |
| 6/20/2007 | 0.30 | Document Reproduction |
| 6/20/2007 | 0.30 | Document Reproduction |
| 6/20/2007 | 0.15 | Document Reproduction |
| 6/20/2007 | 0.30 | Document Reproduction |
| 6/20/2007 | 0.30 | Document Reproduction |
| 6/20/2007 | 0.30 | Document Reproduction |
| 6/21/2007 | 0.15 | Document Reproduction |
| 6/21/2007 | 0.30 | Document Reproduction |
| 6/21/2007 | 0.15 | Document Reproduction |
| 6/21/2007 | 0.15 | Document Reproduction |
| 6/21/2007 | 0.15 | Document Reproduction |
| 6/21/2007 | 0.15 | Document Reproduction |
| 6/22/2007 | 0.15 | Document Reproduction |
| 6/30/2007 | 2.55 | Document Reproduction |
| 6/30/2007 | 0.15 | Document Reproduction |
| 6/30/2007 | 1.05 | Document Reproduction |
| 6/30/2007 | 0.15 | Document Reproduction |
| 7/3/2007 | 0.15 | Document Reproduction |
| 7/9/2007 | 1.35 | Document Reproduction |
| 7/9/2007 | 2.10 | Document Reproduction |
| 7/9/2007 | 0.45 | Document Reproduction |
| 7/9/2007 | 0.45 | Document Reproduction |
| 7/9/2007 | 0.45 | Document Reproduction |
| 7/9/2007 | 0.15 | Document Reproduction |
| 7/9/2007 | 0.15 | Document Reproduction |
| 7/9/2007 | 0.60 | Document Reproduction |
| 7/9/2007 | 0.15 | Document Reproduction |
| 7/9/2007 | 0.60 | Document Reproduction |
| 7/9/2007 | 0.15 | Document Reproduction |
| 7/9/2007 | 0.30 | Document Reproduction |
| 7/9/2007 | 0.15 | Document Reproduction |
| 7/12/2007 | 0.15 | Document Reproduction |
| 7/12/2007 | 0.15 | Document Reproduction |
| 7/13/2007 | 0.15 | Document Reproduction |
| 7/16/2007 | 1.35 | Document Reproduction |
| 7/16/2007 | 4.05 | Document Reproduction |
| 7/16/2007 | 0.15 | Document Reproduction |
| 7/16/2007 | 0.75 | Document Reproduction |
| 7/16/2007 | 0.60 | Document Reproduction |
| 7/16/2007 | 0.30 | Document Reproduction |
| 7/16/2007 | 1.35 | Document Reproduction |
| 7/16/2007 | 0.75 | Document Reproduction |
| 7/16/2007 | 0.15 | Document Reproduction |

| 7/17/2007 | 4.80 | Document Reproduction |
|-----------|------|----------------------|
| 7/17/2007 | 0.30 | Document Reproduction |
| 7/17/2007 | 0.75 | Document Reproduction |
| 7/17/2007 | 0.60 | Document Reproduction |
| 7/17/2007 | 1.35 | Document Reproduction |
| 7/17/2007 | 1.35 | Document Reproduction |
| 7/17/2007 | 0.30 | Document Reproduction |
| 7/17/2007 | 0.15 | Document Reproduction |
| 7/17/2007 | 0.30 | Document Reproduction |
| 7/17/2007 | 0.15 | Document Reproduction |
| 7/24/2007 | 0.15 | Document Reproduction |
| 7/24/2007 | 0.15 | Document Reproduction |
| 7/24/2007 | 0.15 | Document Reproduction |
| 7/25/2007 | 0.30 | Document Reproduction |
| 7/25/2007 | 0.30 | Document Reproduction |
| 7/25/2007 | 1.80 | Document Reproduction |
| 7/25/2007 | 0.30 | Document Reproduction |
| 7/25/2007 | 1.35 | Document Reproduction |
| 7/25/2007 | 0.30 | Document Reproduction |
| 7/25/2007 | 0.60 | Document Reproduction |
| 7/25/2007 | 0.45 | Document Reproduction |
| 7/25/2007 | 0.45 | Document Reproduction |
| 7/25/2007 | 0.75 | Document Reproduction |
| 7/25/2007 | 0.75 | Document Reproduction |
| 7/25/2007 | 0.45 | Document Reproduction |
| 7/25/2007 | 0.60 | Document Reproduction |
| 7/25/2007 | 0.15 | Document Reproduction |
| 7/25/2007 | 0.45 | Document Reproduction |
| 7/25/2007 | 0.45 | Document Reproduction |
| 7/25/2007 | 0.15 | Document Reproduction |
| 7/25/2007 | 0.15 | Document Reproduction |
| 7/25/2007 | 1.35 | Document Reproduction |
| 7/25/2007 | 0.45 | Document Reproduction |
| 7/25/2007 | 0.15 | Document Reproduction |
| 7/25/2007 | 0.45 | Document Reproduction |
| 7/25/2007 | 0.45 | Document Reproduction |
| 7/25/2007 | 0.15 | Document Reproduction |
| 7/26/2007 | 1.50 | Document Reproduction |
| 7/26/2007 | 0.45 | Document Reproduction |
| 7/26/2007 | 3.00 | Document Reproduction |
| 7/26/2007 | 0.30 | Document Reproduction |
| 7/26/2007 | 0.30 | Document Reproduction |
| 7/26/2007 | 0.30 | Document Reproduction |
| 7/26/2007 | 0.15 | Document Reproduction |
| 7/27/2007 | 0.15 | Document Reproduction |
| 7/27/2007 | 0.45 | Document Reproduction |
| 7/27/2007 | 0.15 | Document Reproduction |
| 7/27/2007 | 0.45 | Document Reproduction |
| 7/27/2007 | 0.15 | Document Reproduction |
| 7/27/2007 | 0.45 | Document Reproduction |
| 7/27/2007 | 0.15 | Document Reproduction |
| 7/27/2007 | 0.45 | Document Reproduction |

| | | |
|---|---|---|
| 7/27/2007 | 0.15 | Document Reproduction |
| 7/31/2007 | 1.50 | Document Reproduction |
| 7/31/2007 | 0.45 | Document Reproduction |
| 7/31/2007 | 3.00 | Document Reproduction |
| 7/31/2007 | 0.30 | Document Reproduction |
| 7/31/2007 | 0.30 | Document Reproduction |
| 7/31/2007 | 0.30 | Document Reproduction |
| 7/31/2007 | 0.45 | Document Reproduction |
| 7/31/2007 | 23.70 | Document Reproduction |
| 7/31/2007 | 11.85 | Document Reproduction |
| 8/2/2007 | 0.15 | Document Reproduction |
| 8/2/2007 | 0.30 | Document Reproduction |
| 8/2/2007 | 0.15 | Document Reproduction |
| 8/3/2007 | 0.15 | Document Reproduction |
| 8/3/2007 | 0.30 | Document Reproduction |
| 8/3/2007 | 0.30 | Document Reproduction |
| 8/6/2007 | 16.05 | Document Reproduction |
| 8/6/2007 | 0.75 | Document Reproduction |
| 8/6/2007 | 0.45 | Document Reproduction |
| 8/6/2007 | 1.35 | Document Reproduction |
| 8/6/2007 | 0.30 | Document Reproduction |
| 8/6/2007 | 0.30 | Document Reproduction |
| 8/6/2007 | 0.30 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.30 | Document Reproduction |
| 8/6/2007 | 0.30 | Document Reproduction |
| 8/6/2007 | 0.30 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.90 | Document Reproduction |
| 8/6/2007 | 0.90 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.30 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 1.80 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/6/2007 | 0.15 | Document Reproduction |
| 8/7/2007 | 0.15 | Document Reproduction |
| 8/7/2007 | 0.15 | Document Reproduction |
| 8/7/2007 | 0.15 | Document Reproduction |
| 8/7/2007 | 0.15 | Document Reproduction |
| 8/8/2007 | 0.30 | Document Reproduction |
| 8/8/2007 | 0.30 | Document Reproduction |
| 8/8/2007 | 0.30 | Document Reproduction |
| 8/8/2007 | 0.30 | Document Reproduction |
| 8/8/2007 | 0.15 | Document Reproduction |

| | | |
|---|---|---|
| 8/8/2007 | 0.45 | Document Reproduction |
| 8/8/2007 | 0.30 | Document Reproduction |
| 8/8/2007 | 0.45 | Document Reproduction |
| 8/8/2007 | 0.45 | Document Reproduction |
| 8/8/2007 | 0.15 | Document Reproduction |
| 8/8/2007 | 0.15 | Document Reproduction |
| 8/8/2007 | 0.15 | Document Reproduction |
| 8/9/2007 | 0.30 | Document Reproduction |
| 8/9/2007 | 0.15 | Document Reproduction |
| 8/9/2007 | 0.15 | Document Reproduction |
| 8/9/2007 | 0.90 | Document Reproduction |
| 8/9/2007 | 0.75 | Document Reproduction |
| 8/9/2007 | 0.60 | Document Reproduction |
| 8/9/2007 | 0.15 | Document Reproduction |
| 8/10/2007 | 0.30 | Document Reproduction |
| 8/10/2007 | 0.15 | Document Reproduction |
| 8/10/2007 | 0.90 | Document Reproduction |
| 8/10/2007 | 0.90 | Document Reproduction |
| 8/10/2007 | 1.20 | Document Reproduction |
| 8/10/2007 | 1.20 | Document Reproduction |
| 8/10/2007 | 1.20 | Document Reproduction |
| 8/10/2007 | 0.30 | Document Reproduction |
| 8/10/2007 | 0.15 | Document Reproduction |
| 8/10/2007 | 0.30 | Document Reproduction |
| 8/10/2007 | 0.75 | Document Reproduction |
| 8/10/2007 | 0.75 | Document Reproduction |
| 8/10/2007 | 0.75 | Document Reproduction |
| 8/10/2007 | 0.15 | Document Reproduction |
| 8/10/2007 | 0.15 | Document Reproduction |
| 8/10/2007 | 0.15 | Document Reproduction |
| 8/10/2007 | 0.15 | Document Reproduction |
| 8/10/2007 | 0.15 | Document Reproduction |
| 8/10/2007 | 0.15 | Document Reproduction |
| 8/13/2007 | 0.75 | Document Reproduction |
| 8/13/2007 | 0.30 | Document Reproduction |
| 8/13/2007 | 0.15 | Document Reproduction |
| 8/13/2007 | 1.50 | Document Reproduction |
| 8/14/2007 | 0.90 | Document Reproduction |
| 8/14/2007 | 0.45 | Document Reproduction |
| 8/14/2007 | 0.15 | Document Reproduction |
| 8/14/2007 | 0.15 | Document Reproduction |
| 8/14/2007 | 0.30 | Document Reproduction |
| 8/14/2007 | 0.30 | Document Reproduction |
| 8/14/2007 | 0.30 | Document Reproduction |
| 8/14/2007 | 5.25 | Document Reproduction |
| 8/14/2007 | 6.45 | Document Reproduction |
| 8/14/2007 | 6.00 | Document Reproduction |
| 8/14/2007 | 5.55 | Document Reproduction |
| 8/14/2007 | 4.35 | Document Reproduction |
| 8/14/2007 | 5.70 | Document Reproduction |
| 8/14/2007 | 7.35 | Document Reproduction |
| 8/14/2007 | 7.50 | Document Reproduction |

| | | |
|---|---|---|
| 8/14/2007 | 4.35 | Document Reproduction |
| 8/14/2007 | 4.35 | Document Reproduction |
| 8/14/2007 | 0.15 | Document Reproduction |
| 8/14/2007 | 7.05 | Document Reproduction |
| 8/14/2007 | 9.30 | Document Reproduction |
| 8/14/2007 | 8.70 | Document Reproduction |
| 8/14/2007 | 7.65 | Document Reproduction |
| 8/14/2007 | 4.80 | Document Reproduction |
| 8/14/2007 | 0.15 | Document Reproduction |
| 8/14/2007 | 0.15 | Document Reproduction |
| 8/14/2007 | 4.95 | Document Reproduction |
| 8/14/2007 | 7.95 | Document Reproduction |
| 8/14/2007 | 8.55 | Document Reproduction |
| 8/14/2007 | 8.85 | Document Reproduction |
| 8/14/2007 | 0.15 | Document Reproduction |
| 8/15/2007 | 0.45 | Document Reproduction |
| 8/15/2007 | 0.15 | Document Reproduction |
| 8/15/2007 | 0.15 | Document Reproduction |
| 8/15/2007 | 0.15 | Document Reproduction |
| 8/16/2007 | 5.25 | Document Reproduction |
| 8/16/2007 | 6.45 | Document Reproduction |
| 8/16/2007 | 6.00 | Document Reproduction |
| 8/16/2007 | 5.55 | Document Reproduction |
| 8/16/2007 | 4.35 | Document Reproduction |
| 8/16/2007 | 5.70 | Document Reproduction |
| 8/16/2007 | 7.35 | Document Reproduction |
| 8/16/2007 | 7.50 | Document Reproduction |
| 8/16/2007 | 4.35 | Document Reproduction |
| 8/16/2007 | 0.15 | Document Reproduction |
| 8/16/2007 | 7.05 | Document Reproduction |
| 8/16/2007 | 9.30 | Document Reproduction |
| 8/16/2007 | 8.70 | Document Reproduction |
| 8/16/2007 | 7.65 | Document Reproduction |
| 8/16/2007 | 4.80 | Document Reproduction |
| 8/16/2007 | 0.15 | Document Reproduction |
| 8/16/2007 | 0.15 | Document Reproduction |
| 8/16/2007 | 0.45 | Document Reproduction |
| 8/16/2007 | 0.15 | Document Reproduction |
| 8/17/2007 | 0.15 | Document Reproduction |
| 8/17/2007 | 0.15 | Document Reproduction |
| 8/17/2007 | 4.95 | Document Reproduction |
| 8/17/2007 | 7.95 | Document Reproduction |
| 8/17/2007 | 7.95 | Document Reproduction |
| 8/17/2007 | 8.55 | Document Reproduction |
| 8/17/2007 | 8.85 | Document Reproduction |
| 8/17/2007 | 1.35 | Document Reproduction |
| 8/20/2007 | 3.00 | Document Reproduction |
| 8/20/2007 | 2.70 | Document Reproduction |
| 8/20/2007 | 0.30 | Document Reproduction |
| 8/20/2007 | 0.30 | Document Reproduction |
| 8/20/2007 | 0.60 | Document Reproduction |
| 8/21/2007 | 0.15 | Document Reproduction |

| | | |
|---|---|---|
| 8/21/2007 | 0.30 | Document Reproduction |
| 8/21/2007 | 0.15 | Document Reproduction |
| 8/21/2007 | 0.15 | Document Reproduction |
| 8/21/2007 | 0.15 | Document Reproduction |
| 8/21/2007 | 0.15 | Document Reproduction |
| 8/21/2007 | 0.15 | Document Reproduction |
| 8/22/2007 | 0.30 | Document Reproduction |
| 8/27/2007 | 13.35 | Document Reproduction |
| 8/27/2007 | 2.55 | Document Reproduction |
| 8/27/2007 | 0.60 | Document Reproduction |
| 8/27/2007 | 0.60 | Document Reproduction |
| 8/27/2007 | 0.60 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/27/2007 | 0.60 | Document Reproduction |
| 8/27/2007 | 0.30 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/27/2007 | 0.75 | Document Reproduction |
| 8/27/2007 | 0.15 | Document Reproduction |
| 8/28/2007 | 0.15 | Document Reproduction |
| 8/28/2007 | 0.30 | Document Reproduction |
| 8/29/2007 | 2.70 | Document Reproduction |
| 8/29/2007 | 23.25 | Document Reproduction |
| 8/29/2007 | 0.15 | Document Reproduction |
| 8/29/2007 | 1.05 | Document Reproduction |
| 8/29/2007 | 1.05 | Document Reproduction |
| 8/29/2007 | 0.45 | Document Reproduction |
| 8/29/2007 | 0.30 | Document Reproduction |
| 8/30/2007 | 0.60 | Document Reproduction |
| 8/30/2007 | 0.15 | Document Reproduction |
| 8/30/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 0.30 | Document Reproduction |
| 8/31/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 2.40 | Document Reproduction |
| 8/31/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 2.40 | Document Reproduction |
| 8/31/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 0.15 | Document Reproduction |
| 8/31/2007 | 0.90 | Document Reproduction |
| 8/31/2007 | 0.30 | Document Reproduction |
| 9/4/2007 | 0.60 | Document Reproduction |
| 9/4/2007 | 0.30 | Document Reproduction |
| 9/4/2007 | 0.90 | Document Reproduction |

| | | |
|---|---|---|
| 9/4/2007 | 0.30 | Document Reproduction |
| 9/4/2007 | 0.30 | Document Reproduction |
| 9/4/2007 | 0.15 | Document Reproduction |
| 9/4/2007 | 0.15 | Document Reproduction |
| 9/4/2007 | 0.15 | Document Reproduction |
| 9/4/2007 | 0.15 | Document Reproduction |
| 9/4/2007 | 0.15 | Document Reproduction |
| 9/4/2007 | 0.15 | Document Reproduction |
| 9/4/2007 | 0.15 | Document Reproduction |
| 9/4/2007 | 0.75 | Document Reproduction |
| 9/4/2007 | 0.45 | Document Reproduction |
| 9/5/2007 | 0.75 | Document Reproduction |
| 9/5/2007 | 0.45 | Document Reproduction |
| 9/6/2007 | 9.30 | Document Reproduction |
| 9/7/2007 | 0.30 | Document Reproduction |
| 9/7/2007 | 0.60 | Document Reproduction |
| 9/7/2007 | 0.15 | Document Reproduction |
| 9/7/2007 | 2.40 | Document Reproduction |
| 9/7/2007 | 0.15 | Document Reproduction |
| 9/7/2007 | 0.15 | Document Reproduction |
| 9/7/2007 | 12.60 | Document Reproduction |
| 9/7/2007 | 6.30 | Document Reproduction |
| 9/7/2007 | 6.30 | Document Reproduction |
| 9/7/2007 | 0.15 | Document Reproduction |
| 9/11/2007 | 0.15 | Document Reproduction |
| 9/11/2007 | 0.30 | Document Reproduction |
| 9/13/2007 | 0.45 | Document Reproduction |
| 9/14/2007 | 1.65 | Document Reproduction |
| 9/14/2007 | 0.30 | Document Reproduction |
| 9/14/2007 | 0.15 | Document Reproduction |
| 9/14/2007 | 0.30 | Document Reproduction |
| 9/14/2007 | 0.30 | Document Reproduction |
| 9/18/2007 | 0.15 | Document Reproduction |
| 9/19/2007 | 0.15 | Document Reproduction |
| 9/19/2007 | 0.15 | Document Reproduction |
| 9/19/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.60 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.60 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.45 | Document Reproduction |
| 9/24/2007 | 0.45 | Document Reproduction |
| 9/24/2007 | 0.45 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.30 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.45 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/24/2007 | 0.15 | Document Reproduction |

| | | |
|---|---|---|
| 9/24/2007 | 0.15 | Document Reproduction |
| 9/26/2007 | 0.15 | Document Reproduction |
| 9/27/2007 | 0.30 | Document Reproduction |
| 9/27/2007 | 345.70 | Document Reproduction |
| 10/2/2007 | 2.25 | Document Reproduction |
| 10/3/2007 | 1.50 | Document Reproduction |
| 10/3/2007 | 1.20 | Document Reproduction |
| 10/3/2007 | 0.30 | Document Reproduction |
| 10/3/2007 | 0.30 | Document Reproduction |
| 10/3/2007 | 0.30 | Document Reproduction |
| 10/3/2007 | 0.75 | Document Reproduction |
| 10/3/2007 | 0.60 | Document Reproduction |
| 10/3/2007 | 0.60 | Document Reproduction |
| 10/3/2007 | 0.60 | Document Reproduction |
| 10/3/2007 | 0.90 | Document Reproduction |
| 10/3/2007 | 0.30 | Document Reproduction |
| 10/3/2007 | 0.75 | Document Reproduction |
| 10/3/2007 | 0.75 | Document Reproduction |
| 10/3/2007 | 0.75 | Document Reproduction |
| 10/3/2007 | 0.45 | Document Reproduction |
| 10/3/2007 | 0.75 | Document Reproduction |
| 10/3/2007 | 0.15 | Document Reproduction |
| 10/5/2007 | 0.60 | Document Reproduction |
| 10/9/2007 | 0.75 | Document Reproduction |
| 10/18/2007 | 0.30 | Document Reproduction |
| 10/18/2007 | 0.30 | Document Reproduction |
| 10/18/2007 | 0.15 | Document Reproduction |
| 10/22/2007 | 1.20 | Document Reproduction |
| 10/22/2007 | 0.45 | Document Reproduction |
| 10/22/2007 | 0.15 | Document Reproduction |
| 10/22/2007 | 0.15 | Document Reproduction |
| 10/22/2007 | 1.20 | Document Reproduction |
| 10/22/2007 | 0.30 | Document Reproduction |
| 10/22/2007 | 0.15 | Document Reproduction |
| 10/22/2007 | 0.75 | Document Reproduction |
| 10/22/2007 | 0.15 | Document Reproduction |
| 10/22/2007 | 1.05 | Document Reproduction |
| 10/22/2007 | 40.65 | Document Reproduction |
| 10/22/2007 | 0.60 | Document Reproduction |
| 10/22/2007 | 0.15 | Document Reproduction |
| 10/22/2007 | 0.15 | Document Reproduction |
| 10/30/2007 | 1.05 | Document Reproduction |
| 10/30/2007 | 0.30 | Document Reproduction |
| 10/30/2007 | 0.30 | Document Reproduction |
| 10/30/2007 | 0.45 | Document Reproduction |
| 10/30/2007 | 1.95 | Document Reproduction |
| 10/30/2007 | 0.15 | Document Reproduction |
| 11/1/2007 | 0.15 | Document Reproduction |
| 11/6/2007 | 0.15 | Document Reproduction |
| 11/6/2007 | 0.15 | Document Reproduction |
| 11/6/2007 | 0.45 | Document Reproduction |
| 11/6/2007 | 0.45 | Document Reproduction |

| | | |
|---|---|---|
| 11/7/2007 | 0.30 | Document Reproduction |
| 11/7/2007 | 0.15 | Document Reproduction |
| 11/7/2007 | 0.30 | Document Reproduction |
| 11/7/2007 | 0.30 | Document Reproduction |
| 11/7/2007 | 0.15 | Document Reproduction |
| 11/7/2007 | 0.15 | Document Reproduction |
| 11/7/2007 | 0.30 | Document Reproduction |
| 11/7/2007 | 0.30 | Document Reproduction |
| 11/8/2007 | 2.25 | Document Reproduction |
| 11/9/2007 | 0.30 | Document Reproduction |
| 11/12/2007 | 1.20 | Document Reproduction |
| 11/12/2007 | 0.75 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/12/2007 | 0.15 | Document Reproduction |
| 11/15/2007 | 0.45 | Document Reproduction |
| 11/16/2007 | 0.15 | Document Reproduction |
| 11/16/2007 | 0.30 | Document Reproduction |
| 11/21/2007 | 0.15 | Document Reproduction |
| 11/26/2007 | 0.60 | Document Reproduction |
| 11/27/2007 | 0.60 | Document Reproduction |
| 11/28/2007 | 0.30 | Document Reproduction |
| 1/4/2008 | 0.10 | Document Reproduction |
| 1/8/2008 | 0.60 | Document Reproduction |
| 1/8/2008 | 0.10 | Document Reproduction |
| 1/8/2008 | 0.10 | Document Reproduction |
| 1/9/2008 | 0.30 | Document Reproduction |
| 1/9/2008 | 0.10 | Document Reproduction |
| 1/9/2008 | 0.10 | Document Reproduction |
| 1/9/2008 | 0.30 | Document Reproduction |
| 1/9/2008 | 0.10 | Document Reproduction |
| 1/9/2008 | 0.30 | Document Reproduction |
| 1/9/2008 | 0.20 | Document Reproduction |
| 1/10/2008 | 45.00 | Document Reproduction |
| 1/11/2008 | 5.00 | Document Reproduction |
| 1/11/2008 | 0.30 | Document Reproduction |
| 1/11/2008 | 0.10 | Document Reproduction |
| 1/11/2008 | 0.70 | Document Reproduction |
| 1/11/2008 | 1.10 | Document Reproduction |
| 1/11/2008 | 0.10 | Document Reproduction |
| 1/11/2008 | 0.70 | Document Reproduction |
| 1/11/2008 | 0.80 | Document Reproduction |
| 1/11/2008 | 0.10 | Document Reproduction |
| 1/11/2008 | 0.50 | Document Reproduction |
| 1/11/2008 | 0.10 | Document Reproduction |

| | | |
|---|---|---|
| 1/11/2008 | 0.20 | Document Reproduction |
| 1/11/2008 | 1.30 | Document Reproduction |
| 1/14/2008 | 0.20 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.20 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.20 | Document Reproduction |
| 1/14/2008 | 1.10 | Document Reproduction |
| 1/14/2008 | 1.20 | Document Reproduction |
| 1/14/2008 | 1.50 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 0.10 | Document Reproduction |
| 1/14/2008 | 22.50 | Document Reproduction |
| 1/14/2008 | 5.00 | Document Reproduction |
| 1/15/2008 | 0.20 | Document Reproduction |
| 1/15/2008 | 0.10 | Document Reproduction |
| 1/15/2008 | 0.20 | Document Reproduction |
| 1/15/2008 | 0.10 | Document Reproduction |
| 1/15/2008 | 0.10 | Document Reproduction |
| 1/15/2008 | 0.30 | Document Reproduction |
| 1/15/2008 | 0.50 | Document Reproduction |
| 1/15/2008 | 0.10 | Document Reproduction |
| 1/15/2008 | 0.20 | Document Reproduction |
| 1/15/2008 | 0.20 | Document Reproduction |
| 1/15/2008 | 0.80 | Document Reproduction |
| 1/15/2008 | 0.30 | Document Reproduction |
| 1/15/2008 | 0.20 | Document Reproduction |
| 1/15/2008 | 0.20 | Document Reproduction |
| 1/15/2008 | 0.30 | Document Reproduction |
| 1/15/2008 | 0.10 | Document Reproduction |
| 1/16/2008 | 0.10 | Document Reproduction |
| 1/16/2008 | 2.30 | Document Reproduction |
| 1/16/2008 | 0.60 | Document Reproduction |
| 1/16/2008 | 0.20 | Document Reproduction |
| 1/16/2008 | 1.10 | Document Reproduction |
| 1/16/2008 | 1.20 | Document Reproduction |
| 1/16/2008 | 1.50 | Document Reproduction |
| 1/16/2008 | 0.20 | Document Reproduction |
| 1/16/2008 | 0.40 | Document Reproduction |
| 1/16/2008 | 0.20 | Document Reproduction |
| 1/16/2008 | 0.20 | Document Reproduction |
| 1/16/2008 | 0.50 | Document Reproduction |
| 1/16/2008 | 0.40 | Document Reproduction |

| | | |
|---|---|---|
| 1/16/2008 | 0.30 | Document Reproduction |
| 1/16/2008 | 0.50 | Document Reproduction |
| 1/16/2008 | 0.60 | Document Reproduction |
| 1/16/2008 | 0.80 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.20 | Document Reproduction |
| 1/24/2008 | 0.20 | Document Reproduction |
| 1/24/2008 | 0.10 | Document Reproduction |
| 1/24/2008 | 0.20 | Document Reproduction |
| 1/24/2008 | 0.20 | Document Reproduction |
| 1/25/2008 | 0.10 | Document Reproduction |
| 1/25/2008 | 0.40 | Document Reproduction |
| 1/25/2008 | 12.50 | Document Reproduction |
| 1/28/2008 | 0.20 | Document Reproduction |
| 1/28/2008 | 0.10 | Document Reproduction |
| 1/28/2008 | 2.30 | Document Reproduction |
| 1/28/2008 | 0.20 | Document Reproduction |
| 1/28/2008 | 0.20 | Document Reproduction |
| 1/28/2008 | 1.70 | Document Reproduction |
| 1/28/2008 | 0.20 | Document Reproduction |
| 1/28/2008 | 0.10 | Document Reproduction |
| 1/28/2008 | 1.70 | Document Reproduction |
| 1/28/2008 | 0.20 | Document Reproduction |
| 1/28/2008 | 0.10 | Document Reproduction |
| 1/29/2008 | 0.20 | Document Reproduction |
| 1/29/2008 | 0.10 | Document Reproduction |
| 1/29/2008 | 0.20 | Document Reproduction |
| 1/29/2008 | 0.10 | Document Reproduction |
| 1/29/2008 | 7.50 | Document Reproduction |
| 2/1/2008 | 0.10 | Document Reproduction |
| 2/12/2008 | 0.20 | Document Reproduction |
| 2/12/2008 | 0.50 | Document Reproduction |
| 2/12/2008 | 0.20 | Document Reproduction |
| 2/12/2008 | 0.10 | Document Reproduction |
| 2/12/2008 | 0.10 | Document Reproduction |
| 2/12/2008 | 0.10 | Document Reproduction |
| 2/12/2008 | 0.70 | Document Reproduction |
| 2/12/2008 | 0.20 | Document Reproduction |
| 2/12/2008 | 0.70 | Document Reproduction |
| 2/12/2008 | 0.70 | Document Reproduction |
| 2/12/2008 | 0.10 | Document Reproduction |
| 2/12/2008 | 0.80 | Document Reproduction |
| 2/12/2008 | 0.10 | Document Reproduction |

| | | |
|---|---|---|
| 2/12/2008 | 0.80 | Document Reproduction |
| 2/12/2008 | 0.20 | Document Reproduction |
| 2/12/2008 | 0.10 | Document Reproduction |
| 2/12/2008 | 0.80 | Document Reproduction |
| 2/12/2008 | 0.10 | Document Reproduction |
| 2/12/2008 | 0.10 | Document Reproduction |
| 2/15/2008 | 0.30 | Document Reproduction |
| 2/15/2008 | 0.30 | Document Reproduction |
| 2/19/2008 | 0.20 | Document Reproduction |
| 2/19/2008 | 0.20 | Document Reproduction |
| 2/19/2008 | 0.20 | Document Reproduction |
| 2/19/2008 | 0.40 | Document Reproduction |
| 2/19/2008 | 0.50 | Document Reproduction |
| 2/19/2008 | 0.20 | Document Reproduction |
| 2/19/2008 | 0.50 | Document Reproduction |
| 2/19/2008 | 0.10 | Document Reproduction |
| 2/19/2008 | 0.10 | Document Reproduction |
| 2/19/2008 | 0.10 | Document Reproduction |
| 2/25/2008 | 0.10 | Document Reproduction |
| 2/25/2008 | 0.30 | Document Reproduction |
| 2/25/2008 | 0.10 | Document Reproduction |
| 2/25/2008 | 0.10 | Document Reproduction |
| 2/25/2008 | 0.10 | Document Reproduction |
| 2/28/2008 | 0.20 | Document Reproduction |
| 2/28/2008 | 0.40 | Document Reproduction |
| 2/28/2008 | 0.90 | Document Reproduction |
| 2/28/2008 | 0.50 | Document Reproduction |
| 2/28/2008 | 0.30 | Document Reproduction |
| 3/3/2008 | 0.20 | Document Reproduction |
| 3/5/2008 | 0.20 | Document Reproduction |
| 3/6/2008 | 2.30 | Document Reproduction |
| 3/6/2008 | 0.40 | Document Reproduction |
| 3/6/2008 | 0.40 | Document Reproduction |
| 3/6/2008 | 0.40 | Document Reproduction |
| 3/6/2008 | 0.40 | Document Reproduction |
| 3/6/2008 | 0.40 | Document Reproduction |
| 3/6/2008 | 0.30 | Document Reproduction |
| 3/6/2008 | 1.80 | Document Reproduction |
| 3/7/2008 | 3.60 | Document Reproduction |
| 3/7/2008 | 0.40 | Document Reproduction |
| 3/7/2008 | 0.40 | Document Reproduction |
| 3/7/2008 | 0.20 | Document Reproduction |
| 3/7/2008 | 0.40 | Document Reproduction |
| 3/7/2008 | 0.30 | Document Reproduction |
| 3/7/2008 | 0.40 | Document Reproduction |
| 3/7/2008 | 0.40 | Document Reproduction |
| 3/7/2008 | 0.40 | Document Reproduction |
| 3/7/2008 | 0.40 | Document Reproduction |
| 3/7/2008 | 3.70 | Document Reproduction |
| 3/10/2008 | 0.20 | Document Reproduction |
| 3/10/2008 | 0.10 | Document Reproduction |
| 3/12/2008 | 0.20 | Document Reproduction |

| | | |
|---|---|---|
| 3/12/2008 | 0.20 | Document Reproduction |
| 3/12/2008 | 0.60 | Document Reproduction |
| 3/12/2008 | 0.20 | Document Reproduction |
| 3/12/2008 | 0.10 | Document Reproduction |
| 3/12/2008 | 0.20 | Document Reproduction |
| 3/13/2008 | 72.50 | Document Reproduction |
| 3/13/2008 | 0.20 | Document Reproduction |
| 3/13/2008 | 0.10 | Document Reproduction |
| 3/13/2008 | 0.20 | Document Reproduction |
| 3/13/2008 | 0.10 | Document Reproduction |
| 3/13/2008 | 0.10 | Document Reproduction |
| 3/13/2008 | 0.50 | Document Reproduction |
| 3/13/2008 | 1.90 | Document Reproduction |
| 3/13/2008 | 0.90 | Document Reproduction |
| 3/13/2008 | 0.20 | Document Reproduction |
| 3/14/2008 | 0.30 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.20 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.20 | Document Reproduction |
| 3/14/2008 | 0.20 | Document Reproduction |
| 3/14/2008 | 0.20 | Document Reproduction |
| 3/14/2008 | 0.60 | Document Reproduction |
| 3/14/2008 | 0.10 | Document Reproduction |
| 3/14/2008 | 0.20 | Document Reproduction |
| 3/14/2008 | 0.30 | Document Reproduction |
| 3/14/2008 | 0.30 | Document Reproduction |
| 3/14/2008 | 1.50 | Document Reproduction |
| 3/14/2008 | 0.10 | Document Reproduction |
| 3/14/2008 | 1.20 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.30 | Document Reproduction |
| 3/14/2008 | 0.20 | Document Reproduction |
| 3/14/2008 | 1.20 | Document Reproduction |
| 3/14/2008 | 1.20 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |

| | | |
|---|---|---|
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.80 | Document Reproduction |
| 3/14/2008 | 0.80 | Document Reproduction |
| 3/14/2008 | 0.80 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.40 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.20 | Document Reproduction |
| 3/14/2008 | 0.50 | Document Reproduction |
| 3/14/2008 | 0.90 | Document Reproduction |
| 3/14/2008 | 0.80 | Document Reproduction |
| 3/14/2008 | 0.10 | Document Reproduction |
| 3/18/2008 | 0.80 | Document Reproduction |
| 3/18/2008 | 0.50 | Document Reproduction |
| 3/18/2008 | 0.50 | Document Reproduction |
| 3/18/2008 | 0.10 | Document Reproduction |
| 3/18/2008 | 3.80 | Document Reproduction |
| 3/18/2008 | 3.80 | Document Reproduction |
| 3/18/2008 | 0.10 | Document Reproduction |
| 3/19/2008 | 0.50 | Document Reproduction |
| 3/19/2008 | 3.80 | Document Reproduction |
| 3/20/2008 | 342.50 | Document Reproduction |
| 3/20/2008 | 12.50 | Document Reproduction |
| 3/20/2008 | 0.30 | Document Reproduction |
| 3/20/2008 | 0.10 | Document Reproduction |
| 3/20/2008 | 0.10 | Document Reproduction |
| 3/21/2008 | 0.60 | Document Reproduction |
| 3/24/2008 | 3.00 | Document Reproduction |
| 3/26/2008 | 20.00 | Document Reproduction |
| 3/26/2008 | 19.50 | Document Reproduction |
| 3/26/2008 | 19.50 | Document Reproduction |
| 3/26/2008 | 1.50 | Document Reproduction |
| 3/26/2008 | 1.50 | Document Reproduction |
| 3/26/2008 | 13.50 | Document Reproduction |
| 3/26/2008 | 3.00 | Document Reproduction |
| 3/26/2008 | 6.00 | Document Reproduction |
| 3/26/2008 | 10.50 | Document Reproduction |
| 3/26/2008 | 1.50 | Document Reproduction |
| 3/27/2008 | 130.00 | Document Reproduction |
| 3/27/2008 | 4.50 | Document Reproduction |
| 3/27/2008 | 6.00 | Document Reproduction |
| 3/27/2008 | 7.50 | Document Reproduction |
| 3/27/2008 | 7.50 | Document Reproduction |
| 3/27/2008 | 1.50 | Document Reproduction |
| 3/27/2008 | 1.50 | Document Reproduction |
| 3/27/2008 | 1.50 | Document Reproduction |

| | | |
|---|---|---|
| 3/27/2008 | 1.50 | Document Reproduction |
| 4/1/2008 | 4.50 | Document Reproduction |
| 4/1/2008 | 3.00 | Document Reproduction |
| 4/1/2008 | 4.50 | Document Reproduction |
| 4/1/2008 | 6.00 | Document Reproduction |
| 4/2/2008 | 22.50 | Document Reproduction |
| 4/3/2008 | 0.75 | Document Reproduction |
| 4/16/2008 | 3.00 | Document Reproduction |
| 5/7/2008 | 0.30 | Document Reproduction |
| 5/14/2008 | 0.45 | Document Reproduction |
| 5/14/2008 | 0.15 | Document Reproduction |
| 5/14/2008 | 0.15 | Document Reproduction |
| 5/14/2008 | 0.15 | Document Reproduction |
| 5/15/2008 | 0.30 | Document Reproduction |
| 5/15/2008 | 0.15 | Document Reproduction |
| 5/16/2008 | 0.45 | Document Reproduction |
| 5/16/2008 | 0.30 | Document Reproduction |
| 5/21/2008 | 0.15 | Document Reproduction |
| 5/21/2008 | 0.15 | Document Reproduction |
| 6/10/2008 | 0.90 | Document Reproduction |
| 6/10/2008 | 0.45 | Document Reproduction |
| 6/10/2008 | 0.45 | Document Reproduction |
| 6/10/2008 | 0.30 | Document Reproduction |
| 6/12/2008 | 0.75 | Document Reproduction |
| 6/12/2008 | 0.30 | Document Reproduction |
| 6/13/2008 | 2.40 | Document Reproduction |
| 6/13/2008 | 0.45 | Document Reproduction |
| 6/13/2008 | 0.45 | Document Reproduction |
| 6/13/2008 | 0.30 | Document Reproduction |
| 6/23/2008 | 0.30 | Document Reproduction |

**TOTAL   2,079.55**