# ATTACHMENT TO BILL OF COSTS

CONITZ v. TECK COMINCO/NANA DEVELOPMENT CORPORATION

Case No. 4:06-cv-00015-RRB

Deposition Costs (28 USC 1920)

| | | |
|---|---|---|
| Gregg Conitz | 8/2/07 | $205.20 |
| Jim Somers/Ted Zigarlick | 8/7/07 | $999.60 |
| J. Kells | 11/28/07 | $397.65 |
| J. Kells | 12/28/07 | $ 79.60 |
| | TOTAL | $1,682.05 |

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net

| BILL TO: | | Invoice | |
|---|---|---|---|
| Perkins Coie<br>1029 W. 3rd Avenue, Suite 300<br>Anchorage, AK  99501 | | **DATE** | **INVOICE ...** |
| | | 8/13/2007 | 07-9679 |
| | | **TERMS** | |
| | | Due on Receipt | |
| **ATTENTION:** | T. Daniel | | |

**REPOR...** BONDESON

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/2/2007 | CONITZ v. TECK COMINCO<br>DEPOSITION OF GREGG CONITZ<br><br>Compression/word index, electronic transcript<br>Exhibits | 204.90<br>0.30 |

DATE: 8/14/07
CHARGE: ~~68116-20007~~  18531-14
CLIENT: ~~FRAY~~ NANA
APPROVED: [signature]

*Thank you for choosing Pacific Rim Reporting.*   **Total**   $205.20

| PERKINS COIE LLP | 1201 THIRD AVENUE, 40th FLOOR SEATTLE, WA 98101-3099 | PACIF3486 | CHECK NO. | 932928 |

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENT AMOUNT |
|---|---|---|---|
| 08/13/2007 | 07-9679 | 205.20 | 205.20 |

DETACH AND RETAIN THIS STATEMENT



| 1201 Third Avenue, 40th Floor Seattle, WA 98101-3099 | USBank 1420 Fifth Avenue Seattle, WA 98101 | 19-10 1250 | DATE 08/24/2007 | CHECK NO. 932928 |

Amount
•••••••••••••••$205.20

PAY   TWO HUNDRED FIVE AND 20/100 DOLLARS••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

PERKINS COIE
VOID IF NOT NEGOTIATED WITHIN SIX MONTHS

PAY TO
ORDER OF:

Pacific Rim Reporting
711 M Street, Suite 4
Anchorage, AK  99501

* 4 6 3 7 8 5 *

⑆932928⑆ ⑈125000105⑈ 153592271719⑈

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

RECEIVED
H.D 4:16
AUG 2 3 2007

PERKINS COIE
ANCHORAGE

## Invoice

| DATE | INVOICE ... |
|---|---|
| 8/22/2007 | 07-9731 |
| **TERMS** | |
| Due on Receipt | |

**BILL TO:**

Perkins Coie
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

| ATTENTION: | T. Daniel |
|---|---|

**REPOR...** BONDESON

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/31/2007<br>8/1/2007 | CONITZ v. TECK COMINCO<br>DEPOSITION OF JIM SOMERS<br>(ordered to be transcribed 8/7/07)<br>DEPOSITION OF TED ZIGARLICK<br>(ordered to be transcribed 8/7/07)<br><br>Compression/word index, electronic transcript<br>Exhibits (electronically scanned/e-mailed and copied) | 860.10<br>139.50 |

DATE: 8/24/07
CHARGE: Nana
CLIENT: 18531-14
APPROVED: [signature]

*Thank you for choosing Pacific Rim Reporting.*   **Total**   $999.60

| PERKINS COIE LLP | 1201 THIRD AVENUE, 40th FLOOR SEATTLE, WA 98101-3099 | PACIF3486 | CHECK NO. | 933363 |
|---|---|---|---|---|

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENT AMOUNT |
|---|---|---|---|
| 08/22/2007 | 07-9731 | 999.60 | 999.60 |

DETACH AND RETAIN THIS STATEMENT



| 1201 Third Avenue, 40th Floor Seattle, WA 98101-3099 | USBank 1420 Fifth Avenue Seattle, WA 98101 | 19-10 1250 | DATE 08/28/2007 | CHECK NO. 933363 |
|---|---|---|---|---|

Amount
***************$999.60

PAY   NINE HUNDRED NINETY-NINE AND 60/100 DOLLARS***********************************************************

PERKINS COIE

PAY TO ORDER OF:

VOID IF NOT NEGOTIATED WITHIN SIX MONTHS

Pacific Rim Reporting
711 M Street, Suite 4
Anchorage, AK 99501



⑈933363⑈ ⑆125000105⑆ 153592271719⑈

**Liz D'Amour & Associates, Inc.,**

330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

RECEIVED
DEC 17 2007
PERKINS COIE
ANCHORAGE

**Invoice**

| DATE | INVOICE # |
|---|---|
| 12/11/2007 | 4849 |

BILL TO:

Perkins Coie
Attn: Accounts Payable
1029 West Third Avenue
Suite 300
Anchorage, AK 99501

This is an invoice for individual cases. You will receive a monthly statement summarizing ALL charges for your firm.

| REFERENCE | TERMS |
|---|---|
| Helena Hall | DUE ON RECEIPT |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | CONITZ V. TECK COMINCO, 4:06-CV-00015 |  |  |
|  | DEPOSITION OF JOHN KELLS, 11/28/07 |  |  |
| 121 | Transcript Copy | 2.20 | 266.20 |
| 354 | B&W Exhibits Copied | 0.35 | 123.90 |
|  | Postage | 7.55 | 7.55 |

12/17/07
18531-14
CLIENT: nana
APPROVED: [signature]

**This bill is YOUR responsibility. We do not do third party billing. Payment is due within 30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on all balances more than 30 days past due. Please reference invoice number with payment. WE ACCEPT MASTERCARD AND VISA! THANK YOU!**

**Total** $397.65

PERKINS COIE LLP   1201 THIRD AVENUE, 40th FLOOR SEATTLE, WA 98101-3099   LIZDA4900   CHECK NO.   950855

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENT AMOUNT |
|---|---|---|---|
| 12/11/2007 | 4849 | 397.65 | 397.65 |

DETACH AND RETAIN THIS STATEMENT

Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

USBank
1420 Fifth Avenue
Seattle, WA 98101

19-10
1250

DATE   12/28/2007

CHECK NO.   950855

Amount
***************$397.65

PAY   THREE HUNDRED NINETY-SEVEN AND 65/100 DOLLARS**************************************************

PERKINS COIE
VOID IF NOT NEGOTIATED WITHIN SIX MONTHS

*483341*

PAY TO ORDER OF:

Liz D'Amour & Associates
330 Wendell Street, Suite A
Fairbanks, AK 99707

⑈950855⑈ ⑆125000105⑆ 153592271719⑈

**Liz D'Amour & Associates, Inc.,**

330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

**Invoice**

| DATE | INVOICE # |
|---|---|
| 1/7/2008 | 4908 |

RECEIVED
JAN 0 9 2008
PERKINS COIE
ANCHORAGE

BILL TO:

Perkins Coie
Attn: Accounts Payable
1029 West Third Avenue
Suite 300
Anchorage, AK 99501

This is an invoice for individual cases. You will receive a monthly statement summarizing ALL charges for your firm.

| REFERENCE | TERMS |
|---|---|
|  | DUE ON RECEIPT |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | CONITZ V. TECK COMINCO, 4:06-CV-00015 RRB | | |
|  | DEPOSITION OF JOHN KELLS, VOLUME II, 12/28/07 | | |
| 46 | Email Transcript only - no hard copy printed out | 1.70 | 78.20 |
| 4 | B&W Exhibits Copied | 0.35 | 1.40 |

DATE: 1/9/08
CHARGE: 18531-0014
CLIENT: NANA
APPROVED: [signature]

**This bill is YOUR responsibility. We do not do third party billing. Payment is due within 30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on all balances more than 30 days past due. Please reference invoice number with payment. WE ACCEPT MASTERCARD AND VISA! THANK YOU!**

**Total** $79.60

| PERKINS COIE LLP | 1201 THIRD AVENUE, 40th FLOOR SEATTLE, WA 98101-3099 | LIZDA4900 | CHECK NO. | 954691 |
|---|---|---|---|---|
| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | | PAYMENT AMOUNT |
| 01/07/2008 | 4908 | 79.60 | | 79.60 |

DETACH AND RETAIN THIS STATEMENT



| 1201 Third Avenue, 40th Floor Seattle, WA 98101-3099 | USBank 1420 Fifth Avenue Seattle, WA 98101 | 19 - 10 1250 | DATE 01/28/2008 | CHECK NO. 954691 |
|---|---|---|---|---|

Amount
****************$79.60

PAY    SEVENTY-NINE AND 60/100 DOLLARS***********************************************************

PERKINS COIE

PAY TO ORDER OF:

Liz D'Amour & Associates
330 Wendell Street, Suite A
Fairbanks, AK  99707

VOID IF NOT NEGOTIATED WITHIN SIX MONTHS



*487669*

⑈954691⑈ ⑆125000105⑆ 153592271719⑈



# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 18531-0014

February 27, 2008

Invoice 3680187

NANA Regional Corporation, Inc.
Attn: Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

## INVOICE

**FOR SERVICES THROUGH 01/31/08, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | |
| Disbursements and Other Charges | |
| **TOTAL DUE THIS INVOICE** | $2,502.02 |

**Gregg Conitz**

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

February 27, 2008

Invoice 3680187

**Disbursements and Other Charges**

| | |
|---|---:|
| Photocopying and printing expenses | 0.60 ← copies |
| Computer research | 1,965.02 |
| Court reporter fee - <br>    Deposition of John Kells, Volume II, 12/28/07 | 79.60 |
| Airfare - <br>    J. Nist, Fairbanks, 2007-12-28; Ticket#7096082723 | 456.80 |
| Disbursement and Other Charges Total | $2,502.02 |
| **Total This Invoice** | $ |

**This invoice is for current charges only.**
**Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.**
**Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 28, 2008**

If payment is made by wire remittance, please direct to:

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 18531-0014

March 24, 2008

Invoice 3691777

NANA Regional Corporation, Inc.
Attn: Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK 99508

INVOICE

**FOR SERVICES THROUGH 02/29/08, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | |
| Disbursements and Other Charges | $6.20 |
| **TOTAL DUE THIS INVOICE** | |

**Gregg Conitz**

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 6.20 ← *Copies* |
| Disbursement and Other Charges Total | $6.20 |

**Total This Invoice**

TMD

*This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before APRIL 23, 2008*

If payment is made by wire remittance, please direct to:

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 18531-0014

April 24, 2008

Invoice 3711457

NANA Regional Corporation, Inc.
Attn: Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

INVOICE

**FOR SERVICES THROUGH 03/31/08, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | |
| Disbursements and Other Charges | $34.90 |
| **TOTAL DUE THIS INVOICE** | |

**Gregg Conitz**

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

18531-0014 April 24, 2008 Invoice 3711457

**Disbursements and Other Charges**

Photocopying and printing expenses 34.90 ——— *copies*

Disbursement and Other Charges Total $34.90

**Total This Invoice**

TMD

*This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MAY 24, 2008*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 18531, Invoice 3711457

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

*copies*

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 18531-0014

June 17, 2008

Invoice 3750771

NANA Regional Corporation, Inc.
Attn: Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

INVOICE

**FOR SERVICES THROUGH 05/31/08, IN CONNECTION WITH THE FOLLOWING:**

Total Services
Disbursements and Other Charges             $31.68
**TOTAL DUE THIS INVOICE**

**Gregg Conitz**

**Disbursements and Other Charges**

Photocopying and printing expenses           25.20  ← *copies* (handwritten)
Messenger charges                             6.48

Disbursement and Other Charges Total        $31.68

**Total This Invoice**

TMD

**This invoice is for current charges only.**
**Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.**
**Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JULY 17, 2008**

If payment is made by wire remittance, please direct to:

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES