Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

GREGG CONITZ,

               Plaintiff,

  v.

TECK COMINCO ALASKA, INC.,

               Defendant,

  and

NANA REGIONAL CORPORATION,

               Defendant/Intervenor.

Case No. 4:06-cv-00015-RRB

## NOTICE OF COST BILL HEARING

    NANA Development Corporation gives notice of a Hearing on NANA's Cost Bill. The hearing will be held on August 12, 2008, at 9 a.m. in the Magistrate Courtroom in Fairbanks. Parties wishing to attend telephonically may do so by calling 907-677-6247 (the court's bridge number "Meet Me Bridge B") at the time of the hearing.

NOTICE OF COST BILL HEARING
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 1 of 2

18531-0014/LEGAL14364912.1

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DATED:  August 4, 2008.

s/ Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

The undersigned hereby certifies that a true and correct
copy of the foregoing document is being electronically
served on Sean Halloran and Kenneth Covell this 4th
day of August, 2008.

s/Thomas M. Daniel

NOTICE OF COST BILL HEARING
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page  2 of 2
18531-0014/LEGAL14364912.1