JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
FAX CARE OF: 451-7802
jason_bea@msn.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 4:06-CV-00015 RRB |

**OPPOSITION TO MOTION FOR ORDER TO DISGORGE FEES
OBTAINED THROUGH MISREPRESENTATION**

In December, 2007, I, Jason P. Beatty, appeared as counsel for witness John Kells by filing a Motion to Quash the continuation of Mr. Kells deposition to be taken in Fairbanks, Alaska, and a Motion for Attorney Fees. Mr. Kells requested that these motions be filed because the attorneys for Teck Cominco Alaska Incorporated, specifically Sean Halloran, refused to cooperate with the rescheduling of the deposition to be taken in Fairbanks, Alaska.  Mr. Halloran was inconveniencing Mr. Kells who was scheduled to work during the scheduled deposition time, in Healy, Alaska. Mr. Kells would have been required to take two days off work, plus travel back and forth between Healy and

Fairbanks for the deposition. I contacted Mr. Halloran's office and assistant several times in attempts to work out a more convenient time for finishing the deposition. Mr. Halloran never contacted me back, even after I informed his assistant that I would be forced to file the Motion to Quash,and Attorney fees.

At the hearing on the Motion to Quash, The Court and Mr. Halloran were informed that Mr. Kells would be available to continue the deposition in Fairbanks in December during his vacation time. This schedule was more convenient for Mr. Kells, who is a witness, the deposition was rescheduled for a more convenient time and it did not require Mr. Kells to take two days off work, or have to travel back and forth between Healy and Fairbanks.

At the hearing, this Court, ordered Mr. Halloran to pay one hour of attorney time in the amount of $175. The Court even declared that this amount was cheap. Mr. Halloran had previously been warned by this Court to work these types of minor problems out through the attorney's involved, and not to waste the Court's time or resources. Mr. Halloran argued that he had not heard or been notified about the Motion to Quash, and Motion for Attorney fees before the hearing and should not be required to pay the requested attorney fees. This Court ordered the fees to be paid in light of the evidence provided.

Mr. Halloran argues that I, Jason P. Beatty, and Mr. Logan misrepresented facts to this Court and that I am an intern in Mr. Covells office. These facts are unfounded and untrue. Fairbanks is a small community. I work with several attorney's in Fairbanks to learn the trades of my practice and I am not nor have I ever worked for or in Mr. Covells' Office. The day I met with Mr. Kells at Mr. Covells' office was for the convenience of Mr. Kells and Mr. Covell was kind enough to allow me to use one of his offices for the meeting with Mr. Kells. At the conclusion of the meeting Mr. Kells retained me for the sum of $1.00.

Therefore, this Court was correct in ordering the reimbursment of attorney fees to be paid by Mr. Halloran. I do not surreptiously work for the plaintiff and should not be required to disgorge the $175 that was paid by Teck Cominco.  Mr. Halloran is intentionally misrepresenting the facts that I was an intern in Mr. Covells' office to this Court.  Mr. Halloran's unwarranted responses and lack of diligence,  that the scheduling problem for the deposition could have been worked out in an adult manner and the Motion to Quash and Motion for Attorney Fees would not have been required to have been filed in this respected Court.

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Opposition to Motion for Order to Disgorge Fees
Page 3 of 4

DATED this 8th day of August, 2008.

By: __/s/ Jason P. Beatty
Attorney Bar #0711066

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran – sean.halloran@hartig.com

Thomas M. Daniel – tdaniel@perkinscoie.com

Dated: 08/08/2008

By:      /s/ Wendy Blakeman
         Wendy Blakeman for Jason P. Beatty