JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ,      )<br>                  )<br>     Plaintiff    )<br>                  )<br>   vs.            )<br>                  )<br>TECK COMINCO ALASKA, INC.,   )<br>                  )<br>     Defendant    )<br>_____) | Case No. 4:06-CV-00015 RRB |

**DECLARATION OF JASON P. BEATTY, ATTORNEY FOR NON-PARTY DEPONENT, JOHN KELLS, RE: OPPOSITION TO MOTION FOR ORDER TO DISGORGE FEES OBTAINED THROUGH MISREPRESENTATION**

I, JASON P. BEATTY, declare and state that:

1) I am an adult resident of the State of Alaska, fully competent to testify and I testify about the following facts upon my personal knowledge.

2) I am the Attorney for the Non-Party Deponent Witness, Mr. Kells, in the above-captioned action.

3) I am not an intern in Mr. Covells' offices, I do not work for Mr. Covell nor am I representative or affiliated with the plaintiff or his case.

Conitz v. Teck Cominco, Case No. 4:06-cv-00015 RRB
Opposition to Motion to Order to Disgorge Fees
Page 1 of 3

4) Subsequent to this case, I have stood in for Mr. Covell in other cases.

5) I did spend more than two hours relative to the preparation of Mr. Kells Motions.

6) I only asked to be reimbursed for two hours of attorney time, only one hour of which Mr. Halloran was required to pay.

7) Mr. Kells retained me for the fee of $1.00.

8) Mr. Covell and Mr. Logan paid their Court ordered fees for one hour.

9) This Court did grant the Motions that were filed on behalf of Mr. Kells.

10) No facts were intentionally or unintentionally misrepresented to this Court.

### Declaration

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 8, 2008.

By: __/s/ Jason P. Beatty
    Attorney Bar #0711066

Conitz v. Teck Cominco, Case No. 4:06-cv-00015 RRB
Opposition to Motion to Order to Disgorge Fees
Page 2 of 3

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran – sean.halloran@hartig.com

Thomas M. Daniel – tdaniel@perkinscoie.com

Dated: 08/08/2008

By:      /s/ Wendy Blakeman
     Wendy Blakeman for Jason P. Beatty

Conitz v. Teck Cominco, Case No. 4:06-cv-00015 RRB
Opposition to Motion to Order to Disgorge Fees
Page 3 of 3