KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,        )<br>                      )<br>      Plaintiff    )<br>                      )<br>   vs.               )<br>                      )<br>TECK COMINCO ALASKA, INC.,   )<br>                      )<br>      Defendant    )<br>_____) | Case No. 4:06-CV-00015 RRB |

### Donald F. Logan Declaration

1) I am an adult resident of the State of Alaska, fully competent to testify, and I testify to the following facts upon my personal knowledge.

2) I am not employed or permanently associated with Kenneth Covell's office.

3) After interviewing Mr. Kells he told me that he had rejected two proposed Affidavits from Mr. Halloran and didn't like the affidavit process. I suggested a deposition and he agreed.

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Logan Declaration 8/8/08
Page 1 of 3

4) Mr. Kels specifically asked if we could have the deposition in Healy. This was for his convenience and certainly not ours.

5) During the Deposition in Healy the courthouse was closing. I was on the phone while still listening to Mr. Halloran question Mr. Kells. I located a B&B across the street that could accommodate us immediately. Mr. Kell's asked for a break and a later time was proposed. Mr. Halloran's only position was that the deposition be considered over.

6) When the deposition was set in Fairbanks, Mr. Kells still wanted to do it in Healy. I explained that I had a conflict and that I could find him another lawyer to represent his position. That lawyer was Jason Beatty. I got them together and had no further involvement in the matter.

7) I do not know where Beatty met with Kells. There is a spare office at Mr. Covell's.

8) Incidentally, I never told Kells not to talk to Halloran. I told him that he didn't have to talk to either of us. Mr. Kells suggested copying any e-mails to both.

9) Mr. Beatty does not work as an intern anywhere. He is a fully admitted attorney. He was not associated with either Mr. Covell or I. I may have used him for a few projects. I'm not sure about Mr. Covell.

10) My recollection is the court asked Beatty how much time he had in the matter and how much he charged. The award followed.

11) Throughout this matter I have sought only to keep a promise to Kells, that I would make his involvement as easy and convenient as possible.

12) I take issue with the suggestion that I have deceived the court or engaged in unprofessional conduct (the intemperate use of the word "ass" excepted – and I have apologized to Mr. Halloran for that.)

I declare under penalty of perjury that the forgoing facts are true.

DATED the 8th day of August, 2008.

By: __/s/ Donald Logan_____
Attorney Bar #8006026


**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran – sean.halloran@hartig.com

Thomas M. Daniel – tdaniel@perkinscoie.com

Dated: 08/08/2008

By:      /s/ Wendy Blakeman_____
         Wendy Blakeman for Donald Logan