UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  GREGG CONITZ    v.   TECK COMINCO ALASKA, INC., et al

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                              CASE NO.  4:06-cv-00015-RRB

 CAROLYN BOLLMAN


PROCEEDINGS: **CLERK'S TAXATION OF COSTS HELD AUGUST 6, 2008:**


  Cost Bill Hearing was held for defendant Teck Cominco's Bill of Costs filed at docket 149 on Wednesday, August 6, 2008. Present for plaintiff was counsel Kenneth Covell; Present telephonically for Teck Cominco was Sean Halloran.  No objections were filed prior to the hearing.

  Counsel for plaintiff objected to the Taxation of Costs, citing Mansourian v Board of Regents of the University of California at Davis (208 WL 2775488(E.D.Cal).

  Costs are taxed as follows:
   $26.00 for fees of the Clerk  54.1(e)(1)
   $75.00 for service of subpoena  54.1(e)(3)
   $42.00 for witness fee  54.1(e)(3)
  $2,079.55 for exemplification of copies  54.1(e)(5)
  $2,016.50 for deposition costs  54.1(e)(3)

  Fees for the transcript of the 12/21/2008 Status Hearing are not taxable. 54.1(e)(2) and (f)(2).

  **Total Costs taxed for the defendant and against the plaintiff in the amount of $4,239.05.  Counsel's attention is directed to FRCP 54(d)(1).**

[]{CLERKNOT.WPD*Rev.12/97}