## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

GREGG CONITZ,
          Plaintiff,

                                        Case Number 4:06-CV-00015-RRB

v.

TECK COMINCO ALASKA, INC.,
          Defendant,
and

NANA REGIONAL CORPORATION,
          Intervenor Defendant    **JUDGMENT IN A CIVIL CASE**

          **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

          IT IS ORDERED AND ADJUDGED:

          THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendants, Teck Cominco Alaska, Inc. and NANA Regional Corporation recover costs from the plaintiff, Gregg Conitz.

Costs taxed in the amount of $4,239.05 regarding Teck Cominco Bill of Costs at docket 149 on 8/11/08.

APPROVED:


s/RALPH R. BESITLINE
RALPH R. BEISTLINE
United States District Judge

     July 29, 2008
Date: July 29, 2008

*NOTE: Award of prejudgment interest,*          IDA ROMACK
*costs and attorney's fees are governed*    Ida Romack, Clerk of Court
*by D.Ak. LR 54.1, 54.3, and 58.1.*

[]{JMT2.WPT*Rev.3/03}