IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| TECK COMINCO ALASKA, INC., | ) ) |
| Defendant. | ) ) Case: 4:06-CV-00015 RRB |

## TECK COMINCO ALASKA'S RESPONSE TO REQUEST FOR PRODUCTION

1) PRODUCE employee LEO THOMAS' employee records, including, without limitation, his "seat time" reports for each year of his employment and his incident history for each year of his employment. If you claim privilege, please provide a privilege log.

**Response:**

Objection. Leo Thomas is not a Teck Cominco employee, but is and has been deceased since before any of the events at issue. His employment records have no relevance to this litigation, and are not likely to lead to the discovery of admissible evidence. Mr. Thomas never competed with the plaintiff for any employment position. Mr. Thomas never participated in making any employment decision affecting or concerning the plaintiff. Employment decisions concerning

Mr. Thomas were made under different circumstances than were decisions affecting the plaintiff, and they were made by different people who likely applied different criteria for different reasons. The plaintiff is already aware that any rationale or criteria applied when making employment decisions concerning Mr. Thomas is not reflected in records of the type kept by Teck Cominco. The incident history for all employees and former employees of Teck Cominco has already been produced. "Seat time", as that phrase is understood by Teck Cominco, and "seat time reports" of any or all employees and/or past employees are entirely irrelevant to the case at bar, because, as testimony taken in this case has already established, "seat time" has no impact, either now or at any past time, on any employment decisions made by Teck Cominco. Notwithstanding its objections, responsive records not already produced are available for inspection and copying at Red Dog Mine, conditioned upon the plaintiff and his counsel agreeing to expand the existing agreement regarding employee record confidentiality and the return of such records upon conclusion of the case to encompass such records as would be produced. Access to records at Red Dog Mine


EXHIBIT 2
PAGE 2 OF 3

can be arranged through counsel for Teck Cominco.

DATED at Anchorage, Alaska, this 11th day of December, 2007.

HARTIG RHODES HOGE & LEKISCH
Attorneys for Defendant
Teck Cominco Alaska Incorporated

By: _____
Sean Halloran

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2007
a true and correct copy of the foregoing was served by
First Class Mail on:

Kenneth Covell
712 8th Avenue
Fairbanks, AK 99701

Thomas Daniel
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

_____
Hartig Rhodes Hoge & Lekisch PC

EXHIBIT 2
PAGE 3 OF 3