## Sean Halloran

| | |
|---|---|
| **From:** | Renee Kimble [covelladmin@gci.net] |
| **Sent:** | Tuesday, January 29, 2008 11:47 AM |
| **To:** | TDaniel@perkinscoie.com; Sean Halloran |
| **Cc:** | 'Ken Covell' |
| **Subject:** | Conitz v. Teck Case No. |
| **Attachments:** | witness list 01.29.08.doc |

January 29, 2008

SENT VIA FAX & E-MAIL

Dear Sirs,

By my calculation, my opposition to your motion for summary judgment is due today. I will need more time to file my opposition. I hope and am soliciting your non opposition.

As you have filed a significant number of affidavits, and have little or no discovery on many of these witnesses, it will be necessary to conduct discovery occasioning a significant continuance. Additionally, Mr. Conitz's availability to attend depositions is limited due to his work schedule. A current possibility for depositions would be the week of February 25th, however, I currently have a murder trial scheduled for that time frame and at this point am unwilling to set anything then. That time may come open in the future. How is that week for the both of you? The next reasonable time to attempt to do the depositions would be the week of April 7th. Are you willing to make Mr. Scott available in the United States at either Seattle or Anchorage? If not, are you willing to make him available? I may be traveling around the 10th or 11th of April and need to schedule around that matter as well. When and where might all the witnesses you submitted affidavits for with your motion for summary judgment be reasonably available for depositions? Particularly those who have not been previously deposed. In any event, it would appear that it is necessary at this point, to continue the due date for my opposition to your motion until probably the 9th of May. Will you not oppose a continuance through that time period? Obviously if I can complete the opposition sooner than that, I will.

Additionally it appears to me that my reply to your opposition to my motion for order of rule of law of the case would be due tomorrow the 30th. I would likely need more time on that as well and would ask for your non opposition thru the 22nd of February. I realize that we are all busy and that you may not be unavailable so if I do not hear back from you by later in the day today I will just file a motion.

Attached is a list of witnesses who you have submitted affidavits for in your motion for summary judgment that I will need to depose.

Your kind attention to the matter is appreciated.

LAW OFFICE OF
KENNETH L. COVELL
   By: Renee Kimble for Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Office: 907.452.4377
Fax: 907.451.7802

EXHIBIT 4
PAGE 1 OF 2

Conitz v. Teck
Case No. 4:06-CV-00015 RRB

List of witness who submitted affidavits to support Teck's Motion for Summary Judgment:

1. Ted Zigarlick
2. Robert Scott
3. Valerie Radakovich
4. Jennie Outwater
5. Marlene McNeal
6. Priscilla Holbrook
7. Lawrence Hanna
8. Sean Halloran
9. Warren Draper
10. Mike Baker

EXHIBIT 4
PAGE 1 OF 2