## Sean Halloran

**From:** Sean Halloran
**Sent:** Wednesday, March 12, 2008 10:59 AM
**To:** Ken CovellWork; 'Renee Kimble'
**Cc:** 'Daniel, Tom (Perkins Coie)'
**Subject:** RE: Scott Deposition

Ms. Kimble:

If there is some part of "cannot possibly be available" that is unclear, please let me know. As Mr. Covell has repeatedly been informed, I will be in trial starting in mid May that will last for months. As Mr. Covell has repeatedly been informed, I and other attorneys participating in the case are under court order to not schedule any conflicting appointments until October at the earliest. Consequently, most of my time in October and November is already booked. December is not far behind in terms of how busy my schedule is becoming. We offered on numerous occasions over the past year and a half to arrange to make Mr. Scott available for a deposition in the Conitz case if Mr. Covell and/or other attorneys working with him on this case wanted to depose him, and we repeatedly provided your firm with information regarding Mr. Scott's availability. Mr. Covell (and presumably Mr. Logan) chose to not ever follow up. The fact that you suddenly want to depose Mr. Scott, and the fact that you now want to do so in May of this year does not alter the fact that I cannot possibly be available.

Sean Halloran

---

**From:** Renee Kimble [mailto:covelladmin@gci.net]
**Sent:** Wednesday, March 12, 2008 9:39 AM
**To:** Sean Halloran
**Cc:** TDaniel@perkinscoie.com; klc99701@yahoo.com
**Subject:** RE: Scott Deposition


Mr. Halloran,


This is just a follow up letter to clarify the dates we might be able to conduct Mr. Scott's Vancouver deposition.


We might be able to do the deposition on either Friday May 16th or Monday May 26th. But the most realistic time would be the week of May 19th thru May 23rd.


Sincerely,

LAW OFFICE OF

KENNETH L. COVELL

EXHIBIT 5
PAGE 1 OF 3

5

By: Renee Kimble for Kenneth L. Covell

---

**From:** Sean Halloran [mailto:seanhalloran@hartig.com]
**Sent:** Tuesday, March 11, 2008 9:29 AM
**To:** Ken CovellWork; Renee Kimble
**Cc:** Daniel, Tom (Perkins Coie)
**Subject:** RE: Scott Deposition

As Mr. Covell has repeatedly been informed, I cannot possibly be available on the May dates you suggest, and I cannot be available on any later date until October at the very earliest, and more likely November or December.

Sean Halloran

---

**From:** Renee Kimble [mailto:covelladmin@gci.net]
**Sent:** Tuesday, March 11, 2008 9:15 AM
**To:** Sean Halloran
**Cc:** TDaniel@perkinscoie.com; klc99701@yahoo.com
**Subject:** RE: Scott Deposition

Mr. Halloran,

I received your email regarding Mr. Scott's Vancouver deposition. The week of April 7th is not going to work for me.

Please advise of your and Mr. Scott's availability for deposition in Vancouver the next time Mr. Conitz comes in from work at the mine. Mr. Conitz is scheduled to come home the 14th of May thru the 28th of May. The 14th and 28th are each travel days to/from the mine for Mr. Conitz, which leaves the 15th of May thru the 27th of May. Possibly we could schedule something for Friday May 16th or Monday May 26th, but most likely the middle of that week.

Sincerely,

LAW OFFICE OF

KENNETH L. COVELL

By: Renee Kimble for Kenneth L. Covell

EXHIBIT 5
PAGE 2 OF 3

**From:** Ken Covell [mailto:kcovell@gci.net]
**Sent:** Friday, March 07, 2008 7:59 PM
**To:** 'Ken Covell'; klc99701@yahoomail.com
**Cc:** 'Renee Kimble'
**Subject:** FW:

---

**From:** Sean Halloran [mailto:seanhalloran@hartig.com]
**Sent:** Friday, March 07, 2008 9:23 AM
**To:** Ken CovellWork; Daniel, Tom (Perkins Coie)
**Subject:**


Rob Scott's schedule is currently such that he can be available for a deposition in Vancouver any time during the second week of April (7th - 11th). I could be available any day that week except for Monday the 7th. My understanding is that Jennie Outwater has R&R starting on the 3rd, and returns to the mine on the 9th. I could be available for an Anchorage deposition on the 3rd, 4th or 8th.

Sean

EXHIBIT 5
PAGE 3 OF 3

7