**Sean Halloran**

**From:** Sean Halloran
**Sent:** Saturday, March 15, 2008 1:43 PM
**To:** Ken Covell\Work
**Cc:** 'Daniel, Tom (Perkins Coie)'
**Subject:** Conitz

Ken:

I am in receipt of your "motion for order concerning spoliation". As you very well know, you already have not only the complete contents of the missing file, but you also have all records that you falsely suggest were lost with that file. It is apparent that by excerpting your exhibits to your motion as you did, you have deliberately attempted to misrepresent the contents of the file and to hide from the court the fact that all relevant information was long ago produced to you. As you very well know, the file at issue in your motion was misplaced long before any claim was ever asserted by your client. As you also very well know, the existence of that file has absolutely no bearing on your client's ability to advance his claims. Teck Cominco and I have each grown weary of the numerous misrepresentations, deceits, and outright lies that you and attorneys working for you continually advance in the Conitz litigation. If you do not withdraw your "motion for order concerning spoliation" by close of business Wednesday March 19, I will move for sanctions to be imposed against you and your firm.

Sean

EXHIBIT 6
PAGE 1 OF 1

3