# Sean Halloran

**From:** John Kells [johnk@usibelli.com]
**Sent:** Thursday, November 01, 2007 12:42 AM
**To:** Sean Halloran
**Cc:** donald_logan@yahoo.com
**Subject:** RE:affidavit

Sean,

   Sorry for the delay in getting back with you. I took my PE exam on October 26th and had been occupied with preparing for the exam.

I have looked over your affidavit and I don't think it accurately describes the events surrounding Larry Hanna's promotion. There are several important details that have been omitted and others have been included that conflict with my own memories. It may be difficult to put together an accurate account by trading e-mails.

Coincidently, I was contacted by Don Logan on the same day I talked with you on the phone. Logan is part of Contiz's legal team. We spoke about the case and I told him the same things that I had already discussed with you. I also told him that I didn't think the affidavit route would be successful regardless of which side wrote it.

I am willing to testify as to my involvement in this matter but I think the truth would be best served by a dialog that included both sides of the issue. Logan thought this could be accomplished by deposition and I told him that my preference would be to give my testimony in Healy. Let me know if that is possible.

Sincerely,

John Kells

Cc: Don Logan

EXHIBIT 7
PAGE 1 OF 2

3

**From:** Sean Halloran [mailto:seanhalloran@hartig.com]
**Sent:** Thursday, October 04, 2007 3:11 PM
**To:** John Kells
**Subject:**

<<kells.pdf>>

John:

Thank you for taking the time to talk with me the other day. As promised, I have attached a draft declaration that I believe sums up the relevant points that we discussed. If this is OK, please sign and date, and return the original to my office:

Sean Halloran
717 K Street
Anchorage, AK 99507

If you have access to a fax machine, I'd appreciate it if you would also fax me a copy. If you think some parts require changing, please let me know.

thanks again

Sean

EXHIBIT 7
PAGE 2 OF 2