## Sean Halloran

**From:** Don Logan [donald_logan@yahoo.com]
**Sent:** Tuesday, November 13, 2007 12:49 PM
**To:** Tom Daniel; Sean Halloran
**Cc:** Ken CovellWork; Mellissa
**Subject:** Logan - Re: Healy Depo on 28th.

11/13/07

Gentlemen,

Here is the data for the Healy depo. Formal notices will follow.

Thank you for your patience and accommodation.

Don Logan

---

Get easy, one-click access to your favorites.
Make Yahoo! your homepage.
http://www.yahoo.com/r/hs

EXHIBIT 8
PAGE 1 OF 1

3