## Sean Halloran

**From:** covelladmin@gci.net
**Sent:** Monday, December 03, 2007 1:33 PM
**To:** TDaniel@perkinscoie.com; Sean Halloran
**Cc:** 'Don Logan'; 'Ken Covell'
**Subject:** Finality of Kells Deposition

Gentlemen,

We took Mr. Kells Deposition in Healy on November 28, 2007. It is our position that the Kells Deposition is now complete.

You were invited to continue the Deposition on November 28th across the street at the hotel after a dinner break and you both declined to do so. The alternative was to continue the Deposition the following morning until completed.

Mr. Halloran indicated he had to return to Anchorage to meet with attorneys that were coming in to meet him concerning an upcoming twelve week trial. Mr. Daniel indicated that he would not ask questions until after Mr. Halloran was done and/or he had an opportunity to confer with Mr. Halloran. I offered to continue the deposition telephonically at a mutually agreed upon date and time and that was not acceptable to defense either.

It is our position that Mr. Daniels is not entitled to ask questions at the deposition. His presence during the Deposition was solely for the purpose of intervening only to comment on the legality of any shareholder preference at the Cominco Mine.

It is our position that our obligation, if any, would be to continue the Deposition in Healy at a later mutually agreeable date.

I would certainly entertain any comments you have in this regard. However, as I stated above, our position is the Deposition is finished.

Thank you. Your kind attention and cooperation in this regard is appreciated.

Sincerely,


LAW OFFICE OF
KENNETH L. COVELL
   By: Renee Kimble
712 8th Ave.
Fairbanks, AK 99701
Office: 907.452.4377
Fax: 907.451.7802

EXHIBIT 9
PAGE 1 OF 1