**teck**cominco

July 30, 2008

<u>Sent via email</u>

Mr. Greg Conitz
Equipment Operator VI
Red Dog Mine

Dear Greg

I have reviewed your letter of July 28th asserting that it was improper for Mr. Barger to be selected as the newest mine shift supervisor.. You raise several issues. First, you assert that you were more qualified for the position because you have more years of experience than Mr. Barger. Second, you point out that you were not interviewed for the opening or provided with specifics as to why Mr. Hanna made the recommendation that he did. Third, you assert that Mr. Draper retaliated against you a few years ago for filing an EEOC complaint by not using you as a relief supervisor, and that that deprived you of eligibility to be considered fairly for the recently filled position. Fourth, you assert that the NANA shareholder hire preference is illegal, and that "less qualified NANA shareholders" have repeatedly been given jobs that you sought.

I am familiar with the lawsuit that you recently lost in which you raised some of the same issues. As I'm sure you know, the judge in your case ruled once again that the mine's NANA shareholder hire policy is not about race, and is completely legal. Similarly, the judge determined that Mr. Draper did not retaliate against you. To the contrary, Mr. Draper properly determined that you were not qualified at that time to serve as a relief supervisor, and Teck Cominco did not offer you any relief supervisor positions until such time as you later became eligible. As you point out, when Mr. Hanna determined that your safety record had improved enough to make you eligible to act as a relief supervisor, he began offering you opportunities to serve in that capacity.

I don't see any problem with the fact that Mr. Hanna did not interview the applicants for the supervisor position. Mr. Hanna had numerous opportunities in the course of his work to assess the qualifications of each of the applicants and determine who was best suited to fill that position. Having reviewed the facts, I am confident that his decision was the appropriate choice. Mr. Barger has leadership abilities, for example, that are superior to yours. Mr. Hanna concluded that it is Mr. Barger that is most adept in making the best use of people and

EXHIBIT 1
PAGE 1 OF 2

equipment, and it is Mr. Barger that has demonstrated superior management skills. These factors weighed heavily in Mr. Hanna's decision, and I am convinced that he made the right choice.

I know that it must be frustrating to have more seniority than other individuals who may have been awarded jobs that you sought. However, Teck Cominco does not fill leadership positions on the basis of mere seniority. There are other considerations that are much more important, including each candidate's attitude, knowledge of mining, observation and evaluation skills, and the abilities to communicate and interact well with others. Mr. Barger was offered a mine shift supervisor position because he was the best candidate of those who applied. Neither retaliation nor discrimination played any role in Mr. Hanna's selection of Mr. Barger as the best candidate to fill the position.

I never had the opportunity to meet Mr. Thomas, but each of the other individuals that you reference, Mr. Hanna, Mr. Baldwin, and Mr. Baker, have leadership abilities that are superior to yours. As an equipment operator, you have become a valued employee at Red Dog operations. However, there are many individuals who are qualified for leadership positions, and many that are better qualified than you. Regardless of how long you or any other applicant may have worked at Red Dog, whenever you compete against others for a supervisor position with Teck Cominco, it is the best qualified applicant that will win the job.

I urge you to reconsider your position in this matter in light of the outcome of your prior court case. A review of the facts has shown me that the basis of your complaint is ill-founded. Nevertheless, you must pursue your convictions, so in this regard I wish you the best of luck for the future.

Yours truly,

TECK COMINCO ALASKA INCORPORATED

John B. Knapp
General Manager
Red Dog Mine

cc     Butch Draper, Mine Supt.
       Larry Hanna, Mine General Foreman
       Jim Somers, HR Superintendent
       Sean Halloran, Counsel