| Date | Time keeper | Hours Worked | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 7/3/2006 | SH | 0.90 | 235 | 211.50 | Review complaint; correspondence with client. |
| 7/10/2006 | SH | 0.40 | 235 | 94.00 | Review client information; conference with client. |
| 7/13/2006 | SH | 0.10 | 235 | 23.50 | Review client information. |
| 7/14/2006 | SH | 0.20 | 235 | 47.00 | Review correspondence from client. |
| 7/24/2006 | SH | 2.60 | 235 | 611.00 | Draft answer, corp disclosure, Rule 68 offer; correspondence T. Zigarlick. |
| 8/7/2006 | SH | 0.80 | 235 | 188.00 | Conference with client regarding Conitz facts. |
| 8/8/2006 | SH | 0.20 | 235 | 47.00 | Review client documents. |
| 1/17/2007 | SH | 3.50 | 250 | 875.00 | Prepare initial disclosures. |
| 3/15/2007 | SH | 0.40 | 250 | 100.00 | Letter to K. Covell regarding depositions. |
| 3/23/2007 | SH | 0.60 | 250 | 150.00 | Status report to client. |
| 3/30/2007 | SH | 0.20 | 250 | 50.00 | Teleconference with H. Hall (NANA). |
| 4/2/2007 | SH | 0.80 | 250 | 200.00 | Teleconference with H. Hall (NANA); letter to K. Covell. |
| 4/18/2007 | SH | 3.50 | 250 | 875.00 | Prepare discovery. |
| 4/26/2007 | SH | 0.60 | 250 | 150.00 | Supplemental disclosures; teleconference with T. Daniel. |
| 5/4/2007 | RKD | 0.10 | 100 | 10.00 | Letter to opposing counsel regarding proposed deposition schedule. |
| 5/18/2007 | SH | 0.10 | 250 | 25.00 | Correspondence with client regarding depositions. |
| 5/31/2007 | SH | 0.30 | 250 | 75.00 | Input on Conitz application. |
| 6/10/2007 | SH | 0.80 | 250 | 200.00 | Negotiate deposition schedule. |
| 6/11/2007 | SH | 1.60 | 250 | 400.00 | Work on discovery responses. |
| 6/12/2007 | SH | 1.00 | 250 | 250.00 | Respond to discovery; conference with K. Covell. |
| 6/15/2007 | SH | 0.20 | 250 | 50.00 | Correspondence with NANA. |
| 6/18/2007 | SH | 0.30 | 250 | 75.00 | Conference with NANA. |
| 6/20/2007 | SH | 1.20 | 250 | 300.00 | Conference with K. Covell; letter to K. Covell. |
| 6/22/2007 | SH | 0.10 | 250 | 25.00 | Review NANA motion to intervene. |
| 7/23/2007 | SDB | 0.20 | 90 | 18.00 | Telephone K. Covell re depositions scheduled for Aug. 1 and 2; advise SH |
| 7/24/2007 | SDB | 0.30 | 90 | 27.00 | correspondence K. Covell re depos Somers, Zigarlick, Conitz; advise SH |
| 7/25/2007 | SDB | 0.30 | 90 | 27.00 | Arrange for deposition of G. Conitz; draft notice regarding same. |
| 8/3/2007 | BBO | 0.30 | 100 | 30.00 | Working on document production. |
| 8/9/2007 | BBO | 0.30 | 100 | 30.00 | Working on document production |
| 9/20/2007 | JCW | 1.40 | 160 | 224.00 | Research re Interrogatory requests |
| 9/21/2007 | JCW | 2.10 | 160 | 336.00 | Research re: discovery interrogatories |
| 9/25/2007 | JCW | 0.40 | 160 | 64.00 | Research re: interrogatories |
| 9/26/2007 | JCW | 1.20 | 160 | 192.00 | Research re: discovery interrogatories |
| 10/3/2007 | JCW | 0.90 | 160 | 144.00 | reseach case law regarding civil rights claims against AK Native Corps |
| 10/8/2007 | JCW | 3.50 | 160 | 560.00 | Research re separate causes of action under 43 U.S.C. 1981 and Title VII |



EXHIBIT 12
PAGE 1 OF 6

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/8/2007 | JCW | 1.00 | 160 | 160.00 | Research interrogatories |
| 10/8/2007 | JCW | 1.10 | 160 | 176.00 | Research re affidavit |
| 10/9/2007 | JCW | 6.40 | 160 | 1,024.00 | Research declaration; research nepotism and favortism in hiring; memo to SH |
| 10/12/2007 | JCW | 0.50 | 160 | 80.00 | Research law relating to Native Corporation hiring preference for Alaska Natives |
| 10/15/2007 | JCW | 2.40 | 160 | 384.00 | Research law relating to Native Corporation hiring preference for Alaska Natives; |
| 10/18/2007 | JCW | 0.30 | 160 | 48.00 | Research Aleman v. Chugach |
| 11/5/2007 | JCW | 3.33 | 160 | 532.80 | Research re propreity of summary judgment on part of single claim |
| 1/1/2008 | JCW | (0.40) | 160 | (64.00) | Invoice 92108 adjust off per SH. |
| 1/8/2008 | CMR | 2.70 | 155 | 418.50 | Draft motion to strike. |
| 1/9/2008 | CMR | 2.00 | 155 | - | Research caselaw for summary judgment motion and provide citations. |
| 1/10/2008 | CMR | 4.30 | 155 | 666.50 | research summary judgment citations |
| 1/30/2008 | JCW | 1.50 | 165 | 247.50 | Research Rule 56(f) |
| 3/13/2008 | CMR | 6.20 | 155 | 961.00 | Begin draft of motion striking exhibits at 126. |
| 3/14/2008 | CMR | 1.30 | 155 | 201.50 | Continue work on Motion to Strike. |
| 3/18/2008 | CMR | 1.20 | 155 | 186.00 | Draft motion to strike exhibit 1 at Docket 125-3. |
| 5/14/2008 | RKD | 0.30 | 110 | 33.00 | Prepare file for hearing. |
| 6/10/2008 | RKD | 0.90 | 110 | 99.00 | Legal research at law library. |
| 6/11/2008 | RKD | 0.80 | 110 | 88.00 | Continue legal research re shareholder hire preference. |

Billed Time
Totals    66.63         11,925.80

EXHIBIT 12
PAGE 2 OF 6

| Date | Time keeper | Hours Worked | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 7/3/2006 | SH | 0.90 | 235 | 211.50 | Review complaint; correspondence with client. |
| 7/10/2006 | SH | 0.40 | 235 | 94.00 | Review client information; conference with client. |
| 7/13/2006 | SH | 0.10 | 235 | 23.50 | Review client information. |
| 7/14/2006 | SH | 0.20 | 235 | 47.00 | Review correspondence from client. |
| 7/24/2006 | SH | 2.60 | 235 | 611.00 | Draft answer, corp disclosure, Rule 68 offer; correspondence T. Zigarlick. |
| 8/7/2006 | SH | 0.80 | 235 | 188.00 | Conference with client regarding Conitz facts. |
| 8/8/2006 | SH | 0.20 | 235 | 47.00 | Review client documents. |
| 1/17/2007 | SH | 3.50 | 250 | 875.00 | Prepare initial disclosures. |
| 3/15/2007 | SH | 0.40 | 250 | 100.00 | Letter to K. Covell regarding depositions. |
| 3/23/2007 | SH | 0.60 | 250 | 150.00 | Status report to client. |
| 3/30/2007 | SH | 0.20 | 250 | 50.00 | Teleconference with H. Hall (NANA). |
| 4/2/2007 | SH | 0.80 | 250 | 200.00 | Teleconference with H. Hall (NANA); letter to K. Covell. |
| 4/18/2007 | SH | 3.50 | 250 | 875.00 | Prepare discovery. |
| 4/26/2007 | SH | 0.60 | 250 | 150.00 | Supplemental disclosures; teleconference with T. Daniel. |
| 5/4/2007 | RKD | 0.10 | 100 | 10.00 | Letter to opposing counsel regarding proposed deposition schedule. |
| 5/18/2007 | SH | 0.10 | 250 | 25.00 | Correspondence with client regarding depositions. |
| 5/31/2007 | SH | 0.30 | 250 | 75.00 | Input on Conitz application. |
| 6/10/2007 | SH | 0.80 | 250 | 200.00 | Negotiate deposition schedule. |
| 6/11/2007 | SH | 1.60 | 250 | 400.00 | Work on discovery responses. |
| 6/12/2007 | SH | 1.00 | 250 | 250.00 | Respond to discovery; conference with K. Covell. |
| 6/15/2007 | SH | 0.20 | 250 | 50.00 | Correspondence with NANA. |
| 6/18/2007 | SH | 0.30 | 250 | 75.00 | Conference with NANA. |
| 6/20/2007 | SH | 1.20 | 250 | 300.00 | Conference with K. Covell; letter to K. Covell. |
| 6/22/2007 | SH | 0.10 | 250 | 25.00 | Review NANA motion to intervene. |
| 7/29/2007 | sh | 2.50 | 250 | 625.00 | phone conf. client; draft non-opp NANA intervention |
| 7/15/2007 | sh | 1.80 | 250 | 450.00 | draft mtn protective order re 82 oper agm |
| 7/15/2007 | sh | 2.10 | 250 | 525.00 | prepare Sommers aff. re oper agm |
| 7/22/2007 | sh | 0.70 | 250 | 175.00 | phone conf client re recent filings |
| 7/23/2007 | sh | 1.30 | 250 | 325.00 | review amended complaint; conf w/ client |
| 7/25/2007 | sh | 1.70 | 250 | 425.00 | reply to protective order motion |
| 7/26/07 | sh | 0.40 | 250 | 100.00 | review sommers subpoena; conf w/ client |
| 8/6/2007 | sh | 3.10 | 250 | 775.00 | move to compel conitz depo; cont. s.j. |
| 8/7/2007 | sh | 8.30 | 250 | 2,075.00 | draft scott affidavit; conf T. Zoobkoff; review pleadings; draft mtn to strike |
| 8/8/2007 | sh | 4.20 | 250 | 1,050.00 | prepare mail affidavits |
| 8/2/2007 | sh | 3.70 | 250 | 925.00 | conitz depo. conf w/ client |

EXHIBIT 12
PAGE 3 OF 6

| Date | Tkpr | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/1/2007 | sh | 9.20 | 250 | 2,300.00 | zigarlick depo; conf w/ client |
| 7/31/2002 | sh | 9.40 | 250 | 2,350.00 | sommers depo; conf w/ client |
| 8/9/2007 | sh | 0.10 | 250 | 25.00 | Covell correspondence |
| 8/10/2007 | sh | 2.00 | 250 | 500.00 | draft opp to reconsider |
| 8/14/2007 | sh | 4.70 | 250 | 1,175.00 | draft letter to Covell; research Raad v. FNSB; research sj |
| 8/15/2007 | sh | 7.50 | 250 | 1,875.00 | continue work on summary judgment |
| 8/16/2007 | sh | 3.20 | 250 | 800.00 | draft answer 2nd am complaint; finalize mail affidavits |
| 8/24/2007 | sh | 0.70 | 250 | 175.00 | conf. T. Zigarlick re depo corrections |
| 8/26/2007 | sh | 1.10 | 250 | 275.00 | opp to 3d am complaint |
| 8/27/2008 | sh | 6.50 | 250 | 1,625.00 | finalize scott affidavit; continue work on summary judgment |
| 8/29/2007 | sh | 3.70 | 250 | 925.00 | conf. w/ client re discovery |
| 9/1/2007 | sh | 7.50 | 250 | 1,875.00 | ltr to Covell re Mclain; motion to compel reply; cont. summary judgment |
| 9/3/2007 | sh | 2.60 | 250 | 650.00 | Outwater declaration; NANA declaration |
| 9/5/2007 | sh | 1.60 | 250 | 400.00 | finalize draper affidavit; hanna affidavit |
| 9/6/2007 | sh | 7.00 | 250 | 1,750.00 | continue s.j.; discovery resp. |
| 9/18/2007 | sh | 4.20 | 250 | 1,050.00 | cont. s.j.; Answer 3d am. complaint; mtn to reconsider depo |
| 9/24/2007 | sh | 2.30 | 250 | 575.00 | motion to reconsider depo.; continue s.j. |
| 10/3/2007 | sh | 7.50 | 250 | 1,875.00 | review Conitz s.j. motion; conf w/ client; draft opp. to sj mtn |
| 10/4/2007 | sh | 7.50 | 250 | 1,875.00 | cont. opp to s.j.; kells affidavit |
| 10/22/2007 | sh | 5.50 | 250 | 1,375.00 | opp motion to compel; opp s.j. |
| 10/30/2007 | sh | 7.00 | 250 | 1,750.00 | opp mtn s.j. |
| 11/1/2007 | sh | 5.60 | 250 | 1,400.00 | sj opp |
| 11/2/2007 | sh | 8.30 | 250 | 2,075.00 | conf w/ client |
| 11/3/2007 | sh | 3.70 | 250 | 925.00 | sj opp |
| 11/4/2007 | sh | 6.40 | 250 | 1,600.00 | sj opp |
| 11/5/2007 | sh | 1.90 | 250 | 475.00 | sj opp |
| 11/6/2007 | sh | 2.60 | 250 | 650.00 | knapp affidavit |
| 11/7/2007 | sh | 7.50 | 250 | 1,875.00 | sj opp |
| 11/8/2007 | sh | 8.00 | 250 | 2,000.00 | sj opp |
| 11/14/2007 | sh | 7.20 | 250 | 1,800.00 | zigarlick affidavit; cont work on sj |
| 11/15/2007 | sh | 6.90 | 250 | 1,725.00 | baker affidavit; hanna affidavit; cont. work on sj |
| 11/28/2007 | sh | 16.30 | 250 | 4,075.00 | kells depo |
| 12/10/2007 | sh | 1.20 | 250 | 300.00 | discovery responses; conf w/ client |
| 12/20/2008 | sh | 1.00 | 250 | 250.00 | travel to fbks |
| 12/28/2007 | sh | 4.30 | 250 | 1,075.00 | kells depo |
| 12/21/2007 | sh | 2.50 | 250 | 625.00 | in court; return from fbks |
| 1/12/2008 | sh | 8.40 | 275 | 2,310.00 | finalize summary judgment |

EXHIBIT 12
PAGE 4 OF 6

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/24/2008 | sh | 6.40 | 275 | 1,760.00 | finalize sj opp |
| 1/25/2008 | sh | 0.10 | 275 | 27.50 | join NANA s.j. |
| 1/30/2008 | sh | 1.90 | 275 | 522.50 | 56f opp; extension non-op |
| 2/16/2008 | sh | 0.90 | 275 | 247.50 | extension opp |
| 2/28/2008 | sh | 7.60 | 275 | 2,090.00 | discovery responses; conf w/ client |
| 3/5/2007 | sh | 4.20 | 275 | 1,155.00 | discovery responses; conf w/ client |
| 3/26/2008 | sh | 3.80 | 275 | 1,045.00 | spoliation opp |
| 6/11/2008 | sh | 3.40 | 275 | 935.00 | s.j. reply |
| 7/29/2008 | sh | 2.80 | 275 | 770.00 | fee motion |
| 8/11/2008 | sh | 7.50 | 275 | 2,062.50 | continue fee motion |
| 7/23/2007 | SDB | 0.20 | 90 | 18.00 | Telephone K. Covell re depositions scheduled for Aug. 1 and 2; advise SH |
| 7/24/2007 | SDB | 0.30 | 90 | 27.00 | correspondence K. Covell re depos Somers, Zigarlick, Conitz; advise SH |
| 7/25/2007 | SDB | 0.30 | 90 | 27.00 | Arrange for deposition of G. Conitz; draft notice regarding same. |
| 8/3/2007 | BBO | 0.30 | 100 | 30.00 | Working on document production. |
| 8/9/2007 | BBO | 0.30 | 100 | 30.00 | Working on document production |
| 9/20/2007 | JCW | 1.40 | 160 | 224.00 | Research re Interrogatory requests |
| 9/21/2007 | JCW | 2.10 | 160 | 336.00 | Research re: discovery interrogatories |
| 9/25/2007 | JCW | 0.40 | 160 | 64.00 | Research re: interrogatories |
| 9/26/2007 | JCW | 1.20 | 160 | 192.00 | Research re: discovery interrogatories |
| 10/3/2007 | JCW | 0.90 | 160 | 144.00 | reseach case law regarding civil rights claims against AK Native Corps |
| 10/8/2007 | JCW | 3.50 | 160 | 560.00 | Research re separate causes of action under 43 U.S.C. 1981 and Title VII |
| 10/8/2007 | JCW | 1.00 | 160 | 160.00 | Research interrogatories |
| 10/8/2007 | JCW | 1.10 | 160 | 176.00 | Research re affidavit |
| 10/9/2007 | JCW | 6.40 | 160 | 1,024.00 | Research declaration; research nepotism and favoritism in hiring; memo to SH |
| 10/12/2007 | JCW | 0.50 | 160 | 80.00 | Research law relating to Native Corporation hiring preference for Alaska Natives |
| 10/15/2007 | JCW | 2.40 | 160 | 384.00 | Research law relating to Native Corporation hiring preference for Alaska Natives; |
| 10/18/2007 | JCW | 0.30 | 160 | 48.00 | Research Aleman v. Chugach |
| 11/5/2007 | JCW | 3.33 | 160 | 532.80 | Research re propreity of summary judgment on part of single claim |
| 1/1/2008 | JCW | (0.40) | 160 | (64.00) | Invoice 92108 adjust off per SH. |
| 1/8/2008 | CMR | 2.70 | 155 | 418.50 | Draft motion to strike. |
| 1/9/2008 | CMR | 2.00 | 155 | - | Research caselaw for summary judgment motion and provide citations. |
| 1/10/2008 | CMR | 4.30 | 155 | 666.50 | research summary judgment citations |
| 1/30/2008 | JCW | 1.50 | 165 | 247.50 | Research Rule 56(f) |
| 3/13/2008 | CMR | 6.20 | 155 | 961.00 | Begin draft of motion striking exhibits at 126. |
| 3/14/2008 | CMR | 1.30 | 155 | 201.50 | Continue work on Motion to Strike. |
| 3/18/2008 | CMR | 1.20 | 155 | 186.00 | Draft motion to strike exhibit 1 at Docket 125-3. |
| 5/14/2008 | RKD | 0.30 | 110 | 33.00 | Prepare file for hearing. |

EXHIBIT 12
PAGE 5 OF 6

| | | | | | |
|---|---|---|---|---|---|
| | 6/10/2008 | RKD | 0.90 | 110 | 99.00 Legal research at law library. |
| | 6/11/2008 | RKD | 0.80 | 110 | 88.00 Continue legal research re shareholder hire preference. |
| Billed Time | | | | | |
| | Totals | | 66.63 | | 78,350.80 |

EXHIBIT 12
PAGE 6 OF 6