Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA, INC. and )<br>NANA REGIONAL CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | Case: 4:06-CV-00015 RRB |

AFFIDAVIT OF SEAN HALLORAN

I, Sean Halloran, being first duly sworn, depose and aver as follows:

1.  I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2.  I am an attorney at Hartig Rhodes Hoge & Lekisch, PC, which serves as counsel to Teck Cominco Alaska Incorporated in the above captioned matter.

3.  Exhibits 1, 2, and 3 are excerpts of true and correct copies of discovery responses made by Teck Cominco in this case to the plaintiff.

4. Exhibits 4, 5, 6. 7. 8. and 9 are true and correct copies of e-mail exchanged in the course of this case between the individuals identified within those exhibits.

5. Exhibit 10 is a true and correct copy of a complaint made by plaintiff Gregg Conitz to Red Dog Mine general manager John Knapp shortly after summary judgment was granted in this case. Exhibit 11 is a true and correct copy of Mr. Knapp's response.

6. Exhibit 12 is a true and correct copy of the detail report generated by Hartig Rhodes billing system for fees charged to Teck Cominco in this case.

7. My normal hourly rate is $285. That rate is within the range of rates typically charged by attorneys with my skills and exsperience in Anchorage, and is reasonable. The rates charged by others in my firm are also within the range of rates charged by attorneys in Anchorage and are reasonable.

8. I currently charge Teck Cominco $275 per hour in this matter. As a way of discounting my fees to Teck Cominco further, I have expended significant amounts of time working in this case that would normally be chargable to clients that I have elected to not charge Teck Cominco.

9. Teck Cominco has necessarily incurred fees in this case in the amount of $78,350.80.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sean Halloran

SUBSCRIBED AND SWORN TO before me this 12th day of August, 2008, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 1/11/2012

CERTIFICATE OF SERVICE

I certify that on the 12 day of August, 2008, a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

*Rachel Danto*
Hartig Rhodes Hoge & Lekisch, PC