Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>        Plaintiff,<br><br>v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>        Defendant,<br><br>and<br><br>NANA REGIONAL CORPORATION,<br><br>        Defendant/Intervenor. | Case No. 4:06-cv-00015-RRB |

### [Proposed] ORDER ON MOTION FOR ATTORNEYS' FEES

Having considered defendant's Motion for Attorneys' Fees, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall pay to defendant intervenor NANA Development Corporation the sum of $_____.

ORDER
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 1 of 2

18531-0014/LEGAL14576227.1

DATED at Anchorage, Alaska, this ____ day of _____, 2008.

By _____
Honorable Ralph R. Beistline
United States District Court Judge

The undersigned hereby certifies that a true and correct copy of the foregoing document is being electronically served on Sean Halloran and Kenneth Covell this 12th day of August, 2008.

s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

ORDER
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 2 of 2
18531-0014/LEGAL14576227.1