Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TECK COMINCO ALASKA, INC.,<br><br>　　　　Defendant,<br><br>　and<br><br>NANA REGIONAL CORPORATION,<br><br>　　　　Defendant/Intervenor. | Case No. 4:06-cv-00015-RRB |

**AFFIDAVIT OF THOMAS M. DANIEL**

STATE OF ALASKA　　　　)
　　　　　　　　　　　　　)ss.
THIRD JUDICIAL DISTRICT　)

　　Thomas M. Daniel, being first duly sworn upon oath, deposes and says:

　　1.　　I am an attorney with the law firm of Perkins Coie, attorneys for defendant intervenor NANA Development Corporation, in the above-entitled action. My firm represented NANA in the lawsuit brought by Gregg Conitz.

2. Attached to this affidavit is a computer-generated itemized statement of the amount of time expended in defense of this case with a detailed description of the services rendered and the amount billed to NANA. The amount of time spent in defense of this case reflects the work actually and necessarily performed, and the amounts billed and paid by NANA reflect the actual value of the attorneys' fees necessarily incurred by NANA in its defense of the claims made by Gregg Conitz. The total of the attorneys' fees charged to NANA was $47,933.10.

DATED: August 12, 2008.

_/s/ Thomas M. Daniel_
TDaniel@perkinscoie.com
**Perkins Coie LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant/Intervenor
NANA Regional Corporation

Subscribed and sworn to before me this 12th day of August, 2008.

_Marnie L. Craig_
Notary Public in and for Alaska
My commission expires: 10/3/2011

The undersigned hereby certifies that a true and correct copy of the foregoing document is being electronically served on Sean Halloran and Kenneth Covell this 12th day of August, 2008.

s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

AFFIDAVIT OF THOMAS M. DANIEL
CONITZ V. TECK COMINCO
CASE NO. 4:06-CV-00015-RRB
Page 2 of 2
18531-0014/LEGAL14576147.1