


Close

# Total Billed - Detail

**Client: 18531   NANA Regional Corporation, Inc.**

**Client Status: OPEN**

**Please contact Michael Brass, Client Accounts Supervisor, if the status is BKCLS, PROM, SUIT, or WOCOL**

additional search criteria:   Matter Code: **0014**   Beginning Date: **Inception**   Ending Date: **8/12/2008**

**Matter: 0014** Gregg Conitz

| Invoice # | Date | Fees | Disb | Premium Discount | Invoice Total | Status | Inv. Copy |
|---|---|---|---|---|---|---|---|
| 3774429 | 7/30/2008 | $806.40 | $0.00 | $0.00 | $806.40 | Outstanding | |
| 3750771 | 6/17/2008 | $633.60 | $31.68 | $0.00 | $665.28 | Settled | |
| 3711457 | 4/24/2008 | $3,123.20 | $34.90 | $0.00 | $3,158.10 | Settled | |
| 3691777 | 3/24/2008 | $172.80 | $6.20 | $0.00 | $179.00 | Settled | |
| 3680187 | 2/27/2008 | $11,618.60 | $2,502.02 | $0.00 | $14,120.62 | Settled | |
| 3654038 | 1/17/2008 | $2,606.50 | $397.65 | $0.00 | $3,004.15 | Settled | |
| 3650465 | 12/31/2007 | $78.00 | $0.00 | $0.00 | $78.00 | Settled | |
| 3633606 | 12/20/2007 | $7,020.00 | $877.42 | $0.00 | $7,897.42 | Settled | |
| 3615006 | 11/15/2007 | $6,600.00 | $1,441.88 | $0.00 | $8,041.88 | Settled | |
| 3596531 | 10/17/2007 | $919.25 | $0.00 | $0.00 | $919.25 | Settled | |
| 3582258 | 9/24/2007 | $3,768.25 | $1,204.80 | $0.00 | $4,973.05 | Settled | |
| 3562365 | 8/20/2007 | $2,118.00 | $0.00 | $0.00 | $2,118.00 | Settled | |
| 3543215 | 7/31/2007 | $2,481.00 | $105.65 | $0.00 | $2,586.65 | Settled | |
| 3524340 | 6/25/2007 | $312.00 | $0.00 | $0.00 | $312.00 | Settled | |
| 3505450 | 5/17/2007 | $5,675.50 | $62.67 | $0.00 | $5,738.17 | Settled | |

|  | *Total for Matter* | $47,933.10 | $6,664.87 | $0.00 | $54,597.97 | | |

| **TOTAL FOR CLIENT** | | $47,933.10 | $6,664.87 | $0.00 | $54,597.97 | | |

**Disclaimer:**
This is an informational report for your convenience. It reflects all invoices (paid and unpaid) that
have been posted to our accounting system as of today.

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:   18531-0014

July 30, 2008

Invoice 3774429

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

INVOICE

**FOR SERVICES THROUGH 06/30/08, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $806.40 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$806.40** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 06/09/08 | T. Daniel | 0.60 | Review court orders and Conitz's most recent reply brief; emails regarding same; prepare supplemental brief regarding same; |
| 06/10/08 | T. Daniel | 0.40 | Telephone conference with S. Halloran regarding Conitz's supplement brief and strategy for responding; |
| 06/11/08 | T. Daniel | 1.10 | Revise response to Conitz's supplemental brief regarding shareholder preference; email draft to S. Halloran; |
| 06/12/08 | T. Daniel | 0.40 | Review Teck Cominco's reply brief and comment on same; |
| 06/23/08 | T. Daniel | 0.30 | Email to M. Blair regarding budgeting for 2009; |

| | |
|---|---:|
| Total For Services | $806.40 |
| **Total This Invoice** | **$806.40** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 2.80 | 288.00 | 806.40 |
| Total | 2.80 | 288.00 | $806.40 |

TMD

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before AUGUST 29, 2008*

If payment is made by wire remittance, please direct to:

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

18531-0014                          July 30, 2008                          Invoice  3774429

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3774429

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:   18531-0014

June 17, 2008

Invoice 3750771

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

## INVOICE

**FOR SERVICES THROUGH 05/31/08, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $633.60 |
| Disbursements and Other Charges | $31.68 |
| **TOTAL DUE THIS INVOICE** | **$665.28** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 05/07/08 | T. Daniel | 0.80 | Review Conitz's "advice of counsel" regarding more time to respond to Teck's motion for summary judgment; review emails regarding attempt to schedule Scott deposition; telephone conference with S. Halloran regarding coordination of our response; |
| 05/15/08 | T. Daniel | 1.40 | Review pleading to prepare for status conference; attend status conference telephonically; email to M. Blair regarding same; |

| | |
|---|---|
| Total For Services | $633.60 |

**Disbursements and Other Charges**

| | | |
|---|---|---|
| Photocopying and printing expenses | 25.20 | |
| Messenger charges | 6.48 | |
| Disbursement and Other Charges Total | | $31.68 |
| **Total This Invoice** | | **$665.28** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 2.20 | 288.00 | 633.60 |
| Total | 2.20 | 288.00 | $633.60 |

TMD

### _This invoice is for current charges only._
_Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account._
_Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JULY 17, 2008_

If payment is made by wire remittance, please direct to:

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

18531-0014                                    June 17, 2008                                    Invoice  3750771

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3750771

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    18531-0014

April 24, 2008

Invoice  3711457

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

---

### INVOICE

---

**FOR SERVICES THROUGH 03/31/08, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $3,123.20 |
| Disbursements and Other Charges | $34.90 |
| **TOTAL DUE THIS INVOICE** | **$3,158.10** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/04/08 | T. Daniel | 1.30 | Review discovery requests to prepare for meeting with M. Blair; meet with M. Blair regarding discovery requests and discuss responses and assign tasks; |
| 03/04/08 | A. Jarrell | 0.80 | Review discovery requests; conference with T. Daniel and M. Blair regarding discovery responses; |
| 03/05/08 | T. Daniel | 0.30 | Emails with S. Halloran and K. Covell regarding deposition scheduling; review new discovery requests; email regarding same; |
| 03/05/08 | A. Jarrell | 0.10 | Conference with T. Daniel regarding discovery responses; |
| 03/11/08 | A. Jarrell | 0.40 | Draft discovery responses; |
| 03/18/08 | T. Daniel | 0.30 | Review letter from Covell regarding depositions, motion to strike and various correspondence between Covell and Halloran; |
| 03/19/08 | T. Daniel | 0.50 | Review Conitz's reply to opposition to motion for rule of law, Teck Cominco's motion to strike, Conitz's motion for sanctions (against Teck Cominco) and Conitz's supplemental pleading regarding exhibits; |
| 03/20/08 | T. Daniel | 0.40 | Review email from M. Blair regarding discovery responses; long email regarding same; |
| 03/21/08 | T. Daniel | 0.90 | Review documents before producing and draft discovery responses; |
| 03/21/08 | A. Jarrell | 0.40 | Update discovery responses; |
| 03/24/08 | T. Daniel | 3.60 | Prepare draft responses to plaintiff's 2/21/08 and 2/22/08 discovery requests, requests for admission and interrogatories; |
| 03/24/08 | A. Jarrell | 0.80 | Conference with T. Daniel regarding discovery responses; review requests and attachments; email M. Blair regarding same; |
| 03/25/08 | T. Daniel | 1.40 | Complete and edit responses to four sets of discovery requests from plaintiff; |
| 03/25/08 | A. Jarrell | 1.00 | Update discovery responses; prepare documents for disclosure; |
| 03/27/08 | T. Daniel | 0.20 | Emails regarding discovery responses; review Teck Cominco's opposition to motion for sanctions; |

| | | |
|---|---|---|
| | Total For Services | $3,123.20 |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEY'S FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

18531-0014                                            April 24, 2008                                    Invoice  3711457

**Disbursements and Other Charges**

Photocopying and printing expenses                                              34.90

Disbursement and Other Charges Total              $34.90

**Total This Invoice**              **$3,158.10**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 8.90 | 288.00 | 2,563.20 |
| A. Jarrell | 3.50 | 160.00 | 560.00 |
| Total | 12.40 | 251.87 | $3,123.20 |

TMD

### *This invoice is for current charges only.*
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MAY 24, 2008***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3711457

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 • CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:     18531-0014

March 24, 2008

Invoice  3691777

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

---

INVOICE

---

**FOR SERVICES THROUGH 02/29/08, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $172.80 |
| Disbursements and Other Charges | $6.20 |
| **TOTAL DUE THIS INVOICE** | **$179.00** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/25/08 | T. Daniel | 0.20 | Review plaintiff's reply regarding continuance for additional discovery and opposition to motion to strike exhibits; |
| 02/26/08 | T. Daniel | 0.40 | Review plaintiff's discovery requests; email to M. Blair regarding same; |

Total For Services     $172.80

**Disbursements and Other Charges**

Photocopying and printing expenses                                        6.20

Disbursement and Other Charges Total     $6.20

**Total This Invoice**     **$179.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.60 | 288.00 | 172.80 |
| Total | 0.60 | 288.00 | $172.80 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before APRIL 23, 2008*

If payment is made by wire remittance, please direct to:

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

18531-0014                          March 24, 2008                          Invoice  3691777

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3691777

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 • CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    18531-0014

February 27, 2008

Invoice  3680187

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

---

INVOICE

---

**FOR SERVICES THROUGH 01/31/08, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $11,618.60 |
| Disbursements and Other Charges | $2,502.02 |
| **TOTAL DUE THIS INVOICE** | **$14,120.62** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 01/02/08 | T. Daniel | 1.40 | Prepare Initial Disclosures; review Kells deposition summary and emails to M. Blair; emails regarding strategy meeting; assess need for expert witness; |
| 01/03/08 | T. Daniel | 0.90 | Email regarding expert witness; telephone conference with D. Crosby regarding same; review First Alaskan Report and ISER report regarding status of Alaska Native employment; |
| 01/04/08 | T. Daniel | 2.50 | Review draft opposition to motion to declare preference unlawful to determine whether expert needed; review ISER reports to identify potential expert; email to S. Goldsmith regarding same; |
| 01/07/08 | T. Daniel | 0.20 | Emails with potential expert and telephone conference regarding scheduling order; |
| 01/07/08 | T. Daniel | 1.80 | Telephone conference with S. Halloran regarding opposition to motion regarding shareholder preference; review file regarding initial disclosures; research regarding Title VII exemption for employer on or near "Indian reservation" and equal protection analysis; review Malabad decision; |
| 01/07/08 | A. Jarrell | 0.20 | Save and print Kells' electronic transcript; save electronic transcript to DMS; |
| 01/08/08 | T. Daniel | 3.30 | Review Kells deposition transcript; review Malabed decision; outline strategy of defense to plaintiff's motion for rule of law; emails regarding initial disclosures; |
| 01/09/08 | T. Daniel | 4.00 | Meet with S. Halloran and M. Blair at Halloran's office regarding strategy; revise opposition to motion regarding shareholders preference and begin preparing cross motion for summary judgment; prepare initial disclosures; |
| 01/10/08 | K. Olanna | 0.30 | Research case law on preferences; |
| 01/10/08 | T. Daniel | 4.20 | Revise opposition to motion regarding shareholder preference and prepare cross-motion for summary judgment; |
| 01/11/08 | K. Olanna | 1.60 | Review case law on preference; |
| 01/11/08 | T. Daniel | 1.50 | Telephone conference with Dr. Scott Goldsmith regarding possible expert testimony; review S. Halloran draft of summary judgment motion; telephone conference with S. Halloran regarding same; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

18531-0014                         February 27, 2008                         Invoice  3680187

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| | | | telephone conference with J. Luke regarding joint venture issue; |
| 01/14/08 | K. Olanna | 2.40 | Research case law on factor correlating with race; |
| 01/14/08 | T. Daniel | 5.60 | Analyze S. Halloran's objections to our motion for summary judgment; review portion of transcripts of Zigarlick and Somers' depositions regarding nature of the shareholder preference in effect; compare Halloran's motion for summary judgment with our arguments and attempt to reconcile the two; revise opposition to Conitz motion regarding summary judgment preference and cross motion regarding same; |
| 01/15/08 | K. Olanna | 4.20 | Research case law on factor correlating with race; |
| 01/15/08 | T. Daniel | 4.00 | Revise opposition to plaintiff's motion regarding shareholder preference and cross motion for summary judgment; review Halloran's draft opposition and make suggestions regarding same; |
| 01/15/08 | A. Jarrell | 1.50 | Cite check opposition brief and cross-summary judgment motion; |
| 01/16/08 | T. Daniel | 0.80 | Revise J. Harris affidavit regarding shareholder inheritance; telephone conference with M. Blair regarding same and initial disclosures; email regarding same; |
| 01/17/08 | T. Daniel | 0.20 | Telephone conference with S. Halloran regarding changes to his opposition to plaintiff's motion regarding shareholder preference; |
| 01/22/08 | T. Daniel | 2.10 | Review Halloran comments on my brief; review revised version of Halloran's opposition to motion for rule of law; revise my opposition; long email with additional comments on Halloran brief; |
| 01/23/08 | T. Daniel | 0.20 | Emails with S. Halloran regarding opposition to plaintiff's motion regarding shareholder preference; |
| 01/29/08 | T. Daniel | 0.30 | Review emails regarding plaintiff's request for additional discovery and extension of time to oppose our motions; |
| 01/30/08 | T. Daniel | 0.20 | Review plaintiff's motion for extension of time and Teck Cominco's response; |

Total For Services        $11,618.60

### Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 0.60 |
| Computer research | 1,965.02 |
| Court reporter fee - | |
|     Deposition of John Kells, Volume II, 12/28/07 | 79.60 |
| Airfare - | |
|     J. Nist, Fairbanks, 2007-12-28; Ticket#7096082723 | 456.80 |

Disbursement and Other Charges Total        $2,502.02

**Total This Invoice        $14,120.62**

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|-------------------|--------------|--------------|-------|
| T. Daniel | 33.20 | 288.00 | 9,561.60 |
| K. Olanna | 8.50 | 210.00 | 1,785.00 |
| A. Jarrell | 1.70 | 160.00 | 272.00 |
| Total | 43.40 | 267.71 | $11,618.60 |

TMD

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 28, 2008*

If payment is made by wire remittance, please direct to:

18531-0014                    February 27, 2008                    Invoice  3680187

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3680187

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 • CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:     18531-0014

January 17, 2008

Invoice  3654038

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

INVOICE

**FOR SERVICES THROUGH 12/31/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $2,606.50 |
| Disbursements and Other Charges | $397.65 |
| **TOTAL DUE THIS INVOICE** | **$3,004.15** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/03/07 | T. Daniel | 0.40 | Emails regarding Kells deposition and motion for rule of law; |
| 12/04/07 | T. Daniel | 1.00 | Address dispute over Kells deposition and motion for rule of law; long email to conitz's lawyer regarding same; |
| 12/11/07 | T. Daniel | 0.20 | Telephone conference with S. Halloran regarding Kells deposition completion; |
| 12/11/07 | A. Jarrell | 0.10 | Telephone conference with court reporter regarding J. Kells' deposition; |
| 12/13/07 | T. Daniel | 0.50 | Review order regarding status conference, order on motion to compel and plaintiff's motion for status conference; email to S. Halloran regarding same; |
| 12/17/07 | T. Daniel | 0.30 | Review motion to quash Kells deposition and affidavits regarding same; telephone conference with Kells' attorney regarding same; |
| 12/26/07 | J. Nist | 3.20 | Review records in preparation for Kells deposition; research regarding disparate impact; |
| 12/27/07 | J. Nist | 4.60 | Prepare for Kells deposition; review daily journals of J. Kells; |
| 12/28/07 | J. Nist | 3.40 | Prepare for and depose J. Kells; |
| 12/31/07 | J. Nist | 1.10 | Conference with T. Daniel; dictate memorandum regarding Kells deposition; |

| | |
|---|---|
| Total For Services | $2,606.50 |

**Disbursements and Other Charges**

| | |
|---|---|
| Court reporter fee - Deposition of J. Kells, 11/28 | 397.65 |
| Disbursement and Other Charges Total | $397.65 |
| **Total This Invoice** | **$3,004.15** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

18531-0014                                  January 17, 2008                              Invoice  3654038

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 2.40 | 260.00 | 624.00 |
| J. Nist | 12.30 | 160.00 | 1,968.00 |
| A. Jarrell | 0.10 | 145.00 | 14.50 |
| Total | 14.80 | 176.11 | $2,606.50 |

TMD

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before FEBRUARY 16, 2008*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3654038

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 • CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    18531-0014

December 31, 2007

Invoice  3650465

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

## INVOICE

**FOR SERVICES THROUGH 11/30/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $78.00 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$78.00** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/13/07 | T. Daniel | 0.30 | Telephone conference with H. Hall regarding shareholder preference issues; email Conitz brief regarding same; |

| | |
|---|---|
| Total For Services | $78.00 |
| **Total This Invoice** | **$78.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.30 | 260.00 | 78.00 |
| Total | 0.30 | 260.00 | $78.00 |

TMD

### _This invoice is for current charges only._
### _Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account._
### _Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 30, 2008_

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3650465

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:     18531-0014

December 20, 2007

Invoice  3633606

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

---

INVOICE

---

**FOR SERVICES THROUGH 11/30/07, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $7,020.00 |
| Disbursements and Other Charges | $877.42 |
| **TOTAL DUE THIS INVOICE** | **$7,897.42** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/01/07 | T. Daniel | 0.10 | Email to S. Halloran regarding opposition to motion for rule of law; |
| 11/01/07 | T. Daniel | 1.70 | Prepare opposition brief; |
| 11/02/07 | T. Daniel | 2.80 | Prepare opposition to plaintiff's motion for rule of law; |
| 11/03/07 | T. Daniel | 2.50 | Revise opposition to plaintiff's motion for rule of law regarding shareholder preference; |
| 11/05/07 | T. Daniel | 3.30 | Revise opposition to motion for rule of law; telephone conference with S. Halloran regarding same; |
| 11/07/07 | T. Daniel | 3.20 | Emails regarding opposition to motion for rule of law and deposition of Kells; revise M. Greene affidavit and respond to Halloran emails regarding same; revise opposition to motion for rule of law; |
| 11/08/07 | T. Daniel | 2.80 | Emails regarding Kells subpoena; revise opposition brief to motion for rule of law; |
| 11/09/07 | T. Daniel | 2.20 | Review Teck Cominco's draft brief in opposition to plaintiff's motion regarding shareholder preference; long email with comments on same; re-read Malabed case and its effect on this case; |
| 11/13/07 | T. Daniel | 0.10 | Telephone conference with S. Halloran regarding Kells deposition; |
| 11/14/07 | T. Daniel | 0.20 | Telephone conference with D. Logan regarding Kells deposition; |
| 11/15/07 | T. Daniel | 0.30 | Telephone conference with J. Kells regarding deposition; email to Covell and Halloran regarding same; |
| 11/16/07 | T. Daniel | 0.60 | Deal with dispute over J. Kells deposition; telephone conference with S. Halloran and K. Covell regarding same and remaining depositions; |
| 11/19/07 | T. Daniel | 0.30 | Telephone conference with S. Halloran regarding Kells deposition; email to M. Blair regarding same; |
| 11/27/07 | T. Daniel | 2.00 | Prepare for J. Kells deposition; review depositions of T. Zigarlick and G. Conitz; review Kells personnel file; |
| 11/28/07 | T. Daniel | 4.30 | Attend J. Kells deposition by phone; dictate memo to file regarding deposition; |
| 11/30/07 | T. Daniel | 0.60 | Revise memo regarding Kells deposition; email to M. Blair regarding same; |

Total For Services        $7,020.00

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

18531-0014                          December 20, 2007                        Invoice 3633606

**Disbursements and Other Charges**

| | |
|---|---|
| Long distance telephone charges | 0.99 |
| Computer research | 876.43 |

Disbursement and Other Charges Total     $877.42

**Total This Invoice**     **$7,897.42**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 27.00 | 260.00 | 7,020.00 |
| Total | 27.00 | 260.00 | $7,020.00 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 19, 2008*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 18531, Invoice 3633606

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:   18531-0014

November 15, 2007

Invoice 3615006

NANA Regional Corporation, Inc.
Attn: Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK 99508

INVOICE

**FOR SERVICES THROUGH 10/31/07, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $6,600.00 |
| Disbursements and Other Charges | $1,441.88 |
| **TOTAL DUE THIS INVOICE** | **$8,041.88** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 10/03/07 | T. Daniel | 0.60 | Conference with J. Leik regarding strategy for addressing Conitz motion for rule of law regarding shareholder preference; emails with M. Blair regarding same; review Conitz motion to declare shareholder preference unlawful; |
| 10/04/07 | T. Daniel | 0.10 | Review Halloran email regarding strategy and issue regarding NANA affidavit; |
| 10/05/07 | T. Daniel | 0.50 | Telephone conference with M. Blair regarding response to plaintiff's motion; emails with Halloran regarding same; |
| 10/08/07 | T. Daniel | 1.00 | Conference with S. Halloran regarding coordinated response to Conitz motion regarding shareholder preference and strategy regarding same; |
| 10/09/07 | T. Daniel | 1.00 | Conference with J. Nist regarding research needed regarding plaintiff's motion for rule of law regarding shareholder preference; review Teck Cominco's draft opposition to plaintiff's motion for rule of law and draft motion for summary judgment; |
| 10/09/07 | J. Nist | 1.90 | Research regarding delaying adjudication of the legality of the shareholder preference agreement; conference with T. Daniel regarding same; |
| 10/10/07 | T. Daniel | 2.90 | Analyze Teck Cominco's draft motion for summary judgment and opposition to Conitz's motion to declare shareholder preference unlawful; prepare summary of points and arguments to make and email to S. Halloran regarding same; |
| 10/10/07 | J. Nist | 3.40 | Research regarding delaying adjudication of the legality of the shareholder preference requirement in the contract with Teck Cominco; |
| 10/11/07 | T. Daniel | 1.70 | Emails with S. Halloran regarding strategy; research regarding ANCSA shareholder status as based on "political status" rather than "racial status"; |
| 10/11/07 | J. Nist | 4.60 | Research regarding delaying adjudication of the legality of the shareholder preference requirement in the contract with Teck Cominco; draft memorandum regarding same; |
| 10/12/07 | T. Daniel | 0.40 | Review memo regarding avoiding ruling on plaintiff's motion for rule of |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

18531-0014 November 15, 2007 Invoice 3615006

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | law; email same to S. Halloran; |
| 10/12/07 | J. Nist | 0.80 | Finalize memorandum regarding delaying adjudication of the legality of the shareholder preference requirement in the contract with Teck Cominco; |
| 10/16/07 | T. Daniel | 0.20 | Telephone conference with Covell's office regarding additional time to oppose motion; email to S. Halloran regarding same; |
| 10/23/07 | T. Daniel | 3.70 | Prepare opposition to Conitz motion for rule of law that shareholder preference is unlawful (research regarding "political" basis for ANCSA corporations); |
| 10/25/07 | T. Daniel | 0.90 | Outline regarding opposition to motion for rule of law; |
| 10/30/07 | T. Daniel | 4.40 | Prepare opposition to motion for rule of law that shareholder preference is unlawful; |
| 10/31/07 | T. Daniel | 1.40 | Prepare opposition to plaintiff's motion for rule of law regarding shareholder preference; |

Total For Services $6,600.00

**Disbursements and Other Charges**

Computer research 1,441.88

Disbursement and Other Charges Total $1,441.88

**Total This Invoice** **$8,041.88**

SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 18.80 | 260.00 | 4,888.00 |
| J. Nist | 10.70 | 160.00 | 1,712.00 |
| Total | 29.50 | 223.73 | $6,600.00 |

TMD

### *This invoice is for current charges only.*
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before DECEMBER 15, 2007***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 18531, Invoice 3615006

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 • CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:    18531-0014

October 17, 2007

Invoice  3596531

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

---

INVOICE

---

**FOR SERVICES THROUGH 09/30/07, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $919.25 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$919.25** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 09/05/07 | J. Leik | 0.25 | Review order regarding amended complaint and other recent pleadings; |
| 09/13/07 | T. Daniel | 0.50 | Review discovery requests, responses, and orders regarding Conitz case; review S. Halloran email regarding summary jdugment and draft Greene affidavit; |
| 09/14/07 | T. Daniel | 1.80 | Review Conitz deposition; review documents regarding discovery; review emails from S. Halloran regarding possible motion for summary judgment and strategy regarding same; |
| 09/24/07 | T. Daniel | 0.30 | Emails to/from S. Halloran regarding motion to reconsider, NANA affidavit; email to M. Blair regarding same; |
| 09/26/07 | T. Daniel | 0.20 | Prepare joinder in motion to reconsider order limiting deposition of Conitz; |
| 09/27/07 | T. Daniel | 0.50 | Email regarding discovery order; follow up regarding Greene affidavit; telephone conference with M. Blair regarding same; |

|  |  |
|---|---|
| Total For Services | $919.25 |
| **Total This Invoice** | **$919.25** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| J. Leik | 0.25 | 245.00 | 61.25 |
| T. Daniel | 3.30 | 260.00 | 858.00 |
| Total | 3.55 | 258.94 | $919.25 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 16, 2007*

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

18531-0014                              October 17, 2007                              Invoice  3596531

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3596531

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:     18531-0014

September 24, 2007

Invoice  3582258

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

INVOICE

**FOR SERVICES THROUGH 08/31/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $3,768.25 |
| Disbursements and Other Charges | $1,204.80 |
| **TOTAL DUE THIS INVOICE** | **$4,973.05** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 08/01/07 | K. Olanna | 7.00 | Attend deposition of Ted  Zigarlick; |
| 08/01/07 | J. Leik | 0.30 | Review opposition brief; |
| 08/01/07 | T. Daniel | 0.40 | Conference with K. Olanna regarding Teck deposition; telephone conference with H. Hall regarding same; email regarding shareholders preference Human Rights Commission decision; |
| 08/02/07 | T. Daniel | 0.30 | Conference with K. Olanna regarding Conitz deposition; |
| 08/03/07 | J. Leik | 5.50 | Draft reply to opposition to motion for intervention; |
| 08/04/07 | J. Leik | 1.50 | Draft reply brief; |
| 08/07/07 | J. Leik | 0.25 | Conference with T. Daniel regarding reply memorandum; |
| 08/07/07 | T. Daniel | 0.50 | Review draft reply to opposition to motion to intervene; conference with J. Leik regarding changes; |
| 08/08/07 | J. Leik | 0.50 | Review reply brief; |
| 08/09/07 | T. Daniel | 0.20 | Review Conitz affidavit regarding operating agreement; emails with S. Halloran regarding same; |
| 08/17/07 | T. Daniel | 0.30 | Review plaintiff's motion to file third amended complaint and memo in support; |
| 08/20/07 | T. Daniel | 0.40 | Emails regarding Conitz intervention and discovery; review summary of Teck Cominco depositions and email same to J. Luke; |
| 08/21/07 | T. Daniel | 0.50 | Emails regarding Conitz depositions, status of case; |

| | |
|---|---|
| Total For Services | $3,768.25 |

## Disbursements and Other Charges

Court reporter fee -

| | |
|---|---|
| Depo. of Gregg Conitz, 8/2 | 205.20 |
| Deposition fo Jim Somers, Ted Zigarlick, 8/7 | 999.60 |

| | |
|---|---|
| Disbursement and Other Charges Total | $1,204.80 |
| **Total This Invoice** | **$4,973.05** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

18531-0014                          September 24, 2007                          Invoice  3582258

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| J. Leik | 8.05 | 245.00 | 1,972.25 |
| T. Daniel | 2.60 | 260.00 | 676.00 |
| K. Olanna | 7.00 | 160.00 | 1,120.00 |
| Total | 17.65 | 213.50 | $3,768.25 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before OCTOBER 24, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3582258

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:     18531-0014

August 20, 2007

Invoice  3562365

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

---

INVOICE

**FOR SERVICES THROUGH 07/31/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $2,118.00 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$2,118.00** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 07/03/07 | T. Daniel | 0.70 | Telephone conference with S. Halloran regarding motion to intervene; long email to J. Luke and H. Hall regarding NANA's response; review plaintiff's motion to compel; email to J. Luke and H. Hall regarding same; |
| 07/05/07 | T. Daniel | 0.50 | Telephone conference with J. Luke regarding Teck Cominco position on motion to intervene; telephone conference with S. Halloran regarding NANA's position on motion to intervene and discovery of Operator Agreement; |
| 07/13/07 | T. Daniel | 0.20 | Telephone conference with K. Covell regarding motion to intervene and proposal regarding the litigation; |
| 07/17/07 | T. Daniel | 0.20 | Review Order denying motion to compel; email to J. Luke regarding same; |
| 07/31/07 | K. Olanna | 0.40 | Review case materials in preparation for deposition; |
| 07/31/07 | T. Daniel | 6.30 | Attend J. Somers' (Teck Cominco Human Resources superintendent) deposition; review Conitz opposition to NANA's motion to intervene; conference with J. Leik regarding reply brief; |

| | |
|---|---|
| Total For Services | $2,118.00 |
| **Total This Invoice** | **$2,118.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 7.90 | 260.00 | 2,054.00 |
| K. Olanna | 0.40 | 160.00 | 64.00 |
| Total | 8.30 | 255.18 | $2,118.00 |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

18531-0014                                  August 20, 2007                                  Invoice  3562365

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before SEPTEMBER 19, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3562365

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    18531-0014

July 31, 2007

Invoice  3543215

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

---

INVOICE

---

**FOR SERVICES THROUGH 06/30/07, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $2,481.00 |
| Disbursements and Other Charges | $105.65 |
| **TOTAL DUE THIS INVOICE** | **$2,586.65** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 06/05/07 | J. Leik | 4.40 | Review and revise motion to intervene; draft declaration in support of motion to intervene; |
| 06/06/07 | J. Leik | 1.80 | Revise pleadings for intervention; |
| 06/06/07 | T. Daniel | 0.50 | Review motion to intervene and agreement with COMINCO; emails regarding same; |
| 06/07/07 | T. Daniel | 0.50 | Review and revise motion to intervene; review H. Hall comments; |
| 06/15/07 | T. Daniel | 1.50 | Revise NANA answer to complaint; address possible affirmatiive defenses; letter to S. Halloran regarding same; |
| 06/18/07 | T. Daniel | 0.70 | Review Red Dog employment plan and compare with operating agreement; long answer to email from S. Halloran regarding shareholder vs. Native preference issue; |
| 06/22/07 | T. Daniel | 0.50 | Final changes and review of motion to intervene and answer; |

|  |  |
|---|---|
| Total For Services | $2,481.00 |

**Disbursements and Other Charges**

|  |  |
|---|---|
| Computer research | 105.65 |
| Disbursement and Other Charges Total | $105.65 |
| **Total This Invoice** | **$2,586.65** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| J. Leik | 6.20 | 245.00 | 1,519.00 |
| T. Daniel | 3.70 | 260.00 | 962.00 |
| Total | 9.90 | 250.61 | $2,481.00 |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

18531-0014                                July 31, 2007                             Invoice  3543215

TMD

### *<u>This invoice is for current charges only.</u>*
### *<u>Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.</u>*
### *<u>Late Charges Will Be Due If This Invoice Is Not Paid On Or Before AUGUST 30, 2007</u>*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3543215

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    18531-0014

June 25, 2007

Invoice  3524340

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

INVOICE

**FOR SERVICES THROUGH 05/31/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $312.00 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$312.00** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 05/14/07 | T. Daniel | 0.30 | Telephone conference with J. Luke regarding timing of motion to intervene; conference with J. Leik regarding same; |
| 05/21/07 | T. Daniel | 0.90 | Telephone conference with S. Holloran regarding expected timeline for discovery and motion for summary judgment; review the rules regarding any reason to intervene now vs. wait; email to J. Luke regarding response from Holloran; |

| | |
|---|---|
| Total For Services | $312.00 |
| **Total This Invoice** | **$312.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 1.20 | 260.00 | 312.00 |
| Total | 1.20 | 260.00 | $312.00 |

TMD

## *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JULY 25, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3524340

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**
CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

June 25, 2007

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:     18531-0014

May 17, 2007

Invoice  3505450

NANA Regional Corporation, Inc.
Attn:  Jacquelyn R. Luke, Vice President & General Counsel
1001 East Benson Boulevard
Anchorage, AK  99508

---

INVOICE

---

**FOR SERVICES THROUGH 04/30/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $5,675.50 |
| Disbursements and Other Charges | $62.67 |
| **TOTAL DUE THIS INVOICE** | **$5,738.17** |

**Gregg Conitz**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 04/19/07 | J. Leik | 0.75 | Review treatises regarding intervention; |
| 04/19/07 | T. Daniel | 0.70 | Review pleadings; conference with J. Leik regarding motion to intervene; |
| 04/20/07 | T. Daniel | 0.40 | Conference with J. Leik regarding petition to intervene; email to H. Hall regarding same; |
| 04/21/07 | J. Leik | 3.25 | Research regarding intervention (9th Circuit cases); |
| 04/23/07 | J. Leik | 2.00 | Research regarding intervention; telephone conference with H. Hall; |
| 04/24/07 | J. Leik | 1.40 | Additional research regarding intervention (related to remedies); |
| 04/24/07 | T. Daniel | 0.40 | Telephone conference with J. Luke regarding contract with Tech Cominco and employment and training plan; conference with J. Leik regarding same; |
| 04/25/07 | J. Leik | 6.10 | Draft memo in support of motion to intervene;' |
| 04/26/07 | J. Leik | 6.80 | Revise pleadings for intervention; research regarding permissive intervention under Rule 24(b); |
| 04/26/07 | T. Daniel | 1.00 | Review draft motion to intervene and add comments to same; telephone conference with S. Halloran regarding motion to intervene; conference with J. Leik regarding same; email draft intervention; |
| 04/30/07 | T. Daniel | 0.20 | Telephone conference with J. Luke and H. Hall regarding whether to intervene; |

| | | |
|---|---|---|
| Total For Services | | $5,675.50 |

**Disbursements and Other Charges**

| | |
|---|---|
| Computer research | 62.67 |

| | |
|---|---|
| Disbursement and Other Charges Total | $62.67 |
| **Total This Invoice** | **$5,738.17** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

18531-0014                                   May 17, 2007                              Invoice  3505450

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| J. Leik | 20.30 | 245.00 | 4,973.50 |
| T. Daniel | 2.70 | 260.00 | 702.00 |
| Total | 23.00 | 246.76 | $5,675.50 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JUNE 16, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  18531, Invoice  3505450

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**