Page 122

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGG CONITZ,                          )
                                       )
                                       )
           Plaintiff,                  )
                                       )
vs.                                    )
                                       )
TECK COMINCO ALASKA, INC., and         )
NANA REGIONAL CORPORATION,             )
                                       )
           Defendants.                 )
_____)
Case No. 4:06-CV-00015 RRB

VOLUME II
DEPOSITION OF JOHN R. KELLS
December 28, 2007

APPEARANCES:

    FOR THE PLAINTIFF:          MR. DONALD F. LOGAN
                                 Attorney at Law
                                 P.O. Box 73162
                                 Fairbanks, Alaska 99707
                                 (907) 590-4341

    CO-COUNSEL (Telephonic):    MR. KENNETH L. COVELL
                                 Attorney at Law
                                 Law Office of Kenneth Covell
                                 712 Eighth Avenue
                                 Fairbanks, Alaska 99701
                                 (907) 452-4377

    FOR THE DEFENDANT
    TECK COMINCO ALASKA INC.:   MR. SEAN HALLORAN
                                 Hartig, Rhodes, Hoge,
                                   & Lekisch
                                 Attorneys at Law
                                 717 K Street
                                 Anchorage, Alaska 99501
                                 (907) 276-1592

EXHIBIT 4
PAGE 1 OF 3

```
 1   A      I would think so, but -- yeah, I would think so.
 2   Q      All right.
 3   A      Uh-huh.
 4   Q      What do you remember of the conversation that you had
 5          with Mr. Covell on that occasion?
 6   A      I just went in and told him pretty much the same thing
 7          I've been saying; just what happened or my recollection
 8          of what happened and that was that.
 9   Q      You met with him for about an hour and a quarter.  Is
10          that correct?
11   A      Could be.
12   Q      How clear were you when you spoke with Mr. Covell about
13          the chronology of events that you would have spoken
14          with him about?
15   A      I don't remember the conversation.  I didn't take
16          notes.  I basically have just the one story, so I'm
17          sure there's things that get distorted depending on
18          when I'm telling it, but basically the story is the
19          same; it's how I remember things.
20               MR. HALLORAN:  Can you mark this.
21                       (Deposition Exhibit 13 marked)
22   Q      I'm handing you exhibit 13.  Have you ever seen that
23          document before?
24   A      I have.
25   Q      Did you sign that document?
```

EXHIBIT 4
PAGE 2 OF 3

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | When did you sign that document? |
| 3 | A | Oh, I don't know when. I don't remember the date. |
| 4 | | That would have been -- wait a minute, it was -- |
| 5 | | because I was here in town on Friday. I was getting |
| 6 | | some dental work done, so I was in town on Friday. It |
| 7 | | was not today. A week ago? |
| 8 | | MR. BEATTY: It was the day that this says. |
| 9 | A | It was either a week ago or it was two weeks ago. |
| 10 | Q | And do you know which, one week or two weeks? |
| 11 | A | It would have been two weeks. |
| 12 | Q | Okay. Did you read that document before you signed it? |
| 13 | A | Yes. |
| 14 | Q | What, if anything, did you do to verify the accuracy of |
| 15 | | the statements that are in there? |
| 16 | A | To verify -- I -- I don't know what you mean. What |
| 17 | | would I -- what are my options on this? |
| 18 | Q | Did you do anything to check to make sure that the |
| 19 | | statements in there are correct? |
| 20 | A | I read them. They're correct. |
| 21 | Q | Well, it says you were deposed once on November 21st, |
| 22 | | 2007. The date of your -- the start of this deposition |
| 23 | | was not November 21st, was it? |
| 24 | A | Oh, I don't know. I gloss over dates like that. |
| 25 | | Maybe -- is it possible that that was not the date? |

EXHIBIT 4
PAGE 3 OF 3

84638573-c2cc-419b-a816-3c640f283655