UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 GREGG CONITZ    v.   TECK COMINCO ALASKA, INC., et al 

IDA ROMACK, CLERK OF COURT

Deputy Clerk CAROLYN BOLLMAN              CASE NO.  4:06-CV-00015-RRB 

 CAROLYN BOLLMAN 


PROCEEDINGS: **CLERK'S TAXATION OF COSTS REGARDING NANA REGIONAL CORPORATION HELD AUGUST 14, 2008:**


   A Cost Bill Hearing was held for defendant NANA regional Corporation's Bill of Costs file at docket 151 on Thursday, August 14, 2008 at 9:00 a.m.  Present for plaintiff was counsel Kenneth Covell; Present telephonically for defendant NANA Corporation was Kyan Olanna.  No objections were filed prior to the hearing.

   Counsel for plaintiff objected to the Taxation of Costs, citing Mansourian v Board of Regents of the University of California at Davis (208 WL 2775488(E. D. Cal).

   Costs are taxed as follows:
$66.90 for exemplification of copies under D.Ak LR 54.1(e)(5) and $1,682.05 for deposition costs under D.Ak 54.1(e)(3).  **Total Costs taxed for defendant NANA and against the plaintiff in the amount of $1,748.95.**

   **Counsel's attention is directed to FRCP 54(d)(1).**


[ ]{CLERKNOT.WPD*Rev.12/97}