JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA, INC., )<br>)<br>Defendant )<br>_____) | Case No. 4:06-CV-00015 RRB |

**MOTION FOR HEARING
TO PRESENT ORAL ARGUMENT**

**COME NOW** Attorney Jason P. Beatty, and moves this court to grant Motion for Hearing to Present Oral Argument.

Support is found in the Points and Authorities filed herewith.

**RESPECTFULLY SUBMITTED** this 18th day of August, 2008 at Fairbanks, Alaska.

_____
Ralph Beistline
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel - TDaniel@perkinscoie.com

Dated: 08/18/2008

By:      /s/ Jason
         Jason for Jason P. Beatty