JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA, INC., )<br>)<br>Defendant )<br>_____) | Case No. 4:06-CV-00015 RRB |

**ORDER GRANTING ATTORNEY'S MOTION FOR HEARING
TO PRESENT ORAL ARGUMENT**

It having come before this Court through Attorney's Motion for Hearing to present Oral Argument and

It appearing that such relief is appropriate and justified the allegations made, and other equitable considerations,

IT IS HEREBY ORDERED that the Motion for Hearing to present Oral Argument is Granted.

DATED this 18th day of August, 2008 at Fairbanks, Alaska.

```
                                        _____
                                        Ralph Beistline
                                        U.S. District Court Judge
```

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 08/18/2008

By: _____/s/ Jason_____
    Jason for Jason P. Beatty

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Order granting motion for hearing to present oral argument
Page 2 of 2