JASON P. BEATTY
LAW OFFICE OF JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ,            )<br>                          )<br>          Plaintiff    )<br>                          )<br>    vs.                   )<br>                          )<br>TECK COMINCO ALASKA, INC., )<br>                          )<br>          Defendant    )<br>_____) | Case No. 4:06-CV-00015 RRB |

**HEARING MOTION**
**POINTS AND AUTHORITIES SUPPORTINNG**
**ATTORNEY'S MOTION FOR HEARING TO PRESENT ORAL ARGUMENT.**

**COME NOW** Attorney Jason P. Beatty, and moves this court to grant Motion for Hearing to Present Oral Argument to defend my reputation.

**FACTS**

Defendant's Attorney, Mr. Halloran, filed a Motion to Disgorge Fees. This court ordered attorney's fees to be paid, for representing Non-Party Deponent Mr. Kells, from Mr. Halloran, Mr. Covell and Mr. Logan in the amount of $350.00.

I opposed Mr. Halloran's motion. Mr. Halloran filled a reply to my opposition in which he defames my reputation by publishing that I am "a Liar." I have not misrepresented facts to this court. I have been very frank with the court. Mr. Halloran misapprehends the facts when he mischaracterizes my opposition on page 3. For example Mr. Halloran tries to allege that I never contacted his assistant, Beck Lewis, on December 13, 2007, and represents that I contacted his office on December the 14th, 2007, the same day I filed the Protective Order and Motion's to Quash and Attorney's fees. This is wrong. I tried in good faith to resolve the issue of Mr. Kells deposition with Mr. Halloran who was being uncooperative.

Mr. Logan has been defamed too. Mr. Halloran has alleged various intentional misstatements designed to mislead this court and several matters that would constitute Ethical Violations. Mr. Logan wants to clear his name as well. Mr. Logan and myself have not misrepresented the facts to this court.

## CONCLUSION

Mr. Halloran is defaming my and Mr. Logan's professional and personal integrity and trying to damage my and Mr. Logan's reputations in the Fairbanks community and in the eyes of this

court. Therefore, I and Mr. Logan should be allowed to defend our names and reputations in this court.

For the foregoing reasons, Attorney Jason P. Beatty, and on behalf of Mr. Logan, asks this court to grant the motion for hearing to present oral argument.

RESPECTFULLY SUBMITTED this 18th day of August, 2008 at Fairbanks, Alaska.

s/JASON P. BEATTY
P.O. BOX 70301
FAIRBANKS, ALASKA 99707
PHONE: 907.978.4274
jason_bea@msn.com
ATTORNEY FOR Non-Party Deponent
ABA NO. 0711066

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 08/18/2008

By:  _____/s/ Jason_____
        Jason for Jason P. Beatty

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Points and Authorities Supporting Attorney's Motion for Hearing to Present Oral Argument.
Page 3 of 4

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):
Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 08/18/2008

By:      /s/ Jason
         Jason for Jason P. Beatty

*Conitz v. Teck Cominco,* Case No. 4:06-CV-00015 RRB
Points and Authorities Supporting Attorney's Motion for Hearing to Present
Oral Argument.
Page 4 of 4