KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:06-CV-00015 RRB |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| NANA REGIONAL CORPORATION ) | |
| ) | |
| Intervenor. ) | |

### MOTION FOR COURT REVIEW OF CLERK'S ACTION OF TAXATION OF COSTS

Comes now, plaintiff, and hereby moves the court to review the action of clerk in awarding costs in the above captioned matter to defendant's Teck and NANA.

FRCP 54(d)(1) provides that taxing of costs by the clerk may be reviewed upon motion filed within five (5) days thereafter. The clerk's taxation of costs and an amended judgment containing Teck's costs was issued August 11th, the fifth day not being a business day, the motion for reivew would be due today August 18th. NANA's costs were awarded by Notice of Clerk's Taxation of Costs and amended judgment on today, August 18th.

This motion is made on the grounds that the court has discretion to deny an award of costs. Among the potential factors for the court to consider are the financial resources of the parties involved; whether the case involves issues of substantial public importance, whether there is an economic disparity between the plaintiffs[1] and the defendants and whether or not there would be a chilling effect on plaintiffs who may bring such future actions.  <u>Association of Mexican-American Educators v. State of California</u>, 231 F.3d 572, 591-593 (9th Cir. 2000).  Plaintiff requests the court to set a briefing schedule in regard to this matter, in order for plaintiff to gather requisite information bearing on these issues.[2]  Plaintiff requests the court to allow him to file a brief, and other supporting information on the factors no later than September 5th, 2008.

Respectfully submitted this 18th day of August, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

---

[1] E.g. it is believed NANA has an annual income of over a billion dollars and the plaintiff has the income of a working man.

[2] Defendants have also made a motion for attorney's fees and the parties have agreed to extend the deadline for that opposition to September 5th, 2008.

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**

Dated: 08/18/2008
By: /s/ Wendy Blakeman
    Wendy Blakeman for Kenneth L. Covell