KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,        ) | |
|        ) | |
|     Plaintiff,      ) | |
|        ) | |
|     vs.        ) | Case No.  4:06-CV-00015 RRB |
|        ) | |
| TECK COMINCO ALASKA, INC.  ,    ) | |
|        ) | |
|     Defendant,     ) | |
|        ) | |
|     vs.        ) | |
|        ) | |
| NANA REGIONAL CORPORATION    ) | |
|        ) | |
|     Intervenor.    ) | |

## ORDER FOR MOTION FOR COURT REVIEW OF CLERK'S ACTION OF TAXATION OF COSTS

IT IS HEREBY ORDERED, that the court shall review the clerk's award of cost in this case.

Plaintiff shall file a memorandum of points of authorities by September 5, 2008.

DATED this _____ day of August, 2008 at Fairbanks, Alaska.

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**

Dated: 08/18/2008
By: /s/ Wendy Blakeman _____
     Wendy Blakeman for Kenneth L. Covell