KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,                          )<br>                                       )<br>            Plaintiff,                  )<br>                                       )<br>    vs.                                 )<br>                                       )<br>                                       )<br>TECK COMINCO ALASKA, INC.,              )<br>                                       )<br>            Defendant,                  )<br>                                       )<br>    vs.                                 )<br>                                       )<br>NANA REGIONAL CORPORATION               )<br>                                       )<br>            Intervenor.        )        | Case No.  4:06-CV-00015 RRB |

### PLAINTIFF GREGG CONITZ'S NOTICE OF APPEAL

Comes now, Plaintiff Gregg Conitz, by and through counsel, and hereby appeals to the Court

of Appeals for the Ninth Circuit pursuant to FRAP 4(a)(1)(A), the order and judgment dismissing his

case for employment discrimination under Title VII of the United States Code and other civil rights

acts.

Respectfully submitted this 22nd day of August, 2008 at Fairbanks, Alaska.

*Conitz v. Tack Cominco, Case No. 4:06-CV-00015 RRB*
*Plaintiff Gregg Conitz's Notice of Appeal*
*Page 1 of 2*

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran  - sean.halloran@hartig.com
Thomas M. Daniel – TDaniel@perkinscoie.com
Jason Beatty – jason_bea@msn.com

Dated: 08/22/2008
By: /s/ Wendy Blakeman
    Wendy Blakeman for Kenneth L. Covell