KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,                )<br>                                             )<br>             Plaintiff,           )<br>                                             )<br>     vs.                                  )<br>                                             )<br>TECK COMINCO ALASKA, INC.,  )<br>                                             )<br>             Defendant,         )<br>                                             )<br>     vs.                                  )<br>                                             )<br>NANA REGIONAL CORPORATION  )<br>                                             )<br>             Intervenor.         ) | Case No.  4:06-CV-00015 RRB |

## REPRESENTATION STATEMENT

The parties to this action, the names, addresses and telephone numbers of their respective counsel, are as following:

    1.    For Plaintiff/Appellant Gregg Conitz
          Kenneth L. Covell (Alaska Bar No. 8611103)
          LAW OFFICES OF KENNETH L. COVELL
          712 Eighth Avenue
          Fairbanks, AK 99701
          (907) 452-4377
          (907) 451-7802 fax
          kcovell@gci.net

2. For Defendant/Appellee Teck Cominco Alaska Inc.
Sean Halloran
Hartig Rhodes Hoge & Lekisch
717 K Street
Anchorage, AK 99501
(907) 276-1592
(907) 277-4352 fax
sean.halloran@hartig.com

3. For Intervenor Defendant NANA Regional Corporation
Thomas M. Daniel
Perkins Coie, LLP
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501
(907) 279-8561
(907) 276-3108 fax
tdaniel@perkinscoie.com

4. For Material Witness John Kells
Jason P. Beatty
Law Office of Jason P. Beatty
PO Box 70301
Fairbanks, AK 99709
(907) 978-4272
jason_bea@msn.com

Respectfully submitted this 22nd day of August, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

*Conitz v. Tack Cominco, Case No. 4:06-CV-00015 RRB*
*Representation Statement*
*Page 2 of 3*

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran - sean.halloran@hartig.com
Thomas M. Daniel – TDaniel@perkinscoie.com
Jason Beatty – Jason_bea@msn.com

Dated: 08/22/2008
By: /s/ Wendy Blakeman
    Wendy Blakeman for Kenneth L. Covell