KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:06-CV-00015 RRB |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| NANA REGIONAL CORPORATION ) | |
| ) | |
| Intervenor. ) | |

## **ISSUES ON APPEAL**

1. Whether the trial court errored in dismissing plaintiff's employment discrimination claim(s) when the court found, the question of whether or not defendant Teck could exercise a shareholder preference was the critical issue in the case, and the court ruled that defendant's could discriminate on such basis.

2. Whether the trial court errored in finding that plaintiff had not made out a prima facia case of discrimination.

*Conitz v. Tack Cominco, Case No. 4:06-CV-00015 RRB*
*Issues On Appeal*
*Page 1 of 2*

3.  Any issues which may arise from trial court decisions subsequent to the filing of this Notice of Appeal.

Respectfully submitted this 22nd day of August, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran  - sean.halloran@hartig.com
Thomas M. Daniel – TDaniel@perkinscoie.com
Jason Beatty – jason_bea@msn.com

Dated: 08/22/2008
By: /s/ Wendy Blakeman
     Wendy Blakeman for Kenneth L. Covell