KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:06-CV-00015 RRB |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| NANA REGIONAL CORPORATION ) | |
| ) | |
| Intervenor. ) | |

## DESIGNATION OF RECORD

Comes now, Plaintiff/Appellant Gregg Conitz, and hereby designates the record in the case as follows:

1. The original papers and exhibits filed with this court in this case and certified copy of the docket entries prepared by the District Court Clerk.

2. Transcription of the Status Hearing of May 15, 2008, attached hereto.

Respectfully submitted this 22nd day of August, 2008 at Fairbanks, Alaska.

                LAW OFFICES OF KENNETH L. COVELL
                Attorney for Plaintiff, Gregg Conitz

                s/Kenneth L. Covell
                712 8th Ave.
                Fairbanks, AK 99701
                Phone:  907.452.4377
                Fax:  907.451.7802
                E-mail:  kcovell@gci.net
                Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran  - sean.halloran@hartig.com
Thomas M. Daniel – TDaniel@perkinscoie.com
Jason Beatty – jason_bea@msn.com

Dated: 08/22/2008
By: /s/ Wendy Blakeman
    Wendy Blakeman for Kenneth L. Covell