1              IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF ALASKA

3
GREGG CONITZ,                          )
4                                      )
                    Plaintiff,         )
5                                      )
vs.                                    )
6                                      )
TECK COMINCO ALASKA, INC.,             )
7 and NANA REGIONAL CORPORATION,       )
                                       )
8                   Defendant.         )
                                       )
9 Case No. 4:06-CV-15 RRB

10                          VOLUME I

11                       STATUS HEARING

12          BEFORE THE HONORABLE RALPH R. BEISTLINE
                     District Court Judge

13
                                 Fairbanks, Alaska
14                               May 15, 2008
                                 10:34 a.m.

15
APPEARANCES:
16
           FOR THE PLAINTIFF:        MR. KENNETH L. COVELL
17                                   Attorney at Law
                                     Law Office of Kenneth Covell
18                                   712 Eighth Avenue
                                     Fairbanks, Alaska 99701
19
           FOR THE DEFENDANT
20         TECK COMINCO ALASKA INC.: MR. SEAN HALLORAN
                                     Hartig, Rhodes, Hoge,
21                                     & Lekisch
                                     Attorneys at Law
22                                   717 K Street
                                     Anchorage, Alaska 99501
23                                   (907)  276-1592

24

25

1  APPEARANCES (Continued):

2         FOR THE DEFENDANT
          NANA REGIONAL CORPORATION
3         (Telephonic):                    MR. THOMAS M. DANIEL
                                           Perkins Coie, LLP
4                                          Attorneys at Law
                                           1029 West Third Avenue
5                                            Suite 300
                                           Anchorage, Alaska 99501
6                                          (907)  279-8561

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               P R O C E E D I N G S

2    FBXDISTCRTRM - 5/15/2008

3    10:34:12

4           (On record)

5           THE CLERK:  All rise.

6           MR. COVELL:  Sean is in the courtroom.

7           THE CLERK:  His Honor, the court, the United States

8    District Court for the District of Alaska is now in session.

9    The Honorable Ralph R. Beistline presiding.  Please be seated.

10           THE COURT:  Good morning.

11           MR. COVELL:  Good morning, Judge.

12           THE COURT:  We have someone on the telephone in this

13    one?

14           THE CLERK:  Yes, Your Honor.  Mr. Conitz and Mr. Thomas

15    Daniel are on line.

16           THE COURT:  Okay.  So on record.  This is Conitz versus

17    Teck Cominco.  Got a number of things here.  Basically, it's

18    just a request for a status hearing, but it looks like there's

19    all kinds of motions before the court.

20           The main one here is the Teck's unopposed motion for

21    summary judgment at 91, which Mr. Covell wants more time to

22    respond to.  So I think that's what we're talking about, right?

23           MR. COVELL:  Well, Your Honor, pending and ripe is the

24    motion for rule of law in the case and it's been ripe since

25    February.

1    THE COURT:  Okay.  Want me to rule on it?

2    MR. COVELL:  Yes.

3    THE COURT:  Okay.  Denied.

4    MR. COVELL:  Okay.

5    THE COURT:  Next.

6    MR. COVELL:  If the motion is denied, Your Honor,

7  then.....

8    THE COURT:  Yeah, I can rule and I just don't think

9  it -- I think it just -- it's all incorp -- encompassed in this

10  91 motion.  I mean, that doesn't -- motion for summary judgment

11  that deals with the whole issue that the docket 64, the motion

12  for rule of law is just kind of a partition of it.  And I'm --

13  my position is that I would like to get -- address the whole

14  thing in -- as a whole, as opposed to trying to piecemeal it.

15  So that's why I was waiting for the opposition or the response

16  to docket 91.  So here's -- that's where we are.

17    MR. COVELL:  Okay.  All right.  Well, I want to

18  contemplate that ruling, Judge, because I said in my pleadings

19  if you deny that, the case is over for us.

20    THE COURT:  Well, I'm not -- I'm just denying it as I

21  don't -- as I'm -- I don't think that I want to piecemeal.  It

22  looked to me like it was motion -- you're singling out one part

23  of it and.....

24    MR. COVELL:  Well, yeah, Judge, it's a request for the

25  court to rule as a matter of law, whether or not Teck can

1  discriminate on the basis of race or on basis of shareholder

2  status as the case may be, in any form.

3         THE COURT:  Okay.

4         MR. COVELL:  And that's a question I'm sure we're going

5  to get out of the jury room if indeed we go to trial.  And

6  rather than wait till the middle of trial and have the impact

7  of that happen then, I'm asking the court to rule on that now.

8  And, frankly, if the court is going to deny that motion, I

9  think that we don't have a case.  Now, if the court is

10  citing.....

11        THE COURT:  Well, I was.....

12        MR. COVELL:  .....I don't want to hear that.

13        THE COURT:  .....denying it more procedurally,

14  although -- because I wanted to really hear your response to

15  the motion at docket 91.

16        MR. COVELL:  Okay.

17        THE COURT:  That was my.....

18        MR. COVELL:  In that case then, Judge, essentially, the

19  status of the case is it's our position we made out a prima

20  facie case.  And now the defendant is saying, even though

21  you've made your prima facie case, which of course they don't

22  agree with, but nonetheless, even though you've made your prima

23  facie case, then we have good cause to do what we did anyway.

24  And they put evidence into the record in that regard.

25         Then I need -- if we're going to stay in this forum and

1  continue to litigate that motion, I need to do discovery.  They
2  put in an affidavit for Mr. Scott and there are other things
3  that I need to work on.  Mr. Halloran has indicated to me that
4  he's not available for depositions till November.
5          THE COURT:  Can I really tell you what -- I've looked
6  at this case at length.  Okay.  I think it all boils down to
7  whether or not Teck is entitled to engage in shareholder
8  preference, even if the shareholder is Native.  Isn't that
9  really what it's all about?  And that's what you were trying to
10  get me to respond to in docket 64.
11          MR. COVELL:  Engage in a shareholder.....
12          THE COURT:  Right.
13          MR. COVELL:  .....preference.
14          THE COURT:  And that's the re -- you're right.
15          MR. COVELL:  That's the issue in the case.
16          THE COURT:  And so -- but I was focusing on it in terms
17  of do- -- 91.  And I guess I could go back and.....
18          MR. COVELL:  I don't know, Judge.  The -- which.....
19          THE COURT:  Oh, I'm sorry.  Okay.
20          MR. COVELL:  It's their summary judgment is 91?
21          THE COURT:  Their summary judgment is 91.
22          MR. COVELL:  Okay.
23          THE COURT:  That's where -- my whole focus has been on
24  their.....
25          MR. COVELL:  Okay.

1          THE COURT:   .....summary judgment.

2          MR. COVELL:  All right.

3          THE COURT:  The other ones, maybe I could just do the

4   whole focus on your 64, but that's just not the way I was

5   approaching it.

6          MR. COVELL:  Okay.

7          THE COURT:  Because I thought the whole case now, is

8   going to boil down to whether or not -- not necessarily the

9   whole case, but you're right.  If, in fact, the law is that

10  Teck can engage in shareholder preferences, even if the

11  shareholders are primarily Native, if they can legally do that,

12  that's a matter of law.  That's a -- isn't that a question of

13  law?

14         MR. COVELL:  Right.  And that's what I was trying to

15  get the court to rule on without becoming.....

16         THE COURT:  And I want to do that.

17         MR. COVELL:  Okay.

18         THE COURT:  That's why I'm saying, I don't really want

19  to grant a continuance until November if the whole case is

20  going to be resolved on this single issue.  And I don't.....

21         MR. COVELL:  I think.....

22         THE COURT:  And I was thinking, you know, they filed a

23  pretty convincing summary judgment motion, but I haven't seen

24  your opposition to it.

25         MR. COVELL:  I can certainly respond to legal issues,

1  but.....

2       THE COURT:  That's all I -- that's -- and if you're

3  wrong on the legal issue, then your case is probably over.

4       MR. COVELL:  Right.

5       THE COURT:  At least at this level.

6       MR. COVELL:  Right.

7       THE COURT:  But you do real well before the Ninth

8  Circuit.

9       MR. COVELL:  Thank you, Judge.

10       THE COURT:  So that's what I want to do.  That's what

11  I'm trying to get to the bottom of.

12       MR. COVELL:  Okay.

13       THE COURT:  How long do you need to respond to the

14  legal issues raised in their summary judgment motion?  Which

15  maybe you've already researched.....

16       MR. COVELL:  I.....

17       THE COURT:  .....in your -- but there's a Fourth

18  Circuit case.  I thought there was a four -- I don't -- and I'm

19  just not -- yeah, there's a Fourth Circuit case, the

20  A-l-e-m-a-n versus Chugiak case.  There are other cases that

21  make it seem like shareholder preferences, even if they're

22  mostly Natives, are not illegal.  If I'm wrong, tell me.

23       MR. COVELL:  Okay.

24       THE COURT:  But I'm just saying that's the way it's

25  focusing.  And I hate to see people engage in protracted

1   litigations, spend all kinds of money when the legal issue

2   forecloses their case.

3       MR. COVELL:  I agree.

4       THE COURT:  So that's where I am intellectually with

5   you.

6       MR. COVELL:  Very good.  I'm glad we had this hearing

7   then.....

8       THE COURT:  Okay.

9       MR. COVELL:  .....to.....

10      THE COURT:  All right.

11      MR. COVELL:  .....know that, so.....

12      THE COURT:  Now, do you have -- you -- you haven't said

13  a thing yet.

14      MR. COVELL:  Thank you.

15      THE COURT:  Not -- I'm not talking to you.

16      MR. COVELL:  Oh, okay.

17      THE COURT:  I'm talking about counsel for defendant.

18      MR. COVELL:  Sure.

19      THE COURT:  I'm going to let Mr. Covell keep talking

20  unless you have anything to say.  You're -- all right?

21      MR. HALLORAN:  Essentially, our position is that.....

22      THE COURT:  I might.....

23      MR. HALLORAN:  .....the case is just being unreasonably

24  delayed, Your Honor.  We have offered to make available the

25  people that needed to be made available for depositions and

1  they declined to do it until after such time.....

2          THE COURT: Well, okay. Well.....

3          MR. HALLORAN: .....as is opportune to.

4          THE COURT: .....I don't want to get into that. I just

5  want to.....

6          MR. HALLORAN: That's fine, Your Honor.

7          THE COURT: Am I wrong in my understanding that this is

8  going to boil down to a legal issue and if you're right on the

9  law, the case is probably going to be over at this level.

10          MR. HALLORAN: I believe so, Your Honor.

11          THE COURT: But I have a Fourth Circuit case I'm

12  looking at and so I wanted Mr. Covell -- to give him some

13  chance, a little time to research the legal issues and tell me

14  if you're wrong on the law. You're saying, hey, we did not

15  discriminate. But even if we did, it's legal under these --

16  under Alaska Native law.

17          MR. HALLORAN: That's correct. That's our position.

18          THE COURT: And you might be right, but I don't want to

19  say so until Mr. Covell has had a chance to respond. But when

20  1 saw that he was asking until November to respond, I thought,

21  now that's getting a little ridiculous.

22          MR. HALLORAN: Your Honor, yesterday evening, we

23  settled the Teck Cominco case that's in front of Judge Sedwick.

24          THE COURT: You're kidding?

25          MR. HALLORAN: No.