1        THE COURT:  After all the work we've done to clear his

2   calendar?  It's wide open for the whole.....

3        MR. HALLORAN:  I can assure you, we've done just as

4   much as work.  It settled last night, so.....

5        THE COURT:  Does he know it?

6        MR. HALLORAN:  We filed a notice yesterday evening

7   about 6:30 with the court.

8        THE COURT:  So you got all summer.  You don't have

9   anything to do all summer.

10       MR. HALLORAN:  Well, that's correct.  Well, I have a

11  lot of things to do that I've put off over the last year.

12  But.....

13       THE COURT:  But.....

14       MR. HALLORAN:  .....I mean, if discovery needs to be

15  done, my calendar opened up as of this morning.

16       THE COURT:  .....realistically, I don't want anybody to

17  spend un -- if you're right on the law, and you might be.

18  Sometimes it, frankly, is counter-intuitive when you get

19  involved in this kind of thing.

20       MR. DANIEL:  This is Tom Daniel.  You guys are fading.

21  I don't know if you're away from the microphone or what.

22       THE COURT:  Oh, okay.  I'm fading.

23       MR. CONITZ:  Yeah, I'm having trouble hearing, too.

24       THE COURT:  Okay.  All right.  I'm just saying that

25  this boils down to a legal issue.  And if the plaintiff

1  prevails on the legal issue, then we move to next -- more

2  issues.  I mean, that doesn't -- then the case will be open and

3  then we have a jury trial.  But if the law is that under

4  this -- these facts and these circumstances, defendants are

5  entitled to utilize the Native preference, even though they

6  call it a shareholder preference, whatever it is, legally, then

7  the plaintiff doesn't have a case.  And why spend a ton of

8  money in other areas if that's the case.  That's the -- that's

9  all I'm trying to say today.  Do you follow me?

10       MR. COVELL:  I agree, Judge.

11       THE COURT:  How much time do you need to respond to

12  that?

13       MR. COVELL:  I'm just thinking about my schedule here.

14  I -- I'm leaving town on June 2 through the 22nd and then I'm

15  gone.....

16       THE COURT:  Because we have a trial date on this one

17  set in August, if I remember correctly.

18       MR. COVELL:  Yeah.

19       THE COURT:  It was going to follow this.

20       MR. COVELL:  I don't think we have a trial date at all,

21  Judge.

22       THE COURT:  Oh, we don't?

23       MR. HALLORAN:  I don't believe any other (indiscernible

24  - simultaneous speech) had this case.

25       THE COURT:  Okay.  I thought we had a trial that was

1  going to follow your trial.

2      MR. DANIEL: Your Honor, may I interject here? This is

3  Tom Daniel.

4      THE COURT: Yes.

5      MR. DANIEL: Well, I -- my interjection was going to

6  be, is that the plaintiff has already briefed the legal

7  question on the lawfulness of the shareholder preference,

8  because it was his motion.....

9      THE COURT: I saw -- you know, I was thinking of that

10  midway. I have been focusing -- I don't know why it came -- I

11  got the broad summary judgment motion, and was in the context

12  of reviewing that, that I realized this whole case really is

13  going to boil down to a legal issue. And the legal issue is

14  the one that Mr. Covell, in fact, did present in his docket 64

15  motion, which I had thought was procedurally -- I was not

16  inclined to grant it, but for a procedural reason, not for a

17  substantive reason. Is everyone following me there?

18      MR. HALLORAN: Yes.

19      THE COURT: I wasn't looking at it procedurally --

20  substantively. I was looking at it procedurally and thinking,

21  I'm not grant that. So I moved on to the next one, which

22  caused me to think, well, maybe I got to look back

23  substantively now at the motion. But let's just, so that

24  everything is fair, allow -- Mr. Covell, in your opposition,

25  you can simply say, I refer to the pleadings that they set

1  forth in docket 64, and I will evaluate it that way.

2          If you want to -- given all my thoughts here today, if

3  you want to say, no, I want to kind of refresh this thing and

4  I -- I'm going to focus now and I want to respond to their

5  motion for summary judgment on the legal issues only.  Because

6  if you prevail on the legal issue, there's still all kinds of

7  issues still open in the case.  But if the law is as I suspect

8  it may be, then the plaintiff doesn't have a case.  And you can

9  save a lot of money by bringing it to an end now and see if the

10  Ninth Circuit disagrees, but I want to do what the law is.

11  That's all I want to do.

12          MR. COVELL:  How about I respond by June 9th?

13          THE COURT:  June 9th is fine.  Then you file a reply.

14          MR. HALLORAN:  Yes, Your Honor.

15          THE COURT:  Anything else?

16          MR. HALLORAN:  Not from me.

17          THE COURT:  Everybody hear everything on the telephone?

18          MR. CONITZ:  Yes, we did.  Thank you, Your Honor.

19          THE COURT:  Okay.  Thank you.

20          MR. COVELL:  And.....

21          THE COURT:  Yes, Mr. Covell?

22          MR. COVELL:  .....relatively speaking, what's the time

23  on the reply?  I mean, what's -- what.....

24          THE COURT:  A week.  They -- you don't need too much to

25  respond -- you've -- do you?

1          MR. DANIEL: No.

2          MR. HALLORAN: My time will be wide open. I can.....

3          MR. DANIEL: I don't think so.

4          THE COURT: A week.

5          MR. HALLORAN: I can do it in a week.

6          THE COURT: They get seven -- five business days.

7          MR. COVELL: All right. And then are we going to hold

8    oral argument or no?

9          THE COURT: Well, just -- you can request it and it

10   might be necessary. Other -- I'll just -- if it's necessary,

11   obviously, we will have oral argument, but if it's simply me

12   reading this case and this case and this case.....

13         MR. COVELL: Okay. That's fine.

14         THE COURT: I'll say, my goodness, I -- what's oral

15   argument going to do? So that's -- I kind of keep that -- an

16   open mind on that issue. Okay.

17         MR. COVELL: All right. And if we need it, we can get

18   a couple hours relatively quickly?

19         THE COURT: I -- you can get -- I'm in town all of July

20   practically.

21         MR. COVELL: Okay.

22         THE COURT: Okay.

23         MR. COVELL: Thank you, Judge.

24         THE COURT: All right. Thank you.

25         THE CLERK: All rise. This matter now adjourned.

```
 1   Court stands in recess till 11:00 a.m.

 2           (Off record)

 3   10:46:43

 4                    ***********************
                     END OF REQUESTED PORTION
 5                   ***********************

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

16

<u>TRANSCRIBER'S CERTIFICATE</u>

1

2          I, Marci Lynch, hereby certify that the foregoing pages

3    numbered 2 through 16 are a true, accurate, and complete

4    transcript of proceedings in Case No. 4:06-CV-15 RRB, Conitz v.

5    Teck, Volume I, transcribed by me from a copy of the electronic

6    sound recording to the best of my knowledge and ability.

7

8

9    

10   August 15, 2008                    Marci Lynch
                                        Notary Public in and for Alaska
                                        My Commission Expires: 11/11/11

11   S E A L

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

May 15, 2008

Conitz v. Teck Cominco Alaska
Transcript of Proceedings

4:06-CV-00015 RRB

Page 1

### A

ability 17:6
about 3:22 6:9 9:17
  11:7 12:13 14:12
accurate 17:3
address 4:13
adjourned 15:25
affidavit 6:2
after 10:1 11:1
agree 5:22 9:3 12:10
Alaska 1:2,6,13,18,20
  1:22 2:5 3:8 10:16
  17:10
allow 13:24
already 8:15 13:6
although 5:14
Anchorage 1:22 2:5
anybody 11:16
anything 9:20 11:9
  14:15
anyway 5:23
APPEARANCES 1:15
  2:1
approaching 7:5
areas 12:8
argument 15:8,11,15
asking 5:7 10:20
assure 11:3
Attorney 1:17
Attorneys 1:21 2:4
August 12:17 17:9
available 6:4 9:24,25
Avenue 1:18 2:4
away 11:21
A-l-e-m-a-n 8:20
a.m 1:14 16:1

### B

back 6:17 13:22
Basically 3:17
basis 5:1,1
becoming 7:15
before 1:12 3:19 8:7
being 9:23
Beistline 1:12 3:9
believe 10:10 12:23
best 17:6
boil 7:8 10:8 13:13
boils 6:6 11:25
bottom 8:11
briefed 13:6
bringing 14:9
broad 13:11
business 15:6

### C

C 3:1
calendar 11:2,15

call 12:6
came 13:10
case 1:9 3:24 4:19 5:2,9
  5:18,19,20,21,23 6:6
  6:15 7:7,9,19 8:3,18
  8:19,20 9:2,23 10:9
  10:11,23 12:2,7,8,24
  13:12 14:7,8 15:12
  15:12,12 17:4
cases 8:20
cause 5:23
caused 13:22
certainly 7:25
CERTIFICATE 17:1
certify 17:2
chance 10:13,19
Chugiak 8:20
Circuit 8:8,18,19 10:11
  14:10
circumstances 12:4
citing 5:10
clear 11:1
CLERK 3:5,7,14 15:25
Coie 2:3
Cominco 1:6,20 3:17
  10:23
Commission 17:10
complete 17:3
Conitz 1:3 3:14,16
  11:23 14:18 17:4
contemplate 4:18
context 13:11
continuance 7:19
continue 6:1
Continued 2:1
convincing 7:23
copy 17:5
CORPORATION 1:7
  2:2
correct 10:17 11:10
correctly 12:17
counsel 9:17
counter-intuitive 11:18
couple 15:18
course 5:21
court 1:1,12 3:7,8,10
  3:12,16,19 4:1,3,5,8
  4:20,25 5:3,7,8,9,11
  5:13,17 6:5,12,14,16
  6:19,21,23 7:1,3,7,15
  7:16,18,22 8:2,5,7,10
  8:13,17,24 9:4,8,10
  9:12,15,17,19,22
  10:2,4,7,11,18,24
  11:1,5,7,8,13,16,22
  11:24 12:11,16,19,22
  12:25 13:4,9,19
  14:13,15,17,19,21,24

15:4,6,9,14,19,22,24
  16:1
courtroom 3:6
Covell 1:16,17 3:6,11
  3:21,23 4:2,4,6,17,24
  5:4,12,16,18 6:11,13
  6:15,18,20,22,25 7:2
  7:6,14,17,21,25 8:4,6
  8:9,12,16,23 9:3,6,9
  9:11,14,16,18,19
  10:12,19 12:10,13,18
  12:20 13:14,24 14:12
  14:20,21,22 15:7,13
  15:17,21,23

### D

D 3:1
Daniel 2:3 3:15 11:20
  11:20 13:2,3,5 15:1,3
date 12:16,20
days 15:6
deals 4:11
declined 10:1
defendant 1:8,19 2:2
  5:20 9:17
defendants 12:4
delayed 9:24
denied 4:3,6
deny 4:19 5:8
denying 4:20 5:13
depositions 6:4 9:25
disagrees 14:10
discovery 6:1 11:14
discriminate 5:1 10:15
District 1:1,2,12 3:8,8
  6:10 13:14 14:1
done 11:1,3,15
down 6:6 7:8 10:8
  11:25 13:13

### E

E 3:1,1 17:11
Eighth 1:12
electronic 17:5
encompassed 4:9
end 14:9 16:4
engage 6:7,11 7:10
  8:25
entitled 6:7 12:5
essentially 5:18 9:21
evaluate 14:1
even 5:20,22 6:8 7:10
  8:21 10:15 12:5
evening 10:22 11:6
Everybody 14:17
everyone 13:17
everything 13:24 14:17

evidence 5:24
Expires 17:10

### F

facie 5:20,21,23
fact 7:9 13:14
facts 12:4
fading 11:20,22
fair 13:24
Fairbanks 1:13,18
FBXDISTCRTRM 3:2
February 3:25
file 14:13
filed 7:22 11:6
fine 10:6 14:13 15:13
five 15:6
focus 6:23 7:4 14:4
focusing 6:16 8:25
  13:10
follow 12:9,19 13:1
following 13:17
forecloses 9:2
foregoing 17:2
form 5:2
forth 14:1
forum 5:25
four 8:18
Fourth 8:17,19 10:11
frankly 5:8 11:18
from 11:21 14:16 17:5
front 10:23

### G

G 3:1
getting 10:21
give 10:12
given 14:2
glad 9:6
go 5:5 6:17
going 5:4,8,25 7:8,20
  9:19 10:8,9 12:19
  13:1,5,13 14:4 15:7
  15:15
gone 12:15
good 3:10,11 5:23 9:6
goodness 15:14
grant 7:19 13:16,21
GREGG 1:3
guess 6:17
guys 11:20

### H

Halloran 1:20 6:3 9:21
  9:23 10:3,6,10,17,22
  10:25 11:3,6,10,14
  12:23 13:18 14:14,16
  15:2,5
happen 5:7

Hartig 1:20
hate 8:25
having 11:23
hear 5:12,14 14:17
hearing 1:11 3:18 9:6
  11:23
hey 10:14
him 10:12
Hoge 1:20
hold 15:7
Honor 3:7,14,23 4:6
  9:24 10:6,10,22 13:2
  14:14,18
Honorable 1:12 3:9
hours 15:18

### I

illegal 8:22
impact 5:6
INC 1:6,20
inclined 13:16
incorp 4:9
indeed 5:5
indicated 6:3
indiscernible 12:23
intellectually 9:4
interject 13:2
interjection 13:5
involved 11:19
issue 4:11 6:15 7:20 8:3
  9:1 10:8 11:25 12:1
  13:13,13 14:6 15:16
issues 7:25 8:14 10:13
  12:2 14:5,7

### J

Judge 1:12 3:11 4:18
  4:24 5:18 6:18 8:9
  10:23 12:10,21 15:23
judgment 3:21 4:10
  6:20,21 7:1,23 8:14
  13:11 14:5
July 15:19
June 12:14 14:12,13
jury 5:5 12:3
just 3:18 4:8,9,12,20
  7:3,4 8:19,24 9:23
  10:4 11:3,24 12:13
  13:23 15:9,10

### K

K 1:22
keep 9:19 15:15
Kenneth 1:16,17
kidding 10:24
kind 4:12 11:19 14:3
  15:15
kinds 3:19 9:1 14:6

know 6:18 7:22 9:11
   11:5,21 13:9,10
knowledge 17:6

--------- L ---------
L 1:16 17:11
last 11:4,11
law 1:17,17,21 2:4 3:24
   4:12,25 7:9,12,13
   10:9,14,16 11:17
   12:3 14:7,10
lawfulness 13:7
least 8:5
leaving 12:14
legal 7:25 8:3,14 9:1
   10:8,13,15 11:25
   12:1 13:6,13,13 14:5
   14:6
legally 7:11 12:6
Lekisch 1:21
length 6:6
let 9:19
let's 13:23
level 8:5 10:9
like 3:18 4:13,22 8:21
line 3:15
litigate 6:1
litigations 9:1
little 10:13,21
LLP 2:3
long 8:13
look 13:22
looked 4:22 6:5
looking 10:12 13:19,20
looks 3:18
lot 11:11 14:9
Lynch 17:2,9

--------- M ---------
M 2:3
made 5:19,21,22 9:25
main 3:20
make 8:21 9:24
Marci 17:2,9
matter 4:25 7:12 15:25
may 1:14 5:2 13:2 14:8
maybe 7:3 8:15 13:22
mean 4:10 11:14 12:2
   14:23
microphone 11:21
middle 5:6
midway 13:10
might 9:22 10:18 11:17
   15:10
mind 15:16
money 9:1 12:8 14:9
more 3:21 5:13 12:1
morning 3:10,11 11:15

mostly 8:22
motion 3:20,24 4:6,10
   4:10,11,22 5:8,15 6:1
   7:23 8:14 13:8,11,15
   13:23 14:5
motions 3:19
move 12:1
moved 13:21
much 11:4 12:11 14:24

--------- N ---------
N 3:1
NANA 1:7 2:2
Native 6:8 7:11 10:16
   12:5
Natives 8:22
necessarily 7:8
necessary 15:10,10
need 5:25 6:1,3 8:13
   12:11 14:24 15:17
needed 9:25
needs 11:14
next 4:5 12:1 13:21
night 11:4
Ninth 8:7 14:10
nonetheless 5:22
Notary 17:10
notice 11:6
November 6:4 7:19
   10:20
number 3:17
numbered 17:3

--------- O ---------
O 3:1
obviously 15:11
off 11:11 16:2
offered 9:24
Office 1:17
Oh 6:19 9:16 11:22
   12:22
okay 3:16 4:1,3,4,17
   5:3,16 6:6,19,22,25
   7:6,17 8:12,23 9:8,16
   10:2 11:22,24 12:25
   14:19 15:13,16,21,22
one 3:13,20 4:22 12:16
   13:14,21
ones 7:3
only 14:5
open 11:2 12:2 14:7
   15:2,16
opened 11:15
opportune 10:3
opposed 4:14
opposition 4:15 7:24
   13:24
oral 15:8,11,14

other 6:2 7:3 8:20 12:8
   12:23 15:10
out 4:22 5:5,19
over 4:19 8:3 10:9
   11:11

--------- P ---------
P 3:1
pages 17:2
part 4:22
partition 4:12
pending 3:23
people 8:25 9:25
Perkins 2:3
piecemeal 4:14,21
plaintiff 1:4,16 11:25
   12:7 13:6 14:8
pleadings 4:18 13:25
Please 3:9
PORTION 16:4
position 4:13 5:19 9:21
   10:17
practically 15:20
preference 6:8,13 12:5
   12:6 13:7
preferences 7:10 8:21
present 13:14
presiding 3:9
pretty 7:23
prevail 14:6
prevails 12:1
prima 5:19,21,22
primarily 7:11
probably 8:3 10:9
procedural 13:16
procedurally 5:13
   13:15,19,20
proceedings 17:4
protracted 8:25
Public 17:10
put 5:24 6:2 11:11

--------- Q ---------
question 5:4 7:12 13:7
quickly 15:18

--------- R ---------
R 1:12 3:1,9
race 5:1
raised 8:14
Ralph 1:12 3:9
rather 5:6
re 6:14
reading 15:12
real 8:7
realistically 11:16
realized 13:12
really 5:14 6:5,9 7:18

13:12
reason 13:16,17
recess 16:1
record 3:4,16 5:24 16:2
recording 17:6
refer 13:25
refresh 14:3
regard 5:24
REGIONAL 1:7 2:2
relatively 14:22 15:18
remember 12:17
reply 14:13,23
request 3:18 4:24 15:9
REQUESTED 16:4
research 10:13
researched 8:15
resolved 7:20
respond 3:22 6:10 7:25
   8:13 10:19,20 12:11
   14:4,12,25
response 4:15 5:14
reviewing 13:12
Rhodes 1:20
ridiculous 10:21
right 3:22 4:17 6:12,14
   7:2,9,14 8:4,6 9:10
   9:20 10:8,18 11:17
   11:24 15:7,17,24
ripe 3:23,24
rise 3:5 15:25
room 5:5
RRB 1:9 17:4
rule 3:24 4:1,8,12,25
   5:7 7:15
ruling 4:18

--------- S ---------
S 3:1 17:11
save 14:9
saw 10:20 13:9
saying 5:20 7:18 8:24
   10:14 11:24
schedule 12:13
Scott 6:2
Sean 1:20 3:6
seated 3:9
Sedwick 10:23
see 8:25 14:9
seem 8:21
seen 7:23
session 3:8
set 12:17 13:25
settled 10:23 11:4
seven 15:6
shareholder 5:1 6:7,8
   6:11 7:10 8:21 12:6
   13:7
shareholders 7:11

simply 13:25 15:11
simultaneous 12:24
since 3:24
single 7:20
singling 4:22
some 10:12
someone 3:12
Sometimes 11:18
sorry 6:19
sound 17:6
speaking 14:22
speech 12:24
spend 9:1 11:17 12:7
stands 16:1
States 1:1 3:7
status 1:11 3:18 5:2,19
stay 5:25
still 14:6,7
Street 1:22
substantive 13:17
substantively 13:20,23
Suite 2:5
summary 3:21 4:10
   6:20,21 7:1,23 8:14
   13:11 14:5
summer 11:8,9
sure 5:4 9:18
suspect 14:7

--------- T ---------
talking 3:22 9:15,17,19
Teck 1:6,20 3:17 4:25
   6:7 7:10 10:23 17:5
Teck's 3:20
telephone 3:12 14:17
Telephonic 2:3
tell 6:5 8:22 10:13
terms 6:16
Thank 8:9 9:14 14:18
   14:19 15:23,24
their 6:20,21,24 8:14
   9:2 14:4
thing 4:14 9:13 11:19
   14:3
things 3:17 6:2 11:11
think 3:22 4:8,9,21 5:9
   6:6 7:21 12:20 13:22
   15:3
thinking 7:22 12:13
   13:9,20
Third 2:4
Thomas 2:3 3:14
though 5:20,22 12:5
thought 7:7 8:18 10:20
   12:25 13:15
thoughts 14:2
through 12:14 17:3
till 5:6 6:4 16:1

time 3:21 10:1,13 12:11
  14:22 15:2
today 12:9 14:2
Tom 11:20 13:3
ton 12:7
town 12:14 15:19
transcribed 17:5
TRANSCRIBER'S
  17:1
transcript 17:4
trial 5:5,6 12:3,16,20
  12:25 13:1
trouble 11:23
true 17:3
trying 4:14 6:9 7:14
  8:11 12:9

——— U ———
un 11:17
under 10:15,16 12:3
understanding 10:7
United 1:1 3:7
unless 9:20
unopposed 3:20
unreasonably 9:23
until 7:19 10:1,19,20
utilize 12:5

——— V ———
v 17:4
versus 3:16 8:20
Very 9:6
Volume 1:10 17:5
vs 1:5

——— W ———
wait 5:6
waiting 4:15
want 4:1,17,21 5:12
  7:16,18 8:10 10:4,5
  10:18 11:16 14:2,3,3
  14:4,10,11
wanted 5:14 10:12
wants 3:21
wasn't 13:19
way 7:4 8:24 14:1
week 14:24 15:4,5
well 3:23 4:17,20,24
  5:11 8:7 10:2,2 11:10
  11:10 13:5,22 15:9
were 6:9
West 2:4
we're 3:22 5:4,25
we've 11:1,3
whole 4:11,13,14 6:23
  7:4,7,9,19 11:2 13:32
wide 11:2 15:2
work 6:3 11:1,4

wrong 8:3,22 10:7,14

——— Y ———
yeah 4:8,24 8:19 11:23
  12:18
year 11:11
yesterday 10:22 11:6

——— 1 ———
10:34 1:14
10:34:12 3:3
10:46:43 16:3
1029 2:4
11/11/11 17:10
11:00 16:1
15 1:14 17:9
16 17:3

——— 2 ———
2 12:14 17:3
2008 1:14 17:9
22nd 12:14
276-1592 1:23
279-8561 2:6

——— 3 ———
300 2:5

——— 4 ———
4:06-CV-15 1:9 17:4

——— 5 ———
5/15/2008 3:2

——— 6 ———
6:30 11:7
64 4:11 6:10 7:4 13:14
  14:1

——— 7 ———
712 1:18
717 1:22

——— 9 ———
9th 14:12,13
907 1:23 2:6
91 3:21 4:10,16 5:15
  6:17,20,21
99501 1:22 2:5
99701 1:18