Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TECK COMINCO ALASKA )<br>INCORPORATED and )<br>NANA REGIONAL CORPORATION, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case: 4:06-CV-00015 RRB |

### OPPOSITION TO MOTION FOR REVIEW
### OF CLERK'S TAXATION OF COSTS

Teck Cominco opposes the plaintiff's motion for review of the costs taxed by the

clerk. The motion is untimely and otherwise frivolous. It should be denied accordingly.

On July 29, this court issued a judgment that expressly provided that "the

defendants, Teck Cominco Alaska, Inc. and NANA Regional Corporation recover costs

from the plaintiff, Gregg Conitz". [Docket 146.] Under Civil Rule 59, the strict deadline

for Mr. Conitz to request that this provision of the judgment be altered or amended was

August 8. [Fed.R.Civ.P. 59(e).] Mr. Conitz did not file any motion persuant to Civil

Rule 59.  [See Record.]

At the August 6 hearing on Teck Cominco's cost bill, counsel for the plaintiff expressly represented to the clerk that he had no objection to any item of costs, but only objected that costs should not be taxed.  [8-6-08 hearing; see Docket 154.]  Teck Cominco responded by directing the Clerk's attention to the July 29 judgment awarding costs to the defendants.  [Id.]

In his motion to review the costs taxed by the Clerk, Mr. Conitz does not challenge any item that was taxed.  [See Docket 163.]  Rather, he asks the court to exercise discretion and alter the July 29 judgment to reverse the provision awarding costs to the defendants.  [Id.]  The motion is untimely under Rule 59.  [Fed.R.Civ.P. 59(e) ("motion to alter or amend a judgment must be filed no later than 10 days after the entry of judgment").]  Under Rule 59, therefore, the motion must be denied.

To the extent that Mr. Conitz styles his motion as a request under Rule 54(d)(1) to review the Clerk's decision as to which costs were taxed, it must still be denied.. Where Mr. Conitz previously asserted that he did not object to any of the items Teck Cominco sought to have taxed, and where he does not seek a review of the discretion exercised by the Clerk in taxing those costs, his motion is frivolous.

Costs were properly taxed against the plaintiff, and the motion at Docket 163 should be denied.

DATED this 22nd day of August, 2008.

HARTIG RHODES HOGE & LEKISCH, PC
Counsel for Teck Cominco Alaska Incorporated

By: _____
Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Certificate of Service
I hereby certify that on the 22nd day of August, 2008
a true and correct copy of the foregoing was served
on Kenneth Covell & Thomas Daniel by electronic
means through the ECF system as indicated on the
Notice of Electronic Filing.

_____
Becky Nelson Lewis
Hartig Rhodes Hoge & Lekisch PC