```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         FAIRBANKS Division

       #  40101917  -  CB
        August 25, 2008


   Code    Case #    Qty      Amount

   086900-F                  105.00 CH
   510000-C                  150.00 CH
   086400 R                  200.00 CH


   TOTAL→                    455.00


   FROM: LAW OFFICE OF KEN COVELL
         APPEAL FILING FEE
         4:06-CV-15-RRB
```