KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.  4:06-CV-00015 RRB |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| NANA REGIONAL CORPORATION ) | |
| ) | |
| Intervenor. ) | |

### REPLY TO OPPOSITION TO MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS

Plaintiff moved the court for review within five days of the entry of the court's amended judgment of August 11, 2008 taxing costs in the amount of $4,239.05 (see Exhibit 1).  D.Ak LR 54.1(c) indicates that an objection may be made orally to the taxation of costs, at the time of the hearing.  Counsel for plaintiff appeared at that hearing and objected to the taxation of costs (see Clerk's Taxation of Costs held August 6, 2008, Docket 154, Exhibit 2).  Both the initial judgment in the case (see Exhibit 3) and the amended judgment indicate in the lower left hand corner "Note:

Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1."

D.Ak. LR 58.1 provides that entry of judgment will not be delayed for the taxing of costs or computation of pre-judgment interest. The clerk may leave a blank space in the form of judgment for insertion of costs. The clerk will fill in the appropriate amount (or zeros) in the appropriate blanks, and fill in the total amount upon <u>final</u> award of interests, costs, and attorney's fees, or upon the termination of the period allowed for application [of costs] without application having been made. Therefore, any judgment entered prior to the clerk's amended judgment would have a "blanks" for costs. Defendant does not concede that if somehow the first judgment is enforceable, his objection to it is untimely. However, it would seem that the first judgment would be unenforceable and his objection clearly is timely to the second judgment.

The issues in the brief concerning the objections to costs are likely to be substantially similar to those in the objections to the attorney's fees and it is only sensible that the due date be at the same time, which currently is September 5th. Additionally, having to answer oppositions such as these takes counsel's time away from preparing the actual objections to costs and fees.

Teck's position is absurd. The initial judgment was issued on July 29th. The cost hearing was not until August 6th, and indeed might have fallen outside the ten days suggested by defendants.[1] This would put the plaintiff in the position to object to "blank" costs. Obviously the rules contemplate the costs be known and taxed before the opposing party is required to object to them. The costs could end up being zero, or so minimal to the extent that a party may not object to their taxation.

Plaintiff's motion was timely and should be granted.

Respectfully submitted this 27th day of August, 2008 at Fairbanks, Alaska.

---

[1] E.g. See NANA taxed costs (Exhibit 4)

*Conitz v. Tack Cominco, Case No. 4:06-CV-00015 RRB*
*Reply To Opposition To Motion For Review of Clerk's Taxation of Costs*
*Page 2 of 3*

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone:  907.452.4377
Fax:  907.451.7802
E-mail:  kcovell@gci.net
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**

Dated: 08/27/2008
By: /s/ Wendy Blakeman
    Wendy Blakeman for Kenneth L. Covell