Case 4:06-cv-00015-RRB   Document 168-2   Filed 08/27/2008   Page 1 of 4
Case 4:06-cv-00015-RRB   Document 154-2   Filed 08/11/2008   Page 1 of 1
Case 4:06-cv-00015-RRB   Document 146   Filed 07/29/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GREGG CONITZ,
    Plaintiff,

v.                        Case Number 4:06-CV-CC015-RRB

TECK COMINCO ALASKA, INC.,
    Defendant,
and

NANA REGIONAL CORPORATION,
    Intervenor Defendant    **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendants, Teck Cominco Alaska, Inc. and NANA Regional Corporation recover costs from the plaintiff, Gregg Conitz.

Costs taxed in the amount of $4,239.05 regarding Teck Cominco Bill of Costs at docket 149 on 8/11/08.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

  July 29, 2008
Date: July 29, 2008

*Note: Award of prejudgment interest,*    IDA ROMACK
*costs and attorney's fees are governed*  Ida Romack, Clerk of Court
*by D.Ak. LR 54.1, 54.3, and 58.1.*

(1)(JMT2.WPT*Rev.3/03)



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GREGG CONITZ   v.   TECK COMINCO ALASKA, INC., et al

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                          CASE NO. 4:06-cv-00015-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **CLERK'S TAXATION OF COSTS HELD AUGUST 6, 2008:**

Cost Bill Hearing was held for defendant Teck Cominco's Bill of Costs filed at docket 149 on Wednesday, August 6, 2008. Present for plaintiff was counsel Kenneth Covell; Present telephonically for Teck Cominco was Sean Halloran. No objections were filed prior to the hearing.

Counsel for plaintiff objected to the Taxation of Costs, citing Mansourian v Board of Regents of the University of California at Davis (208 WL 2775488(E.D.Cal).

Costs are taxed as follows:
   $26.00 for fees of the Clerk   54.1(e)(1)
   $75.00 for service of subpoena   54.1(e)(3)
   $42.00 for witness fee   54.1(e)(3)
   $2,079.55 for exemplification of copies   54.1(e)(5)
   $2,016.50 for deposition costs   54.1(e)(3)

Fees for the transcript of the 12/21/2006 Status Hearing are not taxable. 54.1(e)(2) and (f)(2).

**Total Costs taxed for the defendant and against the plaintiff in the amount of $4,239.05.** Counsel's attention directed to FRCP 54(d)(1).

{}{CLERKDOC.WPD*Rev.12/97}

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GREGG CONITZ,
    Plaintiff,

v.

                            Case Number 4:06-CV-00015-RRB

TECK COMINCO ALASKA, INC.,
    Defendant,
and

NANA REGIONAL CORPORATION,
    Intervenor Defendant    **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendants, Teck Cominco Alaska, Inc. and NANA Regional Corporation recover costs from the plaintiff, Gregg Conitz.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

July 29, 2008
Date: July 29, 2008

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                      IDA ROMACK
                                      Ida Romack, Clerk of Court

[][IXT2.XPT*Rev.3/03]



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

GREGG CONITZ   v.   TECK COMINCO ALASKA, INC., et al

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK CAROLYN BOLLMAN          CASE NO.  4:06-CV-00015-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **CLERK'S TAXATION OF COSTS REGARDING NANA REGIONAL CORPORATION HELD AUGUST 14, 2008:**

A Cost Bill Hearing was held for defendant NANA regional Corporation's Bill of Costs file at docket 151 on Thursday, August 14, 2008 at 9:00 a.m. Present for plaintiff was counsel Kenneth Covell; Present telephonically for defendant NANA Corporation was Kyan Olanna. No objections were filed prior to the hearing.

Counsel for plaintiff objected to the Taxation of Costs, citing Mansourian v Board of Regents of the University of California at Davis (208 WL 2775488(E. D. Cal).

Costs are taxed as follows:
$66.90 for exemplification of copies under D.Ak LR 54.1(e)(5) and $1,682.05 for deposition costs under D.Ak 54.1(e)(3). **Total Costs taxed for defendant NANA and against the plaintiff in the amount of $1,748.95.**

**Counsel's attention is directed to FRCP 54(d)(1).**

