**Rule 54.1 Taxation of Costs**
(a) **Filing, Time**
　(1) Not later than ten (10) days after the date of the entry of judgment, a prevailing party may serve on each of the other parties to the action:

[A] a cost bill; together with
[B] a notice of the date and time of the cost bill hearing at which the clerk will tax costs.
(2) The date and time of the hearing must be scheduled with the clerk's office and may not be more than seven (7) days from the date of the notice.

**(b) Cost Bill.**
(1) Cost bills must include:
[A] the statutory verification;
[B] photocopies of invoices;
[C] proofs of payment; and
[D] other supporting documents as necessary or appropriate.
(2) Costs are to be broken out by subsection of the statute under which they are sought.
(3) Parties may use the Bill of Costs Form AO 133 available from the clerk's office.

**(c) Objections.**
(1) Objections may be filed either in writing or orally at the cost hearing.
(2) The clerk may review all items whether or not an objection is made.

**(d) Hearing.**
(1) At the time set for the taxation hearing, the clerk will tax the costs and allow the items specified in the cost bill properly taxable by the clerk.
(2) At the conclusion of the hearing, the clerk will:
[A] prepare and enter minutes of the taxation hearing; and
[B] insert the amount of costs awarded on the judgment.

**(e) Taxable Costs.** Taxable costs, as set forth by statute with the following clarifications, include:
(1) *Clerk's and Marshal's Fees.*
[A] Clerk's and Marshal's fees allowable by statute;
[B] fees for the service of process not served by the Marshal; and
[C] expenses of caring for property attached, replevied, libeled or held pending stay of execution.
(2) *Trial Transcripts.*
[A] The costs of the originals furnished the court of a trial transcript, a daily transcript or of a transcript of matters prior or subsequent to trial are taxable when either requested by the court or prepared under a stipulation. Mere acceptance by the court does not constitute a request.
[B] Copies of transcripts for counsel's use are not taxable in the absence of a special order of court.
(3) *Deposition costs.* The reporter's charge for a deposition used, including an audio-visual deposition if ordered by the court or stipulated to by the parties, is taxable.
[A] On a taxed deposition the reasonable expenses of the deposition reporter and the notary or other official presiding at the taking of the deposition are taxable, including travel and subsistence;
[B] all postage costs are taxable;
[C] fees for the witness at the taking of the deposition are taxable at the same rate as for attendance at trial and the witness need not be under subpoena; and
[D] a reasonable fee for a necessary interpreter at the taking of the deposition is taxable.
(4) *Witness Fees, Mileage, and Subsistence.*
[A] The rate of witness fees, mileage, and subsistence is fixed by 28 U.S.C. § 1821 and are taxable even though:
(i) the witness does not take the stand, provided the witness necessarily attends court; or

(ii) the witness attends voluntarily upon request and is not under subpoena. [B] if travel is by common carrier, witnesses are entitled to the cost of the most economical accommodations available, including jet coach for travel in Alaska and outside Alaska in proceeding to or from Alaska.

[C] Receipts or other evidence of actual payment will be furnished whenever practicable.

[D] Witness fees and subsistence are taxable only for the reasonable period during which the witness was within or without the district.

    (i) Subsistence to the witness is allowable if the distance from the court to the residence of the witness is such that mileage fees would be greater than subsistence fees if the witness were to return to his residence from day to day.

    (ii) If the witness appears on the same day in related cases requiring his appearance in the same court, one set of fees is taxable—the single set as taxed to be divided equally among the related cases.

[C] (i) Witness fees for officers of a corporation are taxable if the officers are not defendants and recovery is not sought against the officers individually.

    (ii) Fees of expert witnesses are not taxable in a greater amount than statutorily allowable for ordinary witnesses, except compensation for a court-appointed expert paid by the parties as ordered and directed by the court as a taxable cost.

    (iii) Allowance of fees to a witness on a deposition does not depend on whether or not the deposition is admitted into evidence.

[D] The reasonable fee of a competent interpreter or translator is taxable if the fee of the witness involved is taxable.

(5) *Exemplification of copies and papers.* Costs of reproducing documents obtained in discovery and used for any purpose in the case.

(6) *Fees to Masters, Receivers, and Commissioners.* Fees to masters, receivers, and commissioners ordered by the court.

(7) *Premiums on Undertakings, Bonds or Security Stipulations.* The party entitled to recover costs will ordinarily be allowed premiums paid on undertakings, bonds or security stipulations where they are:

    [A] furnished by reason of express requirement of the law;

    [B] on order of the court or a judge thereof; or

    [C] where necessarily required to enable the party to secure some right accorded in the action or proceeding.

(f) **Nontaxable Costs.** The following costs are not taxable.

    (1) Counsels' fees, expenses in arranging for taking, and expenses in attending the taking of a deposition, except as provided by statute or by the Federal Rules of Civil Procedure.

    (2) Copies of transcripts for the use of counsel in the absence of a special order of the court.

    (3) Witness fees of a party for testifying on the party's own behalf.

Related Provisions:

| | |
|---|---|
| 28 U.S.C. § 1821 | Per diem and mileage generally; subsistence |
| 28 U.S.C. § 1824 | Mileage fees under summons as both witness and juror |
| 28 U.S.C. § 1920 | Taxation of Costs |
| 28 U.S.C. § 1921 | United States marshal's fees |
| 28 U.S.C. § 1922 | Witness fees before United States commissioners |
| 28 U.S.C. § 1923 | Docket fees and costs of briefs |
| 28 U.S.C. § 1924 | Verification of bill of costs |
| 28 U.S.C. § 2412 | Costs and Fees |

**Rule 58.1 Judgments**

**(a) Costs.** Entry of judgment by the clerk will not be delayed for the taxing of costs or computation of pre-judgment interest.

    (1) Where appropriate, the clerk or the party preparing the judgment, will leave a blank space in the form of judgment for insertion of costs, attorney's fees, and interest, and the total.

    (2) The clerk will fill in the appropriate amounts (or zeros) in the appropriate blanks, perform the addition, and fill in the total amount:

        [A] upon final award of interest, costs, and attorney's fees; or

        [B] the termination of the period allowed for application without application having been made,

**(b) Judgment on Jury Verdicts; Sum Certain.** For judgments denoted under clause (1) of Rule 58, Federal Rules of Civil Procedure, the clerk will prepare the judgment on the appropriate Administrative Office Form, using language similar to that in form 31 or form 32 of the Appendix of Forms in the Federal Rules of Civil Procedure as those forms are amended from time to time.

**(c) Service.** The clerk will serve the judgment by depositing it in a U.S. mail receptacle prior to the last pickup of the day on the same day as the judgment is entered.

**(d) Prejudgment Interest.** Where pre-judgment interest is appropriate:

    (1) Within ten (10) days of the entry of judgment the prevailing party must provide a computation of interest, showing:

        [A] the method of computation; and

        [B] the total amount to be filled in by the clerk in the blank for interest.

    (2) [A] If any party disagrees with the computation, the party must file an alternative computation within five (5) days of service of the prevailing party's computation.

        [B] Submission of an alternative computation does not concede correctness of the judgment, or waive any objections to the judgment.

    (3) If the file shows no disagreement, the clerk will fill in the interest on the judgment.

    (4) If there is a disagreement, the matter will be referred to the court for decision.

**(e) Post-judgment Interest Rate.** The clerk will fill in the post-judgment interest rate at entry of judgment, if available, on request by any party.

Related Provisions:

| | |
|---|---|
| 28 U.S.C. § 1961 | Interest |
| 28 U.S.C. § 2516 | Interest on claims and judgments |
| F.R.Civ.P. 58 | Entry of Judgment |
| F.R.Civ.P. 79 | Books and Records Kept by the Clerk and Entries Therein |
| F.R.Civ.P., Appendix of Forms, Form 31 | |
| F.R.Civ.P., Appendix of Forms, Form 32 | |