KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:06-CV-00015 RRB |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| NANA REGIONAL CORPORATION ) | |
| ) | |
| Intervenor. ) | |

### UNOPPOSED MOTION TO CONTINUE DUE DATE FOR OPPOSITION TO MOTION FOR ATTORNEY'S FEES

Undersigned counsel moves the court for an order continuing the due date of his opposition to Teck and NANA's motions for attorney's fees, to close of business September 5th.

Counsel had believed such motion had been previously filed (as evidenced by footnote 2 in Motion For Court Review of Clerk's Action Of Taxation Of Costs at Docket 163). Apparently, by oversight, such motion was not filed.

Undersigned counsel had previously contacted Messrs. Halloran and Daniel who were not opposed to extension of deadline through September 5th.

Respectfully submitted this 28th day of August, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL<br>
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell<br>
712 8th Ave.<br>
Fairbanks, AK 99701<br>
Phone:  907.452.4377<br>
Fax:  907.451.7802<br>
E-mail:  kcovell@gci.net<br>
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**

Dated: 08/28/2008
By: /s/ Wendy Blakeman
    Wendy Blakeman for Kenneth L. Covell