KENNETH L. COVELL
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax:    907.451.7802
kcovell@gci.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) <br> ) <br>       Plaintiff   ) <br> ) <br> vs.                     ) <br> ) <br> TECK COMINCO ALASKA, INC.,  ) <br> ) <br>       Defendant  ) <br> _____) | Case No. 4:06-CV-00015 RRB |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DUE DATE FOR OPPOSITION TO MOTION FOR ATTORNEY'S FEES

IT IS HEREBY ORDERED that the due date for defendant's opposition to plaintiff's motion for attorney's fees is continued through September 5th, 2008.

_____
Honorable Ralph R. Beistline
District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**

Dated: 08/28/2008
By: /s/ Wendy Blakeman
     Wendy Blakeman for Kenneth L. Covell

*Conitz v. Tack Cominco, Case No. 4:06-CV-00015 RRB*
*Order Granting Unopposed Motion To Continue Due Date For Opposition To Motion For Attorney's Fees*
*Page 2 of 2*