UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Conitz v. Teck Cominco Alaska, Inc.
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  Ralph R. Beistline; 4:06-cv-00015-RRB
Date Complaint/Indictment/Petition Filed:  6/22/2006
Date Appealed Order/Judgment *entered*:  7/29/2008
Date NOA *filed*:  8/22/2008
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number:  Sherry Mons; 907-451-5792

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  8/25/2008         Date Docket Fee billed:  __
Date FP granted:  __                      Date FP denied:  __
Is FP pending?  __                        Was FP Limited/Revoked?
US Government Appeal?  __
Companion Cases?  Please list:  __
          Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)

Appellant Counsel:                        Appellee Counsel:
Kenneth L. Covell                         Sean Holloran
Law Offices of Kenneth L. Covell          Hartig Rhodes Hoge & Lekisch
712 8th Avenue                            717 K Street
Fairbanks, AK  99701                      Anchorage, AK  99501
Fax: 907-451-7802                         Fax: 907-277-4352
Email: kcovell@gci.net                    Email: sean.halloran@hartig.com

 XX  retained     __CJA     __FPD     __FPD     __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  __              Address:  __
Custody:  __
Bail:  __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  __          9th Circuit Docket Number:  __

Name and phone number of person completing this form:   Sherry Mons; 907-451-5792