Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3
 4   GREGG CONITZ,                )
                                  )
 5              Plaintiff,        )
                                  )
 6   vs.                          )
                                  )
 7   TECK COMINCO ALASKA, INC.,   )
                                  )
 8              Defendant.        )
     _____)
 9   Case No. 4:06-CV-00015 RRB
10
11
         _____
12
13              DEPOSITION OF GREGG CONITZ
14       _____
15
16                   Pages 1 - 102
                 Thursday, August 2, 2007
17                     8:30 A.M.
18
19
20           Taken by Counsel for Defendant
                         at
21           HARTIG RHODES HOGE & LEKISCH
                    717 K Street
22                Anchorage, Alaska
23
24
25
```

**COPY**

Page 4

1    ANCHORAGE, ALASKA; THURSDAY, AUGUST 2, 2007
2                    8:35 A.M.
3                     -o0o-
4              GREGG CONITZ,
5    deponent herein, being sworn on oath, was
6         examined and testified as follows:
7                   EXAMINATION
8    BY MR. HALLORAN:
9        Q.  You want to go ahead and state your name
10   and spell your last name.
11       A.  Gregg Conitz, spelled C-O-N-I-T-Z.
12       Q.  Have you ever been deposed before?
13       A.  No.
14       Q.  But you've sat through depositions; is that
15   right?
16       A.  No, I don't believe so.  Well, yes, the two
17   previous days to today, yes.  Other than that, no.
18       Q.  You generally understand the procedure,
19   what we're about to do here?
20       A.  Yes.
21       Q.  All right.  I'm going to ask that anytime
22   I'm asking questions, a question, wait for me to
23   finish asking the question before you start
24   answering, because if both of us are talking at the
25   same time it becomes very difficult for the court

Page 5

1    reporter to write down what we're each saying.  And
2    if I ask you a question, I need to get a verbal
3    response back.  Shaking your head up or down or side
4    to side doesn't work because she can only type up
5    what it is you say, and uh-huhs and uh-uhs don't work
6    very well.  They're very difficult to put into the
7    transcript and -- you know, just like you're doing
8    now.  Shaking your head doesn't work.  Okay?
9        A.  Yes, I understand, but I didn't want to
10   interrupt.
11       Q.  You're the plaintiff in this lawsuit; is
12   that correct?
13       A.  Yes, that's correct.
14       Q.  Why don't you just tell us briefly why it
15   is you're suing Teck Cominco Alaska, Inc.
16       A.  It is because I was turned down for a
17   promotion to a mine supervisor position that occurred
18   in November of 2004.  I felt I was more qualified
19   than the candidate who received the job, and I
20   believe that he was given a preference based on
21   Cominco's NANA shareholder hiring preference.
22           And then subsequently I was turned down for
23   a mine operations trainer position, and there again,
24   the person that received the job I felt was less
25   qualified for it than I was.  And there again, I felt

Page 6

1    that he received a preference based on Teck Cominco's
2    NANA shareholder hiring preference.
3        Q.  Now, you're currently still working for
4    Teck Cominco Alaska?
5        A.  Yes, I am.
6        Q.  And what is your position right now?
7        A.  I'm a mine operations operator, level six.
8        Q.  And is there a particular department you
9    work in?
10       A.  Yes.  It's mine operations.
11       Q.  And what rotation are you on?
12       A.  I'm on a four and two schedule, four weeks
13   on, two weeks off.
14       Q.  And are your coworkers all on a four and
15   two rotation?
16       A.  No.  Most of my coworkers are on a two and
17   one rotation.  There is, I believe, throughout the
18   three crews -- there are kind of two positions on
19   each crew, and each crew is roughly a 12-man crew,
20   and out of that 12-man crew there is two people that
21   are on four and two, and the rest are on two and one.
22       Q.  And with the four and two, does it work out
23   that you end up on the same crew each rotation you're
24   at the mine or do you end up being multiple -- do you
25   work with multiple crews because your rotation is

Page 7

1    different than a lot of other people's?
2        A.  Yes, I do work with multiple different
3    crews.  It's not a regular thing that I always work
4    with the same crew, whereas the -- the crews are
5    based on that two and one schedule.  At this point in
6    time, although, one supervisor is on a four and two,
7    so he doesn't always work with his crew.  But yeah, I
8    work with different crews.
9        Q.  You have multiple supervisors as a result
10   of that, as well; is that correct?
11       A.  Yes.  There is one that, you know, is
12   designated the supervisor on the crew I'm supposed to
13   be on, but I don't work with him all the time.
14       Q.  Who is that designated supervisor?
15       A.  At this time it's Bob Shields.
16       Q.  How long has Bob Shields been your
17   supervisor?
18       A.  In terms of specifically on the crew that
19   I'm on --
20       Q.  Um-hum.
21       A.  -- or as a whole, you know, as part-time
22   thing?
23       Q.  Take them one at a time and answer both.
24       A.  Okay.  I believe that for the time that
25   I've been on his designated rotation, which is B

4 (Pages 4 to 7)