## Form W-2 Wage and Tax Statement — 2007

**Copy B — To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | [redacted]92.34 |
| 2 | Federal income tax withheld | 15119.28 |
| 3 | Social security wages | 97500.00 |
| 4 | Social security tax withheld | 6044.98 |
| 5 | Medicare wages and tips | 99580.24 |
| 6 | Medicare tax withheld | 1443.93 |
| 12a | C | 70.20 |
| 12b | D | 15500.00 |
| 13 | Retirement plan | X |
| 15 | State | AK |
| 18 | Local wages, tips, etc. | 30100.00 |
| 19 | Local income tax | 150.50 |
| 20 | Locality name | AKSUI |

c. Employer's name, address, and ZIP code:
Teck Cominco Alaska Inc.
Red Dog Operations
3105 Lakeshore Drive
Building A, Suite 101
Anchorage AK  99517

e. Employee's name, address, and ZIP code:
GREGG W CONITZ
1543 P STREET
ANCHORAGE, ALASKA  99501

---

## Form W-2 Wage and Tax Statement — 2007

**Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return.**

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 83692.34 |
| 2 | Federal income tax withheld | 15119.28 |
| 3 | Social security wages | 97500.00 |
| 4 | Social security tax withheld | 6044.98 |
| 5 | Medicare wages and tips | 99580.24 |
| 6 | Medicare tax withheld | 1443.93 |
| 12a | C | 70.20 |
| 12b | D | 15500.00 |
| 13 | Retirement plan | X |
| 15 | State | AK |
| 18 | Local wages, tips, etc. | 30100.00 |
| 19 | Local income tax | 150.50 |
| 20 | Locality name | AKSUI |

Teck Cominco Alaska Inc.
Red Dog Operations
3105 Lakeshore Drive
Building A, Suite 101
Anchorage AK  99517

GREGG W CONITZ
1543 P STREET
ANCHORAGE, ALASKA  99501

---

## Form W-2 Wage and Tax Statement — 2007

**Copy C — for EMPLOYEE'S RECORDS** (See Notice to Employee on the back of Copy B.)

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 83692.34 |
| 2 | Federal income tax withheld | 15119.28 |
| 3 | Social security wages | 97500.00 |
| 4 | Social security tax withheld | 6044.98 |
| 5 | Medicare wages and tips | 99580.24 |
| 6 | Medicare tax withheld | 1443.93 |
| 12a | C | 70.20 |
| 12b | D | 15500.00 |
| 13 | Retirement plan | X |
| 15 | State | AK |
| 18 | Local wages, tips, etc. | 30100.00 |
| 19 | Local income tax | 150.50 |
| 20 | Locality name | AKSUI |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Teck Cominco Alaska Inc.
Red Dog Operations
3105 Lakeshore Drive
Building A, Suite 101
Anchorage AK  99517

GREGG W CONITZ
1543 P STREET
ANCHORAGE, ALASKA  99501

FORM MW1301

---

Teck Cominco Alaska Inc.
Red Dog Operations
3105 Lakeshore Drive
Building A, Suite 101
Anchorage AK  99517

Important Tax Document Enclosed            First-Class Mail

GREGG W CONITZ
1543 P STREET
ANCHORAGE, ALASKA  99501

Exhibit  2
Page  1  of  2

**TECK COMINCO ALASKA INCORPORATED**

| DAILY RATE / EFFECTIVE DATE | STANDARD RATE / EFFECTIVE DATE | OVERTIME RATE / EFFECTIVE DATE | PERIOD BEGINNING / ENDING |
|---|---|---|---|
|  | 28.05   01-JAN-08 | 42.08   01-JAN-08 | 24-JUL-08 to 06-AUG-08 |

| EARNINGS | HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|
| ST | 40.00 | 1122.00 | 24519.80 | FED INCOME TAX | 718.66 | 11413.38 |
| OT | 36.50 | 1535.74 | 37107.06 | FICA | 333.92 | 4749.56 |
| FLEX CREDITS |  | 122.56 | 2083.52 | S.U.I. |  | 156.50 |
| SPECIAL PAYMENT |  |  | 265.00 | FICA MEDICARE | 78.09 | 1110.79 |
| EXCESS INS PREM. |  | 3.12 | 53.04 | VOLUNTARY SRSP | 1096.75 | 13863.05 |
| RETRO PAY |  |  | 122.79 | MANDATORY SRSP | 82.26 | 1039.73 |
| WEATHERED OUT |  |  | 298.10 | ADVANCES |  | 45.80 |
| N/E PTO N | 80.50 | 2826.02 | 7267.42 | FLEX BASIC LIFE | 18.42 | 313.14 |
| SIVULLIQSI PAY |  |  | 8269.61 | FLEX BASIC AD&D | 1.75 | 29.75 |
| UNPAID LEAVE | 4.00 |  |  | FLEX LTD | 63.15 | 1073.55 |
|  |  |  |  | FLEX MEDICAL | 28.99 | 492.83 |
|  |  |  |  | FLEX DENTAL | 5.26 | 89.42 |
|  |  |  |  | FLEX SUPP AD&D | 15.35 | 260.95 |
|  |  |  |  | FLEX SPOUSAL AD | 1.62 | 27.54 |
|  |  |  |  | VISION | 6.86 | 116.62 |
|  |  |  |  | FLEX ADVANCES |  |  |
|  |  |  |  | OTHER ADVANCE |  | 200.00 |
|  |  |  |  | EXCESS INS PREM | 3.12 | 53.04 |

| EMPLOYEE NO. | GROSS PAY | TOTAL TAXES | OTHER DEDUCTION | NET PAY | WT / CHECK | CHECK NO. |
|---|---|---|---|---|---|---|
| 30250 | 5,609.44 | 1,130.67 | 1,323.53 | 3,155.24 | W/T |  |

| BANK NAME | DESCRIPTION | ACCOUNT NUMBER |
|---|---|---|
| Wells Fargo Bank Alaska | CHECKING |  |

**LEAVE BANK SUMMARY**   NORTHERN

|  | DAYS |  | HOURS |  |
|---|---|---|---|---|
|  | PTO | R&R | PTO | R&R |
| 24 JUL 2008 |  |  | 385.06 |  |
| Earned |  |  | 19.41 |  |
| Used |  |  | -80.50 |  |
| Cashed |  |  |  |  |
| Adjs. |  |  |  |  |
| 06 AUG 2008 |  |  | 323.97 |  |
| Value $ |  |  | 11,377 |  |

**teckcominco**
Teck Cominco Alaska Incorporated
3105 Lakeshore Drive, Bld. A, Ste. 101
Anchorage, Alaska 99517

CONITZ, GREGG W
1543 P STREET
ANCHORAGE, ALASKA
99501

Exhibit 2
Page 2 of 2