Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF ALASKA
 3    _____
      GREGG CONITZ,                       )
 4                                        )
                    Plaintiff,            )
 5                                        )
      vs.                                 )
 6                                        )
      TECK COMINCO ALASKA, INC.,          )
 7    and NANA REGIONAL CORPORATION,      )
                                          )
 8                  Defendant.            )
      _____)
 9    Case No. 4:06-CV-15 RRB
10                           VOLUME I
11                        STATUS HEARING
12           BEFORE THE HONORABLE RALPH R. BEISTLINE
                       District Court Judge
13
                                    Fairbanks, Alaska
14                                  May 15, 2008
                                    10:34 a.m.
15
      APPEARANCES:
16
              FOR THE PLAINTIFF:    MR. KENNETH L. COVELL
17                                  Attorney at Law
                                    Law Office of Kenneth Covell
18                                  712 Eighth Avenue
                                    Fairbanks, Alaska 99701
19
              FOR THE DEFENDANT
20            TECK COMINCO ALASKA INC.:  MR. SEAN HALLORAN
                                    Hartig, Rhodes, Hoge,
21                                    & Lekisch
                                    Attorneys at Law
22                                  717 K Street
                                    Anchorage, Alaska 99501
23                                  (907) 276-1592
24
25
```

```
 1   APPEARANCES (Continued):
 2          FOR THE DEFENDANT
            NANA REGIONAL CORPORATION
 3          (Telephonic):                MR. THOMAS M. DANIEL
                                         Perkins Coie, LLP
 4                                       Attorneys at Law
                                         1029 West Third Avenue
 5                                          Suite 300
                                         Anchorage, Alaska 99501
 6                                       (907)  279-8561
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                    P R O C E E D I N G S
 2    FBXDISTCRTRM - 5/15/2008
 3    10:34:12
 4         (On record)
 5         THE CLERK:  All rise.
 6         MR. COVELL:  Sean is in the courtroom.
 7         THE CLERK:  His Honor, the court, the United States
 8    District Court for the District of Alaska is now in session.
 9    The Honorable Ralph R. Beistline presiding.  Please be seated.
10         THE COURT:  Good morning.
11         MR. COVELL:  Good morning, Judge.
12         THE COURT:  We have someone on the telephone in this
13    one?
14         THE CLERK:  Yes, Your Honor.  Mr. Conitz and Mr. Thomas
15    Daniel are on line.
16         THE COURT:  Okay.  So on record.  This is Conitz versus
17    Teck Cominco.  Got a number of things here.  Basically, it's
18    just a request for a status hearing, but it looks like there's
19    all kinds of motions before the court.
20         The main one here is the Teck's unopposed motion for
21    summary judgment at 91, which Mr. Covell wants more time to
22    respond to.  So I think that's what we're talking about, right?
23         MR. COVELL:  Well, Your Honor, pending and ripe is the
24    motion for rule of law in the case and it's been ripe since
25    February.
```

```
 1          THE COURT:  Okay.  Want me to rule on it?
 2          MR. COVELL:  Yes.
 3          THE COURT:  Okay.  Denied.
 4          MR. COVELL:  Okay.
 5          THE COURT:  Next.
 6          MR. COVELL:  If the motion is denied, Your Honor,
 7   then.....
 8          THE COURT:  Yeah, I can rule and I just don't think
 9   it -- I think it just -- it's all incorp -- encompassed in this
10   91 motion.  I mean, that doesn't -- motion for summary judgment
11   that deals with the whole issue that the docket 64, the motion
12   for rule of law is just kind of a partition of it.  And I'm --
13   my position is that I would like to get -- address the whole
14   thing in -- as a whole, as opposed to trying to piecemeal it.
15   So that's why I was waiting for the opposition or the response
16   to docket 91.  So here's -- that's where we are.
17          MR. COVELL:  Okay.  All right.  Well, I want to
18   contemplate that ruling, Judge, because I said in my pleadings
19   if you deny that, the case is over for us.
20          THE COURT:  Well, I'm not -- I'm just denying it as I
21   don't -- as I'm -- I don't think that I want to piecemeal.  It
22   looked to me like it was motion -- you're singling out one part
23   of it and.....
24          MR. COVELL:  Well, yeah, Judge, it's a request for the
25   court to rule as a matter of law, whether or not Teck can
```

1  discriminate on the basis of race or on basis of shareholder
2  status as the case may be, in any form.
3       THE COURT: Okay.
4       MR. COVELL: And that's a question I'm sure we're going
5  to get out of the jury room if indeed we go to trial. And
6  rather than wait till the middle of trial and have the impact
7  of that happen then, I'm asking the court to rule on that now.
8  And, frankly, if the court is going to deny that motion, I
9  think that we don't have a case. Now, if the court is
10 citing.... [sayings]
11       THE COURT: Well, I was.....
12       MR. COVELL: .....I don't want to hear that.
13       THE COURT: .....denying it more procedurally,
14 although -- because I wanted to really hear your response to
15 the motion at docket 91.
16       MR. COVELL: Okay.
17       THE COURT: That was my.....
18       MR. COVELL: In that case then, Judge, essentially, the
19 status of the case is it's our position we made out a prima
20 facie case. And now the defendant is saying, even though
21 you've made your prima facie case, which of course they don't
22 agree with, but nonetheless, even though you've made your prima
23 facie case, then we have good cause to do what we did anyway.
24 And they put evidence into the record in that regard.
25       Then I need -- if we're going to stay in this forum and

1   continue to litigate that motion, I need to do discovery. They
2   put in an affidavit for Mr. Scott and there are other things
3   that I need to work on. Mr. Halloran has indicated to me that
4   he's not available for depositions till November.
5        THE COURT: Can I really tell you what -- I've looked
6   at this case at length. Okay. I think it all boils down to
7   whether or not Teck is entitled to engage in shareholder
8   preference, even if the shareholder is Native. Isn't that
9   really what it's all about? And that's what you were trying to
10  get me to respond to in docket 64.
11       MR. COVELL: Engage in a shareholder.....
12       THE COURT: Right.
13       MR. COVELL: .....preference.
14       THE COURT: And that's the re -- you're right.
15       MR. COVELL: That's the issue in the case.
16       THE COURT: And so -- but I was focusing on it in terms
17  of do- -- 91. And I guess I could go back and.....
18       MR. COVELL: I don't know, Judge. The -- which.....
19       THE COURT: Oh, I'm sorry. Okay.
20       MR. COVELL: It's their summary judgment is 91?
21       THE COURT: Their summary judgment is 91.
22       MR. COVELL: Okay.
23       THE COURT: That's where -- my whole focus has been on
24  their.....
25       MR. COVELL: Okay.

May 15, 2008
Case 4:06-cv-00015-RRB   Document 173-2   Filed 09/05/2008   Page 7 of 10
Conitz v. Teck Cominco Alaska
Transcript of Proceedings
4:06-CV-00015 RRB

Page 7

```
 1          THE COURT:  .....summary judgment.
 2          MR. COVELL:  All right.
 3          THE COURT:  The other ones, maybe I could just do the
 4  whole focus on your 64, but that's just not the way I was
 5  approaching it.
 6          MR. COVELL:  Okay.
 7          THE COURT:  Because I thought the whole case now, is
 8  going to boil down to whether or not -- not necessarily the
 9  whole case, but you're right.  If, in fact, the law is that
10  Teck can engage in shareholder preferences, even if the
11  shareholders are primarily Native, if they can legally do that,
12  that's a matter of law.  That's a -- isn't that a question of
13  law?
14          MR. COVELL:  Right.  And that's what I was trying to
15  get the court to rule on without becoming.....
16          THE COURT:  And I want to do that.
17          MR. COVELL:  Okay.
18          THE COURT:  That's why I'm saying, I don't really want
19  to grant a continuance until November if the whole case is
20  going to be resolved on this single issue.  And I don't.....
21          MR. COVELL:  I think.....
22          THE COURT:  And I was thinking, you know, they filed a
23  pretty convincing summary judgment motion, but I haven't seen
24  your opposition to it.
25          MR. COVELL:  I can certainly respond to legal issues,
```

May 15, 2008 — Case 4:06-cv-00015-RRB Document 173-2 Filed 09/05/2008 Page 8 of 10
Conitz v. Teck Cominco Alaska
Transcript of Proceedings
4:06-CV-00015 RRB

Page 8

1  but.....
2      THE COURT:  That's all I -- that's -- and if you're
3  wrong on the legal issue, then your case is probably over.
4      MR. COVELL:  Right.
5      THE COURT:  At least at this level.
6      MR. COVELL:  Right.
7      THE COURT:  But you do real well before the Ninth
8  Circuit.
9      MR. COVELL:  Thank you, Judge.
10     THE COURT:  So that's what I want to do.  That's what
11 I'm trying to get to the bottom of.
12     MR. COVELL:  Okay.
13     THE COURT:  How long do you need to respond to the
14 legal issues raised in their summary judgment motion?  Which
15 maybe you've already researched.....
16     MR. COVELL:  I.....
17     THE COURT:  .....in your -- but there's a Fourth
18 Circuit case.  I thought there was a four -- I don't -- and I'm
19 just not -- yeah, there's a Fourth Circuit case, the
20 A-l-e-m-a-n versus Chugiak case.  There are other cases that
21 make it seem like shareholder preferences, even if they're
22 mostly Natives, are not illegal.  If I'm wrong, tell me.
23     MR. COVELL:  Okay.
24     THE COURT:  But I'm just saying that's the way it's
25 focusing.  And I hate to see people engage in protracted

May 15, 2008 — Case 4:06-cv-00015-RRB Document 173-2 Filed 09/05/2008 Page 9 of 10
Conitz v. Teck Cominco Alaska
Transcript of Proceedings
4:06-CV-00015 RRB

Page 9

```
 1   litigations, spend all kinds of money when the legal issue
 2   forecloses their case.
 3            MR. COVELL:  I agree.
 4            THE COURT:  So that's where I am intellectually with
 5   you.
 6            MR. COVELL:  Very good.  I'm glad we had this hearing
 7   then.....
 8            THE COURT:  Okay.
 9            MR. COVELL:  .....to.....
10            THE COURT:  All right.
11            MR. COVELL:  .....know that, so.....
12            THE COURT:  Now, do you have -- you -- you haven't said
13   a thing yet.
14            MR. COVELL:  Thank you.
15            THE COURT:  Not -- I'm not talking to you.
16            MR. COVELL:  Oh, okay.
17            THE COURT:  I'm talking about counsel for defendant.
18            MR. COVELL:  Sure.
19            THE COURT:  I'm going to let Mr. Covell keep talking
20   unless you have anything to say.  You're -- all right?
21            MR. HALLORAN:  Essentially, our position is that.....
22            THE COURT:  I might.....
23            MR. HALLORAN:  .....the case is just being unreasonably
24   delayed, Your Honor.  We have offered to make available the
25   people that needed to be made available for depositions and
```

Page 10

```
 1   they declined to do it until after such time.....
 2        THE COURT:  Well, okay.  Well.....
 3        MR. HALLORAN:  .....as is opportune to.
 4        THE COURT:  .....I don't want to get into that.  I just
 5   want to.....
 6        MR. HALLORAN:  That's fine, Your Honor.
 7        THE COURT:  Am I wrong in my understanding that this is
 8   going to boil down to a legal issue and if you're right on the
 9   law, the case is probably going to be over at this level.
10        MR. HALLORAN:  I believe so, Your Honor.
11        THE COURT:  But I have a Fourth Circuit case I'm
12   looking at and so I wanted Mr. Covell -- to give him some
13   chance, a little time to research the legal issues and tell me
14   if you're wrong on the law.  You're saying, hey, we did not
15   discriminate.  But even if we did, it's legal under these --
16   under Alaska Native law.
17        MR. HALLORAN:  That's correct.  That's our position.
18        THE COURT:  And you might be right, but I don't want to
19   say so until Mr. Covell has had a chance to respond.  But when
20   I saw that he was asking until November to respond, I thought,
21   now that's getting a little ridiculous.
22        MR. HALLORAN:  Your Honor, yesterday evening, we
23   settled the Teck Cominco case that's in front of Judge Sedwick.
24        THE COURT:  You're kidding?
25        MR. HALLORAN:  No.
```