Case 4:06-cv-00015-RRB   Document 173-3   Filed 09/05/2008   Page 1 of 7

May 15, 2008
Conitz v. Teck Cominco Alaska
Transcript of Proceedings
4:06-CV-00015 RRB

Page 11

1   THE COURT: After all the work we've done to clear his
2   calendar? It's wide open for the whole.....
3   MR. HALLORAN: I can assure you, we've done just as
4   much as work. It settled last night, so.....
5   THE COURT: Does he know it?
6   MR. HALLORAN: We filed a notice yesterday evening
7   about 6:30 with the court.
8   THE COURT: So you got all summer. You don't have
9   anything to do all summer.
10  MR. HALLORAN: Well, that's correct. Well, I have a
11  lot of things to do that I've put off over the last year.
12  But.....
13  THE COURT: But.....
14  MR. HALLORAN: .....I mean, if discovery needs to be
15  done, my calendar opened up as of this morning.
16  THE COURT: .....realistically, I don't want anybody to
17  spend un -- if you're right on the law, and you might be.
18  Sometimes it, frankly, is counter-intuitive when you get
19  involved in this kind of thing.
20  MR. DANIEL: This is Tom Daniel. You guys are fading.
21  I don't know if you're away from the microphone or what.
22  THE COURT: Oh, okay. I'm fading.
23  MR. CONITZ: Yeah, I'm having trouble hearing, too.
24  THE COURT: Okay. All right. I'm just saying that
25  this boils down to a legal issue. And if the plaintiff

May 15, 2008
Case 4:06-cv-00015-RRB   Document 173-3   Filed 09/05/2008   Page 2 of 7
Conitz v. Teck Cominco Alaska
4:06-CV-00015 RRB
Transcript of Proceedings

Page 12

1  prevails on the legal issue, then we move to next -- more
2  issues. I mean, that doesn't -- then the case will be open and
3  then we have a jury trial. But if the law is that under
4  this -- these facts and these circumstances, defendants are
5  entitled to utilize the Native preference, even though they
6  call it a shareholder preference, whatever it is, legally, then
7  the plaintiff doesn't have a case. And why spend a ton of
8  money in other areas if that's the case. That's the -- that's
9  all I'm trying to say today. Do you follow me?
10              MR. COVELL: I agree, Judge.
11              THE COURT: How much time do you need to respond to
12  that?
13              MR. COVELL: I'm just thinking about my schedule here.
14  I -- I'm leaving town on June 2 through the 22nd and then I'm
15  gone.....
16              THE COURT: Because we have a trial date on this one
17  set in August, if I remember correctly.
18              MR. COVELL: Yeah.
19              THE COURT: It was going to follow this.
20              MR. COVELL: I don't think we have a trial date at all,
21  Judge.
22              THE COURT: Oh, we don't?
23              MR. HALLORAN: I don't believe any other (indiscernible
24  - simultaneous speech) had this case.
25              THE COURT: Okay. I thought we had a trial that was

```
 1   going to follow your trial.
 2          MR. DANIEL:  Your Honor, may I interject here?  This is
 3   Tom Daniel.
 4          THE COURT:  Yes.
 5          MR. DANIEL:  Well, I -- my interjection was going to
 6   be, is that the plaintiff has already briefed the legal
 7   question on the lawfulness of the shareholder preference,
 8   because it was his motion.
 9          THE COURT:  I saw -- you know, I was thinking of that
10   midway.  I have been focusing -- I don't know why it came -- I
11   got the broad summary judgment motion, and was in the context
12   of reviewing that, that I realized this whole case really is
13   going to boil down to a legal issue.  And the legal issue is
14   the one that Mr. Covell, in fact, did present in his docket 64
15   motion, which I had thought was procedurally -- I was not
16   inclined to grant it, but for a procedural reason, not for a
17   substantive reason.  Is everyone following me there?
18          MR. HALLORAN:  Yes.
19          THE COURT:  I wasn't looking at it procedurally --
20   substantively.  I was looking at it procedurally and thinking,
21   I'm not grant that.  So I moved on to the next one, which
22   caused me to think, well, maybe I got to look back
23   substantively now at the motion.  But let's just, so that
24   everything is fair, allow -- Mr. Covell, in your opposition,
25   you can simply say, I refer to the pleadings that they set
```

1  forth in docket 64, and I will evaluate it that way.
2       If you want to -- given all my thoughts here today, if
3  you want to say, no, I want to kind of refresh this thing and
4  I -- I'm going to focus now and I want to respond to their
5  motion for summary judgment on the legal issues only.  Because
6  if you prevail on the legal issue, there's still all kinds of
7  issues still open in the case.  But if the law is as I suspect
8  it may be, then the plaintiff doesn't have a case.  And you can
9  save a lot of money by bringing it to an end now and see if the
10 Ninth Circuit disagrees, but I want to do what the law is.
11 That's all I want to do.
12      MR. COVELL:  How about I respond by June 9th?
13      THE COURT:  June 9th is fine.  Then you file a reply.
14      MR. HALLORAN:  Yes, Your Honor.
15      THE COURT:  Anything else?
16      MR. HALLORAN:  Not from me.
17      THE COURT:  Everybody hear everything on the telephone?
18      MR. CONITZ:  Yes, we did.  Thank you, Your Honor.
19      THE COURT:  Okay.  Thank you.
20      MR. COVELL:  And.....
21      THE COURT:  Yes, Mr. Covell?
22      MR. COVELL:  .....relatively speaking, what's the time
23 on the reply?  I mean, what's -- what.....
24      THE COURT:  A week.  They -- you don't need too much to
25 respond -- you've -- do you?

Case 4:06-cv-00015-RRB   Document 173-3   Filed 09/05/2008   Page 5 of 7

May 15, 2008
Conitz v. Teck Cominco Alaska
Transcript of Proceedings
4:06-CV-00015 RRB

Page 15

1    MR. DANIEL: No.
2    MR. HALLORAN: My time will be wide open. I can.....
3    MR. DANIEL: I don't think so.
4    THE COURT: A week.
5    MR. HALLORAN: I can do it in a week.
6    THE COURT: They get seven -- five business days.
7    MR. COVELL: All right. And then are we going to hold
8    oral argument or no?
9    THE COURT: Well, just -- you can request it and it
10   might be necessary. Other -- I'll just -- if it's necessary,
11   obviously, we will have oral argument, but if it's simply me
12   reading this case and this case and this case.....
13   MR. COVELL: Okay. That's fine.
14   THE COURT: I'll say, my goodness, I -- what's oral
15   argument going to do? So that's -- I kind of keep that -- an
16   open mind on that issue. Okay.
17   MR. COVELL: All right. And if we need it, we can get
18   a couple hours relatively quickly?
19   THE COURT: I -- you can get -- I'm in town all of July
20   practically.
21   MR. COVELL: Okay.
22   THE COURT: Okay.
23   MR. COVELL: Thank you, Judge.
24   THE COURT: All right. Thank you.
25   THE CLERK: All rise. This matter now adjourned.

1   Court stands in recess till 11:00 a.m.
2           (Off record)
3   10:46:43

*************************
END OF REQUESTED PORTION
*************************

Case 4:06-cv-00015-RRB   Document 173-3   Filed 09/05/2008   Page 7 of 7
May 15, 2008
Conitz v. Teck Cominco Alaska
Transcript of Proceedings
4:06-CV-00015 RRB

Page 17

TRANSCRIBER'S CERTIFICATE

I, Marci Lynch, hereby certify that the foregoing pages numbered 2 through 16 are a true, accurate, and complete transcript of proceedings in Case No. 4:06-CV-15 RRB, Conitz v. Teck, Volume I, transcribed by me from a copy of the electronic sound recording to the best of my knowledge and ability.

August 15, 2008

Marci Lynch
Notary Public in and for Alaska
My Commission Expires: 11/11/11

S E A L