John Kells Dep Vol I.txt

```
00001
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3     GREGG CONITZ,                    )
                                        )
 4                     Plaintiff,       )
                                        )
 5     vs.                              )
                                        )
 6     TECK COMINCO ALASKA, INC., and   )
 7     NANA REGIONAL CORPORATION,       )
                                        )
 8                     Defendants.      )
       _____)
 9     Case No. 4:06-CV-00015 RRB
10                    DEPOSITION OF JOHN R. KELLS
                         November 28, 2007
11
       APPEARANCES:
12
                 FOR THE PLAINTIFF:      MR. DONALD F. LOGAN
13                                       Attorney at Law
                                         P.O. Box 73162
14                                       Fairbanks, Alaska 99707
                                         (907) 590-4341
15
                 CO-COUNSEL (Telephonic):  MR. KENNETH L. COVELL
16                                       Attorney at Law
                                         Law Office of Kenneth Covell
17                                       712 Eighth Avenue
                                         Fairbanks, Alaska 99701
18                                       (907) 452-4377
19               FOR THE DEFENDANT
                 TECK COMINCO ALASKA INC.:  MR. SEAN HALLORAN
20                                       Hartig, Rhodes, Hoge,
                                           & Lekisch
21                                       Attorneys at Law
                                         717 K Street
22                                       Anchorage, Alaska 99501
                                         (907) 276-1592
23
24
25
00002
 1     APPEARANCES (Continued):
 2               FOR THE DEFENDANT
                 NANA REGIONAL CORPORATION
 3               (Telephonic):           MR. THOMAS M. DANIEL
                                         Perkins Coie, LLP
 4                                       Attorneys at Law
                                         1029 West Third Avenue
 5                                         Suite 300
                                         Anchorage, Alaska 99501
 6                                       (907) 279-8561
 7
 8                         *  *  *  *
 9
10
11
12
13
14
```

John Kells Dep Vol I.txt

```
15
16
17
18
19
20
21
22
23
24
25
00003
 1              PURSUANT TO NOTICE, the Deposition of JOHN R. KELLS
 2    was taken on behalf of Plaintiff, before Elizabeth D'Amour,
 3    Notary Public in and for the State of Alaska, and Reporter for
 4    Liz D'Amour & Associates, Inc., at the District Court, Healy,
 5    Alaska, on the 28th day of November, 2007, commencing at the
 6    hour of 1:00 o'clock p.m.
 7                              * * * *
 8                        TABLE OF CONTENTS
 9         Direct Examination by Mr. Logan . . . . . . . . . . . 5
          Cross Examination by Mr. Halloran . . . . . . . . . 52
10
11         EXHIBITS:
12                 1-10   (pocket notebooks) . . . . . . . . . . 4
                     11   (file folder containing e-mails and
13                        declaration) . . . . . . . . . . . . . 4
                   11A-B  (Declaration) . . . . . . . . . . . . 45
                   11C    (e-mail dated 10/31/07) . . . . . . . 45
14                 11D    (e-mail dated 6/15/06) . . . . . . . 69
                   11E    (e-mail dated 6/22/06) . . . . . . . 69
15                 11F    (letter to John Kells from Ken Covell
                          dated 7/28/06) . . . . . . . . . . . 69
16                 11G    (e-mail dated 8/25/06) . . . . . . . 69
                   11H    (e-mail dated 8/30/06) . . . . . . . 69
17                 11I    (e-mail dated 8/3/07) . . . . . . . . 69
                   11J    (e-mail dated 10/4/07) . . . . . . . 69
18                 11K    (e-mail dated 11/15/07) . . . . . . . 69
                   11L    (e-mail dated 11/22/07) . . . . . . . 69
19
                              * * * *
20
21
22
23
24
25
00004
 1                     P R O C E E D I N G S
 2              (Deposition Exhibits 1 through 11 marked)
 3         COURT REPORTER:  Okay.  We are on record.....
 4         MR. LOGAN:  All I get.....
 5         COURT REPORTER:  We're.....
 6         MR. LOGAN:  Go ahead.
 7         COURT REPORTER:  We're on record in Conitz v.
 8    Teck Cominco Alaska, Inc., and Nana Regional Corporation; case
 9    number 4:06-CV-00015 RRB.  Today's date is November 28th, 2007.
10    The time set for this deposition was 1:00 o'clock.  The time
11    currently is 1:36:56.  This is being held in Healy in the
12    District Courtroom.
13              Will counsel identify themselves for the record
14    and then I'll swear the witness in.
```

Page 2

John Kells Dep Vol I.txt
```
15                  MR. LOGAN:  Donald Logan.  I'm representing
16  Mr. Conitz.
17                  MR. COVELL:  Ken Covell on the phone for Mr.
18  Conitz.
19                  MR. DANIEL:  Tom Daniel on the telephone for
20  Nana Regional Corporation.
21                  MR. HALLORAN:  Sean Halloran for Teck Cominco.
22  And, for the record, we object to Mr. Logan taking this
23  deposition and that Mr. Kells' only -- excuse me.  Mr. Conitz's
24  only attorney of record is Mr. Covell, who is present on the
25  phone for the deposition and Mr. Logan has informed me that
00005
1   he's not part of Mr. Conitz's [sic] firm.
2                   We also object to the fact that we were given
3   notice that this was to be a video deposition, and there's no
4   video equipment present in the room, so it's not being taken as
5   a video deposition.
6                   MR. COVELL:  Okay.  Mr. Logan works for me on a
7   contract basis and he's working under my auspices at this time.
8   The video deposition issue is that this was set for a regular
9   deposition.  I had a scheduling conflict and decided I would
10  like to have it videotaped.  We sent out notice of a video
11  deposition a day or two ago.  Ms. D'Amour, the court reporter,
12  thought she had the appropriate equipment; however, had one set
13  of equipment committed to another deposition and then the set
14  that she was going to bring here was broken.  We tried to
15  obtain a third camera and Mr. Logan and Ms. D'Amour know what
16  happened with that.  They tried to get that going this morning
17  and that wasn't operational.  So that's why there is no video.
18  The video initially wasn't anticipated and to the extent it's
19  not there, it's due to circumstances beyond our control.
20                  COURT REPORTER:  Okay.  I'm going to swear the
21  witness in.  Sir, would you raise your right hand.
22          (Oath administered)
23                  MR. KELLS:  I do.
24                  COURT REPORTER:  Thank you.
25                      JOHN R. KELLS
00006
1   having first been duly sworn under Oath, testified as follows
2   on examination:
3                   COURT REPORTER:  Would you state your full name
4   for the record, spelling your first and last names, please.
5   A       John Richard Kells, J-o-h-n K-e-l-l-s.
6                   COURT REPORTER:  Could I have a mailing
7   address, please?
8   A       P.O. Box 61268, Fairbanks, 99706.
9                   COURT REPORTER:  And a daytime contact phone?
10  A       907-590-8041.
11                  COURT REPORTER:  You may proceed, counselor.
12                  MR. LOGAN:  Okay.  Thank you.  Before we get
13  going, Mr. Daniel, we have a concern that your questioning in
14  this particular deposition might be considered a waiver of our
15  objection that Nana is not really involved in this area of
16  questioning.  I don't want to get in the way of your
17  questioning itself, but could we agree that your questions
18  would not constitute a waiver of that objection, should we
19  bring it at a later time?
20                  MR. COVELL:  You're directing that remark to
21  Mr. Daniel, Mr. Logan?
22                  MR. LOGAN:  That's right.
23                  MR. COVELL:  Mr. Daniel and I already discussed
24  that and I believe he's in agreement with that, but we can --
25  he can speak for himself at this point.
```

John Kells Dep Vol I.txt
```
00007
 1              MR. DANIEL:  Yeah.  I'm not sure what the basis
 2  of the objection is since we've been -- since Nana is now a
 3  party to the litigation, but be that as it may, I understand I
 4  will be permitted to ask questions if I have them.
 5              MR. COVELL:  Well, this is the situation,
 6  Mr. Daniel: Nana is a party to the litigation -- or an
 7  intervenor to the litigation.  I don't know if that's different
 8  than a party or not, frankly, but Nana is an intervenor and
 9  Nana is essentially an intervenor for the limited purpose of
10  deciding whether or not a, quote, shareholder preference,
11  unquote, is legal.
12              And we had intended and may yet file a motion
13  to limit the amount of participation that Nana can have in the
14  case.  So, for the record, we'll make an objection to your
15  participation beyond listening in to the deposition, but we're
16  certainly not going to obstruct you from answering questions.
17  And, if you're willing to agree that that's the procedure to
18  take place, we'll agree to that.  If you're not willing to
19  agree to that, then we'll object to you asking questions.  So
20  there you have it.
21              MR. DANIEL:  Well, I'm just thinking.  I'm not
22  sure I need to agree to anything.  I mean, you -- your --
23  you've asserted your position that you're not waiving your
24  right to object in the future and I don't see anything wrong
25  with that.
00008
 1              MR. COVELL:  Okay.  Well, I guess for the
 2  record, we're objecting now, so the objection is stated for the
 3  record.
 4              MR. DANIEL:  Okay.
 5              MR. COVELL:  In other words, we're not waiving
 6  anything.
 7              MR. DANIEL:  Okay.
 8              MR. COVELL:  All right.
 9              MR. DANIEL:  Understood.
10              MR. COVELL:  Thank you.
11              MR. LOGAN:  That works fine for me, counsel.
12                   DIRECT EXAMINATION
13  BY MR. LOGAN:
14  Q        Mr. Kells, can you give me a rough idea of your
15           educational background, please?
16  A        Completed college.  Got a degree in mining engineering.
17           I didn't complete high school, but I did get through
18           grade school.
19  Q        Okay.  And then once again briefly just to give us an
20           idea of who you are, when did you go into the mining
21           business?
22  A        I graduated in 1997, so I started the summer of 1997.
23  Q        And where did you start?
24  A        I started with a small exploration outfit out of
25           Eureka, Alaska, and then in February of '98, I believe,
00009
 1           I started at Red Dog.
 2  Q        February of '98 you went into Red Dog?
 3  A        Uh-huh.
 4  Q        Do you recall what month and year the decision whether
 5           to promote Mr. Conitz took place?
 6  A        I think it was in November 2004, but the chronology is
 7           pretty blurry through the whole thing.  I -- I think I
 8           have a clear picture of the sequence of events and I
 9           have clear memories of certain conversations and things
10           that happened then, but the exact chronology, I don't.
```

John Kells Dep Vol I.txt

```
11   Q    That's fine.
12   A    There is some hints of that in the notebooks that I
13        turned in here.
14   Q    Okay.  I'll tell you what, why don't you give us that
15        information that you've retained and I'll just simply
16        get out of the way and let you tell your story.
17   A    Okay.  In the summer of 2004, Leo Thomas, who was one
18        of our shifters, drowned in a boating accident on his
19        R&R, which left us with a vacancy in the shifter
20        position.  We had three shifters to cover two shifts
21        because there -- it's a two-and-one rotation.  At the
22        time, we had two shifters on a four-and-two rotation;
23        one on a two-and-one.  That gave complete coverage
24        other than vacations.
25              With the vacancy, I was the mine general
00010
1         foreman, who the shifters reported directly to, and I
2         reported to the superintendent.  I went over with the
3         superintendent what some of our options were for
4         getting a replacement and I came up with the idea of
5         rotating our relief shifters through the position to
6         see if they were -- first off, to see if they were
7         interested in doing it and also to see if we were
8         interested in having them do it.  The relief shifter is
9         a bit of a substitute teacher.  He doesn't -- he
10        doesn't really have to accept much of the
11        responsibility of the job, the discipline, the
12        evaluations.  So I wanted them to get a taste of what
13        that was going to be like and also how well they were
14        going to perform at it.
15              The superintendent, Ted Zigarlick, was in
16        agreement with that and we started off with just the
17        two relief shifters.  We actually had three relief
18        shifters.  One of them, Jerry Gibson, was now getting
19        older, was not in good health; his wife wasn't in good
20        health, so we didn't think he was going to be around
21        long.  He was going to retire.  So we had Gregg Conitz
22        and Martin Perione were the two relief shifters, and
23        those predated my time there.  They were the relief
24        shifters when I came into the operation.
25              Those are the only two candidates at the time.
00011
1         I did talk to the crews and said if anybody else is
2         interested we could maybe work something out and get
3         somebody else in there.  It was a four-and-two rotation
4         that we were looking to replace because that was what
5         fit the schedules the best.
6               After having made the announcement to everyone,
7         then Larry Hanna came to me and said he was interested
8         in getting into the contest, or however you want to
9         describe it, which I was a little hesitant.  Larry had
10        not worked in the mine department.  He worked with the
11        surface department, which is everything outside of the
12        mine, mostly small loaders, graders, forklifts.  The
13        mine is big loaders, big trucks, and medium-sized
14        dozers.  Red Dog is a small mine, so the equipment
15        isn't real big.
16              But in the interest of having a decent
17        competition -- I mean, a race between two guys isn't
18        much of a race, so -- so I told him that was fine with
19        me.  Get in there and we'd see how he'd do.  At the
20        start, then, he threw a bit of a monkey wrench into it
21        and said he didn't want the four-and-two rotation.  So
```

Page 5

John Kells Dep Vol I.txt

```
22              when he.....
23    Q         I'm sorry, who is he?
24    A         Larry Hanna.
25    Q         Okay.  Thank you.
00012
 1    A         So he -- he was on a two-and-one rotation and he wanted
 2              to keep his rotation.  I reluctantly agreed to that,
 3              even though it made the scheduling really tough and it
 4              also drew out this trial period because we couldn't
 5              plug a guy in for four weeks and then the next guy in
 6              for the next four weeks.  It was kind of broken up.
 7              And, at any rate, that's how we went with it.  The
 8              difficult -- while we were doing this test, there was
 9              never a shortage of shifters, but what was going to
10              happen with the two-and-one -- two two-and-ones mixed
11              with the four-and-one would be every six weeks you
12              would have one week where you'd have just one shifter
13              on site, so you'd need a relief shifter for the
14              opposite shift, and then you would also have one week
15              where there would be three shifters on site, so you'd
16              have an extra guy there.
17                   We justified that, even though it wasn't the
18              ideal situation.  At any rate, this took a long time.
19              We ran the three shifters through the process of them
20              shifting, trying to give them a hint on what was
21              coming -- upcoming with discipline and evaluations.
22              There is actually a lot of paperwork involved with
23              shifting.  It's not just out in the field, moving
24              trucks around and turning in time cards.  At any rate,
25              it was about November that we -- they had all had about
00013
 1              equal time in the position and I had had a good chance
 2              to observe all of them out in the field and on both
 3              shifts with all of the different crews, and felt that I
 4              was ready to make a decision on it.  I talked with Ted
 5              about it.  And let me kind of go backwards on this.
 6                   At no time was I ever under the impression that
 7              it was not my decision.  It was not billed as a
 8              committee decision.  Ted Zigarlick pretty much didn't
 9              interfere with the day-to-day operations in the mine
10              because that was the part that I ran.  So this wasn't
11              an unusual arrangement that he would leave a decision
12              like that up to me.
13                   I think it was in November, Ted was going out
14              in the middle of his rotation, so he was going out a
15              couple days early and then I would be going out, and
16              there was a span of time where I wasn't going to see
17              him again.  So before he left, I wanted to talk to him,
18              tell him what my decision was, and get his input on it.
19              We met in my office.  I told him that I had picked
20              Gregg Conitz as the shifter and he said that was okay;
21              he would go tell Rob.
22    Q         Rob?
23    A         Rob Scott, the general manager.
24    Q         Thank you.
25    A         Now, up to that point, I hadn't told anyone who my
00014
 1              choice was.  After talking to Ted and not getting any
 2              reason to think that my choice wasn't going to be the
 3              decision, I went and talked to the shifter, Steve
 4              Lozano.  Steve was an old hand in mining.  I had a lot
 5              of respect for his judgment and wanted to get his
 6              feedback on it.  So I went and told him that I had
```

Page 6

John Kells Dep Vol I.txt

```
 7      talked to Ted about it and I had made a decision, and
 8      Conitz was the choice, and what his thoughts were on
 9      it.  And we talked about it a little bit.  I don't
10      remember a lot of specifics about these conversations.
11      It was a long time ago.  There was lots of other things
12      going on, so this wasn't the only thing I was involved
13      with at the time.
14              After talking to Steve, I just went about my
15      business.  I had -- I'm not sure if -- on the sequence
16      of the next two events.  One was Larry Hanna came and
17      talked to me and said that he had heard -- and you have
18      to remember, a camp is like a small town; there are no
19      secrets.  If you talk to one person, it's public
20      information.
21              Larry came and told me he heard I had picked
22      Gregg Conitz and we talked about that for awhile.  He
23      didn't seem upset by it.  He left and either before or
24      right after that, I did run into Rob and asked him if
25      Ted had talked to him and he said, no, he hadn't.  So I
00015
 1      talked to Rob about the decision I had made and then
 2      I'm not real clear what happened after that.  I mean, I
 3      know what happened, but I don't know what the span of
 4      time was, if there was an R&R in between, if there was
 5      two weeks between, if there was some -- I do know that
 6      no announcement was made on the shifter position.  And,
 7      again, I don't have an accounting for that.  I do know
 8      that those two events happened.  I talked to Larry and
 9      I talked to Scott.
10              At some point, me, Ted, and Rob Scott were on
11      site at the same time.  We had a meeting about the
12      shifter position and they told me that we were to
13      select Larry Hanna.  And I do not recall we -- ever
14      discussing qualifications at that time.  The discussion
15      centered on the shareholder preference.  And I don't
16      recall all the details of the conversation, but I
17      clearly remember saying I don't think this is legal in
18      the United States.  That -- I knew that was something
19      they didn't want to hear, so that makes it memorable.
20      They were upset by that.
21              Ted Zigarlick told me, yes, this is legal; this
22      has been tested in the courts.  But I just had to take
23      that at face value.  They showed me a copy of the -- I
24      don't think it was a copy; I think it was the actual
25      original agreement between Nana and Cominco.  They
00016
 1      opened it up to the page and paragraph about the
 2      shareholder preference.  It said something to the
 3      effect that if two parties were applying for the same
 4      job, that if they were equally qualified, the
 5      shareholder was given preference.  And even if the
 6      shareholder was less qualified but could be trained in
 7      a reasonable time, then he would also be given the
 8      preference.  I read that.
 9              That was all that was discussed at that meeting
10      that I can recall.  And somewhere in there, Larry -- we
11      put up the announcement, and that's actually in my
12      notebooks there of the day that the announcement was
13      put up where Larry got the job.  And I just carried on,
14      life as usual.  Larry was the shifter and that was --
15      that was never something I was trying to avoid.  I just
16      happened to think that Gregg Conitz was the better
17      choice, but Larry was an easy guy to work with and I
```
                              Page 7

John Kells Dep Vol I.txt

```
18        didn't really have a problem with him being the
19        shifter.  Had it been between him and Martin, I would
20        have picked Larry, but I just thought Gregg had more
21        mining -- mining experience and a better -- better
22        perspective on mining, vis-a-vis safety.
23             So some time after that, Gregg Conitz came to
24        see me and asked me -- or first off, said he had heard
25        that he had been my first choice for the job, and I
00017
1         said, yeah, you had.  And he asked me why he had not
2         been -- why he hadn't gotten the job.  And I said
3         because of the shareholder preference, which, at the
4         time, was the only explanation I had.  He subsequently
5         filed an internal grievance, I think was how this thing
6         started.  I had a meeting then with Rob and Ted and it
7         was hashed around some, but I know the outcome of it
8         was, they said the bottom line is, Larry was hired
9         because of his -- he was better qualified and that's
10        the end of that.  I think I did a response to Gregg's
11        grievance and that was pretty much where I left it.
12        Larry was the shifter.
13             I was going through a divorce at the time and
14        had been given temporary custody of my kids for five
15        months.  They were coming back to Alaska the beginning
16        of January.  I left the property and never came back.
17        That's pretty much the story.
18   Q    Anything else you can think of?
19   A    No.  I suppose I could go over why I thought the
20        candidates were better qualified, but I don't know that
21        that enters into this and that's.....
22   Q    And actually I think it does.  Would you mind going
23        over each of the candidates and figuring -- and
24        explaining why you thought -- how they compared?
25   A    Again, Larry didn't have any experience in the mine.
00018
1         Red Dog doesn't move much material, but it's a real
2         complex ore body.  There -- there are a lot of kind of
3         odd things about that.  The mine department is the low
4         dog on the totem pole there; the mill is the big one.
5         Geology being the agents of the mill, the mine
6         department, though it seems counterintuitive, does run
7         the mine department.  That was something Larry didn't
8         have a full appreciation for, but I felt he could
9         figure it out over time.
10             I didn't like the schedule; I already said
11        that.  The -- it wasn't a good situation and probably
12        the bigger one, though, was I felt Larry was
13        overconfident.  This is something that I continue to
14        deal with in my present job with operators coming in
15        that are overconfident.  Mining is inherently a
16        dangerous business, and that's an engineer's opinion on
17        that.  There are specific things -- there are things
18        specific to mining that you don't find in construction
19        and it does make it a dangerous business.  I don't like
20        people being overconfident because there is plenty of
21        dangers out there and bravado just isn't a good trait
22        in a mining operation.
23             Gregg was a more cautious individual; had had
24        the experience in the mine.  Another issue that did add
25        to it, but I don't think any of these were a deciding
00019
1         factor as -- individually, but when you combined all of
2         them -- but there was a rivalry or a some sort of bad
```

Page 8

John Kells Dep Vol I.txt

```
 3        blood between Larry and the operators from Noorvik and
 4        his crew or the crew that he was going to be taking
 5        over was -- had several guys from Noorvik.  I did have
 6        the Noorvik guys come complain to me.  I did hear the
 7        other side of it from Larry, just disparaging remarks
 8        about the Noorvik people.  I don't know what that was
 9        all about, but I do know that there was something real
10        about that.
11             On the positive side, Larry was definitely the
12        best computer guy, and that was a big part of my job,
13        was to shepherd the shifters through the computer world
14        and try to bullet-proof their computers.  Larry was
15        excellent at that, good at doing all his paperwork.  I
16        felt he could learn the ins and outs of the geology.
17        As far as the -- not being familiar with the equipment,
18        I'm -- I don't think that's really necessary for the
19        shifter to be able to run all the equipment in the
20        mine.  I work in a mine now and I don't run any of the
21        equipment.
22             I just felt Larry -- Gregg had the better
23        attitude toward safety and more mine experience.  And
24        he was going to need a lot of help on the computer, but
25        I was already doing that with the other shifters.
00020
 1   Q    Okay.  Anything else?
 2   A    No, that's.....
 3   Q    Okie-doke.  Give me a moment here.  Did you have
 4        anything to do with the trainer position?
 5   A    Well, the trainer also reported to me.  The trainer was
 6        Larry.  He had taken over -- we had previously a
 7        trainer for the mine department and a trainer for the
 8        surface department.  They consolidated that into one
 9        trainer position and Larry took that over.  I don't
10        know how long he had been in -- doing both roles, but
11        that was the job he was doing at the time.  So we did
12        talk about how we were going to replace him.  One of my
13        suggestions was to bring in a trainer from Caterpillar.
14             I was uncomfortable with the internal training.
15        Red Dog does have a pretty ambitious training program
16        there.  We get guys running haul trucks that have never
17        driven cars and have never worked in a mine.  We've had
18        some incidents that I don't think happen in regular
19        mines, or not very often.  So I was -- I was wanting to
20        bolster up our training program to make it more rigid.
21   Q    Was Conitz an application -- an applicant for the
22        trainer position?
23   A    Not while I was there.
24   Q    Okay.  Thank you.  Okay.  When you were talking about
25        testing these different guys, were there any written
00021
 1        guidelines as to what you should be testing about, had
 2        it been promulgated?
 3   A    No.  It seems like we did have -- we had a lot of
 4        paperwork that we were actually making as we were going
 5        along.  I think it was called PPC.  Some program just
 6        to measure people's performance.  But most of it was
 7        directed at the operators.  I think they were doing it
 8        for all the positions.  I don't recall anything
 9        specific on the shifter.  I was looking mostly at how
10        somebody worked with the crews, their attitude on
11        safety and, you know, to some extent, their paperwork
12        abilities or the ability to organize.  What happens in
13        the shifter position is you're given the general orders
```

Page 9

John Kells Dep Vol I.txt
```
14            for the day and you have to sort out who is in what
15            piece of equipment, what they're going to do, and the
16            sequence they're going to do it in.  So it does take
17            some organizational skills.
18     Q      Okay.  Did you see a file that Mr. Sommers was working
19            with on this?
20     A      No.
21     Q      How about Mr. Zigarlick?
22     A      No.
23     Q      Okay.  You said that you talked with Steve Nozano?
24     A      Lozano.
25     Q      About your choice of Conitz.
00022
 1     A      Uh-huh.
 2     Q      Do you remember what he had to say about Conitz as your
 3            choice?
 4     A      I think he was okay with it.  He actually, to some
 5            extent, felt threatened by Larry and the reason for
 6            that was one of Larry's suggestions to resolve the
 7            conflict between the schedules was to put all the
 8            shifters on the two-and-one.  Lozano lived in Tuscan
 9            and that wasn't acceptable to him.  He was now the lone
10            four-and-two.  I think he had some fear that Larry
11            would muscle the schedules around and after Larry
12            became the shifter, he had circulated a rumor that he
13            was going to take Lozano's crew over and Lozano could
14            have the crew he had been assigned.
15                  And Lozano came to me; he was pretty upset
16            about that.  And when I talked to Larry, he said, oh,
17            he was just joking about it and that wasn't the case.
18            But I think to some extent Lozano was relieved that
19            Conitz was the choice.  Gregg was an easy guy to work
20            with and, you know, Steve might have thought that there
21            would be some problems in the future with Larry.  But I
22            don't, you know, recall him being ecstatic or anything.
23            We just talked about it and I think I -- he just said
24            that was a good choice; Gregg would work out good in
25            the job.  But I wouldn't put much emphasis on that.
00023
 1     Q      You said that Gregg had more experience, better
 2            perspective, and better safety record.  Am I correct?
 3     A      I thought he had a better -- he had more experience in
 4            the mine, which wasn't hard because Larry hadn't worked
 5            in the mine.
 6     Q      Right.
 7     A      And a better attitude towards safety.  We -- when you
 8            come out of construction and you go into mining, your
 9            first impression is that the mining people are kind of
10            timid.  And we are, and we should be.  Because there --
11            it's the inverse of construction.  You're
12            deconstructing things and you don't know very much
13            about them.  You don't know much about the structure.
14            You don't know much about the properties.  Things
15            happen quickly and unpredictably.  Everybody has walls
16            collapse in their minds.  Even no matter how many
17            engineers they've got there and how many holes they've
18            punched.
19                  We had some serious potential for slope
20            failures there at Red Dog even though they had done
21            extensive drilling, and had a real good slope stability
22            report on it.  There's just lots of dangers you can
23            come into and you want people to be timid.  You know,
24            you're still going to get the work done, but you're
```
Page 10

John Kells Dep Vol I.txt
```
   25                going to do it carefully.
00024
    1   Q    Okay.  I'll represent to you that there has been
    2        disclosed some incident reports that relate to Conitz's
    3        safety record.  Could you talk to us about what your
    4        observations concerning his safety record was, and how
    5        it is that he'd end up with some kind of safety
    6        problem, or nonproblem?
    7   A    I never had a problem with him on a ver- -- with
    8        respect to safety.  You're speaking about incident
    9        reports.  Correct?
   10   Q    Yes, sir.
   11   A    Okay.  And the incident reports, there is kind of an
   12        inverse relationship there.  There were lots of
   13        different situations.  There was actually one that was
   14        systematic of pushing ore in the China hat that we did
   15        for over a year that was really an unsafe operation.
   16        There are other marginal operations with dozers, even
   17        with loaders, that you always sent your most
   18        experienced operators in.  And if you look through the
   19        incidents, you'll see that your most experienced
   20        operators have a higher rate of incidents because
   21        you're putting them in the riskier situation.
   22             Leo Thomas I think was one of the leaders in
   23        the mine department for incidents, but I never had any
   24        concerns about Leo with respect to safety.  Some of
   25        these incidents would be -- another point there is they
00025
    1        weren't meted out evenly.  There were some people who
    2        would get incident reports written on them and then
    3        somebody else would do the exact same thing and not get
    4        the incident report.  So I wouldn't put a lot of weight
    5        in that.  But I know that some of them -- and I think
    6        Martin got an incident written on him for having rock
    7        roll off the coarse ore stockpile and hit the dozer and
    8        break the window in it.  If you've ever been in the
    9        coarse ore stockpile, that was not Martin's fault.
   10        That was a systematic problem; there should not have
   11        been a dozer in the China hat when the belt was
   12        running.
   13             That was my position.  When I would run a
   14        shifter, I would tell the guys shut the belt off.  That
   15        was a case of you're putting a guy in a dangerous
   16        situation and then you're penalizing him when something
   17        goes wrong.  I didn't think that was fair.  And, at any
   18        rate, the incident reports, I don't think, are a
   19        measure of a safety record for those reasons.
   20   Q    Any idea why Martin got written up on this where
   21        somebody else might not?
   22   A    I really can't say.  It might have been the mood of the
   23        shifter or the shifter not liking Martin or -- I don't
   24        know.  But I do know that they weren't distributed
   25        evenly; that there were people who got less incidents
00026
    1        for the same things.  But I think if you go through all
    2        the incident records, you'll find a lot of them were in
    3        that China hat.
    4   Q    Could you describe a China hat for me?
    5   A    The ore goes through a primary crusher.  The mine will
    6        deliver it into the crusher, gyratory crusher or a jaw
    7        crusher, and that was where the unsafe situation came
    8        from.  It gets crushed and conveyed into a building.
    9        They call it the China hat because it's a real shallow
```

John Kells Dep Vol I.txt
```
10        cone.  It drops on the floor from the -- pretty high
11        up, like 100 feet or more, because it has to build a
12        pretty big cone.  It drops onto the feeders in the
13        floor that then convey the ore into the mill that will
14        feed the ore through the chutes into the mill.
15               What happened was they built a new sag mill,
16        Sag 3, with I think the PRI project, production rate
17        increase.  They put in another sag mill, so they had
18        three sag mills now and a new crusher, a gyratory
19        crusher.  Prior to that, we had a jaw crusher and two
20        sag mills.  The jaw crusher would dump out in the
21        middle of the four feeders to feed the two sag mills.
22        The feeders for Sag 3 were offset and the drop point
23        for the gyratory crusher was also offset so it would
24        feed all six feeders.
25               There was a permitting problem the day we were
00027
1         supposed to start up the gyratory crusher.  They said,
2         no, you don't have a permit for it.  It took one year
3         to get the permit to light up the gyratory crusher, but
4         they did want to -- they did want to run Sag 3. The
5         only option you had now -- the jaw crusher was beyond
6         its capabilities to feed these three crushers.  I mean,
7         in theory, it would do it, but if you have experience
8         with equipment you know if something is rated at 700
9         tons per hour and you're thinking on a 24-hour, seven-
10        day-a-week basis, you'd better crank that down some
11        because you're going to have to be doing maintenance
12        and there's going to be glitches in it.  You're going
13        to get rocks stuck in it.
14               At any rate, the jaw crusher was pretty much
15        maxed out to the point where we'd have operator's hot
16        seat in the shift change.  They wouldn't shut down the
17        crusher.  The guys would cross shifts; they'd get an
18        extra half hour just to keep the jaw crusher running.
19        But in order to feed Sag 3, you had to get in there
20        with a dozer and push ore into those two offset
21        feeders, and you had to do that while the jaw crusher
22        was running.
23               So you had this big cone of material dropping
24        six-inch rock down onto it and, for the most part, it
25        would roll down the sides nicely and you could maybe
00028
1         stay away from it.  But it was really dusty in there,
2         so you couldn't see very well and sometimes the rocks
3         would bounce off of the pile and come and hit the
4         dozer.  Most of the time, they didn't hit a window, and
5         you never even heard about it, but they did sometimes
6         hit the equipment and hurt the equipment.
7                The other problem you'd have there is if a
8         feeder bridged for a little while, then there would be
9         a hollow spot underneath it and the dozer would drive
10        into it and collapse it, and then you'd have a dozer
11        stuck in the feeder and you'd have to try to get it
12        out.  Again, trying to keep the crushers running.  My
13        own choice on that was to shut the jaw crusher down.
14        And the argument against that was the mill would run
15        out of feed.  That was a consequence of not having a
16        permit to run the gyratory crusher.  It was not -- I
17        don't think that it superseded the safety requirements.
18     Q  Two questions.  When you were talking about hot seats,
19        what's -- what does hot seat mean?
20     A  Typically, when you're running a crusher, the one crew
```
Page 12

John Kells Dep Vol I.txt

```
21          will get off, they come over -- come back over to the
22          office, they sign their time card, and there's a half
23          hour or hour gap before the other shift will come on.
24          In this case, we'd run either the one shift late and he
25          would run until his relief came so that we'd never shut
00029
 1          the crusher down.....
 2    Q     Okay.
 3    A     .....until it broke.
 4    Q     And by bridged, are we talking about that -- your dirt
 5          just sort of covered up the hole and you didn't know
 6          where the edge was?  Is that.....
 7    A     It had pulled the rock out from underneath it and there
 8          was no more feed going into it, so you'd have what
 9          looked like a flat pile of ore, but in -- it was
10          actually hollow underneath, so when you drove the dozer
11          over the top of it, it would collapse it.  Something
12          like an arch or a dome.
13    Q     Yeah.  You know, please excuse my ignorance.  With
14          respect to incident reports, did you ever see any
15          indication that it was more likely that a
16          nonshareholder would get an incident report than a
17          shareholder?
18    A     No, I -- I wouldn't characterize it that way.
19    Q     Okay.  I wasn't trying to put words in your mouth, but
20          I needed to ask the question.
21    A     Uh-huh.
22    Q     Now, you mentioned that one of these books has where
23          Larry got the job.  Could you identify that book,
24          please?
25    A     Oh, let's see.  I'll try November here.
00030
 1                MR. HALLORAN:  For those of you on the phone,
 2    there are a number of exhibits that have been marked.
 3    A     Okay.  I've got November 16th has "Larry accepts the
 4          shifter job."
 5    Q     Can I look, please?  What does, "Got regional to OTZ"
 6          mean?
 7    A     What's that?
 8    Q     Got regional to OTZ.
 9    A     Oh, got -- the regional operators got out to Kotzebue.
10    Q     Oh, okay.
11    A     That was a real crapshoot on rotation day.  If the
12          weather was bad, sometimes you'd get one crew in; the
13          other crew wouldn't get out or vice versa.  You'd get a
14          crew out and nobody in, so you'd have four guys working
15          the mine till the weather cleared up.
16                MR. LOGAN:  Gentlemen, just for a second, I'm
17    just looking at the pages nearby.  Okay.  Let me mention that
18    this is exhibit number 6 and the top says November 18th, 2004.
19    Q     Thank you very much, Mr. Kells.  Let's see what else
20          I've got here.  Do you remember how Gregg's incident
21          rate was at the time you were making your choice as to
22          who was going to take over as shifter?
23    A     I don't remember anything about that and, again, just
24          because of the -- what I had already talked about was
25          that your more experienced operators had your
00031
 1          highest -- higher incident rates because you put them
 2          in riskier positions.  I wouldn't have weighted it at
 3          all, to be honest with you, unless it was an incident
 4          of blatant disregard for safety.
 5    Q     Do you know of any blatant disregards for safety during
```

John Kells Dep Vol I.txt

```
 6              the period that you were there that Gregg may have
 7              engaged in?
 8    A         No.
 9    Q         Okay.  Who is Chuck Barger?
10    A         Chuck Barger is a young guy.  He started there probably
11              at least a year before this happened.  He had been to
12              operator training school down in Oregon, I think.  Had
13              really good operator skills.  He's a real smart guy;
14              had a lot of promise as being an excellent operator.
15              Kind of a side note on that: he did have an occasion
16              where he drove a D9 into the tailings pond and it was
17              because he was given that assignment because Martin
18              Perione was in the MSHA class that day.  Martin, being
19              the more experienced operator, would have been put in
20              the riskier position.  Chuck was put in this one.
21                   I did the incident investigation on that.  My
22              conclusion was Chuck lacked the experience to be in
23              that situation.  My advice to him was, this is how you
24              get experience and that the fault was not his; it was
25              partly circumstantial because we didn't have a more
00032
 1              experienced operator to put in there, but that that
 2              would have been the -- the root cause would be lack of
 3              experience and Martin being tied up was the reason for
 4              that.  But Chuck -- I'm sure he's doing really well.
 5              He's a smart guy.
 6    Q         And trying hard not to get wet in the future?
 7    A         Yeah, I -- I think he learned quite a bit from that.
 8              And, like I say, that is how you get experience.
 9    Q         Right.
10    A         You don't get it by reading.
11    Q         With the exception of the -- I think it was the Noorvik
12              people you were mentioning.
13    A         Uh-huh.
14    Q         Were there any other people that objected to the
15              selection of Mr. Hanna as the shifter?
16    A         I know the drill blast guys didn't like him much and a
17              lot of that was just he didn't know anything about
18              drill blast, but wanted to run that crew.  And there's
19              quite a bit of specialized knowledge, and that would be
20              the first place to start, would be to get the knowledge
21              and then start running the crew.
22    Q         Uh-huh.
23    A         And Austin Norton also complained, and I got that out
24              of.....
25    Q         Who?
00033
 1    A         .....these notebooks.  Austin Norton was one of the
 2              operators and he had complained about the evaluation
 3              Larry had done on him.  But my -- the thing that I
 4              remember distinctly is the guys from Noorvik.
 5    Q         Okay.  The drill blast guys, can you give me a name?
 6    A         Chris Martin.
 7    Q         Chris Martin.  Do you know if he's still at the mine?
 8    A         I'm sure he is.
 9    Q         Okay.  And he was -- tell me again so I'm not
10              paraphrasing you wrong.
11    A         I think he just felt like Larry was trying to run that
12              crew when -- the crew was pretty independent.  Most of
13              the shifters didn't have any specific blasting
14              knowledge.  And you can make a fool out of yourself
15              real quick in blasting if you don't know what you're
16              talking about.  So Larry came in with the attitude that
```

Page 14

John Kells Dep Vol I.txt

```
17              he was in charge of the crew and Chris resented that,
18              and I think some of it was just their history of being
19              independent.  He resented that.
20    Q         Okay.  So we've got Chris Martin, Austin Norton, and
21              were there any other people that expressed
22              dissatisfaction with the selection of Mr. Hanna?
23    A         Steve Sampson was the one from Noorvik who came into my
24              office and was adamant about it that -- and he was from
25              Noorvik.  I believe Henry Goodwin was also from Noorvik
00034
1               and he didn't specifically come into my office, but I
2               did see him in the hallway.  And he said pretty much
3               the same thing.  Because I had told the crews, give me
4               your feedback on this.  I want to know because I -- I
5               get a snapshot of these guys when I drive around with
6               them in the truck and I look at their paperwork, but
7               you're the guys working with him.  If you've got
8               anything to say, say it.
9     Q         Right.  Anybody come in and say, gee, why didn't you
10              hire Mr. Conitz?
11    A         I don't think so.
12    Q         Besides Mr. Conitz, of course.
13    A         That was it.  Now, another thing here is Steve Sampson
14              also complained about Martin.  Steve was a -- kind of a
15              vocal guy and I tried to encourage that in my crews.
16              If you don't tell me what you think, I won't know
17              and.....
18    Q         Sure.
19    A         .....you know, even if it's something I don't want to
20              hear or you think I don't want to hear, spit it out and
21              we'll sort it out that way.  That's the only way we can
22              resolve issues.
23    Q         Okay.  Any other people you can think of that would
24              have information that would bear on the selection?
25    A         No.
00035
1     Q         Okay.  So was this a committee between yourself,
2               Mr. Zigarlick, and Mr. Sommers from the -- or Mr. Scott
3               from the beginning or did it become a committee?
4               How -- I'm confused as to how -- I'm hearing you say,
5               gee, it was my decision and then all of a sudden I'm
6               hearing that we're having big meetings, and I'm a
7               little confused about what happened.
8     A         That's -- yeah, I'm confused about it myself because I
9               was never given the impression that it was anybody's
10              decision but my own.
11    Q         Okay.
12    A         And that was consistent with how things were done in
13              the mine department.  I made lots of decisions.
14    Q         And what happened to make it change?  I mean.....
15    A         Again, I'm not real clear.  I do know that sequence.  I
16              talked to Ted, I talked to Steve Lozano, and then I
17              talked to Rob, Ward, Larry.  I talked to both of them,
18              but I don't know which I talked to first.
19    Q         Rod who?
20    A         Rob Scott.
21    Q         Oh, Rob Scott.  Okay.
22    A         And somewhere after having talked to Rob and Larry, the
23              whole thing changed into that committee decision.
24    Q         And the committee decision was?
25    A         Was that Larry was going to be the shifter.  And,
00036
1               again, the first meeting that I had, the conversation
                                Page 15
```

John Kells Dep Vol I.txt

```
 2              was focused on the shareholder preference.  And my
 3              distinct memory of that was saying I didn't think it
 4              was legal and then looking at Nana agreement.
 5   Q          Oh, there's the question I wanted to slide in here
 6              somewhere.  There's -- there was a conversation some
 7              time in the past that I was not party to where I
 8              believe Mr. Conitz was on the telephone.  Were you on
 9              the telephone with Mr. Covell or were you in
10              Mr. Covell's office at that time?
11   A          I was probably in Mr. Covell's office.  I went to see
12              him not last summer, but the summer before.
13   Q          Okay.
14   A          And I think there's a -- his e-mail to me or his letter
15              to me in there that's got the date in there.
16   Q          Okay.  And did you say anything to Mr. Covell at that
17              time that is any different than anything you've said
18              today?
19   A          No, it's the only story I've got.
20   Q          That's the only one we want.  Okay.  Now, you indicated
21              that you'd read the policy manual concerning
22              shareholder hire.  Could you tell us what your
23              understanding is, how it impacts advancement?
24   A          Well, I think if you're a nonshareholder, then -- and a
25              shareholder applies for the same position, that he
00037
 1              definitely has an advantage over you and that's even if
 2              he doesn't have the experience in the position.  But
 3              the phrase "can be trained in a reasonable time" is
 4              pretty vague.  I mean, what's reasonable and how do you
 5              know if you can train somebody until you train them?
 6   Q          Okay.  I've got some questions that I've sort of dug
 7              out of all these papers.  If you don't know the answer,
 8              just tell us you don't know.  Please don't guess.
 9   A          Uh-huh.
10   Q          Okay.  We'll just go forward from there.  How much day-
11              to-day contact did Mr. Zigarlick have with these
12              applicants?
13   A          See, me and Ted were on alternate shifts so that he was
14              there a week when I was there and we each worked our
15              respective jobs, and then he was gone for either my
16              first or second week when I was there, so I would do
17              his job and my job.  And when I was gone, he would be
18              doing the jobs.  When we were both there, I -- I
19              don't remember him having a lot of contact in the mine.
20              I can't say for when I wasn't there and he was doing my
21              job, also.
22   Q          Okay.  Thank you.  Mr. Sommers.  Did he actually have
23              day-to-day contact with the workers?
24   A          No.  I don't even remember Sommers being involved in
25              this one.  I dealt with Jim Sommers on a couple other
00038
 1              matters, the one involving Ralph Lewis and then Gary
 2              James.  But I don't remember him being involved in this
 3              at all and maybe he was between him and Rob and Ted,
 4              but I wasn't -- he was never involved in it when I was,
 5              you know, in.....
 6   Q          Okay.  Who is Jerry [sic] James?
 7   A          Gary James is an operator who -- I don't really know
 8              how to describe it, but he went a little berserk at the
 9              mine, wouldn't get out of the grader.  I went out in
10              the field and got him out of the grader and brought him
11              into the office and, luckily, we had a plane going out
12              and we shipped him out on it.  He had some -- he was
```

Page 16

John Kells Dep Vol I.txt

```
13              stressed out or something, but.....
14   Q          Okay.
15   A          That was -- Sommers was involved in that.  He was in my
16              office while we were talking to him and, actually, Rob
17              Scott came by, too.
18   Q          And how about Ralph Lewis?  Who was he?
19   A          Ralph Lewis was an operator that Ted had fired.  He
20              fired him, I think, on the day he was going out, I was
21              coming in.  I heard Ralph Lewis had been fired.  Ralph
22              was a dangerous guy.  He was way overconfident.  You
23              know, the same thing I'm talking about.  I'd actually
24              seen him turn a triple 7 to where he put it up on two
25              wheels.  We disciplined him on it and it didn't seem to
00039
1               be having any effect.  I thought Ted had made the right
2               decision firing him.
3                     What the managers were telling me was, well,
4               Ted didn't do it right; we're going to have to bring
5               him back and I told them, no, I thought Ted did the
6               right thing and that we should stick with it.  And
7               looking through these books, I did wind up talking with
8               you on the phone about it.  Your advice had been --
9               originally been to bring him back and I gave you
10              several reasons why we shouldn't do that.  To the
11              extent that if he were to.....
12   Q          Can I interrupt you for just a second?
13   A          Sure.
14                    MR. LOGAN:  Did you want to assert privilege
15   here?
16                    MR. HALLORAN:  No.
17                    MR. LOGAN:  Okay.  Fine.  He's talking about --
18   for the record, he's talking about discussions with
19   Mr. Halloran.
20   Q          Go ahead.
21   A          So at any rate, I started off being the only one
22              defending that decision and in the end we stuck with
23              the decision and.....
24   Q          Rather than kill somebody, is the impression I'm
25              getting.
00040
1    A          What I -- what my argument was, is if we bring him back
2               to save us $100,000 in a lawsuit or whatever is going
3               to happen out of this, without having it jammed down
4               our throat, and he kills somebody, what position are we
5               in then?  And to me, that constitutes negligence.  If
6               you take somebody that you know is reckless and you
7               say, well, we didn't want to go to court and spend any
8               money on it -- because there's a real potential for
9               killing people.  The trucks are big, the pickups are
10              small, all the other equipment is.....
11   Q          And everything is hydraulic, right?  Or just about
12              everything is hydraulic.
13   A          There's lots of hydraulics, yeah.
14   Q          Okay.  Okay.  I might be going over something we kind
15              of went over already.  I'd asked you what criteria
16              you'd used in making your selection.  Was there any
17              paperwork published that would help guide you in
18              deciding what you would think about when making
19              the.....
20   A          I have to think there was, but I don't remember
21              anything specific about it.  Because, like I say, they
22              had this PPC program and I can't imagine it didn't
23              cover shifters, but I don't remember anything specific.
```

Page 17

John Kells Dep Vol I.txt
```
24  Q    And what does PPC stand for?
25  A    I don't remember.  Performance -- I don't know.
00041
 1       Performance is in there somewhere; one of those P's is
 2       performance.
 3  Q    And do you know whether Mr. Scott or Mr. Zigarlick had
 4       some kind of criteria that they were supposed to use,
 5       too?  Do you know?
 6  A    I don't know.
 7  Q    Don't know.  All right.  Were you given any
 8       instructions about how to apply these criteria when you
 9       were making your selection?
10  A    No.
11  Q    No?  Okay.  Do you know whether there were any records
12       kept pertaining to the impact of selection procedures
13       on employment decisions, you know, as it pertained to
14       race or.....
15  A    I don't know anything.....
16  Q    Never saw them?  (Pause)  Did you ever see a list of
17       hires or promotions by job that included race or
18       national origin information?
19  A    No.
20  Q    Were there any lists or jobs that said here's a
21       shareholder and who wasn't?
22  A    That.....
23  Q    Who was a shareholder and who wasn't.  Was there a list
24       around there since this apparently was important?
25  A    Yeah, I think -- I think that was -- I don't know.  I
00042
 1       don't want to commit to anything on that.
 2  Q    No, that's fine.  If you don't know, please...(pause).
 3       Did you create any written evaluations that you shared
 4       with anyone else concerning this or were they all
 5       verbal?
 6  A    You know, if I did have anything written out, it was in
 7       that steno notebook.
 8  Q    The steno notebook, can you tell me more about it?
 9  A    On a day-to-day basis, I would -- we'd meet with
10       engineers, geologists, shifters first thing in the
11       morning, go over what we did yesterday, what we're
12       going to do today, and keep that in a notebook.  And
13       then anything else that came along, I would -- like the
14       conversation about Ralph Lewis, I would document in
15       that book.  These notebooks that you're looking at here
16       are just a real overview of.....
17  Q    Just a rough guess for me here.
18  A    But not the detail that would be in those steno
19       notebooks.  And I had one of those for every day.....
20  Q    Okay.
21  A    .....that I was there.
22  Q    During that first meeting that we were talking about
23       between yourself, Scott, and Zigarlick, was anything
24       besides the fact that the shareholder preference
25       controlled, was anything concerning qualifications and
00043
 1       that discussed that you remember?
 2  A    I don't remember anything.....
 3  Q    Nothing but.....
 4  A    .....about qualifications being discussed.
 5  Q    Okay.  There are some records called seat time out
 6       there, how long somebody spent operating a certain.....
 7  A    Oh, sure.
 8  Q    I think they called them seat time.  Is that the right
```
Page 18

John Kells Dep Vol I.txt

```
 9              name or.....
10    A         That sounds okay.
11    Q         What would you call them?
12    A         Operating hours.
13    Q         Operating hours.
14    A         And from their time cards, you'd have the equipment
15              they were in and you could pull it up in the databases
16              how much they'd spent on any piece of equipment.
17    Q         Did you take a look at those when you were evaluating
18              these guys?
19    A         No.  That wouldn't have been very fair to Larry because
20              he didn't have any time on the big loaders and very
21              little on D9s.  And, again, I don't feel that it's
22              important that a shifter -- and maybe it's just, you
23              know, my personal preference because I'm a shifter and
24              I don't run equipment.  I don't think it's necessary.
25              I know what the equipment does and where it should be
00044
 1              and where it shouldn't be.
 2    Q         Okay.  Except for the people that we've mentioned
 3              already, is there anybody else who would have
 4              information concerning the choice of Mr. Baker [sic]
 5              over Mr. Conitz that you can think of?
 6    A         I think you're wanting to say Hanna when you're calling
 7              him.....
 8    Q         I'm sorry.  Mr. Hanna.  Mr. Hanna.
 9    A         No, I can't think of anyone.
10    Q         Okay.  Have you any feeling for the selection rating of
11              supervisors vis-a-vis Alaska Natives versus other
12              racial groups while you were at the mine?
13    A         They did have a program to help shareholders into
14              supervisor positions.  Not much seemed to come out of
15              that, but I do think that was part of the decision in
16              appointing Leo as the shifter.  And Leo did a good job;
17              Leo was a good guy to work with.  I was real sorry to
18              lose him.
19    Q         Were the shifters like 70 percent Native -- or I'm
20              sorry, 70 shareholders, 80 percent shareholders, 90
21              percent, 60 percent?   Roughly.
22    A         Well, we had three and both Tad Baker and -- who Leo
23              replaced, and Leo were shareholders, so I would say 33
24              percent of them.
25    Q         Thirty.....
00045
 1    A         Shareholders.
 2    Q         Thirty-three percent what?
 3    A         Thirty-three percent of the shifters were shareholders
 4              because one out of three was a shareholder.
 5    Q         Okay.  (Pause)
 6                   MR. LOGAN:  Madam Court Reporter, who would you
 7    want to mark pages contained within the file that we've ex --
 8    that we've done, exhibit 11?
 9                   COURT REPORTER:  Do you want to call them 11-A,
10    11-B?
11                   MR. LOGAN:  Okay.  Well, maybe I'll just take
12    the ones off of the top that I want to talk about and we'll go
13    from there.  Will that be all right with everybody?
14                   MR. HALLORAN:  That's fine.  Just put a sticker
15    on each one maybe.
16                   MR. LOGAN:  Okay.  Thank you.
17                   (Deposition Exhibits 11-A, 11-B, 11-C marked)
18    Q         11-A through C, please.  Thank you.  I'm going to ask
19              you to turn your attention to -- only lawyers talk like
```

John Kells Dep Vol I.txt

```
20          that, by the way.  Exhibit 11-C.  This appears to be an
21          e-mail to Mr. Halloran from you and then a response.
22          If I could ask you to read the second paragraph,
23          please, into the record.
24    A     "I have looked over your affidavit and I don't think it
25          accurately describes the events surround Larry Hanna's
00046
1           promotion.  There are several important details that
2           have been omitted and others have been included that
3           conflict with my own memories.  It may be difficult to
4           put together an accurate account by trading e-mails."
5     Q     Okay.  And is the declaration we're talking about what
6           has been marked exhibit 11-A and 11-B?
7     A     I don't get the question.
8     Q     All right.  Here you're saying some of these
9           things.....
10    A     Oh.
11    Q     .....don't accurately reflect it.
12    A     Exhibits.....
13    Q     Is this the one.....
14    A     .....11-A and B.
15    Q     Okay.  Could you tell us what in here doesn't
16          accurately reflect what really happened and then follow
17          it by what really happened.  And I have to agree, it's
18          real hard to do this sort of thing over the phone.
19    A     What I felt was missing here was that the decision had
20          been mine.  It just says here it was my preference to
21          promote Mr. Conitz and, ultimately, Ted Zigarlick, the
22          superintendent, and/or Rob Scott, the general manager,
23          did not accept my recommendation, which doesn't reflect
24          that they weren't involved in the decision up until the
25          point I made mine.  Then, here, it says once the
00047
1           selection had been made, I was informed by my superiors
2           that Mr. Hanna was promoted because he was the better
3           qualified applicant; however, it is my belief that he
4           was promoted at least in part because he's a Nana
5           shareholder.  When the selection had been made, the
6           only criteria that I remember being discussed was the
7           shareholder.  The -- Larry being the more qualified
8           applicant was from the second meeting and that was
9           after Gregg Conitz had filed his complaint.
10    Q     Anything else?
11    A     No, I think that's fine.
12    Q     Okay.  Do you feel that by doing this by deposition,
13          the way we have done it, that it satisfies your needs
14          to get the whole picture out on the table?
15    A     Yeah, I think this is a much better way to do this.
16          The trouble with the e-mails is they aren't very
17          flexible, for one thing.  You send out the e-mail and
18          it's a done deal.  And I don't understand the context
19          of what all this is going into.  I haven't been
20          involved in this case.  I don't really have a personal
21          interest in the case.  Both of you do have interests in
22          it and you do understand the context, so I can't
23          imagine that would be the system where you get the most
24          accurate picture here.  I think it's better that both
25          sides get to ask their questions and I'll tell my story
00048
1           and answer the questions as best I can, and you guys
2           sort it out from there.
3     Q     I'm far unl -- I'm far less likely to understand the
4           context until I get his next piece of paper, actually.
```

John Kells Dep Vol I.txt

```
 5              Is there anything else that you think is important that
 6              we haven't touched on yet?
 7    A         I think that about covers it.
 8    Q         Okay.  Can you think of anything that's in any of the
 9              daytimers that perhaps we should discuss?
10    A         No, they're -- it's pretty sketchy, the stuff in there,
11              and, you know, you're welcome to look through them and
12              if you do have questions later, I can respond to them.
13    Q         Okay.  Anything else you want to tell us?
14    A         No.
15              MR. LOGAN:  Okay.  No -- I have no more.....
16              MR. COVELL:  Don, take a break here and call
17    me.
18              MR. LOGAN:  Can we take a break while I may
19    call my other -- do you mind?  Okay.  Why don't we take a short
20    break and I'll give a call from out in the other room.
21              COURT REPORTER:   Off record.
22    (Off record)
23    (On record)
24              COURT REPORTER:  We're back on record.
25    Q         Okay.  I've got just a few more questions that have
00049
 1              been suggested to me, that make a certain amount of
 2              sense, and I'll try to make them quickly.  We've
 3              mentioned these -- I think you called them steno pads.
 4    A         Uh-huh.
 5    Q         Where would those be kept at the mine?
 6    A         I.....
 7    Q         Do you know?
 8    A         I seriously doubt that anybody keeps them, but I had a
 9              file cabinet and I just kept them in order there.
10              Either in my desk or in the file cabinet in back of my
11              desk, is what I remember.
12    Q         So that's where they would look for them if they wanted
13              to try to find them now?
14    A         Yeah, it's -- I would think whoever moved in there
15              would have done something with them.  So they would
16              have put them in storage somewhere or.....
17    Q         Okay.  Thank you.  I don't recall whether you said when
18              comparing Mr. Hanna, Mr. Perione, am I saying that
19              right?
20    A         Perione.  Uh-huh.
21    Q         And Mr. Conitz.  As to which of them you thought were
22              better with people.
23    A         Gregg would have been the better with the people and
24              that isn't universal.  Larry got along really well with
25              some people and then he was abrasive to others, that
00050
 1              was my impression of it.  And that was kind of verified
 2              with the conversations I had with the Noorvik guys.
 3              Martin was a real good-natured guy.  He was real hard
 4              to understand.  He had a real thick Virgin Islands
 5              accent; that's where he was from.  So he was pretty
 6              reserved.
 7    Q         Virgin accents?  Or like Rasta?
 8    A         Yeah, I don't -- I don't really know how to describe
 9              it, but.....
10    Q         Yeah.
11    A         .....yeah, it was a thick accent.
12    Q         Okay.  Had you heard of many problems between Gregg and
13              some of the other people as far as.....
14    A         I can't remember anything.
15    Q         Okay.  Again, once again, if you don't know the answer,
```

Page 21

John Kells Dep Vol I.txt

```
16        please tell me so.  But did Conitz have the skill to be
17        a trainer?
18   A    Yeah, I would think he was -- he would be good at it
19        and a lot with the trainer position, I put more weight
20        on how he can relate to people.  It takes a certain
21        amount of patience.  It -- the guy doesn't have to be
22        your best operator to be your best trainer.  And I
23        would think his disposition was real well-suited to a
24        trainer.
25   Q    You say that Mr. Hanna was able to pretty much dictate
00051
1         making some changes in the scheduling.  Would anybody
2         have been able to do that or was it just Mr. Hanna
3         seemed to be able to?
4    A    He was the only one that did it.  I know Leo changed
5         his schedule when he came on as shifter.  Whether
6         anyone else could have done it, I don't know.
7    Q    Do you have any idea why Mr. Hanna would be able to do
8         that?
9    A    Not really.  Just he asked for that and he was able to
10        get it.
11   Q    It wouldn't have anything to do with being a
12        shareholder?
13   A    I couldn't say that.  I don't know.
14   Q    Okay.  That's fine.  If you don't know, please say so.
15        So, actually, being able to operate the equipment well
16        doesn't really tie into being a trainer?
17   A    You have to know all the safety features in the
18        equipment, all the walk-around procedures.  As far as
19        actually making it produce, that's sort of secondary.
20        That is up to the operator.  He's the one who has to
21        develop the skills to do it, but the trainer does have
22        to know everything about the piece of equipment and
23        certainly all the safety features, the -- all the
24        operating systems on it.  They're actually pretty
25        complicated, the mining machines.
00052
1    Q    We've been using the word shifter.  Does that mean
2         shift supervisor?
3    A    Yes.
4    Q    Okay.  Is Mr. Lozano a shareholder?
5    A    No.
6    Q    Okay.
7              MR. LOGAN:  I believe that that is all I have.
8    Mr. Halloran, your witness.
9                   JOHN R. KELLS
10   testified as follows on:
11                  CROSS EXAMINATION
12   BY MR. HALLORAN:
13   Q    You said that you've got a college degree.  Is that a
14        mining engineering degree?
15   A    Yes.
16   Q    And you got it from the University of Alaska Fairbanks.
17        Is that right?
18   A    Yep.
19   Q    What year did you get your degree?
20   A    1997.
21   Q    What year did you start working for Teck Cominco?
22   A    '98.
23   Q    And when you first worked for Teck Cominco, you were an
24        engineer in training.  Was that your position?
25   A    Yeah, and that was for Cominco.  That was before Teck
00053
```

John Kells Dep Vol I.txt

```
 1          came into it, and I worked one year at Red Dog, a lot
 2          of that in the survey department, and then I went to
 3          Polaris for a year and then I came back to Red Dog and
 4          moved into the drill blast supervisor position.
 5    Q     And you were loaned to Polaris, basically.....
 6    A     Yeah.
 7    Q     .....as.....
 8    A     And that was Cominco's.....
 9    Q     .....part of a training program that was standard.
10          Right?
11    A     That was Cominco's standard policy.  They would send
12          you to three mines.  Unfortunately, they didn't have
13          three mines by the time I got there.  Polaris was on
14          its way out and Sullivan was closing down, so I was
15          limited to just the one.
16    Q     And when you came back to Red Dog, was that still an
17          EIT position, or was that an engineer I, or what was
18          your actual position by the time you got back to Red
19          Dog?
20    A     That's a good question as to what it would have been
21          called, but I wasn't even in engineering.  I was in
22          drill blast.  So I was in operations at the time and
23          the idea on that was you would do one year in
24          operations and then you would go back into engineering.
25          Just the way things fell, I wound up staying in
```
00054
```
 1          operations.
 2                  Actually, I went back to engineering for a
 3          short time and then the mine coordinator died, and I
 4          moved into that position, which then when Teck came in,
 5          the name of that position changed to general foreman.
 6    Q     Okay.  So, essentially, you were doing the general
 7          foreman job after you returned from Polaris.  Is that
 8          what you're telling me?
 9    A     The drill blast supervisor would fill in for the mine
10          coordinator when he was out.  So every other rotation,
11          I was -- because the coordinator, Bill Haney, was on a
12          four-and-two and I would -- on every other rotation, I
13          would be the mine coordinator and drill blast
14          supervisor.  Then, in -- when Haney was there, I was
15          just drill blast.
16    Q     All right.
17    A     And I did do engineering functions at that time, too.
18    Q     Do you recall at what point Ted Zigarlick became your
19          supervisor?
20    A     It was when Steve Dismuke (ph) was let go in the -- and
21          I thought it was in the second round of the Teck
22          takeover.  When Teck came in, they replaced managers.
23          I think that's pretty typical in mining operations.
24          They replaced one set and then later -- a month or two
25          later, they replaced a second round and when Steve
```
00055
```
 1          Dismuke (ph), who was a superintendent, was replaced
 2          Ted came into his position.
 3                  Now, Ted had been the superintendent.  Before I
 4          went to Polaris, Ted was the superintendent.  My first
 5          year at Red Dog, Ted was mine superintendent.  When I
 6          went to Polaris, Ted shifted over to the mill and he
 7          was there up until the time Steve Dismuke (ph) was let
 8          go.
 9    Q     All right.  And who before you would have been the mine
10          foreman?
11    A     Bill Haney.
```
                             Page 23

John Kells Dep Vol I.txt
```
12   Q     There was no one in between you and Bill Haney?
13   A     Maybe -- no.  Between me -- no, Haney was there when I
14         got there and, yeah, when I started in the mine
15         department.
16   Q     All right.
17   A     And then Haney got killed in an auto accident on his
18         time off.  That was when he left the job.
19   Q     Now, when you were the mine foreman, how many people
20         were direct reports to you?
21   A     The three shifters and I always carried the drill
22         blast.  There would have been maybe six or seven guys
23         there.  The trainer.  I even think the surface
24         supervisor was somehow in there, but they were pretty
25         independent; I didn't have much to do with the surface
00056
1          department.  I didn't really -- I wasn't familiar with
2          what they did.  They were -- they did fine.  And it was
3          mostly the shifters, the trainer, and drill blast.
4    Q     And when you say the drill blast, are you talking about
5          just the supervisor or the entire group of people in
6          that unit?
7    A     I was their supervisor.  They didn't have a supervisor.
8          It was just everybody -- anybody who ran a drill or
9          dealt with explosives.
10   Q     All right.  And, basically, when you talk about drill
11         blast, this is an open-pit mine at Red Dog that we're
12         talking about, right?
13   A     Yes.
14   Q     So, essentially, they're using high-grade explosives to
15         essentially turn a mountainside into rubble and then
16         equipment to kind of clear it off into benches and
17         stepping their way down into an ever-increasing hole.
18         Is that.....
19   A     Uh-huh.
20   Q     .....essentially what drill blast is all about?
21   A     Yeah.  You're drilling, shooting the rock, and then the
22         mine crew comes and hauls it off.
23   Q     Okay.  And when you mean the mine crew, those are the
24         equipment operators?
25   A     Correct.  Production.
00057
1    Q     And how many equipment operators were there?
2    A     I think there were about 10 on each crew.  Might have
3          been a couple more than that if you throw in the
4          crusher operators, but 10 sounds about right.
5    Q     And in 2004, can you remember who those equipment
6          operators were?
7    A     I can remember some of them.
8    Q     Go ahead and name all the ones you can remember, if you
9          will.
10   A     Oh, I'll start with ones I've just already named: Steve
11         Sampson, Henry Goodwin, Jason Smith, Austin Norton,
12         Chuck Barger, Martin Perione, Larry Lewis, Jimmy
13         Jackson, Sonny Hadley, John Barger, John Sheldon.
14   Q     Do you think there are others that you haven't named?
15   A     Oh, certainly.
16   Q     How about Gregg Conitz?
17   A     Gregg Conitz, yeah.
18   Q     Of those that you just named, which ones do you
19         classify as experienced?  Which ones are essentially
20         experienced as of that time frame?
21              MR. LOGAN:  Was that 2004?
22              MR. HALLORAN:  Uh-huh.
                         Page 24
```

John Kells Dep Vol I.txt

```
23            MR. LOGAN:  Thank you.
24   A   Sonny Hadley was training.  He -- he wasn't one of our
25       inexperienced guys at the time.  We had Tristen Patee
00058
 1       (ph).  He was kind of a new hire and he was probably
 2       one of the less experienced.  Phyllis Harris had just
 3       hired on, so she was definitely inexperienced.
 4       Lestenkoff.  I forget his first name.  Last name was
 5       Lestenkoff.  He was a relative new hire.  Bill Cress.
 6       He was an old hand.
 7   Q   How about Sampson?  Experienced?  Inexperienced?
 8   A   He was good in the truck.  I don't think he was -- I
 9       don't remember what other equipment that he -- he ran.
10       It seems like we had him in the loader some, but I
11       don't remember much about that.  He was mostly in the
12       truck.
13   Q   Do you know, would he have been a level 6 or not?
14   A   I would doubt it.
15   Q   And how about -- did you mention somebody named Grodan?
16   A   No.  No, I can't think of who.....
17   Q   Okay.  Chuck Barger.
18   A   Chuck Barger.  He was at least a level 4 and he might
19       have been a level 5.  And there was some resentment
20       about how fast he'd climbed the ranks and I stood by
21       that; that if a guy -- it isn't by a set time.  If the
22       guy has got the skills and he gets up to the level,
23       then he gets the promotion.  So we did advance Chuck
24       faster than I think anybody else I had seen in the
25       past.  And he was an excellent operator.
00059
 1   Q   And how about Martin Perione?
 2   A   Martin Perione.  He was definitely level 6.  Of anyone
 3       at the mine, he was the best dozer operator we had.
 4   Q   You mentioned someone Norton?
 5   A   Austin Norton.  Yeah, he came from the mill, I think,
 6       and he hadn't been in the mine very long.  And shortly
 7       after that, I think he went to environmental.  So his
 8       time in the mine department wasn't very long.
 9   Q   Do you know what level he was rated as?
10   A   He would have been an entry level or level 1.
11   Q   Okay.  An entry level less than level 1?
12   A   Uh-huh.  And I don't remember if there was an actual
13       time limit on that.  It seems to me there was a time
14       limit.  You had to do a certain amount of time in entry
15       level, which restricted you to a truck and it was a
16       lower pay rate.  And then after your 90 days, or
17       whatever the limit was, then you were eligible to go
18       to -- or you would -- you would either not be given the
19       job or you would be given level 1.
20   Q   Okay.  And when you say you're restricted to a truck,
21       what size truck are you talking about?
22   A   They ran triple 7's there.  Most of them were 85-ton
23       trucks.  They did have one triple 7D that's a 100-ton
24       truck, that's basically the same truck.
25   Q   In 2004, weren't they switching all of them to 100 tons
00060
 1       at that point?
 2   A   They might have been.  It seemed like we had at least
 3       one, but it was a -- it was a mixed fleet.  You had the
 4       100 tons and the 85 tons.  You can't really tell the
 5       difference between them, looking at them.
 6   Q   Right.  Did they still have any 70-ton trucks at that
 7       time?
```

John Kells Dep Vol I.txt

```
 8  A    No.  I don't remember anything that small.
 9  Q    In terms of an entry level being assigned to drive a
10       truck, is there any difference in the way they were
11       assigned to drive an 85-ton or a 100-ton?
12  A    No.
13  Q    Just 777's all the same?  They drive the truck.....
14  A    Except that the triple 7D had an ARC system on it,
15       which confused everybody to start with.  That's an
16       automatic retard -- I don't know what the rest of the
17       letters stand for, but it's a system that the truck
18       automatically retards itself.  With the older triple
19       7's, you had a hand retarder, so you manually retarded
20       the truck coming down the hills.  There was some
21       confusion about the ARCs and when it -- we first got
22       that truck, there were operators complaining that it
23       was making them skid and we did work those things out.
24       Any time you come up with something new, there are
25       always glitches to it.  But the ARCs is an excellent
00061
 1       system.
 2  Q    Okay.  How about Mr. Lewis?
 3  A    Larry, I bet he was a level 5.  He was a real good
 4       truck driver.  He could do anything, but he wasn't top-
 5       notch in the equipment.  He was -- he could run a
 6       dozer, but he didn't -- he couldn't do finish work.  If
 7       you just needed a dump pushed off or something roughed
 8       out, he was good at that.  He's a real good-natured
 9       guy, real good guy to work with.  The loader, he was
10       rough on it and he didn't get the numbers, which
11       mattered.  But if -- if you were short your loader
12       operator, I had no reservation putting him in the
13       loader.
14  Q    Jackson?
15  A    Jimmy?  Jimmy -- that was kind of an interesting thing
16       because he had -- he was working there when I came on
17       at Red Dog and he was a truck driver and wanting to get
18       on the other pieces of equipment.  And that was kind of
19       promised to people, was that they would get on other
20       pieces of equipment and that was something that I was
21       working with the shifters on, was -- they would
22       complain to me that these guys wanted to run other
23       equipment and they didn't have the opportunity or the
24       guy didn't have the skill level.  And then I would look
25       at the evaluations they would do on it, and they would
00062
 1       be promising the guy, we'll give you time on the
 2       grader.  So I said, this is the cause of your problems
 3       here: you're telling them you're going to do this and
 4       then you're not doing it.  So quit telling them you're
 5       going to do it unless you're going to do it.
 6            Jimmy had gotten on other pieces of equipment
 7       and that was also something I had a problem with, was
 8       you didn't get a pay increase until you ran more
 9       equipment.  And I felt like if you had a really good
10       truck driver, he should be able to get level 5 pay.
11       Maybe not level 6, but level 5 anyway if all he did was
12       drive that truck and he did really well at it.
13            Jimmy Jackson did fine in the truck; he didn't
14       do very well in the other equipment.  He wound up
15       quitting and I saw him a couple of years later.  He was
16       working for AIC and he came up to me and told me he
17       really needed a job.  And I told him, look, Jimmy, the
18       problem was that you were -- you weren't performing in
```

John Kells Dep Vol I.txt

```
19          the bigger equipment and I'll get you back on, but
20          you're going to be in the truck.  He said that was
21          fine.  And I came and told the mine department that and
22          they all told me I was an idiot.  And I said, no, give
23          him a chance.  He'll -- he'll work out.  And he did,
24          and he -- he was happy with being a truck driver and he
25          did an excellent job driving truck.
00063
 1    Q     Well, is there another Jackson equipment operator
 2          besides Jimmy?
 3    A     Oh, I'm kind of trying to picture the faces at the
 4          line-up.  Marvin Jackson, yeah.  Now, Marvin would come
 5          and go and Marvin was an excellent operator.
 6    Q     Was Marvin a level 6?
 7    A     I'm sure he was.
 8    Q     And then you mentioned another Barger whose initial was
 9          a J, but I didn't get the first name.
10    A     John Barger.
11    Q     John.  Who is he?
12    A     He was -- he ran the crusher.  Didn't have much
13          interest in the equipment.  He worked in the gyratory
14          crusher, and he was a good hand.
15    Q     Do you know what level he was?
16    A     The crusher was limited as to how high they could go,
17          and that was one of the problems with being in the
18          crusher and I -- I forget what we settled on.  I was of
19          the opinion that we should raise them up prob- -- you
20          know, definitely not to a level 6, but at least a level
21          4 to give them some incentive to stay in the crusher.
22          Because what you would wind up with is you'd train a
23          guy in the crusher -- this crusher is, you know, over a
24          million dollar piece of equipment.  It's the choke
25          point of the entire mine.  Every piece of rock that's
00064
 1          going to be produced as your product has to go through
 2          that crusher, so it's a really vital piece of
 3          equipment.  You train a guy up and then he'd say, well,
 4          I only get to level 2; I want on a truck.  And he'd
 5          jump out on a truck and then you train somebody else.
 6          So I thought, let's get them up in -- you know, give
 7          them some kind of perks or something so that we can
 8          retain people in the crusher.  So I don't know what
 9          level he did get to, but I would hope it would be level
10          4.
11    Q     Somebody Sheldon?
12    A     Yeah, I said that.  Which Sheldon was that?  Can you
13          refresh my memory as to which Sheldon?
14    Q     Unh-unh.
15    A     Oh, John Sheldon.  J-5.  Some of these guys had
16          different names and that's what I remember more than I
17          remember their regular name.  I'd see their regular
18          name on the time card, but John Sheldon was called J-5.
19          John Barger was called Papa John.  Steve Sampson was
20          Ponji, Henry Goodwin was Boyuk.
21    Q     Do you recall what level Mr. Sheldon was?
22    A     He would have been a level 4.  He was in the crusher,
23          also, but I think he was getting out and starting to
24          get on equipment.  But I know that he was first rate in
25          the crusher.
00065
 1    Q     How about Mr. Goodwin?
 2    A     You know, I can't remember his level.  I think he
 3          probably could have got up to 4.  He might not have
```

Page 27

John Kells Dep Vol I.txt

```
 4        gotten past 4.
 5   Q    Okay.  And then Mr. Conitz was a level 6.  Is that
 6        correct?
 7   A    I think so.
 8   Q    Do you recall whether any other level 6's besides
 9        Mr. Perione, Marvin Jack- -- or, yeah, Mr. Jackson, and
10        Mr. Conitz?
11   A    No, I can't say for sure.  I was more familiar with the
12        drill blast because I was the one promoting or holding
13        their promotions and the shifters were in charge of
14        their crews as far as promotions.  I would see them and
15        I would sign them, but it wasn't something I was
16        involved in the -- I wasn't the guy making the decision
17        and then looking at the paperwork that controlled that,
18        so.....
19   Q    Okay.  And then how many mobile equipment trainers were
20        there?
21              MR. LOGAN:  I'm sorry, I didn't hear the
22   question.
23   Q    How many mobile equipment trainers were there?
24              MR. LOGAN:  Thank you.
25   A    In the end, there was just one when it -- after Ted
00066
 1        came in.  It started out we had one for surface crew
 2        and one in the mine and then that was consolidated into
 3        one position.  So they.....
 4   Q    And Larry Hanna was that one?
 5   A    Yes.
 6   Q    And then he's also rated as a level 6 operator, isn't
 7        he?
 8   A    I'm not sure how the surface crew did that, because he
 9        never worked in the mine prior to becoming trainer in
10        the mine.  So if they had a level 6 on the surface, I'm
11        sure he was a level 6.  He was one of the better
12        operators.
13   Q    And do you know how long he was a trainer in the mine?
14   A    He was a mine trainer from when they consolidated the
15        positions.  Prior to that, he was surface trainer just
16        for the surface department.  So I would think it would
17        be somewhere around the time of the second wave of the
18        Teck takeover.
19   Q    But for purposes of establishing for the court
20        reporter, who is just writing down what we say and
21        doesn't know anything about what we're talking about,
22        are we talking a month?  Are we talking a year?  Are we
23        talking five years?  Could you estimate?
24   A    Oh, maybe a year, would be my guess on it, but.....
25   Q    And this would have been as of mid 2004, you're
00067
 1        figuring?
 2   A    Yeah, that's -- that's as good a guess as any.  I'm not
 3        going to say that's a date I'd want to pin anything on,
 4        but, yeah, that -- that sounds good.
 5   Q    All right.  When Mr. Hanna was a trainer and you were
 6        the foreman, was he a direct report to you or did he
 7        report to someone else?
 8   A    No, he reported to me.
 9   Q    As far as I know, you've never done an evaluation on
10        Mr. Hanna.  Do you know why that would be?
11   A    No.  I don't remember doing evaluations on the
12        shifters, either.
13   Q    Do you recall doing evaluations on any of the
14        operators?
```

Page 28

John Kells Dep Vol I.txt

```
15   A      The drill blast.
16   Q      If I was to represent that you did an evaluation on
17          Mr. Conitz, can you explain why you would have done one
18          on Mr. Conitz?
19   A      No, I don't remember having done that or why I would
20          have done that.
21   Q      All right.  You were asked a question earlier about
22          whether essentially the story you've told here today is
23          the same as the story you would have told to Mr. Covell
24          when you spoke with him in his office.  In fact, the
25          information that you gave here about Mr. Hanna wanting
00068
1           a schedule change, isn't that a topic that you did not
2           bring up at all with Mr. Covell when you spoke to him
3           in his office?
4    A      That is, and actually in those notebooks, because I did
5           thumb through those notebooks just the other day, I
6           made a note of that, that that was something I forgot
7           to talk to Covell about.  And I don't remember which
8           one that's in.  I don't have an extensive written
9           record about this.  This wasn't a big deal in my life
10          at the time.  To me, it was just another episode of
11          running the mine operations.  So I'm not claiming to
12          have a perfect memory on this.  But I did make a note
13          in those books, for whatever that's worth, that that
14          was -- because I hadn't looked at these before I talked
15          to Ken.  In fact, I think that's in one of those
16          e-mails that I e-mailed back to Conitz.  That might be
17          where I saw it.
18   Q      Okay.
19               MR. HALLORAN:  Well, actually, could you pass
20   me that manila folder with -- before did we mark 11-A and B?
21               COURT REPORTER:  Isn't that the exhibit folder
22   right there?
23               MR. LOGAN:  Oh.
24               COURT REPORTER:  I don't know where the.....
25               MR. LOGAN:  Oh, I'm sorry, I gave you the wrong
00069
1    folder.  Here.
2                MR. HALLORAN:  So whose folder is this?
3                MR. LOGAN:  I have no idea.  I'll figure it out
4    in just a second.  It looks like a bunch of my own notes.
5    Sorry.  I'll be sure it doesn't happen again.
6                MR. HALLORAN:  Can you mark this as 11-D, 11-E,
7    11-F, 11-G, H, I, J, K.....
8                COURT REPORTER:  I'm going to jot these down in
9    the corner, okay, because I ran out of stickers.  I don't have
10   enough to do all of them.
11               MR. HALLORAN:  That's fine with me, unless
12   Mr. Kells objects.
13   A      Nope.  No, you can have those.  I looked through them
14          first.
15   Q      All right.  So it's just the bound books that you need
16          back from court reporter.
17   A      Yes.  And, you know, if was -- if I was to lose them,
18          it wouldn't.....
19               MR. LOGAN:  While she's doing that, maybe would
20   it be all right with you if I ask him to see if he can find
21   that one book?
22               MR. HALLORAN:  I'd prefer to just keep going
23   through my questions here for awhile.
24               MR. LOGAN:  Sure.
25               (Deposition Exhibits 11-D through 11-L marked)
```

Page 29

John Kells Dep Vol I.txt

```
00070
  1  Q    I'm just going to run through these really fast, if I
  2       can with you, sir, and if you can tell us kind of
  3       briefly what each document is.  So the two-page exhibit
  4       marked as 11-D, this would be an e-mail from Mr. Conitz
  5       to you and a response back from you to Mr. Conitz.  Is
  6       that correct?
  7  A    Yeah, this is my first contact with Gregg.  This was
  8       e-mailed to my house, where he explained the situation
  9       and wanted my contact information.  And I did call him
 10       and talked to him on the phone and then in my response,
 11       I'm saying it's -- it was good to talk to him.  And I
 12       sent him a picture of the dragline working above the
 13       994.
 14  Q    When you say you talked to him, do you recall your
 15       conversation with him?
 16  A    Yes, I do.  He told me the thing about his grievance.
 17       He had taken it to court and that I was maybe a witness
 18       to this thing.  And what I told him was that's, I
 19       guess, true, but I didn't know that I could do him much
 20       good because in the final meeting that we had, the
 21       explanation I was given was Larry was hired because he
 22       was more qualified.  So I said that was, you know, how
 23       the thing ended.  I don't know if this will help you.
 24       So that's all I remember about the conversation.
 25  Q    All right.  What is 11-E?  You don't need to go into
00071
  1       the substance.  Just -- I mean, if it's an e-mail from
  2       you or from Mr. Conitz to whoever.
  3  A    Okay.  This is an e-mail from Gregg to me, just saying
  4       thanks, and he looked over the picture.
  5  Q    And 11-F, what is that?
  6  A    This is from Ken Covell saying that he would like to
  7       talk to me at some time and I called him following that
  8       and set up a meeting some time after that.
  9  Q    All right.  And 11-G is a two-pager.  Can you tell us
 10       what's in 11-G?
 11  A    Okay.  This was Gregg, obviously after I talked to Ken,
 12       saying thank you for talking to my lawyer yesterday.
 13       One thing I -- when I talked to Ken, when we got done,
 14       he asked me if I had any questions and I really didn't
 15       have a lot of questions on it.  But I was kind of
 16       interested as to what Gregg wanted to get out of this
 17       because I thought, well, do you -- do you still want
 18       the job?  I mean that -- it just seemed bizarre.  I
 19       mean, what was going to come out of this?  But it
 20       wasn't a real important question to me.  He gives me a
 21       real lengthy answer to it.  Anyway, that -- that was
 22       where his reply comes from.  And here is where I say I
 23       told you have some daytimer notes from that time.  I
 24       hadn't looked at them before I talked with Ken because
 25       I wasn't sure, blah, blah, blah.  And here is where I
00072
  1       say Larry wasn't willing to take the vacant
  2       four-and-two rotation.
  3            MR. LOGAN:  What was the last, please?  Just
  4  the last thing that you said?
  5  A    This is where I said that I looked through the notes
  6       and I did discover the things that I'd forgotten.  I
  7       had forgotten to tell Ken, in parentheses, because I
  8       had forgotten it.  Larry wasn't willing to take the
  9       vacant four-and-two rotation.
 10            MR. LOGAN:  Thank you.  Sometimes I just can't
```

John Kells Dep Vol I.txt

```
11   hear.  I'm sorry.
12   Q       And what is 11-H?
13   A       That's his reply, and it's just saying, you'll keep me
14           posted as to what's going on.
15   Q       Okay.  11-I?
16   A       Then this is like a year later almost and he sent -- he
17           sent me an e-mail saying it's been a long time, things
18           are starting to happen.  There's been depositions
19           taken and maybe they'd be calling me to do this.  I
20           wrote back saying, oh, I thought you had settled or
21           lost interest, and that I was okay with doing a
22           deposition.
23   Q       Okay.  11-J?
24   A       This is the e-mail from yourself, Sean Halloran, that
25           accompanied the affidavit.
00073
1    Q       11-K?  It's a two-pager.  11-K is two pages.
2    A       Okay.  There was one in between this where I said I was
3            sorry I took so long to get back to you.  This is just
4            the -- wait, maybe this is the same thing.  No.  This
5            is a couple of exchanges here about having the
6            deposition in Healy and Tom Daniel wanting to move it
7            to Fairbanks and Ken saying, no, he was going to keep
8            it here in Healy.
9                    MR. LOGAN:  Who was the author?
10   A       This was -- first came from you saying here is the data
11           for the Healy depo.
12   Q       Right.
13   A       And then Tom Daniel talking about his conversation with
14           me because I did call him or he called me.
15                   MR. LOGAN:  I gave him your number.
16   A       And I said I'm okay with doing it in Fairbanks, but it
17           would have to be a Sunday just because I'm only there
18           on the weekends.  And then it comes back from Ken
19           saying he wants to keep it where it's at.
20   Q       And 11-L?
21   A       And this is from Don just saying that the deposition is
22           going on as planned on the 28th.
23   Q       All right.  And for all of these eleven-dash exhibits,
24           any change of the contents of any of the messages at
25           all?
00074
1    A       No.
2    Q       Have you changed any of the dates that -- where they
3            indicate that they were sent?
4    A       No.
5    Q       Have you changed any of the recipients or the sender
6            information?
7    A       No.
8    Q       So all of these are essentially true and correct copies
9            of whatever you've represented them to be as you just
10           went through this stack now?
11   A       Yes.
12   Q       Okay.  You just mentioned Fairbanks.  You live in
13           Fairbanks, don't you?
14   A       Yes.
15   Q       And how long have you lived in Fairbanks?
16   A       Since 1972.
17   Q       Okay.  And you also just said you're only there on the
18           weekends, but you're going through today as soon as
19           this deposition is over.  Is that correct?
20   A       I am taking the next -- no, not as soon as -- as soon
21           as my shift is over tonight, I'll drive to Fairbanks.
```

Page 31

John Kells Dep Vol I.txt
```
22   Q      So you work after the deposition today?
23   A      Yeah.
24   Q      Okay.
25   A      Yeah, in fact, pretty soon.
00075
 1   Q      How soon?
 2   A      Well, I'm supposed to be there now, but I told them I'd
 3          probably be late.
 4   Q      Okay.  You're going to be late.
 5   A      My crew doesn't start till 5:30, so here in a little
 6          bit I'll take a break, though, and call and let them
 7          know.
 8   Q      That's fine.  Any time you need to call them, just let
 9          us know and we'll give you a break.  Do you recall the
10          time that we spoke on the phone regarding this case, a
11          few months ago?
12   A      Uh-huh.  Yes.
13   Q      And that was -- after that, I prepared the draft
14          affidavit or draft declaration for your signature.  Is
15          that correct?
16   A      Yes.
17   Q      When we spoke on the phone, you talked to me about the
18          meeting in which you told Ted and Rob Scott that you
19          thought shareholder hire preference was illegal, except
20          that when you talked to me about it, the sense that I
21          got from you was not that it had anything to do
22          particularly with Larry Hanna, other than it was at the
23          same general time frame of when that position that
24          Mr. Conitz and Mr. Hanna both applied for was in the
25          process of being evaluated.
00076
 1               MR. LOGAN:  Okay.  Excuse me.  I'll object to
 2   the form of the question.  You can answer.
 3               MR. HALLORAN:  Well, we haven't gotten to the
 4   question yet, but.....
 5               MR. LOGAN:  That's why I was objecting to the
 6   form.
 7   Q      I'm wondering if you can explain to me now how sure you
 8          are that that meeting was directly about Mr. Hanna or
 9          the job that Mr. Hanna got, because.....
10   A      I'm sure.....
11   Q      .....that's not the impression that you gave me at the
12          time.
13   A      I'm sorry that was misunderstood then, but I'm sure of
14          that.
15   Q      And if I was to represent to you that Mr. Scott and
16          Mr. Zigarlick both report that that meeting had nothing
17          to do with the position that Larry Hanna ultimately
18          got, are you going to tell me that they're both wrong?
19   A      Yes.  I can't imagine what other context it would be
20          in.  What else -- what else would bring this up?  We
21          didn't have regular meetings, so this was a special
22          meeting and it had to have been prompted by something.
23          So, yeah, I'll say I remember it a lot different than
24          they do, then.
25   Q      Are you sure that you communicated to them that in your
00077
 1          mind that meeting was about Mr. Hanna or that position?
 2   A      Again, I can't think of any other context that meeting
 3          could have been held in.  So, yeah, I'm certain of
 4          that.  I mean, as certain as I can be of a three-year-
 5          old memory, but, yeah, that -- that part and the part
 6          of saying I don't think this is legal in the United
```
Page 32

John Kells Dep Vol I.txt

```
 7            States, I -- I'd be willing to bet those are my exact
 8            words.
 9    Q       Well, they're pretty close to the words that Ted
10            remembers.  Were there any other times that you had
11            discussions with anyone in management at Teck Cominco
12            about the propriety of a shareholder hire preference?
13    A       No, not that I can think of.  Nothing that stands out.
14            So there may have been a casual conversation, but it
15            wasn't anything like this.
16    Q       In fact, you're opposed to the concept of shareholder
17            hire, isn't that correct?
18    A       Again, I don't think it's legal in the United States.
19            That was the statement I made.  I don't know how else
20            to characterize it.
21    Q       And Mr. Zigarlick did inform you that it had been
22            litigated before?
23    A       Yes.
24    Q       And that the company prevailed.  Is that correct?
25    A       Yep.
00078
 1    Q       When you say now that it's not legal in the United
 2            States, is that because you disbelieve Mr. Zigarlick or
 3            what?
 4    A       No, I said that -- Ted Zigarlick told me it had been
 5            taken to court.  I took him at his word.
 6    Q       Okay.  That's all we're trying to find out here.
 7    A       And that was why I had no reservation when Gregg came
 8            to me and said what happened, is I said, well, it was a
 9            shareholder issue.  I was assuming that they were able
10            to defend that position.
11    Q       But the company never gave you any reason for not
12            hiring him other than Mr. Hanna was more qualified.
13            Isn't that true?
14    A       No, that is not.  That.....
15    Q       Isn't that what you told me when we spoke on the phone
16            a couple months ago?
17    A       I said that was a manufactured conclusion from the last
18            meeting, and that was after Gregg had filed his
19            grievance; that was after Larry had been promoted and,
20            again, that was completely manufactured.
21    Q       But didn't you tell me that that was the only
22            explanation that the company ever gave you?
23    A       No, I didn't say it was the only one they ever gave me.
24            I mean, I -- I can't -- if I said that on the phone to
25            you, that wasn't correct.  What I -- what is true is
00079
 1            that was the last explanation that gave me.  That
 2            first meeting, all I got out of that was, it was a
 3            shareholder hire issue and they were comfortable with
 4            defending themselves as it being a shareholder issue
 5            because it was legal.  That was what I got out of that
 6            first meeting.  And, again, I don't think we talked
 7            about qualifications.  And even in that last meeting,
 8            we didn't talk about qualifications.  It wasn't a
 9            discussion.  It was just this is the deal; we've
10            determined he's more qualified and that's the story and
11            that's the end of it.  By then.....
12    Q       So if Rob Scott testifies.....
13                    MR. LOGAN:  Can he finish his question, please?
14    He was still talking.  Go ahead and finish.
15    Q       If Rob Scott testifies that he's never had a
16            conversation with you about promoting Mr. Hanna or
17            about filling that position, are you going to tell me
```

Page 33

John Kells Dep Vol I.txt

```
18           that Rob Scott is lying?
19   A       He's never had any conversation about that position?
20           That's what he's -- could you repeat the question?
21   Q       If Mr. Scott testifies that he has never had a
22           conversation with you about filling that position or
23           promoting Mr. Hanna, are you going to tell me that he's
24           lying?
25   A       I'm not going to tell you he's lying, but I'll tell you
00080
1            he's wrong.  I don't know -- there's other explanations
2            maybe, but that -- that is not true because there were
3            at least three conversations.
4    Q       Well, I'm wondering if it's possible that in your mind
5            you were talking about Mr. Hanna, but in their minds it
6            was a more generic conversation and not specifically
7            about him.
8                    MR. LOGAN:  Calls for speculation.  Go ahead,
9    you can answer the question.  If I don't say these things,
10   then they're not going to be on the record and we can't fight
11   about them later.
12   A       Uh-huh.
13                   MR. LOGAN:  That's all.
14   A       I can't imagine that, no.  If it was some -- if it was
15           a conversation at a party or something, and there were
16           other people coming and going, I can understand
17           something like that.  But, no, this were -- these were
18           specific conversations on specific topics.  If someone
19           was so confused that they didn't know what we were
20           talking about, I guess that's a separate matter, but I
21           never had any doubt what the conversations were about.
22   Q       Throughout the time that the position was open -- first
23           of all, how long was the position open for, do you
24           recall?
25   A       From June, I think is when Leo drowned, until November.
00081
1    Q       And Mr. Zigarlick was your direct supervisor that
2            entire time.  Right?
3    A       Yeah.
4    Q       In terms of what authority you had to do whatever was,
5            you know, the scope of your work, it's essentially
6            whatever Mr. Zigarlick delegated to you, right?
7    A       Yeah.  Yeah, that's fair to say.
8    Q       And if Mr. Zigarlick didn't want to give you some
9            particular task and kept it for himself, then it's his
10           to do.  Is that correct?
11   A       Yeah.
12   Q       And with respect to the decision whether or not to
13           promote Mr. Conitz or whether or not to promote
14           Mr. Hanna, it was Mr. Zigarlick's decision to make if
15           Mr. Zigarlick wanted to make that decision.  Isn't that
16           correct?
17   A       Yes.
18                   MR. LOGAN:  Objection to form because it's a
19   compound question.
20   A       Ted had the ability to affect that decision or just
21           completely control that decision all the way to the
22           end.  I talked to him in my office and I said I picked
23           Gregg Conitz.  He could have said, no, you didn't or
24           we're going to discuss this or I'm overriding you.  He
25           could have said anything other than, okay, I'll tell
00082
1            Rob.  And this whole thing would have ended right
2            there.
```

Page 34

John Kells Dep Vol I.txt

```
 3   Q    You're saying he didn't just reject your.....
 4   A    No.  He -- if he didn't say, okay, I'll tell Rob, he
 5        said something real close to that.  But I had no
 6        indication that he was going to step into that
 7        decision.
 8   Q    Were you working at Red Dog when Mr. Conitz first got
 9        transferred from the oiler position to the equipment
10        operator position?
11   A    No.
12   Q    Did you ever have any discussions with Mr. Zigarlick
13        about that particular transfer?
14   A    Yes, I did.
15   Q    And tell me sort of the substance of any such
16        conversations you might have had with Mr. Zigarlick.
17   A    What I remember about it was Gregg was working -- I
18        thought he was working in the mill and he was trying to
19        get out of the mill to come into the mine and Ted, for
20        some reason, opposed that.  And Ted went on vacation
21        and whoever was in his place, Gregg went and worked a
22        deal with them.  When Ted came back from vacation,
23        Gregg was in the mine department.
24   Q    Did Ted indicate he was happy, unhappy, anything else
25        with that transfer?
00083
 1   A    He seemed like he was unhappy with it.
 2   Q    Did Ted ever indicate the level to which he felt
 3        Mr. Conitz was competent or lacking competence in his
 4        ability as an operator?
 5   A    That's an interesting one there because we have a
 6        material -- or they have a material at Red Dog that has
 7        a density that would surprise anyone, the barite
 8        material.  When you see 100 tons of it in the back of a
 9        truck, you wonder why the guy didn't fill the truck up.
10        There's just a little pile in the back.  My
11        understanding is Gregg's test was pushing the dump and
12        they were dumping barite material.  He came from a mine
13        in Nome where he's pushing gravel, half the density of
14        the barite.  So if he got behind or he flopped on that
15        one, that wouldn't surprise me at all.  We had -- that
16        was a real common occurrence when we'd get operators
17        from the port.  We'd run dozers all summer down there
18        in the CSB pushing loose piles of the concentrate, and
19        they'd come to the mine and they'd say they were good
20        dozer operators and you'd put them out on the dump and
21        they'd fall flat on their face.  And you'd tell them,
22        look, the material is different.  It's going to take
23        you a little while to get used to it.
24            So that -- that's my understanding of the test
25        from Ted himself.  And if that was the basis for the
00084
 1        test, then I'm saying it's not fair.  My experience
 2        with him is he was a good dozer operator.
 3   Q    Subsequent to the time of the test -- during the time
 4        when Mr. Conitz was working as an operator, did Ted
 5        ever give you an indication of the degree that he felt
 6        that Mr. Conitz was either a competent operator or
 7        lacking skills in any way?
 8   A    No, I can't remember anything like that.
 9   Q    Did Ted ever give you an indication of the degree that
10        he felt any other operator was either competent or
11        lacking skills in any way?
12   A    He wasn't happy with some of the grader operators.  Not
13        necessarily the people we had on graders very often.
```

Page 35

John Kells Dep Vol I.txt

```
14        But I can remember Sierra Davis.  He made some remark
15        that she wasn't good at it.  That was understandable;
16        she was just training on it.  Other than that, I can't
17        really think of anything.  Could I take a couple
18        minutes to call work and.....
19    Q   Sure.
20    A   .....and just tell them I'll be late.
21            COURT REPORTER:  Off record.
22    (Off record)
23    (On record)
24            COURT REPORTER:  Back on record.
25    Q   In 2004, isn't it correct that the mine sort of had a
00085
1         renewed effort with respect to safety issues and making
2         sure that everybody was doing things in the safest
3         manners?
4     A   That was pretty constant.  I don't think of 2004 as
5         being any milestone in that.  I know -- I think it was
6         a year before that Art Ballot (ph) ran his truck off of
7         the road and that certainly increased awareness on
8         safety and some of the shortcomings that we had in the
9         operator training.  But I don't remember 2004 being
10        anything special.
11    Q   How well did -- well, first of all, you only indicated
12        that there were three candidates for the position that
13        Mr. Hanna was promoted into?
14    A   Yep.
15    Q   And you don't recall any others?
16    A   I don't remember anybody else.  Again, I took the
17        relief shifters we had; we eliminated Jerry Gibson.  I
18        actually talked to him and he said he was fine; he
19        didn't -- he wasn't interested in it.  I talked to the
20        other two to see if they were interested and then I --
21        in discussions with the crews, I said if any of you
22        guys are interested in it, we can talk about it.  And
23        if you don't get into this position, then maybe you can
24        work in as a relief shifter, because that was obvious
25        at this point that we didn't have a big enough pool of
00086
1         relief shifters to draw from.  We were pretty much down
2         to two and Jerry would fill in, in a pinch.  He did a
3         great job, it was just he was getting old and his
4         health was an obstacle.  And the only one who came out
5         of that was Larry.
6     Q   Were you aware of anyone not then employed by Teck
7         Cominco who applied for the job?
8     A   No.  I don't think it was posted externally at all.  I
9         think it was just something we were going to do
10        internally.
11    Q   How would you rate Mr. Perione's performance of his job
12        as an operator?
13    A   He's an excellent operator.  He's the best dirt worker
14        of those three.  And by dirt worker, I don't mean just
15        operating equipment.  I mean organizing it; there's
16        more to it than meets the eye and he was first rate.
17    Q   How would you rate him with respect to his supervisory
18        abilities?
19    A   He was less decisive.  I could always count on Martin
20        to give me a call at night in my room when he was
21        shifting at least one time during the week.  He would
22        call me up and it would be something that he probably
23        could have just decided himself.  And he -- I did get
24        complaints from Steve Sampson that he sometimes didn't
```

Page 36

John Kells Dep Vol I.txt
```
25          answer the radio.  And that's real important for a
00087
 1          supervisor to be on that radio all the time.
 2                  When you get out of your truck, you turn on
 3          your handheld.  Anybody -- any one of your operators
 4          should be able to contact you at a moment's notice.
 5          And I did talk to Martin about that.  He said, oh, he
 6          thought the pumps were making too much noise or
 7          something and he didn't hear the radio.  But he was a
 8          little indecisive and he was a little passive.  I could
 9          foresee Martin seeing a potentially dangerous situation
10          and waiting too long to correct it.
11                  And, again, I'm not a timid person and I'm not,
12          on a personal level, overly cautious, but with respect
13          to mining, I am.
14    Q     And how did you feel that Mr. Hanna performed as a
15          supervisor?
16    A     I thought he did most of the stuff real well.  I --
17          and, again, he could be brought up to speed with all
18          the intricacies of the mine operations.  I didn't see
19          that he could never be a supervisor.  It was just,
20          between the two of them, between Gregg and Larry, that
21          I preferred Gregg.  Had it been Larry and Martin, I
22          would have taken Larry.  So I didn't see that he was
23          a -- you know, he couldn't do the job.  I just
24          preferred Gregg's approach to it because I always
25          prefer somebody who is working from caution into the
00088
 1          middle versus somebody from bravado into the middle.
 2    Q     How did Mr. Hanna perform as a trainer?
 3    A     I think he did okay.  He had some shortcomings when he
 4          came to the mine.  I got complaints from the operators
 5          that he didn't know how to run the big equipment and,
 6          of course, he didn't because he hadn't run it.  But I
 7          think he was real thorough.  He did a real good job on
 8          paperwork.  I didn't have any measure of what he was
 9          doing other than input from the shifters because they
10          had their training program set up.  And I would ask
11          them, is the trainer doing everything you need him to
12          do?  And they -- if they had no complaints, I had no
13          complaints.  Larry would then get involved in projects.
14          We'd involve him both with mine projects or he'd go
15          help out the surface crew.  So I thought he did fine as
16          a trainer.
17                  He did need more experience on the big
18          equipment, but, again, it's the operator's
19          responsibility to be able to perform in the piece of
20          equipment.  It's the trainer's responsibility to show
21          them all the systems he's going to be running, give him
22          some clues, but it's up to the operator to be able to
23          make the machine work.
24    Q     Is all the big equipment Caterpillar?
25    A     Let's see, did we have -- we had a Komatsu dozer and I
00089
 1          think the surface crew had a Komatsu loader and then
 2          the drills, of course, weren't Caterpillar or the
 3          blasting truck, but, yeah, everything else pretty much
 4          was Caterpillar.
 5    Q     And when you indicated before that you thought the mine
 6          should bring in a Caterpillar person as a trainer, why
 7          is it that they should have a Caterpillar person?
 8    A     Because we're taking operators and kind of molding them
 9          into trainers where Caterpillar has been in business a
```
Page 37

John Kells Dep Vol I.txt
```
10        long time.  They understand their equipment real well.
11        They -- they take good operators and train them as
12        trainers.  They have a lot broader experience than we
13        had at Red Dog.  We had their trainers on site and I
14        was impressed with the way that they conducted
15        themselves and how they conducted the training.
16   Q    When you say you had them on site.....
17   A    They'd come in periodically to train on different
18        pieces of equipment and after Art Ballot's accident, we
19        had a whole team from Caterpillar come in and go over
20        the braking systems with all the operators and the
21        trainers went over how to train everybody with all the
22        brake systems.  We used Martin as a trainer on that and
23        Larry and I don't remember who else, but we went
24        through a real extensive program of making sure
25        everyone was familiar with how to stop the trucks. That
00090
1         was a catastrophic incident.
2    Q    When Mr. Ballot ran off, you mean?
3    A    Yeah.
4    Q    That wasn't the fault of training, was it?
5    A    Yes, it was.  It was the fault of him being in too high
6         a gear and not being familiar with the braking system
7         on the truck.  When he was coming down the hill, he was
8         in too high a gear.  The engine wasn't at a high enough
9         RPM to make the retarder effective.  He's coming down
10        the hill, calling on the radio that he has no brakes.
11        He went over the ed- -- wall, end over end one time,
12        back on his feet, broke both sides of the frame.  You
13        could stick your hand in the crack in the frame.  They
14        had to pull him out with the Jaws of Life.  The whole
15        headache rack was pounded down to the deck.
16             The only thing that saved him was the ROPS.
17        They got him out, medivac'd him out.  We left the truck
18        down there for a week or two weeks.  It took a long
19        time for Caterpillar to get there.  We started that
20        truck up, drove it away, and it had brakes.  So, yeah,
21        that was a training issue.
22             Not only that, but several weeks after, having
23        gone through this extensive -- and I want to give you
24        guys some background as to why I'm a little paranoid on
25        safety and particularly there at Red Dog.  We were
00091
1         building a coffer dam, which is a dam basically inside
2         of a lake, so you've got water on both sides of you,
3         deep water that would swallow up a truck.  It was Jeff
4         Adams from Kivalina.  There's another operator; his
5         name was Bubba.  He was in a triple 7 out there on the
6         coffer dam, waiting to dump his load and his truck
7         started rolling.  He tried his manual retarder; it
8         wouldn't work for the same reason.  This was after the
9         training that everybody had signed off on.  He rolled
10        backwards for hundreds of feet, talking on the radio to
11        the dozer operator, telling him, "I'm out of control."
12        Dodged a light plant looking through his mirrors, and
13        then he remembered that he had a brake on the floor and
14        he applied the brake and he didn't go -- that was the
15        end of the incident.
16             So I was real concerned about safety and I was
17        concerned that we have a program that would get people
18        up to speed on this.  Now, the other thing that I want
19        to say is that there are people who can run equipment
20        and there are people who can't, and it's got nothing to
```
Page 38

John Kells Dep Vol I.txt

```
21        do with your race, your age, your national origin or
22        anything else.  There are just people that are good on
23        equipment and there's -- there's people who can get on
24        a piece of equipment for the rest of their life and
25        they'll never be any good at it.
00092
 1   Q    Isn't it true that Mr. Hanna has an excellent safety
 2        record?
 3   A    I wouldn't know what to base that on.  Again, he
 4        couldn't have had incidents in the mine because he
 5        didn't work in the mine.  The -- I'm -- I'm sure he
 6        did.  I thought that he had the wrong attitude.  Now,
 7        that may be a subtle thing and it may be real
 8        subjective, but that's sometimes all I've got out
 9        there, is my feelings on what's going to happen, and
10        some of that is based on experience and some of that is
11        just based on what I think.
12             And, again, I thought that he was coming from
13        the wrong direction.  He was -- he was coming from
14        being overconfident; that can-do kind of attitude.
15        Where I want somebody to look at something and say,
16        yeah, I'm not sure how to do this.  And I tell my crew
17        again and again and again if you ever get to a
18        situation and you think this doesn't quite look right,
19        do not do it.  Stop.  Take a cup of coffee.  Call me,
20        call another operator, have somebody else look at it.
21        Think about it.
22             If you track back incidents, and I've done lots
23        of these, you'll find in 90 percent of the cases, there
24        is a point in time when the operator looked at it and
25        said this doesn't quite look right, but I saw somebody
00093
 1        else do it once before, I've done it and got away with
 2        it.  It didn't -- it still seemed flaky, but I did get
 3        away with it.
 4             There's all these reasons that if you look
 5        backwards on an incident are more like excuses, and
 6        they make the wrong decision and they go against their
 7        gut feeling.  And I want that to be really clear to
 8        everybody, that you don't do that.  If you have any
 9        doubt, just wait.  We're not in that big a hurry.
10        We're not shooting off rockets here or fighting a war;
11        we're just moving rock.  We can wait an hour or we can
12        wait two hours or, in the case of the China hat, the
13        mill can run out of feed.
14   Q    You indicated a minute ago that Mr. Hanna wouldn't have
15        had any incident reports in the mine because he hadn't
16        been in that department.  Incident reports are
17        throughout all of Red Dog operations.  Isn't that true?
18        I mean people at the port could have.....
19   A    Sure.
20   Q    .....incident reports and people in surface operations
21        have incident reports and people in the mill have
22        incident reports and.....
23   A    Yeah.
24   Q    I mean, everywhere throughout the entire operation.....
25   A    You can have.....
00094
 1   Q    .....they have incident reports.  Isn't that right?
 2   A    Okay.  What I should have said, then, was he wouldn't
 3        have any incidents related to the mine and the mine is
 4        a whole different operation than surface.  So it's a --
 5        it's a new realm for him and I'm not saying that he
```
                              Page 39

John Kells Dep Vol I.txt

```
 6              couldn't do it or that he's killed people or behaved
 7              recklessly.  I just thought he had the wrong attitude
 8              and I didn't have anything to base how he was going to
 9              perform in the mine because he hadn't performed in the
10              mine.  So there was a reservation for me just right
11              there.
12        Q     So you -- you're saying that anyone who becomes a shift
13              supervisor should essentially come from the department
14              that they're going to be supervising?
15        A     Have worked in a mine.  Because, again, mining is -- is
16              a different operation than construction.  Mining is
17              inherently unsafe.  It's built right into it and you
18              won't say that about construction or manufacturing.  In
19              construction, you're dealing with materials and
20              understand everything about them because you've
21              specified them and you know the methods they were put
22              together with.  You know pretty much everything about
23              it.  They crow about blasters who implode buildings.
24              Big deal.  They have the blueprints.  Go try and shoot
25              rock that you don't know.
00095
 1        Q     What else do you think is important in terms of
 2              criteria for someone to be placed in a shift supervisor
 3              position?
 4        A     The ability to get along with people and I guess the
 5              knowledge of the mine.  We've covered the technical
 6              side of it, because I do think you know technical
 7              skills.  It's not unusual to have engineers as mine
 8              shifters.  There's big advantages to it.  And down the
 9              ladder a little bit is communication skills and the
10              ability to do paperwork and the sort of clerical end of
11              it.  And that's something that a lot of the older
12              shifters are really deficient in and, like I said,
13              Larry was really good at that.  He was real good on the
14              computers.  He was good with the paperwork.  He did
15              have some conflicts with some of the operators and
16              conflicts with some of the shifters, but, you know,
17              those -- those aren't show-stoppers and that's --
18              conflicts are part of life.
19        Q     Isn't it true that Mr. Conitz had conflicts with a fair
20              number of people at Red Dog?
21        A     I don't remember that.
22        Q     Do you recall any airline other than Alaska Airlines
23              that ever provided charter service to the mine?
24        A     Yeah, we had Reeves, Aleutian or Reeve Air Aleutian or
25              whatever they were called.  Reeve.
00096
 1        Q     Do you recall any, or hearing of any incident where
 2              Mr. Conitz caused problems with respect to Reeve's
 3              potential ability to provide service?
 4        A     No, I can't think of what you.....
 5        Q     Okay.
 6        A     I don't remember anything.
 7        Q     Do you recall Mr. Conitz having a reputation for
 8              complaining about things, in general?
 9        A     Uh-huh.
10        Q     You need to.....
11        A     Yes.
12        Q     .....answer audibly so she can.....
13        A     Yes, I do.
14        Q     And what, specifically, do you recall in that regard?
15        A     Oh, I think it was something about boots.  They didn't
16              have boots in his size.  Things along that nature.
                                Page 40
```

John Kells Dep Vol I.txt
```
17        Smoking in the cab of the equipment.  That was
18        something he complained about and that was something
19        that was against the policy, but it's -- it's a real
20        tough policy.  If you make it an absolute, you're going
21        to wind up firing guys.  We have the same problem here
22        at the coal mine.  We've got guys who smoke that you
23        don't want to fire and -- those are two things I can
24        think of.  The boots and the smoking in the cab.
25              But, again, going back to what I said, if
00097
 1        people don't complain, I don't know what they're
 2        thinking.  So I don't have a problem with people
 3        complaining.  I liked Steve Sampson coming around and
 4        crabbing at me about what he thought were problems in
 5        the mine.  Otherwise, I don't know what -- what the
 6        problems are.  I have several of complainers on my crew
 7        now and I value them, and I'll listen to their
 8        complaints and I'll answer them, and some things do
 9        need correcting.  I mean, those are the guys that are
10        going to alert you to them.
11              MR. HALLORAN:  I'm assuming we have to get out
12   of this room now.
13              MR. LOGAN:  Well, we have a few more minutes.
14   Afterwards, my suggestion, that we move to a hotel -- I think
15   we can do that today.
16   Q        You indicated before that you, Mr. Zigarlick, and
17        Mr. Scott, essentially, acted as a committee to pick
18        this job.  Is that correct?
19   A      After the fact.
20   Q        What do you mean by after the fact?
21   A      After I had made my decision, independent, and I had
22        never had an agenda or kept anything secret.  I had
23        told Ted about this plan from the start and never kept
24        anything secret from him, and he was the first one I
25        talked to.  I said I had picked Gregg Conitz.  After
00098
 1        that, after -- then I had talked to the shifter and I
 2        talked to Larry Hanna and I talked to Rob Scott; then,
 3        it became a committee decision.  But up until that
 4        point, I was never given any reason to think it wasn't
 5        my decision alone.
 6   Q        And how was it a committee decision as opposed to them
 7        rejecting your recommendation?
 8   A      Well, in fact, it was not a committee decision; it was
 9        their decision and they just rolled right over the top
10        of me.  And that was something they could have done at
11        any time.  I didn't have any objection to that.  If
12        they had come in on day 1 and said Larry Hanna is your
13        supervisor, I would have said okay.  And up to that
14        last day, when I talked to Ted, if he said Larry is
15        your supervisor, I would have said okay and that would
16        have been the end of it.  That was where this whole
17        thing could have been stopped, or any time before that.
18   Q        On the e-mails that are in exhibit 11, prior to the
19        first of the e-mails that you have in here from
20        Mr. Conitz, did you ever communicate in any way with
21        Mr. Conitz after the time that you left Red Dog?
22   A      No.
23              MR. HALLORAN:  Mr. Logan has left the room
24   again.
25   Q        You mention in one of these e-mails, and I'm not going
00099
 1        to take the time to pull it out unless you want me to,
```
Page 41

John Kells Dep Vol I.txt
```
 2           that you think it would be better for the Nana
 3           shareholders if there was no preference for Nana
 4           shareholders.
 5    A      Uh-huh.
 6    Q      Why is that?
 7    A      Well, what I say specifically is Nana shareholders in
 8           general, because there has got to be thousands of
 9           shareholders.  If -- so the vast majority of them,
10           their benefit from that corporation is the profits of
11           that corporation.  If this preference is used to put
12           people in -- what I'm saying is that this -- this
13           preference can be used to put in lesser qualified
14           people in the positions, then you're benefitting one
15           shareholder, but the rest of them don't get the benefit
16           from that.  There's only, what, 300 people working at
17           Red Dog.  There's got to be thousands out there that
18           are looking for the dividend or -- and the increased
19           value of the -- their corporation.
20                So, yeah, I think in general what they want and
21           what my position was all along was bring the most
22           qualified guy on board, whether he's shareholder,
23           nonshareholder, from the Virgin Islands, or wherever,
24           and that would maximize the benefit to the
25           shareholders.
00100
 1    Q      Who is Jim Sommers?
 2    A      He was the Teck human resources manager or whatever
 3           they're called.
 4    Q      Superintendent?
 5    A      Superintendent.
 6    Q      If I was to tell you that both Mr. Sommers and
 7           Mr. Zigarlick have testified that the way a shareholder
 8           hire preference works at Red Dog is that only when you
 9           have two equally qualified people and one is a
10           shareholder and one is not, and the shareholder
11           preference is used to tip the scales in favor of the
12           shareholder, would you agree with that or would you
13           disagree with that?
14    A      I may agree that they said that.  I don't know what
15           they said, but that gra- -- that paragraph that I read
16           in the agreement said that if the shareholder could be
17           trained within a reasonable amount of time, that he was
18           given preference.  So that, to me, is an opening that
19           you could take someone less qualified, put them in that
20           position and say, well, I can train them up to that
21           qualification.
22    Q      But if they.....
23    A      And, again.....
24    Q      If they're testifying that they don't follow that
25           agreement and what they do in practice at Red Dog is,
00101
 1           when you have two equally qualified people, one is a
 2           shareholder, one is not, they give the job to the
 3           shareholder.  In your experience, would that be a
 4           correct statement or an incorrect statement?
 5    A      Well, my judgment in the Conitz and Hanna decision is,
 6           no, that's not what they followed because I thought
 7           Gregg was more qualified.  You know, of course, they
 8           have their own perspective and they could say, no, gee,
 9           Larry was more qualified.  I think I was in the best
10           position to know who was better qualified, but
11           everybody's got their opinion.  They didn't qualify
12           that when they showed me the Nana/Cominco agreement.  I
```
Page 42

John Kells Dep Vol I.txt

```
13          read it just the way it was typed out there and nobody
14          ever said, but this part omit.
15   Q      Did you read the other portions of the preferences that
16          are in that agreement?
17   A      It seems to me like I read one paragraph that had been
18          either outlined in highlighter or had been highlighted
19          all the way across and it was, you know, 10 lines long
20          or 8 lines long.
21   Q      Do you recall that it provides for provisions -- or it
22          provides for preferences to be given to people who live
23          in Northwest Alaska and people who live in Alaska and
24          people.....
25   A      There was a hierarchy and it started with Kivalina and
00102
 1          Noatak and I think Kivalina even outranked Noatak, and
 2          this was the order that we'd get resumes in or job
 3          applications in.  And that was real typical.  We'd get
 4          the guys from Kivalina, the guys from Noatak, and then
 5          we'd get the regional and then it was shareholders in
 6          Anchorage.  And after all of those were exhausted, then
 7          I think you could go to nonshareholders and I -- I
 8          don't know what the rest of the hierarchy was.
 9                 But I do know Kivalina -- Kivalina either was a
10          little bit higher than Noatak or they were both equal,
11          but they were the first -- because they were the
12          closest villages to the mine.  And then it was the
13          regionals and there was 11 different villages, I think.
14          But there were also regionals that would come out of
15          Nome that weren't one of the villages.  I can't
16          remember anybody coming out of Nome for very long,
17          though.  I think we had one guy who had come from Nome,
18          and then he moved to regional.
19   Q      Can you point to any one person who was given a
20          preference on being hired because they were an Alaskan?
21   A      No.
22   Q      Can you point to any one person who was ever given a
23          hiring preference because they resided in Northwest
24          Alaska?
25   A      Well, that's a little trickier because, like I say,
00103
 1          when -- because I would go over the applicants for
 2          operator positions in the mine.  I would ask HR for the
 3          applications and the resumes and I would be given them
 4          in a -- in a certain order.  I would get -- I would get
 5          them in rounds.  If I didn't find anybody from Kivalina
 6          and Noatak, then I'd get a little bit bigger selection.
 7          I don't -- it was real rare that I ever had anybody
 8          that wasn't regional on there, and we did a good job
 9          hiring regionally.  The mine department was probably
10          one of the best departments for shareholder hire.  I
11          think we were in the high eighties or nineties.
12   Q      Shareholder hire is different than regional hire,
13          right?
14   A      Yeah.  Yeah, but, again, there wasn't.....
15   Q      You would agree they had a shareholder hire program?
16   A      What's that?
17   Q      You agree they have a shareholder hire program, right?
18   A      Sure.
19   Q      You.....
20                 MR. LOGAN:  I don't know that he got a chance
21   to finish his answer.  Would you let him finish, please?
22   A      I was just reiterating about the hierarchy that we had
23          and of the regional and the shareholder, I don't
```

Page 43

John Kells Dep Vol I.txt
```
24        really -- I didn't have any preference on that myself.
25        It didn't matter where anybody came from.  But when I
00104
1         got applications, I didn't get nonshareholders unless
2         it was a -- in fact, I -- I don't remember getting any
3         or it was real rare that I did.
4              So that would have -- that would have been
5         controlled before I got to it.  So a preference would
6         already have been given before any selection was made
7         on our part.
8   Q     Well, you just told me that everybody you ever saw in
9         terms of hiring was a shareholder, right?
10  A     Well, I said there's probably a rare -- some rare cases
11        in there where there weren't.
12  Q     Did anybody ever tell you, okay, out of this group of
13        people, we don't have any shareholders; you need to
14        hire somebody who is from Northwest Alaska.
15  A     No.
16  Q     Did anybody ever tell you, here's a group of people; we
17        don't have anybody who is a shareholder, we don't have
18        anybody who is from Northwest Alaska.  You need to hire
19        somebody who is from Alaska.
20  A     No.
21  Q     Did anybody ever tell you give a preference to somebody
22        because they have a house located in Northwest Alaska
23        and they live in Northwest Alaska?
24  A     No.
25  Q     Are you aware of anybody who ever hired somebody based
00105
1         upon the fact that where they lived was in Northwest
2         Alaska?
3   A     I'm not aware of that, no.
4   Q     Are you aware of anybody who ever hired somebody
5         because of the fact that where that person lived was
6         somewhere in Alaska?
7   A     No.
8   Q     Are you ever aware of anybody being given any
9         preference that's based upon some fact other than their
10        owning stock in Nana Regional Corporation?
11  A     Could you repeat that?
12  Q     People got a preference because they're Nana
13        shareholders, right?
14  A     Uh-huh.
15  Q     They own stock in Nana Regional Corporation.  Was there
16        any other fact that somebody pointed to, ever, and said
17        we're hiring this person because of this particular
18        fact about this person.  They live in Alaska.  They
19        live in Northwest Alaska.  They have some other
20        criteria that they get a preference.
21  A     No.
22              MR. LOGAN:  If I might interrupt for a moment.
23  We had promised the lady about 15 minutes.  At this point, I'm
24  going to continue the deposition for one hour while we find a
25  hotel room where we can continue this deposition till it's
00106
1   finished.  I suspect we can -- don't have to go more than a few
2   more hours.  We're getting close to the six-hour limit anyway.
3   We might as well finish it while we're down here today.  Unless
4   somebody else has a much better idea, I'm going to adjourn it
5   now for an hour and let's go find a hotel and finish doing what
6   we're doing.
7              MR. COVELL:  Fine with me, Don.  I'm available.
8   A     Can we set a time for that?  I want to go line my crew
```
Page 44

John Kells Dep Vol I.txt
```
 9          out at 5:30.  We are going to have a safety meeting.  I
10          have some specific topics with them.  And let's say
11          6:15.
12                    MR. HALLORAN:  Hey, Tom?
13                    MR. LOGAN:  I'll make it 6:30.  That should be
14     enough.
15     A      Perfect.
16                    MR. LOGAN:  At -- we'll be -- everybody needs
17     to call my cell phone.  You may need to write it down; I don't
18     think you have it, Mr. Halloran.
19                    MR. HALLORAN:  Hang on a second.  Tom?
20                    MR. DANIEL:  Yes?
21                    MR. HALLORAN:  How many questions do you have?
22                    MR. DANIEL:  It probably depends on how many
23     more you have, but, you know, right at this point, I'd say I
24     probably only have about 15 minutes of questions.
25                    MR. HALLORAN:  I mean, I'm still looking at
00107
 1     another five hours after we're done here to drive home tonight.
 2     I've already been, you know, involved in this since 7:30 this
 3     morning when I left to come here.
 4                    MR. DANIEL:  Right.
 5                    MR. HALLORAN:  I don't want this to go on.
 6     It's already a quarter to 5:00 in the evening.  You know, I
 7     don't want it to go on for the rest of the day and Mr. Kells is
 8     supposed to be at work right now.
 9                    MR. LOGAN:  I'm aware of that.  I'm continuing
10     with the deposition until 6:30.
11                    MR. DANIEL:  Yeah, that isn't going to.....
12                    MR. LOGAN:  Unless you guys can move quickly, I
13     might be able to prevail on her to wait for another 15 minutes
14     if we can promise her we're going to get out of here.  But if I
15     can't promise her that, she has to go home.
16                    MR. HALLORAN:  We're not going to be done in 15
17     minutes.
18                    MR. LOGAN:  Well, then we're going to go.....
19                    MR. HALLORAN:  But.....
20                    MR. LOGAN:  We're going to go at 1830.
21                    MR. HALLORAN:  No, I think we ought to continue
22     it to a time that's convenient.  The.....
23                    MR. LOGAN:  We're going to continue it to a
24     time that.....
25                    MR. HALLORAN:  The business day is over.
00108
 1                    MR. LOGAN:  We're going to continue it to the
 2     time that I set it for.
 3                    MR. COVELL:  Hold on.
 4                    MR. DANIEL:  Yeah, hold on.
 5                    MR. COVELL:  Hold on.  What do you want to do,
 6     Mr. Halloran?
 7                    MR. HALLORAN:  I'm thinking we can find a time
 8     when Mr. Kells is going to be in Fairbanks and we can just
 9     continue the deposition to another date.
10                    MR. COVELL:  If we can find a time when
11     Mr. Kells is going to be available and everybody else is going
12     to be available, can you and Mr. Daniel and Mr. Kells
13     participate telephonically?  We can set up in Ms. D'Amour's
14     office here in Fairbanks and everybody call in.
15                    MR. DANIEL:  Well, I certainly can since I'm
16     participating by phone now.
17                    MR. COVELL:  All right.  What about you,
18     Mr. Halloran?  Is that okay with you?
19                    (Pause)
```
Page 45

John Kells Dep Vol I.txt
```
20              MR. LOGAN:  It's your call.
21  A      Yeah, I can't say right now.  I actually go on day
22      shift next week.
23              MR. HALLORAN:  I'm looking at my different
24  exhibits that I have here.
25              MR. LOGAN:  See, they want to take part of the
00109
 1  weekend.
 2  A      Uh-huh.
 3              MR. LOGAN:  That's your call.
 4              MR. COVELL:  I don't want to do it on the
 5  weekend.  What I'm thinking is we can get him during the day
 6  because he goes to work at night.
 7              MR. LOGAN:  No, you can't.
 8              MR. COVELL:  At some time in the near future.
 9              MR. LOGAN:  No, you can't, he goes on.....
10              MR. COVELL:  And this is if it's okay with
11  Mr. Kells and Mr. Halloran, and Mr. Logan for that matter, and
12  Ms. D'Amour.  Then we'll go ahead and set a time during the
13  day, some time soon, and finish it up telephonically.  If there
14  are exhibits, you know, you can send them or fax them or
15  whatever in advance and we'll do that that way.
16              MR. LOGAN:  That's -- excuse me, Ken.
17  Mr. Kells goes on day shift next week.
18              MR. COVELL:  Okay.  Well, that's a problem
19  then, so.....
20              MR. LOGAN:  Also, we've been taking our time
21  getting to this point because we figured we'd run out of time.
22  I'm not really gung-ho about that kind of tactic.
23              MR. COVELL:  Okay.
24              MR. HALLORAN:  What the hell are you talking
25  about?
00110
 1              MR. COVELL:  I guess I'm in favor of doing it
 2  and I -- you know, then we'll have it done, because we
 3  Christmas coming, it's going to be difficult to do.  I
 4  understand Mr. Halloran's problem and I sympathize.  You know,
 5  he can stay the night and get a room in Healy and drive back
 6  tomorrow.  I don't know what his obligations are tomorrow.
 7  Obviously, we all have those concerns as well.  But it strikes
 8  me is it's practical to get the room and try to finish then as
 9  anything, but I'm willing to discuss it one way or the other.
10              MR. LOGAN:  My position is it's Mr. Kells'
11  deposition.  I promised him to do it where he asked me to do it
12  when we started.  We're here now.  If he wants to change it and
13  give up part of his weekend, he can do that, but, personally, I
14  don't think we should make him do it.
15              MR. COVELL:  I'm not too hot on giving up part
16  of my weekend, so.....
17              MR. LOGAN:  Have a position, Mr. Kells?
18  A      I'd like to just carry on at 6:30, like you said.
19              MR. LOGAN:  The deponent, I think, is probably
20  more important than the lawyers, in my opinion.
21              MR. COVELL:  What do you think, Mr. Halloran?
22              MR. HALLORAN:  I left at 7:30 in the morning to
23  get here.  You know, I sat through a half an hour when the
24  clerk tells us that we're going to have to vacate the courtroom
25  pretty soon, when, you know, folks started wasting time by
00111
 1  walking out of the room and going doing whatever it was that
 2  you were doing.  You know, you use up my time and then you tell
 3  me that I'm going to now have to be up till midnight because of
 4  this, because I have to go back to Anchorage tonight.
```

John Kells Dep Vol I.txt

```
 5              MR. COVELL:  Okay.
 6              MR. HALLORAN:  Well, that's not going to work.
 7              MR. COVELL:  Okay.  Well, are you willing to
 8  continue it telephonically?
 9              MR. HALLORAN:  I'm willing to continue it.
10              MR. COVELL:  Are you willing to do that with
11  Mr. Kells being telephonic and we can either be here in
12  Fairbanks or -- well, I don't know when we can get him,
13  frankly.  When is the next time you're available during the
14  day, Mr. Kells?
15  A      I go on day shift for a month starting next Monday.
16         That doesn't.....
17              MR. COVELL:  That's basically January you won't
18  be able -- until January you won't be available during the
19  business day?
20  A      Well, I'm sure we could work something out, if we could
21         block a certain amount of time out during the day, and
22         I do get off work at 4:00 on day shift.  So we could do
23         it after that, also.
24              MR. COVELL:  Okay.  Well, it seems to me if we
25  want to try to do it soon, you know, the sensible thing would
00112
 1  be to do it by phone late in the day or some time during the
 2  day.
 3              MR. LOGAN:  For the record, there's a hotel
 4  across the street.  We're checking on the timing right now.
 5              MR. COVELL:  Okay.  So that's our offer and
 6  that's our position, is we ought to just go across the street
 7  and do it and, you know, I don't know if we're entitled to do
 8  that as by right, and I certainly don't want to put ourselves
 9  in the position of asserting "that's it and that's what we're
10  going to do," but that's my suggestion.  The alternative
11  suggestion I have is that, you know, we do it by phone at our
12  earliest convenience.
13              MR. HALLORAN:  What are your days off,
14  Mr. Kells?
15  A      Fri- -- Saturday and Sunday.
16              MR. HALLORAN:  And that will be the same when
17  you're working day shift?
18  A      Yeah.  But, again, I'm off at 4:00 o'clock, so
19         that's -- if that works out, we can start it at 4:00
20         o'clock in the afternoon.
21              MR. HALLORAN:  I'm just thinking of when you're
22  ever in Fairbanks.
23  A      That gets uglier because.....
24              MR. HALLORAN:  We can travel to Fairbanks in an
25  hour.  It takes me five to get here.
00113
 1  A      Yeah.  Well, I understand that.  What.....
 2              MR. COVELL:  Two hours from Healy to Fairbanks,
 3  John.
 4  A      Yeah, it's two hours.  But what I'll do on day shift is
 5         I'll leave here Friday after work and drive to town so
 6         I'm there Saturday morning and -- but I have to leave
 7         Sunday night.  On day shift, I leave Monday morning to
 8         come to Healy, but I don't drive down here till
 9         Saturday morning.
10              MR. HALLORAN:  Because I have no problem with,
11  you know, doing it on a Saturday or Sunday, if that's when
12  you're available.
13              MR. COVELL:  I've got problems with that,
14  Mr. Halloran, especially with the holidays coming up here.
15              MR. LOGAN:  Excuse me, gentlemen, so I can give
```

Page 47

John Kells Dep Vol I.txt
16  you the information.  Except for Mr. Kells' scheduling, right
17  across the street is a place that just said that they could set
18  us up.  They've got a telephone.  We can sort it out right
19  there.  We can get this done in a little bit.  Everybody can go
20  home and it's over.  It's like literally across the street from
21  here.  I just talked to the man on the telephone.
22              MR. COVELL:  I'd suggest that's what we do.  We
23  could almost have it done by the time we sort out when we could
24  do it next.
25              MR. DANIEL:  But you're talking about starting
00114
1  an hour and a half from now, right?
2              MR. LOGAN:  How soon can you be done, John?  I
3  mean, don't get anybody killed.  Okay.
4  A      No, it'd be a quarter after 6:00.
5              MR. LOGAN:  He's saying a quarter after 6:00.
6  That'd be enough time for everybody to grab a bite to eat.
7              MR. DANIEL:  That doesn't solve Mr. Halloran's
8  problem.
9              MR. HALLORAN:  I am not going to do that.  I
10  am -- I'm not going to be driving home at 1:00 o'clock in the
11  morning.  I mean, you're saying you don't want him to get
12  anyone killed.  I'm the one who's going to fall asleep at the
13  wheel.
14              MR. COVELL:  You have court tomorrow,
15  Mr. Halloran?
16              MR. HALLORAN:  No, I have appointments
17  tomorrow.
18              MR. COVELL:  Can you move them?
19              MR. HALLORAN:  No, I can't.  I'm getting ready
20  for a 12-week trial and I've got other attorneys coming in
21  tomorrow to my office to deal with that.
22              MR. COVELL:  Okay.
23              MR. LOGAN:  I believe the way the rule is set,
24  is today is the deposition.  We noticed it on.  You don't
25  really have to be here, if you don't want to be, Mr. Halloran.
00115
1  I'm doing the very best I can to get you out of here.
2              MR. HALLORAN:  The very best you can is that we
3  continue at the end of the day.....
4              MR. LOGAN:  It's my very best I can; otherwise
5  it's to do something that this deponent doesn't want to do.
6  He's a lot more important to me than you are.
7              MR. HALLORAN:  It's the end of the business day
8  and I'm not staying here all evening.....
9              MR. LOGAN:  Then you.....
10              MR. HALLORAN:  .....just because you want to
11  continue it later on this evening.....
12              MR. LOGAN:  Then, I'll tell you what, as far as
13  I'm concerned, you've waived your right to be here.
14              MR. HALLORAN:  Well, then we'll go to court and
15  fight about that.
16              MR. LOGAN:  We can do that.
17              MR. COVELL:  Are you leaving, Mr. Halloran?
18              MR. HALLORAN:  I am not going to be coming back
19  at 6:30, is what is going to happen.
20              MR. LOGAN:  6:15.
21              MR. HALLORAN:  I'm not coming back at 6:15.
22              MR. COVELL:  Ms. D'Amour, are we still on
23  record?
24              COURT REPORTER:  Yes, we are.
25              MR. COVELL:  Okay.  All right.  Mr. Halloran,
00116
                        Page 48

John Kells Dep Vol I.txt
1  so your -- if -- we're offering to go across the street and
2  continue and you're going to decline to do that, right?
3                  MR. HALLORAN:  I'm declining to wait around for
4  another hour and a quarter or hour and 20 minutes.
5                  MR. COVELL:  Okay.  That's fine.  So, you know,
6  I'm offering to you to continue it another time telephonically
7  if we can arrange that.  Are you interested in that offer or
8  not?
9                  MR. HALLORAN:  I'm willing to continue the
10 deposition.
11                 MR. COVELL:  But not telephonically?
12                 MR. HALLORAN:  I don't know about
13 telephonically.
14                 MR. COVELL:  Okay.  All right.  That's fine.
15 So you and I are done with our business, then.  Mr. Daniel, if
16 they can go set up across the street, do you want to continue
17 doing your questions, then?
18                 MR. DANIEL:  I'm not going to continue if.....
19                 MR. HALLORAN:  I object to the deposition being
20 taken outside of my presence.
21                 MR. DANIEL:  .....Mr. Halloran is not going to
22 be there.
23                 MR. COVELL:  Okay.  So you don't want to do
24 that either, then, whether or not -- well, if he leaves?
25                 MR. DANIEL:  Right.
00117
1                  MR. COVELL:  Okay.
2                  MR. DANIEL:  I think we should all go home and
3  think about this and exchange e-mails or have a teleconference
4  in the next two days and come up with a plan for completing the
5  deposition.
6                  MR. COVELL:  Okay.  I think that's a good idea,
7  Mr. Daniel, but just for the record, we're saying we're
8  offering to continue the deposition across the street.
9  Mr. Halloran is declining to do that and Mr. Daniel is
10 declining to do that.  I don't have anything further for the
11 record, unless somebody else does.
12                 MR. LOGAN:  I do.  We invited them to attend
13 this deposition.  We did not tell them they had to come.  If
14 they leave and then we continue the deposition, it's my
15 position that they've waived their right.
16                 MR. DANIEL:  Well.....
17                 MR. LOGAN:  Tom, I'm sorry.
18                 MR. DANIEL:  Reasonable lawyers can work this
19 out.
20                 MR. LOGAN:  Well, yeah, if they bothered to ask
21 the deponent what he wants, I think that that might be being a
22 reasonable lawyer.  To be perfectly honest with.....
23                 MR. DANIEL:  I'm saying.....
24                 MR. LOGAN:  Tom, you haven't been bad here, but
25 in my honest opinion, nobody seems -- everybody seems to think
00118
1  that they're a whole lot more important than Mr. Kells.  I'm
2  one of the people that doesn't think so.
3                  MR. DANIEL:  I'm not suggesting that at all.  I
4  think his needs have to be taken into account, but I think
5  taking his needs into account and everybody else's schedule, we
6  can work this out.
7                  MR. LOGAN:  Before we go off record, let's go
8  ahead and talk about timing there, Ken.
9                  MR. COVELL:  Well, I don't know that there's
10 any time to talk about.  I mean.....
11                 MR. LOGAN:  We've got motions -- have they
                              Page 49

John Kells Dep Vol I.txt

```
12  filed a motion?
13               MR. COVELL:  Okay.  Are -- Mr. Halloran,
14  Mr. Daniel, are you going to get your opposition filed now or
15  you're not going to do that at this point?
16               MR. DANIEL:  I think I need to discuss that
17  with Sean privately before I respond to that question.
18               MR. LOGAN:  That's acceptable and that makes
19  sense to me, Tom.
20               MR. COVELL:  Do you have any response in that
21  regard, Mr. Halloran?
22               MR. HALLORAN:  I would give the same one.  I
23  need to talk to Tom.
24               MR. COVELL:  Okay.  That's fine.  Well, you
25  know, I think everybody has said their peace here.  So we made
00119
 1  the offer to continue, you're declining, and I think we can go
 2  off record at this point.
 3               MR. LOGAN:  Yeah, I'm continuing the
 4  deposition.  Since nobody is coming, except us, and I don't
 5  have any more questions, I guess that it's only being continued
 6  for their benefit, we can work it out later if it's possible.
 7  If we don't do so, this deposition is probably going to be
 8  over.  And, certainly, Mr. Halloran can go to Ralph and ask him
 9  whatever he wants.
10               MR. COVELL:  Okay.
11               MR. DANIEL:  All right.  Are we done?
12               MR. LOGAN:  Thank you, Tom.  I appreciate your
13  trouble.
14               MR. HALLORAN:  For now.
15               MR. LOGAN:  I'm sorry for the inconvenience.
16               MR. COVELL:  Okay.  Goodnight, everybody.
17               MR. DANIEL:  Goodnight.
18               COURT REPORTER:  We're off record.
19          (Off record)
20                    (END OF PROCEEDINGS)
21                         * * * *
22
23
24
25
00120
 1  UNITED STATES OF AMERICA          )
                                      ) ss
 2  STATE OF ALASKA                   )
 3          I, John R. Kells, have read the foregoing Deposition
 4  and have_____/ have not_____ made corrections thereto.  Any and
 5  all changes, explanations, and/or corrections to my testimony
 6  may be found on the correction sheet(s) enclosed with this
 7  transcript.
 8
 9                              _____
                                JOHN R. KELLS
10
11                              DATE:_____
12
13                         * * * *
14
15
16
17
18
19
```

Page 50

John Kells Dep Vol I.txt

```
20
21
22
23
24
25
00121
 1                    C E R T I F I C A T E
 2   UNITED STATES OF AMERICA  )
                               ) ss.
 3   STATE OF ALASKA           )
 4            I, Elizabeth D'Amour, Notary Public in and for the
     State of Alaska, residing at Fairbanks, Alaska, and electronic
 5   reporter for Liz D'Amour & Associates, Inc., do hereby certify:
 6            That the annexed and foregoing Deposition of JOHN R.
     KELLS was taken before me on the 28th day of November, 2007
 7   beginning at the hour of 1:00 o'clock p.m., at the District
     Court, Healy, Alaska, pursuant to Notice to take the deposition
 8   of said witness on behalf of Plaintiff;
 9            That the above-named witness, before examination, was
     duly sworn to testify to the truth, the whole truth, and
10   nothing but the truth;
11            That this deposition, as heretofore annexed, is a true
     and correct transcription of the testimony of said witness,
12   taken by me and thereafter transcribed by me;
13            That the original of this deposition has been lodged in
     a sealed envelope with the attorney requesting transcription of
14   same, as required by Civil Rule 30(f)(1) amended, that being
     MR. KENNETH L. COVELL, Attorney at Law, Law Office of Kenneth
15   Covell, 712 Eighth Avenue, Fairbanks, Alaska 99701.
16            That I am not a relative or employee or attorney or
     counsel of any of the parties, nor am I financially interested
17   in this action.
18            IN WITNESS WHEREOF, I have hereunto set my hand and
     affixed my seal this 10th day of December, 2007.
19
20            _____
              Elizabeth D'Amour
21            Notary Public in and for Alaska
              My Commission Expires: 12/28/2010
22
     S E A L
23
24
25
```