KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06-CV-00015 RRB |
| TECK COMINCO ALASKA, INC., | ) |
| Defendant, | ) |
| vs. | ) |
| NANA REGIONAL CORPORATION | ) |
| Intervenor. | ) |

## DECLARATION OF GREGG CONITZ CONCERNING FACTUAL ASSERTIONS IN DEFENDANT TECK'S MOTION FOR ATTORNEY'S FEES

1. I have read defendant Teck's Motion for Attorney's Fees. I note on page 5 that it says Mike Baker is not an Alaska native. Teck Cominco acknowledges that Mr. Baker is $1/8^{th}$ native, even if this does not qualify him under ANSCA rules. I have never seen a company policy that sets any guidelines for that, or heard of that being used in practice at Red Dog. The only reason Mr. Baker was selected over me was because he is of Native Alaskan ancestry and a NANA shareholder. He

had previously worked for the company, but quit. When he was rehired, he was rehired into the position I had applied for.

2. I note on page 6 of Teck's motion, it says I initiated a new round of "complaints covering the identical claims". The complaint was about new instance(s) concerning the Charles Barger and Jim Baldwin promotion(s). The same method(s) of discrimination under the shareholder preference is involved in those new instances of discrimination. These discriminatory promotions took place within the last year and since the filing of the lawsuit. I file these claims to preserve them while I appeal the adverse ruling of the district court in my lawsuit.

3. A footnote on page 5 says the trainer position pays less than a journeyman operator. Referencing Docket 156-2, page 2, concerning a request for discovery, saying the operator wage is $88,189.36 per year and I would have been paid $83,327 per year as trainer. The initial discovery DEF 1093 and 1254 shows Mike Baker's salary for 2005 to be $95,090 raised to $98,418 for 2006 (DEF 1093) and $102,355 for 2007 (DEF 1088). Non-exempt (hourly) wages are fixed with no chance of increase other than cost of living. Exempt (salaried) positions have a range, and salary is determined by experience, performance, etc. and can be increased within the range based on evaluation. No one has ever told me what the salary would be for either trainer or supervisor positions. That is generally done in the job offer, if they offer you the job.

4. In their pleading on fees, (156-2 at 2) says "bonuses and benefits available to hourly and exempt employees are the same". This is simply not true. There are numerous differences. Non-exempt sick leave policy is no pay for three days and a maximum of 60% of wages after five days (I believe). Exempt sick leave is 100% with no unpaid days, in other words, no loss of pay for being sick. Both are six months maximum. Non-exempt pay is on an hours

worked = hours paid basis. Exempt salaries are not deducted for time not worked as in being weathered out of Red Dog. There is some non-exempt compensation for being weathered out, but it does not equal full pay. Also, exempt are not compensated for time worked over salaried hours. Non-exempt get three days paid bereavement leave for death of immediate family only. I believe exempt get a longer period of paid bereavement leave and also paid family leave (possibly ten days annually) which in practice is interpreted rather liberally and used by some as extra vacation.

## Declaration

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 5th day of September, 2008.

_____
Gregg Conitz

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 09/05/2008

By: /s/ Wendy Blakeman
    Wendy Blakeman for Kenneth L. Covell