KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC.,<br><br>    Defendant,<br><br>vs.<br><br>NANA REGIONAL CORPORATION<br><br>    Intervenor. | Case No. 4:06-CV-00015 RRB |

### DECLARATION OF GREGG CONITZ CONCERNING INCOME 2000 THROUGH 2007

The following is a list of my gross annual income from Teck Cominco Alaska Incorporated. I have no other significant income. Also listed is my annual income after non-taxable deductions, which where to my 401-K retirement account with Teck Cominco Alaska Incorporated.

- 2007: $99,580 gross, $83,692 after deductions
- 2006: $93,893 gross, $79,861 after deductions
- 2005: $106,431 gross, $93,565 after deductions

- 2004: $83,492 gross, $70,133 after deductions
- 2003: $80,627 gross, $70,445 after deductions
- 2002: $78,177 gross, $68,939 after deductions
- 2001: $96,642 gross, $86,319 after deductions
- 2000: $86,800 gross, $77,190 after deductions

This income was all as a Level VI operator (from December 2000 forward) in the Mine Operations Department. My hourly rate has increased with cost of living adjustments in some years. In 2002 I was off work for carpal tunnel surgery on both of my hands.

The rest of the variation year to year is due to the amount of time I was assigned to Relief Supervisor duties, which entails an increase in hourly wage and more hours worked. In 2002 I was demoted from Relief Supervisor without being notified or given cause. I was replaced by Leo Thomas, a Native Alaskan and NANA shareholder, who received a promotion to Mine Operations Supervisor in 2003. By 2005 I had worked back into the level of Relief Supervising that I had been at in 2001. In 2006 I was again demoted from Relief Supervising in retaliation for my EEOC complaint of racial discrimination. I was reinstated to eligibility for Relief Supervising in January of 2008.

## Declaration

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 3rd day of September, 2008.

_____
Gregg Conitz

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

Sean Halloran
Thomas M. Daniel – TDaniel@perkinscoie.com

Dated: 9/5/2008

By: /s/ Wendy Blakeman
     Wendy Blakeman for Kenneth L. Covell