# Ken Covell

**From:** Don Logan [donald_logan@yahoo.com]
**Sent:** Monday, November 05, 2007 4:19 PM
**To:** Ken CovellWork; Me
**Subject:** Logan re: Conitz

11/5/07

Dear Mr. Halloran,

Let's get something straight since it seems we will be working together on this case.

Mr. Kells told me that he was uncomfortable with your proposed affidavit for the reasons he gave in his e-mail to you.

I did nothing to influence his decision either way.

Please ask him about this at the deposition.

It is not my style to try to manipulate a witness.
Nor am I intimidated by your accusations. I propose a truce. We forget this incident and proceed on the basis of mutual respect for each others integrity until proven otherwise.

I will look forward to working with you in this case.

Sincerely,

Don Logan
--- Sean Halloran <seanhalloran@hartig.com> wrote:

> Mr. Kells informed me that you convinced him to not sign an affidavit
> for use in this case and to have his deposition taken instead. We had
> planned to use his affidavit in response to your motion for ruling on
> the law of the case. I've discussed this with Tom
> Daniel. Both Teck
> Cominco and NANA are willing to take the deposition on the date you
> suggest if we can stipulate to delay the defendants'
> responses to the
> motion for ruling on law of the case until some number of days after
> the Kells deposition is transcribed. Is this acceptable to you and
> your client? If so, I can prepare the necessary stipulation. The
> oppositions are currently due on Wednesday the 7th.
>
> Also, we would like to suggest that it would be easier and probably
> less costly for all concerned if you brought Mr. Kells to Fairbanks
> instead of travelling with a court reporter to Healy.
> Please give it some
> thought and let us know if that is acceptable.
>
> Sean
>
> -----Original Message-----
> From: Don Logan [mailto:donald_logan@yahoo.com]
> Sent: Friday, November 02, 2007 5:15 PM
> To: Sean Halloran
> Cc: Ken CovellWork
> Subject: Logan re: Conitz
>
> 11/2/07
>
> Dear Mr. Halloran,
>
> I am working with Ken Covell on the Conitz case.

1

**Ken Covell**

**From:** Sean Halloran [seanhalloran@hartig.com]
**Sent:** Tuesday, November 06, 2007 6:13 PM
**To:** Don Logan
**Cc:** Daniel, Tom (Perkins Coie); Ken CovellWork
**Subject:** RE: Logan re: Conitz

Given the logistics of signing a stipulation, if its OK with you, I will prepare an unopposed motion for an extension for all responses to your motion until 20 days after receipt of the Kells transcript, and inform the court that the depo is currently scheduled for the 28th of this month, so that the judge knows it isn't an open ended extension. Please let me know ASAP, as I will plan to file tomorrow (Wednesday) morning if possible.

As for the location, I still think it is worth it to all concerned if you would try to convince Kells to make the trip to Fbks. If it ends up being in Healy, however, I will still show up at the scheduled date and time.

With respect to why Kells changed his mind about signing his affidavit, I didn't mean to accuse you of anything and did not consider it to be an integrity issue. In explanation for why he wasn't signing, Kells asserted that he wanted to explain more than was contained in the draft affidavit and that "Logan thought this could be accomplished by deposition".

Sean


-----Original Message-----
From: Don Logan [mailto:donald_logan@yahoo.com]
Sent: Tuesday, November 06, 2007 3:30 PM
To: Sean Halloran
Cc: Tom Daniel; Ken CovellWork; Mellissa
Subject: Logan re: Conitz

11/6/07

Dear Mr. Halloran,

I waited to cool down about the accusation that I "convinced [Mr. Kells] not sign an affidavit." I did nothing of the sort. He copied his e-mail to you to me. His problems seemed to be with the affidavit itself. Let's put this aside and go foreword assuming mutual integrity until proven otherwise, shall we?

Your request for a continuance is perfectly reasonable. How does 20 days after receipt of the transcript sound to you? We are open to any reasonable suggestion.

We agree that a deposition in Fairbanks would be more convenient for all of us. It is John Kells who wants the deposition to be in Healy and we are accommodating his request. I am trying to get a conference room at Usibelli and there is a Community Center where the depo can be held. We will send out the notices and get a Subpoena for Mr. Kells as soon as we have definitely agreed among ourselves.

I will look forward to working with you as this case progresses.

Don Logan

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around http://mail.yahoo.com

1

**Ken Covell**

| | |
|---|---|
| From: | Don Logan [donald_logan@yahoo.com] |
| Sent: | Wednesday, November 07, 2007 7:50 PM |
| To: | Sean Halloran; Tom Daniel |
| Cc: | Ken CovellWork; Mellissa |
| Subject: | Logan re: Conitz |

11/7/07

Gentlemen,

As requested I called Mr. Kells and told him that your side would much prefer to have the deposition in Fairbanks. I told him we promised to accommodate his wish and took no position. Mr. Kells repeated his desire for the deposition to be held in Healy.

You are welcome to try to convince him otherwise should you chose.

I am setting on the depositions for the 28th at the community center in Healy unless I hear otherwise.

Just a thought. There is a small airstrip in Healy and you could fly from Fairbanks to Healy and back, thus relieving some of the inconvenience. We will be driving.

Thank you for your attention.

Logan

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around http://mail.yahoo.com

1

Thomas M. Daniel

Perkins Coie LLP
Ste. 300, 1029 W. Third Ave.
Anchorage, Alaska 99501
(907) 263-6950
tdaniel@perkinscoie.com

-----Original Message-----
From: Don Logan [mailto:donald_logan@yahoo.com]

Sent: Tuesday, November 13, 2007 12:49 PM
To: Daniel, Tom (Perkins Coie); Sean Halloran
Cc: Ken CovellWork; Mellissa
Subject: Logan - Re: Healy Depo on 28th.

11/13/07

Gentlemen,

Here is the data for the Healy depo. Formal notices will follow.

Thank you for your patience and accommodation.

Don Logan

_____

Get easy, one-click access to your favorites.

Make Yahoo! your homepage.
http://www.yahoo.com/r/hs

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

2

# Ken Covell

| | |
|---|---|
| From: | Daniel, Tom (Perkins Coie) [TDaniel@perkinscoie.com] |
| Sent: | Friday, November 16, 2007 9:59 AM |
| To: | Sean Halloran |
| Cc: | Ken CovellWork; Don Logan |
| Subject: | RE: Logan - Re: Healy Depo on 28th. |

All,
I suggest we have a teleconference and attempt to work this out. I suspect the Judge will not appreciate being dragged into this kind of dispute. I suggest 4:00 this afternoon. If that doesn't work for you, please suggest another time.


Thomas M. Daniel
Perkins Coie LLP
Ste. 300, 1029 W. Third Ave.
Anchorage, Alaska 99501
(907) 263-6950
tdaniel@perkinscoie.com

-----Original Message-----
From: Sean Halloran [mailto:seanhalloran@hartig.com]
Sent: Thursday, November 15, 2007 5:06 PM
To: Daniel, Tom (Perkins Coie)
Cc: Ken CovellWork; Don Logan
Subject: RE: Logan - Re: Healy Depo on 28th.

Healy is about a 9 hour round trip, while Fairbanks is about 2. I would much prefer a Sunday depo in Fbks than any other day in Healy. I assume that the proposed date is the 9th, and I can be available on that date.
I am willing to shorten the time that the response to the pending motion is due by one week if extending the depo by a week creates an issue in that regard.

Also, I noticed that the existing depo notice says that the witness is required to bring documents as per a subpoena. I haven't seen a copy of the subpoena, but would like to know what documents Kells was told to bring with him.

Sean

-----Original Message-----
From: Daniel, Tom (Perkins Coie) [mailto:TDaniel@perkinscoie.com]
Sent: Thursday, November 15, 2007 12:25 PM
To: Don Logan; Sean Halloran
Cc: Ken CovellWork
Subject: RE: Logan - Re: Healy Depo on 28th.


After discussing this by phone with Don Logan, I called John Kells to see if I could persuade him to come to Fairbanks for his depo, since he lives in Fairbanks. He explained that he works in Healy Monday thru Friday and does not get home to Fairbanks until Saturday afternoon because he's on the night shift. However, he is willing to do the deposition on a Sunday in Fairbanks. The only problem with that is that he will be out of state the weekend of Nov. 30/December 1. But he is available on Sunday Dec. 8 in Fairbanks.

So I don't know what you guys think about a Sunday depo in Fairbanks versus a Nov. 28 depo in Healy. Personally, I prefer doing the depo in Fairbanks --even if its on a Sunday-- because it's a lot easier to get to Fairbanks than Healy. But you may feel differently. What's your preference?

1

# Ken Covell

**From:** Daniel, Tom (Perkins Coie) [TDaniel@perkinscoie.com]
**Sent:** Tuesday, November 20, 2007 1:34 PM
**To:** Ken Covell; Don Logan; Sean Halloran
**Subject:** RE: Logan - Re: Healy Depo on 28th.

Ken,
My client prefers that I attend the Kelis depo by telephone. Is there a speaker phone at the location where the depo is planned? If you don't know, do you kno who I can call to find out?

Thomas M. Daniel
Perkins Coie LLP
Ste. 300, 1029 W. Third Ave.
Anchorage, Alaska 99501
(907) 263-6950
tdaniel@perkinscoie.com

-----Original Message-----
From: Ken Covell [mailto:kcovell@gci.net]
Sent: Thursday, November 15, 2007 4:55 PM
To: Daniel, Tom (Perkins Coie); 'Don Logan'; 'Sean Halloran'
Subject: RE: Logan - Re: Healy Depo on 28th.

Gentlemen

My preference is to keep the deopo as set.

The space and reporter are all arranged.

Kelis and all the parties are available.

A continuance of the depo might cause a continuance of the opposition to the SJ motion.

A Healy depo is somewhat inconvenient, but a Sunday depo presents it's own factors of inconvenience.

That weekend is also my weekend with the kids.

Ken

PS that Sunday is the 9th not the 8th.

-----Original Message-----
From: Daniel, Tom (Perkins Coie) [mailto:TDaniel@perkinscoie.com]
Sent: Thursday, November 15, 2007 12:25 PM
To: Don Logan; Sean Halloran
Cc: Ken CovellWork
Subject: RE: Logan - Re: Healy Depo on 28th.


After discussing this by phone with Don Logan, I called John Kelis to see if I could persuade him to come to Fairbanks for his depo, since he lives in Fairbanks. He explained that he works in Healy Monday thru Friday and does not get home to Fairbanks until Saturday afternoon because he's on the night shift. However, he is willing to do the deposition on a Sunday in Fairbanks. The only problem with that is that he will be out of state the weekend of Nov. 30/December 1. But he is available on Sunday Dec. 8 in Fairbanks.

So I don't know what you guys think about a Sunday depo in Fairbanks

versus a Nov. 28 depo in Healy. Personally, I prefer doing the depo in Fairbanks --even if its on a Sunday-- because it's a lot easier to get to Fairbanks than Healy. But you may feel differently. What's your preference?


Thomas M. Daniel

Perkins Coie LLP
Ste. 300, 1029 W. Third Ave.
Anchorage, Alaska 99501
(907) 263-6950
tdaniel@perkinscoie.com

-----Original Message-----
From: Don Logan [mailto:donald_logan@yahoo.com]

Sent: Tuesday, November 13, 2007 12:49 PM
To: Daniel, Tom (Perkins Coie); Sean Halloran
Cc: Ken CovellWork; Mellissa
Subject: Logan - Re: Healy Depo on 28th.

11/13/07

Gentlemen,

Here is the data for the Healy depo. Formal notices will follow.

Thank you for your patience and accommodation.

Don Logan



Get easy, one-click access to your favorites.

Make Yahoo! your homepage.
http://www.yahoo.com/r/hs


NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by
reply email and immediately delete the message and any attachments without
copying or disclosing the contents. Thank you.

2