**Ken Covell**

From: Daniel, Tom (Perkins Coie) [TDaniel@perkinscoie.com]
Sent: Wednesday, November 28, 2007 10:10 AM
To: Melissa A. Dick
Cc: Ken Covell; sean.halloran@hartig.com
Subject: RE: Healy depo PLEASE REPLY ALL

I think I can do that. I'll call you at 1.

Thomas M. Daniel
Perkins Coie LLP
Ste. 300, 1029 W. Third Ave.
Anchorage, Alaska 99501
(907) 263-6950
tdaniel@perkinscoie.com

---

From: Melissa A. Dick [mailto:covelladmin@gci.net]
Sent: Wednesday, November 28, 2007 10:04 AM
To: Daniel, Tom (Perkins Coie)
Cc: 'Ken Covell'; sean.halloran@hartig.com
Subject: Healy depo PLEASE REPLY ALL

Dear Tom,

Deposition is set for today at 1:00p.m.. The Healy court can be reached at 683-2213, Samantha.

Samantha indicates to me there is only one line in the courthouse. I likely will be appearing telephonically as well, due to a conflicting hearing this morning. There is a minor chance I will come down, but for the time being I am planning on being on the phone.

The direct line to the courthouse is 683-2589, we will need to be on the same line. Can you pony me onto your line?

I can possibly put you on a line with me however I only have three business lines and this will have to tie up two of them for an extended period of time.

Alternatively perhaps we can arrange a conference call.

Please advise on the above.

Additionally, the court reporters video equipment is not working so there will be no videotaping of the deposition.

9/4/2008

Sincerely,

LAW OFFICE OF
KENNETH L. COVELL
    By: Renee Kimble

712 8th Ave.
Fairbanks, AK 99701
Office: 907.452.4377
Fax: 907.451.7802

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

9/4/2008