# teckcominco

## operations

ABOUT US   INVESTORS   MEDIA   OPERATIONS   PRODUCTS & SERVICES   EXPLORATION   APPLIED TECHNOLOGY   SUSTAINABILITY   CAREERS

You are here: Home > Operations > Zinc > Red Dog Mine > Production

**Production**
Sustainability
Careers at Red Dog

## Production
Red Dog Mine, Alaska, USA

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Tonnes milled (000's) | 3,391 | 3,238 | 3,087 |
| **Zinc** | | | |
| Grade (%) | 20.2 | 20.6 | 21.7 |
| Recovery (%) | 84.0 | 80.5 | 84.9 |
| Production (000's tonnes) | 575.4 | 557.5 | 569.0 |
| Sales (000's tonnes) | 575.7 | 506.0 | 544.2 |
| **Lead** | | | |
| Grade (%) | 5.1 | 5.1 | 5.5 |
| Recovery (%) | 55.9 | 62.8 | 50.0 |
| Production (000's tonnes) | 136.2 | 123.5 | 102.3 |
| Sales (000's tonnes) | 144.3 | 114.8 | 105.0 |
| **Cost of sales (US$ millions)** | | | |
| Operating costs | $ 193 | $ 155 | $ 120 |
| Distribution costs | $ 104 | $ 90 | $ 84 |
| Royalties (NANA and state) | $ 200 | $ 312 | $ 85 |
| Capital expenditures ($ millions) | $ 43 | $ 36 | $ 34 |
| Operating profit ($ millions) | $ 910 | $ 1,079 | $ 325 |

Source: 2007 Annual Report

Teck Cominco Limited © 2008
Legal Notice | Privacy Policy | Contact Us | Home