# global operations

# 2007 highlights

- Net earnings were $1.6 billion or $3.74 per share in 2007, the second highest in our history. Adjusted net earnings were $1.8 billion, or $4.06 per share.

- We returned over $1 billion to shareholders in 2007, spending $577 million to purchase 13.1 million of our Class B subordinate voting shares and paying $426 million in dividends.

- Moody's Investor Services upgraded the credit rating for our senior unsecured debt to Baa1, the highest in our history.


REVENUE ($ million)


NET EARNINGS ($ million)


CASH FLOW ($ million)

**Our copper division:**

- acquired Aur Resources Inc., adding significantly to our copper production and reserves with Aur's Quebrada Blanca, Carmen de Andacollo and Duck Pond mines.

- proceeded with a project to extend the life of the Highland Valley Copper mine from 2013 to 2019,

- formed a 50/50 partnership with NovaGold Resources Inc. to develop and operate the Galore Creek copper-gold deposit in northwest British Columbia. The project was suspended late in the year due to a substantial increase in the capital cost estimate as well as reduced operating margins arising from the strengthening of the Canadian dollar, and

- in March 2008 we announced a 1.09 billion tonne inferred resource at our Quebrada Blanca copper mine containing approximately 11 billion pounds of copper and 450 million pounds of molybdenum.

**Our coal division:**

- acquired an additional 11.25% interest in the Fording Canadian Coal Trust, bringing our total interest in the Trust to 19.95% and our effective interest in the Elk Valley Coal Partnership to 52%.

**Our energy division:**

- increased our interest in the Fort Hills oil sands project from 15% to 20%, increasing our share of the Fort Hills contingent resource to 800 million barrels of recoverable bitumen.

- along with Petro-Canada and UTS Energy Corporation, committed to proceed with the front-end engineering and design phase and preliminary cost estimate for the Fort Hills oil sands project, and

- acquired a 50% interest in Lease 14 from UTS Energy Corporation and embarked on preliminary exploration and prefeasibility work on Lease 311 with UTS.