

NANA shareholders: a diversified workforce   annual report 2006
NANA-tkutni ljauruat: Atlakaagiiñik Savaaqatuat

Table of Contents | NANA ANNUAL REPORT | 06

High School Spring Interns
*NANA/Inupiaq youth forge in the making*

1 .... Letter to Shareholders
2 .... Story Mission
3 .... 2006 Chairman's Letter to the Lan[d]
5 .... The Year in Your Spotlight
6 .... Balance Sheet, Dispute Analysis
15 ... A Page Out of the Heritage
18 ... Presidents Quality Report
19 ... Significance of Service
25 ... Notes to Financial Statements
48 ... Board of Directors
49 ... Production

*Photo credits:* Chris Arend | Seth Kantner | Maija Johnson

*Cover photos* / Abe Armstrong / *Paul Ingram / Junior Ramoth, top*
Mary Viveiros / *top, Maniilaq Health Center Newsletter Winter 05*
Todd Ramoth / *Kiligvak K'ivik, bottom right*

NAR p5

## Five-Year Financial | HIGHLIGHTS

### NANA Regional Corporation, Inc. and Subsidiaries

As of and for the years ended September 30, 2006, September 25, 2005, September 26, 2004, September 28, 2003, and September 29, 2002.

| | FY06 | FY05 | FY04 | FY03 | FY02 |
|---|---|---|---|---|---|
| Revenues | $ 806,000,000 | 526,900,000 | 331,100,000 | 266,900,000 | 201,900,000 |
| Net Income (Loss) | 16,042,000 | 10,845,000 | 3,321,000 | 2,114,000 | (321,000) |
| Assets | 456,439,000 | 381,802,000 | 213,694,000 | 174,112,000 | 146,582,000 |
| Long-Term Debt and Line of Credit | 101,819,000 | 107,365,000 | 64,994,000 | 68,670,000 | 64,236,000 |
| Shareholders' Equity | 155,454,000 | 124,819,000 | 63,472,000 | 54,189,000 | 43,745,000 |
| Shares Outstanding | 1,336,600 | 1,311,630 | 1,288,400 | 1,271,600 | 1,237,900 |
| Earnings (Loss) Per Share | 12.00 | 8.27 | 2.58 | 1.66 | (0.26) |
| Dividends Paid Per Share | 7.00 | 3.81 | 2.00 | 1.50 | |

(Dividends are paid in November or December following the end of the fiscal year.)



DIVIDENDS PAID PER SHARE
dollars

| | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|
| DIVIDENDS | 0 | 1.50 | 2.00 | 3.81 | 7.00 |

NET INCOME BY YEAR
millions

| | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|
| NET INCOME | (0.3) | 2.1 | 3.3 | 10.8 | 16.0 |



TOTAL ASSETS & SHAREHOLDERS' EQUITY
millions

| | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|
| TOTAL ASSETS | 146.6 | 174.1 | 213.7 | 381.8 | 456.4 |
| SHAREHOLDERS' EQUITY | 43.7 | 54.2 | 63.5 | 124.8 | 155.5 |



REVENUE BY YEAR
millions

| | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|
| REVENUE | 201.9 | 266.9 | 331.1 | 526.9 | 805.8 |

5