ALASKA THIS MONTH ■ SHORTAGE OF WORKERS ■ RURAL TOURISM

# Alaska Business MONTHLY

APRIL 2007 — $3.95

**COVER STORY**

**CLOSE FRIENDS: DISTANT NEIGHBORS**
Northwest Ports Key to Alaska's Livelihood
*Page 10*

**AHHHHHHHH!**
Day Spas for Executives
*Page 26*

**SPECIAL SECTION**

**CORPORATE 100**
Top Companies in Alaska
*Begins on Page 32*

**ML&P Turns 75 Powering Anchorage**
*Page 122*



Port of Tacoma



0 74470 74983 7   04

FROM THE PUBLISHER

# North of 60

Alaska is a very good place to do business and our North Slope oil patch partners know that all too well.

In the latest round of disparaging remarks spewing forth from Rex Tillerson, the two-year-long president of ExxonMobil, he wrongfully calls Alaska's fiscal veracity into question.

Where Exxon is concerned, it may be observed that often the best defense is a good offense. As Shakespeare wrote in Hamlet, "Me thinks the lady doth too loud protest."

Tillerson wails about Exxon's risk in investing in a (now) $25 billion dollar gasline project, when in fact, if all three North Slope majors go in on the line, the exposure may be only one-third that amount or nearly Exxon's Alaska net profits for one calendar quarter!

Over the course of the next year or so, the majors' combined investment in Alaska to replace neglected infrastructure and undertake limited exploration is estimated to be about $2.6 billion. The majors' net profits were north of $60 billion last year. Not bad odds, by most standards, even including return on investment, which any business has the right, even the obligation, to fairly maximize. The operative word here is "fairly."

That's all Alaska wants, just to be treated fairly in its dealings with the petroleum industry; and the industry has the right to get the same back from Alaska.

In recent months, the industry has had to lick its wounds following poor treatment when it got literally kicked out of Russia's SAC 2, and when Venezuela nationalizes the industry on May 1 and President Hugo Chavez takes over projects run by Alaska's three North Slope partners and Chevron. That kind of nationalism is taking place, or has already taken place in many of the oil provinces across the world. That will not happen in Alaska, and that is one reason why the majors need to treat Alaska fairly. Much of the rest of the oil world is likely to come under the same, inhospitable influences exhibited in so many other places.

Including Alaska, the United States has more than 2 percent of the world's known reserves. By contrast, Iraq has five times more oil than the U.S. Add in Norway, the U.K., Denmark and Australia, and the figure jumps to 4 percent. Then come Canada, China, Mexico, Brazil and Russia and about 16 percent of the world's reserves may be available for western majors to bargain for exploration and development.

Closed to outsider development and operation are the resources and reserves of Saudi Arabia, Iran, Kuwait, the United Arab Emirates, Qatar, Yemen, Libya, Nigeria, Algeria, Kazakhstan, Azerbaijan, Malaysia, Indonesia and Brunei, which together hold upward of 75 percent of the total oil reserves, give or take. Western oil companies need not apply.

Alaska is open for business. Let's make a deal.

— *Vern McCorkle*
*Publisher*

**Alaska Business**

Volume 23, Number 4
Published by
Alaska Business Publishing Co.
Anchorage, Alaska

Vern C. McCorkle, Publisher

**EDITORIAL STAFF**
Editor — Debbie Cutler
Staff Writer — Ben Grenn
Art Director — Candy Johnson
Art Production — Jason Martin
Graphic Design — Janyce Nolan
                  GOE Graphics & Design
Photo Consultant — Chris Arend

**BUSINESS STAFF**
Vice Pres./Gen. Mgr. — Jim Martin
National Sales Mgr. — Charles Bell
Account Mgr. — Mary Beth Carr
Account Mgr. — Barry Anderson
Traffic Coordinator — Stacie Hamilli
Accountant — Mary Schreckenghost

501 W. Northern Lights Boulevard, Suite 100
Anchorage, Alaska 99503
(907) 276-4373
Outside Anchorage: 1-800-770-4373
Fax: (907) 279-2900
www.akbizmag.com
Editorial e-mail: editor@akbizmag.com
Advertising e-mail: production@akbizmag.com

Pacific Northwest Advertising Sales
1-800-770-4373

ALASKA BUSINESS PUBLISHING CO., INC.

ALASKA BUSINESS MONTHLY (ISSN 8756-4092) is published monthly by Alaska Business Publishing Co., Inc., P.O. Box 241288, Anchorage, Alaska 99524. Telephone: (907) 276-4373; Fax: (907) 279-2900. ©2006, Alaska Business Publishing Co. All rights reserved. Subscription Rates: $39.95 a year. Single issues $3.95 each; $4.95 for October. Back issues $5 each. Send subscription orders and address changes to the Circulation Department, Alaska Business Monthly, P.O. Box 241288, Anchorage, AK 99524. Please supply both old and new addresses and allow six weeks for change. Manuscripts: Send query letter or manuscripts to the Editor. Alaska Business Monthly is not responsible for unsolicited materials. Photocopies: Where necessary, permission is granted by the copyright owner for libraries and others registered with Copyright Clearance Center to photocopy any article herein for $1.25 per copy. Send payments to CCC, 27 Congress Street, Salem, MA 01970. Copying done for other than personal or internal reference use without the expressed permission of Alaska Business Monthly is prohibited. Address requests for specific permission to the Editor, Alaska Business Monthly. On-line: Alaska Business Monthly is available on-line from Data Courier and on-line from Thomson Gale. Microfilm: Alaska Business Monthly is available on microfilm from University Microfilms International, 300 North Zeeb Rd., Ann Arbor, MI 48106.

# ALASKA BUSINESS MONTHLY'S 2007 CORPORATE 100

## The Corporate 100:
### *Alaska's Economic Powerhouses*

With economists fearing an economic slowdown nationwide, and the stock market rising and falling like a roller coaster in recent months, Alaskans are lucky to have strong stable companies investing in their state.

These economic powerhouses keep Alaska's economy healthy, while other states churn with problems such as flat real estate markets, high taxes and budget shortfalls.

We are the Last Frontier, a land ripe with opportunities for foreign direct investment, Outside investors, and our own homegrown companies.

"We used to be just about oil and gas and other natural resources," said Vern McCorkle, publisher of Alaska Business Monthly. "We still are to a point; there is no denying we need the gas line sooner rather than later, but diversity has set in and we find an abundance of jobs available for anyone who wants to work. Our economy is not facing the boom-and-bust cycles of the past; we are filled with economic promise and open for business."

Anchorage, dubbed the "Big Wild Life" by the Anchorage Convention and Visitor's Bureau, is BIG for business—a great place to live and work. Most of the companies that grace the pages of the Corporate 100 List—which is comprised of the top 100 companies operating in the state based on revenue, employees, contributions to the economy and the community—operate from the state's largest city.

Recently, at the Anchorage Economic and Development Corp.'s annual luncheon, then-President and CEO Bob Poe announced 2,500 new Anchorage jobs forecasted for 2007, a jump of 1.7 percent above 2006 totals. It was Anchorage's 18th year of consecutive job growth, an achievement few other states can boast. Poe also stated between 2000 and 2006, the population of Anchorage grew by 9 percent, or 22,530 individuals. Anchorage's per capita income is 18 percent higher than the U.S. average, an AEDC report claims.

"The companies that comprise the Corporate 100 provide many of these jobs and are great investors in the state," said Jim Martin, vice president and general manager for ABM. "A statistical study of the Corporate 100 shows that these 100 companies provide nearly 60,000 jobs and have been established in business an average of 40 years each. Thirty are publicly owned."

Sectors included in the Corporate 100 are major economic engines in the state: communications; construction; finance, insurance and real estate; fisheries; health care; industrial equipment and services; mining; Native organizations; oil and gas; retail/wholesale trade; services; tourism; transportation; and utilities.

"The transportation sector is growing tremendously," said McCorkle. "There are 17 transportation companies on our list, providing nearly 7,000 Alaska jobs. Native organizations are also vital to the economy; 11 made the list, with 6,000 Alaska jobs. The out-of state jobs, that bring money back to the state through operations in Alaska and shareholder dividends, are also important to the economy. On our 49ers list, which is comprised of the Top 49 Alaskan-owned companies in the state, total jobs for 18 Alaska Native organizations were 33,520 worldwide. This shows a reverse trend. Alaska companies growing to invest outside, instead of outside companies coming to Alaska taking much of the corporate dollars out of state."

Still, many on the list have out-of-state headquarters, companies like Cellular One (Oklahoma), KeyBank (Ohio), Wells Fargo (California), Providence Health and Services (Seattle), just to name a few. All provide jobs in the state, and an Alaska presence in a big way. It is the hope of state economists' to attract more large companies to the state, to diversify the economy even further and provide more opportunities for Alaskans.

In reading through the next 38 pages, you will note that these companies provide significant contributions to the community. All had donations to list, both in-kind and cash, as well as through volunteer work.

"Their contributions to the community are impressive," said Martin. "Many on the list had so many, we didn't have room to publish them all. I can't stress enough how important these 100 companies are to our state. They stabilize it; they provide jobs; they provide hope for Alaska." ❑

## Alaska's Largest Companies
### 2007 Corporate 100 Listed by Industry and Year Established in Alaska

### COMMUNICATIONS
| | |
|---|---|
| Alaska Communications Systems | 1999 |
| AT&T Alascom | 1971 |
| Cellular One | 2000 |
| GCI | 1982 |
| Matanuska Telephone Association (MTA) | 1953 |

### CONSTRUCTION
| | |
|---|---|
| Alaska Interstate Construction LLC | 1967 |
| CONAM Construction Co. | 1984 |
| Neeser Construction Inc. | 1976 |
| Olgoonik Corp. | 1999 |
| Osborne Construction | 1988 |
| Roger Hickel Contracting Inc. | 1995 |
| UNIT Company | 1977 |
| VECO Corporation | 1968 |
| Watterson Construction Co. | 1981 |
| Wilder Construction | 1974 |

### FINANCE, INSURANCE, REAL ESTATE
| | |
|---|---|
| Alaska USA Federal Credit Union | 1948 |
| Denali Alaskan Federal Credit Union | 1948 |
| First National Bank Alaska | 1922 |
| KeyBank N.A. | 1890 |
| Mt. McKinley Bank | 1964 |
| Northrim BanCorp Inc. | 1990 |
| Prudential Jack White/ Vista Real Estate | 1953 |
| Wells Fargo Bank NA | 1916 |

### FISHERIES
| | |
|---|---|
| American Seafoods Company LLC | 1988 |

### HEALTH CARE
| | |
|---|---|
| Alaska Regional Hospital | 1963 |
| Fairbanks Memorial Hospital | 1972 |
| Mat-Su Regional Medical Center | 1935 |
| North Star Behavioral Health | 1984 |
| Providence Health and Services Alaska | 1902 |

### INDUSTRIAL EQUIPMENT AND SERVICES
| | |
|---|---|
| ASRC Energy Services Inc. | 1985 |
| N C Machinery Co. | 1776 |
| Airport Equipment Rentals | 1988 |
| Siemens Building Technologies | 1982 |
| SimplexGrinnell | 1968 |

### MINING
| | |
|---|---|
| Coeur Alaska | 1987 |
| NovaGold Resources Inc. | 1998 |
| Teck Cominco Alaska-Red Dog Mine | 1987 |
| Usibelli Coal Mine Inc. | 1943 |

### NATIVE ORGANIZATION
| | |
|---|---|
| Afognak Native Corp. | 1977 |
| Arctic Slope Regional Corp. | 1972 |
| Calista Corp. | 1972 |
| Chenega Corp. | 1974 |
| Chugach Alaska Corp. | 1972 |
| Cook Inlet Region Inc. | 1972 |
| Doyon Limited | 1972 |
| Eklutna Inc. | 1974 |
| Goldbelt Inc. | 1974 |
| Koniag Inc. | 1972 |
| NANA Development Corp. | 1972 |
| Ukpeagvik Inupiat Corp. | 1973 |

### OIL & GAS
| | |
|---|---|
| Agrium Kenai Nitrogen Operations | 2000 |
| Alyeska Pipeline Service Co. | 1970 |
| BP Exploration (Alaska) Inc. | 1969 |
| ConocoPhillips Alaska Inc. | 1952 |
| Flint Hills Resources Alaska LLC | 2004 |
| Nabors Alaska Drilling Inc. | 1963 |
| Peak Oilfield Service Co. | 1987 |
| Pioneer Natural Resources Co., Alaska Inc. | 2003 |
| Tesoro Alaska Co. | 1969 |
| Udelhoven Oilfield System Services Inc. | 1970 |
| XTO Energy Inc. | 1998 |

### RETAIL/WHOLESALE TRADE
| | |
|---|---|
| Alaska Commercial Co. | 1867 |
| Alaska Distributors Co. | 1934 |
| Alaska Industrial Hardware Inc. | 1959 |
| Cal Worthington Ford of Alaska | 1977 |
| Carrs Safeway | 1950 |
| Construction Machinery Industrial LLC | 1985 |
| Kenai Chrysler Center | 1997 |
| Spenard Builders Supply Inc. | 1952 |
| The Odom Corp. | 1933 |

### SERVICES
| | |
|---|---|
| American Marine Services Group | 1994 |
| Klebs Mechanical Inc. | 1986 |
| Northwest Technical Services | 1980 |
| USKH Inc. | 1972 |

### TOURISM
| | |
|---|---|
| Hawaiian Vacations | 1982 |
| Hotel Captain Cook | 1965 |
| Millennium Alaskan Hotel | 1986 |
| Princess Tours | 1985 |
| USTravel | 1978 |

### TRANSPORTATION
| | |
|---|---|
| Alaska Airlines Inc. | 1932 |
| Alaska Railroad Corp. | 1914 |
| American Fast Freight Inc. | 1988 |
| Carlile Transportation Systems | 1980 |
| Crowley | 1953 |
| Era Aviation Inc. | 1948 |
| Evergreen Helicopters of Alaska Inc. | 1961 |
| Everts Air Cargo | 1978 |
| FedEx Corp. | 1986 |
| Foss Maritime Co. | 1934 |
| Horizon Lines | 1964 |
| Lynden Inc. | 1953 |
| Northern Air Cargo Inc. | 1956 |
| Northland Services Inc. | 1977 |
| Pacific Alaska Forwarders Inc. | 1961 |
| Span-Alaska Transportation Inc. | 1978 |
| Totem Ocean Trailer Express | 1975 |

### UTILITIES
| | |
|---|---|
| Chugach Electric Association Inc. | 1946 |
| ENSTAR Natural Gas Co. | 1961 |
| Golden Valley Electric Association Inc. | 1946 |
| Homer Electric Association | 1945 |

## ALASKA BUSINESS MONTHLY's 2007 CORPORATE 100

**Nabors Alaska Drilling Inc.**
2525 C St., Suite 200
Anchorage, AK 99503
Phone: 263-6300 Fax: 263-6061
E-Mail: nabors.com

Top Executive:
Dave Habert, Gen. Mgr.

Parent Company: Nabors Industries LTD
Stock Symbol: NBR AMEX

Business Type: Oil & Gas
Business Description: Land drilling and workovers.
Community Involvement: United Way contributors and sponsorships in the community.

Year Founded: 1983
Estab. in Alaska: 1983
Branches in AK: 1
Alaska Employees: 550

---

**NANA Development Corp.**
1001 E. Benson Blvd.
Anchorage, AK 99508
Phone: 265-4100 Fax: 265-4128
E-Mail: info@nana.com
Web Site: www.nana.com

Top Executive:
Helvi Sandvik, Pres.

Parent Company: NANA Regional Corp. Inc.

Business Type: Native Organization
Business Description: Contracted services, hospitality and tourism, professional and management services and oilfield and mining support.
Community Involvement: Aqpaluk Trust, Nature Conservancy, Resource Development Council, Alaska Chamber of Commerce and United Way

Year Founded: 1972
Estab. in Alaska: 1972
Branches in AK: 2
Alaska Rev. ($ Mil.): 339.00
Alaska Employees: 1,500
Worldwide Employees: 5,000
Worldwide Rev. ($ Mil.): 805.00

---

**Neeser Construction Inc.**
2501 Blueberry Rd.
Anchorage, AK 99503
Phone: 276-1058 Fax: 276-3536
E-Mail: jerry_neeser@neeserinc.com
Web Site: www.neeserinc.com

Top Executive:
Jerry Neeser, Owner

Business Type: Construction
Business Description: General construction, design-build construction and turnkey development.
Community Involvement: In-kind donations for consulting design and/or construction efforts to Cook Inlet Tribal Council, Cook Inlet Housing Authority, Catholic Social Services, Salvation Army and Akeela Inc. Francis, contributor to Asian Alaskan Cultural Center, Special Olympics, Armed Services YMCA, United Way, Salvation Army, Boy Scouts of America, plus many other nonprofit organizations.

Year Founded: 1970
Estab. in Alaska: 1976
Branches in AK: 1
Alaska Rev. ($ Mil.): 138.00
Alaska Employees: 560
Worldwide Employees: 8
Worldwide Rev. ($ Mil.): 275.00






ALASKA BUSINESS MONTHLY 2007 CORPORATE 250

| Company | Parent/Stock | Business |  |
|---|---|---|---|
| **Spenard Builders Supply Inc.**<br>840 K St., Suite 200<br>Anchorage, AK 99501<br>Phone: 261-9100 Fax: 261-9142<br>E-Mail: info@sbsalaska.com<br>Web Site: www.sbsalaska.com<br><br>Top Executive:<br>Ed Wade, Pres. | Parent Company:<br>Pro-Build | **Business Type:** Retail/Wholesale Trade<br>**Business Description:** Provides a full line of building materials and home improvement products to fill the needs of residential and commercial contractors, remodelers and homeowners.<br>**Community Involvement:** Numerous community groups and events including Habitat for Humanity, March of Dimes, and Boys and Girls Club. | Year Founded: ............ 1952<br>Estab. in Alaska: ......... 1952<br>Branches in AK: ............ 12<br>Alaska Employees: ...... 1,100 |
| **Teck Cominco Alaska-Red Dog Mine**<br>3105 Lakeshore Dr., Bldg. A, Suite 101<br>Anchorage, AK 99517<br>Phone: 426-2170 Fax: 426-2177<br>E-Mail: info@teckcominco.com<br>Web Site: www.teckcominco.com<br><br>Top Executive:<br>John B. Knapp, Gen. Mgr. | Parent Company:<br>Teck Cominco Ltd.<br>Stock Symbol:<br>TCK | **Business Type:** Mining<br>**Business Description:** The Red Dog Mine is located in a remote portion of Northwest Alaska, approximately 100 miles north of Kotzebue and 52 miles inland from the Chukchi Sea. Red Dog is the world's largest zinc mine, both in terms of reserves and production.<br>**Community Involvement:** An independent committee consisting of local Native hunters provides direction to the operation on environmental matters. This committee meets quarterly to review all subsistence issues with the mine staff. The committee provides input on operations management strategies as they relate to caribou and whale migrations. | Estab. in Alaska: ......... 1987<br>Alaska Rev. ($ Mil): ..... 13.62<br>Alaska Employees: ........ 350 |
| **Tesoro Alaska Co.**<br>P.O. Box 36272<br>Anchorage, AK 99519<br>Phone: 561-5521 Fax: 561-5047<br>Web Site: www.tesoro.com<br><br>Top Executive:<br>Steve Hansen, VP | Parent Company:<br>Tesoro Corp.<br>Stock Symbol:<br>NYSE: TSO | **Business Type:** Oil & Gas<br>**Business Description:** Refining and marketing of petroleum products, including gasoline, diesel and jet fuel.<br>**Community Involvement:** Extensive volunteer support through the company's Team Tesoro Program for various agencies. Financial support to United Way and selected other programs. | Year Founded: ............ 1964<br>Estab. in Alaska: ......... 1969<br>Branches in AK: ........... 132<br>Alaska Employees: ........ 600 |



# MEETINGS MADE EASY

Just one call to the Juneau Convention & Visitors Bureau provides you with these complimentary services:

**Accommodations**
Gathering of room rate bids from hotels, inns and bed & breakfasts

**Location**
Presentation of a variety of meeting venue options and coordination of site inspections

**Food**
Collect catering bids for meal functions

**Travel**
Assistance with securing group travel discounts and local transportation services

**Materials**
Provide meeting attendees with city maps and brochures

**Activities**
Assistance with spouse/guest program development

Getting all the details lined up for a meeting or event takes energy, time and money. When you hold a meeting in Juneau, the staff of the Juneau Convention & Visitors Bureau is ready to make your job a little easier.

907.586._ _ _ _ / 800._ _ _.201_
meetinginfo@traveljuneau.com
www.traveljuneau.com