KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGG CONITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:06-CV-00015 RRB |
| ) | |
| TECK COMINCO ALASKA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| NANA REGIONAL CORPORATION ) | |
| ) | |
| Intervenor. ) | |

**MOTION TO DENY COSTS**
**(NANA)**

It occurs to counsel in dictating the **Motion To Exercise Court Discretion To Not Award Costs As To Defendant Teck Cominco Alaska, Inc.** (incorporated herein by reference), that there appears to be limited or no authority for award of costs to an intervenor. The difference between a defendant and an intervenor is, the defendant has no choice in answering an allegation. An intervenor, however, has to asked present and participate. Once again, the intervenors could be as common as flies in important civil rights litigation. The chilling effect it would have on plaintiffs if costs were awarded to one or multiple intervenors is undesirable. There appears to be no authority

for an award of costs to an intervenor, and that an intervenor appears voluntarily as opposed to involuntarily in this litigation, costs should be denied to NANA as well.

Plaintiff incorporates all the argument and remarks made as to Teck in its **Motion to Deny Costs** and notes that NANA has income in the amount of $16 million dollars last year on revenues of $806 million.

For all these reasons defendant asks the court to order no costs awarded in this case. (Again, the court may wish to stay all of this pending appeal.)

Respectfully submitted this 5th day of September, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell
712 8th Ave.
Fairbanks, AK 99701
Phone: 907.452.4377
Fax: 907.451.7802
E-mail: kcovell@gci.net
Attorney Bar #: 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**

Dated: 09/05/2008
By: /s/ Wendy Blakeman
   Wendy Blakeman for Kenneth L. Covell