KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> TECK COMINCO ALASKA, INC., ) <br> ) <br> Defendant, ) <br> ) <br> vs. ) <br> ) <br> NANA REGIONAL CORPORATION ) <br> ) <br> Intervenor. ) | Case No. 4:06-CV-00015 RRB |

### REQUEST FOR HEARING

    Comes now, plaintiff, and hereby requests a hearing on defendant(s) Motions for Attorney Fees and plaintiff(s) Motions To Deny Costs.

    Respectfully submitted this 8th day of September, 2008 at Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL  
Attorney for Plaintiff, Gregg Conitz

s/Kenneth L. Covell  
712 8th Ave.  
Fairbanks, AK 99701  
Phone:  907.452.4377  
Fax:  907.451.7802  
E-mail:  kcovell@gci.net  
Attorney Bar #:  8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF to the following attorney(s):

**Sean Halloran**
**Thomas M. Daniel – TDaniel@perkinscoie.com**

Dated: 09/08/2008
By: /s/ Wendy Blakeman
    Wendy Blakeman for Kenneth L. Covell