KENNETH L. COVELL
Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: 907.452.4377
Fax: 907.451.7802
kcovell@gci.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:06-CV-00015 RRB |
| | ) |
| TECK COMINCO ALASKA, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANA REGIONAL CORPORATION | ) |
| | ) |
| Intervenor. | ) |

## PROPOSED ORDER

It is hereby ordered that the Request For Hearing on defendant(s) Motions for Attorney Fees and plaintiff(s) Motions to Deny Costs is GRANTED. The hearing will be held on _____, 2008 at _____o'clock.

**Dated** this ____ day of _____, 2008.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been
Served electronically, via ECF, to the following party(s):

John Foster Wallace

Dated: 09/08/2008
By: /s/ Wendy Blakeman
Wendy Blakeman for Kenneth L. Covell

*Conitz v. Teck Cominco, Case No. 4:06-CV-00015 RRB*
*Proposed Order*
*Page 2 of 2*