Table 11. Covered[1] establishments, employment, and wages in the 329 largest counties, first quarter 2007[2]

| County[2] | Establishments, first quarter 2007 (thousands) | Employment March 2007 (thousands) | Employment Percent change, March 2006-07[5] | Employment Ranking by percent change | Average weekly wage[4] | Average weekly wage, first quarter 2006-07[5] Percent change | Average weekly wage Ranking by percent change |
|---|---|---|---|---|---|---|---|
| United States[6] | 8,947.1 | 134,320.6 | 1.4 | — | $885 | 5.1 | — |
| Jefferson, AL | 18.8 | 366.0 | 1.1 | 139 | 878 | 4.3 | 135 |
| Madison, AL | 8.5 | 174.9 | 3.6 | 33 | 892 | 2.5 | 252 |
| Mobile, AL | 10.0 | 175.0 | 2.8 | 56 | 692 | 4.7 | 111 |
| Montgomery, AL | 6.7 | 139.3 | 1.9 | 88 | 713 | 3.9 | 169 |
| Tuscaloosa, AL | 4.4 | 87.0 | 2.5 | 64 | 700 | 4.0 | 156 |
| Anchorage Borough, AK | 8.1 | 143.6 | 0.8 | 163 | 875 | 4.7 | 111 |
| Maricopa, AZ | 95.5 | 1,828.2 | 1.7 | 99 | 857 | 4.4 | 129 |
| Pima, AZ | 20.6 | 375.7 | 1.9 | 88 | 733 | 4.4 | 129 |
| Benton, AR | 5.4 | 96.3 | 3.3 | 39 | 838 | 5.5 | 62 |
| Pulaski, AR | 14.5 | 248.6 | 0.4 | 216 | 756 | 3.6 | 185 |
| Washington, AR | 5.6 | 92.6 | 0.4 | 216 | 661 | 5.4 | 65 |
| Alameda, CA | 50.3 | 686.0 | 0.4 | 216 | 1,139 | 3.4 | 199 |
| Butte, CA | 7.8 | 75.7 | 1.4 | 118 | 620 | 3.7 | 179 |
| Contra Costa, CA | 28.4 | 344.2 | 0.2 | 240 | 1,116 | 5.0 | 84 |
| Fresno, CA | 29.8 | 342.0 | 1.6 | 109 | 667 | 4.9 | 88 |
| Kern, CA | 17.7 | 266.1 | 0.7 | 182 | 735 | 5.8 | 51 |
| Los Angeles, CA | 401.3 | 4,210.2 | 0.4 | 216 | 974 | 3.3 | 204 |
| Marin, CA | 11.6 | 107.8 | 2.1 | 79 | 1,043 | 4.5 | 121 |
| Monterey, CA | 12.4 | 156.8 | 2.8 | 56 | 791 | 3.3 | 204 |
| Orange, CA | 95.8 | 1,516.1 | 0.1 | 250 | 1,001 | 3.2 | 212 |
| Placer, CA | 10.5 | 139.9 | 2.4 | 69 | 832 | 4.7 | 111 |
| Riverside, CA | 44.1 | 638.0 | 0.2 | 240 | 741 | 5.0 | 84 |
| Sacramento, CA | 51.9 | 638.3 | 0.2 | 240 | 933 | 2.1 | 267 |
| San Bernardino, CA | 47.2 | 666.3 | 1.1 | 139 | 726 | 3.7 | 179 |
| San Diego, CA | 93.3 | 1,319.8 | 0.4 | 216 | 930 | 3.2 | 212 |
| San Francisco, CA | 45.0 | 548.1 | 2.5 | 64 | 1,639 | 8.2 | 12 |
| San Joaquin, CA | 17.4 | 221.3 | 0.3 | 231 | 710 | 4.6 | 117 |
| San Luis Obispo, CA | 9.2 | 105.7 | 1.8 | 95 | 684 | 3.2 | 212 |
| San Mateo, CA | 23.2 | 338.5 | 1.4 | 118 | 1,447 | 7.9 | 15 |
| Santa Barbara, CA | 13.8 | 184.2 | 0.4 | 216 | 816 | 4.1 | 147 |
| Santa Clara, CA | 56.6 | 893.4 | 2.3 | 73 | 1,584 | 0.1 | 308 |
| Santa Cruz, CA | 8.8 | 94.2 | 0.9 | 158 | 846 | 4.4 | 129 |
| Solano, CA | 10.0 | 126.9 | -0.4 | 282 | 831 | 5.1 | 78 |
| Sonoma, CA | 18.0 | 190.7 | 0.7 | 182 | 805 | 2.2 | 261 |
| Stanislaus, CA | 14.3 | 171.5 | -0.3 | 272 | 697 | 4.0 | 156 |
| Tulare, CA | 9.0 | 139.6 | 1.0 | 149 | 593 | 3.1 | 221 |
| Ventura, CA | 21.9 | 321.7 | 0.4 | 216 | 939 | 6.3 | 35 |
| Yolo, CA | 5.6 | 99.7 | 0.8 | 163 | 805 | 6.3 | 35 |
| Adams, CO | 9.3 | 150.8 | -0.1 | 262 | 764 | 1.7 | 283 |
| Arapahoe, CO | 19.9 | 276.8 | 2.0 | 84 | 1,062 | -1.8 | 317 |
| Boulder, CO | 12.8 | 158.5 | 3.6 | 33 | 1,030 | 4.8 | 101 |
| Denver, CO | 25.5 | 436.9 | 3.0 | 49 | 1,120 | 4.9 | 88 |
| Douglas, CO | 9.2 | 88.4 | 4.5 | 18 | 896 | 4.2 | 139 |
| El Paso, CO | 17.6 | 244.1 | 0.6 | 195 | 761 | 3.3 | 204 |
| Jefferson, CO | 18.9 | 207.5 | 1.2 | 131 | 886 | 4.0 | 156 |
| Larimer, CO | 10.2 | 126.3 | 1.7 | 99 | 742 | 2.8 | 237 |
| Weld, CO | 6.0 | 81.6 | 3.8 | 27 | 687 | 2.5 | 252 |
| Fairfield, CT | 32.7 | 415.8 | 1.5 | 113 | 1,979 | 7.4 | 20 |
| Hartford, CT | 25.2 | 498.2 | 1.3 | 127 | 1,183 | 6.5 | 31 |
| New Haven, CT | 22.5 | 364.4 | 0.1 | 250 | 914 | 5.2 | 73 |
| New London, CT | 6.8 | 127.9 | 0.1 | 250 | 876 | 3.9 | 169 |
| New Castle, DE | 19.1 | 281.1 | 0.2 | 240 | 1,131 | 1.9 | 277 |
| Washington, DC | 31.9 | 674.4 | 1.1 | 139 | 1,428 | 4.7 | 111 |
| Alachua, FL | 6.6 | 128.4 | 2.5 | 64 | 690 | 4.1 | 147 |
| Brevard, FL | 14.8 | 205.8 | -1.7 | 311 | 772 | 2.9 | 234 |
| Broward, FL | 64.4 | 761.7 | 1.0 | 149 | 814 | 2.4 | 255 |
| Collier, FL | 12.4 | 141.3 | 0.5 | 205 | 772 | 6.0 | 45 |

See footnotes at end of table.

11-1



Table 11. Covered¹ establishments, employment, and wages in the 329 largest counties, first quarter 2007² — Continued

| County³ | Establishments, first quarter 2007 (thousands) | Employment March 2007 (thousands) | Employment Percent change, March 2006-07⁵ | Employment Ranking by percent change | Average weekly wage | Average weekly wage⁴ Percent change, first quarter 2006-07⁵ | Average weekly wage Ranking by percent change |
|---|---|---|---|---|---|---|---|
| Duval, FL | 26.0 | 468.7 | 1.4 | 118 | $868 | 2.8 | 237 |
| Escambia, FL | 8.0 | 131.1 | 0.1 | 250 | 663 | 3.1 | 221 |
| Hillsborough, FL | 36.8 | 654.9 | 1.2 | 131 | 809 | 2.8 | 237 |
| Lake, FL | 7.0 | 83.7 | 0.5 | 205 | 592 | 0.7 | 301 |
| Lee, FL | 19.1 | 231.1 | 0.7 | 182 | 714 | 0.6 | 303 |
| Leon, FL | 8.1 | 147.9 | 0.9 | 158 | 698 | 3.3 | 204 |
| Manatee, FL | 9.0 | 129.2 | -1.1 | 303 | 651 | 2.7 | 243 |
| Marion, FL | 8.3 | 105.4 | 1.6 | 109 | 599 | 1.7 | 283 |
| Miami-Dade, FL | 85.8 | 1,025.1 | 1.4 | 118 | 862 | 3.9 | 169 |
| Okaloosa, FL | 6.1 | 82.1 | -2.0 | 315 | 670 | 3.1 | 221 |
| Orange, FL | 35.7 | 692.8 | 3.0 | 49 | 774 | 2.1 | 267 |
| Palm Beach, FL | 49.9 | 562.2 | -0.3 | 272 | 855 | 5.9 | 50 |
| Pasco, FL | 9.7 | 101.6 | 0.3 | 231 | 591 | 4.8 | 101 |
| Pinellas, FL | 31.4 | 442.8 | -1.2 | 305 | 719 | 1.4 | 291 |
| Polk, FL | 12.6 | 211.0 | 1.0 | 149 | 648 | 3.0 | 232 |
| Sarasota, FL | 15.1 | 160.5 | -0.2 | 267 | 716 | -1.8 | 317 |
| Seminole, FL | 14.9 | 177.4 | 0.0 | 256 | 737 | 3.7 | 179 |
| Volusia, FL | 14.0 | 171.4 | 0.3 | 231 | 608 | 4.8 | 101 |
| Bibb, GA | 4.7 | 83.6 | -0.3 | 272 | 674 | -3.0 | 322 |
| Chatham, GA | 7.4 | 138.0 | 4.7 | 14 | 701 | 1.4 | 291 |
| Clayton, GA | 4.3 | 112.9 | 1.2 | 118 | 759 | 0.9 | 299 |
| Cobb, GA | 20.3 | 318.3 | 1.4 | 131 | 855 | 11.2 | 3 |
| De Kalb, GA | 16.2 | 297.8 | -0.3 | 272 | 957 | 5.7 | 55 |
| Fulton, GA | 39.5 | 758.9 | 2.4 | 69 | 1,258 | 7.1 | 21 |
| Gwinnett, GA | 23.3 | 325.0 | 3.6 | 33 | 883 | 0.7 | 301 |
| Muscogee, GA | 4.8 | 96.8 | -2.6 | 317 | 685 | 5.1 | 78 |
| Richmond, GA | 4.8 | 103.4 | -1.0 | 301 | 699 | 3.2 | 212 |
| Honolulu, HI | 24.5 | 452.1 | 0.7 | 182 | 771 | 3.9 | 169 |
| Ada, ID | 15.0 | 209.6 | 1.9 | 88 | 768 | 5.6 | 57 |
| Champaign, IL | 4.1 | 91.2 | 1.0 | 149 | 678 | 3.5 | 189 |
| Cook, IL | 136.9 | 2,510.1 | 0.8 | 163 | 1,117 | 6.5 | 31 |
| Du Page, IL | 35.3 | 569.2 | 0.4 | 216 | 1,040 | 3.5 | 189 |
| Kane, IL | 12.4 | 206.2 | 0.4 | 216 | 741 | 0.3 | 306 |
| Lake, IL | 20.6 | 323.3 | 0.9 | 158 | 1,128 | 4.1 | 147 |
| McHenry, IL | 8.3 | 99.9 | 1.0 | 149 | 718 | 3.2 | 212 |
| McLean, IL | 3.6 | 84.7 | 1.4 | 118 | 862 | -0.1 | 310 |
| Madison, IL | 5.9 | 94.8 | 0.7 | 182 | 683 | -1.5 | 287 |
| Peoria, IL | 4.7 | 102.8 | 1.9 | 88 | 815 | -1.8 | 317 |
| Rock Island, IL | 3.5 | 78.4 | 0.4 | 216 | 847 | 2.3 | 258 |
| St. Clair, IL | 5.3 | 95.7 | 2.4 | 69 | 650 | 2.0 | 271 |
| Sangamon, IL | 5.2 | 128.3 | -0.7 | 295 | 808 | 3.9 | 169 |
| Will, IL | 13.0 | 185.2 | 3.6 | 33 | 736 | 2.1 | 267 |
| Winnebago, IL | 6.9 | 135.6 | 1.1 | 139 | 731 | 3.7 | 179 |
| Allen, IN | 9.0 | 182.9 | 0.9 | 158 | 718 | 2.3 | 258 |
| Elkhart, IN | 4.9 | 124.1 | -2.9 | 318 | 703 | 0.0 | 309 |
| Hamilton, IN | 7.4 | 107.2 | 3.9 | 26 | 865 | 2.2 | 261 |
| Lake, IN | 10.1 | 192.5 | 0.4 | 216 | 735 | 1.9 | 277 |
| Marion, IN | 24.0 | 573.7 | 0.8 | 163 | 930 | 3.4 | 199 |
| St. Joseph, IN | 6.0 | 122.8 | -0.3 | 272 | 699 | 3.2 | 212 |
| Tippecanoe, IN | 3.2 | 76.1 | 1.5 | 113 | 736 | 3.1 | 221 |
| Vanderburgh, IN | 4.8 | 107.2 | -1.1 | 303 | 706 | 2.0 | 271 |
| Linn, IA | 6.2 | 121.1 | 1.6 | 109 | 816 | 5.3 | 70 |
| Polk, IA | 14.6 | 267.5 | 1.9 | 88 | 887 | 3.3 | 204 |
| Scott, IA | 5.2 | 87.4 | 0.4 | 216 | 670 | 1.7 | 283 |
| Johnson, KS | 19.9 | 312.8 | 4.4 | 19 | 910 | 3.2 | 212 |
| Sedgwick, KS | 12.0 | 254.8 | 3.4 | 38 | 848 | 6.4 | 34 |
| Shawnee, KS | 4.8 | 94.6 | 1.8 | 95 | 721 | 4.0 | 156 |
| Wyandotte, KS | 3.2 | 80.6 | (⁶) | — | 784 | 1.0 | 298 |

See footnotes at end of table.

11-2



EXHIBIT 4
PAGE 2 OF 6

Table 11. Covered[1] establishments, employment, and wages in the 329 largest counties, first quarter 2007[2] — Continued

| County[3] | Establishments, first quarter 2007 (thousands) | Employment March 2007 (thousands) | Employment Percent change, March 2006-07[5] | Employment Ranking by percent change | Average weekly wage | Average weekly wage Percent change, first quarter 2006-07[5] | Average weekly wage Ranking by percent change |
|---|---|---|---|---|---|---|---|
| Fayette, KY | 9.2 | 174.7 | 2.6 | 63 | $763 | 5.1 | 78 |
| Jefferson, KY | 22.2 | 426.8 | 0.5 | 205 | 846 | 5.8 | 51 |
| Caddo, LA | 7.3 | 125.0 | -0.5 | 288 | 678 | 4.1 | 147 |
| Calcasieu, LA | 4.8 | 86.9 | 2.3 | 73 | 711 | 1.3 | 294 |
| East Baton Rouge, LA | 13.8 | 261.6 | 0.5 | 205 | 772 | 8.6 | 10 |
| Jefferson, LA | 13.8 | 198.1 | 6.6 | 5 | 771 | 0.8 | 300 |
| Lafayette, LA | 8.3 | 132.5 | 4.3 | 21 | 787 | 8.0 | 14 |
| Orleans, LA | 10.2 | 167.8 | 15.0 | 1 | 964 | -2.7 | 320 |
| Cumberland, ME | 12.3 | 168.7 | 1.2 | 131 | 785 | 4.0 | 156 |
| Anne Arundel, MD | 14.4 | 229.4 | 1.1 | 139 | 900 | 4.0 | 156 |
| Baltimore, MD | 21.8 | 374.4 | 0.0 | 256 | 882 | 3.8 | 178 |
| Frederick, MD | 6.0 | 94.0 | 0.0 | 256 | 832 | 4.8 | 101 |
| Harford, MD | 5.7 | 83.1 | 0.3 | 231 | 802 | 3.1 | 221 |
| Howard, MD | 8.5 | 145.4 | 0.8 | 163 | 1,001 | 4.2 | 139 |
| Montgomery, MD | 32.8 | 457.4 | 0.2 | 240 | 1,213 | 6.6 | 30 |
| Prince Georges, MD | 15.6 | 313.2 | 0.8 | 163 | 891 | 3.0 | 232 |
| Baltimore City, MD | 14.0 | 344.0 | 0.1 | 250 | 995 | 4.5 | 121 |
| Barnstable, MA | 9.2 | 82.7 | -0.7 | 295 | 724 | 3.7 | 179 |
| Bristol, MA | 15.7 | 216.4 | -0.6 | 290 | 735 | 4.1 | 147 |
| Essex, MA | 20.5 | 291.5 | 0.3 | 231 | 917 | 4.0 | 156 |
| Hampden, MA | 14.0 | 196.1 | -0.3 | 272 | 802 | 4.3 | 135 |
| Middlesex, MA | 47.0 | 802.0 | 1.2 | 131 | 1,250 | 6.0 | 45 |
| Norfolk, MA | 21.6 | 318.0 | 0.6 | 195 | 1,042 | -2.7 | 320 |
| Plymouth, MA | 13.8 | 173.6 | 0.2 | 240 | 782 | 4.8 | 101 |
| Suffolk, MA | 21.6 | 576.7 | 2.4 | 69 | 1,659 | 10.8 | 4 |
| Worcester, MA | 20.6 | 316.5 | 0.5 | 205 | 848 | 3.3 | 204 |
| Genesee, MI | 8.0 | 143.0 | -2.4 | 316 | 760 | 2.0 | 271 |
| Ingham, MI | 6.9 | 159.8 | -1.0 | 301 | 802 | 3.1 | 221 |
| Kalamazoo, MI | 5.5 | 116.2 | -0.2 | 267 | 746 | 1.5 | 287 |
| Kent, MI | 14.3 | 336.0 | -0.4 | 282 | 760 | 4.0 | 156 |
| Macomb, MI | 17.9 | 310.7 | -3.8 | 321 | 893 | 4.0 | 156 |
| Oakland, MI | 39.4 | 687.4 | -1.5 | 309 | 1,009 | 3.4 | 199 |
| Ottawa, MI | 5.8 | 107.9 | -1.7 | 311 | 716 | 1.8 | 281 |
| Saginaw, MI | 4.4 | 86.1 | -0.3 | 272 | 745 | 4.1 | 147 |
| Washtenaw, MI | 8.0 | 192.2 | -1.3 | 308 | 970 | 6.1 | 42 |
| Wayne, MI | 32.7 | 744.8 | -3.2 | 319 | 999 | 7.5 | 17 |
| Anoka, MN | 8.0 | 113.1 | -0.1 | 262 | 778 | 2.6 | 249 |
| Dakota, MN | 10.6 | 171.6 | -0.1 | 262 | 840 | 3.6 | 185 |
| Hennepin, MN | 42.8 | 837.9 | 0.8 | 163 | 1,128 | 6.9 | 24 |
| Olmsted, MN | 3.6 | 88.8 | 0.8 | 163 | 933 | 4.9 | 88 |
| Ramsey, MN | 15.7 | 328.2 | 0.5 | 205 | 977 | 5.6 | 57 |
| St. Louis, MN | 5.9 | 93.9 | 0.1 | 250 | 675 | 3.2 | 212 |
| Stearns, MN | 4.5 | 80.7 | 3.2 | 40 | 654 | 2.2 | 261 |
| Harrison, MS | 4.4 | 84.8 | 14.5 | 2 | 662 | -0.3 | 313 |
| Hinds, MS | 6.5 | 127.8 | -0.4 | 282 | 753 | 4.9 | 88 |
| Boone, MO | 4.5 | 82.5 | 1.0 | 149 | 632 | 2.9 | 234 |
| Clay, MO | 5.0 | 89.5 | -0.4 | 282 | 805 | 9.7 | 5 |
| Greene, MO | 8.1 | 156.4 | 2.8 | 56 | 631 | 2.8 | 237 |
| Jackson, MO | 18.6 | 369.0 | 1.4 | 118 | 873 | 3.6 | 185 |
| St. Charles, MO | 8.0 | 122.5 | 1.7 | 99 | 741 | 6.2 | 41 |
| St. Louis, MO | 33.0 | 605.1 | 1.1 | 139 | 903 | 1.2 | 295 |
| St. Louis City, MO | 8.5 | 229.3 | -1.7 | 311 | 1,020 | 3.1 | 221 |
| Douglas, NE | 15.5 | 311.4 | 0.7 | 182 | 794 | 2.2 | 287 |
| Lancaster, NE | 7.9 | 153.5 | 1.0 | 149 | 666 | 1.5 | 287 |
| Clark, NV | 47.6 | 922.6 | 1.9 | 88 | 811 | 5.3 | 70 |
| Washoe, NV | 14.2 | 216.5 | 0.7 | 182 | 767 | 4.4 | 129 |
| Hillsborough, NH | 12.4 | 195.2 | -0.2 | 267 | 922 | 4.2 | 139 |
| Rockingham, NH | 10.9 | 134.8 | -0.8 | 163 | 874 | 6.8 | 27 |

See footnotes at end of table.

11-3

EXHIBIT 4
PAGE 3 OF 6

Table 11. Covered[1] establishments, employment, and wages in the 329 largest counties, first quarter 2007[2] — Continued

| County[3] | Establishments, first quarter 2007 (thousands) | Employment March 2007 (thousands) | Employment Percent change, March 2006-07[5] | Employment Ranking by percent change | Average weekly wage[4] | Average weekly wage Percent change, first quarter 2006-07[5] | Average weekly wage Ranking by percent change |
|---|---|---|---|---|---|---|---|
| Atlantic, NJ | 7.1 | 143.2 | -1.2 | 305 | $763 | 5.0 | 84 |
| Bergen, NJ | 35.3 | 447.9 | 0.6 | 195 | 1,110 | 4.4 | 129 |
| Burlington, NJ | 11.5 | 202.3 | -1.2 | 305 | 899 | 4.8 | 101 |
| Camden, NJ | 13.4 | 207.8 | -0.3 | 272 | 876 | 5.4 | 65 |
| Essex, NJ | 21.8 | 360.6 | 0.2 | 240 | 1,184 | 5.6 | 57 |
| Gloucester, NJ | 6.4 | 103.0 | -0.3 | 272 | 748 | 2.2 | 261 |
| Hudson, NJ | 14.1 | 234.5 | -0.2 | 267 | 1,434 | 8.7 | 9 |
| Mercer, NJ | 11.3 | 222.1 | 0.5 | 205 | 1,140 | 6.9 | 24 |
| Middlesex, NJ | 22.3 | 406.7 | 0.7 | 182 | 1,135 | 5.1 | 78 |
| Monmouth, NJ | 21.1 | 253.5 | 0.0 | 256 | 902 | 0.6 | 303 |
| Morris, NJ | 18.4 | 287.1 | 0.6 | 195 | 1,363 | 5.2 | 73 |
| Ocean, NJ | 12.7 | 145.6 | 0.2 | 240 | 716 | 2.0 | 271 |
| Passaic, NJ | 12.8 | 177.1 | -1.5 | 309 | 888 | 2.4 | 255 |
| Somerset, NJ | 10.4 | 171.9 | -0.6 | 290 | 1,615 | 9.0 | 7 |
| Union, NJ | 15.5 | 229.2 | -0.4 | 282 | 1,235 | (7) | — |
| Bernalillo, NM | 17.5 | 332.3 | 1.5 | 113 | 732 | 3.4 | 199 |
| Albany, NY | 9.8 | 225.3 | 0.6 | 195 | 838 | 1.6 | 286 |
| Bronx, NY | 15.8 | 219.1 | -0.6 | 290 | 788 | 5.1 | 78 |
| Broome, NY | 4.5 | 94.6 | 1.2 | 131 | 671 | 3.5 | 189 |
| Dutchess, NY | 8.3 | 115.8 | -0.7 | 295 | 875 | 4.5 | 121 |
| Erie, NY | 23.3 | 451.5 | 0.6 | 195 | 764 | 6.3 | 35 |
| Kings, NY | 44.4 | 464.8 | 1.9 | 88 | 742 | 4.8 | 101 |
| Monroe, NY | 17.8 | 376.6 | -0.3 | 272 | 835 | 3.5 | 189 |
| Nassau, NY | 52.2 | 598.1 | 0.8 | 163 | 891 | 4.6 | 117 |
| New York, NY | 116.7 | 2,331.5 | 2.3 | 73 | 2,821 | 16.7 | 2 |
| Oneida, NY | 5.3 | 108.9 | 1.5 | 113 | 671 | 7.5 | 17 |
| Onondaga, NY | 12.8 | 246.5 | 0.5 | 205 | 788 | 6.8 | 27 |
| Orange, NY | 9.9 | 128.2 | -0.2 | 267 | 715 | 4.4 | 129 |
| Queens, NY | 42.1 | 487.7 | 2.1 | 79 | 831 | 3.9 | 169 |
| Richmond, NY | 8.5 | 91.9 | 3.2 | 40 | 733 | 3.5 | 189 |
| Rockland, NY | 9.7 | 113.1 | 1.6 | 109 | 913 | 3.5 | 189 |
| Saratoga, NY | 5.3 | 74.6 | 0.3 | 231 | 715 | 4.0 | 156 |
| Suffolk, NY | 49.7 | 607.8 | 0.8 | 163 | 891 | 4.5 | 121 |
| Westchester, NY | 36.2 | 413.6 | 1.5 | 113 | 983 | 4.6 | 117 |
| Buncombe, NC | 7.8 | 114.3 | 3.8 | 27 | 638 | 8.9 | 8 |
| Catawba, NC | 4.6 | 89.4 | -0.4 | 282 | 656 | 4.1 | 147 |
| Cumberland, NC | 6.2 | 118.5 | 2.7 | 59 | 628 | 1.9 | 277 |
| Durham, NC | 6.8 | 182.2 | 1.7 | 99 | 1,204 | 5.2 | 73 |
| Forsyth, NC | 9.2 | 184.8 | 4.1 | 24 | 791 | 6.1 | 42 |
| Guilford, NC | 14.6 | 280.5 | 1.8 | 95 | 766 | 4.1 | 147 |
| Mecklenburg, NC | 31.7 | 565.0 | 2.1 | 79 | 1,220 | 5.7 | 55 |
| New Hanover, NC | 7.4 | 105.1 | 6.2 | 6 | 678 | 4.9 | 88 |
| Wake, NC | 27.5 | 439.6 | 5.4 | 9 | 867 | 4.2 | — |
| Cass, ND | 5.6 | 94.5 | 2.7 | 59 | 678 | 4.2 | 139 |
| Butler, OH | 7.3 | 145.8 | 3.7 | 30 | 750 | 4.5 | 121 |
| Cuyahoga, OH | 38.0 | 740.6 | -0.4 | 282 | 914 | 2.6 | 249 |
| Franklin, OH | 29.4 | 677.7 | 0.7 | 182 | 896 | 6.9 | 24 |
| Hamilton, OH | 24.1 | 513.8 | -0.6 | 290 | 956 | 4.7 | 111 |
| Lake, OH | 6.8 | 99.4 | 0.2 | 240 | 725 | 4.8 | 101 |
| Lorain, OH | 6.3 | 99.4 | -0.6 | 290 | 710 | 2.6 | 249 |
| Lucas, OH | 10.8 | 219.4 | -1.8 | 314 | 773 | 2.7 | 243 |
| Mahoning, OH | 6.3 | 102.7 | 0.0 | 256 | 620 | 4.3 | 156 |
| Montgomery, OH | 12.9 | 267.5 | -3.2 | 319 | 832 | 9.3 | 6 |
| Stark, OH | 9.1 | 159.8 | -0.8 | 298 | 672 | 4.2 | 139 |
| Summit, OH | 15.0 | 269.0 | 0.0 | 256 | 793 | 4.2 | 101 |
| Trumbull, OH | 4.8 | 78.9 | -6.2 | 322 | 860 | 22.3 | 1 |
| Oklahoma, OK | 23.2 | 419.5 | 0.8 | 163 | 751 | -0.8 | 314 |
| Tulsa, OK | 19.2 | 344.8 | 2.5 | 64 | 792 | -1.7 | 316 |

See footnotes at end of table.

11-4

EXHIBIT 4
PAGE 4 OF 6

Table 11. Covered[1] establishments, employment, and wages in the 329 largest counties, first quarter 2007[2] — Continued

| County[3] | Establishments, first quarter 2007 (thousands) | Employment March 2007 (thousands) | Employment Percent change, March 2006-07[5] | Employment Ranking by percent change | Average weekly wage | Average weekly wage[4] Percent change, first quarter 2006-07[5] | Ranking by percent change |
|---|---|---|---|---|---|---|---|
| Clackamas, OR | 13.0 | 149.4 | 2.9 | 52 | $768 | 3.5 | 189 |
| Jackson, OR | 6.9 | 83.4 | 2.3 | 73 | 615 | 2.0 | 271 |
| Lane, OR | 11.3 | 149.5 | 1.8 | 95 | 641 | 2.7 | 243 |
| Marion, OR | 9.5 | 137.0 | 2.7 | 59 | 661 | 4.9 | 88 |
| Multnomah, OR | 27.7 | 443.0 | 3.1 | 46 | 864 | 2.7 | 243 |
| Washington, OR | 16.4 | 248.7 | 1.3 | 127 | 964 | -0.1 | 310 |
| Allegheny, PA | 35.5 | 676.7 | 0.8 | 163 | 946 | 8.1 | 13 |
| Berks, PA | 9.1 | 167.7 | 1.4 | 118 | 752 | 3.6 | 185 |
| Bucks, PA | 20.5 | 262.8 | 1.1 | 139 | 830 | 4.5 | 121 |
| Butler, PA | 4.8 | 78.1 | 3.1 | 46 | 714 | 5.6 | 57 |
| Chester, PA | 15.0 | 236.4 | 2.0 | 84 | 1,117 | 2.9 | 234 |
| Cumberland, PA | 6.0 | 124.6 | 0.2 | 240 | 776 | 2.2 | 261 |
| Dauphin, PA | 7.3 | 179.6 | 0.8 | 163 | 834 | 5.2 | 73 |
| Delaware, PA | 13.7 | 208.4 | 1.7 | 99 | 926 | 5.6 | 57 |
| Erie, PA | 7.3 | 126.5 | 0.8 | 163 | 669 | 5.5 | 62 |
| Lackawanna, PA | 5.8 | 101.0 | 0.6 | 195 | 634 | 3.1 | 221 |
| Lancaster, PA | 12.2 | 225.3 | 0.6 | 195 | 708 | 2.2 | 261 |
| Lehigh, PA | 8.7 | 175.9 | 1.1 | 139 | 868 | 6.0 | 45 |
| Luzerne, PA | 8.0 | 140.0 | -0.8 | 298 | 679 | 6.1 | 42 |
| Montgomery, PA | 27.7 | 483.5 | 0.8 | 163 | 1,176 | 5.4 | 65 |
| Northampton, PA | 6.5 | 98.1 | 0.7 | 182 | 745 | 4.2 | 139 |
| Philadelphia, PA | 29.7 | 631.8 | -0.1 | 262 | 1,038 | 5.8 | 51 |
| Washington, PA | 5.3 | 77.4 | 1.3 | 127 | 732 | 4.9 | 88 |
| Westmoreland, PA | 9.5 | 135.0 | 0.3 | 231 | 659 | 2.5 | 252 |
| York, PA | 9.0 | 175.1 | 0.8 | 163 | 737 | 3.9 | 169 |
| Kent, RI | 5.7 | 81.2 | 0.4 | 216 | 784 | 7.0 | 23 |
| Providence, RI | 18.2 | 284.5 | 0.5 | 205 | 857 | 6.3 | 35 |
| Charleston, SC | 14.0 | 208.3 | 4.8 | 11 | 708 | 1.9 | 277 |
| Greenville, SC | 14.1 | 235.6 | 2.5 | 64 | 713 | 2.3 | 258 |
| Horry, SC | 9.9 | 114.7 | 4.8 | 11 | 536 | 2.1 | 267 |
| Lexington, SC | 6.6 | 95.0 | 3.6 | 33 | 621 | 1.5 | 287 |
| Richland, SC | 10.9 | 215.3 | 1.7 | 99 | 749 | 1.4 | 291 |
| Spartanburg, SC | 7.0 | 118.0 | 2.1 | 79 | 754 | 2.0 | 271 |
| Minnehaha, SD | 6.2 | 112.0 | 2.0 | 84 | 708 | 3.7 | 179 |
| Davidson, TN | 18.4 | 444.9 | 0.7 | 182 | 857 | 6.3 | 35 |
| Hamilton, TN | 8.5 | 192.3 | 1.0 | 149 | 728 | 3.9 | 169 |
| Knox, TN | 10.9 | 224.4 | 2.1 | 79 | 705 | 3.5 | 189 |
| Rutherford, TN | 4.1 | 97.8 | 0.8 | 163 | 758 | 7.1 | 21 |
| Shelby, TN | 20.0 | 505.4 | 0.6 | 195 | 842 | 3.3 | 204 |
| Williamson, TN | 5.6 | 83.4 | 6.0 | 8 | 914 | 4.9 | 88 |
| Bell, TX | 4.4 | 97.5 | 3.2 | 40 | 635 | 3.3 | 204 |
| Bexar, TX | 31.5 | 707.1 | 2.9 | 52 | 768 | 3.4 | 199 |
| Brazoria, TX | 4.5 | 85.6 | 2.9 | 52 | 839 | 1.8 | 281 |
| Brazos, TX | 3.7 | 84.2 | 0.5 | 205 | 597 | 5.3 | 70 |
| Cameron, TX | 6.4 | 123.4 | 2.3 | 73 | 502 | 5.0 | 84 |
| Collin, TX | 15.8 | 274.9 | 4.4 | 19 | 1,055 | 5.1 | 78 |
| Dallas, TX | 67.5 | 1,469.4 | 3.2 | 40 | 1,092 | 5.2 | 73 |
| Denton, TX | 10.0 | 163.8 | 4.7 | 14 | 723 | 3.9 | 169 |
| El Paso, TX | 13.2 | 265.1 | 1.0 | 149 | 597 | 5.5 | 62 |
| Fort Bend, TX | 7.8 | 121.0 | (*) | — | 934 | 5.4 | 65 |
| Galveston, TX | 5.2 | 94.8 | 3.8 | 27 | 801 | (*) | — |
| Harris, TX | 94.5 | 1,985.7 | 3.7 | 30 | 1,125 | 8.5 | 11 |
| Hidalgo, TX | 10.3 | 213.0 | 0.9 | 158 | 516 | 4.0 | 156 |
| Jefferson, TX | 5.8 | 129.0 | 0.7 | 182 | 782 | 4.7 | 111 |
| Lubbock, TX | 6.7 | 120.2 | 2.3 | 73 | 618 | 1.1 | 297 |
| McLennan, TX | 4.8 | 102.9 | 1.7 | 99 | 669 | 4.9 | 88 |
| Montgomery, TX | 7.7 | 119.1 | 5.3 | 10 | 774 | 0.3 | 306 |
| Nueces, TX | 8.1 | 151.3 | 1.2 | 131 | 712 | 4.9 | 169 |
| Smith, TX | 5.2 | 92.4 | 1.7 | 99 | 691 | 3.1 | 221 |

See footnotes at end of table.

11-5

EXHIBIT 4
PAGE 5 OF 6

Table 11. Covered[1] establishments, employment, and wages in the 329 largest counties, first quarter 2007[2] — Continued

| County[3] | Establishments, first quarter 2007 (thousands) | Employment March 2007 (thousands) | Employment Percent change, March 2006-07[5] | Employment Ranking by percent change | Average weekly wage[4] Average weekly wage | Average weekly wage[4] Percent change, first quarter 2006-07[6] | Average weekly wage[4] Ranking by percent change |
|---|---|---|---|---|---|---|---|
| Tarrant, TX | 36.0 | 754.1 | 2.7 | 59 | $865 | 3.2 | 212 |
| Travis, TX | 27.4 | 566.2 | 4.7 | 14 | 944 | 0.5 | 305 |
| Webb, TX | 4.7 | 87.2 | 4.2 | 23 | 542 | 2.8 | 237 |
| Williamson, TX | 6.6 | 114.7 | 7.0 | 4 | 826 | -1.0 | 315 |
| Davis, UT | 7.0 | 101.7 | 4.0 | 25 | 656 | 2.8 | 237 |
| Salt Lake, UT | 37.6 | 577.6 | 4.6 | 17 | 788 | 5.8 | 51 |
| Utah, UT | 12.6 | 172.8 | 7.3 | 3 | 623 | 6.0 | 45 |
| Weber, UT | 5.6 | 93.9 | 4.3 | 21 | 604 | 4.3 | 135 |
| Chittenden, VT | 5.8 | 93.5 | 0.5 | 205 | 846 | -0.2 | 312 |
| Arlington, VA | 7.5 | 150.5 | (7) | — | 1,447 | 2.4 | 255 |
| Chesterfield, VA | 7.3 | 120.4 | 1.4 | 118 | 765 | 3.1 | 221 |
| Fairfax, VA | 32.5 | 579.5 | 1.2 | 131 | 1,371 | 4.3 | 135 |
| Henrico, VA | 9.0 | 178.5 | 3.2 | 40 | 1,008 | 7.7 | 16 |
| Loudoun, VA | 8.0 | 126.5 | 1.7 | 99 | 1,081 | -3.0 | 322 |
| Prince William, VA | 6.8 | 101.9 | -0.9 | 300 | 744 | 4.2 | 139 |
| Alexandria City, VA | 6.0 | 99.9 | (7) | — | 1,136 | (7) | — |
| Chesapeake City, VA | 5.5 | 99.6 | 0.4 | 216 | 661 | 4.8 | 101 |
| Newport News City, VA | 4.0 | 99.1 | 1.3 | 127 | 761 | 7.5 | 17 |
| Norfolk City, VA | 5.8 | 143.4 | 1.7 | 99 | 826 | 6.7 | 29 |
| Richmond City, VA | 7.4 | 157.3 | (7) | — | 1,071 | (7) | — |
| Virginia Beach City, VA | 11.5 | 174.9 | 0.3 | 231 | 661 | 4.9 | 88 |
| Clark, WA | 11.5 | 130.8 | 2.0 | 84 | 746 | 3.5 | 189 |
| King, WA | 75.1 | 1,157.5 | 3.7 | 30 | 1,080 | 3.5 | 189 |
| Kitsap, WA | 6.4 | 83.5 | 0.4 | 216 | 727 | 4.0 | 156 |
| Pierce, WA | 19.9 | 272.0 | 3.0 | 49 | 768 | 4.9 | 88 |
| Snohomish, WA | 17.2 | 248.0 | 4.8 | 11 | 895 | 6.5 | 31 |
| Spokane, WA | 14.7 | 206.7 | 2.9 | 52 | 680 | 4.5 | 121 |
| Thurston, WA | 6.6 | 98.4 | 3.2 | 40 | 743 | 4.1 | 147 |
| Whatcom, WA | 6.7 | 81.2 | 3.1 | 46 | 653 | 4.6 | 117 |
| Yakima, WA | 7.6 | 94.1 | 2.3 | 73 | 569 | 2.7 | 243 |
| Kanawha, WV | 6.1 | 108.1 | 0.6 | 195 | 743 | 4.9 | 88 |
| Brown, WI | 6.6 | 146.7 | -0.1 | 262 | 755 | 1.2 | 295 |
| Dane, WI | 13.7 | 298.3 | 0.8 | 163 | 848 | 4.6 | 117 |
| Milwaukee, WI | 20.7 | 489.6 | 0.3 | 231 | 875 | 4.2 | 139 |
| Outagamie, WI | 4.9 | 101.6 | 1.1 | 139 | 724 | 2.7 | 243 |
| Racine, WI | 4.2 | 74.4 | -0.5 | 288 | 765 | 6.3 | 35 |
| Waukesha, WI | 13.0 | 232.4 | 0.7 | 182 | 860 | 4.5 | 121 |
| Winnebago, WI | 3.7 | 88.6 | 1.1 | 139 | 824 | 6.0 | 45 |
| San Juan, PR | 13.5 | 293.9 | -3.3 | (8) | 573 | 7.1 | (8) |

[1] Includes workers covered by Unemployment Insurance (UI) and Unemployment Compensation for Federal Employees (UCFE) programs. These 328 U.S. counties comprise 71.1 percent of the total covered workers in the U.S.
[2] Data are preliminary.
[3] Includes areas not officially designated as counties. See Technical Note.
[4] Average weekly wages were calculated using unrounded data.
[5] Percent changes were computed from quarterly employment and pay data adjusted for noneconomic county reclassifications. See Technical Note.
[6] Totals for the United States do not include data for Puerto Rico or the Virgin Islands.
[7] Data do not meet BLS or State agency disclosure standards.
[8] This county was not included in the U.S. rankings.

116

EXHIBIT 4
PAGE 6 OF 6