# HARTIG RHODES HOGE & LEKISCH, P.C.

ROBERT L. HARTIG (1928-1980)
JAMES D. RHODES (RETIRED)
G. KENT EDWARDS (RETIRED)

ROBERT C. BRINK
VICKI L. BUSSARD
ROBERT B. FLINT
SEAN HALLORAN
ANDREW E. HOGE
CHRISTINE FOOTE-HYATT

ATTORNEYS AT LAW

www.hartig.law.pro
717 K STREET
ANCHORAGE, ALASKA 99501-3397
TELEPHONE (907) 276-1592
FACSIMILE (907) 277-4352

MICHAEL JUNGREIS
PETER A. LEKISCH
CHRISTINA M. PASSARD
DOUGLAS C. PERKINS
MARGARET J. RAWITZ
TODD J. TIMMERMANS

April 2, 2007

Mr. Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

Re:        *Conitz v. Teck Cominco Alaska, Inc.*
File No.:  62880.198

Dear Mr. Covell:

I have previously informed you that Teck Cominco insists that Mr. Conitz must produce his initial disclosures in advance of conducting any discovery in the federal court litigation. In light of the fact that you have now sent us three sets of discovery requests, we demand that you immediately serve us with a copy of Mr. Conitz's long overdue initial disclosures. If we don't receive them within one week from today, we will ask the court to compel their immediate production.

Sincerely,

HARTIG RHODES HOGE & LEKISCH, P.C.

By: Sean Halloran         *Signed on 4-2-07*

SH:ljs

F:\Docs\62880\198 - Conitz\CORRESPONDENCE\Covell2 letter.doc

EXHIBIT PAGE 5 OF 5