```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3   GREGG CONITZ,                    )
                                      )
 4                                    )
                      Plaintiff,      )
 5                                    )
     vs.                              )
 6                                    )
     TECK COMINCO ALASKA, INC., and   )
 7   NANA REGIONAL CORPORATION,       )
                                      )
 8                    Defendants.     )
     _____)
 9   Case No. 4:06-CV-00015 RRB
10                    DEPOSITION OF JOHN R. KELLS
                          November 28, 2007
11
     APPEARANCES:
12
             FOR THE PLAINTIFF:        MR. DONALD F. LOGAN
13                                     Attorney at Law
                                       P.O. Box 73162
14                                     Fairbanks, Alaska 99707
                                       (907) 590-4341
15
             CO-COUNSEL (Telephonic):  MR. KENNETH L. COVELL
16                                     Attorney at Law
                                       Law Office of Kenneth Covell
17                                     712 Eighth Avenue
                                       Fairbanks, Alaska 99701
18                                     (907) 452-4377
19           FOR THE DEFENDANT
             TECK COMINCO ALASKA INC.: MR. SEAN HALLORAN
20                                     Hartig, Rhodes, Hoge,
                                         & Lekisch
21                                     Attorneys at Law
                                       717 K Street
22                                     Anchorage, Alaska 99501
                                       (907)  276-1592
23
24
25
```

```
 1            the substance.  Just -- I mean, if it's an e-mail from
 2            you or from Mr. Conitz to whoever.
 3   A        Okay.  This is an e-mail from Gregg to me, just saying
 4            thanks, and he looked over the picture.
 5   Q        And 11-F, what is that?
 6   A        This is from Ken Covell saying that he would like to
 7            talk to me at some time and I called him following that
 8            and set up a meeting some time after that.
 9   Q        All right.  And 11-G is a two-pager.  Can you tell us
10            what's in 11-G?
11   A        Okay.  This was Gregg, obviously after I talked to Ken,
12            saying thank you for talking to my lawyer yesterday.
13            One thing I -- when I talked to Ken, when we got done,
14            he asked me if I had any questions and I really didn't
15            have a lot of questions on it.  But I was kind of
16            interested as to what Gregg wanted to get out of this
17            because I thought, well, do you -- do you still want
18            the job?  I mean that -- it just seemed bizarre.  I
19            mean, what was going to come out of this?  But it
20            wasn't a real important question to me.  He gives me a
21            real lengthy answer to it.  Anyway, that -- that was
22            where his reply comes from.  And here is where I say I
23            told you have some daytimer notes from that time.  I
24            hadn't looked at them before I talked with Ken because
25            I wasn't sure, blah, blah, blah.  And here is where I
```

```
 1              say Larry wasn't willing to take the vacant
 2              four-and-two rotation.
 3                     MR. LOGAN:  What was the last, please?  Just
 4       the last thing that you said?
 5    A         This is where I said that I looked through the notes
 6              and I did discover the things that I'd forgotten.  I
 7              had forgotten to tell Ken, in parentheses, because I
 8              had forgotten it.  Larry wasn't willing to take the
 9              vacant four-and-two rotation.
10                     MR. LOGAN:  Thank you.  Sometimes I just can't
11       hear.  I'm sorry.
12    Q         And what is 11-H?
13    A         That's his reply, and it's just saying, you'll keep me
14              posted as to what's going on.
15    Q         Okay.  11-I?
16    A         Then this is like a year later almost and he sent -- he
17              sent me an e-mail saying it's been a long time, things
18              are starting to happen.  There's been depositions
19              taken and maybe they'd be calling me to do this.  I
20              wrote back saying, oh, I thought you had settled or
21              lost interest, and that I was okay with doing a
22              deposition.
23    Q         Okay.  11-J?
24    A         This is the e-mail from yourself, Sean Halloran, that
25              accompanied the affidavit.
```

```
1    Q         11-K?  It's a two-pager.  11-K is two pages.
2    A         Okay.  There was one in between this where I said I was
3              sorry I took so long to get back to you.  This is just
4              the -- wait, maybe this is the same thing.  No.  This
5              is a couple of exchanges here about having the
6              deposition in Healy and Tom Daniel wanting to move it
7              to Fairbanks and Ken saying, no, he was going to keep
8              it here in Healy.
9                   MR. LOGAN:  Who was the author?
10   A         This was -- first came from you saying here is the data
11             for the Healy depo.
12   Q         Right.
13   A         And then Tom Daniel talking about his conversation with
14             me because I did call him or he called me.
15                  MR. LOGAN:  I gave him your number.
16   A         And I said I'm okay with doing it in Fairbanks, but it
17             would have to be a Sunday just because I'm only there
18             on the weekends.  And then it comes back from Ken
19             saying he wants to keep it where it's at.
20   Q         And 11-L?
21   A         And this is from Don just saying that the deposition is
22             going on as planned on the 28th.
23   Q         All right.  And for all of these eleven-dash exhibits,
24             any change of the contents of any of the messages at
25             all?
```

```
 1    A      No.
 2    Q      Have you changed any of the dates that -- where they
 3           indicate that they were sent?
 4    A      No.
 5    Q      Have you changed any of the recipients or the sender
 6           information?
 7    A      No.
 8    Q      So all of these are essentially true and correct copies
 9           of whatever you've represented them to be as you just
10           went through this stack now?
11    A      Yes.
12    Q      Okay.  You just mentioned Fairbanks.  You live in
13           Fairbanks, don't you?
14    A      Yes.
15    Q      And how long have you lived in Fairbanks?
16    A      Since 1972.
17    Q      Okay.  And you also just said you're only there on the
18           weekends, but you're going through today as soon as
19           this deposition is over.  Is that correct?
20    A      I am taking the next -- no, not as soon as -- as soon
21           as my shift is over tonight, I'll drive to Fairbanks.
22    Q      So you work after the deposition today?
23    A      Yeah.
24    Q      Okay.
25    A      Yeah, in fact, pretty soon.
```