**RECEIVED**
SEP 11 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
SEP - 5 2008
FILED
DOCKETED
DATE          INITIAL

**CASE INFORMATION:**
Short Case Title: Conitz v. Teck Cominco Alaska, Inc.
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline; 4:06-cv-00015-RRB
Date Complaint/Indictment/Petition Filed: 6/22/2006
Date Appealed Order/Judgment *entered*: 7/29/2008
Date NOA *filed*: 8/22/2008
COA Status (check one):
__granted in full (attach order)       __denied in full (send record)
__granted in part (send record)        __pending

08-35730

Court Reporter(s) Name and Phone Number: Sherry Mons; 907-451-5792

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
| | |
|---|---|
| Date Docket Fee paid: 8/25/2008 | Date Docket Fee billed: __ |
| Date FP granted: __ | Date FP denied: __ |
| Is FP pending? __ | Was FP Limited/Revoked? |
| US Government Appeal? __ | |
| Companion Cases? Please list: __ | |

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellant Counsel: | Appellee Counsel: |
|---|---|
| Kenneth L. Covell | Sean Holloran |
| Law Offices of Kenneth L. Covell | Hartig Rhodes Hoge & Lekisch |
| 712 8th Avenue | 717 K Street |
| Fairbanks, AK 99701 | Anchorage, AK 99501 |
| Fax: 907-451-7802 | Fax: 907-277-4352 |
| Email: kcovell@gci.net | Email: sean.halloran@hartig.com |

_XX_ retained  __CJA  __FPD  __FPD  __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: __                    __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Sherry Mons; 907-451-5792