**From:** Ken Covell [kcovell@gci.net]
**Sent:** Monday, August 13, 2007 3:58 PM
**To:** Sean Halloran
**Cc:** 'Emily S Ervin'
**Subject:** Possible Oct. Depos

Sean

Are Mr Scot and Mr McClain available for depos in October?

When

Thanks

Ken

EXHIBIT 14
PAGE 1 OF 1

9/10/2008