-----Original Message-----
From: Sean Halloran
Sent: Saturday, December 08, 2007 11:31 PM
To: Ken Covell
Cc: Daniel, Tom (Perkins Coie); LOGAN
Subject: RE: conitz

Ken:

The only discovery that we owe you is a response to your request for the production of personnel records of someone who was deceased at all times that are in any manner relevant to your client?s claims, who never competed with your client for a job, and who never participated in any decision as to whether your client would or would not be promoted. The reasons why he was once selected to become a supervisor won?t have any bearing on this case, since he was selected under different circumstances by different people who likely applied different criteria for different reasons. Moreover, since you have the personnel records we voluntarily produced of everyone who is relevant , you must be aware that his personnel file will not contain any information that would allow you to evaluate whether or why your client is or is not qualified for any particular job.

As for Mr. Scott, you suggested that you would reschedule last month?s healy deposition in Fairbanks if we would convince Mr. Scott to travel to the United States for a deposition, and discussed the 13th and 15th as possible dates. As a result of our efforts, Mr. Scott agreed to accommodate you if you would accommodate us, and we helped arrange his schedule so that he could be available in Seattle on the 13th. You then denied that you had ever agreed to reschedule from Healy to Fairbanks (where the deponent lives) and insisted that you would require us to travel 5 hours each way to healy instead of 1 hour to Fairbanks. You also announced that you were unwilling to take Mr. Scott?s deposition on the 13th. Mr. Scott is no longer available on the 13th, and he is no longer willing to inconvenience himself just to please you. He recently moved to Vancouver, where he also works. If you want to take his deposition in this case for any reason, he is willing to be deposed in Vancouver. If you wish to propose dates for such a deposition, please let me know, and I will pass them on to him.

As for finishing the kells deposition, I did not ever suggest that I was available in Healy at any time on the week of the 24th. Rather, I asked you what your availability was during the week before Christmas, so that I could check with my office to see if I could arrange to be available at any time when you are. I would still appreciate it if you would answer my question, so that we can get that depo scheduled and finished as soon as possible. I will happily check with Tom to see if he is also available, either by phone or in person, at any time when the two of us are, and I will let you know as soon as I am able.

Sean

EXHIBIT 16
PAGE 1 OF 3

-----Original Message-----
From: Ken Covell [mailto:kcovell@gci.net]
Sent: Fri 12/7/2007 2:38 PM
To: Sean Halloran
Cc: Daniel, Tom (Perkins Coie); LOGAN
Subject: RE: conitz

Sean

You owe us lots of discovery I am awaiting Judge Beistline's ruling will you produce it now?

Will you produce Mr Scott in the US?

Possible reasons re: Leo:

If Leo's record was good enough be supervisor so was Gregg's.

Maybe you guys made/kept files and records then, but not now? etc.

Might lead to relevant evidence.

I still don't agree we have to continue Kells depo, but if he is available,
I am understanding your available during regular business hours at Healy any day of the week of 12/24?

Will you be by phone or in person?

Is Tom available then?

As I recall Kells said he would be on days.

Please respond as to discovery, and dates.

Thanks

Ken


-----Original Message-----
From: Sean Halloran [mailto:seanhalloran@hartig.com]

EXHIBIT 16
PAGE 2 OF 3

Sent: Wednesday, December 05, 2007 9:38 AM
To: Ken Covell
Cc: TDaniel@perkinscoie.com
Subject: RE: conitz

Ken:

We have discovery requests in which you are asking for records pertaining to Leo Thomas. Before we object, please explain to us why the records are relevant when he was dead before any of the events at issue.

We also need to set up a time to finish the Kells depo. What is your availability during the week before Christmas?

Sean

EXHIBIT
PAGE 3 OF 3