# HARTIG RHODES HOGE & LEKISCH, P.C.

ROBERT L. HARTIG (1928-1980)
JAMES D. RHODES (RETIRED)
G. KENT EDWARDS (RETIRED)

ROBERT C. BRINK
VICKI L. BUSSARD
ROBERT B. FLINT
SEAN HALLORAN
ANDREW E. HOGE
CHRISTINE FOOTE-HYATT

ATTORNEYS AT LAW

www.hartig.law.pro
717 K STREET
ANCHORAGE, ALASKA 99501-3397
TELEPHONE (907) 276-1592
FACSIMILE (907) 277-4352

MICHAEL JUNGREIS
PETER A. LEKISCH
CHRISTINA M. PASSARD
DOUGLAS C. PERKINS
MARGARET J. RAWITZ
TODD J. TIMMERMANS

March 15, 2007

Mr. Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

Re: *Conitz v. Teck Cominco Alaska, Inc.*
File No.: 62880.198

Dear Mr. Covell:

I received your secretary's e-mail of March 13. With respect to deposing Mr. Scott, he lives and works in Vancouver, BC, and can be made available for a deposition there. Mr. Scott reports that he currently can make himself available on any Monday or Tuesday in May with the exception of May 21st, which is a holiday. Please have your staff phone Lisa in my office to schedule the deposition. Also, please be aware that we must insist that you provide us with initial disclosures in advance of conducting any depositions.

With respect to Mr. Zigarlick, he is scheduled to return to Red Dog in three weeks. I have passed along a request that he provide us with a schedule of dates that would work for him. I anticipate that he will receive that request when he returns to the mine, and we will forward the information to you or your staff as we learn it.

As for designating a 30(b)(6) spokesperson, we will first need to know the subject(s) upon which you intend to examine that person or persons. The simple fact is that different individuals are qualified to address different topics on behalf of Teck Cominco Alaska.

In addition to the depositions that you have requested, we would like to depose Mr. Conitz. Please advise us as to his and your availability for that purpose. I am not available during the weeks of April 9 and April 23, but otherwise my schedule is flexible at this point with respect to April and May dates.

EXHIBIT 13
PAGE 1 OF 2

Mr. Kenneth L. Covell
March 15, 2007
Page 2

    Finally, the e-mail that I received suggests that you (or your staff) twice made earlier attempts to reach me using addresses that did not work. Even if those earlier e-mails had gone through when sent, however, I was outside of Alaska during that time, and you should be aware that there is no-one who checks my e-mail when I am out of the office. For future reference, you would have received a timely response to your request if it had been received through regular mail. Our mail is processed daily without regard for any particular attorney's presence in the office. I would have been made aware of your request even while in another state, and would have assigned someone to attend to it.

                                    Sincerely,

                                      HARTIG RHODES HOGE & LEKISCH, P.C.

                                    By: /s/ Sean Halloran
                                            Sean Halloran

SH:ljs

F:\Docs\62880\198\CORRESPONDENCE\Covell letter.doc

EXHIBIT 13
PAGE 2 OF 2