Sean Halloran, Esq.
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGG CONITZ,<br><br>        Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA INC., and<br>NANA REGIONAL CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:06-CV-00015 RRB |

**TECK COMINCO'S RESPONSE TO PLAINTIFF'S
DISCOVERY REQUESTS OF 8/16/07**

**INTERROGATORIES**

1: DESCRIBE in detail, including dates and author, any correspondence, telephone calls, electronic mails, whether commemorated in writing or not, between NANA and Teck Cominco Alaska, Inc., regarding the variously described Native-hire preference, Shareholder preference, regional preference, specifically in relation, but not limited to Gregg Conitz, Karen Conitz, or any other employee of Teck Cominco Alaska and it's predecessors.

**6:** PRODUCE all documents commemorating or referring to any changes to Section C-1 from its drafting until present.

**RESPONSE:** Teck Cominco is without knowledge as to what is referenced by "Section C-1" and has no knowledge of any documents referencing any changes to "Section C-1". Accordingly, no responsive documents are known to exist.

**7:** For each of the following persons, please PRODUCE the "change of position" forms, or whatever the form used to designate the change to relief supervisor is now called, and further provide the daily work logs for these persons when acting as relief supervisor: Charles Barger, Marvin Jackson and Darold Sun.

**RESPONSE:** Objection. The request is overbroad with respect to the time frame encompassed by this request. With respect to the request for daily work logs, the request seeks the production of irrelevant documents not reasonably calculated to lead to the discovery of admissible evidence. Teck Cominco does not know of any document entitled "change of position" form. Teck Cominco is without knowledge of any person named Charles Barger. Without waiving its objections, copies of non-exempt employee change request forms for Chuck Barger, Marvin Jackson and Darold Sun are attached. Daily logs of Chuck Barger, Marvin Jackson and Darold Sun for shifts between April 2006 and August 2007 in which Chuck Barger, Marvin Jackson or Darold Sun were acting supervisors are available for inspection and copying in Anchorage at the offices of counsel for Teck Cominco.

**8:** Records are kept of each employee who operates equipment. The records we request

have been referred to as a "Seat Time" report. Please provide all "seat time" reports for Charles Barger, Marvin Jackson, Darold Sun, Martin Perillion, Michael Baker, Larry Hanna and for any other employees that you presently believe to be more qualified than is Conitz for a position as "trainer" and/or "relief supervisor."

**RESPONSE:** Objection. This request seeks irrelevant documents and is not reasonably calculated to lead to the discovery of admissible evidence. The request is overbroad with respect to the persons and time frame encompassed by this request. Teck Cominco is without knowledge of any person named Charles Barger. Without waiving its objections, aggregate seat time reports for Jimmy Baldwin, James Adams, Tommy Sheldon, Jr., Gregg Conitz, Jerry Gibson, Darold Sun, Jr., Charlie Barger, Jr., Michael Baker, Martin Parillon, Larry Lewis, Lawrence Hanna, and Rex Lewis are available for inspection and copying in Anchorage at the offices of counsel for Teck Cominco.

**9:** PRODUCE a complete policy manual for each year beginning in 1992.

**RESPONSE:** Teck Cominco does not have policy manuals "for each year". A complete policy manual has previously been produced.

**10:** PRODUCE a complete employee handbook for each year beginning in 1992.

**RESPONSE:** Objection. The term "employee handbook" is vague and ambiguous. A complete policy manual has previously been produced. Otherwise, no responsive documents exist.