EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>551-2008-02021 |
|---|---|---|

Alaska State Commission For Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) Gregg W. Conitz | Home Phone (Incl. Area Code) (907) 276-4855 | Date of Birth 10-23-60 |
|---|---|---|

Street Address: 1543 P Street, Anchorage, AK 99501

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name TECKCOMINCO ALASKA, INC. | No Employees, Members 201 - 500 | Phone No (Include Area Code) (907) 266-4567 |
|---|---|---|

Street Address: 3105 Lakeshore Drive, Anchorage, AK 99517

RECEIVED 2008 SEP -2 A 8:21 EEOC

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-23-2007    Latest: 7-25-08
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Although I am well qualified and have related experience, less experienced and qualified Native Alaskans who are NANA shareholders, have been chosen for supervisor positions for which I have applied. The most recent opening was on November 23, 2007 when Jim Baldwin, Alaska Native and NANA shareholder was chosen.

On or about July 25, 2008, Charles Barger, also a Alaska Native and NANA shareholder was chosen. Other non-Alaska Natives who are better qualified, such as Doug Howe, have applied and not been selected for supervisor positions. I also believe that because I filed a prior charge of race discrimination on a prior failure to promote incident, the employer has retaliated against me by demoting me in 2006 and by not selecting me for promotions since that date.

I believe the employer's failure to promote non-Alaska Natives and NANA shareholders like me and Doug Howe, is because of race and retaliation and is in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

8-30-08 [signature]
Date / Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT 18
PAGE 1 OF 1