Sean Halloran
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
mail@hartig.com

Attorneys for Teck Cominco Alaska Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Gregg Conitz,<br><br>      Plaintiff,<br><br>vs.<br><br>TECK COMINCO ALASKA, INC. and<br>NANA REGIONAL CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case: 4:06-CV-00015 RRB |

AFFIDAVIT OF SEAN HALLORAN

I, Sean Halloran, being first duly sworn, depose and aver as follows:

1. I have personal knowledge of and am competent to testify to all facts set forth in this affidavit.

2. I am an attorney at Hartig Rhodes Hoge & Lekisch, PC, which serves as counsel to Teck Cominco Alaska Incorporated in the above captioned matter.

3.   Exhibits 13, 14, 15 and 16 to Teck Cominco's motion for attorney fees are true and correct copies of correspondence exchanged in the course of this case between the individuals identified within those exhibits.

4.   Exhibit 17 is an excerpt of discovery responses made by Teck Cominco in this case to the plaintiff.

5.   Exhibits 18 is a true and correct copy of a charge of discrimination received by Teck Cominco Alaska Incorporated from the US Equal Employment Opportunity Commission incorporating a complaint made by plaintiff Gregg Conitz against Teck Cominco.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sean Halloran

SUBSCRIBED AND SWORN TO before me this 15th day of September, 2008, at Anchorage, Alaska.

_____
Becky Lewis
Notary Public in and for Alaska
My Commission Expires: 01-05-2012

CERTIFICATE OF SERVICE

I certify that on the 16th day of September, 2008, a true and correct copy of the foregoing was served on Kenneth Covell & Thomas Daniel by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

_____
Hartig Rhodes Hoge & Lekisch, PC